# **<u>EXHIBIT 1</u>**

## SWORN CERTIFICATE OF PLAINTIFF

I, __Rachel Skolnick_____, certify that:

1. I have reviewed the attached Complaint, adopt its allegations, and authorize the filing of a Lead Plaintiff motion on my behalf.

2. I did not purchase the securities that are the subject of this action at the direction of plaintiffs' counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of the class and will testify at deposition and trial, if necessary.

4. My transactions in the securities at issue during the Class Period set for in the Complaint are as follows (date, buy/sell, amount invested/sold, type of security):

   April 2022, Buy, $301.40, EVVTY
   _____

   June 15, 2022, Sell, $263.79, EVVTY
   _____

   _____

5. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following: N/A_____

   _____

6. I will not accept any payment for service as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the Court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

1/22/24
_____                    _____
Date                                                       Rachel Skolnick