UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL SKOLNICK, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br>   v.<br><br>EVOLUTION AB (PUBL), MARIN CARLESUND, and JACOB KAPLAN,<br><br>                              Defendants. | Case No. 2:24-cv-0326-MRP<br><br>CLASS ACTION |

**MOTION OF THE FLORIDA SAFETY FUNDS FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

PLEASE TAKE NOTICE that class members and proposed Lead Plaintiff the City of Hollywood Firefighters' Pension Fund ("Hollywood Fire") and the City of Coral Springs Police Officers' Pension Plan ("Coral Springs Police," and together with Hollywood Fire, the "Florida Safety Funds"), by and through their counsel, hereby move this Court for the entry of an Order: (1) appointing the Florida Safety Funds as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving the Florida Safety Funds' selection of Saxena White P.A. as Lead Counsel and Promisloff Law, P.C. as Liaison Counsel for the class; and (3) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, the Florida Safety Funds submit herewith a memorandum of law and the declaration of David M. Promisloff with exhibits attached thereto.

DATED:  March 25, 2024

Respectfully submitted,

**PROMISLOFF LAW, P.C.**

/s/ *David M. Promisloff*
David M. Promisloff (ID# 200971)
5 Great Valley Parkway, Suite 210
Malvern, PA 19355
Tel.: (215) 259-5156
Fax: (215) 600-2642
david@prolawpa.com

*Liaison Counsel for Proposed Lead Plaintiff the Florida Safety Funds and Proposed Liaison Counsel for the Class*

**SAXENA WHITE P.A.**
Lester R. Hooker (*pro hac vice* forthcoming)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
lhooker@saxenawhite.com

- and -

**SAXENA WHITE P.A.**
Marco A. Dueñas (*pro hac vice* forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
mduenas@saxenawhite.com

*Counsel for Proposed Lead Plaintiff the Florida Safety Funds and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on March 25, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and it is available for viewing and downloading from the ECF system.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

                                                    */s/ David M. Promisloff*
                                                    David M. Promisloff