UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL SKOLNICK, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>EVOLUTION AB (PUBL), MARIN CARLESUND, and JACOB KAPLAN,<br><br>　　　　　　　　　　Defendants. | Case No. 2:24-cv-0326-MRP<br><br>CLASS ACTION |

**DECLARATION OF DAVID M. PROMISLOFF IN SUPPORT OF THE MOTION OF THE FLORIDA SAFETY FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, David M. Promisloff, declare as follows:

1. I am a member in good standing of the bar of the Commonwealth of Pennsylvania and of this Court. I am a partner at the law firm of Promisloff Law, P.C. ("Promisloff"). I submit this Declaration in support of the motion filed by the Florida Safety Funds for appointment as Lead Plaintiff and approval of their selection of Saxena White P.A. ("Saxena White") to serve as Lead Counsel, and Promisloff as Liaison Counsel, for the class.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit A: Sworn certifications of the Florida Safety Funds pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit B: Loss analysis for the Florida Safety Funds;

Exhibit C: Joint Declaration of the Florida Safety Funds;

Exhibit D: Notice of the pendency of *Skolnick v. Evolution AB*, No. 2:24-cv-0326-MRP (E.D. Pa.), published on January 24, 2024, on *BusinessWire*; and

Exhibit E: Firm resume of Saxena White; and

Exhibit F: Firm resume of Promisloff.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of March 2024.

/s/ David M. Promisloff
David M. Promisloff (ID# 200971)

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 25, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and it is available for viewing and downloading from the ECF system.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*/s/ David M. Promisloff*
David M. Promisloff