# EXHIBIT A

# CERTIFICATION AND AUTHORIZATION

I, Jason Rosner, on behalf of City of Hollywood Firefighters' Pension Fund ("Hollywood Fire"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed against Evolution AB ("Evolution") alleging violations of the federal securities laws. I am authorized in my capacity as Chairman to initiate litigation and to execute this Certification on behalf of Hollywood Fire. I have authorized Saxena White P.A. to file a motion for lead plaintiff appointment in this action or any related actions on behalf of Hollywood Fire.

2. Hollywood Fire did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Hollywood Fire is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Hollywood Fire's transactions in Evolution American Depositary Shares (ADS) during the Class Period are set forth in the attached Schedule A.

5. Hollywood Fire has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *City of Hollywood Firefighters Pension Fund v. Atlassian Corp.*, No. 3:23-cv-00519 (N.D. Cal.); and

   *City of Hollywood Firefighters' Pension Fund v. Inspire Med. Sys., Inc.*, No. 23-cv-03884 (D. Minn.).

6. Hollywood Fire has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

   *Vazquez v. Masimo Corp.*, No. 3:23-cv-01546 (S.D. Cal.).

7.  Hollywood Fire will not accept any payment for serving as a representative party on behalf of the Class beyond Hollywood Fire's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  14  day of March, 2024.

*City of Hollywood Firefighters' Pension Fund*

Jason Rosner, Chairman

### SCHEDULE A
### City of Hollywood Firefighters' Pension Fund
### Transactions in Evolution AB

| ADS Purchases | | |
|---|---|---|
| Date | Shares | Price |
| 04/29/21 | 810 | $200.5677 |
| 04/30/21 | 412 | $198.7141 |
| 05/03/21 | 792 | $197.0347 |
| 05/04/21 | 2,263 | $189.1148 |
| 05/05/21 | 493 | $191.2530 |
| 01/04/22 | 2,406 | $140.8723 |
| 01/05/22 | 668 | $141.6653 |
| 01/07/22 | 123 | $133.8042 |

| ADS Sales | | |
|---|---|---|
| Date | Shares | Price |
| 04/13/22 | 175 | $103.9700 |
| 12/02/22 | 70 | $105.3733 |
| 06/13/23 | 125 | $132.3200 |

3

## CERTIFICATION AND AUTHORIZATION

I, Scott Myers, on behalf of City of Coral Springs Police Officers' Pension Plan ("Coral Springs Police"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed against Evolution AB ("Evolution") alleging violations of the federal securities laws. I am authorized in my capacity as Chairman to initiate litigation and to execute this Certification on behalf of Coral Springs Police. I have authorized Saxena White P.A. to file a motion for lead plaintiff appointment in this action or any related actions on behalf of Coral Springs Police.

2. Coral Springs Police did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Coral Springs Police is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Coral Springs Police's transactions in Evolution American Depositary Shares (ADS) during the Class Period are set forth in the attached Schedule A.

5. Coral Springs Police has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *None*.

6. Coral Springs Police has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending: *None*.

7. Coral Springs Police will not accept any payment for serving as a representative party on behalf of the Class beyond Coral Springs Police's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28 day of February, 2024.

*City of Coral Springs Police Officers' Pension Plan*

_____
Scott Myers, Chairman

2

## SCHEDULE A
### City of Coral Springs Police Officers' Pension Plan
### Transactions in Evolution AB

| ADS Purchases | | |
|---|---|---|
| Date | Shares | Price |
| 04/29/21 | 370 | $200.5677 |
| 04/30/21 | 188 | $198.7141 |
| 05/03/21 | 362 | $197.0347 |
| 05/04/21 | 1,035 | $189.1148 |
| 05/05/21 | 225 | $191.2530 |
| 10/18/21 | 35 | $162.1350 |
| 01/04/22 | 1,066 | $140.8723 |
| 01/05/22 | 295 | $141.6653 |
| 01/07/22 | 55 | $133.8042 |
| 10/11/23 | 215 | $101.0600 |

| ADS Sales | | |
|---|---|---|
| Date | Shares | Price |
| 06/17/21 | 240 | $168.9000 |
| 11/30/22 | 100 | $102.8494 |
| 03/14/23 | 1,710 | $118.2869 |
| 07/26/23 | 20 | $122.9100 |