# EXHIBIT B

**Evolution AB ADRs**
**City of Hollywood Firefighters' Pension Fund**
Class Period: 02/14/2019 to 10/25/2023
Lookback Price: $107.1132 (10/26/23 - 01/23/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 04/29/21 | 810 | $200.5677 | $162,459.84 | Sale | 04/13/22 | 175 | $103.9700 | $18,194.75 |
| Purchase | 04/30/21 | 412 | $198.7141 | $81,870.21 | Sale | 12/02/22 | 70 | $105.3733 | $7,376.13 |
| Purchase | 05/03/21 | 792 | $197.0347 | $156,051.48 | Sale | 06/13/23 | 125 | $132.3200 | $16,540.00 |
| Purchase | 05/04/21 | 2,263 | $189.1148 | $427,966.79 | | | | | |
| Purchase | 05/05/21 | 493 | $191.2530 | $94,287.73 | | | | | |
| Purchase | 01/04/22 | 2,406 | $140.8723 | $338,938.75 | | | | | |
| Purchase | 01/05/22 | 668 | $141.6653 | $94,632.42 | | | | | |
| Purchase | 01/07/22 | 123 | $133.8042 | $16,457.92 | Retained | | 7,597 | $107.1132 | $813,738.78 |
| | | **7,967** | | **$1,372,665.14** | | | **7,967** | | **$855,849.66** |

**LIFO Gain/(Loss) for City of Hollywood Firefighters' Pension Fund** **($516,815.48)**

1

**Evolution AB ADRs**
**City of Coral Springs Police Officers' Pension Plan**
Class Period: 02/14/2019 to 10/25/2023
Lookback Price: $107.1132 (10/26/23 - 01/23/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 04/29/21 | 370 | $200.5677 | $74,210.05 | Sale | 06/17/21 | 240 | $168.9000 | $40,536.00 |
| Purchase | 04/30/21 | 188 | $198.7141 | $37,358.25 | Sale | 11/30/22 | 100 | $102.8494 | $10,284.94 |
| Purchase | 05/03/21 | 362 | $197.0347 | $71,326.56 | Sale | 03/14/23 | 1,710 | $118.2869 | $202,270.60 |
| Purchase | 05/04/21 | 1,035 | $189.1148 | $195,733.82 | Sale | 07/26/23 | 20 | $122.9100 | $2,458.20 |
| Purchase | 05/05/21 | 225 | $191.2530 | $43,031.93 | Sale* | 01/23/24 | 19 | $117.2417 | $2,227.59 |
| Purchase | 10/18/21 | 35 | $162.1350 | $5,674.73 | | | | | |
| Purchase | 01/04/22 | 1,066 | $140.8723 | $150,169.87 | | | | | |
| Purchase | 01/05/22 | 295 | $141.6653 | $41,791.26 | | | | | |
| Purchase | 01/07/22 | 55 | $133.8042 | $7,359.23 | | | | | |
| Purchase | 10/11/23 | 215 | $101.0600 | $21,727.90 | Retained | | 1,757 | $107.1132 | $188,197.85 |
| | | **3,846** | | **$648,383.60** | | | **3,846** | | **$445,975.18** |

**LIFO Gain/(Loss) for City of Coral Springs Police Officers' Pension Plan    ($202,408.42)**

*Post Class Period Sale; used the higher of actual sale price vs average price from end of Class Period through sale date*

| Florida Safety Funds | LIFO Gain / (Loss) |
|---|---|
| City of Hollywood Firefighters' Pension Fund | ($516,815.48) |
| City of Coral Springs Police Officers' Pension Plan | ($202,408.42) |
| **Total** | **($719,223.90)** |