# Exhibit D



# Federman & Sherwood Announces Filing the First Securities Class Action Lawsuit Against Evolution AB, Martin Carlesund, and Jacob Kaplan

January 24, 2024 07:02 PM Eastern Standard Time

OKLAHOMA CITY--(BUSINESS WIRE)--Federman & Sherwood announces that on January 23, 2024 it filed a class action lawsuit in the United States District Court for Eastern District of Pennsylvania against Evolution AB ("Evolution"), Martin Carlesund, and Jacob Kaplan ("Defendants"). The Complaint alleges that Defendants throughout the Class Period, which is February 14, 2019 through October 25, 2023, made materially false and/or misleading statements regarding Evolution's and Evolution's customers' compliance with governing laws; the effect of non-compliance on Evolution's revenue; and Evolution's predicted growth and growth strategies. From January 24, 2022 to October 26, 2023, a number of disclosures revealed the truth of Evolution's compliance, revenue, and growth, and brought to light the falsities behind Defendants statements. As a result, Evolution saw a significant change in the value of its share prices, including its American Depository Shares ("ADSs"). The Complaint alleges violations of Section 10(b) of the Securities Exchange Act and Rules 10b-5 promulgated thereunder, and violations of Section 20(a) of the Securities Exchange Act.

Plaintiffs seek to recover damages on behalf of all Evolution AB investors who purchased securities, including ADSs, during the Class Period. You may move the Court no later than Monday, March 25, 2024, to serve as a lead plaintiff for the Class. However, to do so, you must meet certain legal requirements pursuant to the Private Securities Litigation Reform Act of 1995 (PSLRA).

Federman & Sherwood is a highly sought after law firm with years of experience and a highly skilled staff. Managing Partner, William B. Federman has served as counsel for many shareholders and handled over sixty class action suits.

If you want to discuss this action, obtain further information and participate in this or any other securities litigation, or should you have any questions or concerns regarding this notice or preservation of your rights, please contact:

Tiffany Peintner
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Email to: trp@federmanlaw.com
Or, visit the firm's website at www.federmanlaw.com

## Contacts

Tiffany Peintner

trp@federmanlaw.com

## #Hashtags

#evolutionab   #FedermanSherwood   #securitiesfraud   #classaction   #securities

## Social Media Profiles

[Federman & Sherwood](#)

[Facebook](#)

[LinkedIn](#)

[Federman & Sherwood](#)