EXHIBIT F

# PROMISLOFF LAW, P.C.
**ATTORNEYS AT LAW**
**5 Great Valley Parkway, Suite 210**
**MALVERN, PENNSYLVANIA 19355**
____

**TEL 215-259-5156**
**FAX 215-600-2642**
*www.prolawpa.com*

**PROMISLOFF LAW, P.C.** is a national law firm located near Philadelphia, Pennsylvania that protects the rights of shareholders and consumers.

## SHAREHOLDER RIGHTS AND DERIVATIVE ACTIONS
Promisloff Law, P.C. litigates shareholder derivative actions to address those situations where a corporation was harmed or is being harmed by the actions of its officers, directors and others. A shareholder derivative action is a unique type of action that is brought by a current shareholder on behalf of the corporation to address harm to the corporation itself and is a representative action where the relief obtained flows to the corporation as opposed to the shareholder. The underlying conduct that can harm a corporation and thus give rise to a shareholder derivative action is diverse and includes false or misleading financial statements, self-dealing by corporate insiders, conflicts of interest, insider trading, accounting improprieties, improprieties related to executive compensation and fraud or other unlawful conduct. Shareholder derivative actions are an effective way to ensure that corporate mismanagement is rectified, and the corporation is appropriately compensated for the harm caused by the actions of its officers and directors.

Promisloff Law, P.C. also litigates books and records actions. The right of a shareholder to examine the books and records of a corporation is a powerful tool in investigating and exposing possible corporate mismanagement or wrongdoing. In the appropriate circumstances, books and records actions can result in the production of non-public documents that can be useful in evaluating a potential derivative action and determining the strength of a claim for corporate mismanagement or wrongdoing.

## SECURITIES LITIGATION
Promisloff Law, P.C. attorney David Promisloff has taken part in the litigation of numerous securities class action lawsuits.  Securities class actions involve suits against companies whose shareholders have suffered losses as the result of violations of the federal securities laws. David Promisloff has helped recover millions of dollars for investors who purchased securities at artificially inflated prices due to false and/or misleading statements by companies and their officers.

## CONSUMER CLASS ACTION
Promisloff Law, P.C. litigates consumer class action cases where individuals have been harmed due to the unfair or illicit business practices of a company. Promisloff Law, P.C. strives to protect consumers from these tactics and provide them with a way to obtain relief for the harm suffered.

**NOTABLE CASES**

Promisloff Law, P.C. has taken part in the litigation of numerous shareholder and consumer rights actions, including the following notable examples:

➢ *In Re Resource Capital Corp. Shareholder Derivative Litigation Demand Refused Actions*, No. 17 Civ. 1381 (S.D.N.Y.): As Lead Counsel, obtained significant benefit for the company in the form of corporate governance enhancements, including the adoption of an Investment Committee Charter and enhanced disclosures regarding the calculation of base management fees and incentive compensation.

➢ *Sweda et al. v. The University of Pennsylvania, et al.*, No. 2:16-cv-04329 (E.D. Pa.): Local Counsel in action filed on behalf of University of Pennsylvania employees and retirees. The action alleged breaches of fiduciary duties under ERISA by, among other things, charging retirement plan participants excessive fees, retaining underperforming investments, and alleged that the university permitted its recordkeeper to use participant data to cross-sell financial products. The settlement terms included the creation of a $13 million settlement fund for retirement plan participants, as well as substantial non-monetary relief, including changes to the retirement plans at issue.

➢ *Ampio Shareholder Derivative Litigation* (C.D. Cal.): Obtained significant benefit for the company in the form of corporate governance enhancements, including the creation of a Disclosure Committee, which is designed to assist and report to the company's chief executive officer and chief financial officer in establishing, implementing, maintaining and evaluating controls or other procedures that are designed to ensure that the company disseminates accurate and truthful statements in its public disclosures.

➢ *Myers v. Hamburger et al.*, No. 1:17-cv-00341 (D. Del.) (DeVry Education Group/Adtalem Global Education derivative action): Obtained targeted corporate governance enhancements including the creation of a board committee related to advertising, the proliferation of information for the purpose of reporting violations of the company's code of conduct, and limitations on directors' service on the boards of unaffiliate public companies.

➢ *Booth v. Reichental, et al.*, No. 1:15-cv-00692 (D. Del.) (3D Systems Corporation derivative action):   Obtained significant corporate governance enhancements for the company, including (i) enhanced Board independence requirements, enhancements to Board- and management-level oversight of corporate strategy and risk, internal controls, and disclosures, (ii) substantive enhancements to the Company's Insider Trading Policy to help prevent and deter the improper use of corporate information and illegal insider trading, (iii) Compensation Committee reforms designed to ensure that compensation is awarded for "performance," particularly as it relates to compliance issues, and (iv) amendments to the Company's "Incentive Compensation Clawback Policy"

2

to ensure an adequate process for the Board to investigate potential misconduct in connection with any financial restatement, the ability of the Board to recoup unjust compensation as appropriate, and transparency to the Company's shareholders as to any decisions made by the Company to recoup compensation.

**DAVID M. PROMISLOFF**

David Promisloff is a shareholder and founding member of Promisloff Law, P.C. His current areas of practice include Shareholder Derivative Litigation, Securities Litigation, and Consumer Litigation. Prior to forming Promisloff Law, P.C., Mr. Promisloff was associated with two prominent law firms where he focused his practice on shareholder derivative litigation and shareholder class actions. During this time, Mr. Promisloff was extensively involved in identifying and assessing potential derivative litigation and class action matters. In each year from 2015 through 2019, Mr. Promisloff was named a Super Lawyers Rising Star, an honor bestowed on no more than 2.5% of lawyers in Pennsylvania.

Mr. Promisloff received his law degree from the University of Michigan in 2005. While in law school, he served as an associate editor of the Michigan Telecommunications and Technology Law Review. Mr. Promisloff received his undergraduate degree from Emory University in 2002, double majoring in political science and history. As part of his undergraduate studies, Mr. Promisloff attended the University of New South Wales in Sydney, Australia.

Mr. Promisloff is licensed to practice in the Commonwealth of Pennsylvania and is admitted to practice in the United States District Court for the Eastern District of Pennsylvania and the United States Court of Appeals for the Second Circuit.