UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL SKOLNICK, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br> v.<br><br>EVOLUTION AB (PUBL), MARIN CARLESUND, and JACOB KAPLAN,<br><br>       Defendants. | Case No. 2:24-cv-0326-MRP<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING THE MOTION OF THE FLORIDA SAFETY FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Having considered the Motion of the City of Hollywood Firefighters' Pension Fund and the City of Coral Springs Police Officers' Pension Plan (together, the "Florida Safety Funds") for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"), the memorandum of law in support of the Motion, the declaration of David M. Promisloff in support thereof, and all other pleadings and argument submitted to this Court, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Florida Safety Funds' Motion is **GRANTED**.

2. The Florida Safety Funds are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated pursuant to paragraph 4 of this Order.

3. The Florida Safety Funds' selection of Counsel is **APPROVED**, and Saxena White P.A. is **APPOINTED** to serve as Lead Counsel for the Class and Promisloff Law, P.C. is **APPOINTED** to serve as Liaison Counsel for the Class.

4. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any pending, previously or subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action are **CONSOLIDATED** for all purposes.

5. This Action shall be captioned "*In re Evolution AB Securities Litigation.*"

**IT IS SO ORDERED**.

Dated: _____, 2024

_____
HONORABLE MIA ROBERTS PEREZ
UNITED STATES DISTRICT JUDGE