UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL SKOLNICK, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  vs.<br><br>EVOLUTION AB (publ), et al.,<br><br>       Defendants. | Civ. Action No. 2:24-cv-00326-MRP<br><br><u>CLASS ACTION</u><br><br>ORDER GRANTING LEAD PLAINTIFF'S MOTION AND MEMORANDUM OF LAW IN SUPPORT OF ALTERNATIVE SERVICE ON THE DEFENDANTS |

## ORDER

AND NOW, this 5th day of August, 2024, Upon this Court's review of Lead Plaintiff's Motion and Memorandum of Law in Support of Alternative Service on the Defendants in the above-captioned action, and good cause shown, hereby finds that:

Federal Rule of Civil Procedure 4(f)(3) permits this Court to direct alternate service so long as the proposed methods of service: (a) are not prohibited by international agreement; and (b) comport with due process and are reasonably calculated to apprise the interested parties of the pendency of the action. Fed. R. Civ. P. 4(f)(3); *Sunline USA LLC v. Ezzi Grp., Inc.*, 2022 WL 3691021, at *3 (E.D. Pa. Aug. 25, 2022).

Lead Plaintiff St. Clair County Employees' Retirement System and City of Sterling Heights Police & Fire Retirement System seeks an order pursuant to Rule 4(f)(3) permitting alternative service of the Summons and operative Complaint on Evolution AB (publ), Martin Carlesund, and Jacob Kaplan via any or all of the following methods:

- **Evolution AB (publ)'s** corporate headquarters address at Hamngatan 11, SE 111 47 Stockholm, Sweden via UPS international mail;

- **Martin Carlesund's** work email address at mcarlesund@evolution.com;

- **Jacob Kaplan's** work email addresses at jkaplan@evolution.com and ir@evolution .com; and

- **Julia Simonsson**, Chief Legal and Compliance Officer for Evolution Gaming's work email address at jsimonsson@evolution.com.

Lead Plaintiff has established that, under the circumstances, these methods of alternative service are the best means of effectuating service on the Defendants. Lead Plaintiff has also demonstrated that the methods of alternative service listed above are not prohibited by international agreement and are reasonably calculated to apprise the Individual Defendants of this action.

Accordingly, IT IS ORDERED that Motion and Memorandum of Law In Support of Alternative Service on the Defendants is hereby GRANTED;

IT IS FURTHER ORDERED that Plaintiff shall serve the Defendants with a Summons and copies of the Initial Complaint via the methods set forth above as soon as practicable, but no later than seven days after Lead Plaintiff receives this Order.

BY THE COURT:

THE HONORABLE MIA R. PEREZ
UNITED STATES DISTRICT JUDGE