**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

RACHEL SKOLNICK,
individually and on behalf of all others
similarly situated,

                 Plaintiff,

       v.

EVOLUTION AB (PUBL), MARTIN
CARLESUND, and JACOB KAPLAN,

              Defendants.

Civ. Action No. 2:24-cv-00326-MRP

**CERTIFICATION OF COMPLIANCE WITH SECTION III.B.**
**OF THIS COURT'S POLICIES AND PROCEDURES**

Pursuant to Section III.B. of this Court's Policies and Procedures, the undersigned counsel hereby certify that counsel for the parties in the above-captioned action met and conferred on November 4, 2024 regarding Defendants' contemplated Motion to Dismiss the Amended Complaint ("Motion"). Plaintiffs declined to voluntarily dismiss their Amended Complaint or to seek further leave to amend in response to Defendants' arguments for dismissal. Defendants declined to withdraw their anticipated Motion. Accordingly, the parties were unable to reach a resolution that would eliminate the need for Defendants' Motion.

Dated:  November 12, 2024

Respectfully submitted,

/s/ *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr. (admitted *pro hac vice*)
David M.J. Rein (admitted *pro hac vice*)
Julia A. Malkina (admitted *pro hac vice*)
Gulliver Brady (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000
giuffrar@sullcrom.com
reind@sullcrom.com
malkinaj@sullcrom.com
bradyg@sullcrom.com

/s/ *Shannon McClure*
Shannon McClure
Mark W. Fidanza
Julia Lueddeke
REED SMITH LLP
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, Pennsylvania  19103
Telephone: (215) 851-8100
smcclure@reedsmith.com
mfidanza@reedsmith.com
jlueddeke@reedsmith.com

*Counsel for Defendants Evolution AB (publ),*
*Martin Carlesund, and Jacob Kaplan*