**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

RACHEL SKOLNICK,
individually and on behalf of all others
similarly situated,

               Plaintiff,

     v.

EVOLUTION AB (PUBL), MARTIN
CARLESUND, and JACOB KAPLAN,

             Defendants.

Civ. Action No. 2:24-cv-00326-MRP

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**
**THE AMENDED COMPLAINT**

AND NOW, on this _____ day of _____, 202_, upon consideration of

Defendants' Motion to Dismiss the Amended Complaint, all papers filed in support of and in

opposition to the Motion, and oral argument presented to this Court in support of the parties'

positions on the Motion, it is **ORDERED** that Defendants' Motion to Dismiss the Amended

Complaint is hereby **GRANTED** and the above-captioned action, as to all Defendants, is hereby

**DISMISSED WITH PREJUDICE**; and judgment is hereby entered in favor of Defendants.

_____
THE HONORABLE MIA R. PEREZ
United States District Judge