# EXHIBIT 22






**Interim report | January–June 2022 | Evolution AB (publ)**

## Second quarter of 2022 (Q2 2021)

- Operating revenues increased by 34.0% to EUR 344.0 million (256.7)
- EBITDA increased by 36.4% to EUR 238.2 million (174.7), corresponding to a margin of 69.3% (68.0)
- Profit for the period amounted to EUR 200.9 million (144.4)
- Earnings per share amounted to EUR 0.94 (0.68)

## January-June 2022 (1H 2021)

- Operating revenues increased by 36.2% to EUR 670.7 million (492.5)
- EBITDA increased by 39.8% to EUR 467.9 million (334.8), corresponding to a margin of 69.8% (68.0)
- Profit for the period amounted to EUR 398.6 million (276.4)
- Earnings per share amounted to EUR 1.87 (1.30)

## Events during the second quarter of 2022

- Continued expansion with opening of live casino studios in Spain and Armenia as well as launch of Live games in West Virginia.
- Announced acquisition of Nolimit City.
- Evolution has after the end of the period launched a new live casino studio in Connecticut.

## Summary of the second quarter and first six months of 2022

| Group, EUR thousands | Apr-Jun 2022 | Apr-Jun 2021 | % | Jan-Jun 2022 | Jan-Jun 2021 | % | Jul 2021-Jun 2022 | Jan-Dec 2021 | % |
|---|---|---|---|---|---|---|---|---|---|
| Operating revenues | 343,958 | 256,687 | 34.0% | 670,725 | 492,528 | 36.2% | 1,246,974 | 1,068,777 | 16.7% |
| EBITDA | 238,218 | 174,668 | 36.4% | 467,896 | 334,793 | 39.8% | 867,753 | 734,650 | 18.1% |
| EBITDA margin | 69.3% | 68.0% | - | 69.8% | 68.0% | - | 69.6% | 68.7% | - |
| Operating profit | 214,580 | 155,852 | 37.7% | 421,665 | 297,500 | 41.7% | 778,169 | 654,004 | 19.0% |
| Operating margin | 62.4% | 60.7% | - | 62.9% | 60.4% | - | 62.4% | 61.2% | - |
| Profit for the period | 200,873 | 144,406 | 39.1% | 398,562 | 276,444 | 44.2% | 727,553 | 605,435 | 20.2% |
| Profit margin | 58.4% | 56.3% | - | 59.4% | 56.1% | - | 58.3% | 56.6% | - |
| Earnings per share before dilution, EUR | 0.94 | 0.68 | 38.6% | 1.87 | 1.30 | 43.6% | 3.40 | 2.83 | 19.9% |
| Equity per share, EUR | 14.62 | 14.03 | 4.2% | 14.62 | 14.03 | 4.2% | 14.62 | 14.91 | -2.0% |
| OCF per share before dilution, EUR | 0.87 | 0.59 | 47.9% | 1.78 | 1.07 | 66.8% | 3.51 | 2.80 | 25.3% |
| Average number of FTEs | 10,412 | 7,653 | 36.1% | 10,054 | 7,379 | 36.3% | 9,520 | 7,917 | 20.2% |

**For more information, please contact:**
Jacob Kaplan, CFO
ir@evolution.com

**Visit and follow Evolution:**
www.evolution.com
www.twitter.com/EvolutionIR

*Evolution develops, produces, markets and licenses fully integrated B2B Online Casino solutions to gaming operators. Since its inception in 2006, Evolution has developed into a leading B2B provider with 600+ operators among its customers. The group currently employs 15,000+ people in studios across Europe and in North America. The parent company is based in Sweden and listed on Nasdaq Stockholm with the ticker EVO. Visit www.evolution.com for more information.*

*Evolution is licensed and regulated by the Malta Gaming Authority under license MGA/B2B/187/2010. Evolution is also licensed and regulated in many other jurisdictions such as the United Kingdom, Belgium, Canada, Romania, South Africa, and others.*

## CEO's comments

The operational delivery in the second quarter 2022 is nothing but fantastic and during the quarter we reached many and significant milestones. These include the new studio in Connecticut, opening of the regulated Ontario market, opening of the new studio in Madrid, opening of the new studio in Yerevan, launch of Live games in West Virginia and started construction of an additional studio in New Jersey. All this on top of expansion all over the world adding close to 1,000 employees during the quarter shows the speed we are moving forward with. I am very proud of all achievements that the employees of Evolution have made during the quarter. Even so, we need to be better tomorrow than what we are today and we need to constantly challenge ourselves to perform better.

During the quarter we also announced the acquisition of one of the leading and most innovative slots creators - Nolimit City. We are all very happy to welcome Nolimit City to the Evolution family. The acquisition is financed with our existing cash-flow, it's a way to use our financial strength to take yet another step towards becoming the leading provider of casino games in the world. The transaction, expected to be completed in Q3, includes an upfront consideration of EUR 200 million and, earn-outs of up to EUR 140 million, payable in 2023, 2024 and 2025, respectively. Looking further ahead, our intention is to distribute Nolimit City slots through our OSS (One Stop Shop) and add them to our offering to operators. The earlier communicated goal of double-digit growth for our exiting RNG-business remains and is not affected by this latest acquisition.

Financially, I regard the second quarter as good but not great and not quite reflecting the success we have had operationally. When evaluating our financial performance in the second quarter I also factor in the exceptional development we had during Q1 and Q2 last year which effects the year-on-year percentage growth rate in Q2.

In Q2 2022 revenues increased by 34.0 percent year-on-year to EUR 344.0 million, and the EBITDA increased to EUR 238.2 million, corresponding to an EBITDA margin of 69.3 percent.

In the second quarter 2022 Live Casino increased by 36.7 percent year-on-year and RNG revenues grew by 6.1 percent year-on-year. As I have stated earlier when it comes to RNG, our ambition is double-digit growth and I find the result in Q2 as good step towards that goal. I'm pleased with the development of our RNG business in Q2 2022.

The EBITDA margin of 69.3 percent is within our guided range of 69-71 percent for 2022. Our ambition is always to do more and do better on cost items within our control. As stated many times before, if there is a trade-off between margin and market share, we will always go for market share and what we believe are the right decisions long-term for Evolution.

We all know that the world is a challenging place right now and it's hard not to mention the ongoing horrible war and also the effects of the Pandemic. Our fast expansion is affected by the current cost inflation especially in categories like energy, logistics, semiconductor products and wages. We are happy but not content with the margin of 69.3 percent in the quarter and we are likely to continue to see margins vary during the year but expect to stay within the guided range for 2022.

Flawless, seamless player satisfaction through entertaining and exciting world class games – nothing is more important. The newly released Evolution smart lobby is one example that makes a difference for players every day. In total 34 of our 88 games planned for this year have been released, so we have more than half of our planned game releases during the second half of this year. During the quarter we have released one of our headline games this year - XXXtreme Lightning Roulette – it is a great game which attracts both new and existing players. This roulette game with more and bigger multipliers, is a good example of how we can



leverage our growing portfolio of brands from both the Live- and RNG-space. Another new game combining the Live and RNG playing experience is Crazy Coin Flip. This can be seen as our first 'Live Slot' game. It definitely strikes a chord with players and is a style of game that we will continue to explore. New RNG titles in the second quarter include Funkmaster, Dragons Clusterbuster and Space Wars2.

In terms of development by region, we see the larger trends maintained with the demand for online casino continuing to increase globally. However, both our Asia and Other regions while growing very nicely are at a marginally lower pace in this quarter compared to earlier this year. We continued to expand our studios in North America however most of the increased capacity was added toward the end of the quarter. European markets overall showed single digit growth in the quarter, with a step faster pace in the Nordics.

I very much look forward to the second half of 2022, I feel excited about all things we have in front of us. We want to be better, we want to deliver more, we want to run faster- that is who we are. Adding Nolimit City and the upcoming games on the 2022 roadmap will be great and we are again increasing the gap to all competitors. The world is changing but we stand strong, we continue forward.


**Martin Carlesund**
**CEO**



*Quarterly results trend*

*\*Q4/20 adjusted for non-recurring items*

## Financial performance in the second quarter of 2022

**Revenues**
Revenues amounted to EUR 344.0 million (256.7) in the second quarter, equivalent to an increase of 34 percent compared with the corresponding period in 2021. EUR 65.5 million (53.0) of the revenue was derived from RNG-games. The positive revenue development within live casino mainly derives from increased commission income from existing customers and, to a certain extent, from new customers. Demand for online casino games continues to grow, partly as a result of our continuous launch of new games and variations on traditional games. The number of bet spots from end users amounted to 24.3 billion (17.5).

*Revenue by game type*

| Group, EUR millions | Apr-Jun 2021 | Jul-Sep 2021 | Oct-Dec 2021 | Jan-Mar 2022 | Apr-Jun 2022 |
|---|---|---|---|---|---|
| **Live** | 203.7 | 214.5 | 237.4 | 264.5 | 278.5 |
| **RNG**, as reported | 53.0 | 61.5 | 62.9 | 62.3 | 65.5 |
| **Total** | 256.7 | 276.0 | 300.2 | 326.8 | 344.0 |
| | | | | | |
| **RNG incl. BTG,** pro-forma | 61.7 | - | - | - | - |

Big Time Gaming is included in the consolidated financial statements from 1 July 2021.

**Expenses**
Operating expenses amounted to EUR 129.4 million (100.8). Expenses were mainly driven by higher costs for personnel, connected to the launch of new tables in the company's studios and the expansion in general compared to the second quarter of 2021. The expansion has also increased other operating expenses compared with Q2 2021.

**Profitability**
Operating profit amounted to EUR 214.6 million (155.9), corresponding to an increase of 38 percent. The operating margin was 62.4 percent (60.7). The EBITDA margin was 69.3 percent (68.0).

Net financial items only had small impact on profits and related mostly to leasing interest expense and currency exchange differences. The Group's effective tax rate for the quarter amounted to 7.4 percent (5.7). The tax rate is influenced by the countries in which earnings are generated, which may vary between reported periods. Profit for the period amounted to EUR 200.9 million (144.4). Earnings per share before dilution were EUR 0.94 (0.68).

**Investments**
Investments in intangible assets amounted to EUR 9.6 million (7.1) during the quarter and were mainly attributable to development of new games and technical improvements of the platform, such as new functionality.

Investments in property, plant and equipment amounted to EUR 14.8 million (5.2) and comprised new studio space, new gaming tables, servers and other computer equipment to meet new technical requirements and maintain capacity and performance in connection with new platform launches.

**Cash and cash equivalents, financing and financial position**
Cash flow from operating activities amounted to EUR 186.0 million (125.3) during the quarter. Cash flow from investing activities was negative in the amount of EUR 26.8 million (negative 107.5) and 2021 included investment in subsidiaries of EUR 94.2 million. Cash flow from financing activities was negative in the amount of EUR 307.1 million (negative 142.8) and included dividend to shareholders of EUR 303.2 million (144.4). Cash and cash equivalents amounted to EUR 293.9 million (200.4) at the end of the quarter.

# First half of 2022 in brief

**Revenues**
For the January-June 2022 period, revenues amounted to EUR 670.7 million (492.5), corresponding to an increase of 36 percent compared with the same period in 2021. EUR 127.8 million (105.2) of the revenue was derived from RNG-games. The positive revenue development within live casino mainly derives from increased commission income from both new and existing customers.

**Expenses**
Operating expenses amounted to EUR 249.1 million (195.0). Expenses were mainly driven by higher costs for personnel, connected to the launch of new tables and studios. The strong expansion has also increased other operating expenses compared with the previous year.

**Profitability**
Operating profit amounted to EUR 421.7 million (297.5) with an operating margin of 62.9 percent (60.4). The EBITDA margin was 69.8 percent (68.0).

**Investments**
Investments in intangible assets amounted to EUR 16.8 million (13.4) for the period. Investments in property, plant and equipment amounted to EUR 28.8 million (12.1). Investments in other financial assets amounted to EUR 3.3 million (0.9).

**Cash and cash equivalents, financing and financial position**
Cash flow from operating activities amounted to EUR 380.3 million (227.1) over the period. The increase is primarily due to improved profit. Cash flow from investing activities was negative in the amount of EUR 123.0 million (negative 122.9) and included investment in subsidiaries of EUR 74.1 million (96.5). Cash flow from financing activities was negative in the amount of EUR 387.2 million (negative 127.6) and included dividend to shareholders of EUR 303.2 million (144.4) and repurchase of own shares of EUR 75.6 million (-).



# Market development

**Online Casino market**

The global online casino market (Live & RNG) has grown strongly in recent years and is expected to continue to be among the fastest-growing gaming segments in the coming years. Evolution's growth target is to grow faster than the total global online casino market. Market growth is influenced by several underlying factors, such as technological advances with, among other things, improved hardware and increased bandwidth, the migration of land-based casinos to online environments and market regulations. Increased use of mobile devices has been a growth driver for many years, and in the quarter 69.2 percent (68.95) of the operators' GGR via Evolution's platform was generated by mobile devices. RNG is the largest vertical of the online casino market. However, to a large extent, growth is driven by Live Casino having grown in importance for most gaming operators and has become an integrated and strategically important product for them.

As a B2B supplier, Evolution has customer relationships with gaming operators, who in turn own the relationships with the end users. Generally, the gaming operators are licensed in a limited number of jurisdictions while operating in a global market and allowing play from various geographic areas. The table below shows the geographic markets from which Evolution's revenues originate. Revenues based on player activity are allocated according to the end-users' location, while revenues not based on player activity are allocated to the operator's location. The UK includes the Crown Dependencies.

*Revenue per geographical region*

| Group, EUR million | Apr-Jun 2021 | Jul-Sep 2021 | Oct-Dec 2021 | Jan-Mar 2022 | Apr-Jun 2022 |
|---|---|---|---|---|---|
| Nordics | 16.4 | 19.5 | 20.9 | 21.8 | 21.5 |
| UK | 19.8 | 19.1 | 21.0 | 21.8 | 20.3 |
| Rest of Europe | 104.0 | 103.2 | 105.6 | 108.8 | 110.0 |
| Asia | 65.7 | 76.7 | 90.8 | 103.4 | 110.9 |
| North America | 27.2 | 31.9 | 33.8 | 36.8 | 46.1 |
| Other | 23.5 | 25.6 | 28.0 | 34.3 | 35.1 |
| **Total operating revenue** | **256.7** | **276.0** | **300.2** | **326.8** | **343.9** |
| | | | | | |
| Share of regulated markets | 40% | 38% | 41% | 40% | 43% |
| Revenue, regulated markets | 102.9 | 103.8 | 123.0 | 131.1 | 147.9 |

Evolution

## Other

**Parent Company**
The Parent Company is a holding company. Net sales for the second quarter of 2022 amounted to EUR 5.0 million (4.9) and expenses to EUR 4.9 million (4.6). Operating profit amounted to EUR 152 thousand (331). Profit for the period amounted of EUR 2.1 million (0.3), including foreign exchange gain of EUR 1.8 million (0). The Parent Company's cash and cash equivalents amounted to EUR 0.1 million (17.2) at the end of the period and equity amounted to EUR 2,451.6 million (2,692.0). No significant investments were made in intangible or tangible assets.

**Employees**
As of 30 June 2022, Evolution had 15,297 employees (11,311), corresponding to 10,570 (7,835) full-time positions. The average number of full-time equivalents for the quarter was 10,412 (7,653).

**Acquisitions of own shares**
The Company has, during the period 9 February 2022 – 18 February 2022, acquired a total of 747,000 own shares within the framework of the repurchase programme introduced by the Board of Directors. Since 6 December 2021 up to and including 18 February 2022, a total of 1,905,865 shares have been acquired within the scope of the programme. The repurchase program, announced 3 December 2021, is thereby completed and closed.

**Significant risks and uncertainties**
Evolution's operations are exposed to certain risks that could have a varying impact on earnings or financial position. These can be divided into industry, operational, and financial risks. When assessing the Group's future development, it is important to take into account the risk factors, alongside any opportunities for profit growth.

The development of laws and regulations relating to the supply of gaming services that Evolution provides is a central risk factor for the Group's future earnings. Since most of Evolution's licensees are active in Europe, the legal situation in the EU is of particular interest and is continuously monitored and managed by the Group. Despite this, there remains a risk that, in the event of legislation being interpreted in an unfavourable or unanticipated way, Evolution's conditions for growth, profitability, and the games that may be supplied could be changed. Likewise, a favourable interpretation could have a positive impact on the Group.

One or more markets may be affected by events that may result in rapid changes in the business environment. Examples of this kind of events which could lead up to production disruption are extreme weather events, social unrest, diseases (e.g. virus outbreaks) or other macroeconomic or geopolitical events affected by external influences.

For further information about Evolution's risk exposure and handling, please see the Group's Annual Report for 2021, which is available on the company's website.



**Upcoming report dates**
Interim report January-September 2022     27 October 2022
Year-end report 2022     February 2023

**Stockholm, 21 July 2022**

**Martin Carlesund**
**CEO**

For further information, please contact CFO Jacob Kaplan, +46 708 62 33 94 or Head of Investor Relations Carl Linton, +46 705 08 85 75, ir@evolution.com.

Evolution AB (publ)                          e-mail: ir@evolution.com
Vasagatan 16                                 Website: www.evolution.com
SE-111 20 Stockholm, Sweden                  Corporate ID: 556994-5792

**Presentation for investors, analysts and the media**
CEO Martin Carlesund and CFO Jacob Kaplan will present the report and answer questions on Thursday, 21 July 2022 at 09:00 a.m. CEST via a telephone conference. The presentation will be in English and can also be followed online. Number for participation by telephone:
Dial-in number, pin code: 4662947#
SE: +46 8 505 163 86                UK: +44 20 319 84884              US: +1 412 317 6300

Follow the presentation at: https://tv.streamfabriken.com/evolution-gaming-group-q2-2022

*This information is such that Evolution AB (publ) is obliged to make public pursuant to the EU Market Abuse Regulation and the Swedish Securities Market Act. The information was submitted for publication, through the contact person set out above, on 21 July 2022, at 07:30 am CET.*

*This report is published in Swedish and English. In case of any differences between the English version and the Swedish original text, the Swedish version shall apply. This report has not been subject to review by the company's independent auditor.*

# EXHIBIT 23

**Interim report | January–September 2022 | Evolution AB (publ)**

## Third quarter of 2022 (Q3 2021)

- Operating revenues increased by 37.1% to EUR 378.5 million (276.0)
- EBITDA increased by 35.3% to EUR 261.0 million (192.9), corresponding to a margin of 69.0% (69.9)
- Profit for the period amounted to EUR 221.3 million (157.4)
- Earnings per share amounted to EUR 1.04 (0.73)

## January-September 2022 (9M 2021)

- Operating revenues increased by 36.5% to EUR 1,049.3 million (768.5)
- EBITDA increased by 38.1% to EUR 728.9 million (527.7), corresponding to a margin of 69.5% (68.7)
- Profit for the period amounted to EUR 619.9 million (433.9)
- Earnings per share amounted to EUR 2.91 (2.03)

## Events during the third quarter of 2022

- High demand for Live Casino generates a +45% growth YoY.
- Acquisition of Nolimit City completed, included in the consolidated financial statements from 1 July 2022.
- Continued expansion in the US with opening of a new live casino studio in Connecticut.

## Summary of the third quarter and the first nine months of 2022

| Group, EUR thousands | Jul-Sep 2022 | Jul-Sep 2021 | % | Jan-Sep 2022 | Jan-Sep 2021 | % | Oct 2021- Sep 2022 | Jan-Dec 2021 | % |
|---|---|---|---|---|---|---|---|---|---|
| Operating revenues | 378,532 | 276,016 | 37.1% | 1,049,257 | 768,544 | 36.5% | 1,349,490 | 1,068,777 | 26.3% |
| EBITDA | 261,015 | 192,942 | 35.3% | 728,911 | 527,735 | 38.1% | 935,826 | 734,650 | 27.4% |
| EBITDA margin | 69.0% | 69.9% | - | 69.5% | 68.7% | - | 69.3% | 68.7% | - |
| Operating profit | 236,393 | 171,963 | 37.5% | 658,058 | 469,463 | 40.2% | 842,599 | 654,004 | 28.8% |
| Operating margin | 62.4% | 62.3% | - | 62.7% | 61.1% | - | 62.4% | 61.2% | - |
| Profit for the period | 221,297 | 157,434 | 40.6% | 619,859 | 433,878 | 42.9% | 791,416 | 605,435 | 30.7% |
| Profit margin | 58.5% | 57.0% | - | 59.1% | 56.5% | - | 58.6% | 56.6% | - |
| Earnings per share before dilution, EUR | 1.04 | 0.73 | 41.8% | 2.91 | 2.03 | 42.9% | 3.70 | 2.83 | 30.8% |
| Equity per share, EUR | 15.51 | 14.76 | 5.1% | 15.51 | 14.76 | 5.1% | 15.51 | 14.91 | 4.0% |
| OCF per share before dilution, EUR | 1.11 | 0.90 | 23.7% | 2.89 | 1.97 | 46.8% | 3.72 | 2.80 | 32.8% |
| Average number of FTEs | 10,960 | 8,013 | 36.8% | 10,365 | 7,587 | 36.6% | 9,961 | 7,917 | 25.8% |

**For more information, please contact:**
Jacob Kaplan, CFO
ir@evolution.com

**Visit and follow Evolution:**
www.evolution.com
www.twitter.com/EvolutionIR

*Evolution develops, produces, markets and licenses fully integrated B2B Online Casino solutions to gaming operators. Since its inception in 2006, Evolution has developed into a leading B2B provider with 600+ operators among its customers. The group currently employs 16,000 people in studios across Europe and in North America. The parent company is based in Sweden and listed on Nasdaq Stockholm with the ticker EVO. Visit www.evolution.com for more information. Evolution is licensed and regulated by the Malta Gaming Authority under license MGA/B2B/187/2010. Evolution is also licensed and regulated in many other jurisdictions such as the United Kingdom, Belgium, Canada, Romania, South Africa, and others.*



## CEO's comments

We delivered a strong revenue growth in the third quarter of 2022. Total revenues amounted to EUR 378.5 million, an increase of 37.1 percent compared to last year. EBITDA amounted to EUR 261.0 million, corresponding to a margin of 69.0 percent. For the nine-month period, the EBITDA margin was 69.5 percent.

Live Casino reported a continued rapid growth of 45 percent in the quarter. We continue to see very strong global demand for our new as well as existing products and we are increasing market shares and our distance to competitors. The roll-out of the full product suite to all regulated markets continues.

Total RNG revenue increased by 11 percent compared to last year, including the acquired Nolimit City business, comparing to pro-forma figures growth year-on-year is 2 percent. This is not yet satisfactory. We have delivered too few slot games during the past period, however we remain fully committed to the target of double-digit growth. We continue to see great potential in OSS and are now focusing on accelerating rollouts. On the road to double digit growth, we will continue to see fluctuating quarterly performance, as earlier stated the development will not be a straight line.

We completed the acquisition of Nolimit City during the quarter and the acquisition is fully consolidated in the third quarter. Operations have started off strongly, but it is worth noting that the double-digit growth target for RNG is set excluding Nolimit City. As already communicated, the acquisition was financed through our cash flow and highlights our financial strength. Our very strong balance sheet, with no debt, is in the current unstable macro environment an even stronger asset.

End-user entertainment, satisfaction and preference are always the most important factors for any game we create. We always go the extra mile to create something exceptional to the end-users and I am very satisfied with the product rollout of Live 2022. Our game shows continue to attract players, and in this quarter, we introduced a bingo-style live game show called MONOPOLY Big Baller, also new in this quarter is Crazy Coin Flip – a game combining both Live and RNG game mechanics. We also introduced a new addition to the live Roulette family called Gold Bar Roulette, in which a spectacular studio and some fresh game features take Roulette to a new exiting level. As part of expanding the portfolio in the North American region, we launched Live Craps - our version of the classic dice game - in Pennsylvania and after end of the period we also launched in New Jersey, with more states to follow.

Our offering continues to find an audience across the globe and OSS is just in the beginning of showing traction. All regions reported growth in the quarter. In North America, we continued to expand studio capacity, and the European markets reported stronger growth in the quarter than earlier this year. We continue to experience an increasing end user preference for our products in Asia, driving a continuous strong growth. The Other region which includes Latin America and Africa shows very good growth once again and we continue to see good potential in both markets over time.

Online Casino continues to grow world-wide and the growth path in a long term perspective is very strong. With that said, increased interest rates, increased inflation, signs of a weakening economy in some markets as well as an uncertain geopolitical situation are all factors that also affect our business. It is difficult to separate the effect of these circumstances to conclude what the implications may have been in the quarter or what they will be in the next. We certainly see higher cost in supplies, electricity, transport and also upward pressures on salaries. Our guidance at the beginning of this year was an EBITDA-margin in the 69-71 percent range for the full year. So far for the nine-month period margin is at 69.5 percent. I am satisfied with our delivery under the current circumstances. We make no change to our previously guided range of EBITDA-margin of 69-71 percent for the full year.



Evolution employees are fantastic. The delivery of Evolution is due to them! I am proud of the way that the Evolution-team handles the difficult world we currently see. Evolution continues to push forward, working across multiple time-zones full of energy with a hunger to improve - always striving to be a little bit better, every single day. I look forward to the final months of this year and onwards to 2023.

**Martin Carlesund**
**CEO**



*Quarterly results trend*

*\*Q4/20 adjusted for non-recurring items*

## Financial performance in the third quarter of 2022

**Revenues**
Revenues amounted to EUR 378.5 million (276.0) in the third quarter, equivalent to an increase of 37.1 percent compared with the corresponding period in 2021. EUR 68.1 million (61.5) of the revenue was derived from RNG-games. The positive revenue development within live casino mainly derives from increased commission income from existing customers and, to a certain extent, from new customers. Demand for online casino games continues to grow, partly as a result of our continuous launch of successful new games and variations on traditional games.

*Revenue by game type*

| Group, EUR million | Jul-Sep 2021 | Oct-Dec 2021 | Jan-Mar 2022 | Apr-Jun 2022 | Jul-Sep 2022 |
|---|---|---|---|---|---|
| **Live** | 214.5 | 237.4 | 264.5 | 278.5 | 310.4 |
| **RNG,** as reported | 61.5 | 62.9 | 62.3 | 65.5 | 68.1 |
| **Total** | 276.0 | 300.2 | 326.8 | 344.0 | 378.5 |
| | | | | | |
| **RNG incl. Nolimit City,** pro-forma | 66.8 | 69.0 | 69.1 | 72.2 | - |

Nolimit City is included in the consolidated financial statements from 1 July 2022.

**Expenses**
Operating expenses amounted to EUR 142.1 million (104.1). Expenses were mainly driven by higher costs for personnel, connected to the launch of new tables in the company's studios and the expansion in general compared to the third quarter of 2021. The expansion has also increased other operating expenses compared with Q3 2021.

**Profitability**
Operating profit amounted to EUR 236.4 million (172.0), corresponding to an increase of 37.5 percent. The operating margin was 62.4 percent (62.3). The EBITDA margin was 69.0 percent (69.9).



Net financial items only had small impact on profits and related mostly to leasing interest expenses and currency exchange differences. The Group's effective tax rate for the quarter amounted to 6.9 percent (7.1). The tax rate is influenced by the countries in which earnings are generated, which may vary between reported periods. Profit for the quarter amounted to EUR 221.3 million (157.4). Earnings per share before dilution were EUR 1.04 (0.73).

**Investments**
Investments in intangible assets amounted to EUR 9.6 million (6.5) during the quarter and were mainly attributable to development of new games and technical improvements of the platform, such as new functionality.

Investments in property, plant and equipment amounted to EUR 13.9 million (7.3) and comprised new studio space, new gaming tables, servers and other computer equipment to meet new technical requirements and maintain capacity and performance in connection with new platform launches.

**Cash and cash equivalents, financing and financial position**
Cash flow from operating activities amounted to EUR 237.0 million (193.4) during the quarter. Cash flow from investing activities was negative in the amount of EUR 206.9 million (negative 9.8) and included investment in subsidiaries of EUR 184.7 million. Cash flow from financing activities was negative in the amount of EUR 5.1 million (6.9), Q3 2021 included cash received in new share issue related to incentive programmes of EUR 23.2 million. Cash and cash equivalents amounted to EUR 319.7 million (391.9) at the end of the quarter.

# First nine months of 2022 in brief

**Revenues**
For the January-September 2022 period, revenues amounted to EUR 1,049.3 million (768.5), corresponding to an increase of 36.5 percent compared with the same period in 2021. EUR 195.9 million (166.7) of the revenue was derived from RNG-games. The positive revenue development within live casino mainly derives from increased commission income from both new and existing customers.

**Expenses**
Operating expenses amounted to EUR 391.2 million (299.1). Expenses were mainly driven by higher costs for personnel, connected to the launch of new tables and studios. The strong expansion has also increased other operating expenses compared with the previous year.

**Profitability**
Operating profit amounted to EUR 658.1 million (469.5) with an operating margin of 62.7 percent (61.1). The EBITDA margin was 69.5 percent (68.7).

**Investments**
Investments in intangible assets amounted to EUR 26.3 million (19.9) for the period. Investments in property, plant and equipment amounted to EUR 42.7 million (19.5). Investments in other financial assets amounted to EUR 2.1 million (1.2).

**Cash and cash equivalents, financing and financial position**
Cash flow from operating activities amounted to EUR 616.9 million (420.5) over the period. The increase is primarily due to improved profit. Cash flow from investing activities was negative in the amount of EUR 329.9 million (negative 132.7) and included investment in subsidiaries of EUR 258.8 million (92.2). Cash flow from financing activities was negative in the amount of EUR 391.9 million (negative 120.7) and included dividend to shareholders of EUR 302.8 million (144.4) and repurchase of own shares of EUR 75.6 million (-).

**⁊Evolution**

# Market development

**Online Casino market**

The global online casino market (Live & RNG) has grown strongly in recent years and is expected to continue to be among the fastest-growing gaming segments in the coming years. Evolution's growth target is to grow faster than the total global online casino market. Market growth is influenced by several underlying factors, such as technological advances with, among other things, improved hardware and increased bandwidth, the migration of land-based casinos to online environments and market regulations. Increased use of mobile devices has been a growth driver for many years, and in the third quarter 67.5 percent (69.7) of the operators' GGR via Evolution's platform was generated by mobile devices. RNG is the largest vertical of the online casino market. However, to a large extent, growth is driven by Live Casino having grown in importance for most gaming operators and has become an integrated and strategically important product for them.

As a B2B supplier, Evolution has customer relationships with gaming operators, who in turn own the relationships with the end users. Generally, the gaming operators are licensed in a limited number of jurisdictions while operating in a global market and allowing play from various geographic areas. The table below shows the geographic markets from which Evolution's revenues originate. Revenues based on player activity are allocated according to the end-users' location, while revenues not based on player activity are allocated to the operator's location. The UK includes the Crown Dependencies.

*Revenue per geographical region*

| Group, EUR million | Jul-Sep 2021 | Oct-Dec 2021 | Jan-Mar 2022 | Apr-Jun 2022 | Jul-Sep 2022 |
|---|---|---|---|---|---|
| Nordics | 19.5 | 20.9 | 21.8 | 21.6 | 23.2 |
| UK | 19.1 | 21.0 | 21.8 | 20.3 | 20.7 |
| Rest of Europe | 103.2 | 105.6 | 108.8 | 110.0 | 115.3 |
| Asia | 76.7 | 90.8 | 103.4 | 110.9 | 127.8 |
| North America | 31.9 | 33.8 | 36.8 | 46.1 | 50.1 |
| Other | 25.6 | 28.0 | 34.3 | 35.1 | 41.5 |
| **Total operating revenue** | **276.0** | **300.2** | **326.8** | **344.0** | **378.5** |
| | | | | | |
| Share of regulated markets | 38% | 41% | 40% | 43% | 41% |
| Revenue, regulated markets | 103.8 | 123.0 | 131.1 | 147.9 | 156.4 |



# Other

**Parent Company**
The Parent Company is a holding company. Net sales for the third quarter of 2022 amounted to EUR 4.6 million (4.8) and expenses to EUR 4.5 million (4.2). Operating profit amounted to EUR 0.1 million (0.6). Result for the period amounted to EUR 0.7 million (0.4). The Parent Company's cash and cash equivalents amounted to EUR 5.2 million (25.2) at the end of the period and equity amounted to EUR 2,452.1 million (2,703.2). No significant investments were made in intangible or tangible assets.

**Employees**
As of 30 September 2022, Evolution had 15,917 employees (12,289), corresponding to 11,207 full-time positions (8,091). The average number of full-time equivalents for the quarter was 10,960 (8,013).

**Acquisitions of own shares**
The Company has, during the period 9 February 2022 – 18 February 2022, acquired a total of 747,000 own shares within the framework of the repurchase programme introduced by the Board of Directors. Since 6 December 2021 up to and including 18 February 2022, a total of 1,905,865 shares have been acquired within the scope of the programme. The repurchase program, announced 3 December 2021, is thereby completed and closed.

**Events following the balance sheet date**
No significant events.

**Significant risks and uncertainties**
Evolution's operations are exposed to certain risks that could have a varying impact on earnings or financial position. These can be divided into industry, operational, and financial risks. When assessing the Group's future development, it is important to take into account the risk factors, alongside any opportunities for profit growth.

The development of laws and regulations relating to the supply of gaming services that Evolution provides is a central risk factor for the Group's future earnings. Since most of Evolution's licensees are active in Europe, the legal situation in the EU is of particular interest and is continuously monitored and managed by the Group. Despite this, there remains a risk that, in the event of legislation being interpreted in an unfavourable or unanticipated way, Evolution's conditions for growth, profitability, and the games that may be supplied could be changed. Likewise, a favourable interpretation could have a positive impact on the Group.

One or more markets may be affected by events that may result in rapid changes in the business environment. Examples of this kind of events which could lead up to production disruption are extreme weather events, social unrest, diseases (e.g. virus outbreaks) or other macroeconomic or geopolitical events affected by external influences.

For further information about Evolution's risk exposure and handling, please see the Group's Annual Report for 2021, which is available on the company's website.



**Calendar**

| | |
|---|---|
| Year-end report 2022 | 2 February 2023 |
| Annual General Meeting | 4 April 2023 |
| Interim report January – March 2023 | 27 April 2023 |
| Interim report January – June 2023 | 21 July 2023 |
| Interim report January – September 2023 | 26 October 2023 |

**Stockholm, 27 October 2022**

**Martin Carlesund**
**CEO**

For further information, please contact CFO Jacob Kaplan, +46 708 62 33 94 or
Head of IR Carl Linton, +46 705 08 85 75, ir@evolution.com.

| | |
|---|---|
| Evolution AB (publ) | e-mail: ir@evolution.com |
| Vasagatan 16 | Website: www.evolution.com |
| SE-111 20 Stockholm, Sweden | Corporate ID: 556994-5792 |

**Presentation for investors, analysts and the media**
CEO Martin Carlesund and CFO Jacob Kaplan will present the report and answer questions on Thursday, 27 October 2022 at 09:00 a.m. CET via a telephone conference. The presentation will be in English and can also be followed online. Number for participation by telephone:
SWE +46 8 505 163 86                UK +44 20 319 84884                US +1 412 317 6300

Pin code: 0818791#

Follow the presentation at: https://ir.financialhearings.com/evolution-gaming-group-q3-2022

*This information is such that Evolution AB (publ) is obliged to make public pursuant to the EU Market Abuse Regulation. The information was submitted for publication, through the contact person set out above on 27 October 2022, at 07:30 am CET.*

# EXHIBIT 24



**Year-end report | January–December 2022 | Evolution AB (publ)**

## Fourth quarter of 2022 (Q4 2021)

- Operating revenues increased by 36% to EUR 407.5 million (300.2)
- EBITDA increased by 35% to EUR 279.5 million (206.9), corresponding to a margin of 68.6% (68.9)
- Profit for the period amounted to EUR 223.5 million (171.6)
- Earnings per share amounted to EUR 1.05 (0.80)

## Full-year 2022 (2021)

- Operating revenues increased by 36% to EUR 1,456.7 million (1,068.8)
- EBITDA increased by 37% to EUR 1,008.4 million (734.7), corresponding to a margin of 69.2% (68.7)
- Profit for the year amounted to EUR 843.4 million (605.4)
- Earnings per share amounted to EUR 3.95 (2.83)
- The Board proposes a dividend of EUR 2.00 per share (1.42)

## Events during the fourth quarter of 2022

- Rising demand and good leverage from investments generated a growth rate of 41.1% for Live casino and 5.1% for RNG compared to pro-forma Q4 2021.
- Evolution reached +1,300 Live Tables by the end of the period.
- Continued expansion in North America with second studio launched in New Jersey.

## Summary of the fourth quarter and the full-year 2022

| Group, EUR thousands | Oct-Dec 2022 | Oct-Dec 2021 | % | Jan-Dec 2022 | Jan-Dec 2021 | % |
|---|---|---|---|---|---|---|
| Operating revenues | 407,480 | 300,233 | 35.7% | 1,456,737 | 1,068,777 | 36.3% |
| EBITDA | 279,529 | 206,915 | 35.1% | 1,008,440 | 734,650 | 37.3% |
| EBITDA margin | 68.6% | 68.9% | - | 69.2% | 68.7% | - |
| Operating profit | 250,004 | 184,541 | 35.5% | 908,062 | 654,004 | 38.8% |
| Operating margin | 61.4% | 61.5% | - | 62.3% | 61.2% | - |
| Profit for the period | 223,502 | 171,557 | 30.3% | 843,361 | 605,435 | 39.3% |
| Profit margin | 54.8% | 57.1% | - | 57.9% | 56.6% | - |
| Earnings per share before dilution, EUR | 1.05 | 0.80 | 31.2% | 3.95 | 2.83 | 39.6% |
| Equity per share, EUR | 16.23 | 14.91 | 8.8% | 16.23 | 14.91 | 8.8% |
| OCF per share before dilution, EUR | 1.22 | 0.83 | 47.1% | 4.11 | 2.80 | 46.8% |
| Average number of FTEs | 11,916 | 8,707 | 36.9% | 10,802 | 7,917 | 36.4% |

| For more information, please contact: | Visit and follow Evolution: |
|---|---|
| Jacob Kaplan, CFO | www.evolution.com |
| ir@evolution.com | www.twitter.com/EvolutionIR |

*Evolution develops, produces, markets and licenses fully integrated B2B Online Casino solutions to gaming operators. Since its inception in 2006, Evolution has developed into a leading B2B provider with 700+ operators among its customers. The group currently employs 17,000+ people in studios across Europe and in North America. The parent company is based in Sweden and listed on Nasdaq Stockholm with the ticker EVO. Visit www.evolution.com for more information. Evolution is licensed and regulated by the Malta Gaming Authority under license MGA/B2B/187/2010. Evolution is also licensed and regulated in many other jurisdictions such as the United Kingdom, Belgium, Canada, Romania, South Africa, and others.*

## CEO's comments

We wrapped-up a strong financial year 2022 with a very good fourth quarter. This despite the challenging market environment reflected in the war in Ukraine, rising inflation, lower consumer confidence and remaining COVID-effects on supply chains - all of which are currently impacting the recovery of the post pandemic world economy. The employees at Evolution have once again shown extraordinary focus on the task at hand and done great work in these challenging market conditions – Thank you!

We remain firmly anchored and we continue to deliver according to our plans with the everlasting ambition to always perform better. Revenues in the fourth quarter of 2022 amounted to EUR 407.5 million, an increase of 35.7 percent compared to last year. EBITDA amounted to EUR 279.5 million, corresponding to a margin of 68.6 percent in the fourth quarter. Full year EBITDA margin was 69.2 percent, this is at the lower end of our guidance of 69-71 percent. In the very challenging market conditions of 2022, 69.2 percent margin reflects our competitive offering and strong execution during the past year.

As we now move into 2023, we expect an EBITDA-margin in the range of 68-71 percent for the full-year 2023. Given the high level of uncertainty in the world we give a slightly wider range for our guidance compared to previous year.

In the quarter, top-line growth continued to be driven by strong demand for Live Casino. Live Casino revenue increased by 41.1 percent year-on-year - which is very strong. Among many recent successful releases 2022 we see games like Monopoly Big Baller driving demand and increasing the entertainment factor for the end-user.

RNG revenue increased by 5.1 percent compared to pro-forma figures for last year. Performance is still below our expectations. The throughput of new games remains on the softer side and as we move forward, we need to improve efficiency as well as quality in our own production. The path to double digit-growth will not be linear - as we have communicated earlier - but we can do better and I really look forward to 2023.

With a strong fourth quarter, with many new titles including Live games such as Dead or Alive Saloon, Football Studio Dice and Freebet Blackjack together with RNG games such as Cupcakes from NetEnt, Christmas Bonanza from BTG, Shadow Society from RedTiger and Dead Canary from Nolimit City, we delivered on the 2022 target of 88 new game releases. I am very happy with the delivery in Q4.

For 2023 we plan to release over 100 games. Some of the highlights will be presented at the ICE trade show next week, among the games showcased will be our biggest, most complex game show ever. This release takes the player experience yet again to a completely new level! I am very excited about this release and hope that this fantastic game will get players full attention and also attract new players outside the current definition of Online Casino.

In terms of regional development, all regions reported year-on-year growth. We truly have a global audience for our offering. To continue the global expansion, we have continued to invest in studio expansion in Q4. During the quarter we launched the second New Jersey Live Casino studio – an important landmark for our North American operations. This years' studio investments increased significantly compared to 2021 and were fully in line with our plans. We continue to power online casinos around the world, and we increased the number of live tables by over 300 during the year, to a total of over 1,300 live tables at the end of 2022. For 2023 we will continue to invest in studio expansion, both in our existing locations and I also expect 1-2 new locations.

In these times I am proud to say that we are a financially very strong, an all-equity financed company with a solid balance sheet and strong cash flow. As the end result of a good 2022, the board of directors propose a dividend of EUR 2.00 (1.42) per share for 2022, in line with the dividend policy to distribute dividend of 50 percent of net profit annually.

As we move into 2023, our strategy and core values remain unchanged - for us at Evolution it is always about striving to be a little bit better, every day of the year, so that we can continue to widen the gap to competition and as I already stated, I very much look forward to an exciting 2023.

**Martin Carlesund, CEO**



*Quarterly results trend*

*\*Q420 adjusted for non-recurring items*

## Financial performance in the fourth quarter of 2022

**Revenues**

Revenues amounted to EUR 407.5 million (300.2) in the fourth quarter, equivalent to an increase of 36 percent compared with the corresponding period in 2021. EUR 334.9 million (237.4) of the revenue was derived from live-games. EUR 72.5 million (62.9) of the revenue was derived from RNG-games. The positive revenue development within live casino mainly derives from increased commission income from existing customers and, to a certain extent, from new customers. Demand for online casino games continues to grow, partly as a result of our continuous launch of new games and variations on traditional games.

*Revenue by game type*

| Group, EUR million | Oct-Dec 2021 | Jan-Mar 2022 | Apr-Jun 2022 | Jul-Sep 2022 | Oct-Dec 2022 |
|---|---|---|---|---|---|
| **Live** | 237.4 | 264.5 | 278.5 | 310.4 | 334.9 |
| **RNG,** as reported | 62.9 | 62.3 | 65.5 | 68.1 | 72.5 |
| **Total** | 300.2 | 326.8 | 344.0 | 378.5 | 407.5 |
| **RNG incl. Nolimit City,** pro-forma | 69.0 | 69.1 | 72.2 | - | - |

Nolimit City is included in the consolidated financial statements from 1 July 2022.

**Expenses**

Operating expenses amounted to EUR 157.5 million (115.7). Expenses were mainly driven by higher costs for personnel, connected to the launch of new tables in the company's studios and the expansion in general compared to the fourth quarter of 2021. The expansion has also increased other operating expenses compared with Q4 2021.

**Profitability**

Operating profit amounted to EUR 250.0 million (184.5), corresponding to an increase of 36 percent. The operating margin was 61.4 percent (61.5). The EBITDA margin was 68.6 percent (68.9).

Net financial items related mostly to leasing interest expenses and currency exchange differences. The Group's effective tax rate for the quarter amounted to 7.1 percent (6.9). The tax rate is influenced by the countries in which earnings are generated, which may vary between reported periods. Profit for the quarter amounted to EUR 223.5 million (171.6). Earnings per share before dilution were EUR 1.05 (0.80).

**Investments**

Investments in intangible assets amounted to EUR 10.0 million (8.4) during the quarter and were mainly attributable to development of new games and technical improvements of the platform, such as new functionality. See Note 5 for information about acquisition of group companies.

Investments in property, plant and equipment amounted to EUR 18.0 million (13.9) and comprised new studio space, new gaming tables, servers and other computer equipment to meet new technical requirements and maintain capacity and performance in connection with new platform launches.

**Cash and cash equivalents, financing and financial position**

Cash flow from operating activities amounted to EUR 260.6 million (178.4) during the quarter. Cash flow from investing activities was negative in the amount of EUR 41.7 million (negative 22.3). Cash flow from financing activities was negative in the amount of EUR 2.3 million (negative 127.9). Cash and cash equivalents amounted to EUR 532.6 million (421.4) at the end of the quarter.

## Full-year 2022 in brief

**Revenues**

For the January-December 2022 period, revenues amounted to EUR 1,456.7 million (1,068.8), corresponding to an increase of 36 percent compared with 2021. EUR 268.4 million (229.5) of the revenue was derived from RNG-games. The positive revenue development within live casino mainly derives from increased commission income from both new and existing customers.

**Expenses**

Operating expenses amounted to EUR 548.7 million (414.8). Expenses were mainly driven by higher costs for personnel, connected to the launch of new tables and studios. The strong expansion has also increased other operating expenses compared to the previous year.

**Profitability**

Operating profit amounted to EUR 908.1 million (654.0) with an operating margin of 62.3 percent (61.2). The EBITDA margin was 69.2 percent (68.7).

**Investments**

Investments in intangible assets amounted to EUR 36.3 million (28.3) for the year. Investments in property, plant and equipment amounted to EUR 60.7 million (33.3). Investments in other financial assets amounted to EUR 1.5 million (1.1). See Note 5 for information about acquisition of group companies.

**Cash and cash equivalents, financing and financial position**

Cash flow from operating activities amounted to EUR 877.5 million (598.9) over the period. The increase is primarily due to improved profit. Cash flow from investing activities was negative in the amount of EUR 371.6 million (negative 155.0). Cash flow from financing activities was negative in the amount of EUR 394.2 million (negative 248.5) and included dividend to shareholders of EUR 302.8 million (144.4) and buy back of own shares of EUR 75.6 million (123.3).



# Market development

**Online Casino market**
The global online casino market (Live & RNG) has grown strongly in recent years and is expected to continue to be among the fastest-growing gaming segments in the coming years. Evolution's growth target is to grow faster than the total global online casino market. Market growth is influenced by several underlying factors, such as technological advances with, among other things, improved hardware and increased bandwidth, the migration of land-based casinos to online environments and market regulations. Increased use of mobile devices has been a growth driver for many years, and in the fourth quarter 67.0 percent (69.1) of the operators' GGR via Evolution's platform was generated by mobile devices. RNG is the largest vertical of the online casino market. However, to a large extent, growth is driven by Live Casino having grown in importance for most gaming operators and has become an integrated and strategically important product for them.

As a B2B supplier, Evolution has customer relationships with gaming operators, who in turn own the relationships with the end users. Generally, the gaming operators are licensed in a limited number of jurisdictions while operating in a global market and allowing play from various geographic areas. The table below shows the geographic markets from which Evolution's revenues originate. Revenues based on player activity are allocated according to the end-users' location, while revenues not based on player activity are allocated to the operator's location. The UK includes the Crown Dependencies.

*Revenue per geographical region*

| Group, EUR million | Oct-Dec 2021 | Jan-Mar 2022 | Apr-Jun 2022 | Jul-Sep 2022 | Oct-Dec 2022 |
|---|---|---|---|---|---|
| Nordics | 20.9 | 21.8 | 21.6 | 23.2 | 23.0 |
| UK | 21.0 | 21.8 | 20.3 | 20.7 | 22.6 |
| Rest of Europe | 105.6 | 108.8 | 110.0 | 115.3 | 124.4 |
| Asia | 90.8 | 103.4 | 110.9 | 127.8 | 136.2 |
| North America | 33.8 | 36.8 | 46.1 | 50.1 | 56.2 |
| Other | 28.0 | 34.3 | 35.1 | 41.5 | 45.1 |
| **Total operating revenue** | **300.2** | **326.8** | **344.0** | **378.5** | **407.5** |
| | | | | | |
| Share of regulated markets | 41% | 40% | 43% | 41% | 40% |
| Revenue, regulated markets | 123.0 | 131.1 | 147.9 | 156.4 | 164.1 |

**Customer dependency**
Evolution's largest customer accounted for approximately 14 percent (11) of revenues in 2022, and the five largest customers accounted for roughly 30 percent (22) of revenues. At the end of the period the number of customers amounted to approximately 700.

*Customer dependency, % of revenue*

| | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| Top 1-5 | 32% | 27% | 33% | 22% | 30% |
| Top 1 | 7% | 6% | 11% | 11% | 14% |



## Other

**Parent Company**
The Parent Company is a holding company. Net sales for the fourth quarter of 2022 amounted to EUR 4.9 million (4.9) and expenses to EUR 5.5 million (5.6). Operating profit was negative in the amount of EUR 0.6 million (negative 0.7). Result for the period amounted to EUR 589.7 million (250.2) and include dividend income of EUR 590 million (250.0). The Parent Company's cash and cash equivalents amounted to EUR 6.3 million (80.0) at the end of the period and equity amounted to EUR 3,041.6 million (2,829.3). No significant investments were made in intangible or tangible assets.

**Employees**
As of 31 December 2022, Evolution had 17,026 employees (13,410), corresponding to 12,144 (8,987) full-time positions. The average number of full-time equivalents for the quarter was 11,916 (8,707).

**Significant risks and uncertainties**
Evolution's operations are exposed to certain risks that could have a varying impact on earnings or financial position. These can be divided into industry, operational, and financial risks. When assessing the Group's future development, it is important to take into account the risk factors, alongside any opportunities for profit growth.

The development of laws and regulations relating to the supply of gaming services that Evolution provides is a central risk factor for the Group's future earnings. Since most of Evolution's licensees are active in Europe, the legal situation in the EU is of particular interest and is continuously monitored and managed by the Group. Despite this, there remains a risk that, in the event of legislation being interpreted in an unfavourable or unanticipated way, Evolution's conditions for growth, profitability, and the games that may be supplied could be changed. Likewise, a favourable interpretation could have a positive impact on the Group.

One or more markets may be affected by events that may result in rapid changes in the business environment. Examples of this kind of events which could lead up to production disruption are extreme weather events, social unrest, diseases (e.g. virus outbreaks) or other macroeconomic or geopolitical events affected by external influences.

For further information about Evolution's risk exposure and handling, please see the Group's Annual Report for 2021, which is available on the company's website.

**Dividend**
The Board of Directors proposes that the Annual General Meeting resolve to transfer EUR 426.4 million (303.8) to shareholders, corresponding to EUR 2.00 (1.42) per share and 50.6 percent (50.2) of net profit respectively. The dividend is calculated by the number of shares 31 December 2022 with the deduction of Evolution's holding of own shares by the same date which amounted to 1,905,865 shares. Evolution has adopted a dividend policy according to which, 50 percent of the company's consolidated net profit is to be distributed over time, with a certain degree of flexibility in terms of the proportion distributed in dividends.

**Acquisitions of own shares**
The Company has, during the period 9 February 2022 – 18 February 2022, acquired a total of 747,000 of its own shares within the framework of the repurchase programme introduced by the Board of Directors. Since 6 December 2021 up to and including 18 February 2022, a total of 1,905,865 shares have been acquired within the scope of the programme. The repurchase program, announced 3 December 2021, is thereby completed and closed.



**Calendar**

| | |
|---|---|
| Annual report 2022 | 14 March 2023 |
| Annual general Meeting | 4 April 2023 |
| Interim report January – March 2023 | 27 April 2023 |
| Interim report January – June 2023 | 21 July 2023 |
| Interim report January – September 2023 | 26 October 2023 |

**Stockholm, 2 February 2023**

**Martin Carlesund**
**CEO**

For further information, please contact CFO Jacob Kaplan, +46 708 62 33 94 or Head of IR Carl Linton, +46 705 08 85 75, ir@evolution.com.

| | |
|---|---|
| Evolution AB (publ) | e-mail: ir@evolution.com |
| Vasagatan 16 | Website: www.evolution.com |
| SE-111 20 Stockholm, Sweden | Corporate ID: 556994-5792 |

**Presentation for investors, analysts and the media**
CEO Martin Carlesund and CFO Jacob Kaplan will present the report and answer questions on Thursday, 2 February 2023 at 09:00 am CET via a telephone conference. The presentation will be in English and can also be followed online. Number for participation by telephone:

| | | |
|---|---|---|
| SE +46 8 505 163 86 | UK: +44 20 319 84884 | US: +1 412 317 6300 |

**Pin code:** 0309901#

**Follow the presentation at:** https://ir.financialhearings.com/evolution-gaming-group-q4-2022

*This information is such that Evolution AB (publ) is obliged to make public pursuant to the EU Market Abuse Regulation. The information was submitted for publication, through the contact person set out above on 2 February 2023, at 07:30 am CET.*

*This report is published in Swedish and English. In case of any differences between the English version and the Swedish original text, the Swedish version shall apply. This report has not been subject to review by the company's independent auditor.*

# EXHIBIT 25



## First quarter of 2023 (Q1 2022)

- Operating revenues increased by 31.5% to EUR 429.6 million (326.8)
- EBITDA increased by 30.7% to EUR 300.2 million (229.7), corresponding to a margin of 69.9% (70.3)
- Profit for the period amounted to EUR 251.2 million (197.7)
- Earnings per share before dilution amounted to EUR 1.18 (0.93)

## Events during the first quarter of 2023

- High demand and cost control generates a positive effect on margin development.
- Launch of Red Tiger unique timed jackpots in the US.
- After the end of the period, dividend of EUR 2.00 per share.

## Summary of the first quarter

| Group, EUR thousands | Jan-Mar 2023 | Jan-Mar 2022 | % | Apr 2022-Mar 2023 | Jan-Dec 2022 | % |
|---|---|---|---|---|---|---|
| Operating revenues | 429,574 | 326,767 | 31.5% | 1,559,544 | 1,456,737 | 7.1% |
| EBITDA | 300,158 | 229,678 | 30.7% | 1,078,920 | 1,008,440 | 7.0% |
| EBITDA margin | 69.9% | 70.3% | - | 69.2% | 69.2% | - |
| Operating profit | 271,480 | 207,085 | 31.1% | 972,457 | 908,062 | 7.1% |
| Operating margin | 63.2% | 63.4% | - | 62.4% | 62.3% | - |
| Profit for the period | 251,150 | 197,689 | 27.0% | 896,822 | 843,361 | 6.3% |
| Profit margin | 58.5% | 60.5% | - | 57.5% | 57.9% | - |
| Earnings per share before dilution, EUR | 1.18 | 0.93 | 27.1% | 4.21 | 3.95 | 6.4% |
| Equity per share, EUR | 17.21 | 15.45 | 11.4% | 17.21 | 16.23 | 6.0% |
| OCF per share before dilution, EUR | 1.30 | 0.91 | 42.8% | 4.50 | 4.11 | 9.5% |
| Average number of FTEs | 12,451 | 9,635 | 29.2% | 11,488 | 10,802 | 6.4% |

| For more information, please contact: | Visit and follow Evolution: |
|---|---|
| Jacob Kaplan, CFO | www.evolution.com |
| ir@evolution.com | www.twitter.com/EvolutionIR |

*Evolution develops, produces, markets and licenses fully integrated B2B Online Casino solutions to gaming operators. Since its inception in 2006, Evolution has developed into a leading B2B provider with 700+ operators among its customers. The group currently employs 17,300+ people in studios across Europe and in North America. The parent company is based in Sweden and listed on Nasdaq Stockholm with the ticker EVO. Visit www.evolution.com for more information. Evolution is licensed and regulated by the Malta Gaming Authority under license MGA/B2B/187/2010. Evolution is also licensed and regulated in many other jurisdictions such as the United Kingdom, Belgium, Canada, Romania, South Africa, and others.*



## CEO's comments

A strong start of the year at Evolution. Revenues increased by 31.5 percent to EUR 429.6 million in the first quarter, with 83.8 percent of revenues deriving from live casino games and the rest from RNG. Live casino grew strongly with 36.1 percent compared to last year and revenues amounted to EUR 360.1 million. We continue to see a strong demand both from existing and new customers and good momentum from new games. RNG delivered EUR 69.5 million in revenue, only a slight increase compared to the same quarter last year. As we have communicated earlier, the development in RNG will not be linear towards our target of double-digit growth. I remain convinced that we can perform better in the RNG area, and we are working hard to improve. The underlying growth drivers for online casino are solid and I am happy with the start of 2023.

The general cost increase and other external challenges remained from 2022, and we continue to address them, every day. We constantly need to find new, better and smarter ways of working to continue to deliver. Be sure that we work hard on this and during the quarter we see an improvement resulting from those efforts. Our priority is always to grow top-line but we strive to do so in a profitable way. For FY 2023, as earlier communicated, we expect EBITDA margin in the 68-71 percent range, and for the first quarter we reported a margin of 69.9 percent, clearly within the communicated range.

As those who have followed us already know, Evolution's focus is always on delivering new, exciting playing experiences to our players. We strive to increase the entertainment factor, create new games not only for existing players but also for new player categories. The demands from future generations of online casino players will be different than today. In our Game show category, we continue to innovate and bring never-before-seen games to the market. During the first quarter we presented two new live game shows, one is Funky Time, a game that builds on concepts from the very popular Crazy Time but also introduces brand new features. The other headline release is ExtraChilli Epic Spins™ – a game show built around one of our most popular slots games. It is a new way to play slots – I think it's best described as "social slots". You play, chat and win together. Both these games will be launched to players during the second quarter.

We plan to release over 100 games in 2023. In the first quarter we released 18 RNG titles. Our release pattern will be backend loaded to the second half of the year, also 2023. A highlight during the quarter was the launch of our first timed jackpot functionality in parts of North America. It is a new concept in the region that adds to the excitement for players.

We have high ambitions, and we are acting on a growing market. We are a profitable, strong, all-equity financed company making money at present and we are focused on growing. Hence, we will continue to invest, recruit and push for growth even though we currently face a tougher macro-economic climate. During the first quarter we have continued to invest in many of our existing studios and we continue to plan to start work on 1-2 additional studios during this year.

From this quarter we have made a change in our regional revenue table to better reflect how we work with the different regions. LatAm is a region that has seen a strong development during the past year and we now break it out as a separate region. We also group UK and Nordics into Europe as that better reflects our current structure for addressing that region. We have a true global demand for our product which is also reflected in the spread of revenues over geographic regions.

From a regional point of view, Europe reported strong growth of 14 percent in the first quarter compared to last year. The region, including Nordics and UK, represents some 40 percent of total revenue. Europe is a more mature market, characterized by lower growth rates than the other regions, but it still has large potential for Evolution - and therefore it is great to see this quarterly growth rate. Asia reported strong growth of 49 percent and North America 56 percent. LatAm makes up 7 percent of our total revenue in the quarter and we believe it is a region with great potential and positive momentum.



As stated, many times before - we always strive to do a little bit better every day, with the ambition to continuously improve our world leading playing experience and further develop our operational excellence. I really want to thank all the employees at Evolution for pushing hard to give us such a strong start to 2023 as well as remind all of you reading this, that Evolution is built out of thousands and thousands of young talents creating all of what I write about in these comments of the first quarter 2023. With that, let me round it off with that I look forward with excitement to the rest of 2023.

**Martin Carlesund**
**CEO**



*Quarterly results trend*



# Financial performance in the first quarter of 2023

**Revenues**

Revenues amounted to EUR 429.6 million (326.8) in the first quarter, equivalent to an increase of 31.5 percent compared with the corresponding period in 2022. EUR 69.5 million (62.3) of the revenue was derived from RNG-games. The positive revenue development within live casino mainly derives from increased commission income from existing customers and, to a certain extent, from new customers. Demand for online casino games continues to grow, partly as a result of our continuous launch of new games and variations on traditional games.

*Revenue by game type*

| Group, EUR millions | Jan-Mar 2022 | Apr-Jun 2022 | Jul-Sep 2022 | Oct-Dec 2022 | Jan-Mar 2023 |
|---|---|---|---|---|---|
| **Live** | 264.5 | 278.5 | 310.4 | 334.9 | 360.1 |
| **RNG**, as reported | 62.3 | 65.5 | 68.1 | 72.5 | 69.5 |
| **Total** | 326.8 | 344.0 | 378.5 | 407.5 | 429.6 |
| | | | | | |
| **RNG incl. Nolimit City,** pro-forma | 69.1 | 72.2 | - | - | - |

Nolimit City is included in the consolidated financial statements from 1 July 2022.

**Expenses**

Operating expenses amounted to EUR 158.1 million (119.7). Expenses were mainly driven by higher costs for personnel, connected to the launch of new tables in the company's studios and the expansion in general compared to the first quarter of 2022. The expansion has also increased other operating expenses compared with Q1 2022.

**Profitability**

Operating profit amounted to EUR 271.5 million (207.1), corresponding to an increase of 31.1 percent. The operating margin was 63.2 percent (63.4). The EBITDA margin was 69.9 percent (70.3). Changes in foreign

exchange rates affected EBITDA negatively by EUR 3.1 million compared with the same period the preceding year.

Financial items, mainly interest expenses for leasing and currency exchange differences, only had a marginal impact on profits. The Group's effective tax rate for the quarter amounted to 7.0 percent (6.5). The tax rate is influenced by the countries in which earnings are generated and may vary between reported periods. Profit for the period amounted to EUR 251.2 million (197.7). Earnings per share before dilution were EUR 1.18 (0.93).

**Investments**
Investments in intangible assets amounted to EUR 10.7 million (7.1) during the quarter and were mainly attributable to development of new games and technical improvements of the platform, such as new functionality.

Investments in property, plant and equipment amounted to EUR 11.5 million (14.6) and comprised new studio space, new gaming tables, servers and other computer equipment to meet new technical requirements and maintain capacity and performance in connection with new platform launches.

**Cash and cash equivalents, financing and financial position**
Cash flow from operating activities amounted to EUR 277.3 million (194.3) during the quarter. Cash flow from investing activities was negative in the amount of EUR 21.7 million (negative 96.1), 2022 included final redemption of outstanding shares in NetEnt of EUR 63.8 million. Cash flow from financing activities was negative in the amount of EUR 27.9 million (negative 80.1), 2022 included repurchase of own shares of EUR 75.6 million. Cash and cash equivalents amounted to EUR 759.7 million (439.5) at the end of the quarter.

# Market development

**Online Casino market**
The global online casino market (Live & RNG) has grown strongly in recent years and is expected to continue to be among the fastest-growing gaming segments in the coming years. Evolution's growth target is to grow faster than the total global online casino market. Market growth is influenced by several underlying factors, such as technological advances with, among other things, improved hardware and increased bandwidth, the migration of land-based casinos to online environments and market regulations. Increased use of mobile devices has been a growth driver for many years, and in the first quarter 66.0 percent (66.0) of the operators' GGR via Evolution's platform was generated by mobile devices. RNG is the largest vertical of the online casino market. However, to a large extent, growth is driven by Live Casino having grown in importance for most gaming operators and has become an integrated and strategically important product for them.

As a B2B supplier, Evolution has customer relationships with gaming operators, who in turn own the relationships with the end users. Generally, the gaming operators are licensed in a limited number of jurisdictions while operating in a global market and allowing play from various geographic areas. The table below shows the geographic markets from which Evolution's revenues originate. Revenues based on player activity are allocated according to the end-users' location, while revenues not based on player activity are allocated to the operator's location. The UK includes the Crown Dependencies.



*Revenue per geographical region*

| Group, EUR millions | Jan-Mar 2022 | Apr-Jun 2022 | Jul-Sep 2022 | Oct-Dec 2022 | Jan-Mar 2023 |
|---|---|---|---|---|---|
| Europe | 152.4 | 151.9 | 159.2 | 170.0 | 173.7 |
| Asia | 103.4 | 110.9 | 127.8 | 136.2 | 154.0 |
| North America | 36.8 | 46.1 | 50.2 | 56.2 | 57.3 |
| LatAm | 17.2 | 19.4 | 24.8 | 26.9 | 30.0 |
| Other | 17.1 | 15.7 | 16.5 | 18.2 | 14.6 |
| **Total operating revenues** | **326.8** | **344.0** | **378.5** | **407.5** | **429.6** |
| | | | | | |
| Share of regulated markets | 40% | 43% | 41% | 40% | 40% |
| Revenues, regulated markets | 131.1 | 147.9 | 156.4 | 164.1 | 171.3 |

# Other

**Parent Company**
The Parent Company is a holding company. Net sales for the first quarter of 2023 amounted to EUR 4.9 million (5.2) and expenses to EUR 5.0 million (4.7). Operating profit amounted to negative EUR 36 thousand (461). Profit for the period amounted to EUR 355 thousand (211). The Parent Company's cash and cash equivalents amounted to EUR 44.5 million (142.2) at the end of the period and equity amounted to EUR 3,018.0 million (2,752.9). No significant investments were made in intangible or tangible assets.

**Employees**
As of 31 March 2023, Evolution had 17,331 employees (14,341), corresponding to 12,374 (9,805) full-time positions. The average number of full-time equivalents for the quarter was 12,451 (9,635).

**Significant risks and uncertainties**
Evolution's operations are exposed to certain risks that could have a varying impact on earnings or financial position. These can be divided into industry, operational, and financial risks. When assessing the Group's future development, it is important to take into account the risk factors, alongside any opportunities for profit growth.

The development of laws and regulations relating to the supply of gaming services that Evolution provides is a central risk factor for the Group's future earnings. Since most of Evolution's licensees are active in Europe, the legal situation in the EU is of particular interest and is continuously monitored and managed by the Group. Despite this, there remains a risk that, in the event of legislation being interpreted in an unfavourable or unanticipated way, Evolution's conditions for growth, profitability, and the games that may be supplied could be changed. Likewise, a favourable interpretation could have a positive impact on the Group.

One or more markets may be affected by events that may result in rapid changes in the business environment. Examples of this kind of events which could lead up to production disruption are extreme weather events, social unrest, diseases (e.g. virus outbreaks) or other macroeconomic or geopolitical events affected by external influences.

For further information about Evolution's risk exposure and handling, please see the Group's Annual Report for 2022, which is available on the company's website.

**Upcoming report dates**
Interim report January-June 2023          21 July 2023
Interim report January-September 2023     26 October 2023
Year-end report 2023                      February 2024

**Stockholm, 27 April 2023**

**Martin Carlesund**
**CEO**

For further information, please contact CFO Jacob Kaplan, +46 708 62 33 94 or Head of IR Carl Linton, +46 705 08 85 75, ir@evolution.com

Evolution AB (publ)                       e-mail: ir@evolution.com
Hamngatan 11                              Website: www.evolution.com
SE-111 47 Stockholm, Sweden               Corporate ID: 556994-5792

**Presentation for investors, analysts and the media**
CEO Martin Carlesund and CFO Jacob Kaplan will present the report and answer questions on Thursday, 27 April 2023 at 09:00 am CEST via a telephone conference. The presentation will be in English and can also be followed online. Number for participation by telephone:
SE: +46 8 505 163 86          UK: +44 20 319 848 84          US: +1 412 317 6300

**Pin code:** 2488371#

**Follow the presentation:** https://ir.financialhearings.com/evolution-q1-2023

*This information is such that Evolution AB (publ) is obliged to make public pursuant to the EU Market Abuse Regulation. The information was submitted for publication, through the contact person set out above on 27 April 2023, at 07.30 am CET.*

*This report is published in Swedish and English. In case of any differences between the English version and the Swedish original text, the Swedish version shall apply. This report has not been subject to review by the company's independent auditor.*

# EXHIBIT 26



**Interim report | January–June 2023 | Evolution AB (publ)**

## Second quarter of 2023 (Q2 2022)

- Operating revenues increased by 28.2% to EUR 441.1 million (344.0)
- EBITDA increased by 30.8% to EUR 311.7 million (238.2), corresponding to a margin of 70.7% (69.3)
- Profit for the period amounted to EUR 264.1 million (200.9)
- Earnings per share amounted to EUR 1.24 (0.94)

## January-June 2023 (1H 2022)

- Operating revenues increased by 29.8% to EUR 870.6 million (670.7)
- EBITDA increased by 30.8% to EUR 611.9 million (467.9), corresponding to a margin of 70.3% (69.8)
- Profit for the period amounted to EUR 515.2 million (398.6)
- Earnings per share amounted to EUR 2.41 (1.87)

## Events during the second quarter of 2023

- Highest EBITDA-margin ever reported in a quarter.
- Successful launch of Funky Time.
- Build out of new live casino studios in LatAm.

## Summary of the second quarter and first six months of 2023

| Group, EUR thousands | Apr-Jun 2023 | Apr-Jun 2022 | % | Jan-Jun 2023 | Jan-Jun 2022 | % | Jul 2022- Jun 2023 | Jan-Dec 2022 | % |
|---|---|---|---|---|---|---|---|---|---|
| Operating revenues | 441,075 | 343,958 | 28.2% | 870,649 | 670,725 | 29.8% | 1,656,661 | 1,456,737 | 13.7% |
| EBITDA | 311,693 | 238,218 | 30.8% | 611,851 | 467,896 | 30.8% | 1,152,395 | 1,008,440 | 14.3% |
| EBITDA margin | 70.7% | 69.3% | - | 70.3% | 69.8% | - | 69.6% | 69.2% | - |
| Operating profit | 281,515 | 214,580 | 31.2% | 552,995 | 421,665 | 31.1% | 1,039,392 | 908,062 | 14.5% |
| Operating margin | 63.8% | 62.4% | - | 63.5% | 62.9% | - | 62.7% | 62.3% | - |
| Profit for the period | 264,089 | 200,873 | 31.5% | 515,239 | 398,562 | 29.3% | 960,038 | 843,361 | 13.8% |
| Profit margin | 59.9% | 58.4% | - | 59.2% | 59.4% | - | 58.0% | 57.9% | - |
| Earnings per share before dilution, EUR | 1.24 | 0.94 | 31.2% | 2.41 | 1.87 | 29.2% | 4.50 | 3.95 | 13.8% |
| Equity per share, EUR | 15.99 | 14.62 | 9.4% | 15.99 | 14.62 | 9.4% | 15.99 | 16.23 | -1.5% |
| OCF per share before dilution, EUR | 1.10 | 0.87 | 25.8% | 2.39 | 1.78 | 34.4% | 4.73 | 4.11 | 14.9% |
| Average number of FTEs | 12,750 | 10,412 | 22.5% | 12,633 | 10,054 | 25.7% | 12,069 | 10,802 | 11.7% |

| **For more information, please contact:** | **Visit and follow Evolution:** |
|---|---|
| Jacob Kaplan, CFO | www.evolution.com |
| ir@evolution.com | www.twitter.com/EvolutionIR |

*Evolution develops, produces, markets and licenses fully integrated B2B Online Casino solutions to gaming operators. Since its inception in 2006, Evolution has developed into a leading B2B provider with 700+ operators among its customers. The group currently employs 17,400+ people in studios across Europe and in North America. The parent company is based in Sweden and listed on Nasdaq Stockholm with the ticker EVO. Visit www.evolution.com for more information.*

*Evolution is licensed and regulated by the Malta Gaming Authority under license MGA/B2B/187/2010. Evolution is also licensed and regulated in many other jurisdictions such as the United Kingdom, Belgium, Canada, Romania, South Africa, and others.*

## CEO's comments

During the second quarter of 2023 we continued to deliver good results, with top line growth of 28.2 percent to EUR 441.1 million (344.0) and our highest ever EBITDA-margin in a quarter, 70.7 percent. Revenue from our Live Casino business, representing 84 percent of total, increased by 33.5 percent to EUR 371.8 million. Although a strong financial result, operationally I feel that we can do more to leverage our execution power to the fullest.

We have made a lot of progress in our RNG operations during the period. At the end of the quarter, we are up to speed with our game release plan. Our RNG business has revenue of EUR 69.3 million in the quarter, a 4.0 percent decline compared to pro-forma figures second quarter of last year, but sequentially stable from Q1 and 5.8 percent increase compared to reported figures. We have earlier communicated that the development towards our goal of double-digit growth will take more time and while not yet growing in line with our targets for RNG, it is worth pointing out that it is a highly profitable business and accretive to group margins. With our operational improvements in place I see that we have many opportunities to execute on going forward.

Our ambition is, as always, to manage our costs in an optimal way to deliver good performance and profitability. We report a strong EBITDA margin of 70.7 percent in the second quarter, well within the earlier communicated range of 68-71 percent for the full year 2023. We have managed the external challenges increasing our total cost level very well during the first part of 2023.  Price increases are still affecting our operations and we do our outmost to limit the impact and constantly increase efficiency in supporting growth.

Funky Time, that we showcased in Q1, was launched as planned in Q2. Funky Time adds to our portfolio of unique game shows, it is the largest and most complex game we've ever created mixing RNG and Live game elements as well as animated characters and live video. It is a very innovative and entertaining game with a fantastic retro club ambience. We see large numbers of new players continuously taking on to the game and it has good traction. Our release schedule for Live games is tilted toward the second half of the year and we have many exciting releases planned. Also our RNG roadmap is busier during the second half of the year, all according to plan, and in line with the 2023 target of more than 100 games in total (including Live games). This year's roadmap is our strongest ever and we are planning for an even more exciting roadmap 2024.

We continue to see long-term growth opportunities in all Regions. In North America, we continuously expand our Live game portfolio. In the second quarter we launched Live Craps in Michigan. We are now present with this iconic dice game in four states in the US. There are still many games to come and step by step we add to the game portfolio and will by that increase the Live share of Online casino in this market. In LatAm we continue to see player numbers increase from the region and we have started to expand our studio network there with small studios in Argentina and Columbia. Europe and Asia are today the largest regions for us, both were early in taking on to Live Casino and players are familiar with the product. There is much potential in both regions. In Europe demand for new tables exceeds our current delivery capacity, something we will work to address during the quarters to come.

We have a very strong financial position and our cash flow generation continues to support our dividend policy (of distributing a minimum dividend of 50 percent of net profit over time) and investments in people and innovation now and going forward.  As an all-equity financed, profitable company, we are focused on growth and therefore we will continue to invest and push for growth even though we currently face a tougher macro-economic climate than last year. During the second quarter we have continued to expand and invest in our existing studios, and also plan for new locations.



New titles and constantly improving the playing experience in our existing games is an important cornerstone in our ambition to deliver growth. Securing long-term quality in combination with the fact that we always want to do more and better, this is our mind-set and the reason why we can expand our gap to competition also in challenging times. We will continue to invest for growth, to try new solutions – sometimes fail – but always strive to be better, every single day. Together with the soon 18,000 people at Evolution, I look forward to the second half of 2023 with great enthusiasm.

**Martin Carlesund**
**CEO**

*Quarterly results trend*



# Financial performance in the second quarter of 2023

**Revenues**
Revenues amounted to EUR 441.1 million (344.0) in the second quarter, equivalent to an increase of 28 percent compared with the corresponding period in 2022. EUR 69.3 million (65.5) of the revenue was derived from RNG-games. The positive revenue development within live casino mainly derives from increased commission income from existing customers and, to a certain extent, from new customers. Demand for online casino games continues to grow, partly as a result of our continuous launch of new games and variations on traditional games.

*Revenue by game type*

| Group, EUR millions | Apr-Jun 2022 | Jul-Sep 2022 | Oct-Dec 2022 | Jan-Mar 2023 | Apr-Jun 2023 |
|---|---|---|---|---|---|
| **Live** | 278.5 | 310.4 | 334.9 | 360.1 | 371.8 |
| **RNG**, as reported | 65.5 | 68.1 | 72.9 | 69.5 | 69.3 |
| **Total** | 344.0 | 378.5 | 407.5 | 429.6 | 441.1 |
| | | | | | |
| **RNG incl. Nolimit City,** pro-forma | 72.2 | - | - | - | - |

Nolimit City is included in the consolidated financial statements from 1 July 2022.

**Expenses**
Operating expenses amounted to EUR 159.6 million (129.4). Expenses were mainly driven by higher costs for personnel, connected to the launch of new tables in the company's studios and the expansion in general compared to the second quarter of 2022. The expansion has also increased other operating expenses compared with Q2 2022.

**Profitability**
Operating profit amounted to EUR 281.5 million (214.6), corresponding to an increase of 31 percent. The operating margin was 63.8 percent (62.4). The EBITDA margin was 70.7 percent (69.3). Changes in foreign exchange rates affected EBITDA negatively by EUR 2.5 million compared with the same period the preceding year.



Net financial items only had small impact on profits and related mostly to leasing interest expense and currency exchange differences. The Group's effective tax rate for the quarter amounted to 6.7 percent (7.4). The tax rate is influenced by the countries in which earnings are generated, which may vary between reported periods. Profit for the period amounted to EUR 264.1 million (200.9). Earnings per share before dilution were EUR 1.24 (0.94).

**Investments**
Investments in intangible assets amounted to EUR 12.1 million (9.6) during the quarter and were mainly attributable to development of new games and technical improvements of the platform, such as new functionality.

Investments in property, plant and equipment amounted to EUR 10.6 million (14.8) and comprised new studio space, new gaming tables, servers and other computer equipment to meet new technical requirements and maintain capacity and performance in connection with new platform launches.

**Cash and cash equivalents, financing and financial position**
Cash flow from operating activities amounted to EUR 233.8 million (185.5) during the quarter. Cash flow from investing activities was negative in the amount of EUR 21.8 million (negative 26.8). Cash flow from financing activities was negative in the amount of EUR 429.1 million (negative 306.7) and included dividend to shareholders of EUR 427.4 million (302.8). Cash and cash equivalents amounted to EUR 541.7 million (293.9) at the end of the quarter.

## First half of 2023 in brief

**Revenues**
For the January-June 2023 period, revenues amounted to EUR 870.6 million (670.7), corresponding to an increase of 30 percent compared with the same period in 2022. EUR 138.7 million (127.8) of the revenue was derived from RNG-games. The positive revenue development within live casino mainly derives from increased commission income from both new and existing customers.

**Expenses**
Operating expenses amounted to EUR 317.7 million (249.1). Expenses were mainly driven by higher costs for personnel, connected to the launch of new tables and studios. The strong expansion has also increased other operating expenses compared with the previous year.

**Profitability**
Operating profit amounted to EUR 553.0 million (421.7) with an operating margin of 63.5 percent (62.9). The EBITDA margin was 70.3 percent (69.8).

**Investments**
Investments in intangible assets amounted to EUR 22.8 million (16.8) for the period. Investments in property, plant and equipment amounted to EUR 22.1 million (28.8). Change in other financial assets was positive in the amount of EUR 1.4 million (negative 3.3).

**Cash and cash equivalents, financing and financial position**
Cash flow from operating activities amounted to EUR 542.7 million (428.4) over the period. The increase is primarily due to improved profit. Cash flow from investing activities was negative in the amount of EUR 43.5 million (negative 123.0), 2022 included investment in subsidiaries of EUR 74.1 million. Cash flow from financing activities was negative in the amount of EUR 457.0 million (negative 386.8) and included dividend to shareholders of EUR 427.4 million (302.8), 2022 included repurchase of own shares of EUR 75.6 million.

Evolution

# Market development

**Online Casino market**
The global online casino market (Live & RNG) has grown strongly in recent years and is expected to continue to be among the fastest-growing gaming segments in the coming years. Evolution's growth target is to grow faster than the total global online casino market. Market growth is influenced by several underlying factors, such as technological advances with, among other things, improved hardware and increased bandwidth, the migration of land-based casinos to online environments and market regulations. Increased use of mobile devices has been a growth driver for many years, and in the quarter 67.0 percent (69.2) of the operators' GGR via Evolution's platform was generated by mobile devices. RNG is the largest vertical of the online casino market. However, to a large extent, growth is driven by Live Casino having grown in importance for most gaming operators and has become an integrated and strategically important product for them.

As a B2B supplier, Evolution has customer relationships with gaming operators, who in turn own the relationships with the end users. Generally, the gaming operators are licensed in a limited number of jurisdictions while operating in a global market and allowing play from various geographic areas. The table below shows the geographic markets from which Evolution's revenues originate. Revenues based on player activity are allocated according to the end-users' location, while revenues not based on player activity are allocated to the operator's location. The UK includes the Crown Dependencies.

*Revenue per geographical region*

| Group, EUR million | Apr-Jun 2022 | Jul-Sep 2022 | Oct-Dec 2022 | Jan-Mar 2023 | Apr-Jun 2023 |
|---|---|---|---|---|---|
| Europe | 151.9 | 159.2 | 170.0 | 173.7 | 175.2 |
| Asia | 110.9 | 127.8 | 136.2 | 154.0 | 164.5 |
| North America | 46.1 | 50.2 | 56.2 | 57.3 | 55.5 |
| LatAm | 19.4 | 24.8 | 26.9 | 30.0 | 31.3 |
| Other | 15.7 | 16.5 | 18.2 | 14.6 | 14.6 |
| **Total operating revenue** | **344.0** | **378.5** | **407.5** | **429.6** | **441.1** |
| | | | | | |
| Share of regulated markets | 43% | 41% | 40% | 40% | 40% |
| Revenue, regulated markets | 147.9 | 156.4 | 164.1 | 171.3 | 176.9 |

**Evolution**

## Other

**Parent Company**
The Parent Company is a holding company. Net sales for the second quarter of 2023 amounted to EUR 5.0 million (5.0) and expenses to EUR 4.7 million (4.9). Operating profit amounted to EUR 0.3 million (0.2). Profit for the period amounted of EUR 0.4 million (1.7), 2022 included foreign exchange gain of EUR 1.8 million. The Parent Company's cash and cash equivalents amounted to EUR 7.6 million (0.1) at the end of the period and equity amounted to EUR 2,593.1 million (2,451.6). No significant investments were made in intangible or tangible assets.

**Employees**
As of 30 June 2023, Evolution had 17,447 employees (15,297), corresponding to 12,713 (10,570) full-time positions. The average number of full-time equivalents for the quarter was 12,750 (10,412).

**Significant risks and uncertainties**
Evolution's operations are exposed to certain risks that could have a varying impact on earnings or financial position. These can be divided into industry, operational, and financial risks. When assessing the Group's future development, it is important to take into account the risk factors, alongside any opportunities for profit growth.

The development of laws and regulations relating to the supply of gaming services that Evolution provides is a central risk factor for the Group's future earnings. Since most of Evolution's licensees are active in Europe, the legal situation in the EU is of particular interest and is continuously monitored and managed by the Group. Despite this, there remains a risk that, in the event of legislation being interpreted in an unfavourable or unanticipated way, Evolution's conditions for growth, profitability, and the games that may be supplied could be changed. Likewise, a favourable interpretation could have a positive impact on the Group.

One or more markets may be affected by events that may result in rapid changes in the business environment. Examples of this kind of events which could lead up to production disruption are extreme weather events, social unrest, diseases (e.g. virus outbreaks) or other macroeconomic or geopolitical events affected by external influences.

For further information about Evolution's risk exposure and handling, please see the Group's Annual Report for 2022, which is available on the company's website.



**Upcoming report dates**
Interim report January-September 2023     26 October 2023
Year-end report 2023                     February 2024

**Stockholm, 21 July 2023**

**Martin Carlesund**
**CEO**

For further information, please contact CFO Jacob Kaplan, +46 708 62 33 94 or Head of Investor Relations Carl Linton, +46 705 08 85 75, ir@evolution.com.

| | |
|---|---|
| Evolution AB (publ) | e-mail: ir@evolution.com |
| Hamngatan 11 | Website: www.evolution.com |
| SE-111 47 Stockholm, Sweden | Corporate ID: 556994-5792 |

**Presentation for investors, analysts and the media**
CEO Martin Carlesund and CFO Jacob Kaplan will present the report and answer questions on Friday, 21 July 2023 at 09:00 a.m. CEST via a telephone conference. The presentation will be in English and can also be followed online. Number for participation by telephone:
Dial-in number, pin code: 6020822#
SE: +46 8 505 163 86          UK: +44 20 319 848 84          US: +1 412 317 6300

Follow the presentation at: https://ir.financialhearings.com/evolution-q2-2023

*This information is such that Evolution AB (publ) is obliged to make public pursuant to the EU Market Abuse Regulation and the Swedish Securities Market Act. The information was submitted for publication, through the contact person set out above, on 21 July 2023, at 07:30 am CEST.*

*This report is published in Swedish and English. In case of any differences between the English version and the Swedish original text, the Swedish version shall apply. This report has not been subject to review by the company's independent auditor.*

# EXHIBIT 27

THOMSON REUTERS

# EDITED TRANSCRIPT
## Q3 2019 Evolution Gaming Group AB (publ) Earnings Call

### EVENT DATE/TIME: OCTOBER 24, 2019 / 7:00AM GMT

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar
means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are
registered trademarks of Thomson Reuters and its affiliated companies.



1

## OCTOBER 24, 2019 / 7:00AM GMT, Q3 2019 Evolution Gaming Group AB (publ) Earnings Call

### CORPORATE PARTICIPANTS

**Jacob Kaplan** *Evolution Gaming Group AB (publ) - CFO*
**Martin Carlesund** *Evolution Gaming Group AB (publ) - Group CEO*

### CONFERENCE CALL PARTICIPANTS

**Anders Rudolfsson;Dnb Markets;Senior Equity Sales**
**Christian Hellman** *Nordea Markets, Research Division - Director of Small and Mid Cap*
**Edvard Hagman;ABG Sundal Collier;Equity Research Intern**
**Lars-Ola Hellstrom** *Pareto Securities, Research Division - Analyst*
**Rikard Engberg** *Erik Penser Bank AB, Research Division - Research Analyst*

### PRESENTATION

**Operator**

Hello, ladies and gentlemen, and welcome to the Evolution Gaming Group Third Quarter of 2019 Report. (Operator Instructions). Today, I'm pleased to present CEO, Martin Carlesund; and CFO, Jacob Kaplan. Please begin.

**Martin Carlesund** *Evolution Gaming Group AB (publ) - Group CEO*

Thank you, operator. Welcome, everyone, to the presentation of Evolution's Interim Report for the Third Quarter 2019. My name is Martin Carlesund, I'm the CEO of Evolution Gaming. With me, I also have our CFO, Jacob Kaplan. I will start off the presentation with the quarterly highlights and achievements and give some comments on our geographical breakdown. Jacob will then go through the financials, and I will then conclude by providing some thoughts on the future, followed by the Q&A sessions.

Next slide, please. I'm very satisfied to report a consistently strong result for the third quarter. Our investment in new games and studios are having an increasingly strong impact, which is also reflected in both the high growth as well as the stronger margins. We also have seen a further increased demand for Evolution's products globally.

In addition, we now see clearly that we are reaching completely new player types, who, to a large extent, are playing live games for the first time. These new players are being converted from other game categories such as slots, which is very encouraging to see. Through our expansion and construction of studio capacity, together with the 10 new games launched during the first half of 2019, we are also very well positioned to take advantage of the growing general demand for Live.

Everyone in Evolution is fighting to increase the gap to competition. We are paranoid, we are full of energy, and I want to express how happy and grateful I am for all the hard work all Evolutioners do every day. Simply great to see.

The revenue growth in the quarter was 47%, which is proof of our games' global appeal. We also continued to see positive margin development. The profitability is the highest that we have ever reported in a single quarter, and the full year margins will likely also be on record levels. We constantly work hard to prepare the company for the future, enabling investment by being cost-efficient and rightly structured to continue growth. However, don't forget, we always prioritize growth over margins if needed.

Other highlights in the quarter include the license that we have been granted in Pennsylvania, where we will launch a new studio during 2020. Just as in New Jersey, we treat this as a long-term project where we will grow over time.

Two days ago, we are also very pleased to announce a new agreement with Flutter Entertainment to provide licensing to the brands Paddy Power and Betfair. One important factor to land this deal was our -- all our latest innovations. Our product portfolio attracts large interest. And since many of our titles are exclusive to us, it gives us a strong competitive edge. This is a milestone for Evolution, and we very much look forward to see what we can do with Paddy Power and Betfair in the future.

The next slide, please. Product innovation is the main theme of 2019. We experience every day how our latest game launches, especially game shows, continue to find new players. MONOPOLY is by far our most successful launch to date. The combination of an innovative gameplay and strong brand appeals to wide playgroups, both old live players, as new.

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



OCTOBER 24, 2019 / 7:00AM GMT, Q3 2019 Evolution Gaming Group AB (publ) Earnings Call

We're also seeing how our in-house developed brand gain more and more traction. Dream Catcher was the first big hit. And despite being around for 2 years, it continues to build its audience. Our Lightning range also continues to grow. I mean it's now including both Lightning Dice, Lightning Roulette in live as well as First Person versions. The mix of RNG element into live games continues to be something that appeals to players.

By volume, the traditional payment games continue to be our biggest category. We expect this to continue for many years to come, and we continue to optimize them to always stay ahead, very important.

Next slide, please. Based on the demand, we continue to invest in our studios. The new studio in Malta is now operational, and we are transitioning out of the old studio until year-end. For last year, we launched new studios in both Tbilisi and New Jersey. And this year, we are doubling their capacity. Both projects are well underway, with Tbilisi just being completed and New Jersey being done in December.

For every new studio that we build or expand, we gain new know-how and experience that can be used in the next project. All that we learned in Riga, we used in Tbilisi, and all that we learned in Tbilisi, we will use in Pennsylvania, and so on. I will not -- not goal but absolute target is always that the last studio we build is the best one ever. Always pushing down this.

Next slide, please. Continuing on the same theme, the assets we've built on our work from the studio construction is the same that drives operations. To be successful in licensing, it's crucial to understand that the player experience is dependent upon the quality of each individual table. Based on this, our philosophy is quite simple: Every new table should be our best table ever. By offering an unparalleled delivery capacity on top-of-the-line operations, we make sure to increase the guest competition. And by the end of the year, we expect that more than 700 tables live across our studios. That is quite a remarkable number.

Next slide, please. In this chart, you can see the activity in the network. In total, we have had about 5.8 billion bet spots in the third quarter, which is equivalent to an increase of 48% compared to last year. And bet spots continued to be somewhat higher than the revenue growth as a result of our lower -- latest games tracking smaller on more numerous bets and use of the players. However, the difference is quite -- not quite as large as before, meaning that bet prices have increased slightly this quarter.

Next slide please. I usually describe Evolution as a product company, a software company, but most of all a people company. Connected to this, we continued to increase the number of employees. And in the quarter, it has 7,000 people. This is yet another milestone which I'm very proud of. The Evolution family consists of super talented people with a winning mindset. We always explore new ways to optimize recruitment and share the best practice between our markets.

Next slide, please. Our products have a global demand. And starting in this quarter, we are taking a step further in how we report geographical breakdown. There are 2 main changes compared to the early disclosure. The first one is that we show the breakdown of revenues compared to the old breakdown, which was based on GGR. It is more accurate and affect both player activity and other operator-related fees. The second change is that we are breaking up the old rest of the world in 3 regions: Asia, North America and other, which then is the remaining part of the world, also including South America and Africa.

Let's quickly go through these regions. The U.K. shows 12% year-on-year growth. It is the most crucial gaming market in Europe where regulation has evolved over the last year. Even though it's slightly lower rate, there's a lot of potential of development goes in the right direction with Live product gaining ground.

Growth in the Nordic was 30% year-on-year. As mentioned in previous reports, following the intense start of the year, growth has been somewhat slower in the last quarters. Rest of Europe continues to develop well and constitutes about 50% of revenues.

As we've talked about before, Asia is growing quickly. It has more than doubled the size last -- since last year and constitutes about 15% of revenues. North America is another region growing rapidly with a good potential for further growth partly driven by the opening of Pennsylvania during 2020. The remaining part, other, also including South America as well as Africa, also grows fast and constitutes about EUR 9 million revenue during this quarter.

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



OCTOBER 24, 2019 / 7:00AM GMT, Q3 2019 Evolution Gaming Group AB (publ) Earnings Call

The total share of regulated revenue is 42%. All in all, I believe that we have a healthy investment mix. Evolution is no longer only a European live casino leader. We're a global leader, and our customers and their end users can be found all over the world.

I will now hand over to Jacob, who will guide you through the financials. Next slide, please.

**Jacob Kaplan** *Evolution Gaming Group AB (publ) - CFO*

Thank you, Martin, and good morning to all of you listening.

I'm on Slide 9 titled Financial Development. Looking at the financial performance per quarter,[which is] that the strong trend during this year continues in the third quarter with revenue amounting to EUR 94.7 million, an increase of 47% year-on-year and a EUR 9 million increase compared to the second quarter this year. We have seen good momentum all through the year with growth across the whole product portfolio, both the core table games, and also the new game show-type games are contributing. The new games were mainly launched during the second quarter and are now included for the full quarter. And as Martin mentioned, it's encouraging for us to see -- and for our operators to see new player groups finding live gaming.

The very good revenue development is also reflected in earnings. EBITDA is at EUR 48.5 million for the quarter -- for the third quarter, a 63% increase from the same period last year and more than double where we were 2 years ago. As we grow top line and business volume, we also see increasing benefits from economies of scale in our studio operation, our administration and our product development.

We are keeping a relatively tight cost control, even though we are in a growth phase right now. It gives us room to invest where it can contribute directly to revenue and also enables us to add resources quickly when we need to. The absence of major sporting events this year has also made growth in tables slightly more steady, which also helps efficiency.

Growing revenue and good control costs naturally has a good effect on margins. EBITDA margin is 51.2% in the quarter and 48.9% year-to-date. Strong development during the quarter means that we will end up in the upper end or even over our revised full year 2019 margin guidance of 47% to 49%. Compared to 2018, margin is positively affected by the introduction of IFRS 16. Adjusting for that, EBITDA margin year-to-date would be 48%. So still, very strong compared to the previous year, which had an EBITDA margin of 43.9% for the full year. We will share our assessment on margins for 2020 when we present the year-end results in the beginning of next year. So we will not cover that today.

Let's go to the next slide, please. Looking at the more detailed profit and loss statement for the period. We can again see revenues for the quarter at EUR 94.7 million. For the first 9 months of the year, revenues are almost EUR 260 million, a 48% increase compared to the previous year. For the full year -- for the year-to-date period, it's helped by the acquired business in the beginning of this year. So organic growth is 44% year-to-date.

Moving down. Personnel expenses totaled EUR 33.7 million in the quarter, up 31% compared to the same quarter last year, similar percentage increase looking at the corresponding 9-month periods. Personnel cost is mainly driven by the increase of stock in our operations, but we are also recruiting in other areas as the business continues to expand.

Depreciation is EUR 6.5 million in the quarter, up 36% compared to the same period last year. For the 9-month period, depreciation is up 37%. That includes the effect of IFRS 16.

Other expenses include, among other items, consumable equipment, communication costs, consultants, royalty fees, the line amounts to EUR 12.6 million in the quarter, a bit lower increase this quarter compared previously. It increases by 7% compared to the third quarter last year. And earlier this year, it increased more. So this January to September period has an increase of 39%, more in line with other cost items.

Summing up, total operating expenses increased by 28% year-on-year in the third quarter and by 34% for the period January to

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

September.

Tax is EUR 2.2 million in the quarter, tax rate of just over 5%. And all this sums up to a profit for the 3-month period of EUR 39.8 million, equal to an earnings per share of EUR 0.22 per share; for the rolling 12-month period, EUR 0.7 per share. All periods are showing EPS figures adjusted for the split 5:1, which took place in the second quarter of this year.

Let's go to the next slide, please. Starting with the chart to the left in the slide, we show capital expenditure. Martin mentioned earlier how our investment in studios and product development have supported the strong results during 2019. And as you see here, we continue to invest quite heavily also this year. The gray part of the bar shows CapEx in tangible assets, meaning investment in our studios. It amounts to just over EUR 5 million in the quarter. And the main projects this year, as outlined earlier, are the new studio in Malta, where we're moving to a new building; the expansion in Tbilisi, which Martin mentioned; and also the expansion in New Jersey. In addition, we will start development over Pennsylvania studio during the fourth quarter, but we will not be live until next year.

The blue part of the bar represents investment in intangible investments and related -- it's related to development of new games. It is EUR 4 million in the quarter. Also in product development, looking at the year-to-date period, we are on a similar level to last year. We're very much looking forward to showcasing some of our new games at the start of next year. Altogether, CapEx is just over EUR 20 million for the 9-month period, similar level to 2018. We forecast to be at or slightly higher than 2018 for the full year 2019. In relation to revenue, however, it will be lower this year, as you also can see on the slide.

In the middle of the slide, we show cash flow. Operating cash flow, very good in the quarter, EUR 42 million, and cash conversion for the 12-month period has been steady this year at just over 70%.

Finally, to the right in the slide, look at the balance sheet. No big changes here during the quarter. It shows a continued strong financial position. Our cash assets have increased to just over EUR 140 million at the end of September. Our comment on potential uses of cash are already here. It's a question we normally get, and our answer is the same as it has been during the past year, reminding that our current dividend policy is to pay out 50% of earnings. So a fair share of cash will be paid as dividend in April next year. Also a strong balance sheet gives us the possibility to act quickly in an M&A situation or if we should need to increase the pace of investments.

That was the end of my prepared comments. I'll hand back to Martin for some closing words, and then we'll take Q&A. Martin, over to you.

**Martin Carlesund** *Evolution Gaming Group AB (publ) - Group CEO*

Thank you very much, Jacob, for the financial comments.

A few words to conclude this report presentation. This slide is pretty similar to the ones we've showed in previous reports this year. But I think it's still valid to point out that Live continues to be the really strong vertical of gaming and, therefore, continues to find new players. For the next time we present the result, we will have just finished ICE 2020, and we will have showcased many new titles this time as well. Product innovation will very much remain our top priority going forward. We will also continue to invest based on customer demand. As we stated in the last report, investment will be somewhat higher in absolute terms during 2020 compared to 2019.

And as always, everything we do is about increasing the gap with competition in every way possible and improve our offering a little bit every day. We're full of energy, as I already stated. We are paranoid as ever, and we look forward.

Thank you all for listening. Now let's move to questions.

**QUESTIONS AND ANSWERS**

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## OCTOBER 24, 2019 / 7:00AM GMT, Q3 2019 Evolution Gaming Group AB (publ) Earnings Call

**Operator**

(Operator Instructions)

And our first is over the line of Edvard Hagman of ABG Sundal Collier.

**Edvard Hagman;ABG Sundal Collier;Equity Research Intern**

I'm covering for Erik Moberg, and I have a couple of questions for you. So if we look at your reported regulated revenues, how large share of this stem from operators that actually have a license in each regulated territory? And I don't mean the aggregator. I mean the actual operator.

**Jacob Kaplan** *Evolution Gaming Group AB (publ) - CFO*

So the share of revenue from regulated markets is 42% in [capital].

**Edvard Hagman;ABG Sundal Collier;Equity Research Intern**

But I mean from actual operators, not the aggregator that integrates your games into the platform.

**Jacob Kaplan** *Evolution Gaming Group AB (publ) - CFO*

We don't have that information.

**Edvard Hagman;ABG Sundal Collier;Equity Research Intern**

All right. Going now to my next question. Sorry.

**Jacob Kaplan** *Evolution Gaming Group AB (publ) - CFO*

Yes. Go ahead.

**Edvard Hagman;ABG Sundal Collier;Equity Research Intern**

All right. You recently decided to stop the serving your games to Swedish customers from operators who do not possess a Swedish license. Do you think that this will -- this is something that you will have to do in other jurisdictions as well?

**Martin Carlesund** *Evolution Gaming Group AB (publ) - Group CEO*

We encourage cooperation with the regulator, and we follow what they demand of us to do. And we have constant discussion with them. It could happen that we are having those discussions with others in the future.

**Edvard Hagman;ABG Sundal Collier;Equity Research Intern**

All right. My third question, looking at your contract situation, could you perhaps elaborate on how many of your contracts is currently based upon NGR versus GGR? And whether you find this mix to be sustainable in the long term?

**Martin Carlesund** *Evolution Gaming Group AB (publ) - Group CEO*

We don't really comment on our contracts.

**Edvard Hagman;ABG Sundal Collier;Equity Research Intern**

All right. And just a question about the geographical breakdown. The other section was -- what is that consisting of, what countries?

**Martin Carlesund** *Evolution Gaming Group AB (publ) - Group CEO*

As stated, South America, Africa and all others that are not included in the other split.

**Edvard Hagman;ABG Sundal Collier;Equity Research Intern**

Sorry, South Africa...

**Martin Carlesund** *Evolution Gaming Group AB (publ) - Group CEO*

South America, Africa and all others that are not included in the other geographical split.

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## OCTOBER 24, 2019 / 7:00AM GMT, Q3 2019 Evolution Gaming Group AB (publ) Earnings Call

**Operator**

So now we go over to Pareto Securities and Lars-Ola Hellstrom.

**Lars-Ola Hellstrom** *Pareto Securities, Research Division - Analyst*

Congrats. I just want to shoot some questions on studio efficiency. The Tbilisi studio, it's the most efficient in the group now, as I've learned. Is there further improvement to be done? And is there some learnings from Tbilisi that can be implemented in other studios, even the Riga and the new Malta studio? So would it be possible to raise efficiency throughout the studios in the group?

**Martin Carlesund** *Evolution Gaming Group AB (publ) - Group CEO*

The simple answer is, of course, yes. I believe that we can always increase efficiency indeed, that you can find you can do things at every day. So the simple answer is yes. The little bit more newer answer would be that, yes, we learned a lot in Tbilisi. We are, of course, like pushing the boundaries also there, and we will implement, of course, learnings in the others as we move forward.

**Lars-Ola Hellstrom** *Pareto Securities, Research Division - Analyst*

But for example, with the new Malta studio, will efficiency be higher in the new Malta studio compared to the old Malta studio?

**Martin Carlesund** *Evolution Gaming Group AB (publ) - Group CEO*

The most important thing with the Malta -- the new Malta studio is to increase the quality. So that's the top goal. But I also believe that we can learn things from the -- from what we have done over the last years and increase the efficiency also there, yes.

**Lars-Ola Hellstrom** *Pareto Securities, Research Division - Analyst*

Okay. And on the market growth in the rest of Europe, we know that Germany is a really good market. But can you give some flavors, without being super specific, but which market are you seeing being strong in Rest of Europe? And which market is a little bit weaker? We expect that the Netherlands might be somewhat slower; Germany, strong; Italy on back of the marketing brand, how has it played out? Can you give us some flavor?

**Martin Carlesund** *Evolution Gaming Group AB (publ) - Group CEO*

We have taken the steps now to be more transparent and split up the new -- in those new geographies that you are seeing now. And by that, then we have selected not to comment on specific countries. So I'm very happy to present this new split, and I hope that it's a bit fulfilling, but won't comment it further on the specific geographies.

**Lars-Ola Hellstrom** *Pareto Securities, Research Division - Analyst*

Okay. And then you see that the Live Casino is taking share from slots. Can you give us some example? Or in -- is it in Europe that you see the strongest effect from that or is it across all regions?

**Martin Carlesund** *Evolution Gaming Group AB (publ) - Group CEO*

We have a global demand and a global appeal. So we see it all over the regions. That's also -- that's the fundament. Then we see the players come from other parts of the sort of online gaming and play live for the first time. And we can also see that those players are softer, playing a little bit less but enters into our beautiful world and tries also other games.

**Lars-Ola Hellstrom** *Pareto Securities, Research Division - Analyst*

Okay. And a more specific question on the U.S. Have you been testing Infinite Blackjack in U.S.A., yes?

**Martin Carlesund** *Evolution Gaming Group AB (publ) - Group CEO*

We're on the way to doing that.

**Lars-Ola Hellstrom** *Pareto Securities, Research Division - Analyst*

Okay. And my final question. The lower bet sizes in Q3, is that due to the success of the MONOPOLY game?

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



OCTOBER 24, 2019 / 7:00AM GMT, Q3 2019 Evolution Gaming Group AB (publ) Earnings Call

**Martin Carlesund** *Evolution Gaming Group AB (publ) - Group CEO*

Come again? I would say kind of the broad trend has been the bet spots have grown a little bit, so also the revenue. And that we've attributed to kind of more players with a little bit lower bet, which to a large part is on -- not on the new games, which attract this type of player. And in this quarter, the trend was actually not so strong that way. It was probably a little bit the other way around. But it's goes a little bit up. And I think broadly, you can say that, yes, the new games attract players who have maybe -- you can still have various spots -- a little bit lower.

**Operator**

We now go to the line of Rikard Engberg at Erik Penser Bank.

**Rikard Engberg** *Erik Penser Bank AB, Research Division - Research Analyst*

Great spots. Also maybe you can shed some light on the Flutter deal? Will this mostly be unregulated markets which they will be expanding?

**Martin Carlesund** *Evolution Gaming Group AB (publ) - Group CEO*

We're very happy, of course, with the milestone being for us after the quarters -- this quarter that we're reporting. We very much look forward to engage and start working with Paddy Power and Betfair and see what we can do to help them grow their live business and also help them to expand their total revenues.

**Rikard Engberg** *Erik Penser Bank AB, Research Division - Research Analyst*

And also since we have a European championship coming here and the Olympics, is it just a fair assumption to make that CapEx relating to this deal and others will be more heavy towards the first half of the year than the second half of the year, like it was so last year?

**Martin Carlesund** *Evolution Gaming Group AB (publ) - Group CEO*

I think that it's a fair assumption to say that we are going into a very active period. And by that, investments will probably increase prior to these events. However, we are large now on, and the effects of these investments are less significant than it was before for us.

**Operator**

In that case, we are now over the line of Anders Rudolfsson at DNB Markets.

**Anders Rudolfsson;Dnb Markets;Senior Equity Sales**

Congratulations to a great report again. I'm covering up for Martin Arnell here, and I have 2 questions. The first one, perhaps you can give us some more flavor on the Flutter Entertainment agreement. Is it possible for you to sign up more a U.K. incumbent operators that's currently with Playtech like that bet356 -- bet365 or LadBroke or something?

**Martin Carlesund** *Evolution Gaming Group AB (publ) - Group CEO*

I will answer like I did before. Really, it's a milestone deal for us. And when we look forward to work with Paddy, Betfair -- Paddy Power, Betfair right now. And we will start with that.

**Anders Rudolfsson;Dnb Markets;Senior Equity Sales**

All right. And then looking into next year, I certainly heard that you're not going to talk much, much about what's going to happen then for 2020 until the Q4 report. But looking into next year's consensus growth rates, it looks like they're supposed to be like 50% lower than you're growing at the moment. Is that really possible, so to speak, to grow 50% lower than next year?

**Martin Carlesund** *Evolution Gaming Group AB (publ) - Group CEO*

I don't know. I won't comment on the consensus numbers. That's up to you guys. You're in control of those.

**Operator**

Before going on to the next question, which is Christian Hellman at Nordea, (Operator Instructions).

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**OCTOBER 24, 2019 / 7:00AM GMT, Q3 2019 Evolution Gaming Group AB (publ) Earnings Call**

**Christian Hellman** *Nordea Markets, Research Division - Director of Small and Mid Cap*

Congrats, guys. Really good report that we're seeing. But please, the geographical split, can you explain that to me again? You did some changes to the way you're calculating it this time around. And I'm just having a bit difficulty trying to sort of understand why regulated revenues last year in Q3 was 29%, and now you're giving a comparable of, let me see, I think it was 46% or something for Q3 last year.

**Jacob Kaplan** *Evolution Gaming Group AB (publ) - CFO*

Yes. Let me try to help you out a bit. The previous disclosure of the regions that we had was based on GGR, so not revenues. The 2 changes, you can say the main changes, is now we're moving to revenues, which is, I would say, more accurate than kind of -- well, it really reflects revenues. It's not just a approximated GGR and also breaking up the Rest of the World category. It's the big changes.

**Christian Hellman** *Nordea Markets, Research Division - Director of Small and Mid Cap*

Yes. Okay. But did that change increases the amount of regulated revenues you had in Q3 2018 from, I think, EUR 9 million to EUR 46 million?

**Jacob Kaplan** *Evolution Gaming Group AB (publ) - CFO*

Yes. So the way the revenues are structured for us, you could say part of the revenues are directly related to player volumes. They are spread by the player location in this table. Another part of revenues are more fixed fees related to tables fees and setup and management fees. They are not dependent on player volumes. So they are allocated by the location of the operator. So you could say Malta has a higher share there, and Malta is regulated revenues. So that explains part of the difference between the 2 numbers.

**Christian Hellman** *Nordea Markets, Research Division - Director of Small and Mid Cap*

Okay. And also if you look at sort of the trend, at least given the way you displayed it before, it moved from 29% and then it decreased throughout the quarters. Then it was 35% regulated revenues in Q2 this year. But the way you're structuring it now, it's been a decline from 46% last year to 42%.

**Jacob Kaplan** *Evolution Gaming Group AB (publ) - CFO*

It's not completely comparable [since] potentially to Q3 of last year, the year-on-year number. I would say during this year, the trend is probably right that since -- especially since the U.K. has declined as share of the total. Even though we are still growing there, that affects the regulated revenues. So of course, work going forward in increasing that and then -- yes.

**Christian Hellman** *Nordea Markets, Research Division - Director of Small and Mid Cap*

Okay. But the trend this year has been that regulated revenues have declined and not increased.

**Jacob Kaplan** *Evolution Gaming Group AB (publ) - CFO*

That's the same thing, right? Or...

**Christian Hellman** *Nordea Markets, Research Division - Director of Small and Mid Cap*

Yes. I'm so sorry. But last year -- but given the old way you structured it, the regulated revenues increased throughout the last couple of...

**Jacob Kaplan** *Evolution Gaming Group AB (publ) - CFO*

The old way we structured it was on GGR. That's different from revenues. Revenues are revenues, and GGR is GGR. So that's the difference.

**Christian Hellman** *Nordea Markets, Research Division - Director of Small and Mid Cap*

Yes. Yes, I understand. I am just surprised it can be that big of a difference, but yes it is. Yes, I guess that was still the question I hadn't bring.

**Operator**

Well, it looks like we have one final question, and that's a follow-up from Lars-Ola Hellstrom at Pareto.

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## OCTOBER 24, 2019 / 7:00AM GMT, Q3 2019 Evolution Gaming Group AB (publ) Earnings Call

**Lars-Ola Hellstrom** *Pareto Securities, Research Division - Analyst*

I just wanted to follow up. Playtech was letting on the EVC brands, and you are still not on the Ladbrokes Coral brands. Can you -- have you seen some effects on growth on the EVC brands?

**Martin Carlesund** *Evolution Gaming Group AB (publ) - Group CEO*

We don't comment on individual deals like that. But I will comment on it like this, that we are happy with the growth in Europe. We're pushing forward basically on all markets. So we're happy with that.

**Operator**

Okay. Back to you for any closing comments at this stage, please.

**Martin Carlesund** *Evolution Gaming Group AB (publ) - Group CEO*

No. Thank you very much all for listening. I look forward to see you at, if not earlier, in February next year.

**Operator**

This now concludes today's call. So thank you all very much for attending, and you can now disconnect.

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS THOMSON REUTERS'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2019 Thomson Reuters. All Rights Reserved.

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



# EXHIBIT 28

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT
Half Year 2021 Evolution AB (publ) Earnings Call

EVENT DATE/TIME: JULY 21, 2021 / 7:00AM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is
prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its
affiliated companies.



1

## JULY 21, 2021 / 7:00AM GMT, Half Year 2021 Evolution AB (publ) Earnings Call

### CORPORATE PARTICIPANTS

**Jacob Kaplan** *Evolution AB (publ) - CFO*
**Martin Carlesund** *Evolution AB (publ) - Group CEO*

### CONFERENCE CALL PARTICIPANTS

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*
**Erik Moberg** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*
**Marlon Varnik** *Pareto Securities AS, Research Division - Research Analyst*
**Martin Arnell** *DNB Markets, Research Division - Analyst*
**Oscar Erixon** *Carnegie Investment Bank AB, Research Division - Financial Analyst*
**Rikard Engberg** *Erik Penser Bank AB, Research Division - Research Analyst*

### PRESENTATION

**Operator**

Ladies and gentlemen, welcome to the Evolution Gaming Group Q2 Report 2021. Today, I'm pleased to present CEO, Martin Carlesund; and CFO, Jacob Kaplan. (Operator Instructions) Speakers, please begin your meeting.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Good morning. Welcome, everybody, to the presentation of Evolution's interim report for the second quarter 2021. My name is Martin Carlesund, and I'm the CEO of Evolution. With me, I also have CFO, Jacob Kaplan.

As usual, I will start with some comments on our performance in the quarter. I will then hand over to Jacob for a closer look at our financials. And after that, I will round off our presentation with an outlook for the rest of the year. Then we are happy to take questions.

Next slide, please. I'm happy to present the fantastic development of Evolution in the second quarter. As usual, it has been a quarter with extremely high operational activity and the great result is an outcome of the hard work performed by all employees. The combination of global demand for our products, a constant pursuit of cost efficiency, together with the energy, hard work and high ambitions of all employees, all sums up to the fantastic numbers.

Altogether, we reached EBITDA of EUR 174.7 million and an EBITDA margin in the quarter of 68%. Our Live business continues its exceptional growth from the first quarter. For the second quarter in a row, we grew close to 60% compared to previous year. We're also continuing to reshaping the road map for RNG, and RNG revenues increased slightly from Q1, but are 2% lower than Q2 of 2020. The reshape of the road map has, among other things, created Starburst XXXtreme, which was released after the second quarter ended, but is the strongest release ever made in the history of NetEnt.

The opportunities in the U.S. market are also promising with states becoming more and more positive towards regulation of online casino. Next in line for our U.S. expansion is Michigan. The studio is fully ready and was approved for launch during Tuesday this week. We are now in a practical start-up for go live, which will happen tomorrow.

A new studio will always get attention, but let me assure you that we are expanding in all our studios at the moment as demand of our products is increasing worldwide. Expanding our studio capacity means that we need to recruit a lot of new employees. The recruitment pace is high in the quarter, and we hired over 1,000 new fantastic talent, the highest recruitment number ever in a quarter.

At the end of the quarter, we closed the acquisition of Big Time Gaming. The acquisition was announced earlier in the quarter, actually in April. And BTG are one of the most innovative slot creators in the world, and we are very much look forward to start working on what we can do together.

In the quarter, we also announced that we started a U.S. rollout of Lightning Roulette in the land-based casinos together with Scientific Games. I'm also very happy for our 5 wins at this year's EGR B2B Awards. We took home awards for both our Evolution NetEnt and RedTiger brands, including Live Casino Supplier of the Year, and this is actually the 12th consecutive time we win that award.

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Now let's look -- move to the coming slides and see the effect of numbers and products on all our efforts. Operator, next slide, please. After the phenomenal first quarter, I'm very pleased to see the continuing strong development in the second quarter with a growth in Live Casino almost reaching 60% again.

Let's look at the financials. Revenue in the quarter is almost EUR 257 million, an increase of 100% compared to Q2 of 2020. With Live revenue growth of 59%, and RNG increased slightly from the first quarter, but declined 2% comparing to the NetEnt's reported figures of 2020. The reshaping of the slots road map is going well, and I look forward to the second half of the year. EBITDA increases from EUR 81 million to EUR 175 million in the quarter, a good increase of 115% year-on-year. I'm also satisfied with the EBITDA margin of 68% in the quarter. With the margin in Q1 of 67.9%, followed by a margin of 68% in the second quarter, we can conclude that the guidance we gave for the year of 65% will be exceeded. I expect we can maintain the current level also during the second half of 2021.

Second quarter is a strong follow-up from the first quarter, where we now act as one company after acquisition of NetEnt. And we are definitely well placed to further strengthen our market share and continue to widen the gap to competitors in the second half of 2021. But as always, we need to work hard and become better every single day.

Next slide, please. As I think most of you know by now bet spots is to be seen as an indicator for the activity in our Live network. So this has not changed and only shows the Live part of the total EVO network. The positive trend of bet spots continued in the second quarter. The number of bet spots from end users amounted to 17.5 billion compared to 11.9 billion in the same period last year, which is a growth by 47%. Also compared to Q1, there is an increase of 2%. The effect of lockdowns, canceled sports activities and closed land-based casinos on the demand for our products will level off as pandemic circumstances improve. At the same time, we would be able to operate with full capacity and get back to efficiency and catch up the pent-up demand in Live. Many of the new players that have been introduced to Live Casino during the recent year, will continue to accelerate the growth in the long term.

Next slide, please. We continue to increase headcount and at the end of the period, we exceeded 11,000 in staff. We have high demand on expansion right now. There's still demand lagging from 2020 as operators have increased their traffic, but we were limited in our supplier of tables. In the second quarter, we added over 1,000 people and expanded in basically all of our locations. We will continue to expand both in existing studios as well as new studios. As stated, Michigan will go live tomorrow, and we will add 2 new studios in Europe by the end of this year and also expand and also add 1 new delivery studio in Canada during -- beginning of next year.

While stating these ambitions, it's worth reminding ourselves that the pandemic continues to impact our expansion plans. We continue to follow guidelines set by the countries that we act in. The overall situation is improving, but it's still very hard, and I must stress the fact that the pandemic is not over.

Next slide, please. Our RNG business amounted to 21% of our total revenue in Q2 and Live represented 79%. We continue to widen the gap to competitors and no one else has the product portfolio to match ours and no one adds as many high-quality games. In addition to new titles, an important part of our product development is to constantly improve the gaming experience in our existing games. Securing the long-term quality through continuous improvement is essential in our ambition to increase the gap to competition. Recently, we have done enhancement for Baccarat, Dream Catcher, MONOPOLY and Blackjack, always with a focus to create a rich gaming experience.

Blackjack is a good example, where we have fine tuned our interface and implemented a zooming feature all our Blackjack tables. It enables the player to clearly see the real cards dealt on playing in portrait mode on their phone. It's a neat feature that we provide as a service to our players and operators.

About a week ago, we launched Starburst XXXtreme, a new slot title based on the iconic Starburst slot game. We've been working hard to keep the classic features of the original Starburst that made the game so popular, and then we incorporated them into an XXXtreme version. It has been well received with players, and it's so far the strongest release in NetEnt's history. Both our RedTiger and NetEnt brands have strong lineups for the operators and players during the second half of this year.

It's important to point out that we continue to innovate. An example of that is our agreement with Scientific Games to make our multi

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

award-winning live online Lightning Roulette game available in land-based casinos worldwide. As mentioned earlier, the combination with NetEnt will create opportunities for game development in RNG as well as Live and in combination of the 2. I'm very excited about the new games that we will launch during the second half of the year as well as the road map for 2022, both in RNG as well as in Live.

Next slide, please. On the slide, you will see some of the Live games that we are launching during the second half of this year. Like previous year, we will do some new traditional table games, titles as well as more Game Show style games. At Evolution, we are working hard to mould the casino industry. That has been in our DNA since the beginning. In the Game Show category, an overreaching theme this year is to add more decision-making to the player. In the early Game Show, players placed the bet and then waited for the result. This year, we're adding play control to the games. Games where the player can make choices during the game. Although in Crazy Time, we introduced some player choices in the bonus rounds. But this year, we give the player more choices and control providing a more active player experience. We have already seen this is in Gonzo's Treasure Hunt that we released in June, and it will also be a large part of our next Game Show, Cash or Crash, that would be launched later this year.

With these games, we are further developing the Game Show category, and I think it will also expand to audiences for these -- expand audience for these games. There would be 4 new Live games with an Asian flavor to them this year, Baccarat Red Envelope is already launched, a variation of traditional games that adds multi -- not multiplayers and try that. And later this year, there is another variation of Baccarat called Golden Wealth Baccarat. Further in Q3, we will launch Bac Bo, a dice game in the spirit of Baccarat. And in the Q4, we'll release Fan Tan, a simple, very beautiful ancient game, it has been around for hundreds of years and is now coming to Evolution Live.

Also in the traditional table game space later this year, we'll release Lightning Blackjack, and this is the third game type on the Lightning brand. A brand players have gotten to love through Lightning Roulette. Lightning Baccarat. I won't give you the details of the game away here, but it's an enhanced Blackjack experience, and it's our late -- and it's out later this year. These are some of the games that will come during the coming months.

Operator, let's move to next slide, please. This slide shows the breakdown of our revenues by geographic region, and it's evident that demand is truly global. We see very good growth year-on-year in all regions and markets. It is naturally partly by acquisition with the addition of NetEnt, but also our Live business growth rate.

Looking at the full organic development for Q1, we see that European regions are stable and slightly lower in U.K. As we have seen during the past year, Asia and North America are growing fast. Year-on-year, growth amounts to 133% and 220%, respectively. Also compared to Q1, both regions grew with over 20% growth quarter-on-quarter. We see good potential in both these markets and expect a continued high growth rates going forward. Other, including South America, Africa and remaining part of the world showed a good growth of 23% compared to Q1. Revenues from regulated markets showed a growth of over 100% compared to last year and is stable from previous quarter at 40% of group revenues.

I will now pass on to Jacob who will speak about the financial details. Next slide, please.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Thank you, Martin, and good morning to everyone. We'll now move on to a couple of slides with a closer look at our financial development during the period. I'm on Slide #9. Revenue amounts to EUR 256.7 million in the second quarter. That's made up of EUR 203.7 million related to our Live Casino product and EUR 53 million from our RNG games. As Martin mentioned earlier, the Live Casino growth has been very strong the first half of this year, with close to 60% growth. It's a high growth rate for us. As a comparison, our full year 2020 growth in Live Casino was just under 50%. So the pace has picked up during this year. There's no one factor to explain the increased growth rate this year, mainly it shows the strong underlying growth in Live Casino with players. Then, of course, we try to do our part by continuously broadening our product offering and making the games as entertaining as we can.

Also, many players found our games during last year, many new players found our games. And this, in combination with our ability to add more tables this year also supports growth. So all in all, many factors contribute. Our RNG revenue is EUR 53 million in the quarter. This is slightly up from Q1 of this year, but down 2% compared to the NetEnt reported numbers in the same quarter of 2020. NetEnt did

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

have a pronounced spike in volumes when the pandemic kicked in during the second quarter last year. So comparable figures were high for RNG in this quarter. Our reworking of the product road map is ongoing. And as Martin mentioned, we're clearly moving in the right direction with both the NetEnt and RedTiger brands, so good outlook.

EBITDA for the quarter amounts to EUR 174.7 million and an EBITDA margin of 68% in the quarter. Margin level is in line with what we reached in the first quarter. Our guidance for full year 2021 at the start of this year was that we would reach 65% EBITDA margin for the full year. Of the 2 quarters with margins around 68%, we see that we can maintain that level also during the rest of the year. So we're adjusting that original guidance from February.

As you can see in the chart, we have a good scalability in our operations. And we've been able to, over time, improve margins as top line has increased. Right now, we're seeing a very high demand for tables and will expand our operations as fast as we can during the rest of the year, naturally considering how the -- what the development of the pandemic will allow. But this expansion will drive cost in the near term, but also contribute to future growth. All this is in line with what we've often stated that our first priority is growth. Should we see an opportunity to take on cost now to capture revenue in the future, we will prioritize that even if it means some pressure on margin in the short term.

To sum up, revised margin guidance for 2021 around the current level of 68%. Operator, let's go to the next slide, please. This slide shows our P&L in a bit more detail. Walking through the table from the top, we see Live revenue, again, EUR 203 million. This is comparable to the EUR 128 million in the second quarter of 2020. RNG amounts to EUR 53 million in this quarter. And like you saw on the previous slide, when we compare year-on-year growth for RNG, it will be against the reported NetEnt figures this year -- sorry, the reported NetEnt figures from 2020. So this slide is not the pro forma for 2020, just to be clear on that.

Total revenue, EUR 256.7 million, an increase of 100% compared to reported revenue, same period last year. And looking at the half year figures, revenue amounts to almost EUR 493 million, an increase of EUR 250 million, also up just over 100%, where over 105% is through the acquisition of NetEnt. So organic growth is 59% for the first half of this year.

Moving down to expenses. Also here, the comparison figures 2020 do not include the acquired NetEnt business. Personnel expenses amount to EUR 51.6 million, an increase of EUR 21 million compared to the same period last year, includes increase in staff in operations where there's high pressure on adding tables at the moment and also in engineering and business support functions where also staff from NetEnt is added this year compared to last year. Depreciation amounts to EUR 18.8 million, includes about EUR 9 million in amortization of intangibles related to the NetEnt acquisition. Other operating expenses include items such as consumable equipment, communication costs, consultant, royalty fees and the line amounts to EUR 30.4 million in the quarter.

So summing up, total operating expenses total EUR 100.8 million, an increase of 86% compared to the reported figures of the same period last year.

Moving down, operating profit sums up to EUR 155.8 million or EUR 155.9 million I guess it's around to. Tax is at EUR 8.7 million in the quarter for a tax rate of 6%. This sums up to a profit for the 3-month period of EUR 144 million, equals an earnings per share of EUR 0.65 per share for the quarter and for the rolling 12-month period, EUR 2.11 per share.

Operator, we'll move on to the next slide. Thank you. Before I hand back to Martin, a quick look at cash flow and financial position. Starting to the left in the slide, the chart shows a development of capital expenditure. The gray part of the bars represent investment in tangible assets. This is mainly our studio construction. It's just over EUR 5.5 million in the quarter. Martin commented earlier on our plans for new studios and also continued investment in current studios. We are about to launch in Michigan, but we'll also continue to expand there in the coming quarters. Other ongoing projects include 2 delivery hubs for the whole network in Europe and also a new studio in Canada.

In addition, we're expanding in almost all current locations at the moment. The blue part of the bar is investment in intangible assets, and it's related to development of new games and features to the platform. It's EUR 7.1 million in the quarter, up a bit compared to the same quarter of 2020, but now also includes development of NetEnt and RedTiger games, of course. Year-to-date, total CapEx is EUR

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

26 million, with a slightly lower run rate than our estimated CapEx for the full year of approximately EUR 60 million. So we expect a slightly higher CapEx for the second half of 2021.

In the middle of the slide, we show operating cash flow. Cash flow was good in the quarter, over EUR 100 million. The cash conversion percentage on a rolling 12-month basis is down from Q1, but still on a good level at just over 70%. To the far right in the slide, a quick look at the balance sheet. We do add Big Time Gaming at the end of the period. So -- and also paid dividend, EUR 145 million during the quarter as well as the payment for -- the cash part of the payment for BTG. So the remaining cash balance at the end of the quarter is EUR 200 million at the end of the period.

I'll stop there, and hand back to Martin for some closing words, and we'll take questions after that. Martin, over to you.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Thank you, Jacob. Fantastic. A few words to conclude this report presentation. Gonzo's Treasure Hunt and Starburst XXXtreme are the first examples of what can be created putting great minds in the same room. Simply put, fantastic innovative games. And you know that innovation and products are the core of what we do. We're always about focus on the best game experience, and we have a relentless approach to always improve as a company.

Looking ahead, I have high expectation on the games already released this year, and I feel very excited about the lineup for the rest of 2021. I get even more excited when I look at the road map for 2022, and that is very positive. To go live in Michigan tomorrow is yet another important step for our continued North American expansion. However, the demand for our products is global, and we need to invest in studio capacity in all our locations as well as build new ones. In addition to our investments for the future in the form of new studios, we constantly need to stay ahead and further strengthen our market leadership. And as always, we will do our utmost to continue to increase the gap to competitors and improve our offering to operate this a little bit every single working day.

Thank you all for listening. Enjoy the rest of the summer, and we'll speak in a couple of months again. Now it's time for questions. So let's move to questions in the next slide.

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) Our first question comes from the line of Ed Young from Morgan Stanley.

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

I've got 3, if that's okay. The first one is on margins. Obviously, you've given very clear guidance around it, so I won't press the point there. But if I look at the cost development during the quarter, it looks like personnel costs were very well contained yet again, so up 6% quarter-on-quarter versus 9% quarter-on-quarter revenue growth for the group. So if I think about the moving parts for why margin should stay flattish, obviously, the biggest growth area was other operating expenses, which I appreciate is a bit more of a lumpy cost line. What is it in that that's higher? Is it build costs? Is it game production? Is it other areas there? And is that going to continue to sort of be a little bit outsized compared to normal in order to keep margins at sort of a flattish level in H2 versus H1? That's my first question.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

The most important thing is, of course, for us to capture the market shares, and there will be an expansion phase coming in to the second half of the year where we build and construction costs and we will recruit people before going live and expansion will cost a little bit of money. So I would say that is the reason for the margin guidance that we did now.

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

Okay. The second to -- are on growth. So I think the product pipeline is a little bit more H2 skewed than normally, and NetEnt was pushed out a bit with the product road map refresh, I guess. And it feels like the other products are slightly sort of later. So how should

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

we think about the impact of product releases on growth compared to where you were in H1? And obviously, it was a very strong growth in H1. But is there going to be a visible impact from that? Or is it just maintaining the strength of the overall offer? How should we think about the more H2 skewed product road map?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We made a major acquisition, as you know. It's only 6, 7 months ago. And we act as one company already now. And we reshaped the road map. We did a lot, and we put products together between slots and Live, and we're very happy with that. And that means that we've pushed a little bit of the road map, but it also means that it takes effort to do those things. Among other things, we also completely redone the tech stack and the back end, which is phenomenal for NetEnt and what we now integrated into Evolution. So I would say that we look forward very much to H2, and we see that we have a little bit skewed, a little bit more coming out in the H2. But as I stated, I even more look forward to 2022.

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

Understood. And then finally on capacity. I mean, obviously, a lot of additions going in with another European studio this year plus Canada, plus you flagged Flutter. I wonder if you could just talk a little bit about how much line of sight do you have to demand that your -- for the demand for the capacity you're putting in there, so in terms of 3 setting tables? Or is it you can just see in terms of the system that you're underserving the demand you're seeing? Is it anticipating where things will go? There was obviously a balance between those so if you could just give a bit of color on sort of what lies behind the rate of capacity addition that you're committing to?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We don't comment on the orders or how we are in that. But we see good demand, and we see that we need to build a lot of studios during both 2021 H2 and 2022 to actually cover the demand that we see.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

I can add to that also that, of course, with coming off a year -- last year where we really were not able to expand. So where still many new players, all operators have increased traffic. So there's almost a bit of pent-up demand from last year that we're sort of step-by-step working through. So I think that also supports the increase in tables.

**Operator**

The next question comes from the line of Oscar Erixon from Carnegie.

**Oscar Erixon** *Carnegie Investment Bank AB, Research Division - Financial Analyst*

A continued impressive performance for Live. Could you talk a little bit about what drove the strong sequential performance and market share gains in North America, especially, in terms of U.S. versus Canada, Live versus Slots?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Can you please specify what do you want to elaborate? I'm not sure I got it.

**Oscar Erixon** *Carnegie Investment Bank AB, Research Division - Financial Analyst*

On the North American performance, which was very strong sequentially, if you could elaborate on the mix between U.S. versus Canada and also Live versus Slot, please?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I think that right now, the driving force in North America is, of course, United States. But Canada is also doing well, but it's still a smaller part of the market. So I would say that U.S. is the strongest development and contributing the most. I would say that both Live as well as RNG develops well. As we stated, we have not been able to deliver as much as we should with Live. So there is quite a potential as we come out of the pandemic or hope to come out of the pandemic. I feel quite uncertain of that right now, but if that gives you a little bit more flavor.

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

JULY 21, 2021 / 7:00AM GMT, Half Year 2021 Evolution AB (publ) Earnings Call

**Oscar Erixon** *Carnegie Investment Bank AB, Research Division - Financial Analyst*

Yes. That's very helpful. And two more questions, if I May. First of all, how is the launch of the Red Envelope bonus or Multiplier been received in Asia? I know it was described by your CTO as a wonderful launch. And also there what H2 launch do you think has the largest potential in terms of growth additions?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Again, the Red Envelope, it's fantastic. We're very happy with it. I don't want to comment any figures, but we're happy with it. It's a good launch. It's actually reshaping the Baccarat world right now. When it comes to put one product against the other, I mean we've already stated that Starburst XXXtreme is actually the strongest release ever in NetEnt, which is fantastic. So that is, of course, a runner up for that. But it's hard to say which of the products that actually the player will find the most interesting.

**Oscar Erixon** *Carnegie Investment Bank AB, Research Division - Financial Analyst*

Excellent. And then a final question from me. European market is a little bit here sequentially in Q2, as also not among all operators this quarter. Apart from the U.K., are there any markets that stand out negatively/positively? And do you see this as an opening up effect? And if you could comment on sort of the outlook for the second half of the year in Europe as well?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

That's also a bit -- it's sort of a soft question in itself. But we -- the opening up effect, it's very hard to put any figure on. We stick to the comment that we did already in Q -- for the Q1 report 2020. That when it comes to Live, it's hampering our delivery capability with COVID and on the other hand, the activity increases. And putting this together, it's neutral or maybe a notch positive. So coming out of the -- whenever we do and how well we do it, coming out of the COVID for Live, it would be increasing the delivery capabilities and then maybe taking down the activity a little bit and then neutral or a notch negative. That's sort of the comment on that. RNG, when it comes to NetEnt, you can see it last year that there is a clear up, bump up in Q2, and then it falls back a little bit in Q3, Q4, and that might be the COVID effect. I would see it more smooth out. I don't know which is what, if it's seasonality or not. So that's where we are with that. I think that I will leave it with that.

**Operator**

And the next question comes from the line of Rikard Engberg from Erik Pensar Bank.

**Rikard Engberg** *Erik Penser Bank AB, Research Division - Research Analyst*

I have 2 questions regarding the bet spots. First of all, if you just can describe the -- well, the growth rate and the declining growth Q-on-Q. And second of all, I looked at the revenue for bet, so to say, and I've noticed a sequential growth quarter-on-quarter for the last 4 quarters. This is due to the mix or products or geography?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Yes, it's -- like we've said this a few times before. I mean the bet spot numbers is, it's more like the rough indicator of the general activity in the network. So from 1 quarter to the next, it's not always so. We have had quarters when bet spots increased a little bit more than revenue, and this quarter, it's a little bit the opposite. So I don't really have a sort of a -- it's hard to break it down. Obviously, remember bet spots are only for the Live business. So it doesn't reflect the RNG activity.

**Rikard Engberg** *Erik Penser Bank AB, Research Division - Research Analyst*

Okay. And the revenue for bet spots, so to say. Yes. Okay. That will answer my question.

**Operator**

And the next question comes from Martin Arnell from DNB Markets.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

So Martin, you mentioned the pent-up demand from last year given the studio restrictions. Have you delivered most of that demand ahead of the football Euros? Or is it a good chunk left?

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

A simple question -- a simple answer is no, we haven't.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. And then on the -- I mean it's still very special times here with the pandemic, et cetera. So I think it would be very helpful if you could comment, if you see any change to the top line trends in the first 20 days of Q3?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

If I stay on the COVID, I mean I can't see any super clear effects on COVID opening or closing or doing. It's still here. It's hampering our capability to grow. There are restrictions, there are masks, there are temperature controls, there is social distancing. That's actually the effects that I see of COVID. And then if U.K. is opening more or less or Germany or this or that, I don't know. I don't see any clear effects of that.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. So there is no change in the top line trend so far in Q3?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I don't see any clear effects of COVID when it comes to that.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

So we haven't -- we don't comment on the -- it's just the first few days of the quarter. So -- but the...

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We're happy with the sort of the quarter.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Yes.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

It's fantastic. We see the Starburst XXXtreme. I look forward to the second half of the year. It's an exciting time with coming into the quarter in a good way and there's a lot of positive things. But explicitly to connect that to COVID or not connect it to COVID, I don't see any clear effects of COVID. It's almost possible for even government to see the effects of it.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. And on the trading in the quarter, in Q2, was the growth evenly spread out? Or did it increase in the end of the quarter in relation to the football Euros? Or was it stable throughout the quarter?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Yes. I mean we're talking about the quarterly results. So it's not -- we don't go into the separate months. I guess, we could elaborate a little bit on the Euros, which I would say this year was not that -- if we look back at previous championships, we've had -- in 2016, it was -- it's always a driver of table sales. But I would say then you could say the volumes during the championship weren't really that much affected. It's mainly a sports betting event. And maybe in 2018, when we had the World Cup, we actually did see a -- not every day, but more of a pickup during the tournament as a whole. And I would say, this time, it wasn't that significant. So it's a great quarter with strong growth overall and at some level, the Euros contributed to that. But it's not that the euros themselves were that kind of clear spike this year.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. And then maybe you touched upon this, but I have to ask you. The margin guidance, 68%. That includes the BTG consolidation, right? I mean and BTG has an even higher margin than the existing group. So how should we think about that equation?

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

It includes the BTG. But in relative terms, BTG is a much smaller contribution to the margin.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Sure. Okay. But you're ramping up the staff and delivery and studios, so that increases the cost a bit here and you want some headroom. Is that the way we should interpret it?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Yes. I would say, we are ramping up as much as fast everywhere that we can.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. Great. Final question. U.S. expansion. After Michigan, is it fair to assume Connecticut and West Virginia? And finally also, when do you expect a studio in LATAM?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Connecticut is a fair assumption, yes. As far as we know, we are already on to it. And I don't see any runner up that could pass Connecticut right now, but it could happen. It's a political process as always. But Connecticut is a fair assumption. We're already present in Latin America. So there is already studios there. But we could expect to start some studio there. But I would assume anything like that would be late H2 or maybe even 2022.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

2022.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Yes. Start. Not live, start.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

You're -- yes, you have operators there, but you don't have a studio there today, right, in LATAM?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We have a joint studio with a -- so we have a studio there, yes.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Our Ezugi brand has a studio there.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Ezugi.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. Yes, yes. Sure. Okay. And just Jacob, final, the negative change from working capital, was that normal swing? Or is it anything special in there?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

No, nothing special. I'll say normal swings. I mean we've seen in the past that sometimes it's a little bit lumpy development in the working capital. So I would say nothing out of the ordinary.

**Operator**

And the next question comes from the line of Erik Moberg from ABG.

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**JULY 21, 2021 / 7:00AM GMT, Half Year 2021 Evolution AB (publ) Earnings Call**

**Erik Moberg** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*

Most of them have already been answered. But just a follow-up here on the cash flow. Operating cash flow up 33% year-over-year. EBITDA up 110%. Could you perhaps elaborate a bit more on the drivers behind this? And if there was any specific region that was a cause of this?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

No, it's a little bit like we just commented on. I would say it's -- there's nothing really that stands out. We've -- I think in looking over the year, we've -- yes, we've seen these variations in the past. So nothing really to add there.

**Erik Moberg** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*

So for Q3, should we expect this to come back to normalized levels?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Yes. I mean I think so. I mean it's not -- we don't make kind of a quarter-to-quarter assumption, but yes, this is slightly high. If you look at the accounts receivable versus revenue, I think we were slightly higher this quarter than what we've been on average for the past, let's say, 18 months or so. So sure, reversals in this is natural.

**Operator**

And we have one more question from Marlon Varnik from Pareto Securities.

**Marlon Varnik** *Pareto Securities AS, Research Division - Research Analyst*

Just 2 questions from my side. First, on the hybrid games, on the Live dealer RNG games. How will you book this going forward? How would be the split between in your reporting figures going forward?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

It depends a little bit, in the games that are -- that utilize sort of RNG IP will split a little bit in between. Gonzo's of course is sort of -- is a little bit -- it goes in both categories. But it's sort in -- on account of a game-by-game basis, so.

**Marlon Varnik** *Pareto Securities AS, Research Division - Research Analyst*

Okay. And then another question also on the 2 European delivery hubs or studios you're looking to deliver in 2001. What they're looking for when picking those locations? Would it make sense, for example, to be more closer to Asian speakers to deliver to the Asian market? Or what's the strategy behind the locations here in Europe?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Good question. The -- one of them is an expansion hub for English and one is an expansion hub for international languages. So we're looking to place one where we can recruit international workforce, and one where we can recruit English-speaking workforce.

**Operator**

And as there are no further questions, I'll hand it back to the speakers.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Okay. Thank you, everyone, for listening, and thank you for your questions. It's been a fantastic quarter. We look forward to the second half of 2021 with all activity and everything we need to do. There's a huge -- it's a pile of things that we need to get during the second half. So thank you very much for listening in. See you in the quarter.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Bye-bye.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Bye-bye.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

JULY 21, 2021 / 7:00AM GMT, Half Year 2021 Evolution AB (publ) Earnings Call

**Operator**

This concludes our conference call. Thank you all for attending. You may now disconnect your lines.

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS REFINITIV'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2021 Refinitiv. All Rights Reserved.

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

# EXHIBIT 29

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT

## Q3 2021 Evolution AB (publ) Earnings Call

### EVENT DATE/TIME: OCTOBER 28, 2021 / 7:00AM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



1

OCTOBER 28, 2021 / 7:00AM GMT, Q3 2021 Evolution AB (publ) Earnings Call

## CORPORATE PARTICIPANTS

**Jacob Kaplan** *Evolution AB (publ) - CFO*
**Martin Carlesund** *Evolution AB (publ) - Group CEO*

## CONFERENCE CALL PARTICIPANTS

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*
**Kiranjot Kaur Grewal** *BofA Securities, Research Division - Associate and Analyst*
**Marlon Varnik** *Pareto Securities AS, Research Division - Research Analyst*
**Martin Arnell** *DNB Markets, Research Division - Analyst*
**Oscar Erixon** *Carnegie Investment Bank AB, Research Division - Financial Analyst*
**Simon John Davies** *Deutsche Bank AG, Research Division - Head of UK Midcap & Online Gaming Research*

## PRESENTATION

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Good morning. Welcome, everyone, to the presentation of Evolution's Interim Report for the Third Quarter of 2021. My name is Martin Carlesund, and I'm the CEO of Evolution. With me, I also have our CFO, Jacob Kaplan.

As usual, I will start with some comments on our performance this quarter. I will then hand over to Jacob for a closer look of our financials. And after that, I'll round off our presentation with an outlook for the rest of the year, and then we're happy to take questions. Operator, next slide, please.

I'm very satisfied to report consistently strong results for the third quarter. Our investment in new games and studios are having an increasingly strong impact, which is reflected in both the high growth as well as the stronger margins. It has been another hectic quarter where much of our folks have been about investing and building capacity for the future. We see a continuously increasing demand for our products, which means that we must expand in existing studios and build new ones to keep up with that demand. The growth is a natural part of our business, and you will never see us slow down, even if the pandemic still continues to somewhat impact the pace of our expansion plans.

We have launched and are rolling out our One Stop Shop, enabling a truly global reach of Evolution's casino product. This is a true masterpiece created in a short time inside Evolution engineering teams. With OSS, all our operators will reach all our content through one seamless back-end and integration. This will enable a much faster rollout of new products, faster regulatory adjustments and a global reach for all products, at the same time, also making it easier for operators to access and handle all products.

In the third quarter, we launched our studio in Michigan, Evolution's 11th Live Casino studio worldwide, and we are now in a rapid expansion phase with both new products as well as volume. After the end of the period, we launched RNG games in Connecticut with live games to follow soon. We are now building our fourth U.S. studio in Connecticut and look forward to an as-soon-as-possible launch.

Since yesterday, we are also live in newly regulated Canadian Ontario market -- live in the Canadian Ontario market after a successful launch together with the Ontario Lottery and Gaming Corporation, OLG. The Ontario market is exciting. And with a population of close to 50 million people, surpasses the size of any U.S. state where iGaming is regulated. Currently, this market is only open for OLG as the state lottery. But in December, the commercial market is planned to open, and we're already working with operators who plan to obtain a commercial license.

The North American market is developing rapidly, and I'm proud and excited to further expand our North American footprint. That being said, we are confident that there will be more North American states that will follow. We are prepared to move quickly.

I would also like to comment the newly regulated Dutch market has opened on the 1st of October. We went live with the Nederlandse Loterij as well as several other operators that got one of the first 10 licenses. However, some of Evolution's largest customers in the Dutch market did not get one of the initial licenses and have to wait until 2022 to get one. We, of course, very much look forward to add also those as soon as possible. The opening of the market was stronger than expected, and we see a very limited negative effect of less than

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

1% during Q4. And in the long term, we see the Netherlands as a growth catalyst in Europe.

As I stated before, demand of our products is truly global, and we're expanding our studio capacity everywhere. Right now, we're building new studios in Spain and Armenia, as well as expanding essentially in all existing locations. This quarter was the first one with Big Time Gaming consolidator. Our long-term ambition is to become a world-leading provider of online casino, as you know, and we have a high expectation that BTG will be an important piece to achieve that ambition.

Now let's move to the coming slide and see the effect on the numbers and the products of all our efforts. Operator, next slide, please. In the third quarter, we continued the momentum from the first half of the year with a strong development. Revenues increased 97% to EUR 276 million. EBITDA increased by 130% to almost EUR 193 million, corresponding to a record margin of 69.9%, exceeding our guidance for the year. Live Casino delivered growth of 53% compared to Q3 last year, albeit the -- lower growth than previous 2 quarter, it still exceeds all the quarters during 2020.

RNG revenue, now including BTG in the quarter, amounted to EUR 61.5 million with a growth of 7.8%, 7.8% compared to the combined revenue of NetEnt/BTG during Q3 2020, at that time, not part of Evolution. If I isolate our NetEnt and RedTiger brands, growth is about 3% or not higher. Compared to Q3 2020, it is in line with our base expectations. However, we do have a higher expectation for the growth going forward for these 2 brands.

We're in the process of reshaping our RNG road map, which have led to fewer new releases this year, which, in turn, has had an effect on the growth. In addition to that, we have rebuilt the technical platform of NetEnt, which I already mentioned, which will have a positive effect going forward. Albeit fewer new NetEnt and RedTiger games for this year, the ones that we have launched, which is much more important, have been embraced well by the players and a strong contribution to the result. The lineup of company slots in 2022 is strong, and I look forward to see the performance within this vertical as we move forward. All in all, fantastic numbers, and I'm very pleased with our financial performance in the third quarter, and we are off to a strong start of Q4 and definitely well placed to deliver a strong finish of the year. And as always, we will endlessly strengthen our market share and continue to (inaudible) competitors. Next slide, please.

Perhaps, I suppose this should be seen as an indicator for the activity in the live network, the Evolution live games. The number of bet spots from the end user amounted to 18.1 billion, an increase from last quarter with 3.3% and compared to the same period last year, a growth by 40%. Increase in our volume, but you can see in the increase of bet spots every quarter is a result of that we have been able to attract new players and at the same time, being able to keep the players we already have.

While it's important for us to keep the players that we already have, we are almost obsessed with the players that we don't have. That is why we have to continue to innovate, always refine the playing experience and be the leader that develop new groundbreaking products for the future. Every year, we have to develop total new games that can attract completely new groups of players.

Next slide, please. Expanding our studio capacity means that we need to -- need a very high recruiting pace. In the quarter, we recruit -- we hired almost 1,000 new employees. The increase in staff year-on-year amounted to almost 5,000 people, corresponding to an increase of 66%.

At the end of the curve, we were almost over 12,000 Evolutioneers and we have to continue to increase headcount to support our rapid expansion. Recruitment is one of our key processes, especially in new markets where our company and products are not always well known. Because of that, we have to show that we are one of the best companies to work for and that we take care of our employees, and that everybody that starts into Evolution studio or office or engineering hub feel that they are seeing that they are appreciated. Evolution is about working as a team, and the success of the company depends on everybody's contribution. Everybody should feel that they are an important cog in the Evolution machinery regardless of where they are placed or what they do.

Since the pandemic is still not over yet, I would once again stress that our main priorities are to minimize the risk of spreading the virus and to create a safe workplace for our employees as well as to maintain the operations of our -- for our operators. We follow all the requirements of the authorities in countries where we operate. But in many cases, we are taking more far-reaching own actions. The well-being of our employees, of course, the well-being of Evolution. I'm very proud of all our employees that make this -- up this fantastic

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

company, and it's important to me that the people in the companies that we recently acquired feel that they are welcome and that they are appreciated.

Next slide, please. Our RNG vertical amounted to 22.3% of the total revenue in the third quarter. It is at single level to previous quarters. And as mentioned earlier, our growth is higher in Live Casino, but in Q3, we also added BTG for the first time. Big Time Gaming further strengthens our already world-class slots offering and IP. We've lost fewer shops this year, which I mentioned, compared to what happened historically. But the ones that we have launched have been successful and well-received by players.

An example of that is Starburst XXXtreme, the new slot title based on the iconic Starburst slot game. With the addition of brands such as NetEnt, Red Tiger and Big Time Gaming, Evolution has become a powerhouse that now offers incredible array of best-in-class solutions for operators and their player across live casino, RNG table games and slots, not to mention a new generation of live online game shows.

Very few doubt that we are the most innovative developers of live casino, but we still have to prove ourselves in RNG. That's why we are -- it's so rewarding that we, at the EGR B2B Awards, won the innovation in RNG Casino Software Award for our first person range of RNG-based table games. NetEnt and RedTiger were also joint winners of the Innovation in Slot Provision Award for the collaborative development of Gonzo's Quest Megaways, among other games.

Next slide, please. Innovation and the best games will always drive Evolution. We'll continue to innovate, substantially enhance and refine the player experience and user focus as always. In the quarter, we have continued to expand our range of immersion and engagement game shows with the launch of Cash or Crash, an exciting ball-drawing game. The game allows the player to make choices during the game with an enhanced player control of the outcome. Cash or Crash [will give] an even broader spectrum of players. Games that give more decision-making for players is something you will see more during 2022.

Another launch, I think, in the quarter was the Fan Tan, a classic Asian favorite that has traveled the world and is now set to join the Evolution Live Casino lineup. In the quarter, we have also announced that we had acquired DigiWheel, developers of the world's first HD spinning gaming wheel. The deal will further strengthen our online gaming portfolio with DigiWheel's unique and innovative digital technology being blended into our online live casino games and game shows during 2022.

In the fourth quarter, we will launch Golden Wealth Baccarat. It's very similar to Lightning Baccarat but the luckier version, offering more frequent wins. Another launch I look forward to is Lightning Blackjack, an electrifying blackjack with enhanced payout, which is launching in November. The game is a unique blend of scalable blackjack and have lightning multipliers.

In addition to new game launches, an important aspect of our product development is to constantly enhance user interfaces. In the quarter, we have implemented a new zooming feature to our blackjack that enables the player to clearly see the real cards built with an increased -- which increases the playing experience. The technical innovations coming rapidly, continuous improvements in existing games is essential in securing long-term quality and keeping the games up to date.

Now we are currently in full preparation for the road map of 2022. Development is going on at full speed, and I can assure you it looks very good. I'm very excited. 2022 will be a year of innovation and product development. Come to ICE 2022 and have a look. Operator, please, next slide.

This slide shows a breakdown of our revenue by geographic region. We see a very good growth year-on-year in all our geographical markets, and it's evident that demand is truly global. The Nordics makes up about 7% of total revenue. It's very rewarding to see the growth of 18% from the second quarter. The growth year-on-year can, to a large extent, be attributed to NetEnt, which has a strong position in the Nordics. U.K. is about the same size of Nordics. NetEnt and RedTiger games have contributed significantly to the increase compared to the same quarter 2020. The rest of Europe is about 37% of the total. So together with U.K. and Nordics, about 51% of revenues come from Europe.

Compared to previous year, all the regions in Europe showed good growth, but compared to the second quarter, both U.K. and Rest of Europe are slightly lower, while Nordics show an increase. I received many questions on the effects of -- for us of societies opening after

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

COVID, and it's difficult to say anything decisive on this topic. In Europe, where many countries have started to open during the quarter, the picture is mixed. And as you can see with U.K. and the Nordics, both societies have reopened, moving in different directions compared to Q2.

As you have seen during the past year, Asia and North America growing very fast, with the year-on-year growth amounted to 120% and 246%, respectively. We see good potential in both these markets and expect a continued high growth rate going forward, particularly as we still are a small actor in Asia and with more and more states regulating our products in U.S.

Other, including South America and Africa and remaining part of the world, shows good growth of almost 7% year-on-year. Revenues from regulated markets, as you see, constitutes about 38% of revenues.

And now I will pass over to Jacob, who will speak more about the financial details. Operator, next slide, please.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Thank you, Martin, and good morning to all of you listening. We'll now move on to couple of slides for the closer look at financial development during the period. I'm on Slide #9.

So as you heard earlier, revenue amounted to EUR 276 million in the third quarter. That is made up of EUR 214.5 million related to our Live Casino product and EUR 61.5 million from our RNG games. Live Casino continues to develop really well. Growth in this quarter compared to the third quarter of 2020 is 53%.

This actually exceeds the pre-pandemic growth rates from 2019. It's great to see that many of the new players from the past year are staying on the network. Our RNG business consists mainly of 2 acquired businesses, NetEnt, which was consolidated from December 2020 and Big Time Gaming, which is consolidated for the first time in this quarter.

This quarter, our RNG revenue is EUR 61.5 million. It's a 7.9% increase if I compare it to the pro forma numbers on NetEnt and BTG in Q3 2020. They were then not part of the Evolution Group.

Big Time Gaming at just over EUR 10 million, EUR 10.6 million, to revenue in this quarter. And isolated, it has a growth rate of over 35% compared to its corresponding quarter in 2020. The growth comes both from the continued success of Megaways -- of the Megaways Game Mechanic as well as increased volume of play on the BTG games.

Consequently, the remainder and the larger part of our RNG business relates to our NetEnt and RedTiger brands. As Martin mentioned earlier, pro forma growth for those brands compared to the same period, 20%, it is just over 3%. And also, as we've talked about earlier today and also in previous quarters, it is worth taking out that we have made a large restructuring of our RNG business during the year, both on the product side where the road map has been reworked and also on the technical side, where the infrastructure has been rebuilt.

And the side effect of this restructuring is that there are fewer NetEnt games released this year, and the games that have released overall have been very strong, but it adds up to 3% growth. So while in line with our expectations and plans, we do have an ambition to increase growth in RNG during next year.

EBITDA for the quarter amounts to EUR 192.9 million and an EBITDA margin of 69.9% in the quarter. Again, this is a quarter with very strong margin. I have to admit, it exceeds my own expectation from just 3 months ago and the guidance we gave in connection with the second quarter report. As most of you know by now, we prioritize top line growth. And while we do give guidance on margin, we don't steer to specifically achieve it.

We are in a period of heavy expansion, and we'll continue to invest and add tables in the fourth quarter as fast as we can. This can have an effect on margin in the short term. But overall, margin looks good. I'll refrain from guessing on the margin at this time. And I'll leave it at that, concluding that we are at 68.7% margin year-to-date, and we will exceed our guidance of 68% for the year. All right. Let's move

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

on to the next slide, please.

This has the P&L in a bit more detail. Going through from the top, we have live revenue again, EUR 214 million comparable to EUR 140 million reported in the third quarter of 2020. So organic growth of 3%. And the RNG revenue is EUR 61.5 million. And like I explained on the previous slide, this was not part of the group in Q3. So on this slide, you see no pro forma figures for 2020.

Total revenue, EUR 276 million, increase of about 97% compared to reported revenue of third quarter 2020. And looking at the year-to-date figures, revenue amounts to EUR 768 million. It's an increase of 100%, where of EUR 166 million then is through acquisitions. So you can say, organic growth is 57% for the first 9 months of this year.

Moving down to expenses. Personnel expenses amounted to EUR 51.5 million, an increase of EUR 20 million compared to the same period last year. It includes increase in staff in, I would say, all our teams, commercial operations, engineering, business support compared to last year.

Depreciation amounts to almost EUR 21 million, including EUR 11.5 million in amortization of intangibles related to the acquisitions of NetEnt and now also the Big Time Gaming, which adds about EUR 1.5 million in the quarter. Other operating expenses include items such as consumable equipment, communication costs, consultants, royalty fees, and this line amounts to EUR 31.5 million in the quarter.

Summing up, total operating expenses totaled EUR 104 million, an increase of 84% compared to the reported figures of the same period last year. And that brings us to operating profit of EUR 171 million, almost EUR 172 million. Tax is at almost EUR 12 million in the quarter, for a tax rate of 7%. It's about 1% higher than previously this year. Then all of this brings us to a profit for the 3-month period of EUR 157 million, equaling earnings per share of EUR 0.71 per share for the quarter, a 66% increase compared to the same quarter last year. For the rolling 12-month period, it EPS is EUR 2.39 per share.

Let's go to the next slide. Before I hand back to Martin, look at cash flow and financial position. So we'll start to the left in the slide, development of capital expenditure. The gray part of the bars represent investment intangible assets, mainly this relates to our studio constructions. It's up a bit in the quarter, just over EUR 3 million -- sorry, just over EUR 7 million, EUR 7.3 million in the quarter. Martin commented earlier on our plans for new studios and also the continued investment in current studios. Ongoing projects include Spain and Armenia, as mentioned earlier, as well as the fourth U.S. studio in Connecticut. And in addition, I would say we're expanding in almost all current locations. So a very hectic period that's behind us, but also in front of us.

The blue part of the bar is investment in intangible assets and is related to the development of new games and features to the platform. It's EUR 5.3 million in the quarter, up a bit compared to the same quarter 2020, but now, of course, also includes the development of NetEnt, RedTiger and BTG games.

Year-to-date, capital expenditure totaled EUR 39 million, so our run rate is a lot lower than our estimated CapEx for the full year of approximately EUR 60 million. We are in the busy period as mentioned, but I think we might not reach all the way to EUR 60 million this year. But there will be continued high investment pace also in the fourth quarter.

Moving on to the middle of the slide, we show operating cash flow. Cash flow, very strong in the quarter, over EUR 180 million. Increase from the second quarter is due to both operating profit increasing, some improvement in working capital and also a tax refund on -- or tax receivable from Malta.

So cash conversion percentage, relatively stable, just under 80% for the 12-month rolling number. And then, finally, to the far right on the slide, a quick look at the balance sheet. We have added Big Time Gaming in this quarter, which affects goodwill, with about EUR 400 million. In this table, goodwill is included in the noncurrent assets. And also, there's an increase in noncurrent liabilities also related to the BTG acquisition, as there is an earn-out component to that deal.

Those are my prepared comments, I'll stop here. I'll hand back to you, Martin, for some closing words, and we'll take questions after that.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

OCTOBER 28, 2021 / 7:00AM GMT, Q3 2021 Evolution AB (publ) Earnings Call

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Thank you very much, Jacob. A few words to conclude this report presentation. I already mentioned ICE 2022, and we are in full focus and full speed to prepare right now. At ICE, we will release a record number of new innovative products, and we will also release a record number of new games 2022 in total.

It will be a year of product and innovation with the potential of global releases through OSS. This would be all possible because of the fantastic persons in Evolution and the teamwork between all of you. This is one we display why we can pride ourselves on delivering an exceptional and flawless player experience. It is where we show what makes us unique and how we own up to our name evolution. ICE 2022 will also mark the first time where all 6 products brands of our group will come together under one roof to meet the industry. Very exciting.

In October, we launched in Michigan. We were first to the market in Connecticut. And yesterday, we went live in Ontario with the Ontario Lottery. It's a hectic time, to say the least, as I started this presentation with. But remember, demand of our products is global phenomenon, and we need to invest in products and studio capacity in order to reach all corners of the world, and we have to stay on our toes and never be laid-back and content in order to keep increasing the distance to our competitors. Ever so called paranoid, trying to run faster every single day, do something better today than yesterday, constant focus on end user satisfaction.

Thank you all for listening, and we'll speak again in a couple of months. Now let's move to questions, please.

**QUESTIONS AND ANSWERS**

**Operator**

(Operator Instructions) We have a first question from Ed Young from Morgan Stanley.

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

I've got 3, if that's okay. My first one is on RNG, sort of the smaller of your businesses. Can you talk perhaps a little bit about the strategy there? It seems like there's been -- if I could characterize it, I don't think it's fair to say to sort of pivot towards quality from quantity that's sort of been at the heart of what your road map said. But it also feels like you've made choices between the pace of rollout and also investing in things like the OSS platform and trying to change in that road map.

If we went back to the time that deal completed, is there anything you would look to do differently? I mean, obviously, as Jacob reminded us, you always prioritize growth over margin. So do you think that business should have had more investment to keep the pace of releases going? Or are you still convinced at the right track? And how should we think about the evolution, no pun intended, the sort of trajectory of RNG growth Q4 and into next year as the OSS benefit comes through? That's my first question.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

There's no limitations to the investments so that we could go back and invest more and get it faster. To get the OSS to rebuild the complete platform and get everything in one core that's like done in a phenomenal place, it's not related. It's hard core brain power to get that out, and it's not related to investment money. So that's just fantastic.

The focus of end user satisfaction is always there. It has to be there for slots. It has to be there for life. We need to make the best games on the market. That's why we revamped then changed and modernized the slots for also 2021. And to do that is, of course, hard work. But it's also about not money only, it's about actually finding out what to do. And I'm very happy with the position we are with the [10] slots released.

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

Okay. The second is on geographical growth. As you said, there's no clear picture, Nordics and U.K., representing different parts on some of the same news. But in general terms, Europe, it grew, I think, 1% quarter-on-quarter. But we're still sort of down quarter-on-quarter in both the U.K. and rest of Europe. And equally, North America, very good growth, obviously, year-on-year, still very good growth quarter-on-quarter. But I wondered if you could perhaps give a bit more color on those 2 geographies, in particular in North America,

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV ⟁ 7

how we should think about the ramp up in Michigan, you say it's been very successful, but it still feels like it's very early days there. So how should we think about where you are now versus where you might be over the coming quarters? And equally, I guess, how quickly the phasing might be in both Canada and Connecticut when they're up and running?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

There's a lot of small questions inside that. I mean I can pick a few things just that. I mean Ontario market, it will -- if you just look at that, it would commercialize somewhere in December. Maybe it will become later. It depends on how fast the operators and regulators are. But I mean that 50 million persons, and as I stated, it's larger than any other state for casino-regulated in the U.S. So it's a good market. It's phenomenal. It's really great. So that, of course, will fuel the growth. In a general perspective, I think that we're still behind when it comes to supplying to the market. We're still in a ramp-up phase, essentially.

And you hear that all over, we are expanding in all different places at full speed, no limitations to money. It's about actually getting people to do together what we need to get down. So with 12,000 people, it's really a massive work. So we see phenomenal potential in the future. When it comes to new states in U.S., no one actually knows. It's actually when it happens, but we know it will happen. It's just a matter of time.

Europe, we have different -- there's all different flavors of it. There's risk in regulated markets, as I often point out, due to regulators come to adjust, and we've seen that in U.K. a little bit pressure on the market. We now see that the Netherlands regulated finally. They announced it like 4, 5 years ago, and now it's actually happening. We go live with these 10 operators that got license or most of them, and we're really happy with that. And it takes off strong, and we see limited effect and look forward to less than 1%. And we really look forward to get the owned customers back as well during 2022, but also good.

Germany, of course, puts pressure on the market. They don't really regulate clearly or everyone is a little bit -- [Like I said], Europe, in a more regulated phase but still great potential. U.S., of course, depending on when the state comes full speed forward, sees a demand. Canada, really good. It comes on. Asia, we're still a small player. Phenomenal market, huge amounts of people. And Latin America and Africa, we talk about this. That's something for the future, but we are there. We're starting to focus on that.

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

And final question, I'll try and ask a cleaner single question than the last 2. Can you just talk a little bit about how the impact of game performance -- the new games, rather, impacts growth? So I think it's fair to say a lot of the growth through the summer, there have been some game releases, but it's been very -- it feels like late Q3 into Q4 weighted in terms of some of your big releases like Cash or Crash or Lightning Blackjack or some of the Asian games. Can you talk conceptually, what does that do? Does that bring new players to live? There's a great halo effect over the whole thing to help operators market Evolution games more within their website. Can you just talk a little bit about the kind of impact you expect that to have on Q4 and going forward in general terms?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

It's also a rather wide question, but we're very happy with the release of the games, both in slots and live. We look forward to a year of product and innovation even increasing this 2022. I think that the message that you should take with you is that the market and the end user doesn't stand still. They are moving. They are doing differently today than 5 years ago.

There are new products out there, TikTok and Snapchat, and everything is moving. And to take that market, we need to be on our toes and we need to get that level of engagement. And I think that that's some kind of learning to everyone. We all in this line of business needs to innovate, focus on entertainment and get that. And I think that we are, and I'm happy with the releases 2021, but even more so look forward to 2022.

**Operator**

We have a next question from Marlon Varnik from Pareto Securities.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

 8

**Marlon Varnik** *Pareto Securities AS, Research Division - Research Analyst*

A couple of questions, if I may. To start off, I think there's a comment on the Q4 start. You said it's a strong start. You did not comment on the start of Q4 in the last year's Q3 report when Live Casino grew 51% year-over-year. And putting aside that Q4 is a seasonally strong quarter, how should we interpret your Q4 strong start comments, especially strong at this time? And what is driving the growth? Any comments there would be helpful.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

It's hard to -- weighing the words exactly, but I'm very happy it's a strong start of Q4. I would like to leave it with that. I'm happy it's a strong start of Q4. And we look forward, and we're excited to come to the end of the year and going to the next year with full speed.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

You can add also on that, I mean, it's still relatively early in the quarter. I mean too early. It's been 4 weeks. But it's intentional that we haven't quantified it in a specific way. But yes, it's a good start to the quarter.

**Marlon Varnik** *Pareto Securities AS, Research Division - Research Analyst*

Okay.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Didn't help him much. Right?

**Marlon Varnik** *Pareto Securities AS, Research Division - Research Analyst*

No. But anything about what's driving the growth there?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Player activity. New players, player activity, traction of games.

**Marlon Varnik** *Pareto Securities AS, Research Division - Research Analyst*

Right. Okay. But for Q4, I mean, given it's a seasonally strong quarter, had a strong start. And historically, looking to the Q4 margin increases further sequentially. How should we see the EBITDA margin in Q4 in relation to Q3 and what the cost especially ramping up here in the short term?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Yes. It's a little bit like we commented in the presentation that, yes, for sure, the margin in this quarter is a bit stronger than what we saw a few months ago. So that's positive. And the margin year-to-date now is 68.7%. So we don't see that we will be over 68%, which was the guidance for the year and with some margin.

So it doesn't mean that necessarily needs to go up, up, up every quarter. I mean things that can affect the margin is, of course, when we have periods of rapid expansion. We will take on cost in order to support future growth. So the priority is to achieve top line growth. So we haven't -- again, we haven't said anything specific, exact for the fourth quarter other than that for the year, we see that we will exceed the 68%. So that's how we see it.

I mean we've said it so many times that our -- we don't -- we do give guidance on margins to kind of share our view on where we are at the moment, but it's not the number that we specifically steer on and try to hit. As you see in this quarter, sometimes -- yes, we can definitely move around. I would -- it can go a little bit up now.

Over time, yes, we do have scalability in the business. That hasn't changed. I mean we think that we should be able to improve margins when we increase top line. That is not -- that this is the absolute ceiling for margin. But from one quarter to the next, it's -- yes, it's hard to say.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

**Marlon Varnik** *Pareto Securities AS, Research Division - Research Analyst*

And the final question. It's the first time I see you have mentioned that the Madrid studio as an ongoing studio project. Can you comment a bit further here of what you're trying to get from the Madrid studio and why you chose Madrid location?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

The reason why we are adding another studio in Europe is, of course, demand. We focus on international demand, meaning different languages, and Madrid, perfect location. We scanned, I don't know, 15, 20 locations and chose Madrid for, of course, various reasons which is important to us.

**Marlon Varnik** *Pareto Securities AS, Research Division - Research Analyst*

And are you looking into opportunity to open...

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Just to clarify that, it's not a studio that will serve only the Spanish market. It was similar to Malta, serve the network with international languages.

**Marlon Varnik** *Pareto Securities AS, Research Division - Research Analyst*

And are you looking to studio -- opportunity to open a studio with more focused on Asian players? I mean dealers with more native Asian-speaking languages. And where could that be?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We're not -- that could happen, of course, yes.

**Operator**

Our next question is from Martin Arnell from DNB Markets.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

I just want to ask the first question on the expansion of studio network there as well. What's the size of these new ones, the Spanish and the Armenian studio? Is that medium-sized studio?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Yes, correct.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. And the ones -- you're expanding all of your existing ones as well. What are you adding there? Is it -- you're adding capacity. Is it mainly for dedicated tables? Or...

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Both. The network has to be contained. So like there should be -- we have both. It's not only dedicated.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. Excellent. And I remember...

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Just add a comment, I think we maybe mentioned before, but it could be good to repeat that. I mean, right now, with now 11 studios, you could say that the additional capacity can be expanding a current studio or adding a new site. It's, of course, when we add a new site, it's a little bit extra that comes with that. But in terms of the capacity, we try to always invest in that.

So it's not that with Madrid or with Armenia, the capacity in the network takes a step change. I mean we're, every month, adding capacity somewhere. So that's -- yes, that's just good to know.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**OCTOBER 28, 2021 / 7:00AM GMT, Q3 2021 Evolution AB (publ) Earnings Call**

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Yes. perfect. And then I remember this summer, you mentioned that you had pent-up demand in the dedicated table area. Is that still the case? Or have you now filled that pent-up demand from last year?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We still have demand, simple as that. Yes.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay...

**Jacob Kaplan** *Evolution AB (publ) - CFO*

So demand is still good. And then it's always a little bit difficult to sort out what's demand from last year and what's the demand right now. But the demand for tables is still there, actually.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Demand for tables and -- we are in a hurry. There is more demand. We are -- we have tons of demand to date. That's what it is.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

And what about restrictions in your studio networks? Can you say anything on that relating to pandemic?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I could probably talk about COVID for like 2 hours. I mean, right now, it's still a lot of rules, curfew, transportation, social distancing. There is lots of rules in different countries. And some countries have opened, but some is closing now. So there's still a lot to do with COVID, and we are not out of COVID yet.

It's not like this should be a big excuse for not doing for one or the other. It's just that right now, the society is more open than the [work class] in general. So it's like more restrictions for us as an employer and maybe a little bit less for the private life, restaurants and other. But there's still a lot of restrictions, yes.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

And just on that subject, what measures have you taken yourself in the Baltics, for example, where one of your most important studios are in Riga?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We constantly revise -- we're in negotiation with -- not negotiation, but we talk with the health ministries, and figure that we always align with them. And lately, the Latvian government has actually -- they're about to take the decision on the law where the employer cannot let a person that have not been vaccinated work.

So essentially, if they are not vaccinated, they are either hired or put on hold without salary to get the vaccination level increasing. So there's constantly change. And there's curfew going on now for the night. So this constant -- in each and every country, there's always new rules and regulations, and they are not in sync in the world, which people might think it's really different from country to country depending on the situation.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. Excellent. And you mentioned the one seamless back-end One Stop Shop here. And I was just curious to know, what do you think that will mean for your competitiveness going forward?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

It will strengthen.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. And can you elaborate a little bit more?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Sorry, I mean, I think it's important to look at it from one perspective of the operator. It will make it easier for every operator to integrate. It will make it sort of they can select whatever games they want with -- seamlessly from us. No pressure. They take whatever they want, and they have one integration, it works.

For us, it means that when we release a certified game, it will reach the whole world at the same time. And instead of going through different regulatory and different processes and different integrations and different -- it's one releases and it's out. So it's, as I said, it's a magnificent piece. I'm very proud of it. It's really good. I don't think it's been done, at least not in the speed as we have done it. And I look forward -- we're rolling it out right now. So I look forward to do that.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Great. And just one final for me. When you look at pipeline, game pipeline for next year, what's the main topic in there in the games pipeline? And will you announce the full package at ICE? Or will you sort of gradually announce your new games next year as you did this year?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

The common word would be innovation and end-user satisfaction. But the release on ICE will be, we will release more games than ever. And then, of course, there will be more games during 2022 than ever. So there will be more releases coming after. So product and innovation year, we're going to focus on that, and now we're full speed ahead with that.

**Operator**

We have the next question from Oscar Erixon from Carnegie.

**Oscar Erixon** *Carnegie Investment Bank AB, Research Division - Financial Analyst*

So starting at the same page as the last question here on the 22 product road map. I'm equally excited to see the road map as you, Martin. So first of all, did you say 22 products presented at ICE or released for the full year? Can you just repeat that? And also then on the same topic, is it possible to say something about the mix roughly between live and slots, entirely new products versus incremental product improvements and variations as well?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

There will be a lot of products more than ever released on ICE in itself playable at ICE. And then there will be even more products released in the remaining part of the year. With that big now, with all these brands, we can't release everything at the same time, and we will sort of -- but there will be more products than ever on ICE. So that's the answer to the first. And it will be exciting to release them at ICE, and I don't want to go into the mix right now.

**Oscar Erixon** *Carnegie Investment Bank AB, Research Division - Financial Analyst*

Understood. And then a question on slots. It seems like BTG is performing in line or slightly above expectations here in Q3. Will NetEnt, RedTiger perhaps not living up to your full sort of ambition in the long term? What are you doing to accelerate revenue development for these entities? And except for the One Stop Shop, which seems really exciting, how will you sort of combine your RNG-focused entities going forward?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We are, of course -- I don't think that your description is fairly accurate. We are, of course, now coming out of the OSS creation and now we're focused to deliver even better games, making the right road map for next year with even more games. So good games, more games. That's sort of the answer.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Oscar Erixon** *Carnegie Investment Bank AB, Research Division - Financial Analyst*

Great. And then maybe a question for Jacob. The operating cost quite stable sequentially despite a clearly rapid expansion phase, the B2B consolidation. What's the explanation here? And could there be any sort of catch-up effects in Q4?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Yes. I think as we continue to expand, the cost base will also grow. I mean -- then there's always -- in every quarter, there's a bit of -- we don't report them as one-offs because there is a one-off -- it's a new one-off every quarter. But so -- there is, of course, a bit of variation. And sometimes you have a little more of those costs that come in the quarter and sometimes a little less.

So some of that is behind it. But yes, definitely, we will see cost continue to increase in the quarters to come. And longer term, it's driven by the expansion of studios and tables and more staff. Staff is the biggest cost item, of course.

**Oscar Erixon** *Carnegie Investment Bank AB, Research Division - Financial Analyst*

Great. And then a question on M&A as well. How do you think currently regarding incremental opportunities? Is the sort of primary focus on slots? Is there anything to do at all in live through M&A? Is esports an alternative? And also with the One Stop Shop tech here support an accelerated sort of integration phase for potential targets?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Yes. On M&A, I think our answer there is really what it's been for the past couple of years that we remain open to. The focus is organic growth. That's true in live and definitely in slots as well, as Martin just commented on.

And then, of course, One Stop Shop, that is a -- it's a good foundation to also be able to add more products. So that will enable that. But it's not that, that in itself doesn't change the strategy. The main growth will be organic still as we see.

And then the second point, I mean, no change there in terms of different verticals. We see ourselves as trying to become the best provider of online casino in the world and drive innovation in that space. So esports is not -- it's not in our plans right now. Then again, I won't rule it out forever and ever. That's some of the same rationale that was behind the move from live into also RNG, getting a broader product portfolio and so forth. That can, of course, be said also for esports, but it's not in our plans right now.

**Oscar Erixon** *Carnegie Investment Bank AB, Research Division - Financial Analyst*

Understood. And then a final one for me. (inaudible), obviously, incremental revenue opportunity. With regards to Ontario, could you discuss just a little bit on how you see -- how you view this, what type of revenue contribution you have from Ontario currently? Or what you think in terms of market growth potential and adding operators?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

I think I can answer that. As we said, I mean, the Ontario market is a relatively big one. It's a big population and has a lot of potential based on that. It will also open for -- right now, it's the Ontario Lottery that's in the market, but there will be other operators eventually as well. So I think of it like what we see in many markets when they regulate it.

There's a period where the sort of incumbent is the first one to market and then eventually the market opens up to more players. And we'll see something similar in the Netherlands, I assume. So that's how we see it. So we're very excited about the potential. It's a big market and positive for the future.

**Operator**

We have a next question from Kiranjot Grewal from Bank of America.

**Kiranjot Kaur Grewal** *BofA Securities, Research Division - Associate and Analyst*

A couple of questions for me. Firstly, on taxes, it's very topical at the moment. We do have this backdrop of potential global tax for 2023, but I mean in the run-up to that, any thoughts on how we should think about 2022 taxes? On CapEx, you've said there's been a bit of a delay this year. Should we expect a ramp-up of some sort in Q4 this year or some sort of catch-up or maybe in 2022? And then lastly, just

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

looking back -- actually, 2 more.

Looking back on the OSS, any idea if you did make an acquisition and you integrate it on OSS, does it speed up the integration potentially? And then the last one is on consensus. Currently, consensus margin for '22 is 69%. How do you feel about that given the Q3 margin?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Let me start with the OSS, so -- and then I'll hand over with CapEx and tax and margin to Jacob. Naturally, if we would, which we don't know if it could happen that we would acquire something, it would be fitting very well into the OSS. That's the whole thought. It would essentially make it possible to integrate anything into that, meaning other casino content.

Now I think it's important to understand that we do this right now to make it good for the operators to make it -- to enable them to make it sort of simpler, easier, seamless, [all that], and we make it -- for us to be able to distribute and handle our compound. So that is why we're doing it. But the possibilities are still there, yes. Now I'll hand over to the tax and CapEx and margins.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Yes. So on tax, we also follow the news on the development of the global tax regime and the Pillar Two debate, and it seems to definitely moving forward. Don't really have any sort of firm view on it from our point of view. If we look at us right now, our tax rate, I would say, disregarding the Pillar Two development, will trend up a bit. I mean we already see in this quarter. We're adding Big Time Gaming, which is taxed in Australia. So that's a 30% tax rate.

And as we grow in all parts of the world, our tax rate will also trend upwards. So we haven't set any straight number for 2022 or 2023. But I think we're at 7% in this quarter. So I would -- so we expect it to move a little bit upwards towards that from that level. And then it depends on where growth comes from and sort of what happens.

On CapEx, you're right. We -- I think we will see, in absolute terms, CapEx has been up year-over-year and will continue to increase. So I think we'll probably invest more in 2022 than we did this year. Specifically for Q4, we will -- there's high activity, as you've heard. So I think CapEx could go up. We probably won't reach EUR 60 million for the year in total. That I don't -- we would like to if we could build that fast or do as much, we'll try to reach it, but it's not probably a little less than that. But -- so that's where we are on that.

And margin you said 69%. We will say something -- give some guidance for full year on margin when we report the fourth quarter as we normally do. So -- but the statements on margin are what we've said in the past. I mean there is absolutely a possibility. As we grow top line, we can still increase margins some. So -- and we're at -- we're 68.7% now. So 67% to 69% will -- that could probably be reasonable. But yes, we'll say something when -- in a couple of months.

**Kiranjot Kaur Grewal** *BofA Securities, Research Division - Associate and Analyst*

Perfect. And just on the CapEx, the delay this year, is that because of COVID that you haven't been able to roll out certain things you wanted to? Is that what's causing the delay?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Yes.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

There's always reasons, COVID could be one. But to build in such many locations that we are doing, it's a physical thing. It's like sometimes it's not money. It's not external. It's just that it takes a little bit longer time. We all probably renovated maybe a house or an apartment. And it's easy to like want to do more in a shorter time than it's actually possible. And right now, we're pushing really hard for all expansion all throughout the world. And of course, you can say that it's related to COVID, but not only.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

I think also, and honestly, when we said EUR 60 million for the year, that was kind of a relatively rough number. It's not that -- so in comparison to previous quarters, CapEx is increasing. So that's maybe more the relevant [lot].

**Operator**

We have a final question from Simon Davies from Deutsche Bank.

**Simon John Davies** *Deutsche Bank AG, Research Division - Head of UK Midcap & Online Gaming Research*

I've got 2 questions if that's okay. Firstly, in the U.K., Gambling Act Review should be reaching some kind of conclusion fairly shortly. Do you expect any potential impact from that? And how sensitive would the business be to any imposition of maximum state limits on slots or deposit limits?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Any adjustments that they do, which sort of limits the game play is, of course, affecting us through our operators. We're completely sort of aligned with them on that. And there is so much speculation and no firm real conclusions yet. And so to evaluate it, I would rather wait until we know exactly what it is. But any limitations, of course, affect us equally as it would affect any operator.

**Simon John Davies** *Deutsche Bank AG, Research Division - Head of UK Midcap & Online Gaming Research*

But you're not, at this stage, expecting any material impact from it?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I don't know, to be honest, what to expect, but there is no information that I have that would say that it is a material impact. And then -- and there's been a pressure constantly. And I don't see that there might be -- I don't know that there might -- that there will be any major changes that will affect us right now. But that's in the hands of the regulator.

**Simon John Davies** *Deutsche Bank AG, Research Division - Head of UK Midcap & Online Gaming Research*

Yes, absolutely. And secondly, very swiftly. You mentioned an impact of about 1% only from which all the customers in the Netherlands ahead of second round of licensing. What would the impact be in Ontario because presumably there you'll be seeing a number of your customers maturing from the market in the short term? Is that going to be a similarly modest impact?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I don't want to give a figure. It's a very good question. I like that you ask it. I don't want to give a figure on that, but there will be a limited impact at the time being. And then, of course, it's only a couple of months and the commercial market will open again, and OLG is doing a great job. Now they've only been live for days, but I'm sure that they will do good. It's slightly too early to give a figure on it, but there will be a small impact, yes.

**Operator**

We have no further questions in the queue.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Okay. Lovely. I want to thank you all for listening and -- to the quarterly report. So have a nice day. Thank you very much.

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



OCTOBER 28, 2021 / 7:00AM GMT, Q3 2021 Evolution AB (publ) Earnings Call

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS REFINITIV'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2023 Refinitiv. All Rights Reserved.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

# EXHIBIT 30

FINAL TRANSCRIPT
Evolution AB (EVO SS Equity)

2021-11-24

# Business Update Call

## Company Participants

- Carl Linton, Head of Investor Relations
- Martin Carlesund, Group Chief Executive Officer

## Presentation

### Operator

Hello, and welcome to Evolution Audiochat with Teleconference for 2021. Throughout the call, all participants will be in listening only mode. And today, I am pleased to present CEO, Martin Carlesund; and Carl Linton, Head of Investor Relations. Please go ahead.

### Martin Carlesund  {BIO 3784868 <GO>}

Thank you, operator. Welcome to this investor call based on the statement published today regarding the questions we have received based on an anonymous report that was published last week. The setup for this call is that our Head of Investor Relations, Carl Linton, will moderate a short Q&A where I will answer the most frequently asked questions that we have received during last couple of days. This will be quite a lot of reiteration of the statement, but let's begin. Over to you, Carl.

## Questions And Answers

### Operator

(Question And Answer)

### A - Carl Linton  {BIO 19139334 <GO>}

Thank you. Martin, can you give me your view on the anonymous report that was released last week?

### A - Martin Carlesund  {BIO 3784868 <GO>}

Yes. First, I would like to take you through the company's business model to make that clear to everyone. We innovate, develop and produce content for online casino on a business-to-business basis and supply services to licensed business-to-consumer casino operator and B2B aggregators. We do full due diligence of the operators or aggregators and we demand them to be licensed.

In some jurisdictions, apart from all suppliers like us, Evolution also need a business-to-business license to be allowed to supply content to the licensed operators. Today,

FINAL TRANSCRIPT
Evolution AB (EVO SS Equity)

2021-11-24

we hold about 20 -- we hold 20 business-to-business licenses. Consequently, we do not handle any players or any of the players' money. Evolution provides a service to the operator who in turn provides their services to the players. It is the operators' responsibility to -- it's the operators' responsibility to conduct the KYC on each player and decide what markets to focus on and what players to accept.

It is the operators' responsibility to comply with the regulation and their own license. This is the same structure for land based casinos. The supplier of the cabinet on a gaming floor in a land based casino is not responsible for who that works the casino and plays on that cabinet. That means that the supplier of the cabinet is not responsible for the KYC of the player and does not handle the players' money. The same principle applies in the online casino market, the control of who that plays the game is a strict responsibility of the operator.

## A - Carl Linton  {BIO 19139334 <GO>}

Thank you. Next question. Does Evolution have any financial or other interest in any operator or aggregator?

## A - Martin Carlesund  {BIO 3784868 <GO>}

Simple answer, no. We are a pure B2B service provider with no other business operations. We supply services to licensed B2C casino operators or B2B aggregators as I stated already and nothing else. It is important to point out that Evolution does not own or control any of the operators or aggregators we work with. Evolution does not control which players the operator allows to play. It's equally important to point out that we use all tools at our disposal to block play from certain countries, including countries on sanctions list.

## A - Carl Linton  {BIO 19139334 <GO>}

Thank you for that. Martin, what can you say about the quoted employees in the report? Is there a cultural problem within Evolution?

## A - Martin Carlesund  {BIO 3784868 <GO>}

The messages that are behind the report are to put it mildly, in my view, very questionable and the report is produced with an equally questionable intent. So I will not draw any conclusions about our culture based on that report. We have a strong culture in Evolution, the culture includes constant improvement, every single day strive towards being better. This has been central for our way of working and it will continue to be so going forward.

## A - Carl Linton  {BIO 19139334 <GO>}

Thank you for that. Martin, can you do more to prevent black market revenue?

## A - Martin Carlesund  {BIO 3784868 <GO>}

Evolution works closely with regulators and operators to support and provide tools for the operators to address and manage their markets according to their license

and regulatory framework. There are also frequent changes implemented from the regulators, which will affect both services supplied by Evolution as well as interaction with operators. I'll repeat what I said earlier, Evolution does not handle any players or any players' money. Evolution provides the service to the operator who in turn provides the services to the players. It is the operators' responsibility to conduct the KYC on each player and decide what markets to focus on and what players to accept. It's the operators' responsibility to comply with the regulation and their license.

### A - Carl Linton  {BIO 19139334 <GO>}

Okay. Martin, how do you explain the fact that your games have since had been placed in Iran?

### A - Martin Carlesund  {BIO 3784868 <GO>}

Those allegations originate from an anonymous third party with an appeared intention to discredit Evolution. I will now be slightly technical to explain. It has been stated -- it has been falsely stated that Evolution games are accessible directly from countries under U.S. sanctions. This is not possible without sophisticated technical manipulation. The allegations made is anonymous and questionable report, a well acted manipulation of the systems to create the impression that the play from such countries were possible. The use of Evolution's content through an operator that was not an Evolution customer, but connected to an aggregator which Evolution has as a customer, was seemingly conducted by first establishing a VPN panel from an IP address in a blocked country to obtain an IP address in accepted country. From this IP address, a connection through the operator to Evolution's lobby was made, clearing all geographical IP checks and the session was established within the browser.

Thereafter, the VPN from the accepted IP address was terminated while the content -- while the current session remained active in the browser. The first IP address from the blocked country then became active. Prior to those steps, multiple attempts to connect directly from the IP address in the blocked country was rejected and done from the same user. This is a deliberate course of action to circumvent and draw a broadly accepted and well-established process to check user's geographical location with the seeming purpose to discredit Evolution.

### A - Carl Linton  {BIO 19139334 <GO>}

Okay. We have another question here. We have understood that the regulator in New Jersey has received this anonymous report. Are you concerned about that? And what is the latest on your contact with the regulator? Also, are there any other regulatory risks in Europe?

### A - Martin Carlesund  {BIO 3784868 <GO>}

We have a continuous dialog with all of our regulators and frequently at times when stall situations that arise together. Evolution constantly works to be better with the objective to improve our operations, both when it comes to security for players,

compliance with regulatory framework, as well as supporting operators with their compliance.

In this case, we have proactively reached out to the New Jersey Division of Gaming Enforcement as part of our standard procedure in the relations with the regulators. An internal review inside Evolution has been initiated to ensure that we can respond swiftly to any questions from the DGE. In all geographical areas in which we operate, we constantly and always work and have contacts with our regulatory bodies also in Europe at the current.

### A - Carl Linton {BIO 19139334 <GO>}

Thank you, Martin. And with that question, we will conclude this Q&A. For any additional questions you might have, please reach out to us. We will do our best to text you. Thank you Martin, and thank you all for listening.

### A - Martin Carlesund {BIO 3784868 <GO>}

Thank you very much for taking the time.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

# EXHIBIT 31

C Corrected Transcript

09-Feb-2022

# Evolution AB (EVO.SE)

**Q4 2021 Earnings Call**



Evolution AB (EVO.SE)
Q4 2021 Earnings Call

Corrected Transcript
09-Feb-2022

# CORPORATE PARTICIPANTS

**Martin Olof Carlesund**
*Group Chief Executive Officer, Evolution AB*

**Karl Jacob Kaplan**
*Chief Financial Officer, Evolution AB*

# OTHER PARTICIPANTS

**Martin Arnell**
*Analyst, DNB Bank ASA (Sweden)*

**Ed Young**
*Analyst, Morgan Stanley & Co. International Plc*

**Oscar Rönnkvist**
*Analyst, ABG Sundal Collier AB*

**Rikard Engberg**
*Analyst, Erik Penser Bank AB*

**Oscar Erixon**
*Analyst, Carnegie Investment Bank AB*

**Kiranjot Grewal**
*Analyst, BofA Securities*

**Simon Davies**
*Analyst, Deutsche Bank AG*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Welcome to the Evolution Audiocast with Teleconference Q4 2021. Today, I am pleased to present CEO, Martin Carlesund; and CFO, Jacob Kaplan. For the first part of this call, all participants will be in listen-only mode. And afterwards, there will be a questions-and-answer session. Speakers, over to you.

## Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*

Good morning. Welcome, everyone, to the presentation on – of Evolution's year-end report 2021. My name is Martin Carlesund, and I am the CEO of Evolution. With me, as always, I have our CFO, Jacob Kaplan.

I will start with some comments on our performance in the quarter, where after I will hand over to Jacob for closer look at our financials. After that, I will round off the presentation with an outlook for the rest of the year, and then we are happy to take your questions.

However, before going to the next slide, I want to comment the picture you now see. It's a real photo, one of our latest astonishing studios. It's a studio for the coming product, Gold Bar Roulette, and this is just awesome. The game and this player experience and the new logic in this game is something really extra, I just want to point that out. Thank you.

And now, next slide, please. I'm very satisfied to be able to present yet another strong quarter for Evolution, driven by the entertainment of end users and the increasing preference of those. The products we launched during the year in combination with the continued strong market development and global demand have

# Evolution AB (EVO.SE)
## Q4 2021 Earnings Call

 Corrected Transcript
09-Feb-2022

contributed to a very high growth rate. Furthermore, we also experienced strong results from the investments [indiscernible] (01:41) due to capacity. In the end of the quarter, we had over 1,000 tables live, resulting from an increase of 300 tables during the year. These factors in combination with the constant pursue of cost efficiency has positive effect on our margin.

While we had operational challenges due to the pandemic, the truth is we also learned a lot. It proved that our business model is resilient and that our customer base gets stronger every day. We also have to learn how to adapt to new situations as a result of the pandemic, and we proved that we are in the forefront on innovation and creativity.

Our aspects of the – other aspects of the pandemic are also that it made people more comfortable with video streaming, and that most people improve their connectivity from remote locations such as your home or even on – when you're on vacation. The pandemic has simply increased the worldwide connectivity and pushed bandwidth and latency to new levels, which is in turn create a very good fundament for the future for – of our games.

During this last period, we have also, with our cutting-edge technology and innovation, been able to appeal to entirely new player demographics and engage new play types. Regulation of online gaming continued to gain ground all over the world. On the first day of the quarter, the newly regulated Dutch market opened up and we're already powering an absolute majority of the licensed operators. We expect that the Dutch market to expand further as the number of licenses increased during 2022. It's important to note that already in December the regulated Dutch market passed the pre-regulated levels.

Our growth in North America is a great opportunity. In October, we launched the RNG games in Connecticut, while live games will be launched in the near future. Also in the quarter, we went live with the – in the regulated province of Ontario with OLG, the provincial lottery and gaming agency. The market for commercial operators in Ontario is planned to open in April.

In the quarter, we also announced that we were first to market with Live Casino in Argentina's newly regulated business at Buenos Aires Province, with Colombia already regulated and live with Evolution and more provinces and countries working on regulation, Latin America is a promising market. After the end of the prior year, we renewed our existing agreement with FanDuel Group to become FanDuel's selected provider of Live Casino across the entire US. We've invested significantly in the US market and we'll continue to do so in the years to come.

As I stated before, the demand of our products is truly global, and we are expanding our studio capacity in all locations. Coming out of Q4, I still see that we are under supplying to the demand even if we doubled the number of employees during the last 18 months. Again, I reiterate we will continue to expand with high speed throughout 2022.

Now, let's move to the coming slide and see the effect of numbers and products of all our efforts. Operator, next slide, please.

I'm pleased to present our strong results for both the quarter as well as the full year 2021. Operationally, it's been a very hectic year for us, and in the fourth quarter, we continued the momentum from the previous quarters. Revenues increased by 69% to over €300 million. EBITDA increased by 115% to €207 million, corresponding to a margin of 68.9%. The margin for the full year ended on 68.7%, slightly above our guidance for the year.



# Evolution AB (EVO.SE)
Q4 2021 Earnings Call

 **Corrected Transcript**
09-Feb-2022

In a year with such strong expansion, I consider increasing margin 2021 as an achievement. In 2022, we continue to invest in our expansion both in studios, in games, but even so I expect that we will be able to strengthen the EBITDA margin for 2022, ending somewhere in the range between 69% and 71%. In this context, it's important to state that investments will continue to be high, margin might vary quarter-on-quarter, and if there is a trade-off between growth and margin, we will always prioritize growth.

Live Casino delivered a very satisfactory growth of 49% compared to the Q4 last year. RNG revenue amounted to €62.9 million with a growth of 9.4% compared to the combined revenue of NetEnt and BTG during Q4 2020.

Moving forward into 2022, the path to growth within RNG will not be linear, and I expect the growth rate to vary through the next couple of quarters. With a fantastic pipeline of Slots in 2022, together with the new technical platform, I have high expectations for growth in a little bit longer time perspective.

All in all, fantastic numbers, and I'm very pleased with our financial performance in the fourth quarter, and we are definitely well-placed to deliver strong 2022. And, as always, we will relentlessly further strengthen our market share and continue to widen the gap to competitors. Next slide, please.

Bet spots is to be seen as an indicator of activity in our Evolution Live Network. The number of bet spots from an end user amounted to €20.9 billion, which is a phenomenal increase of 15% from Q3 and compared to Q4 last year, a growth of 37%.

The general player activity has continued to increase, and the player activity, in the beginning of Q1, has accelerated further. Crazy Time continue to conquer the world and is one of the biggest success stories in online gaming of all time. In Q4, the game saw exceptional player activity growth, combined with a very high use of preference with millions of unique players enjoying the game.

We can also reveal that the game generated some huge wins for players during Q4, with multiple megapayout, the top five wins, [ph] a loan paid out €50 million (07:33) in the quarter, the biggest one being over €20 million, making it the largest non-progressive payout ever in the online gaming world, benefiting thousands of players. Next slide, please.

Expanding our studio capacity means that we need a high recruiting pace. And in the quarter, we hired about 1,200 new employees. The increase in staff 2021 amounted to 3,900, corresponding to an increase of 41%. But if we extend the perspective to end of Q2 2020, an 18-month period, Evolution doubled in size.

Expansion at this rate is very costly, but even more important, to double the company of the size of Evolution in 18 months, takes energy, ambition and pure will. Most would even say it's impossible, but when you see this, don't forget that it's the way everyone in Evolution – in the Evolution team pushed forward, doing and create what others dream of.

At the end of the period, we were more than 13,000 Evolutioners, and we will continue to increase head count. Recruitment is therefore one of our key processes, and the well-being and development of our employees is key for Evolution.

We're a company where everybody should feel welcome. We constantly and everyday work to be better, see education and development of everyone as a core process. We are demanding a fair and want to create a unique work environment guided by true and really sound core values. I humbly and very – I'm humbled and very proud of all employees that make up this fantastic company. Operator, next slide, please.



# Evolution AB (EVO.SE)
Q4 2021 Earnings Call

 Corrected Transcript
09-Feb-2022

2022, the year of product and innovation. We kickstarted it yesterday with an online event, where we introduced 25 new fantastic games. Before the end of this year, we will launch 88 new games in total. It's a record number of releases from Evolution in one year, and it showcase the breadth of our exceptional portfolio. We need to innovate. We need to entertain. We need to deserve the end user's time. We need to develop games for the future.

No one can believe that continuing doing the same thing for the coming five years will make the future and end users happy. Don't copy, develop, don't take for granted, move with the fire. The end users of tomorrow will be picky and have loads of options. Evolution's DNA is to continue to create the games of the future, entertaining these end users. One thing we should think of, as we all know it, the future will be different from the present and standing still will not make your success.

Evolution has completed a series of acquisitions that have further strengthened and diversified our comprehensive content and technology portfolio, all fitting our strategy where all parts have a role to play. Together with one-stop shop, the seamless and flawless single point integration, the new lobby will help our customers to thrill their users with one integration through our fantastic new logo, all Evolution content will be delivered seamlessly to operators all over the world.

When you see our products for 2022, don't forget that we have put desire, sweat and tears into it, sort of each part, making it worth something, pushing the boundaries, that's who we are, relentlessly pushing forward. Next slide, please, operator.

First games launched this year are Peek Baccarat and BacBo. Peek Baccarat is a unique and revolutionary version of classic face down Baccarat. Revolutionary because it's the only Baccarat in the world that lets the player take a peek and increase their bets after the normal betting time is over and some of the cards have been dealt.

BacBo is sort of a simpler version of Baccarat but with a unique twist. It's played with dice, not cards, same quick fire dice, more excitement and payouts up to 88 to 1. In BacBo, the team and everyone involved has brought out the best in Baccarat and BacBo. And we have seen one of the more successful launches in recent times.

In our RNG vertical, with our world-class slots offering an IP, I'm confident that we will reach higher growth for RNG. However, the road to increase growth will not be a straight one and I expect growth rate to fluctuate in the years to come. Some of the slots we launched in 2021 were successful and well received by players. However, in 2022, we need to continue to deliver equally successful games as in 2021, but at the higher pace. With 88 new games this year, we have high expectation for the full year.

Yesterday, Nik Robinson, CEO of BTG, said that 2022 is possibly the most exciting year in a 10-year history and with action-packed online slot games, based on TV show Knight Rider from NetEnt and Narcos Mexico from Red Tiger, we would deliver the best and most innovative slots in the world this year.

I'm very glad that DigiWheel has recently become part of Evolution family. DigiWheel is the world's first rotating HD digital gaming wheel and one of the most innovative products ever created in the casino world. The device is unique, and all casino operators, offline and online, can enjoy the most successful wheel game ever created. The Evolution roadmap of 2022 is simply the best one ever. Next slide please.



Copyright © 2001-2022 FactSet CallStreet, LLC

# Evolution AB (EVO.SE)
Q4 2021 Earnings Call

 
This slide shows the breakdown of our revenue by geographic region. We continue to see an increased demand for online casino across the globe. We expanded the number of tables with over 300 during the year. However, the demand is so strong we are still underserving in several markets. In Asia, we saw continued growth which amounted to 128% for the full year. We have been successful with tailored content for this region and its players. The new product launches of games variation of the baccarat as well as other games with an Asian flavor to them have worked very well.

North America has also grown faster with a year-on-year growth amounted to 205%. We see good potential in the North American market and expect continued high growth rate going forward. We don't focus on guessing on which state will regulate next. For us, it is still fantastic opportunities in the states that already regulated and we see growth rates on high levels going forward.

European markets in general have a slower growth than the North American and Asian markets due to both regulatory changes as well as that they are more mature. However, we still see good opportunities in Europe. Rest of Europe had a year-on-year growth of 55%. The Nordics and UK are about the same size with a year-on-year growth in the UK amounting to 85% and in the Nordics amounting 146%. The growth year-on-year on these two markets, to large extent, be attributed to acquisition of NetEnt, which has a strong position in the Nordics and the UK. Other, including South America, Africa and remaining part of the world, shows good growth of almost 73% year-on-year. Revenues from regulated markets increased to 41% in Q4.

Now, I will pass on to Jacob for a closer look at our financials. Next slide, please.

## Karl Jacob Kaplan
*Chief Financial Officer, Evolution AB*

Thank you, Martin, and good morning to all of you on the call. We'll now move on to couple of slides with a closer look at financial development during the period. I'm on slide number 9. Revenue amounts to €300 million in the fourth quarter. That's made up of €237.4 million related to our Live Casino product and €62.9 million from our RNG games. We're happy with the development of both product lines in the fourth quarter compared to the same quarter 2020. Live Casino increases over 48%. This compares well to the pre-pandemic growth rates from 2019. And RNG revenues increased just over 9% compared to the pro forma figures for the fourth quarter 2020 that meaning including Big Time Gaming and NetEnt for the full quarter pro forma.

Total revenue compared to the reported revenue Q4, that is €177 million, that's shown in the chart here. That growth is a 69%. I would say RNG development is in line with our expectations from earlier in the year. Our ambition, as Martin pointed out earlier, is to increase growth and reach double-digit growth during next year. But I see that, realistically, I see us reaching that more towards the end of the year.

If you look at the numbers, 10% growth compared to Q1 2021 would mean a bit over €67 million RNG revenue in the first quarter of this year. And as you see, also in the table here, RNG revenue has been relatively flat over the quarters this year, €61.2 million in Q1, up to €62.9 million in this quarter. So, it will take a few quarters to get growth up and achieve sustainable double-digit growth. And I don't see us hitting €67 million in Q1.

However, as Martin mentioned, we feel good about the roadmap and any increased growth will start there with great games that players enjoy and come back to. So, we'll take it step by step, but don't expect a linear increase of the growth percentage from Q4 into 2022.

EBITDA for the quarter amounts to €206.9 million and an EBITDA margin of 68.9% in the quarter. This is in line with our latest margin guidance from Q3 of margin exceeding 68% for the year. Also mentioned last time we



6

Copyright © 2001-2022 FactSet CallStreet, LLC

# Evolution AB (EVO.SE)
Q4 2021 Earnings Call

 Corrected Transcript
09-Feb-2022

spoke and Martin pointed it out earlier on the call, we are in a period of very heavy expansion. We end the year with over a 1,000 tables in operations. We're investing in all studios, adding more staff and more capacity than we've ever done before.

North America is one area where we'll continue to expand all functions of the company. We are moving towards 2,000 staff, we see a fantastic long-term potential in the market, and we're really building for the future there. The expansion, however, does drive costs and will affect margins some during 2022.

For the full year 2021, we reached an EBITDA margin of 68.7%. The margins have been relatively stable this year, around 68% to 69% each quarter. Q3 was a notch higher at 69.9%. The margin full year 2021 is up significantly from 2020.

For full year 2020, we had 62.7% EBITDA margins, so almost 6 percentage points up. For full year 2022, we don't expect the same step-up in margin. And, as pointed out earlier, we see that we can reach a margin full year 2022 in the range of 69% to 71%. So, that's our guidance for 2022. And I'll repeat that, as we've done so many times, that we'll prioritize growth over margins if we're faced with that trade-off. All right, operator. Let's move to the next slide, please.

This slide shows our P&L in a bit more detail. From the top, Live revenue of €237 million in the period October to December 2021 and RNG, just under €63 million. We covered the developments in this period compared to the same period prior year on the previous slide, so I won't repeat that here. This slide, I should point out, also shows the reported figures for 2020, so no pro forma adjustments in the 2020 columns on this slide.

Full year 2021, Live revenue is €839 million, and that is an organic growth compared to 2020 of over 54% for the full year. The total revenue is €300 million. That's an increase of 69% compared to the reported revenue Q4 2020. And looking at the full year, revenue amounts to €1.068 billion, an increase of 98% – 90% year-on-year, and then that, of course, includes both organic and acquired growth.

Moving down to expenses, there's no – since there's no pro forma in here, the addition of our acquired businesses during 2021 is, of course, a part of the explanation of each of the lines, but then also our Live Casino operations have increased expenses. So, both effects here.

Moving through the lines, you can see personnel expenses amount to €55.2 million, that's an increase of €16.6 million – €16.6 million compared to the same period last year. Depreciations amounts to €22.4 million, that includes about €10.5 million in amortization of intangibles related to the acquisitions of NetEnt and Big Time Gaming. Other operating expenses, that includes a number of items, consumable equipment, communication cost, consultant royalties is a big part of that. The line amounts to €38 million in the quarter. The corresponding period 2020 here includes €19.4 million in one-off restructuring costs. So, adjusted for that one-off item last year, the increase is €14.6 million in the – in this quarter compared to the same quarter 2020. And that instead of the reported number that, as you see here in the table, is actually higher in the same period 2020.

Summing up, total operating expenses totaled just over €115 million for the period, October to December 2021, and for the full year, almost €415 million, an increase of 71% compared to the reported figures of the same period last year. Operating profit sums up to €184.5 million in the quarter. Our tax is up €12.7 million in the quarter, that's a tax rate of 6.9% and for the full year, tax rate is 6.5%, and that's up from just under 5% in 2020, so a slight increase there.



## Evolution AB (EVO.SE)
Q4 2021 Earnings Call

 Corrected Transcript
09-Feb-2022

And all this sums up to a profit for the three-month period of €171.6 million, which equals earnings per share of €0.77 per share for the quarter, an increase of 89% compared to the fourth quarter 2020, and full year earnings per share is €2.73 per share, an increase of 81% from the previous year. All right. Let's move on to the next slide, please.

Before I hand back to Martin, we look at cash flow and financial position. Starting to – with the chart to the left in the slide, this shows development of capital expenditure. The gray part of the bars represents investment in tangible assets. That is mainly our studio construction. It's a step-up this quarter from previous quarters to almost €14 million. Main driver of the increase is our investment in our North American studios.

We're expanding in all studios. And as pandemic restrictions have slightly scaled back, we've been able to increase the pace during the period. As we mentioned earlier, we continue to invest heavily, not just in the US, but in all studios, and other ongoing projects include the new studios in Madrid and also in Armenia, as well as our fourth US studio in Connecticut. So, lots going on in pretty much all locations.

The blue part of the bar is investments in intangible assets and is related to development of new games and features to the platform. It's €8.4 million in the quarter, that's up a bit compared to the same quarter 2020, but now also includes development of NetEnt, Red Tiger and Big Time Gaming games.

Yesterday, as we presented our 2020 – 2022, I should say roadmap, and I'm sure many of you saw it or will see it. And you'll see that we launched close to 90 games this year. So, the investments in intangible assets are also set to continue at a high pace.

CapEx for the full year 2021 amount to €60 million, which means that the pickup in pace in Q4 meant that we actually reached our full-year guidance of €60 million this year. And looking ahead to 2022 estimate that we will have a CapEx of about €90 million, so more or less maintaining the current level that we've seen in the fourth quarter.

All right. Moving on in the middle of the slide, we show operating cash flow. Cash flow was good in the quarter, over €156 million, slightly lower from Q3 due to, among other things, the higher investments. Cash conversion percentage on a rolling 12-month basis is 75%. So, still at a good level.

And then finally, to the far right in the slide, quick look at the balance sheet, €421 million in cash at the end of December. Out of that, €303 million is the proposed dividend for 2021. We also have roughly €66 million that will be used for the compulsory buyout of the remaining NetEnt shares that did not come with the share offer last year. That will take place now also during the first quarter. And we also have about €80 million remaining in the share buyback program that was initiated in December. So, that would also continue now. So all these payouts considered, we will reduce our cash position during the first half of this year, but we maintain a good cash flow and an overall strong financial position.

That was the end of my prepared comments. So, I'll stop here. I hand back to you, Martin, and we'll take questions after that. Martin?

## Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*

Thank you. While I'm on slide 12, last slide before questions – thank you, Jacob, – a few words to conclude this report presentation. 2022 would be the year of product and innovation, a great year started. We will release a



Copyright © 2001-2022 FactSet CallStreet, LLC

record number of new, innovative, exciting and fantastic products, exciting games, entertaining the end user. This is all possible because of the great persons in Evolution and the teamwork between all of you.

In the last quarter, several new markets regulated and we were first to market in all of them. We will, in the year ahead, continue to our expansion in the world and we will continue to develop the best and most innovative games. We have always been the one to push boundaries, to push the realm on what's possible when it comes to online casino. We've entered 2022 with a good momentum, and our tight teamwork and speed will keep us moving forward to yet another great year.

We always stay on our toes, as paranoid as ever, and we are never laid back or content. We always look forward to the next opportunity and the next challenge. Thank you, all, for listening and we'll speak in a couple of months again.

Now, let's move to the next slide, and questions, please.

# QUESTION AND ANSWER SECTION

**Operator**: Thank you. [Operator Instructions] Our first question comes from the line of Martin Arnell of DNB Markets. Please go ahead. Your line is open.

**Martin Arnell**
*Analyst, DNB Bank ASA (Sweden)*

Q

Hi, good morning, gentlemen. I hope you can hear me.

**Martin Olof Carlesund**
*Group Chief Executive Officer, Evolution AB*

A

Good morning. We hear you almost loud.

**Martin Arnell**
*Analyst, DNB Bank ASA (Sweden)*

Q

Yeah, great. So my first question is, if you could comment a little bit about the trends so far in 2022. I think you mentioned that player activity has been good in the start of the year, but can you say anything more?

**Martin Olof Carlesund**
*Group Chief Executive Officer, Evolution AB*

A

I stated we come out of the Q4 with good momentum. We're starting the year with good momentum, and Q1 has started well – good.

**Martin Arnell**
*Analyst, DNB Bank ASA (Sweden)*

Q

So, there is no change in trends so far at store?

**Martin Olof Carlesund**
*Group Chief Executive Officer, Evolution AB*

A

No change in trends, I would say.

Copyright © 2001-2022 FactSet CallStreet, LLC

## Evolution AB (EVO.SE)
Q4 2021 Earnings Call

**Martin Arnell**
*Analyst, DNB Bank ASA (Sweden)*

Q

Okay.

**Martin Olof Carlesund**
*Group Chief Executive Officer, Evolution AB*

A

We started well.

**Karl Jacob Kaplan**
*Chief Financial Officer, Evolution AB*

A

Yeah. [indiscernible] (27:59).

**Martin Arnell**
*Analyst, DNB Bank ASA (Sweden)*

Q

Okay. Thank you, guys. And...

**Martin Olof Carlesund**
*Group Chief Executive Officer, Evolution AB*

A

Thank you. Thanks.

**Martin Arnell**
*Analyst, DNB Bank ASA (Sweden)*

Q

...on the US expansion, when do you expect to be ready with the Connecticut studio for the Live business? I mean, do you expect that in the near term or is it major in the year?

**Martin Olof Carlesund**
*Group Chief Executive Officer, Evolution AB*

A

We're in a building phase right now, and we hope to go live soon before summer is probably – before summer, first half before summer.

**Martin Arnell**
*Analyst, DNB Bank ASA (Sweden)*

Q

Yeah. Okay. Excellent. Thank you. And, well, you're about to broaden your product portfolio in the US, and that was pretty clear yesterday from the presentation as well. How easy can you do that? How easy is it to get the game show certified, et cetera, for the US states?

**Martin Olof Carlesund**
*Group Chief Executive Officer, Evolution AB*

A

Good question, I must say. It's always a challenge. First of all, the regulatory environment in US is Live. And Live is new to them. It's something that is new. So it's a process. You need to work with the regulator and see to that they are comfortable and knowledgeable when it comes to the new products, and it will take a little while. But of course, naturally, we've been working on that for quite some time.

**Martin Arnell**
*Analyst, DNB Bank ASA (Sweden)*

Q

# Evolution AB (EVO.SE)
Q4 2021 Earnings Call

Corrected Transcript
09-Feb-2022

Okay. Thank you. And could you just clarify. I think I overheard on the presentation yesterday that you could use our European studios for Canada, Ontario. Is that correct?

## Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*
A

That is correct. The commercial part can be – the commercial market in Ontario can use our studios from Europe. Yes.

## Martin Arnell
*Analyst, DNB Bank ASA (Sweden)*
Q

Okay. Thank you. And just finally also on these acquisitions that was out late last year. Are there any sort of comments you want to make on the dialogue that you have with the New Jersey Gaming division? Is there anything that has changed from your perspective from these acquisitions?

## Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*
A

There is nothing new and nothing has changed. We have had a quarter with – essentially been in contact with many of the regulators as part of usual. And we're working on the process, as you've also seen in the CEO comments and always find things to enhance and do better in all areas and so also this one.

## Martin Arnell
*Analyst, DNB Bank ASA (Sweden)*
Q

Okay. And then, I must just finally ask you on what are you going to do with all that cash on the balance sheet? How are the discussions going there in the board do you think? Is it purely dividends? Or are you having a deal flow when it comes to M&A? Maybe you could add technology for the future products, et cetera. How should we think about that?

## Karl Jacob Kaplan
*Chief Financial Officer, Evolution AB*
A

Yeah. I think that's now – the main way to shift capital back to shareholders will be dividend. And we have a dividend policy of 50% of earnings. So I think that will be the main tool. And then as we see right now with the planned dividend and the compulsory buyout and the buyout program that's in progress, you can say, the cash position will reduce in – during the first half of the year. Then, of course, we do have good cash flows and hope to be in a position with – to have this question again in the future. So that's – it's the same as always.

Then, of course, on M&A side, we are – we've said before, we will be opportunistic in that. We listen and we look, but our main growth strategy is organic growth. It's about everything we showed yesterday. The more products, better products, that's the main growth avenue.

## Martin Arnell
*Analyst, DNB Bank ASA (Sweden)*
Q

Of the new Live games, Martin and Jacob, what are you most excited about? You have to pick one or two.

## Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*
A

# Evolution AB (EVO.SE)
## Q4 2021 Earnings Call

Corrected Transcript
09-Feb-2022

Oh, that's a little bit like asking which child of yours are the best ones. I mean, we love them all. There are many, many great games coming in 2022.

---

**Martin Arnell**
*Analyst, DNB Bank ASA (Sweden)*

Q

Okay. Thank you, guys. That's all for me. Bye. Thanks. Thank you.

---

**Martin Olof Carlesund**
*Group Chief Executive Officer, Evolution AB*

A

Thanks, Martin.

---

**Operator**: Thank you. Our next question comes from the line of Ed Young at Morgan Stanley. Please go ahead. Your line is open.

---

**Ed Young**
*Analyst, Morgan Stanley & Co. International Plc*

Q

Good morning. I've got just three questions. The first one is on your North America ramp, it was up 6% quarter-on-quarter. You said, obviously, growth there is lumpy as you work up capacity. I wonder if you could perhaps give a bit of color on how you expect that to develop over the course of the year and whether you'd be able to quantify the impact of the Canada switch off within that North America number. Thanks.

---

**Martin Olof Carlesund**
*Group Chief Executive Officer, Evolution AB*

A

Good morning, Ed. Yeah, it's a good question. We don't quantify the growth in different markets. But I will – to try to give you some flavor, I would say, like, of course, we're coming into 2022, we are in a ramp-up expansion phase in all states in US. And that ramp-up is, of course, been challenged with COVID, and it's been a little bit back and forth for us. And we look forward to coming out of COVID and being able to expand faster, simple as that, and then take a larger part of the market. So we look forward to that.

But on top of that, we are also in the licensing and regulation pace of new games and expanding the portfolio. And in my dream scenario, of course, we will have the full product suite tomorrow. It won't be tomorrow, but as soon as possible for all American players, and that will also enhance the player experience and also, of course, the market share.

When it comes to the quantification of – when it comes to Canada, we haven't – it's been hard, and that we haven't stated that. We look forward now to the commercial opening of the market in actually stated 2nd of April and look forward to good growth on that market as of April and onwards.

---

**Ed Young**
*Analyst, Morgan Stanley & Co. International Plc*

Q

Okay. Thanks. And my second question, you mentioned yesterday that 10% of your customers have moved on to the one-stop shop with, I think, 30% of traffic expected by the end of Q1. Can you just talk broadly about what you've seen from the first movers? Obviously, they have access to more of your content. Are they, on average, taking more of your content onto OSS? And is that how we should think about the improvements in cross-sell and RNG growth through the year? Is it partly related do you think to uptake of OSS?

---

# Evolution AB (EVO.SE)
## Q4 2021 Earnings Call

### Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*

A

I think that you should think of OSS in a long-time perspective. As we talked about being the leader in online casino, seamless, flawless integration, all customers to one, we dropped the product, boom. It's possible. It's compliant. It comes out in regulated markets and others at – in one strike or one blow. It will make the life of the operator simpler. They will have our lobby. They will connect in one place. I don't expect immediate or effects of that. Of course, when we roll out the product into new customers and they get more, you will see that effect. But I don't see that as a bump up. It's more a gradual effect over the time to come.

### Ed Young
*Analyst, Morgan Stanley & Co. International Plc*

Q

Okay. Thanks. And one final one.

### Karl Jacob Kaplan
*Chief Financial Officer, Evolution AB*

A

It's something fantastic, sorry.

### Ed Young
*Analyst, Morgan Stanley & Co. International Plc*

Q

My final was on – my final one was on costs. It looks like the big move on costs quarter-on-quarter was other operating costs up to €38 million from the low-30s. I know that's a lumpy line, but could you talk a little bit about what's driven the quarter-on-quarter rise there? And is that the new normal for other operating costs that we should expect that to revert a little bit more towards a more normalized level going forward? Because if I look at your staff cost, for instance, it looks like actually your like-for-like staff costs have continued to be deflationary. So I'm just trying to think about the margin outlook, I guess.

### Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*

A

Okay. I will start and I will hand over to Jacob. But what I tried to emphasize with – on the report and also earlier that, I mean, we doubled the company in 18 months. We employed 6,700 people, on top of 6,700 in 18 months, and that drives cost in a lot of different areas. You have to start up. You have to see through. You have to make it work. And it's a heavy lifting to do that. And I think that – which I also tried to state is that we maintain and have a fantastic margin of 69% in the quarter and for the year essentially is a great achievement. And I'm very happy with that.

Now I hand over for the more detailed on other expenses. So, Jacob?

### Karl Jacob Kaplan
*Chief Financial Officer, Evolution AB*

A

Yeah. I mean, I think you said it also, it is a bit lumpy, the other operating expenses. So, it tends to move a little bit there. In this quarter, I mean, there is one component in there that's royalties, that moves very much with the revenue. When we have more volume, that also drives cost there. Then there is all types of things that kind of somewhat indirectly related to the building activity. Freight costs are up. Consumable equipment is up. So there is a number of items in there that move.

# Evolution AB (EVO.SE)
Q4 2021 Earnings Call

Corrected Transcript
09-Feb-2022

As to going forward, I don't see it go – as the company grows, it hasn't gone down that many quarters, but we won't – we will – probably won't see the same increase either each quarter. So, it is a little lumpy but, over time, we'll increase as we grow the operation.

### Ed Young
*Analyst, Morgan Stanley & Co. International Plc*

Q

Okay. Thanks very much.

### Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*

A

Thank you.

**Operator**: Thank you. Our next question comes from the line of Oscar Rönnkvist of ABG. Please go ahead. Your line is open.

### Oscar Rönnkvist
*Analyst, ABG Sundal Collier AB*

Q

Good morning, Martin and Jacob. Just a few on for me.

### Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*

A

Good morning.

### Oscar Rönnkvist
*Analyst, ABG Sundal Collier AB*

Q

So the first one, regarding your margin guidance, which is above your Q4 margin, do you expect a slowdown in OpEx growth from previous levels if we take it in like relative terms, or is it rather like an increase in top line growth according to your forecast?

### Karl Jacob Kaplan
*Chief Financial Officer, Evolution AB*

A

It's an increase in top line. Of course, OpEx will follow, but it's primarily driven on the increase in top line.

### Oscar Rönnkvist
*Analyst, ABG Sundal Collier AB*

Q

All right. So, relative to previous like year-over-year growth in costs, do you expect the relative percentage term to decrease relative to what it was in the previous years?

### Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*

A

If you calculate the incremental margin, it's always been a bit higher. So over time, they will assimilate mathematically, if you would put it like that, if that makes sense.

### Oscar Rönnkvist
*Analyst, ABG Sundal Collier AB*

Q

# Evolution AB (EVO.SE)
## Q4 2021 Earnings Call

Corrected Transcript
09-Feb-2022

Yeah. Yeah. All right. Next one, on the recent signing with the FanDuel, you signed an exclusive Live Casino deal. Do you expect this trend will continue, and do you also expect the Playtech customers with like equal deals to open up for multiple suppliers?

### Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*



I think that, over time, exclusivity will not be there. And right now, it's more like an option where the operators want to have the best product and they need to get a push and they need to give something, and now we end up in agreements of one of the other guys. Competition is good. There will be competition in the US. We need to be best, we need to move forward every day, and we need to release the best products every year for the end users. So I don't see any change in that.

### Oscar Rönnkvist
*Analyst, ABG Sundal Collier AB*

Q

All right. Understood. Next one, just looking at the growth opportunities in Asia, is it rather like a significant grab of market shares, or is it like more of a market online trend that will fuel your growth in Asia? And additionally, if you could just – do you have like a ballpark estimate of your current market share in Asia, or maybe just discuss sort of your projected market position there right now?

### Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*

A

I would say that we're still small in Asia. Asia is a huge market. That's the first. And then I think that what builds the Evolution is preference, trustworthiness in the end users and entertainment of the end users. So, that is what makes our traction. And that's why Asian or North American or European players play. And then there is simply many more players in Asia than in Europe because it's a larger population. So, that's why it's driven.

In total, market share, very hard to estimate as it's hard to estimate also in Europe since we are the ones that disclose our figures, but it's hard to get the others. Europe, we have a good market share. And in Asia, I still think we're small.

### Oscar Rönnkvist
*Analyst, ABG Sundal Collier AB*

Q

All right. Got it. Just a final one on the regulatory allegations here. So I know that you have communicated that you, yeah, are talking like daily – on a daily basis with the New Jersey Gaming Board. But are you worried that the New Jersey Gaming Board or any other regulatory commission could force you to block other markets than the sanction ones or force you to cease operations with certain customers such as, I don't know, Stake.com, for example?

### Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*



We're very comfortable with our business model. We only then, as you all know, sell our content to license operators, licensed by state or government or countries. So we're comfortable with that. And we've been operative in US since 2018, 1,500 employees. And we are not worried about our position in total.

But, of course, you should never be arrogant. Everything that happens, you need to address. And we want to be better on everything, every day. And now we're, of course, looking into these, and we find things that we can

# Evolution AB (EVO.SE)
## Q4 2021 Earnings Call

enhance also in this area. And then as we stated, as we do that and we find those things and tune those and we do those things that make it better, we haven't seen any – it's been an insignificant effect on revenue.

---

### Oscar Rönnkvist
*Analyst, ABG Sundal Collier AB*

Q

Okay. Thank you. That was all for me.

---

### Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*

A

Thank you very much.

---

### Karl Jacob Kaplan
*Chief Financial Officer, Evolution AB*

A

Thanks, Oscar.

---

**Operator**: Our next question comes from the line of Rikard Engberg of Erik Penser Bank. Please go ahead. Your line is open.

---

### Rikard Engberg
*Analyst, Erik Penser Bank AB*

Q

Good morning, guys.

---

### Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*

A

Good morning.

---

### Karl Jacob Kaplan
*Chief Financial Officer, Evolution AB*

A

Good morning.

---

### Rikard Engberg
*Analyst, Erik Penser Bank AB*

Q

Can you please elaborate a bit on the bet spot development? I know it's a quite high growth Q-on-Q. Is that related to higher capacity, or is it related to increased activity in the networks?

---

### Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*

A

The bet spot is increased activity. And you saw my comments on Crazy Time, and it's one of the strongest games. But in total, activity in the network has increased.

---

### Rikard Engberg
*Analyst, Erik Penser Bank AB*

Q

Okay. Good. So, it's not bettors, capacity bettors limited during the Q1 to Q3 during 2021.

---

## Evolution AB (EVO.SE)
Q4 2021 Earnings Call

### Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*

A

No, I wouldn't say so. But we are undersupplying. We need more capacity. We could expand – I mean, it's hard to recruit 6,700 people, as I said. So we could expand faster, but we are on it. Believe me, we are on it.

### Rikard Engberg
*Analyst, Erik Penser Bank AB*

Q

Okay. Good. And also one question, yesterday, you talked about in the one-stop shop and integrated bonus systems, is that a key to achieve a higher growth within the RNG segment?

### Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*

A

Good questions. I would say that the bonus and free spin situation in RNG is less important now than 10 years ago because of regulatory aspects and limitations in that. And I would assume that development continues. So it's not – it's still important, but it isn't as important as it was in the past.

### Rikard Engberg
*Analyst, Erik Penser Bank AB*

Q

Okay. Thanks. That was all for me. [indiscernible] (44:58).

**Operator**: Thank you. Our next question comes from the line of Kiranjot Grewal of Bank of America. Please go ahead. Your line is open. It seems the question has already been answered. I'll move to the next question. The next question comes from the line of Oscar Erixon of Carnegie. Please go ahead. Your line is open.

### Oscar Erixon
*Analyst, Carnegie Investment Bank AB*

Q

Thank you. And good morning, guys.

### Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*

A

Good morning.

### Oscar Erixon
*Analyst, Carnegie Investment Bank AB*

Q

A couple for me, especially on the product pipeline here for 2022. It's a great presentation yesterday. First, on the Live side, you seem to announce eight Evolution branded Live Casino games yesterday. How many do you plan for the full year? What types are you most excited about in terms of innovation and revenue potential, Martin? It would be interesting to hear. Thank you.

### Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*

A

We will release more games, and there is more to come. I'm very excited overall and for different reasons for some of the games that we released. It's very hard for me to pick. I mean a new big baller monopoly game, fantastic. It's such a beautiful studio. It's such an amazing game. It triggers some parts where we are on our way into a new segment, fantastic game. The Lightning Extreme – extreme Lightning is an amazing game. It will sort

## Evolution AB (EVO.SE)
Q4 2021 Earnings Call

**Corrected Transcript**
09-Feb-2022

of continue our route with the Lightning games and make it – take it to the next level. It would be, in my world, a blockbuster.

Then, if you look at the Gold, the one that you saw on the first picture, I mean it's an amazing game. It's a stake game. It's going to be great. So there is a lot of things coming in the Live environment, and I very much look forward to it. And it's more – if we did a little bit more Asian-flavored games last year, it's also – but with people, BacBo, it's also here, but it's more towards North America and European market this year.

### Oscar Erixon
*Analyst, Carnegie Investment Bank AB*

Q

Excellent. Thank you. And on the slots side, I mean, a huge number of announcements yesterday, including perhaps, especially Superstars. A little bit hard to put into context, maybe sort of quantity of releases and the impact. Do you think the pipeline in itself is vastly superior to that in 2021? Would you consider the OSS rollout that's probably more important to get growth growing in the slots segment?

### Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*

A

So you put one thing against the other. And I would say yes the product roadmap, as I stated, 2022 is the best one ever. That's just it. And that goes for each part of the roadmap as well. But if I'm thrilled about the OSS, it's like a strategic tactic piece. It's the right thing, seamless, flawless, reaching out single integration, making it easy, seeing that everything works smooth, moving us toward is Amazon of gaming where you can get all the content at one single port. Having that in connection with the new lobby is like phenomenal.

And then on top of that, we released the games. And then it's more easy to release games. But we are on our way, don't forget that, it's not – usually companies maybe talk about this for years as a vision, we talk about it, and we have already – we'd say in a couple of weeks we will start to chant out with those, but we are not done. So that it's a long route. But exciting games, new lobby, fantastic OSS.

### Oscar Erixon
*Analyst, Carnegie Investment Bank AB*

Q

Understood. Understood. Thank you. And then on North America, growing by 67% sequentially I believe, and I have the market growing at maybe 14%, 15% sequentially in the US in the iGaming market. So it's the lower growth. I think you partly perhaps answer this a little bit, but it's lower growth, primarily due to the Ontario licensing process, or are you also seeing sort of a clear impact of not having the full like its offering in US yet?

### Karl Jacob Kaplan
*Chief Financial Officer, Evolution AB*

A

I mean both. I think, Martin, you answered it almost a little bit earlier on the quarter. So, both of those things affect. I mean, we are expanding as fast as we can in the studios there, but I think it's fair to say that we're currently a bit underserving the market when it comes to capacity. And yes, I mean, the Ontario affects a little bit in the quarter as well. So but I guess, yes on both your suggestions.

### Oscar Erixon
*Analyst, Carnegie Investment Bank AB*

Q

Understood. And then just a final question for me. I guess it's for you, Jacob, again, a little bit nitty-gritty here. But could you shed some light on the organics or constant currency growth of Live if you know here in Q4, given a lot of FX movement and so on? Thank you.

### Karl Jacob Kaplan
*Chief Financial Officer, Evolution AB*

A

I mean, all the – I mean, okay, the – no, I don't. There's no direct FX effects and all the Live revenue is organic. Then you could say, of course, different operators will have players play in different currencies, but we will invoice in – mainly in euros. So there's no direct FX effect to us. But of course, indirectly, there might be some, but we don't follow that.

### Oscar Erixon
*Analyst, Carnegie Investment Bank AB*

Q

Got it. Thank you very much.

### Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*

A

Thank you.

**Operator**: Thank you. And we've got Kiranjot Grewal of Bank of America back on the line. Please go ahead. Your line is open.

### Kiranjot Grewal
*Analyst, BofA Securities*

Q

Hey. Morning, guys. Sorry about...

### Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*

A

Good morning.

### Karl Jacob Kaplan
*Chief Financial Officer, Evolution AB*

A

Good morning.

### Kiranjot Grewal
*Analyst, BofA Securities*

Q

Just a couple of questions from me. You guys said that you have over 1,000 tables that you ended the year with. Could you maybe speak to how they were phased out, whether you, sort of, rolled out more towards the end of the year? Just trying to see if there's any impact on margins from that? Also, as you roll out some of these non-scalable tables such as Blackjack, do you think they could weigh on your margins? Thank you.

### Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*

A

We're expanding faster in the end of the year than in the beginning. The last quarter has been very hectic. So, that's when it comes to the 1,000 tables and above. So it's a little bit heavy towards the end of the year. Margin, I mean, we guide now on the 69% to 71%, and we're happy with that. And that is including then effect of an expansion in the products with both – when it comes to unscalable and scalable games. If that make sense?

## Evolution AB (EVO.SE)
Q4 2021 Earnings Call

Corrected Transcript
09-Feb-2022

**Kiranjot Grewal**
*Analyst, BofA Securities*

Q

All right. Thank you.

**Martin Olof Carlesund**
*Group Chief Executive Officer, Evolution AB*

A

Thank you.

**Karl Jacob Kaplan**
*Chief Financial Officer, Evolution AB*

A

Thank you.

**Operator**: Thank you. [Operator Instructions]

**Martin Olof Carlesund**
*Group Chief Executive Officer, Evolution AB*

A

Were there any more questions? Okay. Were there any additional questions? Yes, sorry.

**Operator**: Sorry, apologies. The question really literally came in. Just as I was saying, there's no further questions, and it was from a late caller. So I just needed to register them. From the line of Simon Davies of Deutsche Bank. Please go ahead. Your line is open.

**Martin Olof Carlesund**
*Group Chief Executive Officer, Evolution AB*

A

Okay.

**Simon Davies**
*Analyst, Deutsche Bank AG*

Q

Yeah. Morning. Just two quick ones from me. Firstly, we're hearing...

**Martin Olof Carlesund**
*Group Chief Executive Officer, Evolution AB*

A

Welcome.

**Simon Davies**
*Analyst, Deutsche Bank AG*

Q

...we're hearing increasing talk of wage inflation, particularly in the tech space. I was just wondering whether you were seeing any increased pressures in terms of your ability to recruit, particularly in North America. And have you seen any signs of a rise in staff churn rates?

And my second question just very quickly, is there any chance you can give some indication in terms of the 1,000 tables that you had at the year end? How many of those are in North America, and where do you see that number going to?



# Evolution AB (EVO.SE)
Q4 2021 Earnings Call

**Corrected Transcript**
09-Feb-2022

### Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*

A

Also two good questions. I mean, there is a lot of talks about inflation worldwide. And of course, depending on the pandemic and the countries print money or stimulate in other ways, we see inflation increase. How that will affect? We don't really see it yet. We haven't had any substantial effects. We don't see sort of a churn increasing because of that. However, of course, recruiting at the pace we are is also costing money when it comes to churn and others. But nothing out of inflation yet. We have to get back to that if that happens, but that's same for, I guess, all of the world and whichever business you have.

When it comes to the split of the tables to the North American, I really understand your question. We don't disclose that. Maybe we'll come to a situation with that later. But we are in a heavy expansion. And we could say that New Jersey have been there for a while and – but it's still expanding. I expect it to almost double. And the same goes for Pennsylvania and Michigan. So expansion is heavy, but we don't comment on the exact number of tables.

### Simon Davies
*Analyst, Deutsche Bank AG*

Q

Thanks.

### Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*

A

Thank you.

**Operator**: Thank you. And that was the final question on the phones at this time. So, I'll hand back to our speakers for the closing comments.

### Martin Olof Carlesund
*Group Chief Executive Officer, Evolution AB*

Okay. Thank you, everyone. It was a pleasure to have you here today and to present a great – another great quarter, as I see it, from Evolution. And above all, we have a fantastic product up – lineup for 2022. Thank you for listening and speak to you again in a couple of months.

Evolution AB (EVO.SE)

Q4 2021 Earnings Call

Corrected Transcript

09-Feb-2022

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2022 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

# EXHIBIT 32

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT
## Q1 2022 Evolution AB (publ) Earnings Call

## EVENT DATE/TIME: APRIL 28, 2022 / 7:00AM GMT

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is
prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its
affiliated companies.

REFINITIV

1

## APRIL 28, 2022 / 7:00AM GMT, Q1 2022 Evolution AB (publ) Earnings Call

### CORPORATE PARTICIPANTS

**Jacob Kaplan** *Evolution AB (publ) - CFO*
**Martin Carlesund** *Evolution AB (publ) - Group CEO*

### CONFERENCE CALL PARTICIPANTS

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*
**Kiranjot Kaur Grewal** *BofA Securities, Research Division - VP & Analyst*
**Marlon Varnik** *Nordea Markets, Research Division - Analyst*
**Martin Arnell** *DNB Markets, Research Division - Analyst*
**Monique Pollard** *Citigroup Inc., Research Division - Director*
**Oscar Erixon** *Carnegie Investment Bank AB, Research Division - Financial Analyst*
**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*
**Rikard Engberg** *Erik Penser Bank AB, Research Division - Research Analyst*
**Simon John Davies** *Deutsche Bank AG, Research Division - Head of UK Midcap & Online Gaming Research*

### PRESENTATION

**Operator**

Dear ladies and gentlemen, welcome to the Evolution audio call for the teleconference Q1 2022. Today, I'm pleased to present CEO, Martin Carlesund; and CFO, Jacob Kaplan. (Operator Instructions)

Speakers, please begin...

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Good morning. Welcome, everyone, to the presentation of Evolution's report for the first quarter of 2022. My name is Martin Carlesund, and I'm the CEO of Evolution. With me, as always, I have our CFO, Jacob Kaplan. I will start with some comments on the performance in the quarter, whereafter I will hand over to Jacob for a closer look at our financials. After that, I will round off our presentation with an outlook for the rest of the year. And then we are happy to take your questions.

However, before going to the next slide, I want to comment on the pictures you now see. This photo was taken 3 days ago, and it's one of our latest astonishing studios. It's the studio for the coming product, Crazy Coin Flip. Crazy Coin Flip is a world-class mash-up of a beautiful RNG slot, a superb live game with fantastic user experience. The game provides the best of both in the format that have never been seen before. A great experience for our end user is always to what comes first for Evolution.

Next slide, please. As always, life in Evolution is intense, and we are an exceptional high pace and deliberate. The great result in the quarter is an outcome of all the hard work performed by all our employees. We are in an investment phase with full focus on further increasing the gap in competition and to prepare for our future growth. This is done by expanding studio capacity, a clear focus on product innovation and end-user experience as well as the never-ending work to improve our operational excellence.

To keep pace with demand, we are expanding in current studios as well as building 3 new studios at the same time, 1 in Madrid, 1 in Armenia and the latest one in Connecticut. The brand new studio Madrid is going live today as we have this meeting actually. It's very exciting. Connecticut and Armenia is planned to go live in the near future.

The opportunities in North America are very promising and we will continue to substantially invest in that market. In the quarter, we launched Lightning Roulette in New Jersey, subject to necessary regulatory approvals in other states. Our aim is Lightning Roulette tables in each of the states that we are live with Evolution Live products.

In Ontario, we are live with only the Ontario (inaudible) since October, but we are since beginning of April, also live with all commercial operators. Worth mentioning in relation to the first quarter is the renewal of our existing agreement with FanDuel Group to become a new selected provider of live casino across the entire U.S. We have a great momentum in North America and March was a new record month for Evolution, and we are all well prepared to continue that development.

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

Last quarter, I spoke about our one-stop shop enabling our operators to reach all our content through one seamless back end that will enable a much faster rollout of new products. I can, as an example, mention that all operators on the newly opened Ontario market reached all Evolution products through OSS. OSS is also making it easier for operators to access and handle the products.

During the second quarter, Evolution is launching a new fantastic lobby. I cannot not express my excitement for the new lobby, think Amazon, Netflix and you're getting close. It's powerful, seamless, beautiful and who made the end users very happy. The lobby is smart, powerful and personalized and already in April, we are starting to roll out, and the general rollout will be somewhere in June.

Evolution has a game development hub in Ukraine. We all know the situation there. They primarily work with slots. Since the war began, all our efforts have been focused on the well-being of our local team. Evolution strongly condemns Russia's unprovoked attack on Ukraine. Evolution has no offices of customers based in Russia and the direct financial effects of the war at this stage is not material to the group. At the beginning of the pandemic, our studio in Georgia was temporarily closed during limited (inaudible) and large share of the traffic was transferred and managed by the Evolution other studios.

All studios in evolution are interchangeable and can be used to offset one another. In the same way, we have been able to move a large part of the development in Ukrainian engineering hub to one of our 10 other hubs across Europe, but also reallocating as many developers as we can out of Ukraine. To be a global company with sites across multiple territories is important risk-reducing factor.

Now let's move to the coming slides and see the sector numbers and products of all our efforts. Operator, next slide. We continue the momentum from 2021, and have seen very strong start of 2022. Operationally, it has been a very good quarter, and I'm pleased to see the strong results we present today. Revenues increased by 39% to EUR 327 million. EBITDA increased by 43% to EUR 230 million, corresponding to a margin of 70.3%. This is within our guidance of 69% to 71% for the full year. And my view is that we can manage the guided margins for 2022 despite the cost increases we see for all over the world, both in services and products.

However, as stated many times before, in the trade-off between growth and margin, we will always prioritize growth. Live casino delivered satisfactory growth of 44% compared to the Q1 last year. RNG revenue amounted to EUR 62.3 million with a growth of almost 2% compared to the combined revenue of NetEnt and BTG during Q1 2021. This is in line with our base case expectations. However, we do have higher expectations for growth going forward.

Moving forward into 2022 the path to growth within RNG is high priority. The lineup of coming slots is strong, and I feel confident about performance within the vertical will increase and that we will see stronger contribution to the overall results from both brands at the end of the year.

All in all, I'm very pleased to be able to present yet another very strong quarter for Evolution. We're definitely well placed to further strengthen our market share and to continue to get ahead of competitors. But as always, we need to work hard and become better every single day.

Next slide, please. Bet spots is to be seen as an indicator of the activity in Evolution Live Network. The number of bet spots from the end users amounted to 22.6 billion, which is an increase of 8% from last quarter, very strong increase. And compared to Q1 last year, a growth of 31%. The fourth quarter normally has a strong seasonality and its satisfying to see that we can continue to increase the number of bet spots at such a high pace during the first quarter.

We can also note that the comparison in 2021 was affected by the high network activity and game type changing activities from the players due to the COVID lockdown. As long as we continue to create great games that are exciting and relevant, new phase will be attractive to our type of incentives and the player base will increase. At the same time, I know the new players that have been introduced to Live Casino during the recent year, continue to accelerate the growth in the long term.

Next slide, please. Expanding our student capacity means that we need a high recruiting base. And in the quarter, we welcomed more than 900 new employees net. The increase in staff year-on-year amounted to 4,115 corresponding to an increase of 40%. We will continue to increase headcount during the year. And as we open our new studios in Madrid, Armenia and Connecticut, as well as we

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

expand in existing studios with the fast growth of the company, we need to have an equal high pace in our recruitment. And therefore, recruitment will continue to be one of our priorities and one of our key processes.

At Evolution, diversity in all forms is considered competitive advantage and an asset. We have more than 100 nationalities represented in Evolution. And for the company as a whole, 59% of the managers across all levels are female. These numbers are a testament to that equality, diversity are an integral part of the day-to-day operations and a key component of the company's business success.

At the end of the period, we were more than 14,000 Evolutioners. The Evolution family consists of super talented people with a winning mindset who want to attract the best talent and put a lot of resource in being a modern and fair employer, which is an ambition, I think we are fulfilling.

Next slide, please. In February, we hosted an online event to share our plan for 2022 and to showcase 25 new online casino games from across our all our brands. I'm excited to tell you so far, over 30,000 industry people worldwide have watched this film on the different platforms it's been published. Our group's product road map for this year is the strongest one ever with great vanity rarity and innovation among the existing releases from all of our 6 brands. The year -- this year across the group, we will present more successful addition to the bestseller game concepts such as our Lighting family and making collaborations with one famous entertainment brands and new unique clients for live and soft. Needless to say, I'm very excited about the new games that we have lined up for this year.

As the group, we were committed to creating the best gaming experience for every player in both license laws. Crazy Coin Flip is one example, which I already mentioned earlier, and you saw on the first slide. Another game that we will launch in the quarter is an example of a game with a (inaudible), super unload the heart. It's a world-class online version of the traditional Indian car game streamed from our beautiful Indian team studio for truly centric gaming experience. For those of you that liked Lightning Roulette, I recommend our newest Lightning family addition, Extreme XXXTREME Lightning Roulette, it's an exciting expansion of our award-winning Lightning Roulette. This is probably the most dramatic and exciting version of Roulette ever seen in the world. All our RNG brands have a strong lineup for operators and players coming up in the year, which will move on towards our aim of the double-digit growth in RNG. In addition to new titles, an important part of the product development is constantly improve the gaming experience in our existing games.

Recently, several of our first-person games have undergone some striking design improvements for an even more realistic 3D animated gaming experience. As I stated in the beginning, is the best form of our, and I'm very excited with the rest of 2022.

Next slide, please. This slide shows the breakdown of our revenue by geographic region. We continue to see increased demand for online casino across the globe. In 2021, we expanded the number of tables with over 300. However, demand is so strong -- however, the demand is so strong as we're underserving the market. In Asia, we saw continued growth, which amounted to 94% year-on-year. North America is also growing fast with the year-on-year growth amounted to 70%.

We see good potential in both these markets and expect a continued high growth rate going forward. In Asia, we have been successful with the daily content and especially our variations on Baccarat have been well received by players. In North America, we look forward to the opening of our fourth studio as well as we have high expectations for the entire market. Worth noting is that we are not dependent on new regulated states for our growth in the U.S. We still see great potential in already regulated and open states.

European markets, in general, have slower growth than the North American and Asian markets due to the both regulatory changes as well as that they are more mature. One year ago, the whole of Europe amounted to 60% of our revenue, today the number is 47%. The Nordics and the U.K. are the same sites with the year-on-year growth in U.K. amounted to 1.9% and in the Nordics, amounted to 33%. The rest of the year had a more moderate growth of 4.5% year-on-year. Other, including South America, Africa and remaining part of the world, shows a good growth of almost 8% year-on-year. Share of revenues from regulated markets amounts to 4% in Q1.

I will now pass on to Jacob for a closer look at financials.

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Thank you, Martin. I'm on Slide #8. Revenue amounts to EUR 326.8 million in the quarter, as you can see in the graph. That's made up of EUR 264.5 million related to our Live Casino product, and EUR 62.3 million from our RNG gains. Live Casino continues to develop really well, as Martin also described earlier. And compared to the same quarter of 2021, Live Casino increases over 44%. That's very good against the first half of 2021, where we had almost extreme growth in Live Casino. This quarter's growth rate also compares well to the pre-pandemic growth rate from 2019 and earlier.

RNG revenues increased 1.8% compared to the pro forma figures for Q1 2021, include Big Time Gaming in the comparison quarter. Compared to the previous quarter, RNG revenue is lower, partly due to a strong Q4, generally high payer activity around year-end with Christmas promotions and the like. But of course, we would also like to do better in the RNG area. We mentioned last quarter that our ambition to reach double-digit growth remains even though it will not be reached in the next couple of quarters.

We have lots of work going on, as you just heard in the RNG area, and I'm convinced that, that will pay off in the long run. But we have a couple of tougher quarters ahead of us in the RNG area as I see it right now. Total revenue growth compared to Q1 2021 is 39%. Q1 2021, of course, includes NetEnt for the full quarter as they came into the group in December of 2020.

EBITDA for the quarter amounted to EUR 229.7 million, giving an EBITDA margin of 70.3% in the quarter. This is in line with our margin guidance of 69% to 71% for the year. We do see cost increases in many areas right now, both due to our high activity level, and we also see price inflation in most markets right now. This does drive cost, and we will have to manage that. Our main priority remains supporting growth. So growth of our margins will continue to be our priority. All that said, however, we do maintain our margin guidance unchanged.

Operator, let's move to the next slide, please. This slide shows our P&L in a bit more detail. And here, the 2021 figures do not include any pro forma adjustments. From the top, we have Live revenue again, EUR 264.5 million and RNG just over EUR 62 million. That's a 44% growth rate, which is fully organic for Live Casino. And here, you can see there's 19% growth rate in RNG compared to the reported figures of Q1 '21. So that includes the acquired growth.

Total revenue of EUR 326 million, that's an increase of EUR 90 million compared to reported revenue Q1 last year. Moving down to expenses. Personnel expenses amount to EUR 63.5 million, is an increase of 30% compared to the same period last year. And it's also up a notch from previous quarter, Q4. We are expanding in all areas, recruiting heavily both within our operations, but also within -- on the engineering side. And I think we do expect to see some higher wage increases this year in many markets compared to previous year. So that's, yes, some pressure there.

Depreciation amounts to EUR 22.6 million. That includes EUR 10.4 million in amortization of intangibles related to acquisitions of NetEnt and Big Time Gaming. Moving down other operating expenses. That includes items such as consumable equipment, communication costs, consultants, royalty fees. This line amounts to EUR 33.6 million in the quarter. It's up 25% compared to the same period 2021, but down compared to the previous quarter Q4. In hindsight, I can conclude that Q4 did carry a few extra expenses that tend to come in at year-end, and this quarter might be a little bit on the low side. So looking at our run rate, I would say, it's probably somewhere in the middle of this quarter and Q4.

Summing up, total operating expenses totaled just over EUR 119 million for the first 3 months of the year, an increase of 27% compared to the reported figures in the same period last year. Operating profit, EUR 207.1 million in the quarter. Moving down financial items. This includes a positive item of EUR 5 million related to the completion of the compulsory buyout of the remaining NetEnt shares that did not come with the original share offer a year ago. When arbitration was completed earlier this quarter, the amount paid was lower than what was in our acquisition analysis. And since the final period since the acquisition has passed, the correction of goodwill is over P&L. So a EUR 5 million positive item on financial items.

Tax is at EUR 13.7 million for the quarter. That's a tax rate of 6.5%. And these items brings us to a profit for the 3-month period of EUR 197.7 million, equaling (inaudible) per share for the quarter for Evolution. (inaudible) an [increase] of 50% compared to first quarter.

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

All right, we can go to the next slide. Operator we can move on. Cash flow and financial position before I hand back to Martin, we'll have a look at that. Starting to the left in the slide, we have development of capital expenditure. The great part of the bar represents investments in tangible assets, which is mainly our studio build project. In the first quarter, CapEx and intangible assets is EUR 14 million. As mentioned earlier, activity is very high when it comes to studio projects right now, and we expect to continue at a high pace during this year.

We mentioned projects in Madrid, the one in also in the Connecticut among the larger projects right now. And Madrid, we'd love to see that we have our first table live today, but investment will continue also as we expand and build out capacity gradually in all these projects. The positive side effect of expanding networks for studios is that today's network existing studios is more resilient than ever before, and the tendency on any single studio is continuously decreasing.

As Martin mentioned, that's something we see as very positive and something that will benefit operators. The blue part of the bar in the chart is the investment in intangible assets, and it's related to development of new games and features to the platform with EUR 7.1 million in the quarter. As we've also mentioned before, investment in games will continue at a very high pace. We have a record number of games coming out this year. That also will continue. So for the full year 2022, I estimate we would have CapEx about EUR 90 million.

So during -- if it is a step up, we were at roughly EUR 60 million for 2021. And during 2020 and '21, especially, I would say, especially in the intangible assets, also back at the pandemic did make it difficult to build. So some catch-up effect of that this year, but also, of course, our growth warrants the continued investment in studios engage.

Moving on to the middle of the slide, which show operating cash flow. Very good in the quarter over EUR 209 million and cash conversion on the roaming 12-month basis is just over 80%. So the far right on the slide, a quick look at the balance sheet, EUR 439 million in cash at the end of March. Since then, EUR 303 million has been paid out as dividend for 2021 earlier in April. So right now, we have a reduced cash balance. But with strong cash flows, we maintain an overall very strong financial position.

That was the end of my prepared remarks. I'll stop here. I hand back to you, Martin, and we'll take questions after that.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Thank you Jacob. A few words next slide and, of course, the outlook for 2021 -- 2022, actually, not 2021. You can see that there's something wrong with that slide. If you find it, you send the mail and you get a prize. A few words to conclude this presentation. This year will be the year of product and innovation. We have entered the year with good momentum and equipped with the expanded product portfolio in Thailand. I look forward with enthusiasm to the rest of the year.

We will release a record number of new innovative, exciting and fantastic products. Exciting games to inspire on current as well as future players. It's hectic times as I started this presentation with. But remember, demand for our product is global, and we will continue to invest in products to the capacity and of course, in our people in order to fulfill the worldwide demand. We relentlessly continue to push our boundaries and we are as paramount ever.

Thank you all for listening, and we'll speak again in a couple of months. Now let's go the last slide and questions.

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) The first question is from Martin Arnell, DNB Markets.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

I hope you can hear me.

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Yes. Very well.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

So Martin, I noticed you mentioned that you're sort of underserving the market. When do you think that you will be out of such a situation and actually be on par with the demand?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I don't have a clear timing for that. But I think that as we grow continuously and expand the market, I think that we will be underserving the market for quite some time going forward. But right now, it's a bit too high. We need to expand a little bit faster during the...

**Martin Arnell** *DNB Markets, Research Division - Analyst*

And Madrid is open today, the other one start -- year 1 launch, is that for the near term? And also could you comment on when you expect Connecticut Live to be open?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I think that in the near future, and I don't want to pick a date on it, neither for Connecticut or (inaudible) right now, but it's in the near future.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. And looking at your activity in April, do you see any change of trends compared with Q1?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I have stated that we are very happy with the momentum during Q1. And then I focused on that we have the best product road map ever, and we're going to release a lot of products and we're happy with the momentum coming out of Q1.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. And how many of these games do you have left to launch for the rest of the 2022 where you are now?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We have a road map consisting of 88. I didn't do exact math, but we are just in the beginning of the release period right now.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. Then North America, it's Ontario and you're going to launch in Connecticut and you have the -- you have the Lightning Roulette game. Do you expect any change of the growth rates during the coming quarters in North America?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We don't guide on the growth rate going forward. We are very happy with the growth rate that we have right now. I think that we have great momentum. There's more to do, expanding in all studios, and we will continue expanding as possible through Q2 and onwards.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. And I saw that you commented in the media here this morning that you had concluded the internal review. Can you comment a bit more on that, please?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Yes, I think that we commented that already earlier. When this report was created, of course, we review everything internally, and we prepare ourselves to hand over any information that is requested. And of course, we found a lot of things that we could do better as we do in all areas every day. So we are happy with that result and move on from there. And we have a good relation with the regulators in all over the world.

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. And has that impacted the business, your conclusions and your actions. Has that impact -- had any impact on the business in the last 2 quarters?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

As stated before, no material impact.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. And this new lobby, I'm curious about what are the sort of -- if you would summarize the improvements for consumers and the operators, what would you say?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

The consumers will be -- it will be intuitive. It will be something that when you come in there you will know exactly what to do. As stated, I think a little bit like not thinking it a little bit like Amazon, it would be a major step forward for the user experience and selecting and finding the games.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. And just to add 2 more questions just before I let the others. The EBITDA margin, did you expect to reach above 70% already in Q1 when you set that target for 2022?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

It was a full year guidance, 69% to 71%. And as we said then, we saw that we would -- we were close to 695 coming out of Q4. So we didn't have a kind of quarter-by-quarter agenda. I think that like we said, we see that, that guidance still stands. So we're not ahead of plan or anything like that.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. And your cash position, I think you have EUR 440 million. And just curious, you did some buybacks in Q1. How are you thinking about M&A possibilities, potential to add a new vertical in the long term sort of what's stopping you from those initiatives?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Yes, as I mentioned there, since the end of the period here, we have made the dividend a little over EUR 300 million. So cash balance is lower, but cash flows are all good. So we will be in a cash position. Again, I don't see that there's a material change to our strategy there. We said before that we will -- we, of course, evaluate and look at M&A and the opportunities there. But the primary growth is the basis that we see organic growth and dividend growth is no change. I don't know if you want to add something, Martin, maybe on the...

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We are aiming and moving, and we want to be #1 in our markets around the world, as you all know. And we're constantly looking at what this could actually move up and enable even quicker on that path. So we're always looking, but we think we want to find the right -- so just a comment on M&A.

**Operator**

The next question is from Ed Young, Morgan Stanley.

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

I've got just 3 questions, please. The first is on your comments on diversification of supply. You're saying the ability to shift the supply of your services from your 15 different studios. If I look at your 2 main competitors in Europe, one of them has almost all their tables in one location, more than just has one location. So is this just about business resilience? Or are you also finding it competitively helping you win contracts with operators?

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I think the one key -- it's a good question. The one key learning that we all, I think, did from pandemic is that resilience and we can shift capacity from one place to another. It's important to the new world because you never know what's going to happen. And now we also have a horrible world.

So we are in fact a network where we can interchange the tables between the different studios. Now it's also important to remember that there are very much different type of tables or type of products where Crazy Time could be one and a single bucket is another, and they have completely this intensity and completely different setup.

So even though one studio could consist out of many tables, it doesn't necessarily mean that it's a larger part of the business. So it's all interchangeable and that we work to make it like that. And I see the competitive advantage and also security for all the operators.

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

Understood. And looking at the North America market, you mentioned there the contract with [Sander], which I think you described as being the selected provider. I think that's also translated as an exclusive provider. Do you think that's an exception in the market? Or do you think there's a chance that other major operators would look to strike similar kind of structure of deals? I appreciate there are already existing customers, every major operator has already existing customer. But is there a chance they move to that kind of structure? Or do you think the Sander was an exception of some kind?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I think that we've been living in a world where there's been exclusivity and we have been blocked out from some customers to some extent. But -- and it will probably ease. In a total picture, I believe in competition, I believe in an open market and we need to move forward. We need to have the best product. We need to be better every day. But then, of course, there are elements where you do something together with someone and there is forming some kind of, okay, partnership or whatever you want to name it. And in those periods, you might have a preferred situation in one way or the other.

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

Okay. And then the third one, I just wondered if you could help us with Canada. You mentioned extensive casino services to providers -- to operators in Ontario. Could you perhaps help quantify what kind of impact that could look like in Q2 and onwards given you think to have launched pretty successfully at the start of the period?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We're very happy with the launch to rely on a first day with all operators that have the live plans. It's a great market. I think it was very well handled by the regulators and also lotteries. We see good potential in the Ontario market going forward.

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

Okay. Perhaps if I could just come back on that. I think it's fair to say you're serving that market from the European studios, existing studios. The supply is already there, demand, I guess, should be fairly quick. Should we expect an acceleration in North American growth in Q2 on the previous quarter? Is that a fair assumption?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

You are correct in the -- that we supported from most of the European network. However, Ontario as the market is one market, and I don't think any market in North America as a single one should be overvalued. But it's a great market, and we will see a good expansion there.

**Operator**

The next question is from Oscar Ronnkvist, ABG.

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



APRIL 28, 2022 / 7:00AM GMT, Q1 2022 Evolution AB (publ) Earnings Call

**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*

All right. So the first one, sorry if you need to repeat yourself here, but 1 year ago in the Q1 conference call, you wouldn't revise the margin guidance. You said there was room on the upside, which eventually turned out to be the case. And in addition here, I know that every year, you -- the reported margin has exceeded your initial expectations. So as 1/3 of 2022 has passed, did you have like any additional comment regarding how we should think about the current margin guidance for 2022?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Yes, it will be a little bit -- we won't say room on the upside today. So it's a -- the guidance is in that range, 69% to 71%. And we think that incorporates some of the cost increases that we see in many areas, as we mentioned. So no.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I can add -- I can also add that we are in a situation in the world which is unstable. Inflation is increasing quite a lot, and there's a war going on. We're very happy with maintaining the guidance of 69% to 71% given these circumstances coming out of the pandemic.

**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*

Okay. Just a follow-up. So would you say like before you made the margin guidance, your growth expectations, are they now higher than the initial margin guidance when it was set?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

The margin guidance of 69% to 71%, we were happy with that, and that's the best guidance to give at that time. And now we're standing in Q1 and the 1/4 of the year has passed, and we maintain that it's a good guidance and there's 3 quarters of the years to come.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

As a reminder, we said so many times, our main priority is always trying to maximize growth. And we do give some -- it's our fair assessment of where we are on the margin where we think we can end up, but it becomes sort of a meta discussion what was before and after and so forth. So I would just say that right now, that's our view. You see the numbers, and we're within that range. So I will leave it there.

We're not trying to communicate in code, like to say one thing and mean another. Or I see sometimes in the comments like yes -- or sometimes they -- we don't -- it's not our intention to always move one way or the other. We will just try to call it as it is.

**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*

All right. Got it. So next one, in terms of the lockdowns in Asia and the Russian invasion of Ukraine. So one might think that one -- the first one had a positive impact on your growth and the second one, a negative. Just to give you an example, the Asian part looks like the Baccarat tables are going quite strong at the moment. So could you comment on the impact you think these 2 events effectively had on this quarter's top line growth?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

The only comment I would say that Russia, we don't have any customers in Russia. We don't have any direct operators there, and it's not a large market for us. When it comes to Asian lockdowns and effects of that, we haven't really made any assumptions out of that. We have good momentum in Asia as we see in the growth. We have had that for quite some time, and the market is large, I see great expansion going forward as well.

**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*

Okay. Just a final one on cost here. So obviously, the personnel costs increased quite a lot from Q4, but also the other operating expenses decreased quite a lot from Q4. And you said that Q4 was a bit high on the other operating costs and that Q1 here was on the lower side, and we should be thinking like in the middle of that range going forward on the run rate. So how should we think about the personnel costs going forward and the year -- or sorry, the sequential growth here?

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

On personnel costs, I think the -- that's -- we compete to grow from this level. We'll continue to recruit, continue to adapt. So there's no -- that's kind of normally what we've seen through the years. As we expand and grow and more tables, more staff, more engineers, more administrative staff, that will affect personnel costs. So that's how we see that.

And like I said, other operating costs, that's a lot of items that go in there. And yes, I'd say maybe a little bit on the low side this quarter and then it was a little behind in the previous quarter. So yes, somewhere in the middle there would be sort of a run rate thinking about it going forward. But yes, we'll see. Like I said, it is a lot of moving parts in that, so we'll see where it ends up. But all in all, I think the margin guidance sort of gives you an idea of how we see the cost development right now.

**Operator**

Next question comes from Monique Pollard, Citi.

**Monique Pollard** *Citigroup Inc., Research Division - Director*

I've just got a couple of questions. The first one just on Russia. So I don't see your Russian revenue exposure. I know you don't have customers there, but your Russian revenue exposure was low single digit previously. I just wanted to understand exactly how that has altered in the quarter or if that Russian revenue has been roughly maintained through the quarter and how we could expect that to evolve through the year.

And then secondly, on the RNG growth. Just wanting to understand if you're still confident to achieve the double-digit growth in R&D at some point this year or if that could flip into 2023 given that you just mentioned the next couple of quarters would be more challenging on the growth side for that division.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

When it comes to Russia, it's lower now than it was before. So it's coming down. That's the comment on that. So that's the situation there. And we, of course, monitor any sanctions on whatever would come and what we will do and talk to regulators regarding this.

When it comes to the double-digit growth, that's clear, that's our ambition. That's what we're heading. We're going there. Exactly what time frame, I already stated that we are in the base case. We're not under the base case or we're on the base case. We're not really content when it comes to the development in RNG, but it could be much better or better. But we are on base case. Exactly when we reach double-digit growth, I will need to come back to that.

**Operator**

The next question comes from Oscar Erixon, Carnegie.

**Oscar Erixon** *Carnegie Investment Bank AB, Research Division - Financial Analyst*

A couple of questions from me, starting with the U.S., also growing rapidly in North America and new U.S. states as not necessary for continued high growth, as you mentioned, Martin. But can you talk a little bit about the time line for the Connecticut Live Casino launch coming Q2, Q3? And also, I mean, on new states, what do you see here for, I guess, 2023 since 2022 seems to be lacking new states as far as I can tell?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We very much look forward to Connecticut as a new state. And of course -- and I stated, I don't want to give you the date for Connecticut, but in the near future. That is as close as I can get to you today. So in the near future, we'll afford to go live in Connecticut. We're in -- the studio is more or less ready, and we're building now. So we're finalizing now.

When it comes to new states, that's a little bit like what weather will be tomorrow because, of course, now there's movement in New York. We may center and talk to them about it, and there might very well be regulation in New York. But that could take anything from --

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**REFINITIV**

absolute minimum 9 months, up to 1, 2 years, we don't know. So that's the situation. And then the talks about Illinois, Indiana, but there might be something else coming up in between that. So it's very important to predict political process, of course, we monitor it, and we help in any way we can. But it's hard to actually decide or know when it will happen.

**Oscar Erixon** *Carnegie Investment Bank AB, Research Division - Financial Analyst*

Understood. That's very helpful. And then on the U.S. again, I mean, can you say something about how the processes of getting more Live Casino games licensed are going? Do you expect it to accelerate in 2022? Or will it continue to be sort of the bottleneck and not going as fast as you would have liked?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

The first answer is very simple. It will never go as fast as I want it to. So that is like -- so that's clear. I'm really, really -- we need to move that. But then to put the games and hopefully we get more games -- new games out, it's an indication for us. We need to work with the regulator. There are all different moving parts physically and (inaudible) and that's something that is continuing. We work with all regulator right now -- regulators in the United States right now to license and educate and get our games live. So that's how we do it. And that's again a process that is, in the end of the day, in the hands of the regulator. So we work with them and try to do it, and I hope to be able to release more games during 2022.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

But I think we can add, maybe compared to a year ago or so, I would say it's a good process, but it's a process that does take time. So we'll continue to work and if it will happen, but it will...

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

It's a very good process, and we're moving forward rapidly but not fast enough.

**Oscar Erixon** *Carnegie Investment Bank AB, Research Division - Financial Analyst*

Understood. And then on Latin America, it seemingly grew strongly sequentially for you and also for European operators in the regions and you mentioned in the comments as well. What do you say about the development there? What is your capacity? What do you say about the plans and the potential?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

If we put the timing aside and I think long term, it's a phenomenal interest, phenomenally interest in market, actually great potential. And it starts to move with Argentina, Colombia and now talks in Brazil. And there are provinces and regions and a little bit of challenges when it comes to regulatory aspects. But because each of the regions or products that maybe want to regulate on that. But it's a phenomenal market. I mean if we go out 10 years, I think that Latin America would be a good market and a large market for Evolution.

**Oscar Erixon** *Carnegie Investment Bank AB, Research Division - Financial Analyst*

Perfect. And then a final question here. It seems like operators with high relation to regulate the European markets are seeing sort of clear post-COVID effects while other markets are performing well. Do you see the same thing in terms of post-COVID, will you view it as more of a regulatory element in certain European markets?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I would mean to work that the situation predominantly in Europe has to do with regulatory aspects more than the COVID or post-COVID situation. There are headwinds or difficulties when it comes to certain markets in Europe. It can be -- some operator doesn't get a license. Some markets doesn't issue the license like Germany does. And there are strong elements of imports in U.K. and France. So I would say that as first in Evolution, we do not look at it and have not looked at it on this COVID bump up and bump down.

Of course, it's there, but we also stated that as the network activity went up, the capability to deliver, the deliver capability went down. And it's netted off as neutral. And then on the other side, it's a neutral when the capability goes up and the delivery -- maybe the network activity from each state is down, but it's come down neutral. So we don't really look at it in a pandemic perspective.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**APRIL 28, 2022 / 7:00AM GMT, Q1 2022 Evolution AB (publ) Earnings Call**

**Operator**

The next question comes from Kiranjot Grewal, Bank of America.

**Kiranjot Kaur Grewal** *BofA Securities, Research Division - VP & Analyst*

Firstly, I know you mentioned you're happy with April performance to date, but there's quite a few concerns on border economic performance across Europe. Are you seeing -- or do you expect to see any impact from a tougher consumer environment? So that's the first one.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

The situation in the world is very unstable at the moment. And we have had no material effect of that in Q1. We're actually pushing forward in great figures. And we're very happy with the 7 point -- 70%-plus margin and the almost 9% growth. Going forward, we guide on the 69% to 71% on the margin, and we see that will come in to Q2 with a great momentum, and we have fantastic releases of products. Then exactly what happens in the world and what a crazy person, horrible person like Putin does will affect the whole world and also if that happens, and then I have no prediction on that.

**Kiranjot Kaur Grewal** *BofA Securities, Research Division - VP & Analyst*

Okay. And can I just dig into the RNG performance a little bit? RNG pulled back. I know you've got a pipeline of new games going forward, but are you able to comment on why we had that pullback in Q1? Are you losing market share? Or will the game launches be enough to get you back?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We have a good road map for 2022. It leans a little bit towards the end of the year. We knew that already we have a little bit softer figures in Q1. We look forward to strengthening that through the year. Our ambition to double-digit growth is firm, and we are working towards that. Exactly when we can reach that level, I don't want to say that. And we are on the base case for us when it comes to RNG. So we are okay, satisfied, good, but we need to take another step.

**Kiranjot Kaur Grewal** *BofA Securities, Research Division - VP & Analyst*

Okay. Perfect. And just the last one. You've gone live in Ontario. Are you able to comment on the size of the boost we should be rolling in from that switch on? I know you had -- you were live with lotteries as well. But now that the bigger players are back on, what should be the bump up?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I little bit answered this, and I will answer it the same way that, I mean, it's a fantastic market. We went live on the first day, and I'm very proud. Everyone did a fantastic job in evolution to do that and achieve that. And we see potential and it will grow fantastically well. But not one single market in the U.S. will sort of change the total of the North American market. So I wouldn't overvalue that. There's more states. We're doing well. We see good potential, growth is continuing and I'm very confident about that in a good way.

**Operator**

The next question comes from Rikard Engberg, Erik Penser Bank.

**Rikard Engberg** *Erik Penser Bank AB, Research Division - Research Analyst*

I have one question regarding the development in bet spots and headcount. Given that you grow the headcount more than the bet spots year-on-year, do you think you will be able to accelerate the growth in bet spots with all the coming quarters?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

It's a good question. The comparison figures, you have to look at the comparison figures for Q1 2021. And then you see a big bump up caused by the COVID. And now we're missing those, so the bump up was 100%. So that's -- if you instead look at the actual growth in bet spots, you get a bit of a different picture, and also look at the growth from Q4 to Q1 with a plus 8%. So we are refrained from those...

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

**Rikard Engberg** *Erik Penser Bank AB, Research Division - Research Analyst*

Okay. Good. And a follow-up question. Given the -- if you look at from Q1 -- from Q3 last year Q1, the growth that you see is less due to increased capacity. Or is it due to higher activity in the network?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Predominantly game-type shifts and higher activity more than capacity.

**Operator**

The next question comes from Simon Davies, Deutsche Bank.

**Simon John Davies** *Deutsche Bank AG, Research Division - Head of UK Midcap & Online Gaming Research*

Three quick ones from me, please. Firstly, a number of tech companies talking about a war for talent. Are you seeing any signs of increasing staff churn rates? Or are you finding it more challenging to fill job vacancies?

Second question, Asian market, very strong. Can you identify any key markets within that, that could perform particularly strongly? And the last one was just on the competitive environment. We've seen Playtech and Pragmatic increasing live casino capacity. Any evidence that they're competing more aggressively on price? And are you seeing any pricing pressure in negotiations for new contracts?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

So recruits come up. We have already stated earlier that we want to recruit 1,000 engineers in the coming 24, 36 months. That's a lot of engineers in all our different 10 hubs, and we will add more. And there is, of course -- I wouldn't maybe call it a war. I would say that there is a high competition to get the best people, and we are aiming to get the best. So that's always challenging. And we want to get the right people than the right number of people. So that is all challenging, but our goal is firm. What...

**Jacob Kaplan** *Evolution AB (publ) - CFO*

As you know, we haven't broken down the regions into individual countries. So really nothing to point -- to sort of call out there. And that's -- and I think then you one was around price pressure, if...

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I think that we have a huge problem with the price in total when it comes to Evolution, and that is it's partly low for a fantastic product that we have. And I think that we have so much value constantly year out and year in. This year, [ATH] product, and I'm actually serious that we have so much value these years that sometimes the price tag along with that value added.

So -- and having that said, it's always a negotiation with each and every customer. And whatever entry point you have on time, it's always hard to change it, and we value all our customers that have been with us and it's our negotiations. But I would say that it's not a common cost pressure or price pressure. I would argue that we should have a bigger, broad product.

**Operator**

The last question is from Marlon Varnik, Nordea Markets.

**Marlon Varnik** *Nordea Markets, Research Division - Analyst*

Can you hear me?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Yes. We can.

**Marlon Varnik** *Nordea Markets, Research Division - Analyst*

So just a follow-up question here on studio opening. I mean, I think take [Peru], for example, with the live casino studio. How do you assess the growth possibilities here in South America with the live casino opening and why it might be a later thing to do?

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**APRIL 28, 2022 / 7:00AM GMT, Q1 2022 Evolution AB (publ) Earnings Call**

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We will expand into South -- Latin America, and we will open studios where we already have. We will do it in the right way and with the right quality and the right site. And we're working on it. And right now, we have very good development and negotiation with a lot of different customers there. So I look forward to coming back to you on opening of studios in Latin America.

**Marlon Varnik** *Nordea Markets, Research Division - Analyst*

Clear. And another follow-up question here. I mean, given the pent-up demand you see, have you seen any supply chain problems in the quarter that has dampened growth in these specific regions, for example, materials like dices for tables and so on? Any comments here would be appreciated.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We have had challenges as many other companies in the world, of course, we declined. And it comes down the -- semiconductor is something that are hard to get. Sometimes all the containers are instead of being where they should be, they are in China or elsewhere. And sometimes you have to use supply to carry things over. But it's a constant challenge in the world right now.

And then when it comes to any gaming equipment and licensing and regulatory aspects and supply set like it was always a bit very challenge also in those areas. But all in all, we are progressing, we're doing right and continuously getting a little bit better every day and a little bit faster I also hope every day.

**Marlon Varnik** *Nordea Markets, Research Division - Analyst*

And given this, I mean, are there any specific regions that are relatively more affected? I would assume as we do, for example, North America region here.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I think that it's -- no, I would say no to that. It's that -- the market for certain suppliers are worldwide. And if you send it through North America or you send it through Europe or anywhere else, usually, it's more the supply chain that is difficult. No, I wouldn't single out anything.

**Marlon Varnik** *Nordea Markets, Research Division - Analyst*

And lastly, more broad question here. I mean looking at the past 2 years, the unregulated share of sales has slightly decreased despite the very strong Asian growth soon. Based on what you see today with more markets regulator like casino, is the trend of unregulated share of sales decreasing, a trend you expect to continue? Any comments here would be appreciated.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

On the regulatory, yes, in the long term, much, much more of the revenue in online casino with the regulators. Countries will regulate. So that is a matter of time rather than anything else. So -- but it will take anything from 1 year to 5 years to 10 years, that we do not know. And we also have to remember that the regular COVID situation in Europe, which is the more mature online market, is quite new. I mean, many of the countries in Europe is regulating 2020, 2021 and 2019.

So also Europe was in an unregulated era for a very long time. And the other parts of the world will be in that era for also a very long time. And we are worldwide, we will transition through this like we did in Europe. So in the long term, it will go up, not to 100%, but it would go up. But then on the other hand, we also know that land, they still stand for, I don't know, if it's 85% or 88% of the total casino revenue today. But it's predominant on all markets. So as this regulation proceeds, more and more of that revenue will also come into online. So it will take some time, but it will go up.

**Operator**

There are no further questions. I hand back to you, speakers.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV    15

APRIL 28, 2022 / 7:00AM GMT, Q1 2022 Evolution AB (publ) Earnings Call

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Thank you very much for your time. It was a pleasure to talk to you and answer all your questions. I hope that you have a great day, and see you all soon in a couple of months.

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS REFINITIV'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2022 Refinitiv. All Rights Reserved.

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

# EXHIBIT 33

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT
Q2 2022 Evolution AB (publ) Earnings Call

## EVENT DATE/TIME: JULY 21, 2022 / 7:00AM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is
prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its
affiliated companies.

REFINITIV

## JULY 21, 2022 / 7:00AM GMT, Q2 2022 Evolution AB (publ) Earnings Call

**CORPORATE PARTICIPANTS**

**Jacob Kaplan** *Evolution AB (publ) - CFO*
**Martin Carlesund** *Evolution AB (publ) - Group CEO*

**CONFERENCE CALL PARTICIPANTS**

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*
**Georg Attling** *Pareto Securities AS, Research Division - Analyst*
**Kiranjot Kaur Grewal** *BofA Securities, Research Division - VP & Analyst*
**Marlon Varnik** *Nordea Markets, Research Division - Analyst*
**Martin Arnell** *DNB Markets, Research Division - Analyst*
**Monique Pollard** *Citigroup Inc., Research Division - Director*
**Oscar Erixon** *Carnegie Investment Bank AB, Research Division - Financial Analyst*
**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*

**PRESENTATION**

**Operator**

Good morning, and welcome to the Evolution conference call. (Operator Instructions) Please note, this event is being recorded. We have with us the CEO, Martin Carlesund; and CFO, Jacob Kaplan. I'd now like to turn the conference over to Martin Carlesund. Sir, please go ahead.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Good morning. Welcome, everyone, to the presentation of Evolution's interim report for the second quarter of 2022. My name is Martin Carlesund, and I'm the CEO of Evolution. With me, I also have our CFO, Jacob Kaplan.

As usual, I will start with some comments on our performance in the quarter. I will then hand over to Jacob for a closer look at our financials. And after that, we run off our presentation with an outlook for the rest of the year. After that, we're happy to take all your questions. Operator, next slide, please.

The many operational deliveries in the quarter are a testament of the speed we are operating. During Q2 alone, we opened two new studios and launched Live on two new markets in North America. Just after the period, we launched a third new market, Connecticut. This is truly a great delivery. The new studio in Spain will, once operating at full capacity, be another midsized studio.

The studio will serve multiple markets with local languages to meet demand from our services from operators. Please note that our current studio in Spain will continue as now and serve the local regulated Spanish market. I was personally in Madrid in the end of June, and the new studio in Madrid is a great new addition to the older existing Evolution startup studios.

The other studio launch is also midsized and in Armenia. The Armenian studio became our 15th studio and will cover expansion during 2022 and 2023. We have already started the plan for creating studio #16 and 17, also midsized in Europe to prepare for demand 2024 and 2025.

The North American market is developing rapidly, and I'm proud and excited that we, in June, further expanded our North American footprint when our Live games made their debut in West Virginia. Yet another step in the U.S. market expansion is that we after the period launched our studio in Connecticut, the company's fifth studio, serving the growing regulated U.S. iGaming market.

An additional step for us in North America is the second -- in the second quarter was that Ontario, the largest province in Canada, opened up the market for commercial operators. What make this market special is that the licensed operators in Ontario will have access to our studio network in Europe and therefore also to our full portfolio of Live games.

Last, but absolutely not least, we also initiated construction of an additional state-of-the-art studio in New Jersey to cover the demand we see on this market. We look forward to recruiting around 700 new employees in the coming 24 months in New Jersey.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

All in all, the opportunities in North American market is very promising and I'm -- and it's a confidence, I look forward to our development on this market.

We are in investment phase and during the second half of 2022, we will focus on scaling up all new studios and naturally, the effect will take some time to show in the financial numbers. I'll come back to the acquisition of Nolimit later in the presentation, but let's now move to the coming slides and see the sector numbers and products on all our efforts. Operator, next slide, please.

After a strong first quarter, I'm satisfied to report a financially good quarter. Let's look at the financials. Revenues increased by 34% to EUR 344 million. EBITDA increased by 36.4% to EUR 238.2 million, corresponding to margin of 69.3%, which is within our guidance of 69% to 71% for the full year.

The world is in a difficult situation with war, inflation, cost increases and delivery challenges, but we reiterate our margin guidance of 69% to 71% for the full year 2022. However, as stated many times before, in the trade-off between growth and margin, we will always prioritize growth.

Our RNG business amounted to 90% of total revenue in Q2 and Live represented 81%. The momentum in Live is strong and within the vertical, the growth amounted to 36.7% compared to Q2 last year. RNG revenues amounted to EUR 65.5 million, corresponding to growth of 6.1% compared to the combined revenue of NetEnt and BTG during Q2 2021.

This is a good growth and in line with our plans going into H2, increased growth within RNG is still high priority. And with a fantastic slots pipeline for the rest of the year, we have higher ambitions for the coming quarters. The goal of double-digit growth remains for our existing RNG business. The growth of Nolimit will be added on top of those ambitions.

Despite the macro challenges in the world, Evolution has great momentum, and we are definitely well placed to further strengthening our market share both in short term as well as in long term. The promise we give is that we will continue to invest in our expansion, both in studios and games and never forget that we always need to work hard and become better every single day.

Next slide, please. Bet spots is to be seen as an indicator of the activity in Evolution Live network. The positive trend with a strong increase of bet spots continued and accelerated in the second quarter. The number of bet spots from the users amounted to EUR 24.3 billion, which is an increase of 7.5% from last quarter and compared to Q2 last year, growth of 38.5%.

We experienced a continued strong increase in volume quarter after quarter, but even so we noticed that bet spots for Live is affected by the game mix where, for example, Baccarat generates fewer bet spots than Roulette. And as Baccarat continues to (inaudible) grow faster, we also see that affecting the growth of bet spots. During the second half of 2022, we look into different activity measurements for both Live as well as RNG. Next slide, please.

At the end of the period, we were more than 15,000 Evolutionaries. Expanding our studio capacity means that we need a high recruitment pace. In the quarter, we increased the number of employees with 956. The increase in staff year-on-year amounted to almost 4,000 employees, corresponding to an increase of 35%. During the quarter, we also reached over 2,200 employees in North America alone.

We will continue to increase headcount during 2022, as we expand in our new studios in Spain, Armenia, Connecticut, but also in existing studios. With the fast growth of the company, we need to have an equal high pace in recruitment, therefore, recruitment will continue to be one of our priorities and one of our key processes. We still see a very high demand and will continue to grow with our clients as fast as possible during the remaining part of the year. Operator, next slide, please.

Our long-term ambition is to become the world's leading provider in online casino. And with the acquisition of Nolimit City, we add an important piece to achieve that ambition. The deal is a natural step in our strategy to offer our operators the absolute best content in the world. Nolimit is recognized in our industry for cutting-edge technology, a graphically rich play experience and they will be a great addition to the Evolution team.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

As with all brands, the cornerstone of Nolimit is innovation. Nolimit is a product developer with distinct contact, both in terms of style and store line. They created a uniqueness in the market, innovative games, graphically-rich dark themes, but with a great sense of humor. Nolimit has proven themselves as one of the most innovative slot developers in the online gaming industry, and they certainly stand out in the crowd.

With the addition of slots to our product portfolio, at the end of 2020, we took a big step towards our vision of being a global market leader in online casino. Now by adding Nolimit to our portfolio of slot brands, we're adding additional strong IPs and innovative fantastic talent, moving us yet another step towards that vision.

Nolimit has good distribution already today. But over time, of course, look to how we can support the growth by distributing their slots through our One Stop Shop and by that, accessing the largest online casino play network in the world.

Nolimit revenue for calendar 2022 is expected around EUR 30 million with an EBITDA result of EUR 23 million, and therefore, we expect the deal to be accretive to EPS 2022.

We acquired Nolimit with our own cash flow and Evolution, as a company, is completely debt free, both before as well as after this transaction. The transaction is expected to be completed within short, and I'm very much look forward to welcoming the whole team of Nolimit to Evolution and work together and create new innovative games. Operator, let's go to the next slide, please.

We continue to widely get to our competitors. No one else has product portfolio to match ours and no one adds as many high-quality games as Evolution. There are more than half of our planned releases for 2022 in the second half of the year and naturally I'm excited about that. About -- among the new games in the third quarter, you see glittering addition to our Roulette family, Gold Bar Roulette. This unique new Roulette puts players in control while offering increased entertainment and rewards. Gold Bar Roulette offers a spectacular environment for superb Live Roulette experience.

We will also release Monopoly Big Baller, a bouncing ball game based on world's best known board game Monopoly. This game also builds of our two already popular titles, Monopoly Live and Mega Ball, showing how we can leverage our growing portfolio of hit games and characters.

In the coming quarter, we will also introduce Teen Patti, the hugely popular Asian variant of three card poker that originated in India. Evolution's Teen Patti is a world-class easy-to-play poker game stream live to players from a stunningly beautiful studio.

In our RNG vertical, with our world-class slots offering an IP, we aim to reach a high growth in the latter part of the year. The main driver to achieve this is by creating great games with superior playing experience. I think that we have a great RNG road map for the rest of the year, but ultimately, players will decide. Bee Hive Bonanza and Cornelius are just two of many new titles to be released during H2.

Beyond everything else, our focus has always been to innovate and push boundaries to enhance the play experience. That -- this goes for Live as well as for RNG, and I'm excited about how the new games that we have in line up for 2022 will further confirm this commitment. Operator, let's go to the next slide, please.

This slide shows the breakdown of our revenue by geographic region. Our global exposure is increasing, and we are experiencing growth from all over the world in line with our customers' increasingly diversified geographies. Year-on-year, the growth in North America amounted to above 69%, which is the highest growth rate of all regions in the second quarter.

In Asia, we saw continued strong growth that amounted to close to 69% year-on-year. We see good potential in both these markets and expect a continued high growth rate going forward.

Europe, as a whole, including U.K. and Nordics, for the growth of close to 8% year-on-year. The Nordics and the U.K. are the same size with the year-on-year growth in the U.K. amounting to moderate 2.5%, while the Nordics reached a good growth of 31%. This table does

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

not include the pro forma figures so part of that growth in the Nordics is related to the addition of BTG for the third quarter 2021.

The rest of Europe had a moderate growth amounted to slightly above 6% year-on-year. European market is the most mature as we grow fast in other markets to share the total revenue of Europe decrease.

One year ago, the whole of Europe amounted to 55% of revenue, and now a year later, it's only 44%. Of course, Europe is still an important market for us, and we feel that there is much we still can do to grow the business here, but the figure shows that the increasing globalization of our customers will take the percentage down.

Other, including Latin America and Africa and remaining part of the world shows a good growth of nearly 50% year-on-year. In this market segment, it is LatAm that is the main driver for growth. Revenues from regulated markets shows good growth of almost 44% compared to Q2 last year and is increasing from previous quarter to 43% of group revenues. The increase in the share of revenue from regulated markets is partly due to new regulated markets, such as Ontario and the Netherlands, which contribute to the pace in growing our regulated revenues.

I will now pass on to Jacob for a closer look to our financial details. Next slide, please.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Thank you, Martin, and good morning to all of you listening. We'll, as usual, look at a couple of slides with a closer look at our financial development during the period, and I'll start on Slide #9. Revenue amounts to EUR 344 million in the quarter, as you can see to the far right in the chart. That's made up of EUR 278.5 million related to Live Casino and EUR 65.5 million from our RNG games. Live Casino has a year-on-year growth rate of almost 37% and RNG just over 6% year-on-year.

For Live Casino, that is a bit lower growth pace than what we have seen during 2020 and 2021. As I mentioned already last quarter, the start of last year 2021 was exceptional with almost 60% growth in Live. Of course, we're happy for that development and would not have it go away, but to illustrate its effect, if Q2 of last year would have had an average growth rate from the previous 2 years, it would have grown around 50%.

And if so, this quarter, in comparison, would have been around 45% year-on-year growth. So the comparison does matter. Still having pointed that out, the second quarter of this year is not a very strong quarter for Live Casino. So it doesn't completely change the picture.

RNG, on the other hand, has a quite good development in the quarter comparing to the same quarter last year, pro forma, meaning we include Big Time gaming, growth is 6.1%. As Martin stated in his CEO comments, the goal of double-digit growth remains for our current RNG business, will not be a straight line development as we talked about also in previous quarters and will take some time.

But the result in Q2 is encouraging and maybe a little better than my own expectations from a few months ago. Many of the structural changes to the delivery of RNG, that we have implemented, are supporting growth. But in the end, as always, it's about creating more really high-quality games. That's our main focus.

That acquisition of Nolimit City that was announced during the quarter, expected to close within short. I expect to include that in the third quarter, but there's no financial impact of that in the second quarter.

Moving on, EBITDA for the quarter amounts to EUR 238.2 million, giving an EBITDA margin of 69.3% in the quarter. This is in line with our margin guidance of 69% to 71% for the year. We mentioned also when we spoke after Q1 that cost increases were affecting us in several areas. That development has continued, and it does put more pressure on us to be efficient and find savings where we can. We do expect to see continued inflation and cost increases during the rest of the year.

But as Martin mentioned, we continue to expand rapidly, and we're not scaling back on those initiatives -- those growth initiatives, even though we face a short-term somewhat tougher economic climate.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

So cost levels do put some pressure on margins, but we also see good growth opportunities, which can support margin. And all in all, we see that we can maintain our guidance of 69% to 71% for the full year 2022. Operator, let's move to the next slide, please.

And look at the P&L in some more detail, let's go through the table from the top. Again, Live revenue, EUR 278.5 million and RNG at EUR 65.5 million in the quarter. It adds up to a total revenue of just under EUR 344 million. This is a growth rate of 34% and there is no pro forma adjustments in the 2021 figures in this table. So that growth number includes some acquired growth from Big Time Gaming. Adjusting for that, pro forma growth would have been 30% for the total group in the second quarter.

Moving down to expenses. Personnel expenses amounted to EUR 68.3 million. It's an increase of 33% compared to the same period last year. As you heard, we continue to expand rapidly in -- both in our operations where the majority of our headcount resides, but also we are recruiting in our engineering teams.

Depreciation on the next line amount to EUR 23.6 million. That's up 26% year-on-year. And that includes EUR 10.4 million in amortization of intangibles relating to the acquisitions of -- on both NetEnt and Big Time Gaming.

Other operating expenses include items such as consumable equipment, communication costs, consultant, royalty fees. This line amounts to EUR 37.4 million in the quarter and is up 23% compared to the same period 2022.

Summing up, total operating expenses are just over EUR 129 million for the period, an increase of 28% compared to the reported figures of the same period last year. For the first 6 months of the year, expenses totaled EUR 249 million, which also is an increase of 28% compared to last year. And as mentioned, we do experience some extra cost pressure at the moment, both as [inflationary areas] affected us. But the main driver for continued increase of our expenses will be our own expansion. That will be the main part.

Operating profit stands up to EUR 214.6 million in the quarter. Financial items include a positive amount of EUR 2.4 million. This is related to currency effects. And tax is at EUR 16.1 million in the quarter. That gives us a tax rate of 7.4% in this quarter and about 7%, I believe, for the year-to-date period.

These items bring us to a profit for the 3-month period of just over EUR 200 million. This is [8%] earnings per share or EUR 0.92 per share for the quarter after dilution and EUR 1.83 for the first 6 months of the year. It's an increase of 46% compared to the first half of 2021.

We move on to the next slide. Before I hand back to Martin, look at the cash flow and financial position. Starting to the left, the chart to the left in the slide, we see development of capital expenditure. The gray part represents -- the gray part of the bars represents investment in tangible assets. That means our studio construction projects.

In the second quarter, CapEx intangible assets is EUR 14.8 million. Activity has been very high when it comes to studio projects and has been for some time. And as Martin said, during this quarter, we reached a number of milestones with our first tables launched in several of these studios that have been under development for a while. We do, however, expect to continue investment at a similar pace in the rest of the year, as we continue to expand in these studios and also new ones.

The blue part of the bar is investment in intangible assets and is related to development of new games and features to the platform, amounts to EUR 9.6 million in the quarter. And also here, we expect the pace to be maintained.

For the full year 2022, we estimated CapEx of about EUR 90 million at the beginning of the year. And after 6 months, we are just over EUR 45 million in CapEx, so in line with that estimate.

As you see in the slide, the pace of investment is higher than during 2020 and 2021 seen CapEx in relation to revenues. And especially intangible assets, the pandemic made it difficult to build and expand as we wanted to. So some catch-up of that we see this year. And as mentioned, we see that pace continuing during the second half.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Moving on to the middle -- the chart in the middle of the slide, we show operating cash flow in the quarter. It amounts to EUR 161 million, and operating cash flow in relation to EBITDA on a rolling 12-month basis is on a good level at around 77%.

And to the far right, quick look at the balance sheet. We maintained a strong financial position, EUR 294 million in cash at the end of June. That is after EUR 303 million was paid out as dividend in April. And in Q3, we'll finalize the Nolimit City deal, which means an upfront payment of EUR 200 million that then comes out of the EUR 294 billion within short.

That was the end on my prepared comments. Handing back to you, Martin, for some closing words, and then we'll take questions. Martin?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Thank you, Jacob. Some closing words from me before we open for questions.

Looking ahead to the second half of the year, there is a lot of exciting things ahead of us. Even so, bigger expert than we discuss every day where the world economy is heading, I have no strong opinion on that topic. We will focus on Evolution on the things that we can control. That means every day improving and delivering a better playing experience to our players.

But as we have mentioned today, inflation and cost increases are a reality for us in many areas right now and I see continuing -- that continuing during the second half of the year. That said, we maintain our margin guidance for 69% to 71% EBITDA for the year.

We are in a strong financial position with good cash flows and we'll maintain our high pace of investments in both studios and products and people. I very much look forward to the continued development in all our new studios as well as expansion in many of our existing locations. The product road map for the second half of this year is simply put very good with many great games coming out to players all over the world. Evolution is well positioned and strong and I very much look forward to the second half of the year.

That is the end of the presentation, and I thank you already now for listening. And now we will move over to questions. So operator, will you please turn to next slide and open for questions?

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) We have a first question from the Martin Arnell with DNB Markets.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

I hope you can hear me.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Yes. Hear you loud and clear.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Perfect. So my first question is, I want to know sort of what trends you're seeing in the online casino market given this weaker macro environment? And is there any change in your own market forecasts at this stage?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

It becomes a quite speculative answer, but we do not see any drastic market changes right now. We -- of course, inflation will affect, and there will be cost increases and things like that, and we manage that. Usually won't say that the online gaming market is quite resilient to those shifts. We don't see any global changes right now.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. That's clear. And I remember in the last quarter, you mentioned that you are underserving the market. And I would like to know where you are in that context now in this quarter and what you expect to have?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I mean it's a very strong quarter with deliveries, as you can see. We go Live with two new studios in Europe. We opened up the market in Ontario. We opened up the market in West Virginia. We opened up a new studio in Connecticut just after the quarter. So now -- and we're pacing up. And as you see, we reached 2,200 employees also in the North American market. So we're pacing up, clearly. The effects of that will be coming slower, but we are clearly not underserving as much as we did before.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. So you're more on pace now with the demand?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Yes. That's a conclusion.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Yes. Okay. And just you mentioned North America, I think your growth accelerated there. Is that because of the new states, the two ones that you add? Or is that...

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Sorry, I didn't get you.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

North America. The North America number. The growth performance in North America was a bit better than I expected, at least. And I was just wondering sort of what's driving the acceleration? Is it the new studios or the new states? Or is it New Jersey and Pennsylvania?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

It is -- the new studios are just recently opened. So it would be Michigan and Canada that is driving, not Ontario.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. Excellent. And then I have my final question is on this balance between...

**Jacob Kaplan** *Evolution AB (publ) - CFO*

We might need to introduce limit on number of questions if you go on Martin, but one final one.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

One final one. On this balance, between margin and growth, you say that you will always prioritize growth. And you're still at high growth numbers, but it's fading a bit. So my question is, sort of could you not accelerate the growth with higher cost investments? Or how should we interpret it that our margin guidance is intact despite somewhat lower growth?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

In general terms, we will always prioritize growth over margin, if there is a trade-off between those two. The other answer is that in some aspect, it might be hard to analyze our results because it's not a 3-month result. So the trend is, if you look at the global trend, there's plenty of growth in the future for online casino, but how that falls out quarter-over-quarter is more difficult to evaluate. So that's the answer.

**Operator**

We have next question from the line of Ed Young with Morgan Stanley.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

**JULY 21, 2022 / 7:00AM GMT, Q2 2022 Evolution AB (publ) Earnings Call**

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

My first question is on margin. You said you're not content -- margins for the quarter at 69.3%, and you've reiterated, as you said, guidance. I can see that the employee actually fell per employee 3% in the quarter. So can you talk us how you see wage inflation, where you see it going? And then kind of other drivers of margin of the year? So is your 69% end of your guidance, is that a floor for Q3 or Q4? Or is that very much just a blended year-end outlook...

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Okay. Let's say a few things out. When it comes to the quarter, I think that the quarter on an operative and delivery is fantastic. I'm super happy with that. It's great. We did exactly what we did. We're really pushing through. And then I say that financially, it's a good quarter, but not great.

Then the margin, in itself, 69.3%, I would say that if I would select, I would always select growth before margin. So the 69.3%, I'm not, in particular, dis-happy with that, I'm not happy with that. So that's in line with our guidance. We say 69% to 71%. So the conclusion that I'm not content with the margin is a little bit -- I want more revenue. I'm not happy. I want more, okay? That's partly personal thing, and I want to deliver more. The margin is okay. It's in the lower range of our guidance, okay. So that's the first ceiling or the first response.

What more, please, what is the next question?

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

Well, I guess what I'm saying is, could you give us any color on where you see wage inflation versus where wage inflation might get to. When you think about -- I obviously understand it's an output of growth on the revenue side partly, but it's also obviously the cost side. I just wondered if, Jacob, if you could perhaps give us any color on seeing in terms of wage inflation, how we should think about modeling that going forward?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Yes. It's -- I mean -- we said in general terms that we do see wage inflation. And wages are increased every year, to some extent, and then maybe a little bit more so this year. And then it varies a little bit between markets. So we haven't -- it's not a hard number.

I think you should expect personnel costs to continue to increase, but mainly because we will continue to expand. That will be the main driver. But yes, we do see a bit more -- yes, more increases in wages this year than -- in many markets than what we have done in the past. But this is not really a hard number to give you.

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

My final one -- well, it doesn't, but you're not going to give me a number, so I'll leave it. My last question was just on kind of the revenue and growth outlook for H2. You obviously, your games -- are skewed to H2. You mentioned a lot of the capacity that came in -- North America came at the end of the quarter. So I appreciate one angle is to normalize the growth rate. It was still a good growth quarter (inaudible) easier in H2. But how sort of happy do you feel about where the pipeline is and where that -- where we'll see sort of traction of that capacity come in during Q3 and Q4? Is it fair to expect you're more positive on Q2 -- or sorry, on H2 on revenue than you were in H1?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I'm very happy and very excited about the products that we're going to launch for the second half. And we have more than half of the products to launch for the full year. And also to remember is that, I mean, the launch cycle is more towards the end of the first quarter and the second quarter and then onwards. So it's -- we're really just in the -- more or less, in the beginning of the release cycle of new games. So I'm very excited about that.

I think that the outlook for the 10 years period hasn't changed. So I'm very happy to look into the second half of this year. Exactly how the quarters -- I mean, that's a difficult question, how the quarters will fall out. We don't have any answer to that one. And we are -- as I said, financially, it's a good quarter, too, but we are not really contempt with it. So of course, we look forward to do better in a lot of different areas.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**JULY 21, 2022 / 7:00AM GMT, Q2 2022 Evolution AB (publ) Earnings Call**

**Operator**

We have next question from the line of Oscar Ronnkvist with ABG.

**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*

So I would like -- I'd like to start with your top line development. You obviously had quite nice sequential growth in the last 2 quarters, while it seems like it slowed a bit in this quarter, even though it still looks okay. But could you give us any comment on to what extent the expected seasonality impact of the sequential growth? And how we should think about H2 then?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

There is -- of course, there's some seasonality in there. You can say that the seasonality is strongest in probably in Q4 and then it goes down, down, down during the year. And now it's the worst time of the year and then sort of comes back a little bit slowly. But that is part of that, but I think it's maybe more -- we see these fluctuations from time.

If you look at the kind of sequential increase, in the quarter, you're right, both Q1 and Q2 -- Q4 and Q1 of this year were higher steps up. Q3 of last year was, I think, more or less on this level. So we've had these fluctuations in the past as well. So I think it's, like I said, it's maybe not as big as it is. It's a tough comp, but it is not a great quarter for top line development. So it's okay, but we feel we can do a little better.

**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*

Okay. And just a follow-up. So in the Q1 report, I think you said that you got into Q2 with a great momentum and you had a really strong growth in Q1, obviously. So should we interpret that slowdown in the latter part of Q2? And then can you share any thoughts on the momentum going into Q3?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We're early in the -- it's a very good question. And we are early in the quarter, and we were early in the quarter last quarter as well. And then it's hard to exactly say what we are, but we are looking into the second half of the year. And I'm really excited and I look forward to that part. We haven't in any particular now commented the Q3 beginning just out of that reason that it's hard to actually know.

**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*

Okay. Got it. Last one, just on the cost side. The other OpEx line, did you expect it to be around the run rate at the moment with EUR 37 million? Or is that on the higher or the lower side?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I hand that over to Jacob.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Yes. I mean it's -- we don't really give -- yes, you can see sort of -- we don't give guidance on the margin. We don't sort of break out so there is -- I know I commented on it a little bit specifically in Q1 because it was not slower. So I think over time, you'll see this line increase just like the others with expansion. So it's a little bit more lumpy. So it's probably a little harder to model than some of the others. But -- so no, I won't sort of single it out in any direction other than that. Over time, you'll see it increase as we expand.

**Operator**

We have next question from the line of Monique Pollard with Citi.

**Monique Pollard** *Citigroup Inc., Research Division - Director*

Just three for me, please. The first one was just on studio launches. Obviously, you've had West Virginia and Connecticut in the quarter. Are there any more studio launches to come in the second half of the year?

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We have -- we haven't communicated any new launches. We will continue now to expand inside the existing studios, and I do not expect any new launches in the second half.

**Monique Pollard** *Citigroup Inc., Research Division - Director*

Right. And then in line with that...

**Jacob Kaplan** *Evolution AB (publ) - CFO*

I can add a little color. I mean, when we launch a studio, it's with a few handful of tables. And then we continue to invest to expand with more tables. So you can say right now, we have some fixed in studios operational. So the difference between starting a new studio and investing and expanding in one of the existing ones is not that big for us. So when it comes to the CapEx and the pace of investment, that will be on the same level in the second half, even though we might not sort of launch in any new locations.

**Monique Pollard** *Citigroup Inc., Research Division - Director*

Okay. That makes sense. And then sort of tied to that, obviously, we've seen strong employee growth. (inaudible) the growth of the employees that you talked about. And part of that obviously will be those studio launches. Obviously, I understand that you'll be sort of increasing capacity and tables in those new studios. But should we expect that pace of employee growth to moderate slightly in the second half of the year?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

It's hard to give any direction in that. But first, during the pandemic, we are -- we had to scale back. We didn't deliver fully to all markets that we should do. So we are still in the catch-up phase. And that, you can see, that's why we're sort of accelerating right now. And we will continue to fill the studios that we have now launched and fulfill those markets. And maybe it's been fairly aggressive, but I wouldn't expect it to go down drastically during the coming -- or the second half of the year, the expansion of our employees.

**Monique Pollard** *Citigroup Inc., Research Division - Director*

Okay. Understood. And then the final question was just on the U.K. As you mentioned, we've got about 2.5% growth year-on-year in the U.K. in the quarter. I just wondered what you're seeing in terms of if there's any hesitancy from operators in that market, particularly given the sort of regulatory uncertainty with the white paper not coming out?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Everyone -- I mean, we are not that dependent on the U.K. market. So we are probably more relaxed than a number of operators. But it's a very -- high uncertainty on the market. It's constantly communication and changes. And I think that many operators now is not only trying to be compliant, they're a bit nervous about being compliant, meaning that they don't even dare to do what they are entitled to do because of the situation on the market.

I expect that to calm down and be more clear for the future, but how long time it will take to get there, I don't know. The potential of the U.K. market is, of course, much, much bigger than what we see today, but the regulatory aspects are difficult.

**Operator**

We have next question from the line of Oscar Erixon with Carnegie.

**Oscar Erixon** *Carnegie Investment Bank AB, Research Division - Financial Analyst*

Three product-related questions for me, if I may? Starting on the -- very encouraging performance for slots in Q2. Is there any specific games that are performing well? And then I know that you mentioned sort of high growth in H2, I believe. Are you still targeting double-digit pro forma growth in H2? Or is it more geared towards Q4, please?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Okay. The -- I mean, I wouldn't single out any specific game. But if I -- I mean, our XXXTREME Lightning -- XXXTREME series is very good. But I would say that we are now slowly building the right games inside RNG. We're slowly getting it out. We're working on the One

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Stop Shop. So we're getting there with RNG. So that's the answer. But I wouldn't sort of pinpoint one single game. I think that we're getting -- working nicely.

Then we haven't set a time for the double-digit growth. I'm happy with Q2, the growth in RNG. We are on pace to go to double-digit growth. Exactly when that happens, we haven't stated.

**Oscar Erixon** *Carnegie Investment Bank AB, Research Division - Financial Analyst*

Excellent. Very clear. And then on the One Stop Shop rollout and impact -- is it possible to give an update there? Any positive impact synergies here in Q2 driven by the rollouts, given the strong performance in Q2?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

The One Stop Shop is being rolled out. We are on pace in Europe and slowly converted. That's, of course, related to the operators. And they should also have resources to change the integration and so on. So that's what we're working on.

And then, of course, we're now -- as you know, 100% of the operators in Ontario is using One Stop Shop. And we have the One Stop Shop in Asia, and we are preparing and we are now releasing the first games from Big Time Gaming on One Stop Shop. So we are moving forward and according to plan with the One Stop Shop rollout in the whole world.

**Oscar Erixon** *Carnegie Investment Bank AB, Research Division - Financial Analyst*

Great. And then finally, on the Live side of things, quite positive comments on the recent releases of XXXTREME Lightning Roulette and Crazy Coin Flip. Is it possible to expand a little bit on that and possibly quantify what game has the largest impact and visible cannibalization from XXXTREME Lightning Roulette? And then further, if you could just comment on what games you are most excited about the Live for the second half of the year? Quite a lot of questions there in one, but I hope it would be great to have some color.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I would say that XXXTREME Lightning is one of our strongest releases ever. And then one of the -- that's not like the one, but it's one of the -- it's a fantastic game. It serves the market. It's -- we're very happy with that.

Crazy Coin Flip is a completely new game. Attracts lots of players. And it also fills a void in the market, and we did something that is highly appreciated. So we're really happy with that, too.

If I look ahead -- I mean, the safe bet to say about new big game is, of course, the Monopoly Big Baller because that's like MONOPOLY, it's a strong brand and we did amazing studio. And it's like -- it's an amazing game. And it's a bouncing ball game, and it serves the market and it's also prepared for different parts of the world, and it's a great game.

But equally, I would say that -- the Gold Bar Roulette is a game where you can save parts -- you have much more decision-making as a player. You can save things in your wallet, and you can come back later, and you can play them. And that is a very intriguing and interesting mechanic. And we look forward to also explore that. So those are the releases where I would look forward and also then feel a little bit more flavor to the conflict and XXXTREME Lightning.

**Oscar Erixon** *Carnegie Investment Bank AB, Research Division - Financial Analyst*

That's very interesting. I'm equally looking forward.

**Operator**

We have next question from the line of Georg Attling with Pareto Securities.

**Georg Attling** *Pareto Securities AS, Research Division - Analyst*

Just a question on Asia, where we're seeing quite roughly decelerating growth. Is this like a level that we could expect going forward? Or are you seeing some temporary issues in the market, even though the absolute growth is obviously strong? Will be my first question.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I would say there's no -- there are a few customers. There are a few things. There's a couple of high payout wins, which is fantastic because the player gets some money. And there are a number of different reasons for -- nothing in particular when it comes to the growth in Asia.

The outlook hasn't changed. We're still looking in the 10-year perspective. It's like there is great potential in Asia. Exactly how it falls out over the quarters is hard. And now, as you see, had a little bit weaker quarter. But then again, as Jacob stated, I mean, you can look at Q3 last year, and you will see those happening from time to time.

**Georg Attling** *Pareto Securities AS, Research Division - Analyst*

Okay. Great. And then my second question on Ontario. I heard there was some issues with payments in the early parts of the regulation. It's something that you can comment on it, if it's affected you or if you think the rollout in Ontario has started in line with your expectations?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Haven't had any such problems. And no, I would say that Ontario started -- we had very high expectations, we usually have, but they started in line with high expectations and doing well.

**Operator**

We have next question from the line of Marlon Varnik with Nordea.

**Marlon Varnik** *Nordea Markets, Research Division - Analyst*

Firstly, I'm a bit surprised by the strong performance in North America, but also the weak performance in other markets. I know you already touched the North America market already. But can you please comment a bit on the other markets? What's the reason for kind of the momentum slowing down here Q-on-Q growth? Any comments here would be great.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

More or less the same answer as last. I mean there's no specific reason here or there. We look forward to the second half of the year. There has been a couple of payouts, a couple of things that has happened during the quarter. And those quarters happened from time to time, and you can look at the other quarters and sequential growth.

And it's hard sometimes to -- the every quarter will not be sort of on a line. It's like it will be a little bit up and down. So right now, we have a great momentum in North America. We're very happy for that. And at the same time, a couple of things making the pace a little bit slower for this quarter in other regions.

**Marlon Varnik** *Nordea Markets, Research Division - Analyst*

Yes. And just can you give us an update what's the plan in terms of launching a Live Casino in the South American market? Any comments here?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We are into that. And that's also -- there's a lot of regulatory discussions right now. And we need to have the right setting, but we're on to that. But as I also stated, we don't expect to launch any studio on the second half of this year.

**Marlon Varnik** *Nordea Markets, Research Division - Analyst*

Yes. Clear. And just lastly, I mean beside the macro uncertainty, what's the main risks you see here going forward? And do you find the labor market -- I mean is it -- can you ramp up that as expected? Or is it actually holding some potential growth back? Any comments there?

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Yes, it's a good question. It's, of course, a very hard difficult question. But all in all, labor market will be better for us that are recruiting a lot because there will be more people available, but as inflation and salaries go up and the climate is a bit difficult. So I'm not worried about recruitment.

There might be some timing when it comes to inflation, goes up and put pressure on wages and salaries. And then before that sort of comes to revenue, it would be a lag. But then we are quite firm as we have stated, that we hold our guidance 69%, 71%, and we are comfortable with that. And so I'm not -- the global trends are what they are, and we are not majorly concerned about those right now.

We just need to work hard, be better and keep cost in control. But we don't have any debt, we have a good cash flow, and we will continue to be debt free and good cash flow.

**Operator**

We have next question from the line of Kiranjot Grewal with Bank of America.

**Kiranjot Kaur Grewal** *BofA Securities, Research Division - VP & Analyst*

I think I will try -- so I know the cost inflation questions come up a few times and the margin question. Let me just try and ask you a slightly different way. I mean this quarter was all about rollout, new studios in West Virginia and even Connecticut rolling out after. Should we assume this was probably the biggest quarter in terms of cost pressures and they should ease going forward despite the cost inflation?

And then secondly is on the U.K. That was the softest region in Q2. Could you offer more color here on the softness? Is it a lower spend per head that's happening there? When did you start seeing the softness? And perhaps on cost inflation again, are you seeing similar levels of pressures in all your regions? Or are there some regions you would call out as being worse than others?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

You can start, Jacob.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

so I think the cost inflation sort of sums up in the margin guidance, which we're maintaining, and then we will see increases in costs, of course. It's -- we will -- we touched on in an earlier question here, we will try to expand as fast as we can. Then sometimes you can't recruit as fast, then we will see a little bit lower increase in staff wages. Sometimes we're successful and then we can increase personnel costs a little bit more.

So there's no -- yes, we haven't broken it down into any guidance on the specific lines like that. Other than that, we will try to maintain our pace of expansion, maintain our pace of investment and sort of push forward.

The U.K. question, I would say that the softness there has been for a long while. Someone mentioned the white paper, and I think there has been a bit of uncertainty for operators in the U.K. market for quite some time. So it's, of course, a bit unfortunate now that we seem to be waiting for the white paper yet for some more time. I think that would give some clarity and sort of make it clear for operators how they can act. So that's probably hold it back. But nothing other than that, that we've seen. And then what was the third part of your question, repeat that? It was also about cost.

**Kiranjot Kaur Grewal** *BofA Securities, Research Division - VP & Analyst*

Yes, it was on cost inflation. Are you seeing a similar level of concentration pressure in all your regions? Or is like one region, Eastern Europe, a bit better than North America? How do you see it?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I would put it like this. I mean inflation has been with us during the last 5 years as well. I mean many times, it's like, okay, we didn't have any inflation in Sweden and then no one has inflation. But I mean, if you look at Georgia, they have had 5%, 6%, 7% for the last years.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

## JULY 21, 2022 / 7:00AM GMT, Q2 2022 Evolution AB (publ) Earnings Call

And some months, it's been 8% and 9%. So inflation varies per country, and it will continue to do so, and we need to manage and monitor that. And there is no -- and now it's a little bit high all over the world and pressure on it. But there is no -- we don't act differently.

We will continue doing what we're doing and adjust the salaries according to what is possible and be tight on cost. But yes, it varies a little bit per geography.

**Operator**

Ladies and gentlemen, that was the last question. I'd now like to turn the conference back over to Martin Carlesund for any closing remarks. Over to you, sir.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Thank you very much for listening. It's a pleasure answering your questions, and it's an honor to present and look forward to speak to you again in a couple of months. Thank you.

**Operator**

Thank you very much, sir. Ladies and gentlemen, that concludes this conference call. Thank you for attending today's presentation. You may now disconnect.

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS REFINITIV'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2023 Refinitiv. All Rights Reserved.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

# EXHIBIT 34

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT
Q3 2022 Evolution AB (publ) Earnings Call

EVENT DATE/TIME: OCTOBER 27, 2022 / 7:00AM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

1

OCTOBER 27, 2022 / 7:00AM GMT, Q3 2022 Evolution AB (publ) Earnings Call

**CORPORATE PARTICIPANTS**

**Jacob Kaplan** *Evolution AB (publ) - CFO*
**Martin Carlesund** *Evolution AB (publ) - Group CEO*

**CONFERENCE CALL PARTICIPANTS**

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*
**Joseph McNamara** *Citigroup Inc., Research Division - Research Analyst*
**Kiranjot Kaur Grewal** *BofA Securities, Research Division - VP & Analyst*
**Martin Arnell** *DNB Markets, Research Division - Analyst*
**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*
**Simon John Davies** *Deutsche Bank AG, Research Division - Head of UK Midcap & Online Gaming Research*

**PRESENTATION**

**Operator**

Good morning, and welcome to the Evolution's Q3 2022 Earnings Conference Call. (Operator Instructions) Please note this event is being recorded.

I would now like to turn the conference over to Mr. Martin Carlesund. Thank you, and over to you, sir.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Good morning. Welcome, everyone to the presentation of Evolution's interim report for the third quarter of 2022. My name is Martin Carlesund. I'm the CEO of Evolution. With me, I also have our CFO, Jacob Kaplan.

As usual, I will start with some comments on our performance in the quarter. I will then hand over to Jacob for a closer look at our financials. And after that, I round off the presentation with an outlook for the rest of the year. And then we are, of course, happy to take all of your questions. Next slide please.

I'm very satisfied to report consistently strong results for the third quarter. The great result in the quarter is an outcome of our investments in the new games and studios and all the hard work performed by our employees. We see a continuously increasing demand for our products and no signs of consumer slowdown. After landing in North America, Evolution has significantly grown in the market. The opportunities there are very promising and we'll continue to substantially invest in North America.

In the quarter, we launched a new studio in Connecticut, our fourth studio in the U.S. Recently, we have also launched several dedicated live dealer environments in our Michigan studio. These environments are customized areas of live studio that are assigned to specific operators. The dedicated studios look amazing and we'll be unique and cooperate each operator's branding to give players experience that is unique to the operators' brand. The construction of a second studio in New Jersey to cover for increasing demand there goes well and I'm looking forward to launch it in the not too distant future.

In the quarter, we have also launched Live Craps in Pennsylvania and also at the end of the period, on the 18 October, we also launched Craps in New Jersey. Craps is another step for Evolution in expanding its portfolio in the U.S. and given players in Pennsylvania and New Jersey a full suite of Live Casino options. This game is the very first online Live Craps game in the industry and the launch of the game is a landmark moment for Evolution. We're very proud to be able to operate our operators and their players in the State of Pennsylvania and New Jersey.

To predict the next state that will pass legislation to allow iGaming is difficult. But as I see it, it's more a question of when and not if for many states. The positive news is that we will still have a large catalog products that haven't been released in the U.S. yet. So while waiting for new states to legislate, growth will continue as we introduce more of our products driving the share of Live upwards. All in all, we have great momentum in North America, and we are well prepared to continue with that development.

This quarter was the first one with Nolimit City consolidated. Our long-term ambition is to become the world's leading provider of online

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

casino and we have high expectation that Nolimit will be an important piece to that achieve these submissions. We, of course, very much look forward to add Nolimit as soon as possible to our One Stop Shop making them available for all customers worldwide.

The high demand for our product needs that we must expand in existing studios and the new ones to keep up -- keep in pace with that demand. In the second quarter, we launched one studio in Madrid, one in Armenia, and we are right now expanding both studios in current pace as well as expanding in essentially all other existing locations. I also want to mention that we are delighted to have been crowned the Best Live Casino Supplier at the 2022 SBC Awards in Barcelona and Digital Industry Supplier at the Global Gaming Awards 2022 in Las Vegas. We feel very honored and want to say a big thank you to all of our people who made this happen.

Now let's move to the coming slides and see the effects on numbers on all our efforts. Operator, next slide please. Q3 2022 is a strong quarter for Evolution. Revenues increased by 37% to EUR 378.5 million. EBITDA increased by 35% to EUR 261 million corresponding to a margin of 69%. There is more cost inflation than we expected at the start of the year and energy prices, transport service and almost any supply is increasing fast in cost. However, we reiterate our guidance margin for 2022 as being 69% to 71%.

I have not seen any apparent signs of consumer slowdown, but we need to acknowledge that the world is in a very unstable situation. In this context, it's important to state that the investments will continue to be high. Margin might vary quarter-on-quarter. And if there is a tradeoff between growth and margin, we will always prioritize growth and market share.

Our RNG business amounted to 18% of total revenues in Q3 and Live represents 82%. RNG revenue now including Nolimit City this quarter amounts to EUR 68.1 million, a growth of 2% compared to the pro forma revenue of Q3 2021. Without NC our old RNG brands had growth of slightly above 2% for the first 9 months of the year. This is yet not satisfactory, we have delivered to few slots games during the last quarter. However, we remain fully committed to the target of double-digit growth. We see great potential in our investment and are now focusing on accelerating orders.

On the other hand momentum in Live is strong. And within the vertical, the growth amounted to 45% compared to Q3 last year. Like some fantastic numbers in Live and focus on accelerating roll-out on RNG. But overall, I'm pleased with the financial performance in the third quarter and we are definitely well placed to deliver a strong finish to the year. And as always, we relentlessly further strengthen our market share and continue to widen the gap to competitors.

Next slide please. At the end of the period, we were close to 16,000 Evolutioners, expanding our studio capacity means we need a high recruiting pace. And in the quarter, we increased the numbers of employees with 620 person. The increase in staff year-on-year amounted to over 3,600 employees corresponding to an increase of close to 30%. We will continue to increase headcount during the year as we expanding our new studios in Spain, Armenia and Connecticut, as well as expanding in other existing studios.

With the fast growth of the company we need to have an equal high pace of our recruitment. Therefore recruitment will continue to be one of our priorities and one of our key processes. Hiring and retaining the best people is tough. The best way to hire and keep top people is to create a company culture with the best people want to work. You can't buy culture, it's something that you create. Therefore, a great culture is a key when growing at such a pace as we are doing. And we will always try to improve ourselves as an attractive employer.

Next slide please. I mentioned last quarter that we wanted to replace depot as a measure of player activity on our network. Batbot slide was only related to Live games, did not cover the whole network, also represented an uneven distribution of different game types that simply had played out its role as a performance indicator. This slide is an attempt as a new measure of activity on our network. It shows development of game rounds. A game around is what it sounds like one round of a game, one round of Roulette, one hand of Baccarat or one theme of a slot. They all count as one game round. There are still differences between games, for example, one hand of Blackjack takes longer than one theme of a slot, each game round of Blackjack typically carries a higher bet, so all game rounds are not equal in value.

In the short, the index value for game brands from Live and RNG are weighted according to the revenue contribution. This gives us a joint index that includes all games and the complete network worldwide. I think that the game around index over time will give a much better view of activity in our complete network. Game rounds will now not always correlate exactly with revenue each quarter. As you see in the

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

chart, we had a nice development of activity this year in the third quarter activity as measured by our game rounds increased by 70% year-on-year.

This is clearly higher than our revenue growth in the quarter. One reason for that is that we are adding many game rounds from new markets like, for example, Latin America. And in the beginning, the best tend to be smaller for new markets, but typically some markets also have smaller average best sizes than others. Altogether, this means a game round doesn't over shorter timers correlates exactly to revenue.

Next slide please. Innovation and the best game will always drive Evolution. We continue to innovate substantially enhance and refine the playing experience. End-user entertainment and satisfaction is and will always be the absolute priority. Going live in early November, we had 2 new exciting football themes table; Football Studio Dice and Football Studio Live. That just in time to take advantage of the extra interesting football being generated by the World Cup. And another game in Q4 is the new Free Bet Blackjack, a variation of our classic Blackjack, but what makes this version difference are exciting Free Bet. Also get ready for a gripping experience with Dead or Alive: Saloon, a card game in a fantastic worldwide saloon style environment. That environment is the one you saw on the absolute first slide in this presentation. You remember it. It's truly amazing. Go back, look at it.

In our RNG vertical superstars from NetEnt is like an award ceremony. NetEnt presently have a group of their most beloved stars characters and gem into single online slot accompanied each of them with their own feature, this is far from our ordinary slot. The game launched in Q3 had been well received by players, Crazy Coin Flip, is truly unique game combines the best of 2 world's slots and live game shows. I'm also delighted to share that MONOPOLY Big Baller has been an instant success with the players.

The players' interest had been used not only now for this novelty, but also then for our MONOPOLY live game show where the players count is sitting never before seen high. Lightning Roulette continues its remarkable success story and it's rapidly expanding. In the quarter 2, new localized studios have been launched for Greek and English speaking players, which means that Lightning Roulette now is available in 8 different languages. And on that subject, Dream Catcher, our wheel-based Money Wheel will soon also be available as a localized version called Imperial Quests launched in 2023. Beyond everything else, our focus has always been to innovative and push boundaries to enhance the player experience. This goes for live as well for RNG. And I'm excited about how the new games that we have in lineup for 2022 will further compound this statement.

Operator, please let's move to the next slide. This slide shows the breakdown of our revenue by geographic region. We see very good growth in year-on-year in all our geographical markets and it's evident that the demand is truly global. Year-on-year, the growth in Asia markets is 6% with the highest growth rate of all, all regions index in the third quarter. In North America, with the continued strong growth of 57% year-on-year, we see good potential in both these markets and expect continued high growth rate going forward.

Europe as a whole into -- including U.K. and Nordics showed a growth of healthy 12% year-on-year. Once U.K. was our biggest market, now it's the smallest amounted to 5.5% of the revenues in the quarter, also the year-on-year growth rate was the smallest amount to moderate 8.4%. And Nordics saw a strong growth of 19%, but it's worth noting that this stable does not include pro forma figures, so the growth year-on-year can -- to some extent be attributed to Nolimit City. The rest of Europe had growth amounting to closer to 12% year-on-year. European market is the most mature and as we see -- as we grow fast in the other markets, the share of the total revenue from Europe decreased.

One year ago, the whole of Europe amounted to 51.4% of the revenue, and now a year later, that number is 42%. Of course, Europe is still an important market for us and we feel there is much we can do still to grow our business, but it shows that the increase in globalization of our customer base makes different. Our including -- other including Latin America, Africa, remaining part of the world, shows a good growth over 62% year-on-year. In this market segment, it's Latin America that is the main driver for growth.

I will now pass on to Jacob, who will speak more about financial details. Next slide, please.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Thank you, Martin, and good morning, everyone. We'll now move on to a couple of slides with closer look at financial development during the period. I'm on Slide #8.

Revenue amounts to EUR 378.5 million in the quarter, which is in blue bar chart. That's made up of EUR 310.4 million related to Live Casino and EUR 68.1 million from RNG games. Live Casino is just over 80% of total revenue, as Martin mentioned, and reports a very strong development in the quarter. We add on over EUR 30 million in revenue from the previous quarter, it's large and absolute increase we've ever had for Live Casino in a single quarter. The year-on-year growth rate is 45%, which is roughly in line with our average growth rate from the past 2 years. So overall, very, very strong at the base, of course, increases the percentage growth, it's harder and harder to maintain.

RNG includes no limited for the first time in this quarter, did contribute EUR 7.5 million. The growth rate for RNG just looking at the reported figures is just over 10% in the quarter. That takes however, it includes the acquired revenue. The growth compared to pro forma figures is 2% in the quarter. We remain committed to the target of double-digit growth for RNG, and we have communicated also in previous quarters that development will not be a straight line towards that goal. We must admit that the development in this quarter is weaker than I expected, let's say, few quarters ago.

As Martin pointed out earlier, the short way to explain the development is that we've not delivered as planned and we simply have not released enough new games. And that is something that we are working on to improve and we're confident that we'll get there, but it has taken a bit longer and we see the effects of that weaker RNG performance in this quarter.

EBITDA for the quarter amounts to EUR 261 million, giving an EBITDA margin of 69% in the quarter. Year-to-date EBITDA margin for the 9 months period is 69.5%. So we are still in line with our margin guidance of 69% to 71% for the year. We make no change to that guidance, but as you do see in this slide, margins were a little bit higher in the first 2 quarters of this year, so realistically, I see at the low end of the guided range for the full year.

The general development of the macro economy during the year with increasing inflation and cost increases in many areas has affected also our cost levels during the year. Zooming out a bit and taking multi-year view, we see a continued strong demand for our games and that the development online casino is really in its early stages in many ways. So while cost levels do put some pressure on margins right now, we will continue to invest in growth to capture as much of this developing market as we can, and, as we said many times, prioritize growth over margins.

Operator, let's move to the next slide, please. This slide shows our P&L in a little bit more detail. I'll walk through the tables from the top. Again Live revenue EUR 310 million, that's fully comparable to EUR 214 million in the third quarter of 2021, an organic growth of 45%. So far this year, January to September, Live revenue amounts to EUR 853 million, which is a 42% increase over the same period last year.

RNG amounts to EUR 68.5 million, and I covered on the previous slide. The reported number is a 10% growth from previous year, but that includes Nolimit City, so in this quarter and not in the comparison quarter, it's with us for the first time in this quarter. Total revenue, EUR 378 million an increase of 37.1% compared to reported revenue Q3 2021. Looking at the year-to-date figures, revenue amounts to EUR 1,049 million, an increase of 36.5% compared to the reported figures 2021. There are some acquisitions during this period with Big Time Gaming coming into the Group from Q3 2021 and Nolimit City added this quarter. If I adjust for these acquisitions make the 2 periods comparable, I would estimate organic growth at about 32% for the company as a whole in the 9 months period.

Moving down to expenses. Personnel expenses amounted to EUR 76.3 million in the quarter with an increase of almost EUR 25 million compared to the same period last year, includes the increase in staff costs and basically all our teams, commercial operation, engineering, business support, all expanding compared to last year. Depreciation amounted to almost EUR 25 million, that includes EUR 11.4 million in amortization of intangibles related to acquisitions of NetEnt, Big Time Gaming and Nolimit City, where Nolimit City adds about EUR 1.1 million of that amortization of intangibles in this quarter.

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Moving down, other operating expenses include items such as consumable equipment, communication costs, consultants royalty fees total of EUR 41.2 million in the quarter and an increase of 31% compared to the same period last year. Summing up, total operating expenses totaled EUR 142 million, an increase of 36% compared to the reported figures of the same period last year.

Operating profit on the next slide, EUR 236 million and EUR 658 million for the year-to-date period, increases of 37% and 40%, respectively. Tax for the period is at EUR 16.4 million, which gives a tax rate of 6.9% similar level looking at the year-to-date period. It's about 1% higher than the same period last year. So a bit of increase on tax as we talked about in the past. All this sums up to the 3 months period -- to profit for the 3 months period of EUR 221 million, equaling an EPS of EUR 1.02 per share for the quarter, increase of 44% compared to the same quarter last year and for the rolling 12 months period, earnings per share is now EUR 2.85 per share.

If we go to the next slide, please operator. Before handing back to Martin, a look at the cash flow and financial position. We'll start to the left -- with the chart to the left hand side. We see capital expenditure. The gray part of the bars, the top bar represent investment in tangible assets, so that our studio construction projects. In the third quarter CapEx intangible assets is EUR 13.9 million, similar level to earlier quarters this year. And as Martin mentioned, we have had a very high activity in studio projects this year and we expect to continue investment at similar pace during the final quarter of the year.

The blue part of the bar relates to investments in intangible assets, that's development of new games and features to the platform. It's at EUR 9.6 million in the quarter, also relatively similar to previous quarters and also here, we expect the pace to be maintained. In the beginning of the year, we estimated total CapEx for both intangibles and tangibles to about EUR 90 million for full year 2022, and for the first 9 months, the total is EUR 69 million. So the pace is just slightly higher than EUR 90 million for this year.

We'll move on to the middle of the slide, where the chart shows operating cash flow. In the quarter, it's over EUR 200 million -- EUR 213 million operating cash flow in relation to EBITDA or cash conversion, as we call it fill in the slide. On a rolling 12 month basis, it's still on a very good level around 75%.

To the far right in the slide, balance sheet. We maintained a strong financial position. As Martin mentioned, we are debt-free. And the strong balance sheet is something that's an asset coming into an uncertain macroeconomic environment, like the one we experienced right now. Our cash position is EUR 319 million at the end of September. During the quarter, we have made first payment of the Nolimit City deal, so that was an upfront payment of EUR 200 million. That sort of has already come out of the cash here.

That was the end of my prepared comments. I'll hand back to you Martin, and we'll take questions after that.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Thank you, Jacob. So we are on Slide 11 now. A few words to conclude this report presentation. Demand for our products is a global phenomenon and we need to invest in products and studio capacity in order to reach all corners of the world and we have to stay on our toes and never delayed back and content in order to keep increasing the distance to our competitors.

What you can expect on Evolution is that, we will continue to push boundaries to create the best games with the highest player entertainment value for the future. In addition to product development, we continue to invest for the future in the form of new studios. We're constantly working hard to restructure the cost base to reach effectiveness and cost of owners and that I'm confident that we will be able to fulfill our margin guidance for the year.

Going forward from here, we will have high focus on accelerating rollouts and increasing this growth on slots, and I'm confident that our RNG vertical has a bright future. Latin America is still in the infancy recording online casino, and I expect the market to continue to develop well. We have great momentum in the market and we are well prepared to continue our expansion here. Our newly launched studios in Madrid and Yerevan are still small regarding to the numbers of tables, but we are ramping up in a fast pace and they would all contribute to continued growth in 2023.

We are currently in full preparation of the roadmap for 2023, developing and going on in full speed and I can assure you, it looks very good. Last week, we had an official opening of our studios in Yerevan, Armenia. And what you see on the next slide is the entrance of our

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

new state-of-the-art studio early in the morning before we started the ceremony. It's a beautiful simply state-of-the-art addition to Evolution. Today, we have about 200 employees in Armenia -- in the Armenian team, but in the coming years, we proudly contribute to local society by creating 1,000s of jobs for young talented Armenians, looking to start the carrier in an international environment.

The difference Evolution make for these people slide make me very proud. Evolution has a great speed forward and it's built of 16,000 crew of fantastic talent. My core has been produce decided to win and my job is constantly to push myself and the 16,000 employees to the next level. It's actually as simple as that.

Thank you all for listening and we'll speak in a couple of months again. Now, let's move to questions please.

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) The first question comes from Joseph McNamara from Citi.

**Joseph McNamara** *Citigroup Inc., Research Division - Research Analyst*

My first question, I would like to ask you about your 88 game launch target for 2022, please, especially given you called out kind of delivering 2 shoot games this quarter driver of weaker RNG growth. Could you tell us what sort of number you are on as it stands? And also kind of where -- or whether you're still comfortable with the 88 target for the full year?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We don't go into details on it, but we're around 60 when it comes to release and we are on target for our 88.

**Joseph McNamara** *Citigroup Inc., Research Division - Research Analyst*

Okay. Excellent. Second question, could you touch on North America, please and the trends you're seeing there, namely, just in the context of the growth has slowed sequentially a bit more than other regions, despite kind of the obvious tailwinds in that market? And I guess the question of whether you're maintaining share there?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

That can fluctuate quarter-on-quarter. There is no real reason for it. And honestly, I think we actually gained market share this quarter, but that's just normal fluctuations, I would say.

**Joseph McNamara** *Citigroup Inc., Research Division - Research Analyst*

Okay. Very clear. And then finally, it will be fantastic if you could provide some color on salary cost pressure across the business. This is just in context, I guess, of personnel expenses per employee increasing a fair bit sequentially. So I guess are there any notable reasons to point out in this context? And then also is kind of, I guess, personal expenses per employee a good metric to kind of look at and is the Q3 level that we've seen expected for kind of Q4 and beyond?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Yes. It is hard to point out any one reason. In general, there is cost increase in many areas and it's the inflationary pressures that we see in the society at large. I think that also comes through. The wage inflation, I think probably more -- some of that's probably bit more in front of us. It is coming into next year when salaries are using and that's normally an annual process for the most part. So it's a little bit higher this quarter, you see that in the numbers, it is a number -- when you do this sort of the cost per employee, they also fluctuate a bit quarter-to-quarter, can have a little bit on sort of exactly how much we hire in a certain period. So there is a bit of movement there. I think we were similar levels on salary per employee in Q1 to what we are now. So it kind of -- it's not dramatic. But yes, the trend is for higher costs, that's out there.

**Operator**

The next question comes from the line of Oscar Ronnkvist with ABG.

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**OCTOBER 27, 2022 / 7:00AM GMT, Q3 2022 Evolution AB (publ) Earnings Call**

**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*

So I would like to start with your top line development. You obviously had quite nice sequential growth in Live. So could you give us any comments on to what extent any skewing factors boosted this number, mainly thinking about a large payout you mentioned in Q2?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

No. I would -- I didn't. No. There is no skewing factors, it's more organic growth this quarter. I have no specifics to point out in that direction.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Probably, we never mentioned absolute of payouts, right?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

It's a fairly normal. I would say.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Yes.

**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*

Okay. Understood. All right. And just looking into the momentum, if you could elaborate on the trend in the quarter and if you could share your thoughts on the magnitude of the seasonality effect in Q4. And just specifically, if you expect any support from higher activity across operators following the World Cup in Q4?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Activity from upgrades will, of course, increase and probably marketing budget and others. So that's, of course, positive, you can't deny that. But when we're growing at a pace we are with the 45% increase as you see in Q3 seasonality, we go through that. So the seasonality effect, I think, should be carefully looked at. Not anything that should get on top, the pace is so high already. So activity in Q -- for operates is yes seasonality be a bit careful with that.

**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*

Okay. Got it. So just a final one on cost. Are you satisfied with the current OpEx growth? Or how should we view that looking forward, mainly thing in 2023 and onwards? So could it accelerate from these levels, or what do you think?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I think that the whole world, including us, privately as well as Evolution need to prepared for a little bit tougher period than what we have had in the past couple of years due to the situation in the world. You need to really focus to be better every day, increased cost awareness even on a higher degree than what you have done before. You need to be careful with money. And if you do that in time and you are hungry and energetic with that, I think it would be all good. But still cost will increase over the coming year.

**Operator**

The next question comes from the line of Ed Young with Morgan Stanley.

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

Hi, everyone. Sorry about that. So I guess in many ways the Live growth -- so if you don't mind, I'll ask my first question on R&D. I just wondered if you could talk a little bit more about what the plan is here. You've been very clear Martin, you're not satisfied with the growth. You said you want to improve it. You said that will be lumpy. We all understand that. But I just wonder if you could give any additional color in terms of what you think the drivers of it are? Is it the OSS take-up has been slower than expected? Issues with particular of the studios, whether it's NetEnt or Red Tiger or whatever it might be? And I guess what the plans down around this. Does it require a structural personnel changes? Or is it simply a matter of execution you think you'll get there again? It will be very useful stuff.

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Yes. We need to accelerate the rollout. So we need to accelerate simply getting out -- getting more games out. So to put it simple, execution has to increase in speed. We have done a lot of background work with OSS and all the platforms and another things and that is relatively now we need to accelerate the rollout. That's the simple answer.

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

On costs, Jacob, you mentioned personnel costs and sort of -- you said on that, but I wonder if you could just elaborate little bit on energy. What remains for energy is as a percentage of the cost base? And are you on act generally or where you're working off spot prices, just give us some idea about how much that might move in the other operating cost line?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Yes. Energy is, of course, one item that is increasing along with many others. In and of itself, even though we, of course, consume a lot of electricity. We have large server products and so forth. Of the total cost base, it's not a very significant number. It is, let's say, 1% rough number. It's something like that. So it's a low percentage number. Then you could say, if it doubles then it's 2%. So it's still matters, but it's not really an item that's very impactful for us in and of itself. Then of course, the cost increases across the board, not just energy, that's something that we feel.

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

And then finally, a question on capacity. So first of all, thank you for the new disclosure on game rounds. Certainly, you have a look at that properly. But another area I just wanted to check on was on capacity growth. You talked about a lot of space within the box, if you like, we did in Madrid and Armenia. But I just wondered if you could remind us on where you are with your plan more broadly now, obviously, now launched in Connecticut. So I'm not aware of the U.S. projects in making. You mentioned South America in the past, but you also said you might say that in Europe. So I wonder if you could speak about your broad thoughts on studio and capacity additions.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

The broad situation is that we are good right now, but we need to expand as I said and also all studios. And we will see continuous expansion industry that we have during 2023. Coming into 2023, we are in the planning phase for a couple of new studios in different parts of the world, and how to come back to that somewhere in Q1 to get it through, but we are in the planning phase for those now.

**Operator**

The next question comes from the line of Martin Arnell with DNB Markets.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

I would have 3 questions left there. But you mentioned that you see -- you don't see any apparent signs of consumer slowdown. But could you mention if it's changed anything between sort of August, September, October, if you look at the trend? Or is it just normal seasonality upswing that you see now?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I can't see any. We can't make any conclusions of consumer slowdown due to the world situation. We can't see that right now. But it's important, I mean, we don't know what's ahead of us. Anyone in the world right now needs to acknowledge the uncertainty in the world. But as of now, we do not see neither in September nor August, or earlier, any clear signs of any slowdown.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

And when I look at your regional breakdown and Asia is growing really strong. Can you just comment a little bit on the RNG effect in that reasonable breakdown, because you don't disclose the regional breakdown by Live and RNG?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We have a little bit of traction with RNG in the region as well. Still on insignificant numbers.

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

 9

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Exactly. So it's mainly to Europe as it was -- it has been, 8?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Currently, yes.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Yes. And my final question on your labor cost inflation, what is the like-for-like inflation in the salaries? Jacob, if you could comment and help us understand the cost increase.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

It's hard to single out exactly what is due to inflation and what sort of general increases. So it's not really a hard number there. It's, of course, a bit of both. I think when -- that metric also depends a little bit on where we add staff. So I mean we are expanding a bit in North America, relatively maybe, that can factor in a little bit. So I would say that there is some upward pressure on wages. But it's not only that in the increase in this quarter. And I expect to see some of that also during next year. I mean, I think we -- like we said before, the salaries we give next year would probably be little bit more than what they were the previous year. So we'll -- let's see where it ends up, but some upward pressure on cost in general, not just wages.

**Operator**

The next question comes from Kiranjot Grewal with Bank of America.

**Kiranjot Kaur Grewal** *BofA Securities, Research Division - VP & Analyst*

I have a couple of questions. Firstly, on B2C, there's been a few operators that have said that they've launched exclusive Live games. These providence you were done through partnering with some of your competitors. If there is this ongoing demand for exclusive Live games, would you consider sort of partnering up or working to create these for B2C operators?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Sometimes, there can be. We are not in favor of exclusive deals in general. But sometimes, there can be investment that needs to be done and then you need sort of a little bit longer time period than what you usually have. So then you could make some kind of deal during the certain time period. Now to partner up and limit us in the market would not be interesting. I mean, we are the largest online casino network in the world and we look forward to serve for the One Stop Shop, anyone wanting to engage with high entertainment of best products in the online casino market as a B2B supplier. So, we would not see a limitation in that beneficiary.

**Kiranjot Kaur Grewal** *BofA Securities, Research Division - VP & Analyst*

Okay. Got it. And then, sorry, to come back to RNG. But I suppose it's kind of underperformed, not just this quarter, but for a while now, and it seems to be -- because there haven't been enough games launched. I mean, is there anything behind that? Do you need to recruit? Have you lost some talent? Do you need to recruit people? I'm just trying to what -- I'm trying to work out what creates that step change towards double-digit going forward now?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I think that we coming into the part, where we simply need to accelerate the roll out. And I think that during the past period, we have focused a lot to get the structure right to where to put the games, both for Big Time Gaming and for Red Tiger as well as for NetEnt. So a little bit more focus has been on to create that harbor or where the slot should be and now going forward we need to accelerate the roll out.

**Kiranjot Kaur Grewal** *BofA Securities, Research Division - VP & Analyst*

Got it. And last one on Live Casino. Can you please sort of look ahead 2023 over the next 12 months? Which regions are you most excited about now in terms of growth potential? I can see some of the usual that's holding very well. Are you still holding well? What's the key focus for you?

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

OCTOBER 27, 2022 / 7:00AM GMT, Q3 2022 Evolution AB (publ) Earnings Call

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

It's a little bit like picking one of your children. And usually the answer is like, I'm actually very excited about all. They have all their different characteristics. There is great opportunity in North America. There is great opportunity in Asia. Latin America is sort of bubbling coming up and Europe is showing good signs also this quarter. So I think that all of the different regions are really exciting for the company.

**Operator**

The next question comes from the line of Simon Davies with Deutsche Bank.

**Simon John Davies** *Deutsche Bank AG, Research Division - Head of UK Midcap & Online Gaming Research*

A few from me. Asia, very strong performance. Can you comment, were there any one-off factors that play there? And can you talk about any of the countries that were the key drivers behind that growth?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We don't -- there were no one-offs or any, little bit tougher question we skewed or anything. I don't see any one-offs in the quarter 3. I don't see that.

**Simon John Davies** *Deutsche Bank AG, Research Division - Head of UK Midcap & Online Gaming Research*

And what's the growth across a wide range of countries over there any specific areas of particular growth?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We don't split up the region as such, but we see good growth in -- throughout the region.

**Simon John Davies** *Deutsche Bank AG, Research Division - Head of UK Midcap & Online Gaming Research*

And secondly just on the World Cup, is that -- should that be a positive or a negative for you? Obviously, more online audience should increase, but a lot of that audience will be focused on sports betting.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

No. In general, it's always -- sports event is always a positive, it creates new players and activity and marketing and a lot of other side effects. So it's a positive for us. Yes. Clearly, so.

**Simon John Davies** *Deutsche Bank AG, Research Division - Head of UK Midcap & Online Gaming Research*

And lastly, tax rate nudging upwards. Can you give us any guidance for where you think that settled for '23 and beyond?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

I think the reason for the tax rate increasing now is that -- as we expand the operations throughout the globe we paid taxes in 4 different countries. And so -- I would probably see it continuing upwards a little bit as it has the last year or so. Then the bigger question on taxes, what will happen to the Pillar 2 debate and then the 50% minimum tax that's been discussed. That's the latest. I think it's -- the thing 2024-'25. But during this quarter, maybe I'm not -- I would just say from my vantage point, lost a little bit momentum, it's not quite moving as quickly as we saw before. But it's still there. I think that's something that's to be considered in the future. So taxes are -- they will be higher in the future. That's how I see it. Regardless of this Pillar 2 or not, we will trend up a little bit from where we are today.

**Operator**

Thank you. (Operator Instructions) As there are no more questions, this concludes our Q&A session. I would like to turn the conference back to Mr. Martin Carlesund, for closing comments. Over to you, sir.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Thank you very much, everyone, for listening to us this quarter. Another strong quarter for Evolution. We'll speak again in about a quarter and have a very nice day. Thank you.

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

OCTOBER 27, 2022 / 7:00AM GMT, Q3 2022 Evolution AB (publ) Earnings Call

**Operator**

Thank you. The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Thank you very much.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Thank you very much. You were great, calm and good. Thank you very much. Have a nice day in Mumbai.

**Operator**

Thank you.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Bye-bye.

DISCLAIMER

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS REFINITIV'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2022 Refinitiv. All Rights Reserved.

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

# EXHIBIT 35

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT
Q4 2022 Evolution AB (publ) Earnings Call

EVENT DATE/TIME: FEBRUARY 02, 2023 / 8:00AM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

1

**FEBRUARY 02, 2023 / 8:00AM GMT, Q4 2022 Evolution AB (publ) Earnings Call**

### CORPORATE PARTICIPANTS

**Jacob Kaplan** *Evolution AB (publ) - CFO*
**Martin Carlesund** *Evolution AB (publ) - Group CEO*

### CONFERENCE CALL PARTICIPANTS

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*
**Joseph McNamara** *Citigroup Inc., Research Division - Research Analyst*
**Kiranjot Kaur Grewal** *BofA Securities, Research Division - VP & Analyst*
**Marlon Varnik** *Nordea Markets, Research Division - Analyst*
**Martin Arnell** *DNB Markets, Research Division - Analyst*
**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*
**Simon John Davies** *Deutsche Bank AG, Research Division - Head of UK Midcap & Online Gaming Research*

### PRESENTATION

**Operator**

Good morning, and welcome to the Evolution Q4 2022 Earnings Call. (Operator Instructions)

I would now like to turn the conference over to Mr. Martin Carlesund, CEO. Please go ahead.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Good morning. Welcome everyone to the presentation of Evolution's year-end report of 2022. My name is Martin Carlesund, and I'm the CEO of Evolution. With me, I have our CFO, Jacob Kaplan.

I will start with some comments on our performance in the quarter, whereafter I will hand over to Jacob for a closer look at our financials. After that, I will round off our presentation with an outlook for the rest of the year. And at the end, we will open up for your questions.

Next slide, please. I'm very satisfied to be able to present yet another strong quarter, which concludes a successful 2022 for Evolution. As always, operationally, it has been a very hectic year for us, and in the fourth quarter, we continued at the high pace from the previous quarters. We continue to see strong worldwide demand for our products in live casino.

Both existing, as well as new games launched during the year, continue to attract new players, but also new playgroups. We can also now notice how different parts of the world have initially slightly different preference when they begin their journey within Evolution. At the beginning of the year, I spoke of 2022 as a year of the product. I think 2022 has lived up to that billing.

In the quarter, we have further expanded our North American footprint with the launch of a third studio in New Jersey to support the growing demand there and the build-out of the new studio will continue in 2023. We're also gradually starting to expand our games portfolio in North America, after the launch of Craps in Pennsylvania last quarter. And we finally also launched the fantastic new game in New Jersey in Q4.

In addition, the new studio was launched with our newest game called Football Studio. Furthermore, we will shortly also launch Mega Ball with the British Columbia Lottery Corporation, with the other Canadian lotteries to follow. This will be the first real lottery game launched with a lottery in Canada. In January, we also went live with the Canadian province in Saskatchewan.

Things are also moving within slots. Red Tiger, the first game supplier to introduce timed jackpots in North America. Timed jackpot is a mechanic for slot games that allows operators to set up the progressive jackpot that are guaranteed to hit before a certain time. In the fourth quarter, Red Tiger launched these unique timed jackpots games in Connecticut, Ontario and Quebec. And a week ago, they were launched in Michigan, and has been an instant success.

At the end of the quarter, we had over 1,300 tables live, resulting from an increase of over 300 tables during the year. The high demand for our products means that we must expand in existing studios and the new ones to keep up the pace. We will continue to increase our studio capacity also during 2023.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

During the second quarter last year, we launched new fantastic lobby and since then we have rolled it out. And now in January, the transition to the new Smart Lobby was completed for all customers. The lobby's recommendation engine powered by artificial intelligence assured that the players will always get the content best suited to them. The recommendation engine gets smarter every time the player enters the lobby. And our goal with the new lobby is simple, to help players quickly find a game that they will enjoy. The new lobby is smart, powerful and personalized and it does definitely enhance the playing experience for the end users.

During the year, we have faced difficult macroeconomic environment with war in Europe, increasing cost levels and pressure on supply chains, which has put pressure on our margins. But even throughout the year, we have continued to invest in growth. This year, as always, our main priority has been to continue to serve an ever better experience with the all-fantastic new games as well as enhanced existing games.

With that backdrop, we delivered an EBITDA margin within the guided range for 2022, despite the cost increases we have faced this year. In 2023, cost efficiency will remain as important as in 2022, and our efforts to increase efficiency and throughput will continue. We round off 2022 with a strong financial result and continue the new year with fantastic line of new games and a strong momentum, which makes us well placed to further strengthen our market share and continue to widen the gap to our competitors.

Now let's move to the coming slides and see the effect on numbers, on products, on all our efforts. Operator, next slide, please. Our financial results for both the quarter as well as for the full-year 2022 are strong. Revenues increased by 36%, both in the quarter as well for the full year. EBITDA increased by 35% to EUR 279.5 million in Q4, corresponding to a margin of 68.6%. For the full year, the EBITDA growth amounted to 37% and reached a margin of 69.2%, in line with our guidance of 69% to 71% for the year and an increase compared to full-year 2021 -- 2022. Hard with the years now, when we are in the beginning of '23.

Live casino delivered very satisfactory growth of over 41% in the quarter and for the full year. RNG revenue amounted to EUR 72.5 million, a growth of 15.3% in reported numbers. The growth in the quarter compared to the combined revenue of Evolution and Nolimit City for Q4 2021, the pro forma growth of RNG amounted to 5.1%. As earlier communicated, we have a target of double-digit organic growth in RNG.

Moving forward into 2023, the path to our goal within RNG will not be linear, but we look forward to 2023. We will double the releases of our national brands, add new bonusing tools for slots and increase distribution for slots through OSS.

Our EBITDA margin guidance for 2023 is 68% to 71%, and we have widened the range to 1% as a result of the uncertainty of the macroeconomic situation in the world.

It is, as always, important to state that the investments will continue to be high and our main priority is to continue to grow. And as always, in a trade-off between growth and margin, we will always opt for growth. Important also to note that the Board proposed the dividend of EUR 2 per share for 2022. This is in line with our policy and slightly above 50% of net profit. All in all, fantastic numbers, and I'm very pleased with our financial performance in the fourth quarter and we are definitely well placed to deliver a strong 2023.

Operator, next slide, please. Expanding our studio capacity means we need high recruitment pace. And in the quarter, we increased the number of Evolutioners with 1,100. The increase in staff in 2022 amounted to 3,600, adding to over 17,000 Evolutioners at the end of the period. Evolution is a truly global company. Our products can be played in most corners of the world, and our employees are a good mirror of that global reach. And at the end of the period, we had over 100 nationalities employed all over Evolution.

We will continue to increase headcount during 2023, as we expand in our studios and we will continue to consider diversity as a strategic advantage and a key asset. It is accreditation for Evolution's operational excellence. I'm very proud of all our employees and the work ethos they show in their daily work. They make up a fantastic company.

Next slide, please. Last quarter, we replaced bet spots as a national player activity on our network and replaced it with game rounds. The bet spots slide was only related to live games and by that did not cover the whole network and simply had played out its role as a

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**FEBRUARY 02, 2023 / 8:00AM GMT, Q4 2022 Evolution AB (publ) Earnings Call**

performance indicator. Game rounds index instead shows the development of the whole Evolution network and includes all games. A game around is what it sounds like, one round of a game, one round of Roulette, one hand of Baccarat or one spin of a slot, all count as one game round.

There are still differences between games and, for example, since the hand of Blackjack takes longer time than a spin of a slot, each game round of Blackjack typically carries a higher bet. So, all game rounds are not equal in value. In the short, the index values for game rounds from Live and RNG and others are weighted according to revenue contribution. This gives us a joint index that includes all games based on equal revenue contribution.

Game round index will over time give a better view of activity in our network. This index will not correlate exactly with the revenue each quarter. As you can see, in the chart, activity has remained high in the quarter, over 70% year-on-year growth for the second quarter in a row. One reason for the high growth in game rounds compared to the revenue is that we are adding many game rounds from new markets that typically have a smaller bet size. So activity increases more than revenue. Still, increased activity in the network is a very positive sign and will contribute to growth in the future.

Operator, next slide, please. This slide shows the breakdown of our revenues by geographic region. It's a very good growth year-on-year in all geographical markets, and it's evident that the demand is truly global. Year-on-year growth in North America amounted to 66%, with the highest growth rate of all regions for the fourth quarter. For the full year, the growth amounted to 65% compared to last year.

In Asia, we saw a continued strong growth of 50% year-on-year and a growth of 67% for the full year. We see good potential in both these markets and expect a continued high growth rate going forward. Europe as a whole, including UK and Nordics, showed a good growth of 7% in the quarter -- quarter-on-quarter. European markets in general have a slower growth than North America and Asian -- North American and Asian markets due to both regulatory changes, as well as the -- that they are more mature.

It's worth noting that this table does not include pro forma figures of the growth year-on-year. So to some extent, it can be attributed to acquisitions. Other, including Latin America, Africa and remaining part of the world, shows a very good growth of 61% year-on-year. In this market segment, it is LatAm that is the main driver for growth. Share of revenues from regulated markets amount to 40% in Q4.

Next slide, please. Products -- most important thing, products. In 2022, we grew the Evolution Live offering significantly, further widening the gap between Evolution and our competitors. One year ago, I said 2022 would be the year of the product and set a goal for ourselves to deliver 88 new games in 2022. It would mean a record number of releases from Evolution in one year. We did it. I'm very proud of all the people within Evolution Group that made it happen.

In 2023, we will launch over 100 new games. I think it's fair to say it will be yet another year of the product. Among the new games in 2022, XXXtreme Lightning Roulette was an out of the gate success. MONOPOLY Big Baller is another mega hit. And I'm happy to report that the original MONOPOLY Live continued to see good increase in player numbers, even after the launch of Big Baller. The third exceptional game to point out is this live slot, Crazy Coin Flip, a truly unique game that combines slots and live show, entertainment and the game found a very large audience. I'm excited to do more in 2023, combining the worlds of live and slots.

In the fourth quarter, we launched 2 new and exciting football team games, Football Studio Dice and Football Studio Roulette. Another game in Q4 was the Free Bet Blackjack, a variation of our classical Blackjack, but what makes the version different are the exciting Free Bet. Also new in the quarter is the gripping experience with Dead or Alive: Saloon, a card game set in a fantastic Wild West saloon-style environment. Actually, the studio I showed you on the cover of the Q3 report presentation, if you remember.

While we want to see more in RNG, we have released many very good games also in 2022. During the fourth quarter, one of my favorite is Dead Canary from Nolimit City. Other releases in the quarter, as you can see in the slide here, are in the Rabbit Hole from Red Tiger and Cupcakes from NetEnt, but there were more. We will have a very high focus on RNG [vertically] 2023, and we will do everything in our power to deliver the best and most innovative slots in the world this year.

Now, let's say just a few words about the roadmap for 2023. Operator, let's move to the next slide. Yes, products, 2023. Exciting 2023.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**REFINITIV** 4

Here on this picture is a sneak peek at one of our launches at ICE next week. It's one of our headline games in 2023, and the most technically complex game we have ever built. It's the largest and most spectacular game show we've ever made. It's a strikingly beautiful studio and a bonus and multiplier extravaganza. End users will see something they have never seen before.

I won't get into details, as it's released on ICE, but I'm very, I would say, even extremely excited to bring this experience to players across the world. 2023, we have a great variety and innovation amongst existing releases, both Live and RNG from all 7 of our brands. We will show some, but not all of what we are having in store for players next week at ICE. Looking forward to see you all there.

At Evolution, we always strive to be a little bit better every day. So, of course, 2023 is going to be our strongest product year ever. End-user entertainment and satisfaction is what will be the future, not only 2023 or 2024 or 2029. It's the ultimate goal for all of us trying to make a difference every day. We need to stay on our toes, breaking boundaries, create what others dream of and think it's impossible. We can never stop. We need to relentlessly continue to create Evolution's future. That's what all of us at Evolution is doing every day, trying to create what are the [3 moats] and that is called ambition, hunger and energy. That is why all of the 18,000 employees of Evolution should be proud.

With that, I'll pass on to Jacob, who will speak more about financial details. Operator, next slide, please.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Thank you, Martin, and good morning to all of you listening.

We now have a couple of slides with comments on our financial development during the period, and I'm on Slide #9.

Revenue amounts to EUR 407.5 million in the quarter, that is made up of EUR 334.9 million related to live casino and EUR 72.5 million from our RNG-games. Live casino has had a very strong performance throughout this year, or 2022, I should say, and shows a strong development also in the fourth quarter. Year-on-year growth is 41% in the final quarter of the year, and 42% for the full year.

As Martin mentioned, we see year-on-year growth in all regions and have also been successful with several strong game releases this year and we feel good about the roadmap for 2023, as Martin just pointed out. There are still large growth opportunities for us in many markets. All that said, I expect the growth in percentage terms to continue to come down as our revenue base gets larger.

RNG revenue amounts to EUR 72.5 million in the quarter. Growth rate for RNG, just looking at the reported figures is 15% in the quarter, but that does include Nolimit City that was acquired in the third quarter of this year, so not included in the comparison period. Growth compared to pro forma figures is about 5%. This is a slight improvement in growth from Q3, but it's still lower than the goal of double-digit growth we communicated at the beginning of 2022.

We stated also then that the development will not be straight line towards that goal, and I see that comment as still valid looking into 2023. We remain committed to the goal, as Martin pointed out, and are continuously working to improve productivity in our RNG operations, but we will not set a firm deadline for when the goal of double-digit growth can be achieved at this time.

EBITDA for the quarter amounts to EUR 279.5 million, giving an EBITDA margin of 68.6% in the quarter and 69.2% for the full year. We are in line, albeit, at the low end with our margin guidance of 69% to 71% set at the beginning of this year. For 2023, we expect to achieve a margin in the 68% to 71% range. I guess you can say that's a notch lower than the guidance for 2022, but given the uncertainty in the world, the pressure we see on costs right now, and the fact that we exit this year just over 68%. We think the [larger interval] does make sense. As we have said many times before and I will repeat now, we do prioritize growth over margins. So, this guidance is a way to share our expectations today rather than that it's a hard goal in and of itself.

Operator, let's move to the next slide, please. We are at the end of the calendar year, so I have added this slide to the presentation, a little bit to zoom out and also take a look at the multi-year performance of Evolution. As you see here, we closed this year, or 2022, with almost EUR 1.5 billion in revenue and just over EUR 1 billion in EBITDA. When you look at numbers all day, sometimes they can be more than just numbers and for me, it was very nice to see us break the EUR 1 billion level for EBITDA. Of course, EUR 999 million wouldn't

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

have been a huge difference, but still a milestone and I'm -- or I should say we all are happy for that.

Looking at the multi-year development, we also see that we have been able to increase margin with the growing top line. We do increase margin also 2022 versus 2021, but not with the same jump as we saw during pandemic years in '20 and '21. During 2021, we also added the main part of the RNG business through acquisitions of NetEnt, Red Tiger and Big Time Gaming, which, as you can see here, gave an extra boost, both to revenue and EBITDA. So as we've talked about on the previous slide and earlier in the presentation, we have more work to do to achieve the future growth we want in RNG, but it's a highly profitable business but still has a very good fit in the group.

Looking at revenue, we increased top line by almost EUR 400 million or 36%, 2022. That revenue figure does include a mix of organic and acquired growth. But looking at live casino, revenue isolated, which is all organic, we had over EUR 300 million in both '20 and '21, respectively, with growth rates around 50%. So, while we actually had even more revenue in 2022, the math works that the growth rate starts coming down a bit, as I mentioned on the previous slide. That was a quick look at the full-year development.

Let's go to the next slide, and we'll have a more detailed look at the most recent quarter. So moving to the next slide. This shows our P&L in a bit more detail. As usual, we'll walk through the tables from the top. Live revenue just under EUR 335 million for the 3-month period October to December 2022, and EUR 1,188 million for the full year. This is organic growth of 41% and 42%, respectively, compared to the same period last year.

RNG revenue amounts to EUR 72.5 million in the 3-month period and EUR 268.4 million for the full year. And the total growth, including organic and acquired, is 15% and 17%, respectively, as mentioned earlier. Majority of that, of course, acquired as was covered also earlier. Total revenues sum is up to EUR 407.5 million for the quarter and just over EUR 1,456 million for the full calendar year 2022, a 36% growth in the full-year numbers versus reported figures. And pro forma, that works out to about 33% for the quarter and about the same for the full year.

Moving down to expenses. Personnel expenses amounts to EUR 81.5 million during the quarter, an increase of EUR 26 million compared to the same period last year. This includes increase in staff compared to last year in all our teams, commercial, operations, engineering, business support, I'll say, across the board. Depreciations amounts to EUR 29.5 million.

That does include EUR 11 million in amortization of intangibles related to the acquisitions of NetEnt, Big Time Gaming and Nolimit City. Other operating expenses include items such as consumable equipment, communication costs, consultants and royalty fees, totals EUR 46.4 million, an increase of 22% compared to the same period last year. Summing up, total operating expenses, EUR 158 million, increase of 36% compared to reported figures same period last year.

That brings us to operating profit, sums up to EUR 250 million in the quarter and EUR 908 million for the full year period, increases of 35% and 39%, respectively. Financial items includes, as always, a charge for right-of-use assets according to IFRS 16. Also on this line, we have currency-related effects from the revaluation of balances on bank accounts that we hold in non-euro currency, as well as effects on intra-group loans. So it's a little higher cost there than the previous quarter, but it's not related to interest rates. We carried no external debt. So, that's not what it is.

Tax is just under EUR 17 million in the quarter, that's a tax rate of 7.1%. For the year-to-date period, it's 7%. It's almost 1% higher than the previous year, and our tax rate will continue to gradually increase in 2023 as we increase our global footprint. Regarding the upcoming project of global minimum tax of 15% or the Pillar 2 as it's referred to in tax speak, I guess, the current timetable is that it will come into effect from 2024.

A lot of work still remains and we will probably know more as the year progresses, how and when it will affect us. But expect a higher tax level from 2024, as I know most of you already have in your models. All this sums up to profit for the 3-month period of EUR 223.5 million. That equals an earnings per share of EUR 1.03 per share for the quarter and that's an increase of 34% compared to fourth quarter of 2021. And finally, the rolling 12-month period, I would say the full-year earnings per share is EUR 3.88 per share.

Operator, let's go to the next slide, please. Before handing back to you, Martin, a look at cash flow and financial position. And we'll start

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

to the left, where we see the development of capital expenditure. The gray part of the bars, that represent investment in tangible assets. That means our investment in studio projects. And in the fourth quarter, CapEx in tangible assets is almost EUR 18 million. We have had high activity in studio projects in the quarter. The blue part of the bar is investment in intangible assets, and that's related to new games and features to the platform. It's about EUR 10 million in the quarter and in line with previous quarters this year, as you can see.

For the full-year 2022, CapEx amounts to EUR 97 million. It's a notch higher than the EUR 90 million we estimated at the beginning of the year, but fully in line with our plans from later in the year. For 2023, we will maintain a high pace in our investments and I estimate CapEx will total around EUR 120 million for 2023.

In the middle of the slide, we show operating cash flow in the quarter, it amounts to EUR 221 million. Operating cash flow in relation to EBITDA on a rolling 12-month basis is still on a very good level at around 75%. And finally, to the far right in the slide, a quick look at the balance sheet. We maintain a very strong financial position, EUR 532 million in cash on balance at the end of December, which, if the Board's proposal to the AGM of dividend of EUR 2 per share goes through, EUR 426 million out of that will be paid as dividend in early April.

So that was the end of my prepared remarks. I'll hand back to Martin for some closing words and we'll take questions after that. Martin, over to you.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Thank you, Jacob. Now we are on the next slide, the last slide before Q&A. Thank you. A few words to conclude this report presentation. We have a strong end of 2022, and an overall strong year for Evolution with many strategic achievements, such as building 4 new studios, launching record number of new games and most importantly, we have continued to increase the gap to competitors.

In 2022, we worked hard to restructure the cost base to reach effectiveness and cost awareness and that job will continue throughout 2023. Despite the macro challenges we face, inflation and cost increases are reality for us. We have great momentum, and we will focus on Evolution and the things we can control to innovate and push boundaries and enhance the player experience and increase the gap to competition even further.

We see good opportunities for continued positive development in the US. We will continue to expand capacity in our studios and increase our games portfolio in that market. Last week, we had an official opening of our new studio in Madrid and with 3 others newly launched studios, we will, during the year, be focusing on scaling up the new studios, but at the same time, we will build a number of new ones in 2023. We expect to see continuation of strong growth in Latin America, and we will expand our presence to capture those markets. With a local organization already in place, we are well prepared to continue our expansion there.

Moving into the new year, increased growth within RNG is a high priority. And looking at the roadmap for games, I very much look forward to 2023. Beyond everything and most important of all is our focus to innovate and push boundaries to enhance the player experience. In the end of the day, that is what counts.

Thank you all for listening, and we'll speak in a couple of months again. And now we'll move to questions. So next slide, please.

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) We will take our first question from Ed Young at Morgan Stanley.

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

I'm going to ask about products. I recognize the importance, it sounds very exciting. But given you've heavily blurred your slide and it's ICE next week I guess I'll wait till then to ask (technical difficulty). So my first question, if it's okay, is on margin. You've given the range there, Jacob. I wonder if you could just go into the line items a little bit in terms of how you think about the evolution of that cost.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**FEBRUARY 02, 2023 / 8:00AM GMT, Q4 2022 Evolution AB (publ) Earnings Call**

I know that cost per personnel was down a little bit in Q4 and Q3, but you said there is a step-up, I think, probably in the spring. So could you talk perhaps about particularly personnel and other, how you think about the growth in those line items, or how you will be able to manage the business to hit within that margin target? I'll ask questions in turn, if that's okay.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

I will comment, Ed. We will continue to expand and we will build studios. So that cost is positive. We need to be cost aware in all different parts, but we will continue to expand and growth is priority. Exactly how that will fall out over the month and quarter is very hard to say. We add the percentage to widen the gap to 68%, 71% due to the macroeconomic situation in the world. It's purely because it's very volatile in the world right now. There's a war in Europe. And to account for that, we add the percentage. That's the whole story of that. Our ambition is, of course, as high as it's always been when it comes to margin and we have a scalable business and we should continue to add that.

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

Understood. And the second one is on returns. Martin, you've spoken over the past few months about your personal view on buybacks versus dividends. And we've had the conversation on these calls variously over M&A versus returns several times. I appreciate it's a decision for the Board ultimately, but I just wondered if you could give any update on or color on how you see things, particularly in M&A versus returns and if there is a prospect for the company to put its balance sheet towards buybacks over the coming year?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I think that the first comment would be that the money we have in the balance sheet now currently at hand will, to a large part, go out as dividend in a couple of months. And the decision for dividend or buybacks is a Board decision. My view is that this would be a nice complement to the dividend with the buyback. But that's a decision that would be taken by the Board in a late stage.

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

Okay. And then the final one is on the US. There was a legal update last week with the Superior Court of New Jersey's Appellate Division on the defamation lawsuit you brought around the report in late '21 that you said originated from a competitor. One of the aspects raised by the judge is whether the DGE or the Pennsylvania Gaming Control Board has finished any kind of review of the report they received more than a year ago. I appreciate it's a legal process, so you probably won't be able to say too much, but could you give any update or color around that at all, please?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We pursue, and think that we are entitled to know who was behind the report and we take legal action to do so. That goes a little bit. Now it went up one instance, and that instance pushed it down and I see that as positive.

**Operator**

Your next question comes from Oscar Ronnkvist from ABG.

**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*

So first of all, I just want to know about the competitive landscape. How you see it developing during the tougher economic environment? So do you see any signs of others slowing down as a result? And also, just particularly on the US, how do you see competition developing like Authentic Gaming in Michigan, for example, or Playtech's expansion?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

How it relates to the macroeconomic situation is, of course, there is less money going around to companies that are in need of money -- and that might affect. When it comes to the competition, I would say that it's been a couple of years now, and it's slowed down in my point of view. We have continued as before and even accelerated. So, my point of view is that we increased the gap to competition and they are now even further behind than they were before. But that's, of course, my view.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*

Understood. And just on the US expansion. I mean it's -- obviously, I think Authentic Gaming just launched in Michigan and Playtech is the only other live casino operator. Do you see any signs of any others coming in there like Promatic? Or should we see, all else equal, that you continue to dominate the US live casino space?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I don't think that we should single out any market. We have huge amount of competitors in Asia. We have competitors in Europe, and it's healthy to have competition and we work and we fight every day. And there is no specific situation in US. I'm very happy with the position we have and the expansion.

**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*

Okay. Next one just on -- I think that the UK saw a bit of a sequential increase. So are you seeing any signs of easening there, just looking sequentially from a bit,I mean, pressured levels, I guess? And also, I mean, if you have like any expectation sort of in -- ahead of the white paper coming, did you see signs of operators actually like moving up their plans now that -- I mean, the comparables should be easier, I guess, soon enough?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

It's very hard to say. It's been going a bit up and down when it comes to the UK regulation. If I would look at the total picture, I would say that I think that we have a bit more stable situation coming our way in 2023 and maybe 2022 in Europe we have had before, and I hope for being right in that.

**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*

All right. And just want to follow up on the capital allocation question there. So, you're not ruling out any potential M&A within the RNG space to maybe expand through to M&A there?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

I think our position has been the same for the past couple of years. The main -- the dividend -- we have a dividend policy of 50% payout, which this year is very much in line with. And I think you see most of the cash that we hold on balance right now will be that dividend. And then the buyback is an opportunity if there is more cash than that. And we've also done some M&A, but that M&A is -- that's a bit opportunistic, if the opportunity is right, if it fits within the group. So it's nothing that we rule out, but it's also not -- our main growth avenue is organic growth. That's how we've put it in the past.

**Operator**

Your next question comes from Joe McNamara at Citi.

**Joseph McNamara** *Citigroup Inc., Research Division - Research Analyst*

I want to ask the first question on game releases, if that's all right. A couple, and I'll take them one by one. So, you did very well, I think, to hit your 88 game targets here. And despite acceleration in Q4, RNG growth is still somewhat below your aspirations. So, could you kind of help me understand why throughput of these games was a bit soft and what needs to be done from a kind of slots quality perspective?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Yes. I mean, the roadmap for RNG looks much better 2023 than it did 2022. To single something out, we will double the amount of releases on that front, which is highly needed and we see great potential in that. When it comes to quality, that's a hard one. It's a little bit more of a volume business when it comes to RNG. But we have a couple of things that we want to do anyway when it also comes to slots and we look forward to those. Then we are now in the distribution phase of OSS. So, we also will increase the distribution of our slots with OSS, 2023, which is a little bit later than what we expected. So also that we look forward to.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

**Joseph McNamara** *Citigroup Inc., Research Division - Research Analyst*

Excellent. Very clear. And then also kind of on the same topic, can you disclose how many live games were released as part of the 88? And then kind of, I guess, what the aspiration will be for kind of live game releases in 2023? And I guess similar to that, one of the more popular games or the more popular games in 2022 were kind of your more game show-style games such as MONOPOLY Big Baller and Crazy Flip Coin. So if you agree with this, is there going to be kind of continued increased focus on these kind of game show releases as well?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

The comment on live releases -- we released -- it's a multitude of brands and there is also Ezugi. So it's like, I would say, somewhere between 15 and up to maybe 20 live games for 1 year. And then they have -- some games are aiming for one market and there is a portion of live games, which are sort of regular and a portion that is game shows. And we don't really break it out, but 15 to 20 games a year. And I think that's a good number. We look forward to be on that --- somewhere on that also in 2023.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

I think it's worth mentioning also that there's also lot of innovation and new things that go into the existing games. So improvements to the interface or sort of new functionalities, things like that can also be very, very important. Then in terms of the game releases, you might be right in that, some of these game show, games in very spectacular studios and they do get a lot of attention and should get a lot of attention. But there's a lot going on also when it comes to the traditional table games.

**Joseph McNamara** *Citigroup Inc., Research Division - Research Analyst*

Excellent. Very clear. And then the last one is kind of a follow-on, I guess, from Ed's comments. Your kind of full-time employee growth was very consistent throughout 2022 of kind of 37%-or-so percent. Should we kind of expect this level of growth into the kind of first part of next year? And are there any regions, I guess, this is more heavily concentrated or is it again kind of across the board?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We don't really comment on the growth phase. But they can vary quarter-on-quarter and even maybe sometime year-on-year as we saw with the pandemic. But, overall, we'll continue to expand and grow studios and add studios also during 2023 and 2024, which then, of course, increases the staff.

**Operator**

Your next question comes from Martin Arnell at DNB Markets.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Hope you're well. My first question, just on the growth drivers in 2023. What drivers are you most excited about, if you have to choose 1 or 2 things?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I think -- I'm very happy with the new games released in 2022. We really see that. That's exciting. They were good. Many of them were mega hits in many ways. I, also, I'm very excited about Latin America now coming on and the number of players we see there and the type of games that they play is also very exciting to see. Asia, as always, large market, growth while also exciting. But now we start to see a little bit pickup in Europe. That's also nice to see again. And then Africa is bubbling somewhere around the corner or there are countries in Africa that are really interesting as well.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Interesting. And the locations, the studio locations, have you decided them, the 1 or 2 new studio locations for this year? And have you started to build?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We are in the decision process right now.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**REFINITIV**

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. And what would you -- I mean, are you preferring to keep it in Eastern Europe, or do we look forward to LatAm or what do you expect?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We will -- naturally, we need to get closer to all markets. There is no plan -- the first question then would be, are there any plans for a studio in Asia? No, we don't have that. Latin America, yes, of course. Europe, yes, of course, something that we need to expand capacity.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

And you mentioned product, I mean, it's obviously your key focus area also this year. And this new game that you are marketing a little bit today without commenting too much still alive, is that a completely new version of a game show or is it an IP built out from existing games? And also do you think it could be on par with the success of your biggest game show or what kind of expectations do you have on the game?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

There will be more answers on Tuesday when the games releases. It's an extremely exciting time now to be able to release that. It's a fabulous game. It will be very exciting. Exactly what will happen with players and how they will be received, of course, we have high expectations on that and we think that this can be something phenomenal, but you never know. So, we will wait with the valuation of it until released.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. Fair enough, guys. And one final for you, Jacob. You mentioned that you expect growth rates coming down a bit given the big base and you've talked about that for quite some time. Is that something you experienced so far in January in the New Year?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

It wasn't a comment on January, relates more in the year-over-year scenario, where I think you see that. Even live casino, we're fantastically happy with 40% growth this year, but it was 50%, a little bit higher last year or 2021. So more to highlight that. So not a comment on January.

**Operator**

Your next question comes from Marlon Varnik from Nordea.

**Marlon Varnik** *Nordea Markets, Research Division - Analyst*

Yes. So just a few follow-ups here. Firstly, on LatAm, what markets are performing well here and also if you open a new studio in the LatAm market, what parameters are important there?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We won't single out markets in Latin America either. We stick to sort of this. But the general comment on markets in Latin America is that they follow, of course, the social economics and the number of people living in the country. So that sort of gives you the idea of where the biggest portion of players could be. That's the same for Europe or other parts of the world, that's the same. Large part of Latin America is regulated or on its way to regulate. So we follow that. And if we would place a studio, of course, that plays in to see exactly how and what markets to serve and what. So, we will look into a lot of parameters when we decide where to build a studio in Latin America.

**Marlon Varnik** *Nordea Markets, Research Division - Analyst*

Yes. All right. And also just quickly here, the Ukrainian development hub, have you been impacted here for the slots development and have we seen any delays in game developments here?

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We had a large development hub or community there for slots. So, of course, it was impacted, but more maybe in the beginning of 2022 than in the later part. And it's a tough situation in Ukraine and we feel a lot for that. And we needed to offset that with other development.

**Marlon Varnik** *Nordea Markets, Research Division - Analyst*

Perfect. And just lastly, given the inflationary environment we see here, how should we understand the royalty rate towards operators going forward? Should we expect some pricing power from your end when renegotiating contracts given the cost inflation we see?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

As usual, we want to deliver the best products ever existed to any operators and we want to be a one-stop shop where we supply all possible content that makes an operator successful. And we don't want to use that position as the pricing power. We believe in competition. We believe in running faster, and we believe in a partnership relation with our operators.

**Operator**

Your next question is from Kiranjot Grewal from Bank of America.

**Kiranjot Kaur Grewal** *BofA Securities, Research Division - VP & Analyst*

So, a couple of questions from me. I see the pipeline in these few years in 2023 is lighter than that for '22. Should we assume relatively fewer cost headwinds in that case because that's the ramp-up costs, I suppose?

And then the second question is, you still have this goal to reach double-digit growth in RNG. What's going to drive the step-up in growth? And related to that, you've done several acquisitions over the last few years on RNG. Have these fully been integrated? Are you leveraging all the sort of USPs from the different acquisitions and combining them now in your new games?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Do you want to start on the second one, maybe, and I can take the first one?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Yes. We are happy with our acquisitions. We're not happy with the 5.1%. We believe in double-digit growth. But don't lose eyesight from the fact that we have added fundamental value and good margin and cash flow from the RNG business. And it's a great business and an addition to Evolution. I think that coming to the double digit growth, we will be very satisfied and very happy with the RNG business.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

On the first question, Kiranjot, was that related to pipeline of studios or I didn't catch the first part of what you asked there?

**Kiranjot Kaur Grewal** *BofA Securities, Research Division - VP & Analyst*

It was on the pipeline of new studios. I think there's fewer new studios for '23 than '22, assuming that with each one.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

I don't know [that that's] correct. I think we've had quite a rapid expansion phase during '22 as you see in the CapEx, where studios development has been high through the year. And I think we see that we maintain that also for next year. So it's not -- I wouldn't say that the pipeline for new studios is so different. Also remember, now we are soon up to 20 studios or something like that, or maybe that's between 15 and 20. And adding a new studio or expanding an existing one, it's not that big a difference when it comes to the cost implications of that. So, I would say that we have a high pace of expansion in 2022 and we expect to continue that into '23. So no shift there.

**Operator**

Your next question comes from Simon Davies at Deutsche Bank.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

## FEBRUARY 02, 2023 / 8:00AM GMT, Q4 2022 Evolution AB (publ) Earnings Call

**Simon John Davies** *Deutsche Bank AG, Research Division - Head of UK Midcap & Online Gaming Research*

A couple from me. You added 300 live tables in 2022, and I think 300 in 2021 as well. Is 300 the magic number that we should think of in terms of capacity expansion?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Not the magic number, but it's roughly where we've been in the last couple of years. But it's not the magic number in itself. No.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

No. It could be a bit more. It could be more likely not less.

**Simon John Davies** *Deutsche Bank AG, Research Division - Head of UK Midcap & Online Gaming Research*

(technical difficulty) the gap with the competition expanding to ever greater levels? Signs of your competitors (technical difficulty).

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

You broke up. Sorry. Can you repeat the question?

**Simon John Davies** *Deutsche Bank AG, Research Division - Head of UK Midcap & Online Gaming Research*

The gap with your competition (technical difficulty) ever been the evidence of your beating on price.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

You break up a bit, but my -- if I little bit guess, you're asking if the gap to competition is the largest ever and if it affects the pricing position for us. And I will answer that, and I would say that in my belief, I think the gap to competition has never been wider. We are adding much more games. We're adding phenomenal games. And if you come to us, you will see something spectacular. And competition is more now than a couple of years back, actually only copying what we did. And to some extent maybe not even trying to do something of their own.

So the gap is widening. The pricing is -- I think that we charge far too little for our product, I always say that, and we should charge much more. But I neither see that there should be price pressure. We deliver fundamental value. We add new games. We add new player -- we add new player groups to the operator. So, I think that it's fine. Neither I think that we should use our power to increase the price just, of course, we can. So that's -- we're in a partnership with our operators and should continue being that.

**Simon John Davies** *Deutsche Bank AG, Research Division - Head of UK Midcap & Online Gaming Research*

Last one was just on -- obviously, it's been a key focus for M&A over the last few years that growth rates have been disappointing. Is it fair to assume that the focus will be on consolidating what you've got now as opposed to any further M&A in the RNG space until you can kick start that business?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I think that the acquisitions over the last year has been truly right. I think that we bought the right companies. I think that we actually put the cost and we increased the margin, and we delivered on that and that's contributed a lot of value. And I think that we are a little bit late with the distribution of our assets. We didn't get the games out that we wanted to have out, 2022, and we were a little bit late.

But besides that, we are in very good shape and we look forward to 2023 when it comes to RNG as well. For us, the mergers or the acquisitions or the M&A for us, it's a way to enable us to reach the position as a worldwide leader. And if a new company would occur, look at DigiWheel, it's a fantastic acquisition, adding value to us. Maybe there are more things like that, small or big and then we'll consider it.

**Operator**

There are no further questions at this time. I would like to hand back to our presenters for closing remarks. Thank you.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

13

FEBRUARY 02, 2023 / 8:00AM GMT, Q4 2022 Evolution AB (publ) Earnings Call

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Thank you very much for listening. It's been a pleasure to be here today and it's a fantastic new year started. And thank you and see you in a couple of months.

**Operator**

Thank you. That concludes our conference for today. Thank you for participating. You may now disconnect your lines.

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS REFINITIV'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2023 Refinitiv. All Rights Reserved.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

# EXHIBIT 36

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT
## Q1 2023 Evolution AB (publ) Earnings Call

## EVENT DATE/TIME: APRIL 27, 2023 / 7:00AM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is
prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its
affiliated companies.

REFINITIV

1

## APRIL 27, 2023 / 7:00AM GMT, Q1 2023 Evolution AB (publ) Earnings Call

### CORPORATE PARTICIPANTS

**Jacob Kaplan** *Evolution AB (publ) - CFO*
**Martin Carlesund** *Evolution AB (publ) - Group CEO*

### CONFERENCE CALL PARTICIPANTS

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*
**James Rowland Clark** *Barclays Bank PLC, Research Division - Research Analyst*
**Kiranjot Kaur Grewal** *BofA Securities, Research Division - VP & Analyst*
**Marlon Varnik** *Nordea Markets, Research Division - Analyst*
**Martin Arnell** *DNB Markets, Research Division - Analyst*
**Monique Pollard** *Citigroup Inc., Research Division - Director*
**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*
**Simon John Davies** *Deutsche Bank AG, Research Division - Head of UK Midcap & Online Gaming Research*

### PRESENTATION

**Operator**

Good morning, and welcome to the Evolution Q1 2023 Earnings Call. (Operator Instructions) Please note, this event is being recorded. I would now like to turn the conference over to Mr. Martin Carlesund, CEO. Please go ahead.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Good morning. Welcome, everyone, to this wonderful day and presentation of Evolution's report for the first quarter of 2023. My name is Martin Carlesund. I'm the CEO of Evolution. With me, I have our CFO, Jacob Kaplan. I will, as usual, start with some comments on our performance in the quarter, where after I hand over to Jacob for a closer look at our financials. After that, I will round off our presentation with an outlook for the rest of the year. And we are, after that, happy to take all of your questions.

Okay. Let's begin, operator. Next slide, please. 2023 started in a high tempo and we continue to see strong worldwide demand for our products. There is a slowing of the general economy in large part of the world, but we continue to attract new players and grow in all our markets. As we have said in earlier quarters, it's reasonable to assume that the general slowdown of the economy also affects us on some level. But we cannot say that we see any clear signs of a slowdown in our business.

Of course, we are supported by the fact that we have come into the new year with a fantastic pipeline of new games and a strong momentum from 2022. I want to mention some of the operational highlights in the quarter. The opportunities in North America continue to be very promising, and we continue to expand our offering in both RNG as well as Live Casino.

We have now rolled out RedTiger timed jackpots in Ontario, Quebec, as well as in Connecticut and Michigan. And just a week ago, also in New Jersey, with the remaining states of the U.S. to follow. RedTiger remains the only game supplier to offer timed jackpots in the U.S. This unique state-of-the-art progressive jackpot mechanic for online slots that allows operators to set progressive jackpots that are guaranteed to hit before a certain time.

It's a feature that has been widely popular in other regions, and we are excited to bring it to the North American players. Furthermore, in Q1, we launched Mega Ball with the British Columbia Lottery Corporation, with the other Canadian lotteries to follow. Mega Ball was our first bouncing ball game a few years ago, and we have now added more games in the category. Mega Ball appeals to players all over the world and it's an example of how we extend the product portfolio to include something for everyone.

The focus to bring all of our fantastic products to each state, regulated or regulating, in U.S. continues, and we are constantly investing, building and working with all regulators to achieve this. Also in Europe, we are off to a fast start of the year. I'm very happy that we have agreed to launch our games with Sky Betting & Gaming in U.K.

I have known the people at Sky for many years. So we are happy to finally bring our games to their players. I mentioned the development in LatAm several times in the past years. And it continues to be a rapidly developing region that is in focus for us. We have had a local organization there for some time, and we are also exploring opportunities for expanding our presence with local studios.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

2

APRIL 27, 2023 / 7:00AM GMT, Q1 2023 Evolution AB (publ) Earnings Call

In the first quarter, the transition to the new Smart Lobby was completed for all our customers. Our new lobby being incredibly well received and the data from it has been strong. Players can favor games, search without a sale, sort by table, filter by native languages, speed tables or limits. All in all, we make it easy for the players to quickly get what they want and also discover new games.

Now let's move to the coming slides, and I'll see the effect on numbers and products for all of our efforts. Operator, next slide, please. We continue the good momentum from 2022 and have seen a strong start to 2023. The combination of global demand for our product and constant pursuit of cost efficiency, hard work and high ambitions of all employees, all sums up to the fantastic numbers.

Operationally, it has been a very hectic quarter and I'm pleased to see the financially strong results we present today. Revenues increased by 31.5% to EUR 430 million. EBITDA increased by close to 31% to over EUR 300 million, corresponding to a margin of 69.9%, which is within the guidance of 68% to 71% for the full year.

I'm happy with the margin in this quarter as it is a result of the high demand of our products in combination with that we constantly work hard on cost efficiency. We show that we are able to increase efficiency and strengthen the margin from Q4 2022 even in the very difficult circumstances as we see in the world today.

Live Casino delivered good growth of 36% compared to Q1 last year. RNG revenue amounted to EUR 69.5 million with a growth of 11.6% in reported numbers. The growth in the quarter compared to the combined revenue evolution and no limit for Q1 2022 pro forma growth amounted to 0.6%. As earlier communicated, we have a target of double-digit organic growth of RNG. As we stated already in the end of last year, the path to our goal within RNG will not be aligned here, but we look forward to 2023, where we will double the releases of our NetEnt brand, add new bonusing tools for slots, and increase the distribution of slots through OSS. Increased growth within RNG will remain a high priority throughout the year.

All in all, I'm very pleased to be able to present yet another very strong quarter for Evolution. We're definitely well placed for strengthening our market share and continue to widen gap to all our competitors. But as always, we need to work hard and become better every single day. I constantly also want to remind you that all numbers you see is the creation of thousands and thousands of fantastic Evolution employees, working hard and a little bit better every day.

Next slide, please. As we grow our business, we also expand the headcount. In this quarter, the increase is about 300 net, a bit smaller addition than what we saw per quarter in 2022. Increase of head count can be a little bit lumpy. We added a lot of staff in Q4, so we are benefiting some from that also in Q1. The increase in staff year-on-year amounted to close to 3,000, corresponding to an increase of 21%.

We will continue to increase numbers of employees during 2023 as we expand in our studios, and we will continue to consider diverse strategic advantage and a key asset. It is a condition of Evolution's operational excellence. I'm proud of all employees and the work ethos they show in the daily work. They make up a fantastic company.

Next slide, please. The game rounds index shows the development of the whole evolution network and includes all games. A game round, as I pointed out earlier, is what it sounds like, one round of a game. Even so, I want to reiterate that one round of Roulette, one round of Baccarat, and one spin of a slot, all count as one game round.

Also important to note is that there are differences between games since one hand of Blackjack takes longer time than one spin of a slot as well as that each game round of Blackjack typically carries a higher bet compared to the slots game. And as a result, all game rounds are not equal in value.

In the chart, the index value for game rounds from Live and RNG are weighted according to revenue contribution. This gives us a joint index that includes all games based on equal revenue contribution. With this as a backdrop, we need to know if the true activity and entertainment of a player comes from a game round. And a healthy increase of close to 70% we see in Q1 2023 is very good.

Operator, next slide, please. As a group, we are committed to creating the best gaming experience for every player in online casino. For

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

2023, we are planning to release over 100 new games across all categories. Our road map this year is nothing but fantastic. Another year of the product. We need to constantly increase entertainment factor and push boundaries to be relevant for the players in 10 years from now.

Online casino industry needs to understand that doing and delivering the same as today in 10 years will not be satisfactory for a much more fluent younger online generation. Evolution knows this, Evolution acts on this, Evolution gets energy from this. Evolution constantly moves forward towards the future. We do not stand still and wait for it to happen.

During the first quarter, we released 18 RNG games, which is similar to last year, and we will see a ramp-up of release in the second half of 2023. During Q1, we presented 2 of our big Live games this year, even though both will be available to play first in the second quarter.

Extra Chilli Epic Spins is a unique online game that brings together Live and slots in the game show style game, created around a hugely popular slot Extra Chilli from Big Time Gaming. It's a fresh way to enjoy slots, adding a community feeling, social aspect, and we are excited to see how it is received by players. I think it is a theme that we will explore further in the future.

In 2017, we launched the first ever game show in online casino: Dream Catcher. It was a first attempt at a Live game that would appeal to players who were not in traditional table games.

We wanted to increase the entertainment. We wanted to expand Live to other players within online casino, and we wanted to expand Live to new players outside classic online casino. After that release, Deal or No Deal, Monopoly Live, Mega Ball, Monopoly Big Baller, and of course, CrazyTime, and a few more games that have reshaped the gaming industry and made it more fun. That is something to be very proud of.

We have learned a lot developing game shows, and we have had a few failures, too, that's all part of the process. We've now taken all of that knowledge and put it to work on our late subscription, Funky Time. It's the most complex game that I think anyone has ever seen in the gaming industry and it's going live in May. The game is built around our own patent technology, the DigiWheel. There have been hundreds of persons who have worked on bringing this game to life, and additional dozens of people who contributed to the concept in various ways from bonus works, the master sign, the studio, the DigiWheel, and all the magic it does. We're very excited about Funky Time and I think it will be a wonderful complement to Crazy Time and the rest of our family of game shows.

Our group's product road map for this year is the strongest one ever with great variety and innovation amongst existing releases from all our brands. Needless to say again, but I am very excited about new games that we have in line up for 2023, the second year of the product. Operator, next slide, please.

This slide shows the breakdown of revenue by geographic region. From this quarter, we have made a change to better reflect how we work with the different regions. As mentioned earlier, LatAm is a region that has seen a strong development during the recent year and we now break out as a separate region in the table. We also grew U.K. and Nordics into Europe that better reflects our current structure for addressing the region.

We have a true global demand for our products, which is also reflected in the spread of revenues on the geographic regions. Now let's look at the development in the region. Europe reported strong growth of 40% in the first quarter compared to last year. As a whole, it represents some 40% of total revenue. Europe overall is a more mature market in comparison to some of the other regions, but there is still much development and we see that it has large potential for Evolution in the future to come. It's great to see the quarterly growth rate improving during the past quarters, but I don't expect we return to the growth rate in the region from 3, 4 years ago.

Asia has been our fastest-growing region in the past years and we're likely to pass Europe as the largest region during this year. It reports strong growth of 49% compared to last year. That said, I expect growth rate in Asia to come down as our size simply gets bigger, even though the potential in market is very large. North America grew 56% in the quarter. And as I mentioned at the top of the call, there is much going on here.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

We have little impact on the political process for further regulation of USA, but we foresee that new states will regulate in the coming years, which again will expand the market further. And LatAm currently makes up 7% of the total revenue in the quarter, and we believe it is a region with great potential and positive momentum.

Remains the other region, which mainly consists of Africa, it stands at nearly 3% of the group revenue and it's a future growth opportunity for us. Share of revenues from regulated markets amounted 40% in Q1. With that, I'll hand over to Jacob. Next slide, please.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Thank you, Martin, and good morning to all of you listening. Now for a couple of slides with a closer look at the financial development. I'm on Slide #8, titled financial development.

Revenue amounts to EUR 429.6 million in the quarter. That's made up of EUR 360.1 million from our Live Casino business and EUR 69.5 million from our RNG games. Live Casino has a very strong start this year, as Martin mentioned, continuing a nice momentum from 2022. Year-on-year growth is 36%. Growth in Live Casino has been quite broad-based on most metrics. Looking at products, both recently released games from 2022 contribute, but also the big traditional table games like Baccarat, Roulette, and Blackjack show very nice growth.

Similarly, as you saw in the previous slide, year-on-year growth is widespread across most regions, naturally with varying pace of growth. But the shift into online casino and Live as a central part of the user experience online is widespread. We think we have a long runway for growth and see good opportunities in many areas. However, as we have pointed out also during last year, we do expect growth rates to continue to slow down as our base continues to increase. That is to be expected.

RNG revenue amounts to EUR 69.5 million in the quarter. It's a step back from Q4 and only very slightly up compared to pro forma figures for the first quarter of 2022. Our message has been the same since Q1 of last year that we remain committed to reaching double-digit growth in RNG. We have not set the time on that goal. And we have also pointed out that the development would not be linear.

Sometimes it hurts to be right. So while not surprised by the results in Q1, I admit it is disappointing compared to my expectations from 1 year ago. As Martin pointed out, lots of work is going on. But it will take some time before we see the financial results. So I'm confident we will reach our ambitions, but I don't see a quick turnaround in Q2 or Q3.

EBITDA for the quarter amounts to EUR 300 million, giving us an EBITDA margin of 69.9% in the quarter, well within our guidance of 68% to 71% set at the beginning of this year. The margin level in Q1 is a step-up from Q4. Growing revenues is, of course, a large part of that increase, but also our whole team has shown a great awareness to cost during the past 2 quarters.

Our cost base naturally increases as we grow, but we are now spending deliberately and where it makes a difference. So going forward, we maintain the 68% to 71% range as guidance. And I'll take opportunity to remind you that margins can still vary both up and down quarter-to-quarter. The increase of inflation levels since have leveled off in several markets at the start of this year, but we're still talking about 10% or even higher increases in price levels in many markets.

So cost increase will continue to affect also us. But overall, we are very happy with the improved margin in the quarter. Please take us to the next slide, operator.

This slide shows our P&L in some more detail. From the top, again, we have Live revenues of EUR 360 million and RNG at EUR 69.5 million, and growth rates of 36% and almost 12%, respectively, compared to the reported figures in Q1 of 2022, but that includes acquired growth related to RNG. So growth versus comparable business is 0.6% as discussed on previous slides.

Total revenue, EUR 429.6 million. That's an increase of over EUR 100 million compared to the first quarter of last year. Moving down to expenses. Personnel expenses amounts to EUR 82.9 million. That's an increase of 31% compared to the same period last year. We have increased headcount by about 20% since last year.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

So compared to the first quarter last year, there's an increase in cost per headcount. And this is due to slightly less overstaffing, but also wage increases and the mix of staff between regions payroll. The depreciation amounts to EUR 28.7 million. That is up a little over EUR 6 million compared to the same period last year, but more or less in line with the previous quarter.

Depreciations include EUR 11 million in amortization of intangibles related to the acquisitions of NetEnt, Big Time Gaming and Nolimit City.

Moving on, other operating expenses, that includes items such as consumable equipment, communication costs, consultant and royalty fees. The line amounts to EUR 46.5 million in the quarter. It is up almost EUR 13 million or 38% compared to the same period in 2022, but also here flat compared to the previous quarter, Q4.

Summing up, total operating expenses totaled just over EUR 158 million for the first 3 months of this year, an increase of 32% compared to the reported figures of the same period last year. Operating profit sums up to EUR 271.5 million in the quarter. Financial items, that includes costs related to the right-of-use assets according to IFRS 16. And also on this line, we have currency-related effects from revaluation of balances on bank accounts in non-euro currency as well as some intragroup loans. That also ends up here.

Tax is at EUR 18.9 million, and the tax rate is 7% in the quarter. These items brings us to a profit for the 3-month period of EUR 251 million, equaling an earnings per share of EUR 1.14 per share for the quarter after dilution, and that's an increase of 26% compared to Q1 2022. Operator, let's go to the next slide, please.

Before I hand back to Martin again, a look at the cash flow and financial position. Starting to the left on the slide, the development of capital expenditure. The gray bars represent investment in tangible assets, which is mainly our studio construction project. In this quarter, CapEx intangible assets is almost EUR 11.5 million. We continue to invest heavily in current studios, although in this quarter the amount is not lower than previous quarters. This is more due to timing of projects and how they progress rather than any slowdown in the actual pace of work.

The blue part of the bar is investment in intangible assets, and it's related to development of new games and features to the platform. Relatively stable in the past 4, 5 quarters and amounts to EUR 10.7 million in the 3-month period. In total, CapEx is EUR 22 million, so slightly lower than what our guidance of EUR 120 million for the full year would imply. We are, however, expecting investments to increase during the second half of the year, so I will keep the estimate of EUR 120 million for the full year for now.

In the middle of the slide, we show operating cash flow in the quarter. It amounts to just over EUR 221 million. Operating cash flow in relation to EBITDA on a rolling 12-month basis is maintained on a very good level at around 75%. And to the far right of the slide, a quick look at the balance sheet. We have a very strong financial position, no debt, and almost EUR 760 million in cash at the end of the period. Since then, however, since the end of the period, EUR 426 million has been paid as dividends. So the balance is lower today. That was the end of my prepared comments. I'll hand back to Martin and then we'll take questions after that. Martin?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Okay. We're on the last slide, #12. Thank you, Jacob. A few words to conclude this report presentation. 2023 has started with a high intensity and full speed goal. We have entered the year with a good momentum and equipped with a fantastic product portfolio and old talent. I look forward with enthusiasm to the rest of 2023. We will release a record number of new innovative, exciting and fantastic products, exciting games to inspire our current and solid future players. Take yet another step towards expanding online casino to new players and increase entertainment and excitement even further.

It's, as always, hectic times at Evolution. But remember, demand of our products is a global phenomenon and we will continue to invest in products to the capacity, and of course, in our people in order to fulfill the worldwide demand. In any trade-off between market share and margin, we will always opt for market share and revenue. I can promise you that we will relentlessly continue to push boundaries as paranoid as ever, also 2023. Thank you all for listening, and we'll speak in a couple of months again. Now let's move to questions. Next and final picture. Thank you.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**APRIL 27, 2023 / 7:00AM GMT, Q1 2023 Evolution AB (publ) Earnings Call**

### QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) Your first question comes from Martin Arnell from DNB Markets.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

It looks like a good quarter in Live. And I was just wondering on the Asia numbers and Baccarat in specific. What is the driver of the very strong performance in Baccarat that we've seen in this and also in the last quarter. Is it the focus that you had in 2021 on the Baccarat games, and are they sort of still paying off? Or can you give any flavor on that?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Baccarat is the main game in Asia as a region as well as Roulette is the main table game in Europe and Blackjack is the main table game in North America. So as Asia continues to deliver, it will grow. And we have the best Baccarat product in the world, and of course, any changes with it from day 1 has paid off, but we continuously develop the Baccarat again.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. And can you share any light on why Asia seems to have picked up in the last 6 months?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I think that's a quarter-on-quarter analysis and it will always fluctuate. I think that we have good momentum actually in all markets, and it can come out a little bit. I don't know if I could use the word lumpy over the quarter, but it was a little bit like that. So I think that the momentum is strong and has been strong.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

And if you look into North America, what do you see as the main driver of growth in the coming 12 months in that region?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Of course, then it comes to the question that in 12 months if other states would regulate. And if we set that aside because that's a political process we don't know. And if that happens, that will, of course, drive growth. But we need to continuously invest in products and release all of our beautiful products to the North American population. And then we are on to that and working constantly on that. So that's the main driver, of course. We need to see to that we fulfill all the demands that are in the markets in the right way in respect to that. That will also drive the growth. And then as we have seen in Europe, share of Live will, of course, slowly increase also in that market.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. So you expect to be able to grow at this pace or high double-digit even without more stakes in the coming 12 months?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We don't guide on growth on separate markets.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

And just final 2 questions. Firstly, you commented that you expect growth to slow because the base gets bigger. Do you see that quarter-to-date in April? And secondly, what would you like to do with the big cash position aside from payout to shareholders?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

On the first question there, it's something that we've pointed out for some time. And I think we also see that growth rates, even though fantastically it is strong or in percentage terms sort of gradually lower to last year. And I expect that also this year. So that's that statement. The cash position, as I said, it's a bit lower now than what it was at the end of the period due to the dividend.

We hope to have continued good cash flows, and the main part of shifting capital back is dividend. I mean, 50% of net earnings are -- that's the dividend policy. So you can say, significant part of the current cash will be dividend next year. And then, of course, the other

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**REFINITIV** ↗    7

options are, there is still opportunity of buybacks, which is something that the Board has to mandate for and have used in the past as well, but we do not have a continuous problem in the market right now, but that's an option.

And then we have also made some M&A in the past years. And that's a bit opportunistic. I mean that might happen, but it's not that we -- our main growth strategy is not through acquisition. It's definitely organic. So there's no change there in what we've said in the last 3 years.

**Operator**

Your next question comes from Oscar Ronnkvist from ABG.

**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*

So first, I just wanted to get a sense of the underlying RNG growth here, the pro forma RNG growth and the game releases, as you say that you remain committed to the 10% growth. So just in terms of timing, can you share any thoughts on when we should expect that to pick up? Because I think it's quite driven by the game watchers. Is that correct?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Yes, I understand your question. And we are in an increasing release pace right now. So we look forward to having a better release plan in the second half of 2023, and that is, of course, not a light switch move, so it will gradually over the year. But as I stated on the call, it's right, the first quarter 2023 is about the same level of releases as earlier.

**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*

Okay. Perfect. Then just on the Live Casino growth pace, as the former analyst asked as well. So just in terms of the pace run rate, are you seeing any slowdown in Live Casino market growth? Or I mean, is your stellar growth driven by you still grabbing market share in, for example, Asia? Or is it purely driven by the Live Casino market still growing?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I would say that in Asia, for sure, it's driven by market share. I mean, that's been the growth path for a long time. In Europe, we have a large market share and we continuously grow and we see a good quarter now. But there, probably market is catching up a little bit. Some markets are a little bit moving forward and so on. So it's a little bit varying depending on what market. I mean in U.S., we are on Live more or less alone. So that's also a different situation.

**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*

All right. But in Latin America and in Asia, can we expect increased share of Live in terms of -- or in relation to online casino in total? Or is that more mature as well?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

It's very hard to say in those countries where the numbers are not really displayed or public. So even I would fight to know that. I mean, we share our numbers, but in Latin America, no one else does.

**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*

Okay. I see. Just the final question I have on costs. So we saw just a minor sequential increase in cost this quarter. So can we expect any more salary pressures from these levels? Because it doesn't really seem to be the case that salaries have increased that much or salary expenses in relation to number of employees in the quarter just really comparing to Q4 and Q3 last year. So how do you see salary pressure? And also, what other cost items are you seeing the inflation pressure because of the growth in -- sorry the cost increase sequentially wasn't really that big in the quarter?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

No, that's true. I mean, I think we see the cost increases are, as we talked about last year, really across many categories, so sort of across the board, including increase in wages. So we've seen some of that go through as we hired people, of course, during the year, last year, and of course, the salary review itself is typically sort of happening now this month. So that is not -- the full effect of that is not in the Q1 numbers. So that's part of the increase that we'll see in the years to come. But you can say when it comes to personnel costs on the total

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

level, that it's not just adjusted once a year. You sort of -- we hire people continuously. So some of that effect will come gradually.

I think, as we mentioned, we talked about it also last year, where coming into 2022, or sort of rather coming out of 2020 and '21, we have, due to the pandemic and the sort of special circumstances around that, we had to release a bit of pressure on the cost side and the spend on some extraordinary items. And at the same time, the business grew rapidly. So we also needed to expand in many areas. And then through 2022, I should say, maybe second half of 2022, we felt that we gradually sort of came back to the type of cost awareness that we've had within the company prepandemic. So I think that's a little bit part of it.

Then with cost, it's also so many factors, and some things are a little lumpy here and there. So we will, of course, continue to increase our cost base through this year. So we're not expecting set cost in any way. So I think, ultimately, it's reflected in the margin guidance for the year of 68% to 71%. That's how we see it. But it's a good quarter margin-wise and part of that is that the team has really shown great awareness to the cost side and sort of spend money, but carefully. So that's good.

**Oscar Ronnkvist** *ABG Sundal Collier Holding ASA, Research Division - Research Analyst*

All right. So just one follow-up there. So do you expect -- or should I interpret it as we could expect a little bit more increase or sequential growth to pick up in costs from Q2 maybe? And if you want to -- like any comment on the margin guidance because I mean it's early in the year, of course. But last year, you pointed towards the lower end of the margin in quite early stages or at least from Q2 and onwards. So could you comment anything on the range, if you expect it to be sort of in the top because of the strong start to the year? Or is it too early to say?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We don't guide on the guidance. So we are like on 68% to 71%. I'm happy with 69.9% in the quarter. That's a good figure. But the figure is not important. The importance is that we have good traction and we work with the cost. And I see traction on that. But we will expand. We need to continue to push forward. We're going to build studios in Latin America and in Europe and potentially even in U.S. So it's like constantly in a trade-off between margin and revenue or market share, we'll go for margin and revenue share. But we're in a good place when it comes to the margin, 69.9%.

**Operator**

Your next question comes from Ed Young from Morgan Stanley.

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

My first question is on North America, please. As you say, the quarter-to-quarter progression is always a bit lumpy. It's good year-on-year growth, but less so to the quarter-on-quarter. You made the comment there, Martin, around Live penetration will grow slowly over time. And why should Live penetration grow slowly? What are the constraints on being able to grow the Live market? And could you potentially give us where you estimate Live penetration is in the U.S. right now?

The second is on studios. You mentioned the expectation for studio growth. I appreciate you're also growing capacity in your existing studios. I understand that. But do you have a view of how many studios you might be adding during this year?

And then third of all, just to come back on the personnel costs, Jacob, you mentioned a few different factors there. I wonder if you could elaborate a bit, because the higher employee cost was down sequentially in Q1. I just wondered if you could talk about what exactly has driven that? It's a little bit surprising to see, quite impressive to see how could we see that develop through the remaining quarters on a per employee basis and what are the drivers of that?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Okay. It's a little bit of a memory question to remember. But I will do my best. I'll go first. Why does share of Live in the market grow a little bit slower? Or why doesn't it just happen at once? One answer to that is that any table game has a bit of an intimidation factor. If you're going to a land-based casino, it's a bit -- are you going to sit down and you affect other players a little bit. And not all do that. So many end up with a slot machine. So the slot sort of comes first. If you're alone, it's not the same intimidation.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Then Live and online comes and it takes a while before the person that then start playing slots comes over to Live and experience that. But once they come over to Live, it's a much richer, happier, more entertaining product. So over time, more and more persons comes out. That's why it takes a while for the Live product to grow. That growth has a lot of parameters. It's trustworthiness, you need to be comfortable, you need to see it, you need to -- so it's a little bit of marketing, a little bit of understanding, a little bit of everything. And that takes a while.

Just exactly as we've seen it did in Europe or in other places as well. So that's a little bit to growth. Where are we right now? We're in the lower range, let's give it 12%, 15%, something like that, I would, and we've stated that, and that's just a little bit of rule of thumb, different in different states and so on. But it has potential. That was the first answer. The second question was...

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Number of new studios...

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Number of new studios we're growing. I mean, we will add studios in Latin America, a couple of them. We will add studios in Europe, a couple of them. We just went live in the new studio in New Jersey, a fabulous, great looking studio in New Jersey, the third one actually, and we're expanding there. And we might add even more in North America, even though another state might take a little while. So I would say that we are -- we will add studios on all markets essentially as fast as we can. Now I guess...

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Personnel cost or employees, that was the third question. And I think you're right. I mean, just sort of the gross numbers, so you take personnel costs over the employees or the head count at the end of the quarter, year-on-year it's up a little bit. The reason for that is, it's partly the wage increase, but also the mix between regions. And then, compared to Q4, as you said, it's actually a little lower in Q1, which I agree. It's a little bit surprising maybe, but also there, these factors play in a little bit how we grow in certain regions. And the additional head count in this quarter was, as Martin pointed out, a little lower than what we've seen during last year, partly because we added a lot of staff at the end of Q4. So that number also moves a little bit. But going forward, we haven't given any guidance on the per employee, per headcount cost. But personnel costs in general will, of course, continue to increase.

**Operator**

Your next question comes from Kiranjot Grewal from Bank of America.

**Kiranjot Kaur Grewal** *BofA Securities, Research Division - VP & Analyst*

Just a few questions from me. On RNG, could you sort of elaborate where the product is available at the moment? I would have thought there would be good exposure there to the faster-growing markets, such as North America, LatAm, Asia, that would be supporting growth. So just trying to understand what's holding that growth back.

Thank you for the new disclosure on the regions as well. Just looking at the other category, I know it's very small now, but that looks like has weakened just as it is a new segment. What's in that? And what's driving this softness? Is that something that should sort of remain going forward?

And just to go back to Asia. The segment is up maybe 50% year-on-year. What are the key regions driving this growth? Is it also just market -- is it market share? Or is it just new customers coming in? Are your B2C operators expanding in those regions? Is that supporting that growth? Just want to see how sticky that could be going forward.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Okay. RNG first, why isn't it growing faster in North America. While we really -- I mean, we have games, why aren't we releasing in a faster pace? There, it's a lot of regulatory requirements and you need to certify and see that each and every game is regulated and certified in each market. That takes time. And it's not our time, it takes the regulators' time and the external certification institution and that piles up. So we're pushing quite hard to get out more. But that is, let's say, a limiting factor in some aspects.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

We are also in the middle of the rollout of all our games into OSS, but that is also a little bit of a limitation. But main, as I stated before, is that we are still releasing in the bulk about the same games as we did last year. And we will see a gradual ramp-up a little bit better but towards the end of the year. So that's the comment on the RNG.

When it comes to the other -- now we have -- when we broke out the geographic regions, which I'm very happy with and I'm happy that you are happy with it. The other is mainly Africa. There are a couple of other Middle East and maybe New Zealand as well type of countries that doesn't fall into any particular region. So mainly Africa and other. Softness in that. It's a smaller part of the business. There are challenges in regions like Africa, both Internet connectivity and so on. And we need to work at that. And in the beginning, everything is usually a little bit changed -- quarter-over-quarter, it can be a little bit up and down.

What's driving the market share in Asia? Our growth comes from that we take market shares from others. I don't see that Live is growing in that sense. I think that we take market shares and we will continue to do that. We don't split out the different markets, but we have good traction in Asia with taking market share simply because we have a better product. Now I think that was it. I think that was it.

**Operator**

Your next question comes from Monique Pollard from Citi.

**Monique Pollard** *Citigroup Inc., Research Division - Director*

Three questions from me, if I can. The first was just, do you have any sense of how fast the slots market, RNG market is growing globally? Or if you have a sense of how fast your big competitors or what you see as you big competitors growing in that market? I'm just trying to get a sense of the current environment for RNG versus your sort of medium-term plan of double-digit growth. The second is just on the cash utilization. Obviously, you touched on that before. You said, M&A was possible, but not the big focus, talking about your 50% payout ratio and buybacks. But would you consider the M&A on the RNG side? And then just on Asia, I just wondered if you were able to give any color of whether you've signed any meaningful clients recently, or if it's more on the consumer spend side in market that is driving that strong growth in that region?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I think most of these are my place. I would say, to judge the global or per region underlying growth of RNG is very hard. There are a few institutes trying to do that. And usually, the only conclusion I can draw from it is that they are wrong. They try to do the best, but it's very hard to do. The underlying online casino in Europe is growing what percentage, very hard to say, probably between 5% and 20%, but depending a little bit on markets. U.S., of course, continues to grow. You can follow those figures there. Asia, more stable. It's a large gaming market, more stable. Africa, another very hard to say. I couldn't give you any sense for that.

When it comes to M&A, we always consider, we look for -- we are very particular. We want to have something that adds value strategically. We do not go for buying growth or market shares, of course, and we want to add it. Right now, of course, we're looking -- we have the right product mix in RNG. We need to work with that. So of course, we're looking, but no, I wouldn't see that. Asia, there isn't any major big operators added or it's more business as usual and market share growth.

**Monique Pollard** *Citigroup Inc., Research Division - Director*

Okay. So more market share growth than it would be necessarily sort of spent ahead meaningfully changing?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Yes. Yes. Yes. Correct. But you can also look at it -- I will make one comment. You saw that we're adding Sky. And if you go back 10, 12 years, that would impact our figures today, it doesn't impact cost of the size. So adding -- we are dominant enough in -- we're on all markets and no, it's market share growth.

**Operator**

(Operator Instructions) Your next question comes from James Rowland Clark from Barclays.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

 11

**James Rowland Clark** *Barclays Bank PLC, Research Division - Research Analyst*

My first question is on the European growth rate, which you've mentioned, has improved there. Are there any markets that you would call out that it's helping to drive that? I appreciate you said it's not really a market share gains market. It's more about the market overall itself, so any particular countries that you would call out?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I wouldn't call out any specific. It's a little bit -- it's spring in there right now for Europe, and we did a good quarter.

**James Rowland Clark** *Barclays Bank PLC, Research Division - Research Analyst*

Okay. And then in the U.S., again, you mentioned one of the drivers is iGaming legislation. Any states that you're looking at or particularly interested at the moment that you expect legislature realize. You know it is sometimes politics, but where are you most optimistic?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

It's the usual suspect, and we are quite defensive right now, but it's Indiana, Illinois, New York. And then suddenly it can be someone completely different and that goes faster, but I have no real fundamental for any direction on that.

**James Rowland Clark** *Barclays Bank PLC, Research Division - Research Analyst*

Okay. And my final one is just on M&A, just following up on what Monique just asked. You sort of said you're quite happy with your product mix in RNG and also your technological capabilities. So can you sort of elaborate on where you see the M&A opportunities? If you're very happy with RNG, then is that space for M&A that -- you also mentioned you don't want to buy market share. So what is the sort of M&A opportunity that you're looking at? And can we assume it's not into another product vertical such as online sports betting.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I think that -- we don't talk too much about it because it's not of the size. But when we acquired DigiWheel, we did that to get that phenomenal piece of hardware combined software that we could use. And the fruit of that is Funky Time, which is the most advanced and the most thrilling game that we have ever made.

Whatever the players think of it, that's later to be seen, but we needed that and we bought it. And then we used that to penetrate also land-based with the DigiWheel, which is revenues to come from 10, 15, 20 years ahead, don't calculate net present value of that. But that type of acquisition, we wouldn't hesitate if we could find that type. That would be phenomenal.

**James Rowland Clark** *Barclays Bank PLC, Research Division - Research Analyst*

Okay. And sports betting point, you wouldn't be looking at experiencing another product vertical, we can assume?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We're very comfortable where we are with the business and business in online casino. We want to be the largest supplier of online casino in the world for 10, 15, 20 years to come. We're happy with that place.

**Operator**

Your next question comes from Marlon Varnik from Nordea Markets.

**Marlon Varnik** *Nordea Markets, Research Division - Analyst*

Just a follow up question here on studios. How is the ramp-up of studios going? I remember you mentioned that Jarvan was going slowly before? And what's causing the potential problems in this ramp-up here?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

It's always going too slow. It's like -- it's the state of things, going too slow. We need more speed. But I think we're doing better and better in, for example, Jarvan, and it's growing nicely. We need to add more studios, more capacity, and there is no, in particular, thing that makes it go low, but we always want more.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

**Marlon Varnik** *Nordea Markets, Research Division - Analyst*

Yes. Okay. You also mentioned that you expect a couple of new studios in LatAm. Can we expect anything already during the second half of 2023? Any time frame you can give here would be appreciated.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I understand that you want it. And the problem is that I can't give it to you right now. As soon as I have a good and valid time frame, I will share it.

**Operator**

Your next question comes from Simon Davies from Deutsche Bank.

**Simon John Davies** *Deutsche Bank AG, Research Division - Head of UK Midcap & Online Gaming Research*

Just 2 quick ones from me. Firstly, in terms of disclosure, obviously, you absorbed Nordic and the U.K. within Europe. Can you give us a breakout in terms of how those 2 markets performed in the period? And secondly, the EUR 3 million-ish FX hit, which were the big currency moves that impacted that?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Yes. On the first part of the question there, I mean, we don't break down any of the regions really. So we won't single out Nordics and U.K. sort of going forward. They are sort of part of Europe and so there is no sudden change in -- the trends that you've seen in those regions in the past year or so I think are relatively stable still. So that's valid. But they will be included in Europe.

On the currency question, it's that, yes, we have included that in the report. We actually haven't had that before. I mean that we don't put a lot of focus on the currency effects ourselves, but you will have that number going forward. So if the quarter would have been consolidated with the same FX rates as the first quarter of '22, then yes, it would have been EUR 3 million higher EBITDA in this quarter. But it's just 1 of -- as we see, it's 1 of many external factors that affect us and we will not -- yes, we don't put too much weight on it.

As for the currencies that were most expensive, I would say U.S. dollars and Georgian lari are the ones that we have a little bit, but mainly we are in euro, both when it comes to revenue and expenses, and that's also why the currency has not been a big topic for us also in the past. But yes, you'll have that going forward.

**Operator**

This concludes our question-and-answer session. I'd now like to hand the conference back over to Mr. Carlesund for any closing remarks.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Thank you very much for participating. And it's a pleasure to have you and look forward to speak to you in a couple of months again. Thank you. Bye.

**Operator**

The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

APRIL 27, 2023 / 7:00AM GMT, Q1 2023 Evolution AB (publ) Earnings Call

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS REFINITIV'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2023 Refinitiv. All Rights Reserved.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

14

# EXHIBIT 37

# REFINITIV STREETEVENTS

# EDITED TRANSCRIPT
## Q2 2023 Evolution AB (publ) Earnings Call

## EVENT DATE/TIME: JULY 21, 2023 / 7:00AM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**REFINITIV**

JULY 21, 2023 / 7:00AM GMT, Q2 2023 Evolution AB (publ) Earnings Call

**CORPORATE PARTICIPANTS**

**Jacob Kaplan** *Evolution AB (publ) - CFO*
**Martin Carlesund** *Evolution AB (publ) - Group CEO*

**CONFERENCE CALL PARTICIPANTS**

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*
**Estelle Weingrod** *JPMorgan Chase & Co, Research Division - Analyst*
**James Rowland Clark** *Barclays Bank PLC, Research Division - Research Analyst*
**Kiranjot Kaur Grewal** *BofA Securities, Research Division - VP & Analyst*
**Martin Arnell** *DNB Markets, Research Division - Analyst*
**Monique Pollard** *Citigroup Inc., Research Division - Director*
**Oscar Ronnkvist**

**PRESENTATION**

**Operator**

Thank you, and welcome to the Evolution Q2 2023 Earnings Call. (Operator Instructions) Please note, this event is being recorded.

I would now like to turn the conference over to Mr. Martin Carlesund. Please go ahead.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Good morning. Welcome, everyone, to the presentation of Evolution's report for the second quarter of 2023. My name is Martin Carlesund. I'm the CEO of Evolution. With me, I have our CFO, Jacob Kaplan. I will start with some comments on our performance in the quarter, where after I will hand over to Jacob for a closer look at our financials. After that, I will round off the presentation with an outlook for the rest of the year, and then we're happy to take all of your questions.

Okay. Let's begin, operator. Next slide, please. Operationally, it has always been a quarter with high tempo, and we have taken steps forward in several areas. Everything we do does not show its effects immediately, but I feel that we, in many areas, achieved our goal of improving a little bit everyday. I want to mention some of the operational highlights in the quarter as we continue to see strong worldwide demand for our products.

Evolution operations truly spanned the world today and during the quarter, we have launched our first studio in Argentina, and Colombia will be the next location to launch a new studio for Evolution. The aim is to go Live in Colombia with a new studio already planned in 2023. But as always, we have aggressive time lines and high ambitions. So I will get back to you with more details as we move forward.

Development in LatAm is fast, even its numbers not yet are significant, and it's a region that we'll continue to develop over many years. The launch of Funky Time in mid-May has been one of the most successful launches of all time for Evolution. Funky Time now has more players than Crazy Time had at a similar point in time of this launch. Games like Funky Time truly differentiates Evolution from our competitors, and many of our players play the first ever Evolution game round on Funky Time and after that move on to play also other of our games.

The development of Funky Time involved the collaboration of over 100 individuals and stand up over a year in time. We will continue to push the boundaries of game development, never afraid to try new solutions, sometimes fail, but always with the goal of creating the most flawless exciting experience of players. And I can already now promise you an even larger and more exciting game show 2024 that we already started to work on.

We will launch over 100 games in some countries. Our reschedule for Live, but also RNG is tilted towards the second half of the year. So we're now about to enter a very active period for game launches.

Looking at the RNG releases, they are about on the same level, first half 2022 as 2023, and the small increase in volume in 2023 is in the end of Q2 having very limited effects on financials. The progress that we have seen operationally in RNG during the first half is very good, and I look forward to the second half. Even so, we by now know the road to good growth in RNG is not a straight line.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Expansion of our offering in North America continued step by step, rolling out new products, new features in more states and to more customers. During the quarter, we have launched Red Tiger timed Jackpots in New Jersey, which was an instant success. Jackpots were launched previously in Michigan and Connecticut, and they have been a strong performer for operators. I expect Pennsylvania and West Virginia to launch them any day now as well.

We also have added our dedicated studios for several customers. In May, we launched Craps in Michigan. Craps is now available in 3 U.S. states with Connecticut to follow later this year. The focus to bring all of our fantastic products to each state continues and just recently, we launched Lightning Dice in New Jersey. Lightning Dice is a new game type, never seen before in U.S. and in U.S. studio. The width of our product portfolio is unmatched in North American market, and there are many more games to come.

These were just some examples of what we've been doing -- what's been going on during the quarter. You will see the financial effects of much of this in the quarters to come.

Operator, next slide, please. After a strong first quarter, I'm satisfied to report yet another financially a solid quarter. Let's look at the financials. Revenues in the quarter increased by 28.2% to EUR 441 million. For the first 6 months, the growth amounted to close to 30%. EBITDA in the quarter increased by 30.8% to EUR 311.7 million, corresponding to a margin of 70.7%. For the first half of the year, we reached a margin of 70.3% which is in the upper part of our 68% to 71% guidance for the full year 2023. The strong margin is the result of high demand of our products, good growth in combination with a strict cost control and high focus on continuously increasing efficiency in our operations.

For Live Casino, we grew revenue with 33.5% compared to Q2 last year, summarized into total revenue of EUR 371.8 million. We have already -- we have, as I already mentioned, made great operative progress during the second quarter in RNG, and revenue amount to EUR 69.3 million, corresponding to growth of 5.8% in reported numbers. RNG revenue is stable Q1 to Q2, but compared to the pro forma RNG revenue of Q2, it's negative 4.0%. Even if not considering the better product outlook for the second half as well as the operative progress of the second quarter, we can do better financially in RNG.

This quarter, we delivered the best margin ever in the history of Evolution, and we see very good potential and look forward to continue delivering in the second half of 2023.

Next slide, please. As we grow our business, we also expand the headcount. At the end of the period, we were 17,500 Evolutioners working hard to delight players every day. Expanding our studio capacity means that we need a high recruiting base. Increase in stock year-on-year amounted to 2,150 employees, corresponding to an increase of 14%. The increase in headcount is much lower than previous quarters, and we're focusing to increase the expansion in the remaining part of the year. And we currently see a very high demand that we need to put in.

Next slide, please. The game round index shows the development of the whole Evolution network game includes all games. I stated it before, but I will do it again, the game round is what it sounds like 1 round on the game. Even so, I again want to reiterate that 1 round of Roulette, 1 hand of Baccarat or 1 spin of a Slot all count as 1 game round. Also important to note that there are differences between games since 1 hand of Blackjack takes longer time than 1 spin of a Slot as well as that each game round of a Blackjack typically carries a higher bet compared to Slot spin. And as a result, all game rounds are not equal in balance.

In the chart, the index values of game rounds from Live and RNG are weighted according to revenue contribution. This is such a joint index that includes all games based on equal revenue contribution. With this backdrop, we need to notice that we -- that the true activity and entertainment per player comes from the game round and the healthy increase of 56% we see in Q2 2023 is very good. I'm very pleased with the client activity increase in Evolution network.

The high growth in game rounds versus revenue partly reflects the volume of new players from new regions coming in with low bet sets. Over time, this will develop regardless of bet sets, as it's very positive that players want fair game and find them into us. That's the room for us to be a successful company over time.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Next slide, please. In 2023, we launched more than 100 new games. And I think it's fair to say it will be very exciting second half of the year since the majority of the games will be launched in H2. During the second quarter, we have released 24 RNG games, which is 6 more than in Q1, but many of those releases happened towards the end of Q2, and we will see a ramp-up of release in the second half of 2023.

In Live, just 2 games have been released in the first 6 months, and our road map for the second half of the year is nothing but fantastic. We have always been the one to push boundaries, to push the realm of the possible when it comes to the iGaming industry. Evolution offers an unparalleled portfolio of unique games, setting the pace for the whole industry with a new groundbreaking releases. Evolution already has the widest, most diversed Live Casino offerings and the widest range of variants available. And that we're committed to maintain our leadership position in the industry that continues to develop rapidly.

In the second half of the year, we're around dealing a wide range of product innovations across all types of games with something for everyone. The general trend of games has clearly been towards high volatility that you can find in our XXXTREME family of games, but there's also -- but we also have to cater for those players that want the lower volatility games as well in the coming Prosperity Tree Baccarat and Gold Vault Roulette.

I will mention a few of the games that will come during the coming months. The Lightning family of games, made famous in 2018 by the launch of Lightning Roulette, then followed by Lightning Baccarat, Lightning Dice, Lightning Blackjack, have all proven to be successful for players worldwide. And the latest addition to the Lightning family will be Lightning Lotto, to my knowledge, the first ever pure lottery style game as a casino game. I expect nothing less than out of the gate success for Lightning Lotto.

As with the Lightning family, we're also developing several spinoffs from Crazy Time. The first game Crazy Time gave birth to Crazy Coin Flip. The next spinoff is coming later this year, and it is called [Grabdoor] Roulette. Both these games are based on popular bonus rounds found in Crazy Time.

One of the most popular '80s computerized console games was a Video Poker, you probably all have seen it in casino somewhere. It will soon be introduced as an ultimate fusion of nostalgia and modern gaming with our Live version of a Video Poker. There are many great variations of Baccarat, Squeeze, Control Squeeze, Lightning Baccarat, Golden Wealth, Peek and Red Envelope Baccarat. And in September, it's time we get another fantastic version for Prosperity Tree Baccarat.

So have a great Baccarat offering is to offer everything a Baccarat player could ask for, and that means more than just 1 Baccarat. Gold Vault Roulette will also be released in the second half, which is an updated version of our most useful game, Gold Bar Roulette. With the majority of our plans releasing in 2023, ahead of us, we're entering an exciting period for Evolution. And as I said earlier in this presentation, we're already working on the road map for 2024 and creating the most advanced and large game show ever seen in the history of iGaming. Exciting times ahead. And as you know, only the paranoid survives, but maybe most important of all, innovation and end user satisfaction is the core of Evolution.

Next slide, please. This slide shows the breakdown of our revenue by geographic region. We have a true global demand for our products, which is also reflected in the spread of revenues in all geographic regions. Europe reported a relatively strong growth of 15% in the quarter compared to last year. Europe has grown nicely double digits in the past 4 quarters after several years of quite low growth. We know that there is a lot of development left in Europe for online casino, even though the product and market is well established and it's in some ways the most mature one.

In Asia, we saw continued good growth with amounted to 48% year-on-year. We still see rapid growth in Asia, but the growth rate in percentage terms has come down a bit as the base that has become larger. Even so, the potential in Asia remains huge with several billion people -- with the several billion people population, it's clearly the largest region.

North America is also growing year-on-year with about 20% in Q2. We see good potential for growth in the current states, both from an increase of share of Live, simply put a portion of Live on the online casino revenue and growth of the market in each state as new players

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

familiarizes themselves with online gaming. We're working hard to launch new games, and it takes more time than we want, but the end goal is firm. We want all North American players to have access to all our fantastic games. Over time, we will also see more states regulate even if that course also have been a bit slow during the last year, we expect it to pick up going forward.

LatAm currently makes up for 7% of our total revenue in the quarter, and we believe it is a region with great potential and good momentum. We have initiated construction of additional state-of-the-art studios in Latin America to cover the demand we see in the market, and we have already launched a new studio in Argentina. Remains the other region, which is mainly consist of Africa, that's primarily 3% of the group revenue and it's a future growth opportunity for us. Share of revenues from regulated markets amounted to 40% in Q2, which is on the same level as it has been for a number of quarters now.

With that, I'll hand over to Jacob for a closer look at the financials. Next slide.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Thank you, Martin, and good morning to all of you listening. We'll now move on to a couple of slides with comments on our financial development in the period.

I will start on Slide #8. Revenues amount to EUR 441.1 million in the quarter. That's made up of EUR 371.8 million related to Live Casino and EUR 69.3 million from our RNG games. Our Live Casino product has year-on-year growth of 33.5%, an increase of over EUR 93 million from the same quarter last year, an almost EUR 12 million increase from the first quarter this year. It makes up 84% of our group revenue in the quarter.

The Live Casino business continues to perform well in the quarter, even though we see that we're behind on table delivery in Europe, for instance, something we're working hard to come up to speed with at the moment. As Martin mentioned, we have a busy period in front of us with many Live Game releases. Today, we have a wide offering in Live Casino with a portfolio of over 70 games across 2 brands. Of course, as the portfolio grows, the relative impact of Game #71 is less than that of Game #20 in relative terms. But still, the new games are very important as they often serve as an entry point for players in exploring the rest of the portfolio. So continuing to add to the portfolio with new games serving all types of players will be one of several growth drivers in the coming years.

Moving on to RNG. RNG revenue amounted to EUR 69.3 million in the quarter, as mentioned. This is on level with the previous quarter, but it's a 4% decline compared to the EUR 72.2 million in pro forma revenue in Q2 of last year. So pro forma meaning we include NoLimit City also in the second quarter of last year. It came into the group from the third quarter.

As you can see in the table below the chart, RNG revenues have more or less varied between EUR 72 million and EUR 68 million per quarter during the past year. So while very profitable and stable revenue streams, we're far from our growth ambitions in RNG. As Martin pointed out, during this quarter, many things have developed in the right direction. So we're definitely not standing still operationally, even though the revenue is relatively flat. Still, I think the comment I made last quarter is still valid when I said that I don't see a quick turnaround for RNG growth in Q2 or Q3. So that means real progress towards our goal of double-digit growth is towards the end of this year and onwards, of course.

EBITDA for the quarter amounted to EUR 311.7 million, giving us an EBITDA margin of 70.7% in the quarter. It's well within our guidance of 68% to 71% for the full year set at the beginning of this year. It's the highest margin we have ever achieved in the quarter, and it's the result of high awareness costs throughout the organization. Our teams throughout the company put resources where they make a difference and can support our growth. This has enabled us to offset some of the cost increase that affects also us as inflation is at significant levels in many markets.

Even the recent data showed some decline in inflation levels, we're still talking about 5% to 10% price increases in most markets. Altogether, I would say our cost situation is much improved compared to the second half of last year. As we have seen during the past 2 years, our margins do vary both down and up between the quarters, and we maintained the guidance for this year of 68% to 71%.

Operator, let's move to the next slide, please. This shows our P&L in some more detail. I will walk you through it from the top. In the

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

3-month period, April to June, Live revenue of almost EUR 372 million and RNG just over EUR 69 million, adding up to a total revenue of EUR 441 million. It's a 28% growth year compared to last year. There's no pro forma adjustments in the 2022 figures here, so that includes the acquired growth of NoLimit City. Adjusting for that, we would have 26% growth for the total group year-on-year in the second quarter. For the first 6 months of this year, growth is 30% compared to the same period last year.

Moving down to expenses, personnel expenses amounted to EUR 87.5 million, an increase of 28% compared to the same period last year. We continue to expand in most of our teams, even though headcounts increase in the latest quarter was much lower than in previous quarters. Depreciation amounts to EUR 30.2 million. That includes just over EUR 11 million in amortization of intangibles related to the acquisitions made.

Continuing down, other operating expenses, that includes several cost items such as consumable equipment, communication costs, consultants and also royalty fees. The line amounts to EUR 41.9 million in the quarter. It's up 12% compared to the same period of 2022. This is a cost line that is a little lumpy for us. And in Q2, it's actually lower than in Q1. Main reason for that recent decline is that, one, we had ICE in Q1, which is a big marketing event for us and some spending around that; and we have also gradually reduced consulting spend during the year.

Summing up, total operating expenses amounted to EUR 160 million for the period, an increase of 23% compared to the reported figures for the same period last year. And for the first 6 months of the year, total expenses are EUR 317.6 million, which is an increase of 28% compared to last year. Operating profit is at EUR 281 million in the quarter.

Moving down, financial items amounted to EUR 1.5 million in the quarter. This includes interest rate income, but also includes a negative accounting charge as every quarter for interest on our right-of-use assets. And there's also FX difference related to intra-group transactions and the revaluation of bank balance between foreign currency that's included here. So a number of items moving there.

Tax is at almost EUR 19 million in the quarter. It's a tax rate of 6.7%. For the 6-month period, tax rate is 6.8%, so still slightly lower than 2022. I expect around 7% this year. So we'll probably see a slightly higher tax during -- tax rate during the second half. These items bring us to a profit for the 3-month period of EUR 264 million and equals earnings per share of EUR 1.20 per share for the quarter after dilution and EUR 2.36 for the first 6 months. It's an increase of 29% compared to the first half of 2022.

With that, operator, let's go to the next slide. Before I hand back to you, Martin, we'll look at cash flow and financial position. Starting with the chart to the left, where we show capital expenditure, the gray part of the bars, as usual, investment in tangible assets, which is mainly our studio build projects. In the quarter, CapEx in tangible assets is almost EUR 10.6 million, continue to invest in current studios and also add new locations, as was mentioned earlier.

The blue part of the bars, its investment in intangible assets, and that's related to development of new games and features to the platform, slightly up in the quarter to just over EUR 12 million. In total, CapEx year-to-date is EUR 45 million, so a notch off the pace of our guidance of EUR 120 million for the full year. The CapEx amount can vary a little with the milestones in projects, but I would say we have not quite managed to invest as fast as we thought in the beginning of the year. We will likely increase CapEx spend during the second half. Let's see if we reach EUR 120 million for the full year. I would say that make the synergy stretch target right now.

In the middle of the slide, we show operating cash flow. We have continued very good cash generation in the past period. While we don't break it down that way in the slide, the addition of the RNG business during 2021 and 2022 clearly contributes here. In the quarter, operating cash flow amounts to EUR 211 million. Operating cash flow in relation to EBITDA on a rolling 12-month basis is still on a good level at around 78%.

Just far right in the slide, a quick look at the balance sheet, maintain very strong financial position, EUR 541 million is our cash position at the end of June. During the period, EUR 426 million has been paid as dividend, so that has come out already. And out of the EUR 541 million on balance today, roughly EUR 258 million is, I could say, earmarked for next year's dividend in line with our policy of 50% dividend payouts.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

That was the end of my prepared comments. I hand back to you, Martin, for some closing words, and then we'll take questions. Over to you.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Thank you, Jacob. A few words to conclude this report presentation before we open for questions.

Towards the end of 2022, we could see that the cost was increasing. And now we see the effects of the work that we put down to come to a good cost control and good margin. You need to believe in what you do and you need to take action. For the second half of the year, we're equipped with fantastic product pipeline with games that will both attract first-time players as well as appeal to advanced players, have a solid setup and progress of our RNG development and releases.

We talked and feel excited about the new games and our opportunities. We're already working on our road map for 2024, which will be the best one ever. We want to be better every day and further strengthen our market leadership by continuous focus on the best games experience. Investments for the future will continue in form of new studios and in constant innovation of new products. As the leading innovator in the industry of online casino, together with a record number of new products released every year, we will continue to relentlessly increase the gap to our competitors.

Evolution has a great speed forward, and I can promise you that we will continue to push boundaries as paranoid as ever and also for the coming period. I look forward to an exciting second half. Thank you all for listening, and we'll speak in a couple of months again.

Now let's move to questions, please. Next slide, last slide.

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) Your first question comes from Martin Arnell from DNB Markets.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

So I just want to ask the first question on capacity. If you compare the demand to how you're reporting revenue growth and if there's a lag or -- I mean I noticed that you mentioned that you were behind on table delivery in Europe. If you could also elaborate why that is and how you're fixing it?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We're currently undersupplying, a little bit in Europe, yes. So we're undersupplying in Europe. It's -- we're a large company with 17,500 persons. It's always a challenge to grow at the pace that we're. And it can be a little bit like that from time to time, but we're undersupplying. So that's the situation right now.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

And how are you fixing this delivery in Europe? Is that a quick fix? Or...

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Quick is always relative to the perspective of the question. I would say that it's always something that we need to work on. And now we're in an expansion phase in the second half, we will do all we can to continue to increase the speed of expansion.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. And when we're speaking about growth, the catalyst that you mentioned for the second half, do you expect that to be enough to sort of stabilize the growth levels in the second half? Or do you expect continued deceleration?

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We don't guide on the growth. So right now, the focus is that we have a fantastic pipeline of games. It's still a little bit towards the end. The RNG, as I've stated a couple of times already, within operationally very good in the first half. We're not satisfied with the minus 4% pro forma, but on the other hand, it's a plus 5% operationally. So right now, focus on expansion in Europe and the releasing of games.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. And North America, the 20% growth rate, I guess you were hoping for more than that. And I'm thinking, what do you think about the time line for new game launches there? And when do you expect to launch the first Game Show in New Jersey, U.S.?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We're working on new game launches and Game Show launches also in the U.S., and we look forward to do that rather sooner than later. We have a 35% growth year-on-year, first half versus last year. That is quite good on a non -- with the stable market. We also have the 15% growth in Europe for the most mature market, which shows you a little bit where we are in comparison to timing. I mean, the most mature market's growth difference and we have 35% increase. Then how that plays out quarter-over-quarter, I would be a bit careful with the judgment of that.

**Martin Arnell** *DNB Markets, Research Division - Analyst*

Okay. And my final question is, there's been a lot of activities in the market by competitors lately. One of your competitors announced the launch of Game Show in New Jersey, for example. And what's your view on all the activities around you?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

My view on competition is that it's good to have competition. It makes you run faster. I have -- then I would say, as I've stated many times, the level of competition has been more or less the same over quite some years. So things will happen in different markets in different ways, but....

**Operator**

Your next question comes from Ed Young from Morgan Stanley.

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

My first question is on North America, if that's okay. I appreciate you said that things can be lumpy quarter-to-quarter and you're sort of remain focus there. You put in some new games in Q2. But I wondered if you could talk a little bit more about what's driven this sequential quarter-on-quarter decline. Is that within Live? Is that RNG impact? Did you have a particularly high number of dedicated tables delivered in Q1? I'm not quite sure how to think about it or perhaps you could give us some color on what's driven that North America in Q2?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

The -- Q1 was a strong quarter. You have the March Madness and a lot of things, and it sells out very well for us. And I would say that I will focus on the year-on-year growth for the first half of the 35% or the 20% growth on the quarter in itself versus the quarter before. So I'm quite satisfied, but we could always do better. We could always have launched a little bit fast. We could have about a couple of games out fast and could have benefited a little bit better. So there are things that we can do, which makes it better.

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

Just to follow up on that, is -- by product, was there Live going or an RNG declining? Or was there any product mix in that? Or is it fairly even across both?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We don't comment directly on different brands in different markets or different products in different markets. I would say that the situation is blended.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

JULY 21, 2023 / 7:00AM GMT, Q2 2023 Evolution AB (publ) Earnings Call

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

Okay. The second one is on costs. Obviously, a very good drop in other operating costs in Q2. You mentioned ICE there, Jacob. Is that a right way to think about it that costs could be lumpy and perhaps to Q1 other costs were a bit high and this is more sort of a normal rate that it will grow or more, is there some exceptional reductions in Q2 and Q1 was more right base around? I'm just trying to think about how we model that going forward.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Yes, it is a little lumpy. So it's a hard one to kind of forecast quarter-to-quarter. But I would say maybe the starting point would be somewhere in between Q1 and Q2 when you think about the rest of the year. So there are -- every quarter, there are a number of things that sort of move in that category. So it's a bit -- over time, of course, it will increase as we grow, then it's not fixed at this level by any means. But the difference between Q1 and Q2 is one, you can say, yes, we have some extra marketing spend in Q1, which we have every year, but that's one item. And then we have reduced consultant spend in this quarter as we (inaudible) things up a little bit. So yes, but I would sort of -- if you think about the rest of the year, maybe the starting point would be somewhere in between Q1, Q2.

**Edward Young** *Morgan Stanley, Research Division - Equity Analyst*

Understood. And then final question, just on capital allocation. You continue to build the cash pile despite -- I know you've got -- you're already saving for next year's dividend, and it sounds like you're sort of covering that, but you'll continue to build a cash pile as the company produces cash. Is there a level at which despite your wish this to be an entirely equity, not debt funded business that it seems becomes inefficient and you would think about returns, sort of extra return to shareholders or providing the market with some sort of capital allocation framework, will you can make clear your kind of philosophy on that?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

As the management of the company and as the CEO, we love to have a lot of money in the company. And the capital allocation, of course, goes to the Board decision and the dividend policy is currently what it is. But in the long run, of course, we can't have as much cash as possible in the company. So there will, of course, be time to take decisions regarding that. That is, however, a bit early right now. Half of the cash is the dividend, probably the half of -- the other half is to working capital (inaudible), but it's still there. We don't need to take any decision on that yet.

**Operator**

Your next question comes from Oscar Ronnkvist from ABG.

**Oscar Ronnkvist**

So the first one is just on the quarter-on-quarter growth. I know you like to look at the longer term or the year-over-year numbers. But just in terms of any sort of headwinds that we maybe could have experienced, I'm thinking about currency, for example, also a bit seasonality, and we have also seen a lot of operators reporting pretty good sportsbook margins, which could weigh on the activity in casino I support. Because I noticed that the game round index is up 8% sequentially and the top line is up 3%. So any color on that would be very helpful.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I can start, and then I'll hand over for the currency effect to Jacob. I think that we can -- I already stated that earlier that we're part of the world. The world is in a quite challenging situation right now. And we can't sort of quantify any effects of inflation or anything. And when we took a high ambition and we started working with cost already in June last year and that you see effects from now. Even so, of course, I believe that we're all affected by inflation and salary and everything else. So that could be there. I think that also the tilting of the product releases towards the end of the year is important to remember when you look at the quarters. Then when it comes to currency, I can ask Jacob, who can give some color on that.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Yes. We stated in the report that compared to the same quarter last year, there is about EUR 2.5 million effect on EBITDA, some headwinds that if we would have the same currencies as last year, we would actually have a little bit higher EBITDA this year. It might be a little bit headwind also from Q1, but it's not -- yes, it's nothing super significant that we sort of put a lot of focus on. So it's more, yes -- I think Martin, you covered some of the other things between the quarters.

**Oscar Ronnkvist**

All right. Perfect. Just the next one, I want to follow up on the competition side. We've also seen like Las Vegas Sands maybe entering the Live Dealer space according to some news. And also, we've seen Rhode Island launching, and then we saw Bally's partnering up with Stakelogic, and we haven't seen a press release from you. And thirdly, we have seen the Finnish State, one of the operator, Bake House choosing Playtech. So I just wondered if you could give some color on that. Is that just sort of coincidences? Or is there anything that you could maybe expand on the competition side?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I would -- first, I would say, Rhode Island isn't regulated yet. So we're in the pre -- before anything has happened. So that may be the first just factor reaction to that. When it comes to the completion, I don't see it as much different from where it's been before. We have to accept the fact that we're a large player. We have, let's call it, solid market share. And many of the operators are dependent on us. And we need to treat them in an absolute best possible with the highest respect and we need to see that they are happy with us, but it's also natural that they have different suppliers. And I don't see a big difference in that.

**Oscar Ronnkvist**

All right. Can we expect you to launch Rhode Island Studio, assuming it will be regulated? Or how should we think about that?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Whenever a state regulates in U.S., we would be having the ambition to be first to market.

**Oscar Ronnkvist**

Great. I just have one more, and that would be the comment on Europe demand exceeding capacity at the moment. So just to get a sense of the dynamics there, is it like branded tables or like Blackjack tables? Or in what sort of terms are you not meeting the demand at the moment?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I won't go into exact details of where that's a little bit to the -- I wouldn't want to disclose that. In general, we're undersupplying the market right now. So we need to expand that.

**Operator**

Your next question comes from Monique Pollard from Citi.

**Monique Pollard** *Citigroup Inc., Research Division - Director*

My first question was just on RNG. Obviously, you made the point about a lot of operational improvements that you've made in the RNG segment. As you know, obviously, the double-digit ambition is a sort of a longer-term ambition, but we should see some improvement in the second half. Just wondering if you can give us a little bit more color on the type of operational improvements that you've made?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Yes, I can give you a little bit more color, of course. We made a complete reorganization in the delivery of new slots. We engaged a number of new responsible areas. We've got better games, the releases come out now in the way it should. And I'm happy with the releases to -- and I'm confident with the release that comes out in the second half. There's quite big changes in the RNG setup within Evolution.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Monique Pollard** *Citigroup Inc., Research Division - Director*

And I guess -- so because, I guess, when we just look at it sequentially, it looks like, obviously, Q2, there were quite few more RNG games, 24 versus the 18 in the 1Q. But your point is that a lot of those games in the 2Q were released towards the end of the quarter. So have they been performing in line with expectations as we get into July then?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We have released a little bit towards the end of the quarter. I'm a person that is never really happy. So I think that we can always do better.

**Monique Pollard** *Citigroup Inc., Research Division - Director*

Understood. And then just a final question, sorry to come back to it one more time, but North America, I guess the way I was thinking about it is in the first quarter, when I look at just the overall North America iGaming growth, you were clearly taking significant share in that market. You were growing meaningfully faster than the overall market. Whereas in the second quarter, growth was more in line with the market. Just trying to understand, obviously, you have your plans and you think things can be improved there. But should we expect going forward, as we're modeling that market, you to grow in line with the market there or slightly better than the market?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

The ambition from us is, of course, to take market share and to increase our footprint in the market. And I think that if you look at the first half, we have taken market share from the market in total. And our ambition is, of course, to continue that. That can be a bit up and down over the quarters. Quarters are depending on hold and what's happening in the company in general. And we're not really satisfied with Q2, and we need to do better in Q3 and Q4 and onwards. But our ambition is firm for -- to take market share.

**Operator**

Your next question comes from Kiranjot Grewal from Bank of America.

**Kiranjot Kaur Grewal** *BofA Securities, Research Division - VP & Analyst*

Just a couple from me. Firstly, on RNG, why do you think you're struggling to grow this segment? I mean, initially, you bought NetEnt which had acquired fast-growing Red Tiger, then you've added BTG and NoLimit City as well. I mean, even if we consider no -- even if we consider NetEnt to perhaps be sort of growing, should the mix of growth not have improved through the following acquisitions? Is there something fundamental in there that's not making it work?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I think that, no, there's nothing fundamentally. I think that we're where we're with RNG. We're in a bit -- we're slightly late, as I stated before, with the turnaround. And we have the ambition to double-digit growth. We have corrected a lot of things now in the platform, the OSS and everything, and we can do a lot of things better. We're not happy with the Q2 in a way that, of course, we could have done other things. But fundamentally, yes, we need to continue on the road where we're.

**Kiranjot Kaur Grewal** *BofA Securities, Research Division - VP & Analyst*

I mean related to that, I remember -- I was thinking a lot about One Stop Shop a while ago. I mean, how is that progressing? Has that helped? Or do you think once the -- now that you've revamped RNG, that will help?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

It has helped, and it's on its way. And we're on a very good progression with it, yes.

**Kiranjot Kaur Grewal** *BofA Securities, Research Division - VP & Analyst*

Okay. Just the last one for me. And I know we touched on it in one of the earlier questions. But the cash pile, in the past, you've said you have a priority to keeping sufficient cash on the book, one; second, then you think about M&A; and then third, you think about cash return to shareholders. It looks like there's a lot of cash already there. You've done M&A in the past. Are you considering more given RNG has not really gone the way you wanted. Would you sort of broaden your outlook into different areas?

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

I could comment that there is -- right now, we have our hands full to work with RNG that we have, and we're very happy with the brands that we have acquired. And don't forget that it's highly accretive to margin, and it's contributing a lot to Evolution as it is right now. And that's where we're with RNG. And that when it comes to the pipeline, yes.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Yes. No, there's no -- I would say it's the same answer on capital allocations as actually through the past years. And if you look back, I mean, there has been buyback a little bit more than beginning of '22. There was a buyback, EUR 300 million. So -- and M&A is a little bit sarcastic. It's our growth strategy, it's organic. And then there can be opportunities for M&A that can support that. And we could be here next year and no M&A, and that would be fine or there could also be opportunities during the coming year that we think are right.

So the components are the same, there's a dividend policy to begin with, 50%. We think that we should be in a cash position. But of course, the cash pile does not need to sort of be endless and has seen in the past where those buybacks and M&A have happened. So I would say the components are the same as they've been before.

**Operator**

Your next question comes from James Clark from Barclays.

**James Rowland Clark** *Barclays Bank PLC, Research Division - Research Analyst*

Just on your EBITDA margin guide of 68% to 71% for the full year, which you're reiterating today. Your first half was 70.3%. So I guess, would you be comfortable for the consensus towards the sort of top half of that because that's the 69.3% at the moment? Or will the game launches and sort of investment that you have in for the second half pull that back to sort of middle of the range and you're happy with that consensus today?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

I understand the question, but I guess we've given the range and we're not sort of giving a range within the range. So we're keeping it there then, like you say, I mean, we're not definitely in this little bit -- we're not -- we're far from that far, but we're not in the bottom end of the range. I mean, so we don't see -- maybe that -- we're not looking to 68% margin in the third quarter. So a little bit as the year goes on, as you say, you can kind of narrow it down. But we haven't made any change to the guidance. So there's no -- nothing additional to say there or anything.

**James Rowland Clark** *Barclays Bank PLC, Research Division - Research Analyst*

Okay. And then a sort of related question is that the staff, employee -- so the employee counts growth in the second quarter was 14%, revenue is growing at 28%. There is a dislocation there. I apology, but you did actually mention this earlier and I missed it then. Should the staff growth pick up again in the second half to get -- to grow a little bit faster, I guess, as you add the Live gaming studio in Colombia?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Yes. I think that's not maybe only with Colombia. But as we say, I mean, we're a little bit undersupplying the market in several regions, as mentioned, Europe, and that's a lot connected with the headcount growth. So we hope that we can increase a little bit more on headcount during the second half of the year. So that's right.

**James Rowland Clark** *Barclays Bank PLC, Research Division - Research Analyst*

Okay. And on the Colombian studio, is that a Q3 or Q4 rollout that we should expect?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Yes. Colombia.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



JULY 21, 2023 / 7:00AM GMT, Q2 2023 Evolution AB (publ) Earnings Call

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

It's a very aggressive time. As I said, it's like get back to that and you got more of us as wishful and good ambition. If anything, it will be very, very late then......

**James Rowland Clark** *Barclays Bank PLC, Research Division - Research Analyst*

And then a final one is just on RNG to come back on. You're happy with how things are going behind the scenes. You've got a very exciting road map in the second half. Is that an exciting road map enough to deliver double-digit, do you think? Or do you wait for longer because you need the 2024 road map that you said is going to be the best ever. Just can you help us with some color on that?

**Jacob Kaplan** *Evolution AB (publ) - CFO*

As I said that, I mean -- I don't see the same statement as maybe we said already to begin with. It will take some time. So no -- it's not double digit in Q3. I mean, let me clear this, we think towards the end of this year, some direction towards that, and it will take into next year as well before we're fully there.

**Operator**

Your next question comes from Estelle Weingrod from JPMorgan.

**Estelle Weingrod** *JPMorgan Chase & Co, Research Division - Analyst*

Just one for me on the new studios. On top of LatAm, could we expect one new studio in Europe in the second half of the year? Or is it also more like a 2024 story? You mentioned earlier in the call, there has been some delays. What were you referring to? Could you elaborate a little bit on this? Is that staff shortages related or something?

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

We're at full speed on that, and we're really pushing forward to add a new studio in Europe also this year, but.....

**Operator**

There are no further questions at this time. I'll now hand back to Mr. Carlesund for any closing remarks.

**Martin Carlesund** *Evolution AB (publ) - Group CEO*

Okay. Thank you, everyone, for listening. Pleasure to be here, pleasure to answer your questions. See you soon in a couple of months. Bye.

**Jacob Kaplan** *Evolution AB (publ) - CFO*

Bye-bye.

**Operator**

Thank you. The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

DISCLAIMER

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS REFINITIV'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2023 Refinitiv. All Rights Reserved.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

 13

# EXHIBIT 38

**Protokoll** fört vid extra bolagsstämma i Evolution Gaming Group AB (publ), 556994-5792, den 16 januari 2020 kl. 14.00–14.30 på Strandvägen 7A i Stockholm.

*Minutes kept at the extraordinary general meeting in Evolution Gaming Group AB (publ), 556994-5792, held on 16 January 2020 at 2.00–2.30 p.m. at Strandvägen 7A in Stockholm.*

### § 1 Öppnande av stämman / *Opening of the meeting*

Bolagets styrelseordförande Jens von Bahr hälsade stämmodeltagarna välkomna och förklarade stämman öppnad.

*The chairman of the board of directors of the company Jens von Bahr welcomed the participants of the meeting and declared the meeting opened.*

### § 2 Val av ordförande vid stämman / *Election of chairman of the meeting*

Beslöts att välja Jens von Bahr till ordförande vid stämman.

*It was resolved to elect Jens von Bahr as chairman of the meeting.*

Ordföranden informerade om att han uppdragit åt advokat Fredrik Palm att agera sekreterare samt föra protokollet vid stämman.

*The chairman informed that he had asked the attorney Fredrik Palm to act as secretary and to keep the minutes of the meeting.*

Beslöts att godkänna att gäster vid bolagsstämman, såsom anställda i bolaget, hade rätt att närvara, dock utan att ha någon rösträtt.

*It was resolved to approve that guests, such as employees of the company, had the right to attend the meeting, however, without a right to vote.*

### § 3 Upprättande och godkännande av röstlängd / *Preparation and approval of voting register*

Beslöts att godkänna den till protokollet bilagda förteckningen, <u>bilaga 1</u>, över närvarande aktieägare att gälla som röstlängd vid stämman. Antecknades att 113 232 494 aktier och röster var företrädda vid stämman.

D-3570777-v5

2

*It was resolved to approve the attached register of attending shareholders, <u>appendix 1</u>, as voting register for the meeting. It was noted that 113,232,494 shares and votes were represented at the meeting.*

### § 4 Godkännande av dagordning / *Approval of agenda*

Beslöts att godkänna den i kallelsen föreslagna dagordningen.

*It was resolved to approve the agenda as proposed in the notice of the meeting.*

### § 5 Val av två protokolljusterare / *Election of two persons to verify the minutes of the meeting*

Caroline Sjösten, ombud för Swedbank Robur fonder, samt Oskar Börjesson, ombud för Livförsäkringsbolaget Skandia samt Skandia Fonder, valdes att jämte ordföranden justera protokollet

*Caroline Sjösten, representing Swedbank Robur fonder, and Oskar Börjesson, representing Livförsäkringsbolaget Skandia and Skandia Fonder, were elected to verify the minutes together with the chairman.*

### § 6 Prövning av om stämman blivit behörigen sammankallad / *Determination of whether the meeting has been duly convened*

Sekreteraren informerade om att kallelse till stämman hållits tillgänglig på bolagets webbplats sedan den 17 december 2019 och att den annonserades i Post- och Inrikes Tidningar den 19 december 2019 samt att information om att kallelse skett annonserades i Dagens Industri den 19 december 2019.

*The secretary informed that the notice of the meeting had been available at the company's website since 17 December 2019 and that it was published in the Swedish Official Gazette on 19 December 2019 and that information on that notice had taken place was announced in Dagens Industri on 19 December 2019.*

Bolagsstämman förklarade sig behörigen sammankallad.

*The meeting declared that it had been duly convened.*

### § 7 Beslut om incitamentsprogram genom riktad emission av teckningsoptioner med efterföljande överlåtelse till deltagarna / *Resolution on an incentive programme by way of a directed issue of warrants with a subsequent transfer to the participants*

Redogjordes för styrelsens förslag om införande av ett incitamentsprogram, innefattande beslut om riktad emission med efterföljande överlåtelse av teckningsoptioner i bolaget.

*The board of directors' proposal on the establishment of an incentive programme was presented, involving resolutions on a directed issue with subsequent transfers of warrants in the company.*

D-3570777-v5

3

Antecknades att det fullständiga förslaget framgår av kallelsen till stämman och att det hade funnits tillgängligt för aktieägarna hos bolaget och på bolagets webbplats under minst tre veckor före stämman samt att det fanns med i det vid stämman utdelade materialet.

*It was noted that the complete proposal is set out in the notice of the meeting and that it had been available for the shareholders at the company and on its website during more than three weeks prior to the meeting and that it was available in the material distributed at the meeting.*

Jens von Bahr anförde att styrelsen efter diskussion med vissa aktieägare beslutat att verkställande direktören kommer att tilldelas högst 1 000 000 teckningsoptioner och bolaget kommer som en följd av detta att emittera högst 4 000 000 teckningsoptioner.

*Jens von Bahr informed the general meeting that following discussions with certain shareholders, the CEO will be allotted a maximum of 1,000,000 warrants and that the company will due to this issue a maximum of 4,000,000 warrants.*

Aktieägarna gavs möjlighet att ställa frågor om styrelsens förslag.

*The shareholders were given the opportunity to ask questions regarding the board of directors' proposal.*

Caroline Sjösten representerandes Swedbank Robur fonder framförde en röstförklaring innefattande bland annat att Swedbank Robur anser att det i kallelsen presenterade förslaget innebär en hög utspädning för aktieägarna, samt att det finns brister i övriga delar av utformningen av villkoren, inklusive subventioner, kort lösenperiod och möjliga utfall för deltagarna. Vidare anfördes att Swedbank Robur är medvetna om den vikt som styrelsen och huvudägarna lägger vid detta program och även om brister kvarstår i det justerade förslaget avser Swedbank Robur att stödja det.

*Caroline Sjösten, representing Swedbank Robur fonder, presented a voting explanation including,* inter alia, *that Swedbank Robur's view is that the proposal presented in the notice means a high dilution for the shareholders and that there are deficiencies in other parts of programme's terms, including subsidies, a short exercise period and the possible result for participants. It was further stated that Swedbank Robur is aware of the importance that the board of directors and the principal shareholders attach to this programme, and although deficiencies remain in the adjusted proposal, Swedbank Robur intends to support it.*

Oskar Börjesson höll ett anförande och framförde bland annat att Livförsäkringsbolaget Skandia samt Skandia Fonder anser att programmet, även efter den föreslagna justeringen, är för omfattande sett till den potentiellt höga utspädningen för aktieägarna, vilket strider mot Skandias ägarpolicy. Av denna





4

anledning röstade Livförsäkringsbolaget Skandia samt Skandia Fonder mot förslaget. Även andra AP-fonden röstade mot förslaget.

*Oskar Börjesson presented, inter alia, that Livförsäkringsbolaget Skandia's and Skandia Fonder's views are that the programme, even after the proposed adjustment, is too extensive in comparison with the potentially high dilution for the shareholders, which deviates from Skandia's ownership policies. For this reason Livförsäkringsbolaget Skandia and Skandia Fonder voted against the proposal. Andra AP-fonden also voted against the proposal.*

Det informerades vidare om att vissa större aktieägare i bolaget har meddelat att de till följd av den minskade tilldelningen avser att ställa ut 1 000 000 optioner till den verkställande direktören.

*The general meeting was further informed that certain larger shareholders in the company have stated that they due to the reduced allotment intend to issue 1,000,000 options to the CEO.*

Beslöts, i enlighet med styrelsens förslag, att införa ett incitamentsprogram innefattande en riktad emission med efterföljande överlåtelse av teckningsoptioner i bolaget, bilaga 2.

*It was resolved, in accordance with the board of directors' proposal, on the establishment of an incentive programme, involving a directed issue with subsequent transfers of warrants in the company, appendix 2.*

Antecknades att beslutet biträddes av aktieägare med mer än nio tiondelar av såväl de vid stämman avgivna rösterna som de vid stämman företrädda aktierna.

*It was noted that the resolution was supported by shareholders holding more than nine-tenths of both the votes cast and the shares represented at the meeting.*

### § 8 Beslut om bemyndigande för styrelsen att fatta beslut om emissioner av aktier, teckningsoptioner och konvertibla skuldebrev / *Resolution on authorisation for the board of directors to issue shares, warrants and convertible debt*

Styrelsens förslag om bemyndigande till styrelsen att fatta beslut om emissioner av aktier, teckningsoptioner och konvertibla skuldebrev enligt punkt 8, bilaga 3, i dagordningen presenterades.

*The board of director's proposal for authorization for the board of directors to resolve to issue shares, warrants and convertible debt pursuant to item 8, appendix 3, on the agenda were presented.*

Aktieägarna gavs möjlighet att ställa frågor om styrelsens förslag.

*The shareholders were given the opportunity to ask questions regarding the board of directors' proposal.*



5

Caroline Sjösten, representerandes Swedbank Robur fonder framförde bland annat att Swedbank Robur anser att formuleringen av bemyndigandet inte borde inkludera ordet emissionsrabatt utan istället endast hänvisa till marknadsmässiga villkor, samt bad styrelsen att beakta detta när eventuella framtida bemyndiganden föreslås.

*Caroline Sjösten, representing Swedbank Robur fonder,* inter alia *presented that Swedbank Robur has the view that the wording of the authorisation should make no reference to discounts in line with market practice and instead only refer to market terms, and asked the board to take this into account when any future authorisations are proposed.*

Beslöts, i enlighet med styrelsens förslag att bemyndiga styrelsen att fatta beslut om emission av aktier, teckningsoptioner och konvertibla skuldebrev, bilaga 3.

*It was resolved, in accordance with the board of directors' proposal, to authorise the board of directors to issue shares, warrants and convertible debt, appendix 3.*

Antecknades att beslutet biträddes av aktieägare med mer än två tredjedelar av såväl de vid stämman avgivna rösterna som de vid stämman företrädda aktierna.

*It was noted that the resolution was supported by shareholders holding more than two-thirds of both the votes cast and the shares represented at the meeting.*

### § 9 Stämmans avslutande / *Closing of the meeting*

Ordföranden konstaterade att samtliga frågor på dagordningen hade behandlats och att inget ytterligare ärende hade anmälts. Ordföranden tackade därför de närvarande vid stämman för visat intresse och förklarade stämman avslutad.

*The chairman noted that all matters on the agenda had been dealt with and that no other matter had been submitted. Consequently, the chairman thanked those present at the meeting for their attention and declared the meeting closed.*

\* \* \*



6

Vid protokollet / *Keeper of the minutes:*

_____
Fredrik Palm

Justerat / *Verified:*

_____
Jens von Bahr

_____
Caroline Sjösten

_____
Oskar Börjesson

D-3570777-v5

**Bilaga 2 – Styrelsens för Evolution Gaming Group AB (publ) förslag till beslut om incitamentsprogram genom riktad emission av teckningsoptioner med efterföljande överlåtelse till deltagarna**

**Incitamentsprogrammet i sammandrag**

Styrelsen föreslår att stämman beslutar om att införa ett incitamentsprogram under vilket bolaget erbjuder cirka 90-110 personer inom koncernen att förvärva teckningsoptioner i bolaget. Rätt att förvärva teckningsoptioner ska tillkomma bolagets verkställande direktör, personer i koncernledningen, befattningshavare som rapporterar direkt till koncernledningen samt andra nyckelspecialister. Deltagare får även, efter godkännande av bolaget, förvärva teckningsoptioner genom av deltagaren helägt bolag, och det som sägs om deltagare nedan gäller i sådana fall på motsvarande sätt för sådant helägt bolag.

Bolagets styrelseledamöter ska inte tilldelas teckningsoptioner.

Styrelsens förslag innebär att stämman fattar beslut om (i) att införa ett incitamentsprogram, (ii) en riktad emission av högst 5 000 000 teckningsoptioner samt (iii) att godkänna att det helägda dotterbolaget som tecknat teckningsoptionerna överlåter dessa till deltagarna i incitamentsprogrammet.

Syftet med det föreslagna incitamentsprogrammet är att skapa förutsättningar för att behålla och rekrytera kompetent personal till koncernen, öka deltagarnas motivation, företagslojalitet och intressegemenskap med bolagets aktieägare samt att främja eget aktieägande i bolaget och därigenom främja aktieägarvärde och bolagets långsiktiga värdeskapande.

**Emission av teckningsoptioner 2020/2023**

Styrelsen föreslår att stämman fattar beslut om emission av teckningsoptioner i enlighet med nedanstående villkor.

*Antal teckningsoptioner som ska ges ut*

Bolaget ska emittera högst 5 000 000 teckningsoptioner.

*Teckningsrätt*

Rätt att teckna teckningsoptionerna ska, med avvikelse från aktieägarnas företrädesrätt, tillkomma ett av bolaget helägt dotterbolag.

*Skäl för avvikelse från aktieägarnas företrädesrätt*

Skälet till avvikelsen från aktieägarnas företrädesrätt är att genom ett incitamentsprogram skapa förut–sättningar för att behålla och rekrytera kompetent personal till koncernen, öka deltagarnas motivation, företagslojalitet och intressegemenskap med bolagets aktieägare samt att främja eget aktieägande i bolaget och därigenom främja aktieägarvärde och bolagets långsiktiga värdeskapande.

*Teckningstid*

Teckningsoptionerna ska tecknas på en separat teckningslista senast den 29 februari 2020.

*Överteckning*

Överteckning ska inte kunna ske.

*Teckningskurs och betalning*

Teckningsoptionerna ska emitteras vederlagsfritt till det helägda dotterbolaget.

*Villkor för teckningsoptionerna*

(i)   Varje teckningsoption ska ge innehavaren rätt att teckna en ny aktie i bolaget.

(ii)  Teckningskursen för varje ny aktie ska uppgå till ett belopp som motsvarar 125 procent av Ursprungskursen (såsom definierat nedan). "**Ursprungskursen**" uppgår till den genomsnittliga volymvägda betalkursen för bolagets aktie på Nasdaq Stockholm under perioden från och med den 30 december 2019 till och med den 15 januari 2020. Ursprungskursen och den framräknade teckningskursen ska avrundas till närmaste helt tiotals öre, varvid fem öre ska avrundas nedåt.

(iii) Optionsrätten får utnyttjas under tiden från och med den 28 februari 2023 (dock tidigast dagen efter avgivandet av bolagets delårsrapport för perioden januari–december 2022, "**Första Teckningsdagen**") till och med den dag som infaller 30 kalenderdagar därefter. Enligt villkoren för teckningsoptionerna ska tiden under vilken optionsrätten får utnyttjas kunna förlängas om deltagare är förhindrade att utnyttja sina teckningsrätter på grund av tillämpliga lagar om insiderhandel eller motsvarande.

(iv)  För det fall aktiens genomsnittskurs under perioden om tio (10) handelsdagar som slutar den dag som infaller tre (3) handelsdagar före Första Teckningsdagen överstiger tvåhundra procent (200%) av Ursprungskursen ("**Takvärdet**"), ska teckningskursen och det antal aktier som varje teckningsoption berättigar till teckning av omräknas. Omräkningen syftar till att begränsa teckningsoptionernas rätt att ta del av den underliggande kursutvecklingen i bolagets aktier över Takvärdet.

(v)   De nya aktierna ska ge rätt till vinstutdelning första gången på den avstämningsdag för utdelning som infaller närmast efter det att teckning verkställts.

(vi)  De fullständiga villkoren för teckningsoptionerna kommer att finnas tillgängliga på bolagets webbplats, www.evolutiongaming.com, från och med den 26 december 2019. Enligt villkoren för teckningsoptionerna ska teckningskursen och det antal aktier som varje teckningsoption berättigar till teckning av kunna bli föremål för sedvanlig omräkning i vissa fall.

*Ökning av aktiekapitalet*

Bolagets aktiekapital kan vid utnyttjande av samtliga 5 000 000 teckningsoptioner ökas med 15 000 euro (beräknat på ett kvotvärde om 0,003 euro) med förbehåll för den omräkning av det antal aktier som varje teckningsoption berättigar till teckning av som kan ske i enlighet med de fullständiga villkoren för teckningsoptionerna.

*Bemyndigande*

Styrelsen ska äga rätt att förlänga tiden för teckning av teckningsoptionerna.

Styrelsen ska bemyndigas att vidta sådana smärre justeringar som kan komma att behövas i samband med registrering av emissionsbeslutet hos Bolagsverket.

**Godkännande av överlåtelse av teckningsoptioner till deltagare i incitamentsprogrammet**

Styrelsen föreslår att stämman fattar beslut om att godkänna att det teckningsberättigade dotterbolaget överlåter högst 5 000 000 teckningsoptioner 2020/2023 till bolagets verkställande direktör, personer i koncernledningen, befattningshavare som rapporterar direkt till koncernledningen samt andra nyckelspecialister i koncernen eller kvarhåller och senare överlåter teckningsoptioner i enlighet med nedanstående villkor.

*Pris och värdering*

Betalning av teckningsoptionerna ska ske kontant. För teckningsoptioner som förvärvas till marknadspris ska priset (optionspremien) bestämmas enligt Black & Scholes värderingsmodell. Värderingen av teckningsoptionerna ska utföras av Svalner Skatt & Transaktion ("**Svalner**").

Teckningsoptionernas preliminära marknadspris har, enligt en värdering baserad på ett marknadsvärde på den underliggande aktien motsvarande stängningskursen för bolagets aktie på Nasdaq Stockholm den 11 december 2019, fastställts till 14,83 kronor per teckningsoption (vid antagande av en teckningskurs om 331,25 kronor per aktie). Vid den preliminära värderingen har Svalner utgått ifrån en riskfri ränta om -0,32 procent, en volatilitet om 31,05 procent och en genomsnittlig förväntad utdelning om 2,10 procent under löptiden. Vid den preliminära värderingen har Svalner även gjort avdrag för begränsningen till Takvärdet (beräknat med utgångspunkt i stängningskursen för bolagets aktie den 11 december 2019) om 6,48 kronor samt avdrag om 30 procent från värdet på teckningsoptionerna med anledning av att teckningsoptionerna inte kommer att vara föremål för handel på en likvid marknad under denna period.

För varje teckningsoption som deltagaren förvärvar till marknadspris ska deltagaren vederlagsfritt tilldelas en extra teckningsoption. Detta gäller dock inte deltagare i jurisdiktioner där en sådan tilldelning skulle beskattas som inkomstskatt, vilket bland annat innebär att deltagare i Sverige inte kommer att erhålla en extra teckningsoption. Utnyttjande av de teckningsoptioner som erhålls vederlagsfritt kan endast ske under förutsättning att de teckningsoptioner som förvärvats till



marknadspris innehas fram till den första dag då optionsrätten får utnyttjas för teckning av aktier i bolaget.

*Tilldelning*

Tilldelning av teckningsoptioner ska bestämmas av styrelsen enligt följande riktlinjer.

(i)    Bolagets verkställande direktör får tilldelas högst 2 000 000 teckningsoptioner, deltagare tillhörande grupp 1 får tilldelas högst 120 000 teckningsoptioner var, deltagare tillhörande grupp 2 får tilldelas högst 60 000 teckningsoptioner var och deltagare tillhörande grupp 3 får tilldelas högst 15 000 teckningsoptioner var (i samtliga fall inklusive både teckningsoptioner som förvärvas till marknadspris och teckningsoptioner som erhålls vederlagsfritt). Det maximala antalet teckningsoptioner som tilldelas deltagarna får dock inte överstiga 5 000 000 teckningsoptioner. Bolagets styrelseledamöter ska inte tilldelas teckningsoptioner.

(ii)    Tilldelning av teckningsoptioner får ske senast den 29 februari 2020. Tilldelning får endast ske i den utsträckning det totala antalet teckningsoptioner enligt programmet inte överstiger 5 000 000 teckningsoptioner. Den sista dagen för tilldelning enligt denna punkt (ii) gäller dock inte för teckningsoptioner som inte överlåtits enligt punkt (iii) eller som återköpts enligt punkt (iv).

(iii)    Om någon person som har tilldelats en rätt att förvärva teckningsoptioner inte vill förvärva sin fulla andel ska dennes icke-förvärvade teckningsoptioner ingå i det antal icke-tilldelade teckningsoptioner som kan erbjudas till andra befintliga och nyanställda personer som ingår i de kategorier som anges i punkten (i) ovan, med beaktande av det högsta antalet teckningsoptioner som får tilldelas till deltagare inom respektive grupp enligt punkten (i) ovan.

(iv)    I samband med överlåtelse av teckningsoptioner till deltagarna i incitamentsprogrammet ska bolaget förbehålla sig rätten att återköpa teckningsoptioner om deltagarens anställning i koncernen upphör eller om deltagaren önskar överlåta teckningsoptioner. Sådana återköpta teckningsoptioner får överlåtas i enlighet med punkten (ii) ovan.

| Grupp | Antal deltagare | Deltagare |
|---|---|---|
| Grupp 1 | Upp till 10 | Koncernledning |
| Grupp 2 | Upp till 75 | Anställda som rapporterar till koncernledningen och nyckelspecialister i koncernen |
| Grupp 3 | Upp till 20 | Övriga nyckelspecialister i koncernen |



**Utspädningseffekt**

Om samtliga 5 000 000 teckningsoptioner 2020/2023 utnyttjas för teckning av 5 000 000 nya aktier uppstår en utspädningseffekt om cirka 2,75 procent (beräknat på antalet aktier vid tidpunkten för denna kallelse). Vid fullt utnyttjande av dessa 5 000 000 teckningsoptioner samt de 352 256 teckningsoptioner 2018/2021 (vilka efter omräkning till följd av en den uppdelning av aktier 5:1 som beslutades på bolagets årsstämma 2019 berättigar till teckning av 1 761 280 aktier) som har överlåtits till ett antal nyckelpersoner i koncernen enligt beslut av årsstämman 2018 (dvs. sammanlagt 5 352 256 teckningsoptioner som sammanlagt berättigar till teckning av 6 761 280 aktier) uppgår utspädningseffekten till cirka 3,72 procent.

**Kostnader**

Teckningsoptioner som tilldelas deltagare kommer att redovisas i enlighet med IFRS 2 och kostnadsföras som en personalkostnad över åren 2020-2023.

Baserat på antaganden om en aktiekurs om 265,00 kronor (stängningskursen för bolagets aktie på Nasdaq Stockholm den 11 december 2019), en teckningskurs vid teckning av aktier i bolaget om 331,25 kronor och ett maximalt deltagande, beräknas kostnaden för programmet, inklusive eventuella sociala avgifter, uppgå till cirka 1 miljon euro. Denna kostnad är baserad på teckningsoptionernas preliminära marknadsvärde per den 11 december 2019. Kostnaden kommer att fördelas över åren 2020-2023.

Programmet beräknas endast medföra begränsade direkta kostnader för bolaget. Av den anledningen planeras inga åtgärder för säkring av programmet att vidtas.

**Effekt på viktiga nyckeltal**

Om incitamentsprogrammet hade införts 2018 baserat på ovan angivna förutsättningar, skulle vinsten per aktie påverkats med cirka 0,44 euro.

Den totala kostnaden för programmet inklusive eventuella sociala avgifter beräknas uppgå till cirka 1 miljon euro över åren 2020-2023 enligt ovan angivna förutsättningar. Denna kostnad kan jämföras med bolagets totala lönekostnader inklusive sociala avgifter om cirka 101 miljoner euro för 2018.

De beräknade kostnaderna för programmet har baserats på det preliminära marknadsvärdet av teckningsoptionerna per den 11 december 2019. Att använda det preliminära marknadsvärdet för teckningsoptionerna vid tidpunkten för utgivandet av programmet utgör en bättre grund för att uppskatta kostnaderna än att använda ett förväntat marknadsvärde för bolagets aktier vid en förväntad utnyttjandetidpunkt för teckningsoptionerna.

**Beredning av förslaget**

Incitamentsprogrammet har utarbetats av styrelsen och ersättningskommittén och behandlats vid styrelsesammanträden under december 2019.

**Majoritetskrav**

För giltigt beslut enligt denna punkt 7 krävs att beslutet biträds av aktieägare med minst nio tiondelar av såväl de vid stämman avgivna rösterna som de vid stämman företrädda aktierna.

\* \* \*

Stockholm i december 2019

Evolution Gaming Group AB (publ)

*Styrelsen*



D-3570777-v5

**Appendix 2 – The board of directors' of Evolution Gaming Group AB (publ) proposal regarding the resolution on an incentive programme by way of a directed issue of warrants with a subsequent transfer to the participants**

**The incentive programme in brief**

The board of directors proposes that the general meeting resolves to establish an incentive programme under which the company invites approximately 90-110 persons within the group to acquire warrants in the company. The right to acquire warrants shall be granted to the CEO of the company, members of the group management, persons who report directly to the group management and other key specialists. Each participant is also entitled to, following approval from the company, acquire warrants through a company which is wholly owned by such participant, and in such event what is said in relation to participants below shall also apply in respect of such wholly owned companies.

The company's board members shall not be granted any warrants.

The board of directors' proposal means that the general meeting resolves on (i) the establishment of an incentive program, (ii) a directed issue of not more than 5,000,000 warrants and (iii) approving that the wholly-owned subsidiary that subscribes for the warrants transfers them to the participants in the incentive programme.

The rationale for the proposed incentive programme is to create conditions for retaining and recruiting competent personnel to the group, increase the motivation amongst the participants, increase their loyalty to the company and align their interest with that of the company's shareholders as well as promote a personal shareholding, and thereby promote shareholder value and the company's long-term value creation capability.

**Issue of warrants 2020/2023**

The board of directors proposes that the general meeting resolves on an issue of warrants on the following terms and conditions.

*Number of warrants to be issued*

The company shall issue a maximum of 5,000,000 warrants.

*Right to subscription*

The right to subscribe for warrants shall, with deviation of the shareholders' pre-emption rights, belong to a wholly-owned subsidiary of the company.

*Reason for deviating from the shareholders' pre-emption rights*

The reason for deviating from the shareholders' pre-emption rights is, by way of an incentive programme, to create conditions for retaining and recruiting competent personnel to the group, increase the motivation amongst the participants, increase

D-3570777-v5

their loyalty to the company and align their interest with that of the company's shareholders as well as promote a personal shareholding, and thereby promote shareholder value and the company's long-term value creation capability.

*Subscription period*

Subscription for the warrants shall take place on a separate subscription list no later than on 29 February 2020.

*Over-subscription*

Over-subscription is not allowed.

*Issue price and payment*

The warrants shall be issued to the wholly-owned subsidiary without compensation.

*Terms and conditions for the warrants*

   (i)     Each warrant shall entitle the holder to subscribe for one new share in the company.
   (ii)    The subscription price for each new share shall be equal to 125 per cent of the Original Price (as defined below). The "**Original Price**" is equal to the volume-weighted average price of the company's share on Nasdaq Stockholm during the period from and including 30 December 2019 up to and including 15 January 2020 and the Original Price and subscription price calculated in accordance with the above shall be rounded to the nearest SEK 0.10, where SEK 0.05 shall be rounded down.
   (iii)   The warrants may be exercised during the period from and including 28 February 2023 (however not earlier than the day after the publication of the company's interim report for the period January–December 2022, the "**First Exercise Date**") up to and including the date that falls 30 calendar days thereafter. Under the terms and conditions of the warrants, the period during which the warrants may be exercised may be extended if participants are prevented from exercising their subscription rights due to applicable laws on insider trading or equivalent.
   (iv)    If the average price of the company's share during the period of ten (10) trading days ending on the date falling three (3) trading days before the First Exercise Date exceeds two hundred per cent (200%) of the Original Price (the "**Ceiling Value**"), the subscription price and the number of shares that a warrant entitles subscription for shall be recalculated. The purpose of the recalculation is to limit the rights of the warrants to participate in the underlying share price development of the company's shares above the Ceiling Value.
   (v)     The new shares shall carry rights to dividends for the first time on the record day for dividends that occurs after subscription has been executed.
   (vi)    The complete terms and conditions for the warrants will be made available on the company's website www.evolutiongaming.com from 26 December



2019. As set forth in the terms and conditions for the warrants, the subscription price and the number of shares that a warrant entitles subscription for, may be recalculated in certain cases.

*Increase in share capital*

The company's share capital may, upon exercise of all 5,000,000 warrants, increase by 15,000 euro (calculated on a quota value of 0.003 euro), subject to such recalculation of the number of shares that each warrant entitles subscription for that may be made in accordance with the complete terms and conditions of the warrants.

*Authorisation*

The board of directors shall be authorised to extend the subscription period.

The board of directors shall be authorised to make such minor adjustments in the resolution that may be required in connection with the registration of the warrants with the Swedish Companies Registration Office.

**Approval of transfer of warrants to participants in the incentive programme**

The board of directors proposes that the general meeting resolves to approve that the wholly-owned subsidiary eligible for subscription transfers not more than 5,000,000 warrants 2020/2023 to the CEO of the company, members of the group management, persons who report directly to the group management and other key specialists within the group, or retains and later transfers the warrants on the following terms and conditions.

*Price and valuation*

The warrants shall be transferred against cash payment. For warrants acquired at market price, the price (the warrant premium) shall be established in accordance with the Black & Scholes valuation model. The valuation of the warrants shall be done by Svalner Skatt & Transaktion ("**Svalner**").

A preliminary market price of the warrants has, in accordance with a valuation based on a market value on the underlying share corresponding to the closing price of the company's share on Nasdaq Stockholm on 11 December 2019, been set to SEK 14.83 per warrant (assuming a subscription price of SEK 331.25 per share). Svalner has based its preliminary valuation on the assumption of a risk-free interest rate of -0.32 per cent, a volatility of 31.05 per cent and an average 2.10 per cent expected dividend yield during the period until the warrant can be exercised. Svalner has also reduced the value of each warrant based on the limitation to the Ceiling Value (calculated based on the closing price of the company's share on 11 December 2019) by approximately SEK 6.48 per warrant and by reduction of an additional 30 per cent for the purpose of reflecting that the warrants will not be traded in a liquid market during this period.

For each warrant the participant acquires at market price, an additional warrant shall be transferred to the participant without compensation. However, this does not apply to participants in jurisdictions where such a transfer would be subject to income tax, which *inter alia* means that participants in Sweden will not receive an additional warrant. Exercise of the warrants transferred without compensation can only occur if the warrants acquired at market price are held up to and including the first day on which the warrants can be exercised.

*Allotment*

The board of directors of the company shall decide on the allotment of warrants in accordance with the following principles.

(i)   The CEO of the company may be allotted up to 2,000,000 warrants, participants of group 1 may be allotted up to 120,000 warrants each, participants of group 2 may be allotted up to 60,000 warrants each and participants of group 3 may be allotted up to 15,000 warrants each (in each case including both warrants acquired at market price and warrants transferred without compensation). However, the maximum number of warrants that may be allotted shall not exceed 5,000,000 warrants. Members of the company's board of directors shall not be allotted any warrants.

(ii)  Warrants may be allotted on 29 February 2020 at the latest. Allotment may only take place to the extent that the total number of warrants allotted under the incentive programme does not exceed 5,000,000 warrants. However, the last day for allotment pursuant to this item (ii) does not apply to warrants that have not been transferred pursuant to item (iii) or which have been repurchased pursuant to item (iv).

(iii) If a person who has been allotted a right to acquire warrants does not wish to acquire his or her full share, the non-acquired part of his or her share shall be included in the number of un-allotted warrants, which may be offered to other existing or newly recruited persons within the categories specified in item (i) above taking into account the highest number of warrants that may be allotted to participants within each group pursuant to item (i) above.

(iv)  In connection with the transfer of warrants to the participants, the company shall reserve the right to repurchase warrants if the participant's employment with the group is terminated or if the participant wishes to transfer his or her warrants.  Such repurchased warrants may be transferred in accordance with item (ii) above.

| Group | Number of participants | Participants |
|---|---|---|
| Group 1 | Up to 10 | The management of the group |



D-3570777-v5

| Group 2 | Up to 75 | Employees reporting to the management and key specialist in the group |
|---------|----------|------------------------------------------------------------------------|
| Group 3 | Up to 20 | Other key specialists in the group |

**Dilution effect**

If all 5,000,000 warrants 2020/2023 are exercised for subscription of 5,000,000 shares, the dilution effect will be approximately 2.75 per cent (based on the total number of shares at time of this notice). Upon full exercise of these 5,000,000 warrants and the 352,256 warrants 2018/2021 (which, due to a recalculation following the share split 5:1 resolved on at the company's annual general meeting 2019 entitle to subscription for 1,761,280 shares), which have been transferred to a number of key employees in the group in accordance with a resolution at the annual general meeting 2018 (*i.e.*, 5,352,256 warrants in total which entitle to subscription of 6,761,280 shares in total), the dilution effect will be approximately 3.72 per cent.

**Costs**

Warrants transferred to participants will be accounted for in accordance with IFRS 2 and will be recorded as a personnel expense in the income statement during the years 2020–2023.

Assuming a share price of SEK 265.00 (the closing price of the company's share on Nasdaq Stockholm on 11 December 2019), a subscription price of SEK 331.25 and a maximum participation, the cost for the incentive programme, including social security costs, if any, is estimated to be approximately EUR 1 million. This cost is based on the preliminary market value of the warrants as of 11 December 2019. The cost will be allocated over the years 2020–2023.

The programme is estimated to entail only limited direct costs for the company. Therefore, no measures to secure the programme are planned to be made.

**Effect on key ratios**

If the incentive programme had been established in 2018, subject to the assumptions set out above, the impact on earnings per share would have been approximately EUR 0.44.

Subject to the assumptions set out above, the total cost of the incentive programme, including social security, is estimated to be approximately EUR 1 million over the years 2020–2023. This cost may be compared to the company's total salary costs, including social security costs, of EUR 101 million in 2018.

The estimated costs for the programme have been based on the preliminary market value of the warrants as of 11 December 2019. The preliminary market value for the warrants at the time of the establishment of the programme forms a better basis for the estimation of the future costs than to base the calculation on an



estimated future market value for the company's shares at an estimated exercise date for the warrants.

**Preparation of the proposal**

The incentive programme has been prepared by the board of directors and the remuneration committee and has been dealt with at board meetings in December 2019.

**Majority requirements**

A resolution in accordance with this item 7 is valid only where supported by shareholders holding not less than nine-tenths of both the votes cast and the shares represented at the general meeting.

\* \* \*

Stockholm in December 2019

Evolution Gaming Group AB (publ)

*The board of directors*

## Bilaga 3 – Styrelsens för Evolution Gaming Group AB (publ) förslag till beslut om bemyndigande för styrelsen att fatta beslut om emissioner av aktier, teckningsoptioner och konvertibla skuldebrev

Styrelsen föreslår att stämman beslutar om bemyndigande för styrelsen att inom ramen för gällande bolagsordning, med eller utan avvikelse från aktieägarnas företrädesrätt, vid ett eller flera tillfällen intill nästkommande årsstämma, fatta beslut om ökning av bolagets aktiekapital genom nyemission av aktier, teckningsoptioner eller konvertibla skuldebrev i bolaget. Det totala antalet aktier, teckningsoptioner och konvertibla skuldebrev som omfattas av sådana nyemissioner får motsvara sammanlagt högst tio (10) procent av aktierna i bolaget, vid tidpunkten för stämman. Emissionerna ska ske till marknadsmässig teckningskurs, med förbehåll för marknadsmässig emissionsrabatt i förekommande fall, och betalning ska, förutom kontant betalning, kunna ske med apportegendom eller genom kvittning, eller eljest med villkor. Syftet med bemyndigandet och skälen till eventuell avvikelse från aktieägarnas företrädesrätt är att emissioner ska kunna ske för att genomföra och finansiera förvärv av företag och tillgångar.

### Bemyndigande

Styrelsen, verkställande direktören eller den styrelsen utser ska bemyndigas att göra sådana smärre justeringar och förtydliganden av stämmans beslut som kan visa sig erforderliga i samband med registreringen hos Bolagsverket.

### Majoritetskrav

För giltigt beslut enligt denna punkt 8 krävs att beslutet biträds av aktieägare med minst två tredjedelar av såväl de vid stämman avgivna rösterna som de vid stämman företrädda aktierna.

\* \* \*

Stockholm i december 2019

Evolution Gaming Group AB (publ)

*Styrelsen*

D-3570777-v5

**Appendix 3 – The board of directors' of Evolution Gaming Group AB (publ) proposal regarding the resolution on authorisation for the board of directors to issue shares, warrants and convertible debt**

The board of directors proposes that the extraordinary general meeting authorise the board of directors to, within the scope of the articles of association, with or without deviation from the shareholders' preferential rights, on one or several occasions during the period until the next annual general meeting, resolve to increase the company's share capital by issuing new shares, warrants or convertible debt in the company. The total number of shares, warrants and convertible debt issued in accordance with this authorisation may be equivalent to a maximum of ten (10) per cent of the shares in the company at the time of the extraordinary general meeting. The issues shall be made at market price, where applicable subject to issue discounts in line with market practice, and payment may, apart from payment in cash, be made in kind or by set-off or otherwise with conditions. The purpose of the authorisation and the reasons for any deviation from the shareholders' preferential rights is to be able to carry out and finance acquisitions of businesses and assets.

**Authorisation**

The board of directors, CEO or any person appointed by the board of directors, is authorised to make any minor amendments and clarifications of the extraordinary general meeting's resolutions that are required in connection with the filing with the Companies Registration Office.

**Majority requirements**

A resolution in accordance with this item 8 is valid only where supported by shareholders holding not less than two thirds of both the votes cast and the shares represented at the general meeting.

\* \* \*

Stockholm in December 2019

Evolution Gaming Group AB (publ)

*The board of directors*

D-3570777-v5

# EXHIBIT 39

**Protokoll** fört vid årsstämma i Evolution AB (publ), 556994-5792, den 8 april 2022 kl. 09.30.

*Minutes kept at the annual general meeting in Evolution AB (publ), 556994-5792, held on 8 April 2022 at 09:30 a.m.*

## § 1 Öppnande av stämman / *Opening of the meeting*

Advokat Fredrik Palm vid Gernandt & Danielsson förklarade stämman öppnad.
*Fredrik Palm, member of the Swedish Bar Association, of Gernandt & Danielsson declared the meeting opened.*

## § 2 Val av ordförande vid stämman / *Election of chairman of the meeting*

Beslöts att välja Fredrik Palm till ordförande vid stämman.
*It was resolved to elect Fredrik Palm as chairman of the meeting.*

Ordföranden informerade om att han uppdragit åt Oscar Anderson, biträdande jurist vid Gernandt & Danielsson, att föra protokollet vid stämman.
*The chairman informed that he had asked Oscar Anderson, senior associate at Gernandt & Danielsson, to keep the minutes of the meeting.*

Det antecknades att stämman hållits enligt 20 och 22 §§ lagen (2022:121) om tillfälliga undantag för att underlätta genomförandet av bolags- och föreningsstämmor varför deltagande vid stämman enbart kunnat ske genom poströstning.
*It was noted that the annual general meeting was held pursuant to Sections 20 and 22 of the Swedish Act (2022:121) on Temporary Exemptions to Facilitate the Execution of General Meetings in Companies and Associations and that participation at the annual general meeting only was possible by postal voting.*

En sammanställning av resultatet av de inkomna poströsterna presenterades, bilaga 1. Antecknades att sammanställningen innehåller de uppgifter som bolaget ska redovisa enligt 26 § i lagen (2022:121) om tillfälliga undantag för att underlätta genomförandet av bolags- och föreningsstämmor.
*A summary of the results of the received postal votes was presented, appendix 1. It was also noted that the summary contains the information that the company is required to present pursuant to Section 26 of the Swedish Act (2022:121) on Temporary Exemptions to Facilitate the Execution of General Meetings in Companies and Associations.*

Antecknades att ingen aktieägare angivit i sitt poströstformulär att beslut i något ärende på den i kallelsen föreslagna dagordningen ska anstå till fortsatt

bolagsstämma.

*It was noted that no shareholder had stated in its voting form that the resolution on a matter included on the proposed agenda set out in the notice of the general meeting should be postponed to a continued general meeting.*

### § 3 Val av en protokolljusterare / *Election of one person to verify the minutes of the meeting*

Ossian Ekdahl, ombud för Första AP-fonden, valdes att jämte ordföranden justera protokollet samt kontrollera röstlängden.

*Ossian Ekdahl, on behalf of AP1, was elected to verify the minutes and the voting list together with the chairman.*

### § 4 Upprättande och godkännande av röstlängd / *Preparation and approval of voting register*

Beslöts att godkänna den till protokollet bilagda förteckningen, <u>bilaga 2</u>, att gälla som röstlängd vid stämman. Antecknades att 97 799 815 aktier och röster var företrädda vid stämman.

*It was resolved to approve the attached list, <u>appendix 2</u>, as voting list for the meeting. It was noted that 97,799,815 shares and votes were represented at the meeting.*

### § 5 Godkännande av dagordning / *Approval of agenda*

Beslöts att godkänna den i kallelsen föreslagna dagordningen.

*It was resolved to approve the agenda as proposed in the notice of the meeting.*

### § 6 Prövning av om stämman blivit behörigen sammankallad / *Determination of whether the meeting had been duly convened*

Informerades om att kallelse till stämman hållits tillgänglig på bolagets webbplats sedan den 9 mars 2022 och att den annonserades i Post- och Inrikes Tidningar den 11 mars 2022 samt att information om att kallelse skett annonserades i Dagens Industri den 11 mars 2022.

*It was informed that the notice of the meeting had been available at the company's website since 9 March 2022 and that it was published in the Swedish Official Gazette on 11 March 2021 and that information that the notice had been published was announced in Dagens Industri on 11 March 2022.*

Förklarade sig bolagsstämman behörigen sammankallad.

*The meeting declared that it had been duly convened.*

### § 7 a) Beslut om fastställande av resultaträkning och balansräkning samt koncernresultaträkning och koncernbalansräkning / *Resolution on adoption of the income statement and balance sheet as well as the consolidated income statement and consolidated balance sheet*

Antecknades att årsredovisningen för bolaget och koncernen samt revisionsberättelsen och koncernrevisionsberättelsen avseende räkenskapsåret 2021 hade funnits tillgängliga hos bolaget och på bolagets webbplats sedan den

18 mars 2022, att dokumenten hade skickats till de aktieägare som så begärt samt att dokumenten fanns med i det på stämman utdelade materialet.

*It was noted that the annual report for the company and the group, as well as the auditor's report and consolidated auditor's report for the financial year 2021, had been available at the company and on its website since 18 March 2022 and had been sent to shareholders who so had requested and that the documents were included in the documents distributed at the meeting.*

Beslöts att fastställa de framlagda resultat- och balansräkningarna för bolaget och koncernen.

*It was resolved to adopt the presented income statement and consolidated income statement as well as the balance sheet and the consolidated balance sheet.*

### § 7 b) Beslut om dispositioner beträffande bolagets vinst enligt den fastställda balansräkningen / *Resolution on disposition of the company's profit as shown in the adopted balance sheet*

Informerades om att styrelsens vinstutdelningsförslag och styrelsens motiverade yttrande enligt 18 kap. 4 § aktiebolagslagen finns intaget i bolagets årsredovisning, vilken har hållits tillgänglig på bolagets webbplats.

*It was informed that the board of directors' dividend proposal and that the board of directors' reasoned statement pursuant to Chapter 18, section 4 of the Swedish Companies Act is included in the company's annual report, which has been available on the company's website.*

Beslöts, i enlighet med styrelsens förslag, om utdelning av 1,42 euro per aktie och att tisdagen den 12 april 2022 ska vara avstämningsdag för erhållande av utdelningen.

*It was resolved, in accordance with the board of directors' proposal, on a dividend of EUR 1.42 per share and that Tuesday 12 April 2022 shall be the record date for the right to receive the dividend.*

### § 7 c) Beslut om ansvarsfrihet åt styrelseledamöter och verkställande direktör / *Resolution on discharge of liability for the members of the board and the managing director*

Beslöts att bevilja samtliga styrelseledamöter och den verkställande direktören ansvarsfrihet för räkenskapsåret 2021.

*It was resolved to grant discharge of liability for the members of the board of directors and the managing director for the financial year 2021.*

### § 8 Fastställande av det antal styrelseledamöter som ska väljas / *Resolution on the number of members of the board of directors to be elected*

Beslöts, i enlighet med valberedningens förslag, att styrelsen ska bestå av sju styrelseledamöter och inga suppleanter.

*It was resolved, in accordance with the nomination committee´s proposal that the board of directors is to consist of seven members and no deputies.*

### § 9 Fastställande av styrelsearvode / *Determination of the fees to be paid to the board of directors*

Beslöts, i enlighet med valberedningens förslag, att arvodet till styrelseledamöterna för tiden fram till årsstämman 2023 ska vara 1 000 000 euro, varav 100 000 euro ska utgå till var och en av de styrelseledamöter som har valts av årsstämman och 400 000 euro ska utgå till styrelsens ordförande.

*It was resolved, in accordance with the nomination committee´s proposal, that fees to board members for the period until the annual general meeting 2023 shall be EUR 1,000,000, of which EUR 100,000 shall be paid to each of the board members elected by the annual general meeting and EUR 400,000 shall be paid to the chairman of the board of directors.*

### § 10 Val av styrelse / *Election of the board of directors*

Omvaldes, i enlighet med valberedningens förslag, Jens von Bahr, Joel Citron, Mimi Drake, Jonas Engwall, Ian Livingstone, Sandra Urie och Fredrik Österberg som styrelseledamöter för tiden intill slutet av årsstämma 2023 och Jens von Bahr som styrelseordförande för tiden intill slutet av årsstämman 2023.

*In accordance with the nomination committee's proposal, Jens von Bahr, Joel Citron, Mimi Drake, Jonas Engwall, Ian Livingstone, Sandra Urie and Fredrik Österberg were re-elected as members of the board of directors for the period until the close of the annual general meeting 2023 and Jens von Bahr was re-elected as chairman of the board of directors for the period until the close of the annual general meeting 2023.*

### § 11 Fastställande av revisorsarvode / *Determination of fees to be paid to the auditor*

Beslöts, i enlighet med valberedningens förslag, att arvode till revisorn ska utgå enligt godkänd räkning.

*It was resolved, in accordance with the nomination committee´s proposal that fees to the auditor shall be paid in accordance with approved invoice.*

### § 12 Val av revisor / *Election of auditor*

Beslöts, i enlighet med valberedningens förslag, att omvälja Öhrlings PricewaterhouseCoopers AB som revisor för tiden intill slutet av årsstämman 2023.

*It was resolved, in accordance with the nomination committee's proposal, to re-elect Öhrlings PricewaterhouseCoopers AB as auditor for the period until the close of the annual general meeting 2023.*

### § 13 Beslut om instruktion till valberedningen / *Resolution on the instruction to the nomination committee*

Beslöts, i enlighet med valberedningens förslag, att de principer som anger hur valberedningens ledamöter ska utses som antogs på årsstämmorna 2017, 2018,

2019, 2020 och 2021 ska fortsätta att tillämpas som instruktion till valberedningen och ska gälla tills vidare, bilaga 3.

*It was resolved, in accordance with the nomination committee's proposal, that the principles setting out how the members of the nomination committee are appointed that were adopted at the annual general meetings 2017, 2018, 2019, 2020 and 2021 shall continue to be applied as the instruction to the nomination committee and shall be applied indefinitely, appendix 3.*

### § 14 Beslut om ersättningsrapporten / *Resolution on the remuneration report*

Det antecknades att styrelsens ersättningsrapport för 2021, bilaga 4, hade funnits tillgänglig på bolagets hemsida minst 3 veckor före årsstämman.

*It was noted that the board of directors' remuneration report for 2021, appendix 4, had been available on the company's website no less than three weeks prior to the annual general meeting.*

Beslöts att godkänna styrelsens framlagda ersättningsrapport.

*It was resolved to approve the presented board of directors' remuneration report.*

### § 15 Beslut om ändring av 8 § i bolagsordningen / *Resolution on amendment to 8 § of the articles of association*

Beslöts, i enlighet med styrelsens förslag, om ändring av bolagsordningen, bilaga 5.

*It was resolved, in accordance with the board of directors' proposal, on amendment to the articles of association, appendix 5.*

Antecknades att beslutet biträddes av aktieägare med mer än två tredjedelar av såväl de vid stämman avgivna rösterna som de vid stämman företrädda aktierna.

*It was noted that the resolution was supported by shareholders holding more than two-thirds of both the votes cast and the shares represented at the meeting.*

Antecknades att bolagets bolagsordning, efter beslut enligt denna punkt 15, har den lydelse som framgår av bilaga 5.

*It was noted that the company's articles of association, after the resolutions under this item 15, have the wording set out in appendix 5.*

### § 16 a) Beslut om bemyndigande för styrelsen att återköpa egna aktier / *Resolution on authorisation for the board of directors to acquire own shares*

Beslöts, i enlighet med styrelsens förslag, om bemyndigande om återköp av egna aktier, bilaga 6.

*It was resolved, in accordance with the board of directors' proposal, on authorisation for acquisition of own shares, appendix 6.*

Antecknades att beslutet biträddes av aktieägare med mer än två tredjedelar av såväl de vid stämman avgivna rösterna som de vid stämman företrädda aktierna.

*It was noted that the resolution was supported by shareholders holding more than two-thirds of both the votes cast and the shares represented at the meeting.*

### § 16 b) Beslut om bemyndigande för styrelsen att överlåta egna aktier / *Resolution on authorisation for the board of directors to transfer own shares*

Beslöts, i enlighet med styrelsens förslag, om bemyndigande om överlåtelse av egna aktier, bilaga 7.

*It was resolved, in accordance with the board of directors' proposal, on authorisation for transfer of own shares, appendix 7.*

Antecknades att beslutet biträddes av aktieägare med mer än två tredjedelar av såväl de vid stämman avgivna rösterna som de vid stämman företrädda aktierna.

*It was noted that the resolution was supported by shareholders holding more than two-thirds of both the votes cast and the shares represented at the meeting.*

### § 17 Beslut om bemyndigande för styrelsen att besluta om emission av aktier, teckningsoptioner och konvertibler / *Resolution on authorisation for the board of directors to issue shares, warrants and convertible debt*

Beslöts, i enlighet med styrelsens förslag, om bemyndigande för styrelsen att besluta om emission av aktier, teckningsoptioner och konvertibler, bilaga 8.

*It was resolved, in accordance with the board of directors' proposal, on authorisation for the board of directors to issue shares, warrants and convertible debt, appendix 8.*

Antecknades att beslutet biträddes av aktieägare med mer än två tredjedelar av såväl de vid stämman avgivna rösterna som de vid stämman företrädda aktierna.

*It was noted that the resolution was supported by shareholders holding more than two-thirds of both the votes cast and the shares represented at the meeting.*

### § 18 Beslut om bemyndigande för styrelsen att besluta om återköp av teckningsoptioner / *Resolution on authorisation for the board of directors to re-purchase warrants*

Beslöts, i enlighet med styrelsens förslag, om bemyndigande för styrelsen att besluta om återköp av teckningsoptioner, bilaga 9.

*It was resolved, in accordance with the board of directors' proposal, on authorisation for the board of directors to re-purchase warrants, appendix 9.*

### § 19 Stämmans avslutande / *Closing of the meeting*

Ordföranden konstaterade att samtliga frågor på dagordningen hade behandlats och att inget ytterligare ärende hade anmälts samt förklarade stämman avslutad.

*The chairman noted that all matters on the agenda had been dealt with and that no other matter had been submitted and declared the meeting closed.*

Vid protokollet / *Keeper of the minutes:*

_____
Oscar Anderson

Justerat / *Verified:*

_____
Fredrik Palm

_____
Ossian Ekdahl

## Styrelsens för Evolution AB (publ) förslag till beslut om bemyndigande för styrelsen att återköpa egna aktier

### Punkt 16 a): Beslut om bemyndigande för styrelsen att återköpa egna aktier

Styrelsen föreslår att årsstämman beslutar att bemyndiga styrelsen att besluta om återköp av Evolution AB:s (publ) egna aktier i enlighet med följande villkor:

1. Återköp av aktier får ske på Nasdaq Stockholm.

2. Bemyndigandet får utnyttjas vid ett eller flera tillfällen före årsstämman 2023.

3. Högst så många egna aktier får återköpas att bolagets innehav av egna aktier vid var tid inte överstiger 10 procent av samtliga aktier i bolaget.

4. Återköp av bolagets egna aktier på Nasdaq Stockholm får endast ske till ett pris inom det vid var tid gällande prisintervallet, d.v.s. intervallet mellan högsta köpkurs och lägsta säljkurs.

Syftet med bemyndigandet om återköp av egna aktier är att ge styrelsen möjlighet att anpassa och förbättra bolagets kapitalstruktur och därigenom skapa ytterligare värde för aktieägarna, och/eller att möjliggöra för bolaget att använda återköpta egna aktier som betalning för, eller finansiering av, förvärv av företag eller verksamheter eller för att säkra eller underlätta utnyttjande av bolagets incitamentsprogram.

Styrelsen ska äga rätt att besluta om övriga villkor för återköp av egna aktier i enlighet med bemyndigandet.

### Majoritetskrav

Beslut i enlighet med styrelsens förslag är giltigt endast om det biträds av aktieägare med minst två tredjedelar av såväl de avgivna rösterna som de vid stämman företrädda aktierna.

### Styrelsens motiverade yttrande enligt 19 kap. 22 § aktiebolagslagen (2005:551)

Styrelsen avger härmed följande yttrande i enlighet med bestämmelserna i 19 kap. 22 § aktiebolagslagen.

Med hänvisning till yttrandet i samband med den föreslagna utdelningen tillgänglig på bolagets webbplats, www.evolution.com, är det styrelsens uppfattning att det föreslagna bemyndigandet att återköpa egna aktier är försvarligt med hänsyn till de krav som arten, omfattningen och riskerna med verksamheten ställer på storleken av bolagets och koncernens egna kapital, samt bolagets och koncernens konsolideringsbehov, likviditet och finansiella ställning i övrigt. I detta avseende har den föreslagna kontanta utdelningen på 1,42 euro per aktie tagits i beaktning.

Styrelsen noterar att vid utförandet av det föreslagna bemyndigandet att återköpa egna aktier ska styrelsen förbereda ett nytt motiverat yttrande gällande huruvida, vid beaktande av rådande omständigheter, återköpet av egna aktier kan anses försvarligt enligt bestämmelserna i 17 kap. 3 § 2 och 3 punkterna aktiebolagslagen.

\* \* \*

Stockholm i mars 2022
Evolution AB (publ)
*Styrelsen*

Appendix 6

**The board of directors' of Evolution AB (publ) proposal regarding the resolution on authorisation for the board of directors to acquire own shares**

**Item 16 a): Resolution on authorisation for the board of directors to acquire own shares**

The board of directors proposes that the annual general meeting resolves to authorise the board of directors to resolve on acquisitions of Evolution AB (publ)'s own shares, in accordance with the following terms and conditions:

1. Acquisitions of shares may be made on Nasdaq Stockholm.

2. The authorisation may be exercised on one or more occasions before the annual general meeting 2023.

3. A maximum number of own shares may be acquired so that the company's holding of own shares at any given time does not exceed 10 per cent of all the shares in the company.

4. Acquisitions of the company's own shares on Nasdaq Stockholm may only be made within the price interval registered at any given time, *i.e.* the interval between the highest bid price and the lowest selling price.

The purpose of the authorisation to acquire own shares is to enable the board of directors to optimise and improve the capital structure of the company, thereby creating added shareholder value, and/or to enable the company to use acquired own shares as payment for, or financing of, acquisitions of companies or businesses or to hedge or facilitate the settlement of the company's incentive programmes.

The board of directors shall have the right to decide on other terms and conditions for acquisitions of own shares in accordance with the authorisation.

**Majority requirements**

A resolution in accordance with the board of directors' proposal is valid only where supported by shareholders holding not less than two-thirds of both the votes cast and the shares represented at the general meeting.

**The board of directors' reasoned statement pursuant to Chapter 19, Section 22 of the Swedish Companies Act**

The board of directors hereby gives the following statement pursuant to the provisions in Chapter 19, Section 22 of the Swedish Companies Act.

With reference to the statement in connection with the proposed dividend available on the company's website, www.evolution.com, it is the opinion of the board of directors that the proposed authorisation to acquire own shares is justified taking into account the demands that the nature, scope and risks of the operations place on the size of the company's and the group's equity, and the company's and the group's consolidation needs, liquidity and financial position in general. In this

2

respect, the proposed cash dividend of EUR 1.42 per share has been taken into account.

The board of directors notes that, when exercising the proposed authorisation to acquire own shares, it is to prepare a new reasoned statement as to whether, considering the prevailing conditions, the acquisition of own shares being considered is justifiable pursuant to the provisions in Chapter 17, Section 3, paragraphs 2 and 3 of the Swedish Companies Act.

* * *

Stockholm in March 2022
Evolution AB (publ)
*The board of directors*

D-5419123-v2

Bilaga 7

## Styrelsens för Evolution AB (publ) förslag till beslut om bemyndigande för styrelsen att överlåta egna aktier

### Punkt 16 b): Beslut om bemyndigande för styrelsen att överlåta egna aktier

Styrelsen föreslår att årsstämman beslutar att bemyndiga styrelsen att besluta om överlåtelse av Evolution AB:s (publ) egna aktier, med eller utan avvikelse från aktieägarnas företrädesrätt, i enlighet med följande villkor:

1. Överlåtelse av egna aktier får ske på Nasdaq Stockholm eller på annat sätt.

2. Bemyndigandet får utnyttjas vid ett eller flera tillfällen före årsstämman 2023.

3. Överlåtelse av egna aktier får ske med så många aktier som vid var tid innehas av bolaget.

4. Överlåtelse av egna aktier på Nasdaq Stockholm får endast ske till ett pris inom det vid var tid gällande prisintervallet, d.v.s. intervallet mellan högsta köpkurs och lägsta säljkurs. Överlåtelse av egna aktier utanför Nasdaq Stockholm får ske mot kontant betalning, betalning med apportegendom eller genom kvittning och priset ska bestämmas så att överlåtelsen sker på sådana villkor som motsvarar villkoren för aktuella incitamentsprogram eller annars på marknadsmässiga villkor.

Syftet med bemyndigandet om överlåtelse av egna aktier är att ge styrelsen möjlighet att anpassa och förbättra bolagets kapitalstruktur och därigenom skapa ytterligare värde för aktieägarna, och/eller att möjliggöra för bolaget att använda återköpta egna aktier som betalning för, eller finansiering av, förvärv av företag eller verksamheter eller för att säkra eller underlätta utnyttjande av bolagets incitamentsprogram.

Styrelsen ska äga rätt att besluta om övriga villkor för överlåtelse av egna aktier i enlighet med bemyndigandet.

### Majoritetskrav

Beslut i enlighet med styrelsens förslag är giltigt endast om det biträds av aktieägare med minst två tredjedelar av såväl de avgivna rösterna som de vid stämman företrädda aktierna.

* * *

Stockholm i mars 2022
Evolution AB (publ)
*Styrelsen*

Appendix 7

## The board of directors' of Evolution AB (publ) proposal regarding the resolution on authorisation for the board of directors to transfer own shares

### Item 16 b): Resolution on authorisation for the board of directors to transfer own shares

The board of directors proposes that the annual general meeting resolves to authorise the board of directors to resolve on transfers of Evolution AB (publ)'s own shares, with or without deviation from the shareholders' preferential rights, in accordance with the following terms and conditions:

1. The transfer may be made on or outside of Nasdaq Stockholm.

2. The authorisation may be exercised on one or more occasions before the annual general meeting 2023.

3. Transfer of own shares may be made of up to the number of shares that, at any given time, are held by the company.

4. Transfer of own shares on Nasdaq Stockholm may only be made within the price interval registered at any given time, *i.e.* the interval between the highest bid price and the lowest selling price. Transfers of own shares outside of Nasdaq Stockholm may be made against payment in cash, in kind or by way of set-off, and the price shall be established so that the transfer is made on terms corresponding to the terms for the relevant incentive programme or otherwise on market terms.

The purpose of the authorisation to transfer own shares is to enable the board of directors to optimise and improve the capital structure of the company, thereby creating added shareholder value, and/or to enable the company to use acquired own shares as payment for, or financing of, acquisitions of companies or businesses or to hedge or facilitate the settlement of the company's incentive programmes.

The board of directors shall have the right to decide on other terms and conditions for transfers of own shares in accordance with the authorisation.

### Majority requirements

A resolution in accordance with the board of directors' proposal is valid only where supported by shareholders holding not less than two-thirds of both the votes cast and the shares represented at the general meeting.

\* \* \*

Stockholm in March 2022
Evolution AB (publ)
*The board of directors*

Bilaga 8

**Styrelsens för Evolution AB (publ) förslag till beslut om bemyndigande för styrelsen att besluta om emission av aktier, teckningsoptioner och konvertibler**

**Punkt 17: Beslut om bemyndigande för styrelsen att besluta om emission av aktier, teckningsoptioner och konvertibler**

Styrelsen föreslår att årsstämman beslutar om bemyndigande för styrelsen att inom ramen för gällande bolagsordning, med eller utan avvikelse från aktieägarnas företrädesrätt, vid ett eller flera tillfällen före årsstämman 2023, fatta beslut om ökning av bolagets aktiekapital genom emission av aktier, teckningsoptioner eller konvertibler i bolaget. Bemyndigandet skall vara begränsat så att styrelsen inte får besluta om emission av aktier, teckningsoptioner och konvertibler som innebär att det sammanlagda antalet aktier som emitteras, tillkommer genom konvertering av konvertibler eller tillkommer genom utnyttjande av teckningsoptioner överstiger 10 procent av aktierna i bolaget vid tiden för årsstämman. Emissionerna ska ske till marknadsmässig teckningskurs och betalning ska, förutom kontant betalning, kunna ske med apportegendom eller genom kvittning, eller eljest med villkor. Syftet med bemyndigandet och skälen till eventuell avvikelse från aktieägarnas företrädesrätt är att kunna genomföra och finansiera förvärv av företag och tillgångar.

**Majoritetskrav**

Beslut i enlighet med styrelsens förslag är giltigt endast om det biträds av aktieägare med minst två tredjedelar av såväl de avgivna rösterna som de vid stämman företrädda aktierna.

* * *

Stockholm i mars 2022
Evolution AB (publ)
*Styrelsen*

Appendix 8

**The board of directors' of Evolution AB (publ) proposal regarding the resolution on authorisation for the board of directors to issue shares, warrants and convertible debt**

**Item 17: Resolution on authorisation for the board of directors to issue shares, warrants and convertible debt**

The board of directors proposes that the annual general meeting authorise the board of directors to, within the scope of the articles of association, with or without deviation from the shareholders' preferential rights, on one or several occasions during the period until the annual general meeting 2023, resolve to increase the company's share capital by issuing new shares, warrants or convertible debt in the company. The authorisation shall be limited whereby the board of directors may not resolve to issue shares, warrants or convertible debt in such a way that the total number of shares that are issued, issued through the conversion of convertibles or issued through the exercise of warrants exceeds 10 per cent of the shares in the company at the time of the annual general meeting. The issues shall be made on market terms and payment may, apart from payment in cash, be made in kind or by set-off or otherwise with conditions. The purpose of the authorisation and the reasons for any deviation from the shareholders' preferential rights is to be able to carry out and finance acquisitions of businesses and assets.

**Majority requirements**

A resolution in accordance with the board of directors' proposal is valid only where supported by shareholders holding not less than two-thirds of both the votes cast and the shares represented at the general meeting.

\* \* \*

Stockholm in March 2022
Evolution AB (publ)
*The board of directors*

Bilaga 9

## Styrelsens för Evolution AB (publ) förslag till beslut om bemyndigande för styrelsen att besluta om återköp av teckningsoptioner

### Punkt 18: Beslut om bemyndigande för styrelsen att besluta om återköp av teckningsoptioner

Styrelsen föreslår att årsstämman beslutar att bemyndiga styrelsen att, under tiden fram till och med nästa årsstämma, vid ett eller flera tillfällen kunna fatta beslut om att till marknadsvärde (vilket skall grundas på den genomsnittliga volymviktade kursen för bolagets aktie under en period i nära anslutning till perioden för återköp) återköpa de 3 928 650 teckningsoptioner som emitterats enligt beslut av extra bolagsstämman den 16 januari 2020 och som överlåtits till innehavare och inte återköpts (vilka berättigar innehavarna att teckna 3 928 650 nya aktier). Teckningsoptionerna som är föremål för beslutet medför rätt att teckna nya aktier i Bolaget för 373,90 kr per aktie under perioden från och med dagen efter avgivande av delårsrapporten för januari–december 2022 till och med den dag som infaller 30 kalenderdagar efter avgivandet av bolagets delårsrapport för perioden januari–december 2022 (dock senast 28 mars 2023).

Teckningskursen och antalet aktier varje teckningsoption berättigar till kan under vissa förutsättningar komma att omräknas i enlighet med villkoren för teckningsoptionerna. Det noteras att om Evolutions aktiekurs i samband med perioden för utnyttjande överstiger 598,15 kr (dvs. 200% av den ursprungskurs som förevar vid utgivandet av optionerna) ska teckningskursen och det antal aktier som varje teckningsoption berättigar till teckning av omräknas (i syfte att sätta ett takvärde på optionerna) och att en eventuell omräkning kommer att beaktas vid fastställandet av det värde till vilka optionerna kan köpas tillbaka. De fullständiga villkoren för teckningsoptioner av serie 2020/2023, inklusive hur takvärdet ska beräknas, återfinns på bolagets webbplats www.evolution.com.

Styrelsen skall bemyndigas att besluta om de närmare villkoren för genomförandet samt om de administrativa åtgärder som kan krävas för genomförande av detta beslut.

Syftet med återköpet är att begränsa utspädning av bolagets aktie samtidigt som optionsinnehavarna erbjuds en möjlighet att tillgodogöra sig teckningsoptionernas värde och/eller använda sådant värde för att utnyttja ej återköpta teckningsoptioner. Återköpta teckningsoptioner skall hållas i Bolagets förvar och makuleras utan att överlåtas vidare.

\* \* \*

Stockholm i mars 2022
Evolution AB (publ)
*Styrelsen*

Appendix 9

## The board of directors' of Evolution AB (publ) proposal regarding the resolution on authorisation for the board of directors to re-purchase warrants

### Item 18: Resolution on authorisation for the board of directors to re-purchase warrants

The board of directors proposes that the annual general meeting authorise the board of directors, during the period until the next annual general meeting, on one or more occasions, to resolve to repurchase, at the market price (which shall be based on the volume weighted average price of the company share for a period close to the period for repurchase) of the 3,928,650 warrants issued by the extraordinary general meeting on 16 January 2020 which have been transferred to holders and not repurchased (which entitle the holders to subscribe for 3,928,650 new shares). The warrants that are subject to the resolution, entitles its holder to subscribe for new shares in the company for SEK 373.90 per share during the period from the day after the publication of the interim report for January–December 2022 until the date that follows 30 calendar days after the publication of the interim report for the period of January–December 2022 (however not later than on 28 March 2023).

The subscription price and the number of shares each warrant entitles to may be recalculated, under certain circumstances, in accordance with the terms and conditions for the warrants. It is noted that if Evolution's share price in connection with the exercise period exceeds SEK 598.15 (*i.e.* 200 % of the original price that existed at the time the options were issued), the subscription price and the number of shares that each warrant entitles to subscribe for shall be recalculated (for the purpose of placing a ceiling value for the warrants) and that any recalculation will be taken into account when determining the value at which the warrants may be repurchased. The complete terms and conditions for the warrants of series 2020/2023, including how the ceiling value shall be calculated, can be found on the company's website www.evolution.com.

The board of directors shall be authorised to resolve on the detailed conditions for implementation and on the administrative measures that may be required for the implementation of this resolution.

The purpose of the repurchase is to limit the dilution of the company's shares while the warrant holders are offered an opportunity to receive the value of the warrant and/or to be able to use such value to exercise warrants which are not repurchased. Repurchased warrants are to be held in the company's custody and cancelled without being transferred or exercised.

\* \* \*

Stockholm in March 2022
Evolution AB (publ)
*The board of directors*

D-5477484-v1

# EXHIBIT 40

**The board of directors' of Evolution AB (publ) proposal regarding the resolution on authorisation for the board of directors to re-purchase warrants**

**Item 18: Resolution on authorisation for the board of directors to re-purchase warrants**

The board of directors proposes that the annual general meeting authorise the board of directors, during the period until the next annual general meeting, on one or more occasions, to resolve to repurchase, at the market price (which shall be based on the volume weighted average price of the company share for a period close to the period for repurchase) of the 3,928,650 warrants issued by the extraordinary general meeting on 16 January 2020 which have been transferred to holders and not repurchased (which entitle the holders to subscribe for 3,928,650 new shares). The warrants that are subject to the resolution, entitles its holder to subscribe for new shares in the company for SEK 373.90 per share during the period from the day after the publication of the interim report for January–December 2022 until the date that follows 30 calendar days after the publication of the interim report for the period of January–December 2022 (however not later than on 28 March 2023).

The subscription price and the number of shares each warrant entitles to may be recalculated, under certain circumstances, in accordance with the terms and conditions for the warrants. It is noted that if Evolution's share price in connection with the exercise period exceeds SEK 598.15 (*i.e.* 200 % of the original price that existed at the time the options were issued), the subscription price and the number of shares that each warrant entitles to subscribe for shall be recalculated (for the purpose of placing a ceiling value for the warrants) and that any recalculation will be taken into account when determining the value at which the warrants may be repurchased. The complete terms and conditions for the warrants of series 2020/2023, including how the ceiling value shall be calculated, can be found on the company's website www.evolution.com.

The board of directors shall be authorised to resolve on the detailed conditions for implementation and on the administrative measures that may be required for the implementation of this resolution.

The purpose of the repurchase is to limit the dilution of the company's shares while the warrant holders are offered an opportunity to receive the value of the warrant and/or to be able to use such value to exercise warrants which are not repurchased. Repurchased warrants are to be held in the company's custody and cancelled without being transferred or exercised.

\* \* \*

Stockholm in March 2022
Evolution AB (publ)
*The board of directors*

# EXHIBIT 41



## Search PDMR transactions

### Search

| | |
|---|---|
| **Issuer** | Evolution |
| **Person discharging managerial responsibilities** | |
| **Transaction date** | 07/03/2023   📅   07/03/2023   📅 |
| **Publication date** | 📅   📅 |

**Search**   **Export**

| Publication date | Issuer | Person discharging managerial responsibilities | Position | Closely associated | Nature of transaction | Instrument name | Intrument type | ISIN | Transaction date | Volume | Unit | Price | Currency | Status | Details |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/03/2023 | Evolution AB (publ) | Gionata La Torre | Other senior executive | | Disposal | Warrants 2020/2023 | Subcription warrant | | 07/03/2023 | 109,470 | Quantity | 224.30 | SEK | History | Notification |
| 10/03/2023 | Evolution AB (publ) | Louise Wiwen-Nilsson | Other senior executive | | Disposal | warrants 2020/2023 | Subcription warrant | | 07/03/2023 | 55,000 | Quantity | 224.30 | SEK | History | Notification |
| *10/03/2023* | *Evolution Gaming Group AB (publ)* | *Louise Wiwen-Nilsson* | *Other senior executive* | | *Disposal* | *warrants 2020/2023* | *Subcription warrant* | | *07/03/2023* | *55,000* | *Quantity* | *224.30* | *SEK* | *Revised* | *Notification* |
| 09/03/2023 | Evolution AB | Todd Haushalter | Other senior executive | | Disposal | Warrants 2020/2023 | Subcription warrant | | 07/03/2023 | 120,000 | Quantity | 224.30 | SEK | History | Notification |
| 08/03/2023 | Evolution AB (publ) | Martin Carlesund | Chief Executive Officer (CEO)/Managing Directory | Yes | Disposal | Warrants 2020/2023 | Subcription warrant | | 07/03/2023 | 1,000,000 | Quantity | 224.30 | SEK | | Notification |
| 08/03/2023 | Evolution AB (publ) | Jacob Kaplan | Chief Financial Officer (CFO) | | Disposal | Warrants 2020/2023 | Subcription warrant | | 07/03/2023 | 120,000 | Quantity | 224.30 | SEK | | Notification |
| 08/03/2023 | Evolution AB (publ) | Jesper von Bahr | Other senior executive | | Disposal | Warrants 2020/2023 | Subcription warrant | | 07/03/2023 | 120,000 | Quantity | 224.30 | SEK | | Notification |
| *08/03/2023* | *Evolution AB (publ)* | *Gionata La Torre* | *Other senior executive* | | *Disposal* | *Warrants 2020/2023* | *Warrant* | | *07/03/2023* | *109,470* | *Quantity* | *224.30* | *SEK* | *Revised* | *Notification* |
| 08/03/2023 | Evolution AB (publ) | Aksel Sebastian Johannisson Mahlqvist | Other senior executive | Yes | Disposal | Warrants 2020/2023 | Subcription warrant | | 07/03/2023 | 60,000 | Quantity | 224.30 | SEK | | Notification |
| 08/03/2023 | Evolution AB (publ) | Sebastian Johannisson Mählqvist | Other senior executive | | Disposal | Warrants 2020/2023 | Subcription warrant | | 07/03/2023 | 120,000 | Quantity | 224.30 | SEK | | Notification |

Showing **1** to **10** of **11** result

Finansinspektionen | Box 7821, 103 97 Stockholm | Brunnsgatan 3 | Phone 08-408 980 00 | finansinspektionen@fi.se

Case 2:24-cv-00326-MRP   Document 44-2   Filed 11/12/24   Page 247 of 260

# EXHIBIT 42


What are you looking for?

# iGB

Home   News & Content ⌄   Data   Directory   On Demand ⌄   Publications   iGB Executive   Jobs

Home > Legal & compliance > Legal > Swedish court upholds penalties against ComeOn brands

# Swedish court upholds penalties against ComeOn brands

ᵗʰ May 2022 | By Daniel O'Boyle

**Sweden's Administrative Court in Linköping has upheld three penalties against ComeOn brands for violating bonus rules, while the penalty for a fourth of the operator's brands was lowered from SEK50m to SEK40m.**



All four businesses were handed penalty fees, alongside warnings, from Spelinspektionen in February 2021. Casinostugan was given a SEK25m (£2.16m/€2.49m/$3.00m) fee, ComeOn Sweden received a SEK35m penalty fee, while Hajper Ltd was issued with a fee of SEK50m. Snabbare Ltd paid the largest fee of SEK65m.

Operators licensed in Sweden may only offer players bonuses upon sign-up. However, all four were found to have provided bonus funds to existing players.

Reviews of a sample customer's account found that Casinostugan had issued a player with a total SEK21,000 in bonus funds, in addition to free spins for online slots.

ComeOn was also found to have deposited a total of SEK40,000 to a sample player in bonus funds.

A review of one of Hajper's customer accounts found the player had been given SEK7,400 in bonus funds by the operator, as well as free bets. A second customer received SEK13,500 from Hajper in addition to free spins.

Snabbare Ltd was found to have deposited SEK6,950 to a customer's account in bonus funds and to have offered free spins to another player.

All four brands appealed the rulings, taking them to the Administrative Court in Linköping.

However, the court rejected the appeals of Casinostugan, ComeOn and Snabbare.

For Hajper, it determined that the business did issue a bonus in breach of the Gambling Act and thus that a penalty should be in place. However, it determined that the penalty should be lowered from SEK50m to SEK40m.

## Related Content

M&A

**XLMedia offloads North America business to Sportradar for $30m**

21 Oct 2024 - News

Regulation

**Court order grants Megapix access to SPA approved list**

21 Oct 2024 - News

Legal & compliance

**Gambling Commission embarks on black market study to improve monitoring efforts**

21 Oct 2024 - News

The Administrative Court considers that the companies have provided illicit bonuses by making cash deposits and in three of the cases also giving free games. The court also considers that the companies have breached their duty of care by providing bonuses at the same time as there have been indications of risky gambling.

Topics: **Legal & compliance**, **Marketing & affiliates**, **Legal**, **Regulation**, **Marketing regulation**

Tags: **Spelinspektionen**

Regions: **Europe**, **Nordics**, **Sweden**

# Subscribe to the iGaming newsletter

Your email address          SUBSCRIBE

Casino & games    Esports    Finance    Legal & compliance    Lottery    Marketing & affiliates    People    Sustainable Gambling    Sports betting    Strategy    Tech & innovation

## Links

Home

Directory

Events

Jobs

## Company

About us

Contact us

FAQ

Publications

Testimonials

Apps

## Our Brands

iGB North America

iGB Live!

iGB Affiliate

iGB Affiliate London

ICE365

ICE London

## Latest posts

**Flyfish: Tailor-made payment solutions for every operator**
1 hour ago - Videos

**Sporttrade goes live in Virginia**
3 hours ago - News

**Evolution NGR up 15% despite cyber attacks and Georgia strike action**
4 hours ago - News

## Subscribe to our newsletter

Your email address     SUBSCRIBE

Daily news digests every morning

Access to industry leading insights

# EXHIBIT 43



Management



## MANAGEMENT



### MARTIN CARLESUND

Group CEO

Born 1970. Employed by the group since 2015.

Other assignments: Martin is Chairman of Carlesund Investments & Consulting AB and Sandstjärna Holding.

Experience: Martin has been CEO of Highlight Media Group, Eniro Sverige, Eniro Finland and 3L System AB. He holds an MSc in finance together with courses in computer science, law and mathematics at University of Borås, Gothenburg School of Economics and Linköping University.

Shareholding: 684,710 shares

Rights through warrant program 2023/2026: 175,000



### TODD HAUSHALTER

Chief Product Officer

Born 1978. Employed by the group since 2015.

Experience: Todd has been Vice President of Gaming Operations at MGM Resorts International, Global Director of Product Development at Shuffle Master and Vice President of Business Strategy at Bally Technologies. He holds an MBA and an MS from University of Nevada, Las Vegas.

Shareholding: 96,300 shares

Rights through warrant program 2023/2026: 60,000



### SEBASTIAN JOHANNISSON

Chief Strategy Officer

Born 1978. Employed by the group since 2008.

Experience: Sebastian has previous been Chief Commercial Officer as well as Head of Account Management at Evolution. He holds a Master of Business Administration from Uppsala University.

Shareholding: 700,000 shares

Rights through warrant program 2023/2026: 60,000



### JACOB KAPLAN

Chief Financial Officer

Born 1973. Employed by the group since 2016.

Experience: Jacob has been CFO of Nordnet AB (publ) and Vice President, Finance Director at Nasdaq OMX Transaction Services Nordics. He holds a MSc in Industrial Engineering and Business Management from the Royal Institute of Technology in Stockholm and a BSc in Business Administration from Stockholm University.

Shareholding: 60,000 shares

Rights through warrant program 2023/2026: 60,000

### LOUISE WIWEN-NILSSON

Chief Human Resources Officer

Born 1972. Employed by the group since 2016.

Experience: Louise has held several leading HR positions within Viacom/MTV, Nike and Walt Disney. She has a degree in Social and Behavioural studies at Lund University.

Shareholding: 22,780 shares

Rights through warrant program 2023/2026: 60,000

## FOLLOW US



  

Evolution's logo and graphic material is the company's intellectual property and may not be copied, reproduced, distributed or displayed without written consent of Evolution. Under no circumstances may Evolution's intellectual property be displayed in connection with inappropriate or harmful content, including without limitation on web sites containing pornographic content or supporting illegal file sharing. Evolution Malta Holdings Limited is licensed and regulated in Great Britain by the Gambling Commission (GB) under account numbers 41655. and Evolution Gaming Malta Limited is licensed and regulated by the Malta Gaming Authority under license MGA/CRP/187/2010/01. Evolution is licensed and regulated in a number of jurisdictions. All our licences can be found here. Evolution's Privacy Policy explains how we process personal data. Read our Privacy Policy here. Evolution's Cookie Policy clarifies what cookies we use. Read our Cookie Policy here. Evolution is committed to gaming that is fun, safe, and secure. Read about Responsible Gaming and Player information here.

Copyright © 2022 Evolution AB (publ). All rights reserved.

# EXHIBIT 44

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2023**

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number: 001-37403**

# Flutter Entertainment plc
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Ireland** | **98-1782229** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification Number)** |
| **Belfield Office Park, Beech Hill Road Clonskeagh, Dublin 4 Ireland** | **D04 V972** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**+353 (87) 223 2455**
**(Registrant's telephone number, including area code)**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Trading Symbol(s) | Name of Each Exchange on which Registered |
|---|---|---|
| Ordinary Shares, nominal value of €0.09 per share | **FLUT** | **New York Stock Exchange** |

**Securities registered pursuant to Section 12(g) of the Act: None.**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☐   No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☐   No ☒

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☐

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

As of June 30, 2023, the aggregate market value of the ordinary shares of the registrant held by non-affiliates of the registrant was: N/A.*

As of March 22, 2024, the number of ordinary shares outstanding of Flutter Entertainment plc was 177,399,050.

\* Flutter's ordinary shares were registered pursuant to Section 12(b) of the Exchange Act, and began trading on the New York Stock Exchange under the symbol "FLUT," on January 29, 2024.

**TABLE OF CONTENTS**

Page

**PART I**

Item 1.      Business . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    1
Item 1A.    Risk Factors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    23
Item 1B.    Unresolved Staff Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    76
Item 1C.    Cybersecurity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    76
Item 2.      Properties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    78
Item 3.      Legal Proceedings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    78
Item 4.      Mine Safety Disclosures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    78

**PART II**

Item 5.      Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases
                 of Equity Securities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    79
Item 6.      [Reserved] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    81
Item 7.      Management's Discussion and Analysis of Financial Condition and Results of Operations  . .    81
Item 7A.    Quantitative and Qualitative Disclosure About Market Risk . . . . . . . . . . . . . . . . . . . . . . . . . . .    115
Item 8.      Financial Statements and Supplementary Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    116
Item 9.      Changes in and Disagreements with Accountants on Accounting and Financial Disclosure  . .    179
Item 9A.    Controls and Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    179
Item 9B.    Other Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    180
Item 9C.    Disclosure Regarding Foreign Jurisdictions that Prevent Inspections . . . . . . . . . . . . . . . . . . . .    180

**PART III**

Item 10.    Directors, Executive Officers and Corporate Governance . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    181
Item 11.    Executive Compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    189
Item 12.    Security Ownership of Certain Beneficial Owners and Management and Related Stockholder
                 Matters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    199
Item 13.    Certain Relationships and Related Transactions, and Director Independence. . . . . . . . . . . . . .    202
Item 14.    Principal Accountant Fees and Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    203

**PART IV**

Item 15.    Exhibits and Financial Statement Schedules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    200
Item 16.    Form 10-K Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    201

**PART I**

**Item 1.    Business**

**Company Information**

The Company's legal name is Flutter Entertainment plc. The Company was originally incorporated and registered in Ireland as a private limited company on April 8, 1958, under the name Corcoran's Management Limited with the registration number 16956. The Company, which would later operate under the name Paddy Power plc, was then formed in 1988 through the merger of three independent bookmakers, including Corcoran's Management Limited. The Company re-registered as a public limited company on November 15, 2000, and, in December 2000, it listed on the Irish Stock Exchange and the London Stock Exchange ("LSE"). The Company merged with Betfair Group plc on February 2, 2016, and changed its name to Paddy Power Betfair plc. The Company then changed its name to Flutter Entertainment plc on May 28, 2019.

The Company's registered office is: Belfield Office, Park Beech Hill Road, Clonskeagh Dublin 4, D04 V972 and its telephone number is: +353 (87) 223 2455. The Company's website is *www.flutter.com*. The information on, or accessible from, our website is not part of, nor incorporated by reference into, this Annual Report. We make available free of charge, on or through the "Investors" section of our website, our Annual Report on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K and amendments to those reports, if any, or other filings filed or furnished pursuant to Section 13(a) or 15(d) of the Exchange Act as soon as reasonably practicable after electronically filing or furnishing these reports with the SEC. The SEC maintains a website at *http://www.sec.gov* that contains our Annual Report on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K and amendments to those reports, if any, or other filings filed or furnished pursuant to Section 13(a) or 15(d) of the Exchange Act.

We use our website (*www.flutter.com*) and at times our corporate X account *(@FlutterPLC)* and LinkedIn (*www.linkedin.com/company/flutter-entertainment-plc*) as well as other social media channels to distribute company information. The information we post through these channels may be deemed material. Accordingly, investors should monitor these channels, in addition to following our press releases, SEC filings and public conference calls and webcasts. The contents of our website and social media channels are not, however, a part of this Annual Report on Form 10-K.

**Business Overview**

Flutter is the world's largest online sports betting and iGaming operator based on revenue. Our ambition is to change our industry for the better and deliver long-term growth, while also achieving a positive, sustainable future for all our stakeholders. We are well-placed to do so through the global competitive advantages of the *Flutter Edge*, which provides our brands with access to group-wide benefits to stay ahead of the competition while maintaining a clear vision for sustainability through our *Positive Impact Plan*.

The Group consists of a diverse portfolio of leading recreational brands and products with a broad international reach. We operate some of the world's most distinctive online sports betting and iGaming brands which offer our principal product categories of sportsbook, iGaming and other products (exchange betting, pari-mutuel wagering and DFS).

These products are offered by FanDuel (sportsbook, iGaming and other products in our U.S. division), Sky Betting & Gaming (sportsbook and iGaming products in our UKI division), Sportsbet (sportsbook products in our Australia division), PokerStars (iGaming products in our International and U.S. divisions), Paddy Power (sportsbook and iGaming products in our UKI division), Sisal[1] (sportsbook and iGaming products in our

---

[1]  Sisal's iGaming products include retail and online lottery products. See "—Our Products—iGaming" below for additional information.