**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

RACHEL SKOLNICK,
individually and on behalf of all others
similarly situated,

　　　　　　　　　Plaintiff,
　　　　v.

EVOLUTION AB (PUBL), MARTIN
CARLESUND, and JACOB KAPLAN,

　　　　　　　　　Defendants.

Civ. Action No. 2:24-cv-00326-MRP

### DECLARATION OF MARTIN O. CARLESUND

　　　　Martin O. Carlesund declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

　　1.　　All statements in this Declaration are based upon my personal knowledge and experience, or upon my review of records maintained by Evolution AB (publ) ("Evolution") in the regular course of its business.

**Background**

　　2.　　I am the Chief Executive Officer of Evolution. I have held this position since 2016.

　　3.　　Prior to being appointed CEO of Evolution, I held the position of CEO of Evolution Gaming Malta Ltd., Evolution's wholly owned subsidiary.

　　4.　　Evolution is a global company that develops, produces, markets, and licenses fully integrated online live casino and slot games to online gaming businesses. Evolution is incorporated in Sweden, and its headquarters and registered office are located in Stockholm, Sweden.

　　5.　　Evolution and its direct and indirect subsidiaries collectively employ more than 20,000 individuals worldwide.

**Evolution's Common Shares Are Listed Solely on a Swedish Exchange**

6.    Evolution first issued its shares to public investors in 2015. From the company's 2015 initial public offering until June 2017, Evolution's common shares were traded on the Nasdaq First North exchange, which is a stock exchange in Sweden for smaller companies.

7.    In June 2017, Evolution's common shares began trading on the Nasdaq Stockholm exchange in Sweden (formerly known as the Stockholm Stock Exchange or "Stockholmsbörsen"), where Evolution's shares continue to trade today.

8.    Evolution has never listed its common shares (or any other security) on a securities exchange located in the United States.

9.    Because of the nature of its business, Evolution has long employed individuals from multiple countries and sold to customers located around the world. Indeed, less than 1% of Evolution's employees are Swedish. Accordingly, Evolution has always, both internally and externally, used English as its corporate language.

10.    Consistent with this longstanding company practice, Evolution maintains a website in English and publishes quarterly, end-of-year, and annual financial reports on its website in English and, in accordance with Swedish law, in Swedish.

11.    Investors who choose to transact on Nasdaq Stockholm often are from countries other than Sweden. No other country in Scandinavia or the European Union has Swedish as its primary language. As a result, all companies included in the OMX30 index—which includes the most-traded stock on the Nasdaq Stockholm, including Evolution, as well as most of the other companies listed on Nasdaq Stockholm—maintain English-language websites and publish their financial reporting in English, which is the most commonly used language in global business.

**Evolution Had No Role in Issuing or Selling the Unsponsored ADRs**

12.    Evolution did not consent to the issuance of any of the unsponsored American Depositary Receipts ("ADRs") that I understand are at issue in this litigation

13.    I have been informed that the unsponsored ADRs were issued by Bank of New York Mellon, Citibank, Deutsche Bank, and JP Morgan Chase. Neither I nor Evolution requested that these organizations issue the unsponsored ADRs or consented to these organizations issuing the unsponsored ADRs. I have never discussed the unsponsored ADRs with any representatives of those organizations.

14.    Evolution has had no role in selling the unsponsored ADRs or encouraging any investor to purchase them. To the best of my recollection, I have never issued any public statement about the unsponsored ADRs.

15.    The unsponsored ADRs have never been discussed at any meetings of the Evolution Board of Directors (other than any discussions of this litigation).

16.    The reasons Evolution publishes its financial reporting in Swedish and English are those that I describe above. The company's choice of language has nothing to do with the unsponsored ADRs.

**My Lack of Connections With the United States**

17.    I am a citizen of Sweden, and I have been so for my entire life.

18.    I have never been a citizen or permanent resident of the United States.

19.    I have never had a home in the United States.

20.    I have never been registered to vote or held a driver's license in the United States.

21.    I have never held an account at any bank or brokerage firm in the United States.

22.    I have never sought or obtained a U.S. visa of any kind.

23.     During the period 2019 to the present, I have visited the United States a number of times per year. Each of those visits has been for business purposes in connection with Evolution subsidiaries having operations in the United States or on holiday. None of the visits concerned the unsponsored ADRs.

**Evolution's U.S. Subsidiaries**

24.     As of November 2024, Evolution had direct or indirect subsidiaries in at least 37 countries.

25.     As of November 2024, Evolution has nine U.S. direct or indirect subsidiaries: Evolution US LLC, Ezugi NJ LLC, Evolution US Holding LLC, NetEnt Americas Holding Inc., NetEnt Americas LLC, Transigo US LLC, Galaga Merger Sub Inc., Galaxy Gaming Holdco LLC, and Uplay 1 LLC. These subsidiaries are separate corporate entities from Evolution AB. Evolution AB is the ultimate parent company and controlling shareholder (or member) of each of the subsidiaries.

26.     Each of Evolution's U.S. subsidiaries focuses on operational activities in the gaming sector, such as the development and sale of online games.

27.     Evolution's U.S. subsidiaries are not involved in Evolution's capital-raising activities on Nasdaq Stockholm. Those activities are handled by Evolution.

28.     Evolution's U.S. subsidiaries have had no involvement with the unsponsored ADRs. The U.S. subsidiaries did not issue the unsponsored ADRs and have had no role in selling them to investors.

29.     Evolution's U.S. subsidiaries are, and have always been, distinct entities from Evolution.

30.    Each U.S. subsidiary has kept its own records and prepared financial reporting separate from Evolution.

31.    Each U.S. subsidiary also has a Board of Directors (or members) that is distinct from Evolution's Board of Directors.

32.    Each U.S. subsidiary holds annual meetings of its members and prepares minutes of its meetings.    These annual meetings are separate from the annual general meeting of Evolution's shareholders.

33.    Each U.S. subsidiary has by-laws or operating agreements controlling its corporate governance.    The subsidiaries' by-laws or operating agreements are separate from the Articles of Association that control Evolution's corporate governance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 11 , 2024.

_____
Martin O. Carlesund