UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RACHEL SKOLNICK,
individually and on behalf of all others
similarly situated,

                    Plaintiff,
        v.

EVOLUTION AB (PUBL), MARTIN
CARLESUND, and JACOB KAPLAN,

                    Defendants.

Civ. Action No. 2:24-cv-00326-MRP

## DECLARATION OF K. JACOB KAPLAN

K. Jacob Kaplan declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.      All statements in this Declaration are based upon my personal knowledge and experience, or upon my review of records maintained by Evolution AB (publ) ("Evolution") in the regular course of its business.

**Background Information**

2.      I am the Chief Financial Officer of Evolution. I have held this position since 2016.

3.      Prior to being appointed CFO of Evolution, I was the CFO of Nordnet AB (publ), a Swedish financial services company.

**Evolution Had No Role in Issuing or Selling the Unsponsored ADRs**

4.      Evolution did not consent to the issuance of any of the unsponsored American Depositary Receipts ("ADRs") that I understand are at issue in this litigation.

5.      I have been informed that the unsponsored ADRs were issued by Bank of New York Mellon, Citibank, Deutsche Bank, and JP Morgan Chase. Neither I nor Evolution requested that these organizations issue the unsponsored ADRs or consented to these organizations issuing

the unsponsored ADRs. I have never discussed the unsponsored ADRs with any representatives of those organizations.

6. Evolution has had no role in selling the unsponsored ADRs or encouraging any investor to purchase them. To the best of my recollection, I have never issued any public statement about the unsponsored ADRs.

7. The unsponsored ADRs have never been discussed at any meetings of the Evolution Board of Directors (other than any discussions of this litigation).

**My Lack of Connections With the United States**

8. I am a citizen of Sweden, and I have been so for my entire life.

9. I have never been a citizen of the United States. I lived in the United States for two years as a child, from 1983-1985, and as a student for one year in 1997.

10. I have never been registered to vote or held a driver's license in the United States.

11. During the period 2019 to the present, I have not held an account at any bank or brokerage firm in the United States.

12. I obtained a U.S. student visa to study in the United States for one year in 1997. I have never sought or obtained any other U.S. visa of any kind.

13. During the period 2019 to the present, I have visited the United States approximately once per year. Each of those visits has been for business purposes in connection with Evolution subsidiaries having operations in the United States. None of the visits concerned the unsponsored ADRs.

-3-

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 11 , 2024.

_____
K. Jacob Kaplan

-3-