# EXHIBIT 1

FILED
August 6, 2020
9363-2020
Board Clerk PGCB

**COMMONWEALTH OF PENNSYLVANIA**
**PENNSYLVANIA GAMING CONTROL BOARD**

In Re: The Matter of the Interactive Gaming Manufacturer License
Application of Evolution New Jersey, LLC
GID #112437-1

## ORDER

And now, this 5th day of August 2020, the Pennsylvania Gaming Control Board (the "Board"), based on its full and careful consideration of Evolution New Jersey, LLC's interactive gaming manufacturer application and the record of evidence before it, finds that Evolution New Jersey, LLC satisfies the requirements for an interactive gaming manufacturer license pursuant to 4 Pa.C.S. § 1317.1 and 58 Pa. Code § 805 (relating to manufacturer licenses) as follows:

1. Pursuant to 4 Pa.C.S. § 1317.1(b) and 58 Pa. Code § 805.2 (relating to the application process), Evolution New Jersey, LLC submitted a completed application to manufacture interactive gaming devices or associated equipment and caused application fees to be submitted.

2. Evolution New Jersey, LLC is a manufacturer of interactive gaming devices and/or associated equipment, as defined in 4 Pa.C.S. § 1103 and 58 Pa. Code § 801.2 (relating to definitions);

3. The following Evolution New Jersey, LLC principals submitted applications for licensure in conjunction with Evolution New Jersey, LLC's interactive gaming manufacturer application pursuant to 58 Pa. Code § 805.2(a)(4) (relating to manufacturer application requirements), 58 Pa. Code § 433a (relating to principals), and 58 Pa. Code § 808.2 (relating to interactive gaming principals):

- Evolution Malta Holding, Ltd. – GID # 112442-1
- Evolution Gaming Group AB – GID # 112440-1
- Osterbahr Ventures AB - GID # 112447-1
- FROS Ventures AB – GID # 113142-1
- JOvB Investment AB – GID # 113139-1

- Evolution Malta Limited – GID # 126500-1
- SIA "Evolution Latvia" – GID # 126499-1
- Richard Livingstone - GID # 113939-1
- Jens Otto Von Bahr – GID # 112509-1
- Fredrik Lars josef Osterberg – GID # 112508-1
- Martin Carlesund – GID # 112506-1
- Pal Jesper von Bahr – GID # 112510-1
- Jacob Kaplan – GID # 113627-1
- David Craelius – GID # 113625-1
- Jonas Engwall – GID # 114516-1
- Joel Citron – GID # 113266-1

4. The eligibility and suitability of the principals identified in Paragraph 3 have been investigated and each identified entity and individual has satisfied the requirements for licensure in connection with Evolution New Jersey, LLC's interactive gaming manufacturer license.

5. Each of the entities and individuals licensed pursuant to this Order are subject to all conditions, restrictions and requirements of the Pennsylvania Race Horse Development and Gaming Act, as amended, (the "Act") and all regulations of the Board.

6. Pursuant to 4 Pa.C.S. § 1317.1(c) (relating to review and approval) and 4 Pa.C.S. § 1326 (relating to renewals), the licenses issued pursuant to this Order are issued for a period of five years and shall be subject to renewal every five years in accordance with 4 Pa.C.S. § 1317.1(d) (relating to manufacturer renewal).

8. Pursuant to 58 Pa. Code § 421a.1(a) (relating to general requirements), a license, permit, certification, registration or authorization issued by the Board is a revocable privilege.

9. Pursuant to 4 Pa.C.S. § 1202(a)(1) (relating to general powers), the Board has sole regulatory authority over every aspect of the authorization, operation and play of slot machines, table games and interactive gaming devices and associated equipment in this Commonwealth.

10. Pursuant to 4 Pa.C.S. § 1202(b)(13) (relating to specific powers), the Board has authority to issue, approve, renew, revoke, suspend, condition or deny issuance or renewal of manufacturer licenses.

WHEREFORE, IT IS ORDERED THAT the Board approves the interactive gaming manufacturer license of Evolution New Jersey, LLC and the licensure of its principals identified in Paragraph 3, subject to satisfaction of the following conditions:

a. Evolution New Jersey, LLC pays any outstanding fees, as determined by the Board, pursuant to 4 Pa.C.S. § 1208; and

b. Evolution New Jersey, LLC agrees to the Board's Statement of Conditions as evidenced by the signing of the Statement of Conditions by Evolution New Jersey, LLC's executive officer or designee within ten business days of receiving the Statement of Conditions.

IT IS FURTHER ORDERED THAT the Board shall issue the interactive gaming manufacturer license to Evolution New Jersey, LLC, subject to the continued compliance with the Act and the Board's regulations promulgated thereunder, including notice and filing requirements.

BY THE BOARD:

_____
David M. Barasch
Chairman

DATED:  August 5, 2020

If you disagree with the Board's Decision and Order you have the right to file an appeal with the Commonwealth Court of Pennsylvania within 30 days of the date the Order. *See* Pennsylvania Rule of Appellate Procedure 1512.