# EXHIBIT 2





## Licensing Verification

### Search Licensing

**First Name**  
**Last Name**  
**Date Of Birth** (mm/dd/yyyy)  
**Entity Name** evolution

[Search]

| GID # | Full Name | License Status | License Status Date | License Type | Expiration Date |
|---|---|---|---|---|---|
| 111556-1 | Evolution Services Sweden AB, DBA: (formerly NetEnt AB) | Approved for Licensure | 7/8/2020 | Affiliate | 7/7/2025 |
| 112437-1 | Evolution US, LLC | Approved for Licensure | 8/5/2020 | iGaming Manufacturer | 8/4/2025 |
| 112440-1 | Evolution AB | Approved for Licensure | 7/8/2020 | Affiliate | 7/7/2025 |
| 112442-1 | Evolution Malta Holding LTD | Approved for Licensure | 7/8/2020 | Affiliate | 7/7/2025 |
| 116842-1 | William Staton, DBA: Evolution HVACR | Notification Accepted | 12/18/2019 | Non-Gaming Service Provider | |
| 118404-1 | Revolution Growth III, L.P. | Withdrawn | 5/20/2020 | Principal Entity | |
| 125429-1 | Gaming Revolution LLC | Registered | 5/4/2022 | GSP Registered | 3/10/2025 |
| 126499-1 | SIA Evolution Latvia | Approved for Licensure | 7/8/2020 | Affiliate | 7/7/2025 |
| 126500-1 | Evolution Malta Limited | Approved for Licensure | 7/8/2020 | Affiliate | 7/7/2025 |
| 127642-1 | Evolution Pennsylvania LLC | Surrendered License | 3/20/2024 | Affiliate | |

1 2    Page size: 10                                11 items in 2 pages

COMMONWEALTH OF PENNSYLVANIA  
Pennsylvania Gaming Control Board