# EXHIBIT 3





# Licensing Verification

## Search Licensing

**First Name**

**Last Name**

**Date Of Birth**  (mm/dd/yyyy)

**Entity Name**  netent

🔍 Search

| GID # | Full Name | License Status | License Status Date | License Type | Expiration Date |
|---|---|---|---|---|---|
| 111544-1 | NetEnt Americas LLC | Request to Surrender License | 10/22/2024 | iGaming Manufacturer | 7/7/2025 |
| 111548-1 | NetEnt Americas Holding, Inc. | Request to Surrender License | 10/22/2024 | Affiliate | 7/7/2025 |
| 111556-1 | Evolution Services Sweden AB, DBA: (formerly NetEnt AB) | Approved for Licensure | 7/8/2020 | Affiliate | 7/7/2025 |

COMMONWEALTH OF PENNSYLVANIA

Pennsylvania Gaming Control Board