# EXHIBIT 8

 An Official **Pennsylvania** Government Website

 | Business | UCC | Trademark | CROP | Login

- Home
- Search
- Initial Forms
- Help

# Business Search

As of 01/07/2025 we have processed all business filings received in our office through 12/31/2024.

Business Search Info: ⌄

Evolution Malta Limited 🔍

Advanced ⌄

Results: 1

| Filing Information | Initial Filing Date | Status | Entity Type | Formed In | Address |
|---|---|---|---|---|---|
| Evolution Malta Limited (7202878) › | 01/25/2021 | Active | Foreign Limited Liability Company | MALTA | 1500 SPRING GARDEN STREET, PHILADELPHIA, PA 19130 |

Skip to main content

Search | An Official Pennsylvania Government Website

- Business
- UCC
- Trademark
- CROP

- Home
- Search
- Initial Forms
- Help

An Official **Pennsylvania** Government Website



| Business | UCC | Trademark | CROP | Login |

- Home
- Search
- Initial Forms
- Help

# Business Search

As of 01/07/2025 we have processed all business filings received in our office through 12/31/2024.

Business Search Info: ⌄

**Evolution US LLC**  🔍

Advanced ⌄

Results: 1

| Filing Information | Initial Filing Date | Status | Entity Type | Formed In | Address |
|---|---|---|---|---|---|
| Evolution US LLC (7346997) › | 08/17/2021 | Active | Foreign Limited Liability Company | DELAWARE | 1500 SPRING GARDEN ST., 4TH FLOOR PHILADELPHIA, PA 19130 |



Skip to main content

Search | An Official Pennsylvania Government Website

Business | UCC | Trademark | CROP

- Home
- Search
- Initial Forms
- Help

 An Official **Pennsylvania** Government Website

 pennsylvania DEPARTMENT OF STATE

**Business**  UCC  Trademark  CROP

Login

🏠 Home

🔍 Search

📋 Initial Forms

❓ Help

# Business Search

As of 01/07/2025 we have processed all business filings received in our office through 12/31/2024.

Business Search Info: ⌄

NetEnt Americas LLC 🔍

Advanced ⌄

Results: 1

| Filing Information | Initial Filing Date | Status | Entity Type | Formed In | Address |
|---|---|---|---|---|---|
| NETENT AMERICAS LLC (6696335) › | 04/03/2018 | Active | Foreign Limited Liability Company | NEW JERSEY | CT Corporation System |

Skip to main content

**Pennsylvania Government Website**

| Business | UCC | Trademark | CROP |

- Home
- Search
- Initial Forms
- Help

# Pennsylvania Department of State

Bureau of Corporations and Charitable Organizations
PO Box 8722 | Harrisburg, PA 17105-8722
T:717-787-1057
dos.pa.gov/BusinessCharities

| | | | |
|---|---|---|---|
| **Regarding:** | NETENT AMERICAS LLC | | |
| **Request Type:** | Certificate of Registration | **Issuance Date:** | April 25, 2024 |
| **Request No.:** | 034770729 | **File No:** | 0006696335 |
| **Receipt No.:** | 1021003 | | |
| **Filing Type:** | Foreign Limited Liability Company | | |
| **Filing Subtype:** | Limited Liability Company | | |
| **Initial Filing Date:** | April 03, 2018 | | |
| **Status:** | Active | | |

**TO ALL WHOM THESE PRESENTS SHALL COME, GREETING:**

I DO HEREBY CERTIFY THAT

NETENT AMERICAS LLC

is a foreign association duly registered to do business in this Commonwealth as of the issuance date herein.

I DO FURTHER CERTIFY THAT this Certificate of Registration shall not imply that all fees, taxes and penalties owed to the Commonwealth of Pennsylvania are paid.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the seal of my office to be affixed, the day and year above written.

**Albert Schmidt**
Secretary of the Commonwealth

Verify this certificate online at www.file.dos.pa.gov