# EXHIBIT 21

# Jessica Robertson

| | |
|---|---|
| **From:** | Jessica Robertson |
| **Sent:** | Monday, October 28, 2024 12:39 PM |
| **To:** | 'casinocomplaints@pa.gov' |
| **Cc:** | Debra Wyman |
| **Subject:** | Pennsylvania Right to Know Request |
| **Attachments:** | Letter to Pennsylvania Gaming Control Board from Jessica Robertson re Records Request.pdf |

To Whom It May Concern:

Please see the attached correspondence regarding a Pennsylvania Right to Know Request. I appreciate your consideration of this request and look forward to your response.

Regards,

**Jessica Robertson**
Associate



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

1

**Robbins Geller Rudman & Dowd LLP**

Chicago · Melville · Nashville · San Diego · Wilmington
Boca Raton · Manhattan · Philadelphia · San Francisco · Washington, D.C.

Jessica Robertson
jrobertson@rgrdlaw.com

October 28, 2024

Pennsylvania Gaming Control Board            VIA EMAIL
303 Walnut Street            casinocomplaints@pa.gov
Commonwealth Tower, 5th Floor
Harrisburg, PA  17101

     Re: *Skolnick v. Evolution AB (publ)*
          No. 2:24-cv-00326-MRP (E.D. Pa.)
          Pennsylvania Right to Know Request

Dear Sir/Madam:

Pursuant to the Pennsylvania Right to Know Law, 65 §66.1 *et seq.*, I write to request that the Pennsylvania Gaming Control Board (the "PGCB") provide to Robbins Geller Rudman & Dowd LLP the following documents relating to Evolution US LLC ("Evolution"):

     1. All documents and communications between Evolution and the PGCB concerning the PCGB's press release titled "PA Gaming Control Board Fines iGaming Manufacturer for Unauthorized Access to Live Studio," published on August 21, 2024; and

     2. All documents and communications between Evolution and the PGCB concerning PGCB Docket No. 13000-2024.

The Pennsylvania Right to Know Law requires a response time within five business days. If access to the records I am requesting will take longer than this amount of time, please contact me with information about when I might expect copies or the ability to inspect the requested records. I agree to pay reasonable fees for the processing of this request as stated in Section 1307 of the Pennsylvania Right to Know Law and applicable regulations.

Please let me know if I can answer any questions or clarify my request. I can be contacted at 619/231-1058. I appreciate your consideration of this request and look forward to your response.

          Respectfully submitted,

          JESSICA ROBERTSON

JR:tdv

4875-4033-3043.v1

655 West Broadway, Suite 1900   San Diego, CA  92101   Tel 619-231-1058   Fax 619-231-7423   rgrdlaw.com