# EXHIBIT 23

# Jessica Robertson

| | |
|---|---|
| **From:** | Jessica Robertson |
| **Sent:** | Monday, November 18, 2024 10:28 AM |
| **To:** | 'casinocomplaints@pa.gov' |
| **Cc:** | Debra Wyman |
| **Subject:** | Pennsylvania Right to Know Request |
| **Attachments:** | Letter to Pennsylvania Gaming Control Board from Jessica Robertson re Right to Know Records Request.pdf |

To Whom It May Concern:

Please see the attached correspondence regarding a Pennsylvania Right to Know Request. I appreciate your consideration of this request and look forward to your response.

Regards,

**Jessica Robertson**
Associate

Robbins Geller Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

    

1

**Robbins Geller Rudman & Dowd LLP**

Chicago   Melville   Nashville   San Diego   Wilmington
Boca Raton   Manhattan   Philadelphia   San Francisco   Washington, D.C.

Jessica Robertson
jrobertson@rgrdlaw.com

November 18, 2024

Pennsylvania Gaming Control Board                                    VIA EMAIL
303 Walnut Street                                          casinocomplaints@pa.gov
Commonwealth Tower, 5th Floor
Harrisburg, PA 17101

  Re: *Skolnick v. Evolution AB (publ)*
    No. 2:24-cv-00326-MRP (E.D. Pa.)
    Pennsylvania Right to Know Request

Dear Sir/Madam:

  Pursuant to the Pennsylvania Right to Know Law, 65 §66.1 *et seq.*, I write to request that the Pennsylvania Gaming Control Board (the "PGCB") provide to Robbins Geller Rudman & Dowd LLP the following documents relating to Evolution US LLC ("Evolution"):

  1. All emails or other correspondence and attachments thereto between Evolution and the PGCB from June 1, 2024 through September 30, 2024, concerning the PCGB's press release titled "PA Gaming Control Board Fines iGaming Manufacturer for Unauthorized Access to Live Studio," published on August 21, 2024; and

  2. All emails or other correspondence and attachments thereto, not including documents publicly available, between Evolution and the PGCB from June 1, 2024 through September 30, 2024, concerning PGCB Docket No. 13000-2024, including the Consent Agreement proposed by the Office of Enforcement Counsel and Evolution US, LLC.

  The Pennsylvania Right to Know Law requires a response time within five business days. If access to the records I am requesting will take longer than this amount of time, please contact me with information about when I might expect copies or the ability to inspect the requested records. I agree to pay reasonable fees for the processing of this request as stated in Section 1307 of the Pennsylvania Right to Know Law and applicable regulations.

  Please let me know if I can answer any questions or clarify my request. I can be contacted at 619/231-1058. I appreciate your consideration of this request and look forward to your response.

            Respectfully submitted,

            */s/ Jessica Robertson*
            JESSICA ROBERTSON

JR:tdv

4887-0141-7722.v1

655 West Broadway, Suite 1900   San Diego, CA 92101   Tel 619-231-1058   Fax 619-231-7423   rgrdlaw.com