# EXHIBIT 25

# Jessica Robertson

| | |
|---|---|
| **From:** | Jessica Robertson |
| **Sent:** | Tuesday, December 3, 2024 12:08 PM |
| **To:** | 'DeBernardis, Luana (PGCB)' |
| **Cc:** | Debra Wyman; Miller-Tshudy, Denise (PGCB) |
| **Subject:** | RE: [External] RE: Robertson II RTKL Request 2024-043 Final Response |

Ms. DeBernardis,

We are available at that time. We can use the below dial in:

Dial-in Number: (267) 930-4000

Participant Access: 109-675-040

I will circulate a calendar invite shortly.

We look forward to speaking with you,
Jessica

**Jessica Robertson**
Associate

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058



---

**From:** DeBernardis, Luana (PGCB) <ldebernard@pa.gov>
**Sent:** Tuesday, December 3, 2024 12:04 PM
**To:** Jessica Robertson <JRobertson@rgrdlaw.com>
**Cc:** Debra Wyman <DebraW@rgrdlaw.com>; Miller-Tshudy, Denise (PGCB) <dmillertsh@pa.gov>
**Subject:** RE: [External] RE: Robertson II RTKL Request 2024-043 Final Response

EXTERNAL SENDER
Good afternoon Jessica,

We are available for a call on Monday, December 9, at 2:00pm our time. I'm including my colleague Denise Miller-Tshudy on this email, and she will join the call so we can answer your questions. Please let me know if that time is convenient for you, or feel free to suggest an alternative.

Thank you,

Luana DeBernardis
*Records Manager & Agency Open Records Officer*
Pennsylvania Gaming Control Board

1

303 Walnut Street, Strawberry Square
Commonwealth Tower – 5th Floor
Harrisburg, PA 17101-1825
Phone: (717) 257-6620
ldebernard@pa.gov

---

**From:** Jessica Robertson <JRobertson@rgrdlaw.com>
**Sent:** Tuesday, December 3, 2024 2:46 PM
**To:** GB, PGCB RTKL Requests <RA-RTKLRequests@pa.gov>
**Cc:** DeBernardis, Luana (PGCB) <ldebernard@pa.gov>; Debra Wyman <DebraW@rgrdlaw.com>
**Subject:** [External] RE: Robertson II RTKL Request 2024-043 Final Response

*ATTENTION: This email message is from an external sender. Do not open links or attachments from unknown senders. To report suspicious email, use the* Report Phishing button in Outlook.

Good morning Ms. DeBernardis,

We are in receipt of the PGCB's letter in response to our Right to Know Request. Are you available next Monday, December 9, for a phone call to discuss the letter? My colleague, Debra Wyman (CC'ed here), and I have some follow up questions.

Regards,
Jessica

**Jessica Robertson**
Associate

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

---

**From:** GB, PGCB RTKL Requests <RA-RTKLRequests@pa.gov>
**Sent:** Monday, November 25, 2024 9:15 AM
**To:** Jessica Robertson <JRobertson@rgrdlaw.com>
**Cc:** DeBernardis, Luana (PGCB) <ldebernard@pa.gov>
**Subject:** Robertson II RTKL Request 2024-043 Final Response

EXTERNAL SENDER
Good afternoon Ms. Robertson:

Attached please find the PA Gaming Control Board's response to your Right to Know Law request which was received in our office on November 18, 2024. Feel free to contact me if you have any questions regarding our response or if you have any difficulty opening the attachments.

Best regards,

Luana DeBernardis

2

*Records Manager & Agency Open Records Officer*
Pennsylvania Gaming Control Board
303 Walnut Street, Strawberry Square
Commonwealth Tower – 5th Floor
Harrisburg, PA 17101-1825
Phone: (717) 257-6620
ldebernard@pa.gov

**NOTICE: This email message is for the sole use of the intended**
**recipient(s) and may contain information that is confidential and**
**protected from disclosure by the attorney-client privilege, as**
**attorney work product, or by other applicable privileges.  Any**
**unauthorized review, use, disclosure or distribution is prohibited.**
**If you are not the intended recipient, please contact the sender**
**by reply email and destroy all copies of the original message.**