EXHIBIT 26

**Jessica Robertson**

| | |
|---|---|
| **From:** | Jessica Robertson |
| **Sent:** | Monday, October 28, 2024 12:38 PM |
| **To:** | 'info@njdge.gov' |
| **Cc:** | Debra Wyman |
| **Subject:** | New Jersey Open Public Records Act Request |
| **Attachments:** | Letter to New Jersey Division of Gaming Enforcement from Jessica Robertson re Records Request.pdf |

To Whom It May Concern:

Please see the attached correspondence regarding a New Jersey Open Public Records Act Request. I appreciate your consideration of this request and look forward to your response.

Regards,

**Jessica Robertson**
Associate

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058



## Robbins Geller
## Rudman & Dowd LLP

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Jessica Robertson
jrobertson@rgrdlaw.com

October 28, 2024

New Jersey Division of Gaming Enforcement                    <u>VIA EMAIL</u>
1300 Atlantic Avenue                                         info@njdge.gov
Atlantic City, NJ  08401

     Re:    *Skolnick v. Evolution AB (publ)*
            No. 2:24-cv-00326-MRP (E.D. Pa.)
            New Jersey Open Public Records Act Request

Dear Sir/Madam:

     Pursuant to the New Jersey Open Public Records Act, N.J.S.A. 47:1A-1 *et seq.*, I write to request that the New Jersey Division of Gaming Enforcement (the "DGE") provide to Robbins Geller Rudman & Dowd LLP copies of documents regarding the DGE's investigation into the law firm Calcagni & Kanefsky LLP's allegations that Evolution US LLC made its products available in countries subject to United States trade sanctions between November 24, 2021 through the present.

     The New Jersey Open Public Records Act requires a response time of seven business days. If access to the records I am requesting will take longer than this amount of time, please contact me with information about when I might expect copies or the ability to inspect the requested records.

     Please let me know if I can answer any questions or clarify my request.  I can be contacted at 619/231-1058.  I appreciate your consideration of this request and look forward to your response.

           Respectfully submitted,

           JESSICA ROBERTSON

JR:tdv

655 West Broadway, Suite 1900   San Diego, CA  92101   Tel 619-231-1058   Fax 619-231-7423   rgrdlaw.com