# EXHIBIT 27

November 06, 2024   03:13 PM             State of New Jersey                    Page: 1 of 3
                                    Government Records Request
                                              Receipt

| Requestor Information | Request Number: C225632 |
|---|---|
| Jessica Robertson Esq. | Request Status: Denied Closed |
| Robbins Geller Rudman & Dowd LLP | Ready Date: |
| 655 West Broadway | Custodian Contact Information |
| Suite 1900 | Division of Gaming Enforcement |
| San Diego, CA 92101 | Records Custodian |
| jrobertson@rgrdlaw.com | PO Box 047 |
| 619-231-1058 | 140 E Front Street |
|  | Trenton, NJ 08625-0047 |
| Request Date: October 29, 2024 | records.dge@njdge.org |
| Maximum Authorized Cost:    $.00 | 609-633-7158 |
| Email | By [signature] |

### Status of Your Request

Your request for government records (# C225632) from the Division of Gaming Enforcement has been reviewed and has been Denied Closed. Detailed information as to the availability of the documents you requested appear below and on following pages as necessary.

The cost and any balance due for this request is shown to the right. Any balance due must be paid in full prior to the release / mailing of the documents.

If you have any questions related to the disposition of this request please contact the Custodian of Records for the Division of Gaming Enforcement. The contact information is in the column to the right. Please reference your request number in any contact or correspondence.

| Cost Information | |
|---|---|
| Total Cost: | $0.00 |
| Deposit: | $0.00 |
| Total Amount Paid: | $0.00 |
| Balance Due: | $0.00 |

### Document Detail

| Div | Doc # | Doc Name | Redaction Req | Pages | Legal Size | Electronic Media | Other Cost |
|---|---|---|---|---|---|---|---|
| GE | 0001 | Copies of documents regarding DGE's investigation into the law firm Calcagni & Kanefsky LLP's allegations that Evolution US LLC made its products available in countries subject to United States trade sanctions between November 24, 2021 through the present | N |  | N | N |  |
|  |  | Denial: 39.Improper and Overbroad --- ;04: Exception by State Statute (specify) – N.J.S.A. 47:1A-3(a) and N.J.S.A. 5:12-74.1; and 05: Exception by State Regulation (specify) – N.J.A.C. 13:69-4.2 | | | | | |

November 06, 2024   03:13 PM                State of New Jersey                         Page: 2 of 3
Government Records Request
Receipt

On October 28, 2024, you filed a request pursuant to the New Jersey Open Public Records Act (OPRA) with the Department of Law and Public Safety, Division of Gaming Enforcement (DGE) seeking: (0001) "copies of documents regarding the DGE's investigation into the law firm Calcagni & Kanefsky LLP's allegations that Evolution US LLC made its products available in countries subject to United States trade sanctions between November 24, 2021 through the present."

The request was received by the DGE on October 29, 2024, and was assigned #C225632.

The DGE has reviewed your request for Record 0001 and finds it is improper and overbroad (39: Improper and Overbroad) as it fails to identify specific records. OPRA is a records law, not an "information" law; government agencies are required to disclose identifiable government records that are specifically described in the OPRA request. See N.J.S.A. 47:1A-1 and -1.1; MAG Entertainment LLC v. Div. of Alcoholic Beverage Control, 375 N.J. Super. 534, 546, 549 (App. Div. 2005). "The requestor must identify the records sought with specificity. The request may not be a broad, generic description of documents that requires the custodian to search the agency's files and 'analyze, compile and collate' the requested information." Bart v. Passaic County Public Housing Agency, 406 N.J. Super. 445, 451 (App. Div. 2009). OPRA does not require government agencies to conduct research in order to respond to a request for records, nor does it countenance open-ended searches of agency files or a blanket request for every document an agency has on file on a topic and is not "intended as a research tool litigants may use to force government officials to identify and siphon useful information." See MAG Entertainment, supra, 375 N.J. Super. at 546, 549; Bent v. Twp. of Stafford, 381 N.J. Super. 30, 37 (App. Div. 2005); Gannett NJ Partners v Middlesex, 379 N.J. Super. 205, 212 (App. Div. 2005).

Please be advised that even if responsive documentation to an appropriately phrased OPRA request existed, such records would be confidential pursuant to N.J.S.A. 5:12-74.1 (04: Exception by State Statute) and N.J.A.C. 13:69-4.2 (05: Exception by State Regulation), which create a legal obligation to maintain as confidential certain information furnished to or obtained by the DGE from any source.

For the above-stated reasons, your request is denied.

Thank you.

Sincerely,

Jordan Hollander
DGE Records Custodian


Your request for government records (# C225632) is as follows:

November 06, 2024   03:13 PM          State of New Jersey                         Page: 3 of 3
                                   Government Records Request
                                             Receipt

Dear Sir/Madam:

Pursuant to the New Jersey Open Public Records Act, N.J.S.A. 47:1A-1 et seq., I write to request that the New Jersey Division of Gaming Enforcement (the "DGE") provide to Robbins Geller Rudman & Dowd LLP copies of documents regarding the DGE's investigation into the law firm Calcagni & Kanefsky LLP's allegations that Evolution US LLC made its products available in countries subject to United States trade sanctions between November 24, 2021 through the present.

The New Jersey Open Public Records Act requires a response time of seven business days. If access to the records I am requesting will take longer than this amount of time, please contact me with information about when I might expect copies or the ability to inspect the requested records.

Please let me know if I can answer any questions or clarify my request. I can be contacted at 619/231-1058. I appreciate your consideration of this request and look forward to your response.

Respectfully submitted,

/s/ Jessica Robertson

JESSICA ROBERTSON