# EXHIBIT 28

## Jessica Robertson

| | |
|---|---|
| **From:** | Jessica Robertson |
| **Sent:** | Thursday, November 14, 2024 5:23 PM |
| **To:** | 'Jordan Hollander' |
| **Cc:** | Debra Wyman |
| **Subject:** | RE: DGE OPRA Request |

Jordan,

Great, thank you for the quick response. We can use the below dial-in:

Dial-in Number: (267) 930-4000

Participant Access: 109-675-040

I will circulate a calendar invite shortly.

Best,
Jessica

**Jessica Robertson**
Associate

**Robbins Geller
Rudman & Dowd LLP**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

---

**From:** Jordan Hollander <Jordan.Hollander@njdge.gov>
**Sent:** Thursday, November 14, 2024 5:08 PM
**To:** Jessica Robertson <JRobertson@rgrdlaw.com>
**Cc:** Debra Wyman <DebraW@rgrdlaw.com>
**Subject:** Re: DGE OPRA Request

EXTERNAL SENDER
Hi Jessica,

Monday at 11 PT/2 ET works for me, thank you.

Jordan

 Jordan Hollander, Deputy Attorney General
Assistant Section Chief, Casino Licensing
New Jersey Division of Gaming Enforcement
140 E. Front Street, P.O. Box 047

Trenton, New Jersey 08625
Office: (609) 376-9533
Mobile: (609) 508-2742
Fax: (609) 777-2400
Email: jordan.hollander@njdge.gov

---

**From:** Jessica Robertson <JRobertson@rgrdlaw.com>
**Sent:** Thursday, November 14, 2024 6:12 PM
**To:** Jordan Hollander <Jordan.Hollander@njdge.gov>
**Cc:** Debra Wyman <DebraW@rgrdlaw.com>
**Subject:** [EXTERNAL] RE: DGE OPRA Request

Jordan,

We are available next Monday, 11/18, between 10 am and 1 pm PT (1 pm and 4 pm ET), and Tuesday, 11/19, between 12 pm PT and 3 pm PT (3 pm and 6 pm ET). Is there a time in either of those windows that works for your schedule?

Thank you,
Jessica

**Jessica Robertson**
Associate



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

---

**From:** Jordan Hollander <Jordan.Hollander@njdge.gov>
**Sent:** Thursday, November 14, 2024 5:22 AM
**To:** Jessica Robertson <JRobertson@rgrdlaw.com>
**Cc:** Debra Wyman <DebraW@rgrdlaw.com>
**Subject:** Re: DGE OPRA Request

EXTERNAL SENDER
Good Morning Jessica,

Yes, I am available next week to discuss this request. What are some times that are good for you? Thank you.

Jordan



Jordan Hollander, Deputy Attorney General
Assistant Section Chief, Casino Licensing
New Jersey Division of Gaming Enforcement
140 E. Front Street, P.O. Box 047

Trenton, New Jersey 08625
Office: (609) 376-9533
Mobile: (609) 508-2742
Fax: (609) 777-2400
Email: jordan.hollander@njdge.gov

---

**From:** Jessica Robertson <JRobertson@rgrdlaw.com>
**Sent:** Wednesday, November 13, 2024 5:57 PM
**To:** Jordan Hollander <Jordan.Hollander@njdge.gov>
**Cc:** Debra Wyman <DebraW@rgrdlaw.com>
**Subject:** [EXTERNAL] RE: DGE OPRA Request

Mr. Hollander,

We are in receipt of the DGE's letter in response to our OPRA Request. Are you available next week for a phone call to discuss the letter? My colleague, Debra Wyman (CC'ed here), and I have some follow up questions.

Regards,
Jessica

**Jessica Robertson**
Associate

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

---

**From:** Jordan Hollander <Jordan.Hollander@njdge.gov>
**Sent:** Wednesday, November 6, 2024 12:19 PM
**To:** Jessica Robertson <JRobertson@rgrdlaw.com>
**Subject:** DGE OPRA Request

EXTERNAL SENDER
Good Afternoon Counsel,

Please find attached a receipt for your OPRA Request #C225632.  If you have any questions, please do not hesitate to contact me at the phone or email listed below.  Thank you.

Sincerely,

Jordan Hollander



Jordan Hollander, Deputy Attorney General
Assistant Section Chief, Casino Licensing
New Jersey Division of Gaming Enforcement
140 E. Front Street, P.O. Box 047
Trenton, New Jersey 08625

Office: (609) 376-9533
Mobile: (609) 508-2742
Fax: (609) 777-2400
Email: jordan.hollander@njdge.gov

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.