UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL SKOLNICK, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>EVOLUTION AB (publ), et al.,<br><br>　　　　　　　　Defendants. | Civ. Action No. 2:24-cv-00326-MRP<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT |

Having considered the papers submitted in support of and in opposition to Defendants' Motion to Dismiss the Amended Complaint (ECF 43) (the "Motion to Dismiss"), the argument of counsel, and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion to Dismiss is DENIED; and

2. Defendants shall file and serve their answer to the Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF 40) within 30 days after date of this Order.

IT IS SO ORDERED.


DATED: _____   _____
                                        THE HONORABLE MIA ROBERTS PEREZ
                                        UNITED STATES DISTRICT JUDGE