UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHEL SKOLNICK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EVOLUTION AB (publ), et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. Action No. 2:24-cv-00326-MRP<br><br>CLASS ACTION<br><br>DECLARATION OF JESSICA E. ROBERTSON IN SUPPORT OF LEAD PLAINTIFF'S MOTION AND MEMORANDUM OF LAW TO STRIKE EXHIBITS 1-2, 38-40, AND 43-44 TO THE DECLARATION OF DAVID M.J. REIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT |

4915-6039-9118.v1

I, JESSICA E. ROBERTSON, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted *pro hac vice* in the above-entitled action. I am an associate of Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff St. Clair County Employees' Retirement System and City of Sterling Heights Police & Fire Retirement System. I make this declaration in support of Lead Plaintiff's Motion and Memorandum of Law to Strike Exhibits 1-2, 38-40, and 43-44 to the Declaration of David M.J. Rein in Support of Defendants' Motion to Dismiss the Amended Complaint ("Plaintiff's Motion to Strike").[1] I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On January 2, 2025, I emailed defense counsel, including David Rein, Robert Giuffra, Julia Malkina, Gulliver Brady, Julia Lueddeke, Mark Fidanza, and Shannon McClure, to schedule a time to meet and confer regarding Plaintiff's Motion to Strike.

3. On January 5, 2025, Mr. Rein proposed January 7, 2025 to meet and confer. I responded to his email later that day agreeing to his proposal.

4. On January 7, 2025, counsel for both parties discussed the bases for Plaintiff's Motion to Strike. Unable to reach a resolution, Mr. Rein, on behalf of Defendants, confirmed that Defendants would oppose Plaintiff's Motion to Strike.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 13, 2025, at San Diego, California.

_____
JESSICA E. ROBERTSON

---

[1] Defendants in this case are Evolution AB ("Evolution"), Martin Carlesund ("Carlesund"), and Jacob Kaplan ("Kaplan") (collectively, "Defendants").

4915-6039-9118.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 13, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ DEBRA J. WYMAN
DEBRA J. WYMAN

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  dwyman@rgrdlaw.com

4915-6039-9118.v1

# Mailing Information for a Case 2:24-cv-00326-MRP SKOLNICK v. EVOLUTION AB (publ) et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **GULLIVER BRADY**
  bradyg@sullcrom.com

- **MICHAEL C. DELL'ANGELO**
  mdellangelo@bm.net,eyork@bm.net,sleo@bm.net,courtmail@bm.net,csimon@bm.net,jgionnette@bm.net

- **WILLIAM B FEDERMAN**
  wbf@federmanlaw.com,law@federmanlaw.com,7874193420@filings.docketbird.com

- **MARK W. FIDANZA**
  mfidanza@reedsmith.com,docketingecf@reedsmith.com,reed-smith-2312@ecf.pacerpro.com,mark-fidanza-8486@ecf.pacerpro.com,jhenry@reedsmith.com,eselfridge@reedsmith.com

- **ROBERT J. GIUFFRA , JR**
  giuffrar@sullcrom.com

- **Julia Lueddeke**
  jlueddeke@reedsmith.com,julia-lueddeke-1525@ecf.pacerpro.com,gplover@reedsmith.com

- **JULIA A. MALKINA**
  MALKINAJ@SULLCROM.COM

- **SHANNON ELISE MCCLURE**
  smcclure@reedsmith.com,Docketingecf@reedsmith.com,reed-smith-2312@ecf.pacerpro.com,shannon-mcclure-1157@ecf.pacerpro.com,eselfridge@reedsmith.com

- **DAVID M. PROMISLOFF**
  david@prolawpa.com

- **DAVID M.J. REIN**
  reind@sullcrom.com

- **Jessica E. Robertson**
  jrobertson@rgrdlaw.com,e_file_sd@rgrdlaw.com,TerreeD@rgrdlaw.com

- **RACHEL SKOLNICK**
  wbf@federmanlaw.com

- **LAURA SABRINA STEIN**
  lstein@rgrdlaw.com,e_file_sd@rgrdlaw.com,DWatts@rgrdlaw.com

- **DEBRA J. WYMAN**
  debraw@lerachlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)