UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL SKOLNICK, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>   vs.<br><br>EVOLUTION AB (publ), et al.,<br><br>                    Defendants. | Civ. Action No. 2:24-cv-00326-MRP<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION AND MEMORANDUM OF LAW TO STRIKE EXHIBITS 1-2, 38-40, AND 43-44 TO THE DECLARATION OF DAVID M.J. REIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT |

- 1 -

Having carefully considered Lead Plaintiff's Motion and Memorandum of Law to Strike Exhibits 1-2, 38-40, and 43-44 to the Declaration of David M.J. Rein in Support of Defendants' Motion to Dismiss the Amended Complaint ("Lead Plaintiff's Motion to Strike"),

IT IS ORDERED as follows:

1.    Lead Plaintiff's Motion to Strike is hereby GRANTED.

DATED:  _____    _____
                                                  THE HONORABLE MIA ROBERTS PEREZ
                                                  UNITED STATES DISTRICT JUDGE

- 1 -

4900-6455-2207.v1