**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| RACHEL SKOLNICK, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>      v.<br><br>EVOLUTION AB (PUBL), MARTIN CARLESUND, and JACOB KAPLAN,<br><br>          Defendants. | Civ. Action No. 2:24-cv-00326-MRP |

## DECLARATION OF DAVID M.J. REIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO STRIKE

I, David M.J. Rein, hereby declare under penalty of perjury as follows:

1.      I am a member of the Bar of the State of New York and of Sullivan & Cromwell LLP, counsel for Defendants in the above-captioned action. I have been admitted *pro hac vice* to appear in this action. I respectfully submit this Declaration in support of Defendants' Opposition to Plaintiffs' January 12, 2025 Motion to Strike.

2.      Attached as Exhibit 45 hereto is a true and correct copy of excerpts of the 2023 Annual Report of Evolution, dated April 5, 2024, retrieved from Evolution's website (https://mb.cision.com/Main/12069/3735605/1921487.pdf). This Annual Report is referenced at paragraph 40 of Plaintiffs' Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 27, 2025 in New York, New York.

David R
_____
David M.J. Rein