# EXHIBIT 45



# Evolution

## ANNUAL REPORT 2023

# Table of contents

The year in brief                                    03

Group CEO comments                                   05

## STRATEGIC REPORT

Our business model, vision and strategy              09

Our marketplace                                      11

Our global studios                                   13

Our online casino operations                         15

Our world-leading online casino portfolio            19

The Evolution share                                  25

## SUSTAINABILITY REPORT

Sustainability report                                29

Responsible business                                 33

Responsible gambling                                 35

Our employees                                        37

IT and cyber security                                41

Climate                                              42

Taxonomy                                             44



## GOVERNANCE

49    Directors' report

55    Corporate governance report

63    Our Board of Directors

65    Our group management team

## FINANCIAL STATEMENTS

69    Financial reports

78    Notes

108   Declaration by the Board of Directors

109   Auditor's report

115   Glossary and definitions

# Our group management team







**MARTIN CARLESUND**
**Group CEO**

Born 1970. Employed by the group since 2015.

**Shareholding:** 684,710 shares.

**Warrants:**
Rights through warrant programme 2021/2024: 650,000

Rights through warrant programme 2023/2026: 175,000

**Other assignments:**
Martin is Chairman of Carlesund Investments & Consulting AB and Sandstjärna Holding.

**Experience:**
Martin has been CEO of Highlight Media Group, Eniro Sverige, Eniro Finland and 3L System AB. He holds a MSc in finance together with courses in computer science, law and mathematics at University of Borås, Gothenburg School of Economics and Linköping University.

**TODD HAUSHALTER**
**Chief Product Officer and Games Operations**

Born 1978. Employed by the group since 2015.

**Shareholding:** 96,300 shares

**Warrants:**
Rights through warrant programme 2021/2024: 130,000

Rights through warrant programme 2023/2026: 60,000

**Experience:**
Vice President of Gaming Operations at MGM Resorts International, Global Director of Product Development at Shuffle Master and Vice President of Business Strategy Shuffle Master. He holds a MBA and an MS in Hospitality Administration from University of Nevada, Las Vegas.

**SEBASTIAN JOHANNISSON**
**Chief Strategy Officer**

Born 1978. Employed by the group since 2008.

**Shareholding:** 700,000 shares

**Warrants:**
Rights through warrant programme 2021/2024: 130,000

Rights through warrant programme 2023/2026: 60,000

**Experience:**
Sebastian has previous been Chief Commercial Officer as well as Head of Account Management at Evolution. He holds a Master of Business Administration from Uppsala University.

ANNUAL REPORT EVOLUTION 2023





**JACOB KAPLAN**
**Chief Financial Officer**

Born 1973. Employed by the group since 2016.

**Shareholding:** 60,000 shares

**Warrants:**
Rights through warrant programme 2021/2024: 130,000

Rights through warrant programme 2023/2026: 60,000

**Experience:**
Jacob has been CFO of Nordnet AB (publ) and Vice President, Finance Director at Nasdaq OMX Transaction Services Nordics. He holds a MSc in Industrial Engineering and Business Management from the Royal Institute of Technology in Stockholm and a BSc in Business Administration from Stockholm University.

**LOUISE WIWEN-NILSSON**
**Chief Human Resources Officer**

Born 1972. Employed by the group since 2016.

**Shareholding:** 22,780 shares

**Warrants:**
Rights through warrant programme 2021/2024: 130,000

Rights through warrant programme 2023/2026: 60,000

**Experience:**
Louise has held several leading HR positions within Viacom/MTV, Nike and Walt Disney. She has a degree in Social and Behavioural studies from Lund University.

OUR GROUP MANAGEMENT TEAM