UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL SKOLNICK, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>EVOLUTION AB (publ), et al.,<br><br>                Defendants. | Civ. Action No. 2:24-cv-00326-MRP<br><br>CLASS ACTION<br><br>DECLARATION OF JESSICA E. ROBERTSON IN SUPPORT OF LEAD PLAINTIFF'S REPLY IN FURTHER SUPPORT OF ITS MOTION AND MEMORANDUM OF LAW TO STRIKE EXHIBITS 1-2, 38-40, AND 43-44 TO THE DECLARATION OF DAVID M.J. REIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT |

I, JESSICA E. ROBERTSON, declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted *pro hac vice* in the above-entitled action. I am an associate of Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff St. Clair County Employees' Retirement System and City of Sterling Heights Police & Fire Retirement System. I make this declaration in support of Lead Plaintiff's Reply in Further Support of Its Motion and Memorandum of Law to Strike Exhibits 1-2, 38-40, and 43-44 to the Declaration of David M.J. Rein in Support of Defendants' Motion to Dismiss the Amended Complaint. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached as Exhibit 1 hereto is a true and correct copy of a screenshot of the "Investors" tab of Evolution AB (publ)'s ("Evolution") website, https://www.evolution.com/investors/, captured on February 3, 2025, referenced in ¶11 of the Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF 40) ("Complaint").

3.     Attached as Exhibit 2 hereto is a true and correct copy of a screenshot of the "Business Model" page of Evolution's website, https://www.evolution.com/investors/company-overview/business-model/, captured on February 3, 2025, referenced in ¶19 and n.5 of the Complaint.

4.     Attached as Exhibit 3 hereto is a true and correct copy of a screenshot of the "Strategy" page of Evolution's website, https://www.evolution.com/investors/company-overview/strategy/, captured on February 3, 2025, referenced in ¶41 and n.9 of the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 3, 2025, at San Diego, California.

s/ Jessica E. Robertson
JESSICA E. ROBERTSON

- 1 -

4929-1805-0070.v1