# EXHIBIT 1

 **Evolution**  WHO WE ARE | OUR GAMES | NEWS | INVESTORS | CAREERS    EN | CLIENT AREA | CONTACT US



# The leading B2B provider of Online Casino globally

*For all information regarding upcoming AGM click below.*

ANNUAL REPORT    AGM 26 APRIL

## LATEST REPORTS

Published: 30/01/25

Evolution: Year-end report 2024

· The Board proposes a dividend of EUR 2.80 per share (2.65)
· The Board intends to repurc...

Published: 24/10/24

Evolution: Interim report January-September 2024

Published: 19/07/24

Evolution: Interim report January-June 2024

Published: 24/04/24

Evolution: Interim report January-March 2024

## LATEST PRESS RELEASES

Published: 30/01/25

Evolution: Year-end report 2024

· The Board proposes a dividend of EUR 2.80 per share (2.65)
· The Board intends to repurc...

Published: 7/01/25

Joakim Andersson new CFO for Evolution

Published: 20/12/24

Regarding review by UK Gambling Commission

Published: 14/11/24

Evolution Group Announces Partnership Extension with FanDuel Casino

Philadelphia, PA – November 2024 – Evolution, the industry-leading B2B solution provider for casi...

### Financial Calendar



MORE SHARE INFORMATION

## UPCOMING INVESTOR EVENTS



Annual General Meeting 26 April 2024

Event Date: 26/04/2024



Interim report January – March 2024 (7.30 CET)

Presentation for investors, analysts and the media

Event Date: 24/04/2024

## QUESTIONS?

Investor Relations

CONTACT IR

## FOLLOW US

    

Evolution's logo and graphic material is the company's intellectual property and may not be copied, reproduced, distributed or displayed without written consent of Evolution. Under no circumstances may Evolution's intellectual property be displayed in connection with inappropriate or harmful content, including without limitation on web sites containing pornographic content or supporting illegal file sharing. Evolution Malta Holdings Limited is licensed and regulated in Great Britain by the Gambling Commission (GB) under account numbers 41655, and Evolution Gaming Malta Limited is licensed and regulated by the Malta Gaming Authority under license MGA/CRP/187/2010/01. Evolution is licensed and regulated in a number of jurisdictions. All our licences can be found here. Evolution's Privacy Policy explains how we process personal data. Read our Privacy Policy here. Evolution's Cookie Policy clarifies what cookies we use. Read our Cookie Policy here. Evolution is committed to gaming that is fun, safe, and secure. Read about Responsible Gaming and Player information here.

Copyright © 2024 Evolution AB (publ). All rights reserved.

Manage consent