# EXHIBIT 2



**Evolution**

WHO WE ARE | OUR GAMES | NEWS | INVESTORS | CAREERS

EN | CLIENT AREA | CONTACT US

Business Model

Financial Reports +

Presentations

Financial Calendar

The Share +

Corporate Governance +

Press Releases

Risk Factors

Investor Contacts

Subscribe

Company Overview +

Definitions & Glossary

## BUSINESS MODEL

Evolution develops, produces, markets and licenses fully integrated Live Casino solutions to gaming operators. The gaming operators then market the products to their end users. Evolution's customers include a majority of the most prominent online gaming operators worldwide, as well as several land-based casinos that have expanded online.



## REVENUE MODEL

The most basic agreements normally include access to, and streaming from generic tables, while more complex agreements can include dedicated tables and environments, VIP services, native speaking dealers and other customisations to produce a Live Casino experience that is as unique as possible for the end end user and helps the operator stand out from the crowd.

The majority of Evolution's revenues consist of commission fees and fixed fees for dedicated tables, which are paid monthly by operators. Commission is calculated as a percentage of the operators' winnings generated via the company's Live Casino offering. Through commission, Evolution gains beneficial exposure to the general growth of the Live Casino market.

Dedicated table fees are monthly service charges to operators who have opted to provide dedicated tables for their end users. Dedicated tables are reserved and used exclusively by the operator, and can be customised completely to the operator's requirements as regards studio environment, graphics, brand attributes and language. The fee varies from customer to customer depending on factors such as the type of game, number of tables and active hours.

In addition to commission and dedicated table fees, there are other smaller sources of income such as set-up fees, which are invoiced to new customers in conjunction with the launch of their Live Casino offering.

## COST STRUCTURE

Evolution's largest cost items are personnel costs and costs relating to facilities and production studios. Personnel costs are primarily related to staff and recruitment within operations, as well as IT and product development.

The cost of adding an additional gaming operator to the company's Live Casino platform or expanding an existing customer's offering varies depending on the extent of the agreement. Set-up fees cover some of the cost for new studios and environments.

Product innovation and development also constitutes a material cost item, both directly in terms of operating expenses, and indirectly, through depreciation of capitalised development costs.

### FOLLOW US

    

Evolution's logo and graphic material is the company's intellectual property and may not be copied, reproduced, distributed or displayed without written consent of Evolution. Under no circumstances may Evolution's intellectual property be displayed in connection with inappropriate or harmful content, including without limitation on web sites containing pornographic content or supporting illegal file sharing. Evolution Malta Holdings Limited is licensed and regulated in Great Britain by the Gambling Commission (GB) under account numbers 41655. and Evolution Gaming Malta Limited is licensed and regulated by the Malta Gaming Authority under license MGA/CRP/187/2010/01. Evolution is licensed and regulated in a number of jurisdictions. All our licences can be found here. Evolution's Privacy Policy explains how we process personal data. Read our Privacy Policy here. Evolution's Cookie Policy clarifies what cookies we use. Read our Cookie Policy here. Evolution is committed to gaming that is fun, safe, and secure. Read about Responsible Gaming and Player information here.

Copyright © 2024 Evolution AB (publ). All rights reserved.

Manage consent