### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RACHEL SKOLNICK,** <br> **Individually and on Behalf of** <br> **All Others Similarly Situated**, <br><br> Plaintiffs, <br><br> v. <br><br> **EVOLUTION AB (PUBL), MARTIN CARLESUND, and JACOB KAPLAN**, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **CIVIL ACTION** <br><br><br><br><br><br><br> NO. 2:24-cv-0326 |

## **ORDER**

**AND NOW,** this 24th day of April, 2025, upon consideration of Defendants' Motion to Dismiss the Amended Complaint (ECF No. 43) and all responses thereto, it is hereby **ORDERED** as follows:

1. The Motion is GRANTED as to Count II against Defendants Martin Carlesund and Jacob Kaplan for lack of personal jurisdiction. Count II is DISMISSED WITH PREJUDICE.

2. The Motion is DENIED WITHOUT PREJUDICE as to Count I.

3. Plaintiffs' request for jurisdictional discovery is GRANTED on the limited issue of whether an alter ego relationship exists between Defendant Evolution AB (publ) ("Evolution") and its United States subsidiaries. Plaintiffs may serve discovery requests in accordance with all applicable laws and rules.

4. Jurisdictional discovery shall be completed on or before June 5, 2025.

5. Evolution shall file an Answer or renewed motion to dismiss on or before June 12, 2025. Plaintiffs may file a response by June 19, 2025.

6. Plaintiffs' Motion to Strike (ECF No. 46) is DENIED as moot.

BY THE COURT:

_____
Hon. Mia R. Perez