**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RACHEL SKOLNICK,
individually and on behalf of all others
similarly situated,

                    Plaintiff,
          v.

EVOLUTION AB (PUBL), MARTIN
CARLESUND, and JACOB KAPLAN,

                    Defendants.

Civ. Action No. 2:24-cv-00326-MRP

**UNOPPOSED MOTION FOR ENTRY OF REMOTE DEPOSITION STIPULATION**

Plaintiffs St. Clair County Employees' Retirement System and City of Sterling Heights Police & Fire Retirement System ("Plaintiffs") respectfully move under Federal Rule of Civil Procedure 30(b)(4) for entry of the Remote Deposition Stipulation attached as Exhibit A.

As part of the jurisdictional discovery this Court ordered on April 24, 2025 (ECF 55), Plaintiffs noticed a deposition of Defendant Evolution AB (publ) ("Evolution AB") pursuant to Federal Rule of Civil Procedure 30(b)(6). Because Evolution AB and its designated corporate representative are based in Sweden, Plaintiffs and Evolution AB agree that it would be efficient for the deposition to be taken remotely, with the witness testifying from Sweden.

Federal Rule of Civil Procedure 30(b)(4) provides that "parties may stipulate – or the court may on motion order – that a deposition be taken by telephone or other remote means."

4932-5517-0369

Accordingly, to permit this deposition and any others that may occur during this jurisdictional discovery phase, Plaintiffs respectfully request that this Court enter the parties' agreed-upon Remote Deposition Stipulation, which is enclosed.

DATED: May 9, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
DEBRA J. WYMAN (admitted *pro hac vice*)
JESSICA E. ROBERTSON (admitted *pro hac vice*)


                          s/ Debra J. Wyman
                        DEBRA J. WYMAN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com
jrobertson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

BERGER MONTAGUE PC
MICHAEL DELL'ANGELO
ANDREW D. ABRAMOWITZ
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Telephone:  215/875-3000
215/875-4604 (fax)
mdellangelo@bm.net
aabramowitz@bm.net

VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel

4932-5517-0369

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on May 9, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Debra J. Wyman
DEBRA J. WYMAN

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  DebraW@rgrdlaw.com

# Mailing Information for a Case 2:24-cv-00326-MRP SKOLNICK v. EVOLUTION AB (publ) et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **GULLIVER BRADY**
  bradyg@sullcrom.com

- **MICHAEL C. DELL'ANGELO**
  mdellangelo@bm.net,eyork@bm.net,sleo@bm.net,courtmail@bm.net,csimon@bm.net,jgionnette@bm.net

- **WILLIAM B FEDERMAN**
  wbf@federmanlaw.com,law@federmanlaw.com

- **ROBERT J. GIUFFRA , JR**
  giuffrar@sullcrom.com

- **JULIA A. MALKINA**
  MALKINAJ@SULLCROM.COM

- **SHANNON ELISE MCCLURE**
  shannon.mcclure@blankrome.com

- **DAVID M. PROMISLOFF**
  david@prolawpa.com

- **DAVID M.J. REIN**
  reind@sullcrom.com

- **Jessica E. Robertson**
  jrobertson@rgrdlaw.com,e_file_sd@rgrdlaw.com,TerreeD@rgrdlaw.com

- **RACHEL SKOLNICK**
  wbf@federmanlaw.com

- **LAURA SABRINA STEIN**
  lstein@rgrdlaw.com,e_file_sd@rgrdlaw.com,DWatts@rgrdlaw.com

- **DEBRA J. WYMAN**
  debraw@lerachlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`