**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| RACHEL SKOLNICK, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> EVOLUTION AB (PUBL), MARTIN CARLESUND, and JACOB KAPLAN, <br><br> Defendants. | Civ. Action No. 2:24-cv-00326-MRP <br><br> (Oral Argument Requested) |

**DEFENDANT EVOLUTION AB'S MOTION TO DISMISS THE AMENDED COMPLAINT FOR LACK OF *ALTER EGO* PERSONAL JURISDICTION**

Pursuant to this Court's Order of April 24, 2025 (ECF No. 55), Defendant Evolution AB (publ) ("Evolution AB"), by and through its undersigned counsel, moves this Court for an order pursuant to Rules 9(b), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Amended Complaint (ECF No. 40) with prejudice for lack of personal jurisdiction and for failure to state a claim upon which relief can be granted. For the reasons set forth in the accompanying Memorandum of Law, the Declaration of Gulliver Brady and accompanying exhibits, and the Declaration of Jonas Ljungkvist and accompanying exhibits, Evolution AB requests that the Court enter an order: (i) granting this Motion, (ii) dismissing with prejudice all remaining claims in this action, and (iii) for such other relief as the Court deems just and proper.

Defendants request oral argument on this Motion.

DATED:  June 12, 2025

Respectfully submitted,

 /s/ *Shannon McClure*

 /s/ *Robert J. Giuffra, Jr.*

Shannon McClure
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania  19103
Telephone: (215) 569-5500
shannon.mcclure@blankrome.com

Robert J. Giuffra, Jr. (admitted *pro hac vice*)
David M.J. Rein (admitted *pro hac vice*)
Julia A. Malkina (admitted *pro hac vice*)
Gulliver Brady (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000
giuffrar@sullcrom.com
reind@sullcrom.com
malkinaj@sullcrom.com
bradyg@sullcrom.com

*Counsel for Defendant Evolution AB (publ)*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2025, the following documents were electronically filed with the Clerk of the Court and served upon counsel of record through the Court's ECF filing system:  Defendant Evolution AB's Motion to Dismiss the Amended Complaint for Lack of Alter Ego Personal Jurisdiction, the Memorandum of Law in Support of Defendant Evolution AB's Motion to Dismiss for Lack of Alter Ego Personal Jurisdiction; the Declaration of Gulliver Brady in Support of Defendant Evolution AB's Motion to Dismiss for Lack of Alter Ego Personal Jurisdiction and exhibits thereto; and the Declaration of Jonas Ljungkvist in Support of Defendant Evolution AB's Motion to Dismiss for Lack of Alter Ego Personal Jurisdiction and exhibits thereto.

/s/ *David M.J. Rein*
David M.J. Rein (admitted *pro hac vice*)