**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

RACHEL SKOLNICK,
individually and on behalf of all others
similarly situated,

              Plaintiff,

      v.

EVOLUTION AB (PUBL), MARTIN
CARLESUND, and JACOB KAPLAN,

              Defendants.

Civ. Action No. 2:24-cv-00326-MRP

**DECLARATION OF GULLIVER BRADY IN SUPPORT OF**
**DEFENDANT EVOLUTION AB'S MOTION TO DISMISS THE AMENDED**
**COMPLAINT FOR LACK OF *ALTER EGO* PERSONAL JURISDICTION**

I, Gulliver Brady, hereby declare under penalty of perjury as follows:

1.      I am a member of the Bar of the State of New York and of Sullivan &

Cromwell LLP, counsel for Defendant Evolution AB in the above-captioned action. I have been

admitted *pro hac vice* to appear in this action ("Action"). I respectfully submit this Declaration in

support of Defendant Evolution AB's Motion to Dismiss the Amended Complaint for Lack of

*Alter Ego* Personal Jurisdiction ("Motion").

2.      Attached as **Exhibit 1** is a true and correct copy of excerpts of the transcript

of the May 15, 2025 deposition of the corporate representative of Evolution AB (publ) ("Evolution

AB"), Jonas Ljungkvist, pursuant to Federal Rule of Civil Procedure 30(b)(6) ("30(b)(6)

Deposition").

3.      Attached as **Exhibit 2** is a true and correct copy of an organizational chart

of companies contained within the Evolution Group, dated January 8, 2024, produced by Evolution

AB in response to a jurisdictional discovery request in this Action and introduced as Defendant's Exhibit 1 during the 30(b)(6) Deposition.

4. Attached as **Exhibit 3** is a true and correct copy of the leadership organizational chart of Evolution US LLC, as of May 2025, produced by Evolution AB in response to a jurisdictional discovery request in this Action and introduced as Defendant's Exhibit 8 during the 30(b)(6) Deposition.

5. Attached as **Exhibit 4** is a true and correct copy of Evolution US LLC's Employee Handbook, introduced as Defendant's Exhibit 9 during the 30(b)(6) Deposition.

6. Attached as **Exhibit 5** is a true and correct copy of a "Resolution of the Board of Managers of Evolution US LLC," dated November 8, 2022, nominating Jacob Claesson "to act as a 'Tax Agent'" and allowing him to "act as a point of contract for tax authorities," "open, manage and update any online accounts," and "file all necessary forms, letters and documents . . . to register the Company with the relevant tax authorities," introduced as Defendant's Exhibit 15 during the 30(b)(6) Deposition.

7. Attached as **Exhibit 6** is a true and correct copy of a "Resolution of the Board of Managers of Evolution US LLC," dated February 17, 2023, designating three individuals to "act as 'Key Executives' of [Evolution US LLC] for bank purposes," introduced as Defendant's Exhibit 22 during the 30(b)(6) Deposition.

8. Attached as **Exhibit 7** is a true and correct copy of a "Service Agreement" between Evolution Gaming Group AB and Evolution Malta Ltd., dated November 1, 2016, introduced as Defendant's Exhibit 2 during the 30(b)(6) Deposition. The Service Agreement used in the 30(b)(6) Deposition was redacted to remove non-public business information.

9.    Attached as **Exhibit 8** is a true and correct copy of a "Service Agreement" between Evolution New Jersey LLC and Evolution Malta Limited, dated January 1, 2018, introduced as Defendant's Exhibit 4 during the 30(b)(6) Deposition. The Service Agreement used in the 30(b)(6) Deposition was redacted to remove non-public business information.

10.    Attached as **Exhibit 9** is a true and correct copy of a "Group Service Agreement" between Evolution Latvia, SIA and Evolution Malta Holding Limited, effective as of January 1, 2020, introduced as Defendant's Exhibit 5 during the 30(b)(6) Deposition. The Group Service Agreement used in the 30(b)(6) Deposition was redacted to remove non-public business information.

11.    Attached as **Exhibit 10** is a true and correct copy of a "Certificate of Amendment" for Evolution New Jersey LLC filed with the Delaware Secretary of State, confirming the change of Evolution New Jersey LLC's name to Evolution US LLC, dated August 31, 2021, introduced as Defendant's Exhibit 3 during the 30(b)(6) Deposition.

12.    Attached as **Exhibit 11** is a true and correct copy of a "Lease" between 777 Commerce Drive LLC and Evolution US LLC, dated November 20, 2021, introduced as Defendant's Exhibit 16 during the 30(b)(6) Deposition. The Lease used in the 30(b)(6) Deposition was redacted to remove non-public financial information.

13.    Attached as **Exhibit 12** is a true and correct copy of a "Master Service Order Form" between Evolution US LLC and Verizon Business Network Services LLC, dated July 8, 2022, introduced as Defendant's Exhibit 17 during the 30(b)(6) Deposition. The Master Service Order Form used in the 30(b)(6) Deposition was redacted to remove non-public financial information.

14. Attached as **Exhibit 13** is a true and correct copy of an "Inspection Agreement" between Evolution US LLC and Rich Fire Protection Company, Inc., effective as of August 29, 2022, introduced as Defendant's Exhibit 18 during the 30(b)(6) Deposition.

15. Attached as **Exhibit 14** is a true and correct copy of an "Offer of Employment," dated September 30, 2022, made by Evolution US LLC for the position of "IT Specialist – Technical Operations," introduced as Defendant's Exhibit 10 during the 30(b)(6) Deposition. The Offer of Employment used in the 30(b)(6) Deposition was redacted to remove non-public employment information.

16. Attached as **Exhibit 15** is a true and correct copy of a "Notice of Salary Increase," dated January 6, 2023, made by Evolution US LLC to an employee of Evolution US LLC, introduced as Defendant's Exhibit 11 during the 30(b)(6) Deposition. The Notice of Salary Increase used in the 30(b)(6) Deposition was redacted to remove non-public employment information.

17. Attached as **Exhibit 16** is a true and correct copy of a letter informing an Evolution Pennsylvania LLC employee of their "final date of employment," dated February 17, 2023, introduced as Defendant's Exhibit 12 during the 30(b)(6) Deposition. The letter used in the 30(b)(6) Deposition was redacted to remove non-public employment information.

18. Attached as **Exhibit 17** is a true and correct copy of an email informing an employee of Evolution New Jersey LLC that their employment "will be terminated effective immediately due to job abandonment," dated March 31, 2021, introduced as Defendant's Exhibit 13 during the 30(b)(6) Deposition. The email used in the 30(b)(6) Deposition was redacted to remove non-public employment information.

-4-

19.     Attached as **Exhibit 18** is a true and correct copy of a "2021 W-2 Form and Earnings Summary" for an employee of Evolution New Jersey LLC, introduced as Defendant's Exhibit 14 during the 30(b)(6) Deposition. The W-2 Form and Earnings Summary used in the 30(b)(6) Deposition was redacted to remove non-public employment information.

20.     Attached as **Exhibit 19** is a true and correct copy of excerpts of the 2020 Annual Report of Evolution AB, dated March 26, 2021, introduced as Plaintiff's Exhibit 7 during the 30(b)(6) Deposition.

21.     Attached as **Exhibit 20** is a true and correct copy of the 2024 Annual Report of Evolution AB, dated April 14, 2025, introduced as Plaintiff's Exhibit 8 during the 30(b)(6) Deposition.

22.     Attached as **Exhibit 21** is a true and correct copy of Evolution US LLC's audited financial statements representing "the financial position of [Evolution US LLC] as of December 31, 2023 and 2022, and the results of its operations and its cash flows for the years then ended," introduced as Defendant's Exhibit 19 during the 30(b)(6) Deposition. The statements used in the 30(b)(6) Deposition were redacted to remove non-public financial information.

23.     Attached as **Exhibit 22** is a true and correct copy of NetEnt Americas LLC's audited financial statements representing "the financial position of [NetEnt Americas LLC] as of December 31, 2023 and 2022, and the results of its operations and its cash flows for the years then ended," introduced as Defendant's Exhibit 20 during the 30(b)(6) Deposition. The statements used in the 30(b)(6) Deposition were redacted to remove non-public financial information.

24.     Attached as **Exhibit 23** is a true and correct copy of Evolution Malta Limited's "[annual] report and [ ] audited financial statements . . . for the year ended [December 31,] 2023," introduced as Defendant's Exhibit 21 during the 30(b)(6) Deposition. The

-6-

statements used in the 30(b)(6) Deposition were redacted to remove non-public financial information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2025 in New York, New York.

_____
Gulliver Brady