# EXHIBIT 2

# Evolution_Group Structure - 2024-01-08



   

NOTES:
* 1 share held by Evolution Gaming Limited (UK)
** 1 share held by Evolution Malta Limited (Malta)
*** 1 share held by private individual
**** 25% of shares held by The Evolution SA Charitable Trust

KEY:
- Client-facing
- Studio
- Services
- IT & Development
- Holding Company
- Dormant/Inactive/in Dissolution
- Listed
- Real Estate

Exhibit
Defendant 001
15th May 2025

CONFIDENTIAL

EVO-SKOL-00000002