# EXHIBIT 3



## Evolution

### AS REAL AS IT GETS

North America Senior Leadership Org Chart
v.5.2025

**Jacob Claesson**
Chief Executive Officer,
North America

**Marcus Huber**
Chief Commercial Officer,
North America

**Molly Siciliano**
Head of Human
Resources, North America

**Jeff Patchen**
Head of Compliance, North
America

**Ankita Patel**
Head of Legal, North
America

**Brandon Iacometa**
Marketing Manager North
America

**Asnate Lokmene**
Head of Operations USA

Exhibit
Defendant 008
15th May 2025