# EXHIBIT 4



## AS REAL AS IT GETS







# EMPLOYEE HANDBOOK

Exhibit

Defendant 009

15th May 2025

## Table of Contents

WELCOME ..................................................................................................................................5

ABOUT US...............................................................................................................................6

OUR CULTURE .......................................................................................................................7

EQUAL OPPORTUNITY EMPLOYER ....................................................................................8

POLICIES & GUIDELINES .....................................................................................................8

GENERAL ...............................................................................................................................8
Identification and Security...............................................................................................8
Access............................................................................................................................8
Biometric System ...........................................................................................................9
Mail ................................................................................................................................9
General Appearance and Dress.......................................................................................9

COMMUNICATION...............................................................................................................9
Internal Communication.................................................................................................9
Confidentiality................................................................................................................9
News Releases and Media Contact ...............................................................................10
Social Media Policy.......................................................................................................10
Phone Directory  ..........................................................................................................10
IT ..................................................................................................................................11
Feedback ......................................................................................................................11
Data Security................................................................................................................11
Computer Security ........................................................................................................11
Implementation of the Policy .................................................................................. 12
Breach of Policy ......................................................................................................12

HUMAN RESOURCES..........................................................................................................13
Career Growth .............................................................................................................13
Performance Reviews....................................................................................................13
Change to Personal Details ...........................................................................................14
Personnel Records ........................................................................................................14

PAYROLL...............................................................................................................................14
Payroll...........................................................................................................................14
Additional Payments ....................................................................................................14
Expenses.......................................................................................................................15
Business Travel..............................................................................................................15
Hours of Work...............................................................................................................15

COMPENSATION AND BENEFITS........................................................................................15
Compensation...............................................................................................................15
Bonus Plans...................................................................................................................15
Benefits ........................................................................................................................15

ATTENDANCE, VACATION AND LEAVE .............................................................................16
Attendance ...................................................................................................................16
EVO Days .....................................................................................................................17
Paid Sick Time ..............................................................................................................18
Vacation........................................................................................................................18
Eligibility ..................................................................................................................18

Procedure for Requesting Vacation or Leave ........................................................................19
Unused Vacation Time ........................................................................................................19

Leave with Pay ........................................................................................................................19
Holidays..................................................................................................................................19
Bereavement Leave ..............................................................................................................19
Jury Duty ................................................................................................................................20
Leave without Pay..................................................................................................................20
Family Medical Leave Act ......................................................................................................20
Personal Leave.......................................................................................................................22

Smoking Policy ........................................................................................................................22
Alcohol and Drug Policy..........................................................................................................22

WORKING ENVIRONMENT ........................................................................................................23
Relationships in the workplace ..............................................................................................23
Anti-Harassment and Anti-Discrimination Workplace Policy.................................................23
Americans with Disabilities Act and Disability Policy.............................................................25
Whistleblower and Anti-Retaliation Policy ............................................................................25
Cafeteria ................................................................................................................................26
Hard Rock Premises................................................................................................................26
Parking....................................................................................................................................26
Discipline ................................................................................................................................26
Disciplinary Procedure...........................................................................................................27
Measures of Discipline ..........................................................................................................27
Investigations.........................................................................................................................27

HEALTH AND SAFETY ................................................................................................................27
Responsibilities ......................................................................................................................27
Accident or Incident Reporting ..............................................................................................28
First Aid...................................................................................................................................28
Fire .........................................................................................................................................28
Power Failure..........................................................................................................................28
Emergency Exits .....................................................................................................................29

PARTING COMPANY..................................................................................................................29
Resignation ............................................................................................................................29
Terms for Dismissal ...............................................................................................................29
Exit Interview / Discussion of Benefits...................................................................................29
Return of Company Property ..................................................................................................30

GAME FLOOR INFORMATION....................................................................................................30
Game Floor Appearance and Dress .......................................................................................30
Behavior Guidelines................................................................................................................30
Behavior on the Tables ..........................................................................................................30
Uniform Maintenance ............................................................................................................31
Lockers and Personal Property ..............................................................................................31
Start of Shift............................................................................................................................31
Daily Sign In............................................................................................................................31
Yellow Cards ..........................................................................................................................32
Academy.................................................................................................................................32
Scheduling ..............................................................................................................................32
Swapping a Shift with a Colleague .........................................................................................32
Change of Game Presenter at the Dealer Table.....................................................................32

Talking Between Tables and Gaming Floor..............................................................................33

Player Contact......................................................................................................................33

Communication with Players ...............................................................................................33

Forbidden Topics.................................................................................................................33

Player Accounts with our Licensees ....................................................................................33

Player/User Solicited Tips ...................................................................................................34

Entertainment in Hard Rock ...............................................................................................34

FORMS ..........................................................................................................................................

Direct Deposit Agreement Form ..........................................................................................35

Employee Information Form.................................................................................................36

Accident/Incident Report Form ...........................................................................................37

Entertainment in Hard Rock Form .......................................................................................38

Handbook Ackowledgment...................................................................................................39

## WELCOME

Welcome to Evolution US, LLC.! You are now part of a team with the overarching value to be 'Alive', to every opportunity on behalf of our customers and their players – to be proactive, responsive and go 'the extra mile' to deliver an exceptional service.

This Handbook is not intended to and does not constitute any form of express or implied promise of continued employment or contract for employment.  This Handbook should not be interpreted to change the nature of your employment, which is at will. Evolution US, LLC is free to change wages and all other terms, conditions, and privileged of employment without having to consult with you or anyone on your behalf, at any time, subject to all governing laws and applicable contracts, including any governing collective bargaining agreement.

Both you and Evolution US, LLC have an absolute right to terminate your at-will employment at any time, with or without cause and without or without notice.  Unless expressly contained in a written document executed by the Chief Human Resources Officer, no one, notwithstanding their position, has the right to modify, change or amend this at-will relationship.

As a valued team member, we are committed to creating environments where you want to work, challenge yourself, do the best you possibly can, and develop a rewarding career. You have an active role to play in ensuring this happens.

Therefore, the aim of this Handbook is to provide you with a reference guide for our policies and expectations, so you can work with confidence. If anything is unclear, or you can't find the answer to your question here, please speak to your manager.

We are committed to providing you with a safe working environment in which you feel supported by your managers and coworkers.  We will help you grow your expertise by providing you with ongoing instruction and resources.

As Evolution continues to maintain and strengthen our position as the world's number one Live Casino provider and remain 'as real as it gets', some of our policies may need to be changed from time to time. We believe that it is important for you to have the most accurate and up-to-date information about the policies that affect you. Therefore, change will be communicated efficiently and it's also your responsibility to keep up-to-date.

Sincerely,

The Evolution US Management Team

## ABOUT US

Evolution is the world's leading Business-to-Business (B2B) Live Casino supplier, offering the very best live gaming solutions and infrastructure.  We offer players an online live gaming experience that is just like playing in a real Casino, and really is "as real as it gets".



## OUR CULTURE

Working with more top-tier operators than any other provider in our marketplace, we lead the way in B2B Live Casino services delivered to our customers' players via multiple channels and devices. Through our innovative software, well-established enterprise-class infrastructure and people, we add real value to our customers' gaming businesses.

### Our Mission
To make operators successful and provide an excellent user experience for their end users.

### Our Vision
To be the leading Live Casino provider in the world.

### Our Values
Being alive to every opportunity is our overarching value, backed up by integrity, teamwork, innovation, flexibility and reliability.

### ALIVE
This is Evolution's overarching value. We aim always to be alive to every opportunity on behalf of our customers and their players – to be proactive, responsive and go 'the extra mile' to deliver an exceptional service. Examples of our ALIVE value in action:
- ❖ Our live dealers, smiling at the table, communicating clearly, making all players feel completely at ease
- ❖ The way our live dealers and hosts generate the strongest rapport with regular and returning players
- ❖ Our developers, project managers and support staff being constantly alert and receptive to ways in which operations can be delivered more effectively
- ❖ Our strategic planners and product specialists being alert to new opportunities in online, land-based casino gaming and integrated online and offline operations.

### INTEGRITY AND TEAMWORK
We are committed to responsible gaming, to compliance, to our licensees and to their players. We are transparent, honest and professional in all of our dealings. We are also committed to creating environments where people want to work, challenge themselves, do the best they possibly can, and develop a rewarding career.
We are a truly multi-national team, working from different locations across the world but linked by a common goal – to deliver world-leading Live Casino solutions and business opportunities for our licensees.

### INNOVATION, FLEXIBILITY AND RELIABILITY
We continue to develop innovative new solutions that deliver competitive advantage for our licensees. Our solutions are not only 'as real as it gets' but also 'as flexible as it gets'. Our reliable delivery and reliable results are what Europe's top-tier gaming operators have come to count on.

### VALUES THAT ADD UP
Our values are behind an enviable track record of achievement – a record regularly cited by new customers as their main reason for selecting Evolution as their Live Casino partner.

# EQUAL OPPORTUNITY EMPLOYER

Evolution US, LLC  is committed to providing equal employment opportunity to qualified individuals, regardless of race, color, creed, religion, gender, age, national origin, ancestry, nationality, military service, marital or domestic partnership or civil union status, gender identity or expression, disability, affectional or sexual orientation, genetic information, atypical cellular or blood trait, or any other characteristic protected by applicable law.  Evolution US, LLC prohibits discrimination on the basis of any such characteristic protected by law and will not tolerate any such discrimination or harassment.

Specifically, employment opportunities are and shall be open to all qualified applicants solely on the basis of their merit, education, licensing, experience, aptitudes, abilities, and training. Advancement is also and shall be based on the individual's achievement, performance, ability, attitude, and potential for promotion.

Evolution US, LLC expects that all relationships among persons in the workplace will be business-like and free from bias, prejudice, discrimination, and harassment.

# POLICIES & GUIDELINES

In order to provide proper guidance to employees, the following policies and guidelines have been established. Please be advised that this is not an exhaustive list and policies are subject to change. Any such change will be communicated to all employees as applicable.

# GENERAL

## Identification and Security

Any person requiring access to the Evolution offices must follow the authorized access guidelines to maintain and control the security of our office and avoid the entry of unauthorized individuals. All employees must enter via the biometric access in reception. Employees whose finger or card does not scan must show their current ID to the Office Coordinator or Manager on duty (if after office hours) who holds an authorized access list. If the person is not on the list, this person must be given approved access by the Chief Operations Officer or his delegate at the time. If no approval is granted, the individual will be denied access. If approval is received then the individual(s) is considered as a visitor and their name and company address, along with who they are visiting is recorded by the receptionist.

Visitors must wear the badge provided to them by the receptionist and must be escorted always during their stay to the office. Any breach of this security obligation will be treated very seriously. Friends and family are generally not allowed to be in working premises.

## Access

The studio is accessible via a biometric fingerprint system. The Office Coordinator located in the reception area will be responsible for providing you with these means of access.

You are responsible for not allowing unauthorized persons inside the premises whether it's by using your fingerprint to allow someone to enter, or just indirectly letting someone follow behind yourself and gain entry.

In the event you believe an unauthorized person is entering, you must advise a Manager immediately.

### Biometric System

Employees are enrolled into the offices' access control system, which is a biometric system of finger and/or card scanning. The entrance to the studio and certain offices is controlled with the biometric access control system. If your finger or card fails to scan, you should contact Office Management and show them your current valid photo ID. Your credentials will be checked with the authorized access list and access will be granted if validated. The authorized access list is updated whenever there are changes in personnel.

### Mail

Incoming mail is collected and distributed regularly. Outgoing mail should be given to the Office Coordinator, to arrange delivery. It is prohibited to use Evolution's address for personal purposes and items of personal interest should not be sent to or included in the office mail.
If you have any questions about this, or if you have any business documents that need to be sent to another address, please contact your Manager.

### General Appearance and Dress

It is important that all employees are well groomed in appearance and attire. Also, your demeanor must remain professional and respectful.  Any employee who is considered to not abide with these general appearance standards is subject to disciplinary action up to an including separation of employment.

## COMMUNICATION

### Internal Communication

Employees are expected to keep up to date with and take notice of Company information.  There are several platforms to be aware of for internal communication, access to which is granted based on position responsibilities:

- ❖ **Email**: Day-to-day communication
- ❖ **EVO Space**: Internal company news and events as well global and studio-specific policies and procedures
- ❖ **Slack:** Internal instant messaging communication tool
- ❖ **Wiki Pages**: Meeting minutes, agendas, timelines etc. for cross functioning teams
- ❖ **Noticeboard**: The Company has a notice boards in the break room and you are required to read and (as appropriate) comply with all notices that are posted here. The Company will use these notice boards to post information on Health and Safety and Evolution activities and events that may be of interest to you.

### Confidentiality

You may acquire or be exposed to information of a strictly confidential nature relating to the Company including, without limitation: business information, trade secrets, technical information, marketing strategies, sales and pricing policies, costing information concerning services provided, financial information, business plans, list of suppliers, lists of present and

prospective customers,  which is the exclusive property of the Company and if disclosed, could cause irreparable harm to the business.

Accordingly, you agree and understand that during the term that you work with the Company and following your parting with the Company for any reason, you shall treat all Confidential Information belonging to the Company confidentially and not use or disclose the Confidential Information to anyone, unless specifically authorized, in writing, by your Manager. If you are asked for information regarding the Company or business, you should refer the request to your Manager.

## News Releases and Media Contact

Employees are not to discuss or release information to the news media or other sources on matters concerning the operations of the studio.  Any requests for public statements or media comments shall be referred to the Marketing or Employer Branding and Internal Communications departments for further action. All employees shall notify their immediate superior if they are contacted by the media or if something occurs that may be of interest to the media. Managers should report any matters brought to their attention to the Marketing or Employer Branding and Internal Communications departments

## Social Media Policy

The Company acknowledges that employees may host, comment or otherwise participate on Social Media sites and respects your right to do so.  Social Media is simply another forum within which you may socially interact.  It is important that you take the necessary steps to ensure that your Social Media activities do not interfere with your duties or negatively impact the Company in any way.  Photos of the gaming floor, Academy, MCR, etc., are not to be taken or posted on social media. Employees are prohibited from speaking on behalf of the Company.
Evolution employees are expected to adhere to the following when posting in personal social media channels:
•Treat colleagues and the Evolution business, brand and customers with respect.
•Be mindful of the fact that the interpretation of the message might be impacted by their association with Evolution.
•Do not make official comments or answer questions on behalf of Evolution or the brand, only authorized spokespeople can do this.
•Be reminded that:
  ▪sharing sensitive company information, like Evolution's next products, internal operations, financial information, and legal matters which might be found on EVOspace or shared from Managers etc., with parties outside of Evolution is prohibited and might result in disciplinary action; and
  ▪entering into social media discussion with players/end-users of our games is prohibited and might result in disciplinary action.
•Be mindful of applicable general publishing laws, like copyright and reference.
•Recognize that all employees are personally responsible for any posts or comments they make on social media, and that Evolution shall not be held liable for any repercussions that the content may generate.

## Phone Directory

The Company has an inner Telephone Network which is maintained by IT Department and updated and circulated to all staff on a regular basis.

## IT

If you are experiencing any problems with your PC, laptop or printer and/or have any technical IT questions, please contact the IT Department or your Manager.

If you want to take a laptop home for the purpose of working, you will need to obtain your Manager's approval. If you have any questions with regards to the use and loan of a laptop or problems with the equipment, please contact the IT Department or your Manager.

## Feedback

You are encouraged to provide feedback in person as needed.  At any time, you may also provide feedback, anonymous or not, to International HR by emailing: yourfeedback@evolution.com.

Feedback regarding floor operations may be emailed to: yourideas@evolution.com.

## Data Security

Evolution is compliant with national laws with regard to the processing of employee data and the free movement of such data. This includes:

•Ensuring that all processing of personal data is minimised to what is business critical.

•Before any processing of employee data, the employee must be informed about what information is processed, what it is used for, and how to modify or correct the information.

•Registration of employee data which is not directly related to the employment contract and/or necessary for the operation of core HR processes may require the written statement of consent obtained from the employee. If in doubt, contact the Legal Department.

•Transfers of employee data to third parties is only allowed according to the above and when adequate protection for employee privacy is in place.

For further information, see the Data Protection and Privacy Global Policy.

## Computer Security

The Company expects you to use its computer facilities in a professional manner and a way that does not compromise the Company or its Employees.

The Company's Computer System, including E-mail, the Internet and Instant Messaging, must be used strictly for business purposes and not for personal use. Any abuse of the system will be dealt with in accordance with the Company's Disciplinary Procedure.

All interactions in our internal communications channels and platforms should be in line with our corporate values and Code of Conduct. At its core, this means that any content published in our internal communications channels is to be respectful, fair and inclusive. To facilitate this we have listed basic principles which observe our status as a global noted company, but which also celebrates the diversity in our teams and promotes an enjoyable workplace for all our team members, regardless of background or individual preferences. Furthermore, no agreements or contracts for business may be formed by electronic communications without obtaining express authorization from your Manager and/or the Directors of the Company. The Company will not tolerate the distribution of any information, whether printed in hard copy or via electronic correspondence that contains inaccurate, defamatory or offensive information, statements or material about Evolution or anyone associated with the Company. Any breach of this policy will result in disciplinary action up to an including separation of employment.

## Implementation of the Policy

To implement this policy, the Company may, at its discretion, monitor and review your E-mail and Internet access, and this may include reading and/or retrieving your E-mails and checking lists of websites that you have accessed. You must also be aware that, if you do use the Company's system for private use, the privacy of your correspondence is not guaranteed. Therefore, you should refrain from storing any personal messages on the Company's E-mail system. The Company specifically reserves this right, and it is a condition of your employment that you are deemed to accept. Please note that this access is carried out centrally and does not have to be done via your PC.

## Breach of Policy

If you are found to be in breach of any elements of this policy, then you will be disciplined in accordance with the Company's Disciplinary Procedure and you may be dismissed. In certain circumstances, breach of this policy may result in immediate termination of your employment.

**You should observe the following guidelines when using the Company's Computer systems.**

**You must:**
- choose a password that is not obvious and cannot be directly linked to yourself
- memorize and not write down your password
- change your password when the system requests it
- report anyone who asks for your password to the IT Department
- inform the IT Department immediately if you believe someone else knows your password
- ensure that unattended terminals are logged out, unless there are over-riding reasons why you should not
- inform the IT Department immediately if you suspect someone of trying to access data they do not have authorization for
- immediately report to the IT Department if you are warned of, receive, or suspect a computer virus infection
- immediately inform the IT Department of any theft or loss of data
- ensure that the information (including E-mails) you store on your computer is adequate, relevant, not excessive and not kept for longer than necessary.

**You must not:**
- tell your password to, or share an account with, any other person (either internal or external to the Company) unless under previous agreement with your Manager
- attempt to access any data or functions that you are not authorized for
- allow anyone else to use your personal account regardless of who they are. Sharing accounts leads to the possibility of fraudulent use
- attempt to install any software (including screensavers, games and bitmaps), equipment, especially modems or other communication devices. Only authorized IT staff are permitted to install equipment and software
- import or copy software without prior approval of the IT Department. Downloading must be in an IT approved manner and appropriate utilities and functions must be used to safeguard the Company's systems against unwanted effects of the software
- insert into your PC any USBs or other media brought into the building, either by your colleagues, clients, or outside vendors, without first getting the IT Department to check the media for unwanted software or effects
- use company computers for anything other than company business purposes. This includes, for example, keeping online diaries (sometimes known as web logging or "blogging") and introducing or forwarding chain letters within the E-mail environment

- copy or reproduce in any way, any software, applications, or data relating to the Company's Policy or business without the knowledge and prior consent of the IT Department. All software and packages must be used in accordance with the licensing agreements
- intentionally or recklessly upload, download, or distribute defamatory, abusive, indecent, or offensive materials.

**With reference to the Internet:**

You must:
- access the Internet only through the approved hardware/software
- use the Internet in a professional manner, all staff are acting as representatives of the Company
- take responsibility for ensuring that your use of the Internet is restricted to that material, which is pertinent to your job, or as agreed by your Manager
- seek approval in writing from your Manager prior to publishing any information on the Company's website or any other website via an Internet service
- remember all approved information published via the Internet is subject to the same regulations regarding private information and controlled disclosure of public information as govern the issuance of faxes, press announcements, electronic news, etc.

**You must not:**
- participate in on-line games, competitions, and similar activities, unless this is in relation to your job
- attempt to access known offensive or pornographic sites, or download pornography
- send User IDs and passwords across the Internet
- send as to any other company site, or to any third-party individual or organization, any information which is confidential to either the Company or to clients of either company
- send or publish information you would not be prepared to publish by any other means, or which is in any way confidential in content copy and/or reuse information taken from the Internet, unless the original source is credited, and the author's approval obtained. The Company recognizes that national and international copyright laws exist on all information published on the Internet.

# HUMAN RESOURCES

## Career Growth

An important part of being successful with the Company is developing your career. There are a number of opportunities to learn more about career growth options. We encourage you to have ongoing conversations regarding career development opportunities including on the job exposure, experience and training. Speak to your Manager, HR, or Academy to learn about opportunities.

## Performance Reviews

Performance reviews, both verbal and written, will be conducted regularly.  These performance reviews are intended as a constructive and positive two-way exchange of information where you and your Manager will meet with you to discuss your performance, career goals and aspirations.

Performance is typically measured against the standards outlined in your job description and company policies and culture. The Performance Evaluation Form includes a set of questions as well as a rating scale to assess performance. Both the employee and the manager/supervisor will complete a separate assessment of performance and will then meet to compare assessments,

providing an opportunity for discussion.

From these reviews, you will have a better understanding of your position within the studio, your strengths and areas for development.

## Change to Personal Details

It is imperative that accurate and up to date employee information is provided to Human Resources. It is your responsibility to inform the HR team of any change to your personal circumstances including, but not limited to: name, address, telephone details, banking details, via the *Personal Information Form.*

## Personnel Records

Effective personnel records help our Managers to:
- make decisions based on fact rather than guesswork
- know what staff resources are available to meet production/service requirements
- more accurately assess levels of performance and productivity
- know what is happening with attendance levels, turnover, safety, performance etc., and take appropriate and timely action

Personnel records are also necessary for the formulation and implementation of employment policies and procedures for recruitment, training, promotion, dismissal etc. Some of these policies and procedures are required by law while others enable us to monitor other processes.

Accurate records also help to ensure that our Employees receive their correct pay, holidays and other entitlements and benefits. They are also used to monitor fair and consistent treatment of our Employees, for example in relation to promotion and discipline, training and development.

All information containing personal data is carefully classified and protected against unauthorized access, accidental loss or destruction, modification, or disclosure.

# PAYROLL

## Payroll

You are paid on a bi-weekly basis.  Pay weeks run Sunday to Saturday with pay periods ending every other Saturday.  The pay date for each pay period will be the next Tuesday, 10 days after the last day of the pay period.  Deductions from your salary will be made in accordance with New Jersey and Federal law and including what you may have authorized in writing.

Any changes to your banking information must be made immediately on the *Direct Deposit Agreement Form* with a voided check and or bank authorization form and a SWIFT/WIRE number and handed to Human Resources.

## Additional Payments

If you are eligible for additional payments such as bonus or overtime, this will be stated in your Bonus Plan.

Bonuses will be paid monthly, on the second paycheck of the month, and will cover the previous month period. Overtime for hourly, non-exempt employees will be paid for hours worked in excess of 40 in a pay week.

### Expenses

The Company will refund reasonable expenses that were approved by your Manager and wholly incurred by you in the proper execution of your employee duties upon the production of original receipts to receive a refund. You should check with your Manager and/or Accounting prior to incurring any expenses to ascertain if they are reimbursable by the Company.

### Business Travel

If you are required to travel on Company Business, you will be covered for all the related reasonable expenses covered under the Travel policy.

### Hours of Work

Based on position and department, hours of work consist of 8- or 9-hour shifts, inclusive of paid, thirty-minute or 1 hour breaks. The days of the week you will work is dependent upon the shift schedule outlined by your manager.

## COMPENSATION AND BENEFITS

### Compensation

Evolution strives to attract, retain, and motivate only the best people in the marketplace. That is why we have designed our Compensation and Benefits Package to be competitive with the external marketplace, to create an incentive for sustained performance and personal growth and, most importantly, to reward you for your strong job performance and contribution.

### Bonus Plans

Any eligibility to receive a Performance Bonus will be confirmed by your Manager and any decision to award one will be entirely at the Company's discretion.

The amount of any bonus awarded is based on individual performance, conduct and contribution. However, other factors may also affect the amount including, but not limited to, the profitability of the Company and your department.

Previously paid out bonuses do not guarantee a future bonus.  Bonuses are dependent upon performance and operational position.  Bonus plans are subject to change at management discretion.

Game Presenter Performance Bonuses may be awarded monthly or at any time throughout the year, according to the terms of your offer letter. Bonus eligibility is dependent on your total performance. If you have questions regarding the bonus plan applicable to you, please contact your Manager.

### Benefits

Your entitlement to benefits is detailed in benefit plan documents. Additional benefits may be offered to you throughout the duration of your employment with the Company, but these will be given at the sole discretion of the Company.

The Company may amend or change the terms or provider of any benefit at its sole discretion at any time and without consultation.

## ATTENDANCE, VACATION AND LEAVE

The Company provides a work environment for its employees based on fairness, equity and recognition of work/life balance.

### Attendance

Regular attendance is every employee's responsibility.

Employees they are expected to report for work on time as agreed upon with his/her manager and as scheduled. Managers are responsible for managing attendance, providing appropriate follow-up, and offering supportive approaches to help improve regular attendance.

If a doctor note is provided to Human Resources within 48 hours of the absence, and the note is approved by HR, then the points will be removed.  Doctor notes need to be handed in within 48 hours of a proper call out and will not excuse any No Call No Show unless for approved Leave of Absence.

| Reason | Points |
|---|---|
| Late Arrival for shift | 1 |
| Call out 2 hours prior to start of shift | 2 |
| Improper call out (less than 2 hours prior to the start of the shift) | 3 |
| Call out for shift on High Volume Days | 4 |
| No Call No Show (Failure to arrive for work within 1 hour of the start of shift will be considered a No Call No Show) | 6 |
| No Call No Show on High Volume Day (same threshold applies as above) | 8 |
| Leaving in the middle of shift, without notice (job abandonment) | Termination |
| Leaving during shift, with notification and reason | 2 |
| Sent home for overstaffing | 0 |
| NJ Sick Leave Call out on High Volume Day, requires a doctor's note excusing the absence as well as HR approval | 0 |

Once an employee exceeds 12 points, that employee's employment with Evolution will be terminated.

**Employee's role:**
- Report for work on time as scheduled
- Participate in appropriate programs to improve attendance
- Understand that regular attendance strengthens relationships between co-workers and customers
- Recognize that regular attendance provides for a positive and respectful work environment

**Employee's responsibility if absence is required:**
1. Report your absence or reason for possible lateness, by phone to the Manager on Duty prior to scheduled start time.
2. Give a reason for your absence and date of expected return to work.

3. Advise your Manager of any changes in the date of your anticipated return to work
4. Provide medical information as requested by HR
5. Provide your telephone number or other contact information where you can be reached during your absence

**Manager's role:**
- Communicate expectations for regular attendance and for being on time for work
- Support/recognize improvement in regular attendance
- Maintain a good working relationship with employees to help identify situations before they become problems. Offer help and support

**Manager's responsibilities for absenteeism:**
1. Inquire as to the reason for absence and expected date of return and follow up as necessary.
2. If an employee will be away for more than two (2) days, follow up with the employee to clarify and document any assistance that can be provided, the need for a medical note, and opportunities to return to work.
3. Record all absences (authorized and unauthorized) electronically in NEVOS
4. Track accumulated attendance points per the Attendance Policy
5. Address concerns with employees in a timely manner, issue documentation for violations of the Attendance Policy as needed up to an including separation of Employment
6. Serve as a positive role model by attending all scheduled shifts

**Attendance Management**
All employees are expected to work as scheduled. However, certain employees may be frequently late or absent from the workplace.
Frequent and repetitive unauthorized absences from the workplace can hinder that employee's ability, or his/her coworkers' ability to satisfactorily perform and complete their job assignments.

An employee who is unwilling or incapable of sustaining regular attendance for whatever reason, except for pre-approved absence, may be subject to discipline per the above Attendance Policy. An "unauthorized absence" is defined as time away from work that was not requested by the employee and/or pre-approved by his/her Manager; this includes lateness.

In addressing employee absenteeism, Managers will review several aspects of employee performance and employment as follows:

- ✓ Employees are expected to be at work and provide service during their scheduled hours of work.
- ✓ Employees may be eligible for payment of sick time, personal days, or for authorized absence(s), but unauthorized absences from the workplace will not excused.  The manager may exercise disciplinary action up to and including separation of employment for any unauthorized absence, including lateness in accordance with policy.
- ✓ An employee whose unauthorized absences from the workplace are deemed to be excessive may be dismissed.

## EVO Days
EVO Days are paid days off offered for employees to create memorable experiences, such as donating time to community causes, participating in sports and group activities etc.

- Upon successful completion of probationary period (three months), every employee is entitled to **2 EVO days** of paid time off yearly.
  - Evo Days are prorated to the month in the calendar year in which employee starts.
- 1 paid Evo Day can be used from January 1 - June 30.
- 1 paid Evo Day can be used from July 1 - December 22.

Requirements

Employees must submit their EVO Day request to the manager/supervisor for approval per normal request off procedures.

- Only one (1) Gaming Floor Employee may take the EVO day per shift, which will be granted on a first come first serve basis.
- Employees who take the EVO Day must write a short paragraph about your eventful experience and submit the post/picture to direct manager or HR. Once approved, it will be posted to Evo Space on employee's behalf.
- *EVO Day cannot be taken on a Statutory Holiday.*

## Paid Sick Time

Paid Sick time is accrued at the rate of 1 hour per 30 hours worked for a maximum of 40 hours accrued annually. Employees can earn and use a maximum of 40 hours over a 12-month consecutive period, i.e. the "benefit year."   Evolution's benefit year for NJ Paid Sick Time is January 1st through December 31st.

Sick time cannot be used, but is accrued, during the first 120 days of employment.

Sick time may be used for those reasons expressly listed within the New Jersey Paid Sick Leave Act:

- Diagnosis, care, treatment, or recovery for the employee's own mental or physical condition (inclusive of preventive care);
- Diagnosis, care, treatment, or recovery for a family member's mental or physical condition (including preventive care);
- Time needed as a result of an employee's or family member's status as a victim of domestic or sexual violence (including counseling, legal services, or participation in any civil or criminal proceedings related to same);
- Time when the workplace, school, or childcare is closed by order of a public official due to a public health concern; and
- Time to attend a school-related conference or meeting.

Unused accrued sick time is not compensated upon separation of employment.  Furthermore, unused sick time shall not be paid out at the end of the year.  Rather, a maximum of 40 hours of accrued, unused sick leave will be carried over to the next benefit year.  In accordance with the New Jersey Paid Sick Leave Act, at no time will the amount of accrued sick leave exceed 40 hours in a given benefit year.

## Vacation

### Eligibility

Hourly Employees

| Consecutive months worked | Vacation days per year |
| --- | --- |
| 0-24 months | 10 days per year |
| 24-48 months | 15 days per year |

| | |
|---|---|
| > 60 months | 20 days per year |

Middle Management & Administrative Staff

| Consecutive months worked | Vacation days per year |
|---|---|
| 0-24 months | 15 days per year |
| 24-48 months | 18 days per year |
| > 48 months | 23 days per year |

Senior Management

| Consecutive months worked | Vacation days per year |
|---|---|
| 0-24 months | 15 days per year |
| 24-48 months | 20 days per year |
| > 48 months | 25 days per year |

Vacation entitlements, over and above the minimum entitlement, may be considered according to the individual's position or length of service with the Company.
Vacation benefits are stated in the conditions outlined in each employee's *Offer Letter.*

## Procedure for Requesting Vacation or Leave

1. All employees must submit a request for time off by the 15th of the month prior to the requested time, in order to have their vacation or leave request approved.
2. The employee's Manager will schedule and approve vacation and other time off, with consideration of others who are already scheduled off and operational requirements.

## Unused Vacation Time

1. Employees may not decline annual vacation and receive vacation pay instead.
2. Employees must use their vacation entitlement each calendar year.  Upon Manager approval, there is an option to roll over up to five days into the next calendar year.
3. Unless specifically required by state law, accrued vacation pay will only be included in the employee's final pay if employment was ended by voluntary resignation and the employee leaves in good standing.

## High Volume Days

While efforts are made to accommodate vacation requests, there are certain times of the year during which time off approval will be limited due to business needs. Employees may not be approved for any vacation time during these times and all requests may be denied for the purpose of adequately staffing the studio.  These "High Volume" periods will be communicated annually to all employees.

## Leave with Pay

### Holidays

The following days are considered paid holidays. Hourly, non-exempt employees who work on the Holiday will receive compensation at time and a half for the hours worked on the 24 hour period of calendar day.

New Year's Day – Martin Luther King Day – President's Day –Memorial Day – Juneteenth – Independence Day – Labor Day –Veteran's Day – Thanksgiving Day –Christmas Day

## Bereavement Leave

The Company recognizes that its employees require time to attend the funeral of a member of their immediate family or to handle personal affairs in the event of such death without a disruption of their income.  Upon the death of an immediate family member, an employee will be granted up to three (3) consecutive days bereavement days.  Human Resources may require employees to submit proof of death event and/or relationship to the deceased prior to authorizing Bereavement pay.
Immediate family member for the purpose of this policy is defined as spouse, parent, sibling, child, grandparent, grandchild, including step and half.

## Jury Duty

Leave with pay is granted to an employee for participation in jury duty. Each case will be reviewed individually.  Employees are responsible for providing proof of jury participation for each day.

## Leave Without Pay

## Family Medical Leave Act

In accordance with the Federal Family and Medical Leave Act of 1993 (FMLA) and the New Jersey Family Leave Act (FLA, for NJ based employees ONLY), Evolution US, LLC will provide all eligible employees with up to twelve weeks of unpaid leave within a twelve month period and restore the employee to the same or equivalent position upon their return from leave provided that they: have worked for Evolution US, LLC for at least 12 months and for at least 1,250 hours in the period immediately preceding the leave if the leave is sought for the employee's own serious health condition; or have worked for Evolution US, LLC for at least 12 months and 1,000 hours in the twelve month period immediately preceding the leave if the leave is sought for any other reason permitted under the FLA; and submitted, in a timely fashion, the appropriate documentation for this request as noted below. "Request for Family Leave"

The 12-month period in which an employee may take up to 12 weeks of leave under the FMLA/FLA will be determined upon a rolling 12-month period measured forward from the date an employee uses an FMLA/FLA leave. Employees are required to use all accumulated sick, vacation and compensatory time concurrently with their FMLA leave and before any unpaid leave time will be permitted.

An employee's entitlement for leave must qualify in the following manner:

- Because of the birth of a son or daughter of the employee and in order to care for such son or daughter.

- Because of the placement of a son or daughter with the employee for adoption or foster care.

- In order to care for the spouse, or a son, daughter, or parent, of the employee, if such spouse, son, daughter, or parent has a serious health condition.

- Because of a serious health condition that makes the employee unable to perform the functions of the position of such employee.

- Because of any qualifying exigency arising out of the fact that the spouse, or a son, daughter, or parent of the employee is on covered active duty (or has been notified of an impending call or order to covered active duty) in the Armed Forces.

Child means biological children, adopted children, foster children, stepchildren, legal wards, and other persons for whom you act in the capacity of a parent and who are under 18 years of age or over 18 years of age but incapable of caring for themselves because of a mental or physical disability.

Upon returning from a leave for any of the above circumstances, an employee is entitled to be restored to his or her original position or to an equivalent position with equivalent pay, benefits and other terms and conditions of employment, including duties and responsibilities. The employee is responsible for purchasing service credit in the State Pension System for any time out on leave.

When applicable, all Family and Medical Leaves of Absence will run concurrently with any Workers' Compensation, Americans with Disabilities, and New Jersey Temporary Disability leave.

In accordance with the FLA and FMLA, an employee is eligible for 12 weeks of unpaid leave for the birth or adoption of a child. This leave will not be in addition to any period for which the employee qualifies for New Jersey Disability for this birth or care of the newborn child or newly adopted child; however, the time taken for the disability period due to the birth will be counted as leave taken under the FMLA. Likewise, a father is entitled to take up to 12 weeks of unpaid family leave for the birth or adoption of a child. If both parents work for Evolution US, LLC, they are only permitted a combined 12 weeks. Whenever feasible, a Request for Family Leave must be provided to Evolution US, LLC at least 30 days prior to the anticipated Leave of Absence.

Any leave taken for the birth or placement of a son or daughter must begin within the 12-month period beginning on the date of the birth or placement.

Evolution US, LLC will require a medical certification including the date on which the serious health condition commenced, the probable duration of the condition, and the medical facts within the provider's knowledge regarding the condition.

Whenever feasible, requests for leave should be made at least 30 days prior to the commencement of the leave.

In addition, up to twelve weeks of leave may be taken by an eligible employee with a serious health condition as defined above. Medical certification of the need for this leave must be provided by your physician and requests for leaves on an intermittent or reduced schedule basis will be permitted as specified under the Family Medical Leave Section.

Leave because of a serious health condition (either the employee's own or that of a family member) may be taken intermittently (in separate blocks of time due to a single health condition) or in a reduced leave schedule (reducing the usual number of hours the employee works per work week or workday) if certified as medically necessary by a treating health care provider. Leave taken following the birth or placement or a son or daughter and not for a serious health condition cannot be taken intermittently or on a reduced leave schedule. However, intermittent, or reduced schedule leave may be taken if certified as medically necessary due to the mother's own serious health condition. Intermittent leave may be taken in one-day increments. An employee seeking intermittent paid family leave is required to provide Evolution US, LLC with 15 days' notice unless an emergency or other unforeseen circumstance precludes prior notice. The employee seeking intermittent leave shall make a reasonable attempt to schedule leave in a non-disruptive manner. Employees requesting such leave shall provide Evolution US, LLC with a regular schedule of days for intermittent leave.

When intermittent or reduced leave is based on planned medical treatment, Evolution US, LLC may require an employee to transfer temporarily to accommodate treatment schedule. The alternative position shall be with equivalent pay and benefits that better accommodates the employee's intermittent or reduced leave schedule.  Requests for Intermittent Leave may not be approved retroactively to cover prior absences. Any request for Intermittent Leave must be approved in advance of the employee using the Intermittent Leave.

Employees designated as key employees are ineligible for coverage under the Family and Medical Leave Act. A key employee is defined as being among the highest paid 10% of employees in Evolution US, LLC. Requests for such leave will be handled on a case-by-case basis.

Any employee on an approved disability, workers' compensation or family and medical leave of absence will continue to be covered under Evolution US, LLC Healthcare and Dental Plans at the same level of coverage that was in place prior to the leave. If the employee was making a co-payment through automatic payroll deductions for Section 125 contributions or health and dental coverage prior to the leave, the employee will be responsible to continue making the co-payments to Evolution US, LLC during their leave of absence or upon their return from leave.

During the leave period, the employee's health benefits will be continued on the same conditions as coverage would have been provided had the employee been employed continuously during the entire leave. The employee will not continue to accrue vacation, sick or personal days for the period of the leave. At the conclusion of the leave period, an eligible employee is entitled to reinstatement to the position the employee previously held or to an equivalent one with the same terms and benefits that existed prior to the exercise of leave.

## Personal Leave

Upon written authorization by the employee's manager, an employee may be provided up to 30 days of general unpaid time off work in a calendar year.  All approvals will be based solely on the needs of the operation.

## Smoking Policy

It is the Company's policy that there will be no smoking in all interior areas of the workplace, including workplace vehicles and jobsites.

- Smoking is prohibited in all interior areas of the workplace
- Smoking must include a 20 ft buffer zone from all doorways.  Smoking is permitted only during specified breaks and only in designated outdoor smoking areas.
- Employees who are interested in quitting smoking, or who have any questions or concerns with the policy may find information on www.njgasp.org.

## Alcohol and Drugs Policy

Drug and alcohol use are not acceptable in the workplace. The Company acknowledges its obligation to take all reasonable steps to ensure the health and safety of its employees.

- It is prohibited for an employee to be impaired by alcohol/drugs while at work
- The possession or use of alcohol or illicit drugs on company premises is prohibited
- An employee who is taking legal medication (whether or not prescribed by a physician), which may affect or impair judgment, co-ordination or perception so as to adversely affect his/her ability to perform work in a safe and productive manner, must notify Human Resources prior to

commencing work. Human Resources will determine whether the employee will be permitted to work or whether work restrictions will be applied.

- Employees who are not capable of competently and safely performing their job duties will not be permitted to work and will be required to leave the studio pending a full investigation. Transportation to his/her residence will be authorized by the manager and arranged by Office Management.  Such employee is subject to disciplinary action, up to and including separation of employment.

# WORKING ENVIRONMENT

## Relationships in the workplace

Evolution US, LLC (the "Company") strongly believes that a work environment where employees maintain clear boundaries between employees' personal and business interactions is necessary for effective business operations. Employees are expected to treat each other with respect, avoid hindering other peoples' work, always behave professionally and follow the company's Code of Conduct.

To avoid accusations of favoritism and abuse of authority, all supervisors and managers should avoid having personal relationships with their direct reports and/or indirect reports.  Any such relationships must be reported to Human Resources.

In the event an employee gets promoted or transferred from another department, he/she may be in a position of managing a colleague that he/she is in relationship with. In this event, Human Resources should be informed immediately in order to find a suitable solution and avoid any conflict of interests.


## Anti-Harassment and Anti-Discrimination Workplace Policy

The Company seeks to provide a safe, healthy, and rewarding work environment for its employees. It is the Company's policy that discrimination or harassment of any nature will not be tolerated in the workplace.  We do not endorse a negative working environment.  Evolution is firmly committed to ensuring a positive and professional working environment in which all people are treated with respect and dignity.

Evolution US, LLC does not discriminate against any person because of their race, color, creed religion, gender, age, national origin, ancestry, nationality, military service, marital or domestic partnership or civil union status, gender identity or expression, disability, affectional or sexual orientation, genetic information, atypical cellular or blood trait, or any other characteristic protected by applicable law.

Evolution US, LLC does not tolerate any discrimination or harassment on the basis of the aforementioned protected categories. Evolution US, LLC intends to provide a discrimination-free work environment in which all employees can work without fear of intimidation or harassment.

If any employee feels they have been discriminated against on the basis of a protected characteristic, they should immediately report this concern to their direct Manager or the Human Resource Manager. In the event that the employee is not comfortable reporting their concerns to their direct Manager, the employee may report their concern to the HR Manager. All employees will be protected against retaliation if they elect to exercise the internal grievance procedure and report any concerns about discrimination to the Manager or to HR Manager.  See Anti-Retaliation Policy for more information.

Sexual harassment constitutes discrimination and is illegal under Federal and State Law.  For the purposes of this policy, sexual  harassment  is defined, consistent with  Equal Employment Opportunity

Evolution US, LLC Employee Handbook          23

Commission Guidelines, as unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when, for example: (I) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment or continued employment; (ii) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or (iii) such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment. Sexual harassment may include a range of subtle, and not so subtle, behaviors and may involve individuals of the same or different gender.

Depending upon the circumstances, these behaviors may include, but are not limited to, unwarranted sexual advances or requests for sexual favors; sexual jokes and innuendos; verbal abuse of a sexual nature; commentary about an individual's body, sexual prowess or sexual deficiencies; leering, cat-calling or touching; insulting or obscene gestures; display or circulation in the workplace of sexually suggestive objects or pictures (including through email); and other physical, verbal or visual conduct of a sexual nature.

In addition to sexual harassment, harassment on the basis of any protected characteristic is also strictly prohibited by Evolution US, LLC. Under this policy, harassment includes verbal or physical conduct that denigrates or shows hostility, bias, or aversion toward an individual because of his or her race, color, religion, sex, national origin, age, disability, sexual orientation, genetic information or status, or any other characteristic protected by law or because of the protected characteristics of his or her relatives, friends, or associates that: (i) has the purpose or effect of creating an intimidating, hostile, or offensive work environment; (ii) has the purpose or effect of interfering with an individual's work performance; or (iii) otherwise adversely affects an individual's employment opportunities and/or ability to enjoy the rights and privileges of employment with Evolution US, LLC.

Harassing conduct includes, but is not limited to: epithets, slurs or negative stereotyping; threatening, intimidating or hostile acts; denigrating jokes and display or circulation in the workplace of written or graphic material that denigrates or shows hostility or aversion toward an individual or group (including through electronic delivery, such as via text messages or emails).

These policies apply to all applicants and employees of Evolution US, LLC and prohibit harassment, discrimination, and retaliation whether engaged in by supervisors, fellow employees, or someone not directly connected to Evolution US, LLC such as an outside vendor, consultant, professional, member of the public, or customer. The conduct prohibited by these policies is unacceptable in the workplace and in any work-related setting outside the workplace, such as during business trips, business meetings, and business-related social events or conferences.

Evolution US, LLC strongly requires the reporting of all incidents of discrimination, harassment, or retaliation, regardless of the offender's identity or position. Individuals who believe they have experienced conduct contrary to this policy, or who have concerns about such matters should bring their complaints, reports, or concerns to their direct Manager and/or HR Manager. Individuals should not feel obligated to bring their complaints, concerns, and reports of discrimination or harassment to their immediate supervisor first before bringing the matter to the attention of one of the other representatives designated by Evolution US, LLC, as specified above.

Early reporting and intervention are the most effective method of resolving actual and perceived incidents of harassment. Accordingly, Evolution US, LLC strongly urges the prompt reporting of complaints or concerns so that proper and constructive action can be taken. The availability of this

complaint procedure does not preclude individuals who believe they are being subject to harassing conduct from promptly advising the offender that his or her behavior is unwelcome and requesting that it be discontinued.

Any reported allegation of harassment, discrimination, or retaliation will be investigated promptly and thoroughly. The investigation may include individual interviews with the parties involved and, where necessary, interviews with individuals who may have observed or overheard the alleged conduct or may have other relevant knowledge pertinent to the complaint.

Confidentiality will be maintained throughout this investigative process to the extent that it is consistent with conducting an adequate investigation and engaging in appropriate corrective or remedial actions.

Misconduct constituting harassment, discrimination, or retaliation will be dealt with promptly and effectively.  Individuals who Evolution US, LLC determines have engaged in this conduct will be subject to discipline up to and including termination.

All Evolution US, LLC employees have a responsibility for keeping our work environment free of harassment.  Supervisors and managers have an affirmative duty to proactively evaluate the workplace to ensure that it is harassment-free.  Any employee, who becomes aware of an incident of harassment, whether by witnessing the incident or being told of it, must report it to their supervisor or any Evolution US, LLC representative with whom they feel comfortable.  When management becomes aware that harassment exists, Evolution US, LLC is obligated by law to take prompt and appropriate action, whether or not the victim wants Evolution US, LLC to do so.

## Americans with Disabilities Act and Disability Policy

Evolution US, LLC is committed to full compliance with the Americans With Disabilities Act ("ADA") and the New Jersey Law Against Discrimination ("NJLAD") as well as ensuring equal employment opportunities for disabled persons and individuals who have a history of disability.  Reasonable accommodations will be made to adapt the workplace, when necessary, and Evolution US, LLC reserves the right to choose the accommodation plan that best suits the employee and The Company.

## Whistleblower and Anti-Retaliation Policy

The Company is committed to achieving high standards in honesty, integrity and accountability, and promoting a culture of openness and transparency in its interaction with employees. The Company encourages whistleblowing in order to achieve this commitment. Whistleblowing refers to the act of reporting alleged misconduct. Whistleblowing enables the Company to take action immediately to resolve problems and minimize the risk of damage to our employees, business, clients, and customers.

The Company treats all complaints as confidential to the fullest extent possible. All complaints will be reviewed and assessed by HR. Where warranted, an appropriate, objective and impartial investigation is conducted and there may be an implementation of strategy or disciplinary action when a complaint is correctly identified.

Evolution US, LLC maintains a zero-tolerance policy toward retaliation.  As such, retaliation against any individual who reports discrimination or harassment or participates in an investigation of such reports is strictly prohibited.  Retaliation against any individual for reporting harassment or discrimination or for participating in an investigation of a claim of harassment or discrimination is a serious violation of this policy and, like harassment or discrimination itself, will subject individuals involved to serious disciplinary action up to and including termination of employment.

In addition, employees have the right, under the Conscientious Employee Protection Act, N.J.S.A. 34:19-1, et seq. ("CEPA"), to complain about any activity, policy, or practice that the employees reasonably believe is in violation of a law, rule, or regulation promulgated pursuant to law without fear of retaliation or reprisal. Evolution US, LLC prohibits any retaliation against an employee who discloses, objects to, or refuses to participate in actions that the employee reasonably believes are either illegal or in violation of this policy.  Any employee who reasonably believes they have knowledge of an alleged wrongdoing is strongly encouraged to report their concerns to their supervisor in writing in order to provide Evolution US, LLC with the opportunity to correct the problem.

Any employee who feels they have been retaliated against for engaging in an activity listed in this policy should immediately report their concerns to the HR Manager or designee so an investigation can be conducted. All complaints will be taken seriously and will be investigated.

## Cafeteria
Your daily meal at Hard Rock Canteen is covered by Evolution once per shift in an 8-hour period.  If you visit more often you will be charged $5 via payroll deduction for each subsequent visit.

## Hard Rock Premises
You are not permitted to gamble on the Hard Rock premises when you are off duty.

## Parking
Employees are able to park in the Hard Rock Parking Garage and enter through the employee parking side, using the Hard Rock ID to open the security gate.  All employees are required to provide their make, model, and plate number in order to get the parking pass for their vehicle. Place sticker on lower passenger side of the back windshield.  Employees are required to park on floors 9 and up.

## Discipline
To address misconduct, the following factors are taken into consideration:

- Seriousness and/or frequency of the problem
- Employee's conduct history
- Effect on the Company

The Company follows a progressive discipline approach and proactively acts on misconduct. When needed, an investigation may be conducted and a decision will be made to provide a measure of discipline. A decision of misconduct can result with: a verbal warning, written warning, suspension, and/or separation of employment. The following are, but not limited to, all topics considered worthy of a misconduct investigation:

- Attendance/Absenteeism (e.g. breach of attendance policy and procedures)
- Health and safety (e.g. breach of the Company's Policies relating to Dress, Smoking, Health and Safety, Alcohol, Drug and Substance Abuse)
- Company property and facilities (e.g. breach of the Company's Policies relating to Personal Phone Calls, Computer Security)
- Any severe breach of policy or procedure
- Breach of anti-discrimination, anti-harassment, anti-retaliation and anti-violence policies

## Disciplinary Procedure

As our Employees are our greatest asset, our success depends upon their commitment to the highest standards of personal performance and conduct.

If your performance or conduct is not satisfactory, your Manager will provide appropriate feedback. While minor issues may be dealt with informally, should your performance or conduct not improve following any informal warning, or should the issue be of a more serious nature, formal action may be necessary under the Company's Disciplinary Procedure.

## Measures of Discipline

Disciplinary actions include verbal warning, written warning, final warning, suspension, and/or separation of employment.  In each stage, the following will occur:

- Discussion between you and your manager about misconduct
- Discussion to clarify and understand the reasoning for the misconduct
- Disciplinary Action Form provided to you that outlines:
    - Facts of Misconduct/behavior
    - Expectations for actions/behavior going forward
    - Resources and timeline for improvement

Typically, each of the measures of warning are followed consecutively. However, the Company may bypass any of the measures at any time, depending on the seriousness of the matter and may choose to forego the entire progressive discipline procedure where serious conduct warrants immediate termination.

## Investigations

During investigations regarding misconduct or violations of a workplace police, the Company may decide to remove you from the workplace while the investigation is being carried out or pending resolution of the complaint.

Once the investigation is complete, a decision will be made and action will be taken according to the Company's Disciplinary Procedure.

# HEALTH AND SAFETY

Evolution US, LLC is committed to promoting a safe and healthy workplace and environment for its employees and to establish and maintain safe working practices through proper procedures and direction. Safety is everyone's responsibility.  Should any employee experience an injury or illness, every effort will be made to accommodate that employee to ensure her or his attendance at work through our company's disability management element of the Occupational health and Safety Program.

Upon your onboarding, you will receive a Health and Safety Orientation so that you're familiar with health and safety policies and procedures at the Company. You will also be responsible for reviewing and understanding the *Health and Safety Manual.*

## Responsibilities

*Management*

 It shall be the responsibility of the Head of Studio to establish and maintain adequate standards, policies, procedures, work practices and maintenance of buildings and equipment to provide a safe working environment and for ensuring that their supervisors are instructed and trained in safe working practices.

*Supervisors*
It shall be the responsibility of Management to ensure that employees are instructed in safe work practices to secure compliance with established policies and procedures, conduct regular safety inspection, take appropriate action and conduct regular safety meetings, to report to the owner any real or potential safety or health hazards and conduct accident investigations.

*Employees:*
It shall be the responsibility of every employee to observe the established policies and procedures, to work in a prudent and safe manner and to report any real or potential safety or health hazard to his or her Manager.

## Accident or Incident Reporting

Workplace injuries must be reported immediately to your manager and properly documented on an ***Accident/Incident Report Form*** as soon as possible.

All employees must report any incident that happens during the course of working in the studio. An incident is defined as any situation that causes harm or has the potential to cause harm or liability. If an unusual incident or injury occurs, the employee or Manager on Duty is responsible for completing an ***Accident/Incident Report Form***. Injuries may include an incident while on Company business or an injury to staff, volunteers or visitors in the studio.

## First Aid

The Company is committed to ensuring that essential safety principles are in place, and that every employee understands their safety responsibilities. A First Aid Kit is available for all employees to use and is located in the HR room and at reception.

## Fire

In the Event of Fire:

1. Immediately advise an Evacuation Coordinator who will conduct an orderly evacuation and pull the fire alarm
2. The Evacuation Coordinator will dial 911 for Fire Department and state the location and nature of the emergency or have someone else do so and report back to them.
3. Close any doors behind you
4. Evacuate the area and proceed to the assembly area

## Power Failure

Flashlights are plugged in the walls in designated areas of the studio in the event there is a power failure.

1. Gather your personal belongings and assemble in designated staging areas.
2. Should anyone need to go back to their desk they are required to go with one of the Evacuation Coordinators.
3. Evacuation Coordinators will assist and direct employees towards the lobby. When they arrive at the lobby, further instructions will be provided.

### Emergency Exits

Know where the emergency exits are. In the case of emergency, exit through these doors and take the stairs out to the Assembly Area.

## PARTING COMPANY

We are very proud of what our Employees achieve for Evolution. In return, we endeavor to provide you with an enjoyable, exciting, challenging and successful career with us.
However, we also appreciate that some relationships do not last forever, and so, if you are leaving the Company, for whatever reason, we hope that you will have enjoyed your time with us and will look back on it as a positive and career enhancing experience.

### Resignation

Employees wishing to resign from working at the Company should inform his/her Manager verbally and in writing. Up to four weeks' notice of a pending resignation would be appreciated and we would appreciate feedback about successes, or any dissatisfaction experienced while working at the studio.

### Terms for Dismissal

Unfortunately, there are times when it is in the best interest of our business and our employees to end their term with the Company.

Typical reasons for termination are listed below. As noted above, the Company may bypass progressive discipline, depending on the seriousness of the matter, and termination may occur immediately.

- The employee is not suitable for the position because they can no longer perform satisfactorily to the standards in their job description or as set by his/her Manager.
- Violation of policies and procedure
- The employee refuses a reasonable position change based on the needs of the business
- Poor relationships developing with management, coworkers or clients.
- Technical or professional incompetence
- Fraud, i.e. internal theft or dishonesty
- Theft, misappropriation, unauthorized possession or unauthorized disclosure of any property or information belonging to the Company, the Group, or the Company's clients or any employee of the Company
- Serious or repeated damage to the Company's property or the Company's reputation
- Falsification of or misrepresentation in reports, accounts, expense claims or other documentation
- Intoxication by reason of drugs or alcohol during working hours
- Having alcohol or drugs in employee's possession, custody or control in the Company's premises or property,
- Violent, dangerous, or intimidating conduct to include any verbal threat of violence,
- Harassment of any kind
- Having any kind of contact or communication with the end-users of the Company's or the Group's services, e.g. players of the Live Casino, other than when performing his/her professional duties under this Agreement and during working hours, unless such contact or communications has been approved in advance in writing by the Manager
- Insubordination, absenteeism or refusing to follow a reasonable job-related request

Final decisions for dismissal will be conducted by HR after a complete review.

## Exit Interview / Discussion of Benefits

If an employee chooses to resign their employment, it is important that we determine the specific reason. Therefore, we will ask cooperation in submitting a brief written explanation to the Manager and completing our exit interview process, which may involve a phone call, and or a private meeting with HR.

## Return of Company Property

Equipment, material and supplies that are provided by the Company are considered to be Company property and may be used solely for Company business purposes. You will need your Manager's approval if you wish to take any company property out of the office. Any Company properties such as equipment, keys, uniforms, nametags, etc. must be returned to your Manager upon your last day of work. You must immediately report any damage to, or loss of Company property to your Manager.

# GAME FLOOR INFORMATION

## Game Floor Appearance and Dress

Overall, you should ensure that you look elegant, confident, and relaxed. Below are specific guidelines with regards to your dress.

**Uniforms:** Must be clean and presentable; Waistcoat buttoned up; Bow-tie straight
**Undergarments:** Ensure that all straps and undergarments are not showing
**Tights color:** Neutral or black with foot coverage (no leggings)
**Shoes Style:** Wear shoes that would complete an evening look; polished if necessary
**Shoes Color:** black (depends on the project and uniform)
**Make-up**: Neat, classic, evening matte make-up; Avoid shine on face for camera purposes
**Facial hair**: Kept well groomed; Clean shaven beard/mustache neatly trimmed
**Hairstyle:** Neat evening hairstyle which completes evening look and can be used on the evening ceremonial activities
**Jewelry colors**: silver, gold, bronze and pearls
**Jewelry style**: Small, elegant, classic jewelry; one wedding ring without stones allowed. Earrings and necklaces allowed (no jewelry showing sexuality/race/religion denotations are allowed (e.g. crucifixes) avoid exaggeration with jewelry)
**Nails:** Manicured, short, accurate nails (max 2-3 mm), All nails must be the same color except for classic French which is accepted. Ornament, drawings, decorative stones, mixed colors, colored French are not acceptable.
**Tattoos:** Visible tattoos must be covered with special foundation unless allowed by position. Only special foundation which is invented for purpose of covering tattoos must be worn, no other means of covering tattoos.

## Behavior Guidelines

- Any problems with colleagues must be brought to management attention, sorted out on breaks and out of the gaming floor
- Be on time on change/from the break
- Leave mobile phone in the staff locker or cabinet with silent mode activated or switched off
- Change street clothes before going on the floor
- Change out of uniforms before exiting the studio
- Be in the building during all breaks

## Behavior on the Tables

- Smile, you are the face of the company and should look and feel 'Alive'
- Sit straight with good posture, hands should be visible to the camera
- Remember you are also visible from other cameras
- Greet all players when you arrive at the table
- Greet each new player when they arrive at the table
- Emphasize a players' good luck
- Speak clearly, with good manners using the correct language and etiquette
- Avoid speaking with other game presenters and shufflers in front of the camera
- Use the mouse only to adjust the chat window or to use the signal system
- Avoid putting your legs on the table crossbar
- Look in front of you, only on the screen, and engage your players
- Inform the players when a new Game Presenter arrives to change you

## Uniform Maintenance

As a Game Presenter or Shuffler, you are provided with uniforms based on the clients' specifications. Uniforms must be kept neat, cleaned and ironed. Upon hire, you will receive two uniforms so you will have a clean uniform to use at any time.

The Company has arranged for cleaning service to ensure your uniforms are clean and presentable. You are responsible for the delivery and collection of your uniforms to the cleaning service vendor. Contact details for the cleaning service are provided by the Academy.

Contact Academy or your Manager with any concerns with regards to your uniforms and for return of your uniforms following your departure with the Company.

In the event you do not have your uniform, a spare uniform may be used and returned by the next shift.

## Lockers and Personal Property

The Company has no responsibility for personal items or property that you bring into the office. All employees are kindly asked to keep all possessions in secured lockers or cabinets that are kept locked at all times or to leave them at home. If you have any property that is lost or stolen, you must notify your Manager/Supervisor immediately. Lockers are not meant to keep personal belongings overnight. You must take with you any items in the lockers on a daily basis.

## Start of Shift

It is expected that you arrive and are ready to work on the gaming table 15 minutes prior to your first shift.

You may only enter the gaming floor in uniform. Personal belongings (phones, napkins, bags, make-up, drinks, jackets, etc) are not allowed to be placed anywhere in gaming floor area.

Eating or drinking on gaming floor or at the tables (including chewing gum, water, etc.) is stricly forbidden. Turning around and not cooperating with camera is not allowed.

Delaying games without purpose or request by MCR may result in disciplinary action.

## Daily Sign In

Employees are responsible for signing in each shift they work. This is done at reception by signing a daily sign in sheet.

You are not authorized to sign in on the behalf of anyone else.

## Access Cards

As a Game Presenter or Shuffler, you are provided with an access card which you will be required to swipe on the gaming table. This will keep track of your attendance on the table as well as your performance.  Information from this card is uploaded and tracked on our internal software program, TTS. Team and Service Managers refer to TTS daily for scheduling, performance of dealing the games, and eligibility for bonuses.

## Academy

Academy is open for all employees 24/7. Employees who are not in training but wish to practice may do so upon request to his/her manager or the Trainer.

Only Evolution training equipment can be used to practice and must be left the same way as given by your respective Manager or Trainer. Any training modules and systems can be switched on or off and managed only by a Manager on shift or Trainer; therefore, employees are required to ask permission and request opening/managing/closing of module(s) or systems.

Food and drinks are not permitted in training premises. Mobile phones must be silenced in Academy and/or put in lockers.

Personal belongings must be stored in changing rooms and locked in lockers while in Academy.

Employees are not permitted to disturb training process or any workshops absent an emergency.

Employees are not authorized to teach, explain, show, use modules and systems relating to job specifics to the same level employees (colleagues or trainees) if not trained and approved to do so by their direct manager.

## Scheduling

The schedule will be published and provided in as much advanced notice as possible, with the aim of at least two weeks' notice.

Schedules may be changed within 24 hours due to emergency situations.

## Swapping a Shift with a Colleague

- Swaps can be arranged with colleagues.
- Both colleagues must agree to the swap.
- The swap must be communicated no later than 48 hours before the start of the first swapped shift.
- An agreement of the 'return swap' date/time must be established before the swap can be processed.
- All swaps must be returned/completed in full within the same month as each other
- An agreement to swap shifts must be for the same shift (timeframe).  It must not contravene any law, nor incur overtime pay.  Your manager will also ensure that no laws are violated when completing the swap.

## Change of Game Presenter at the Dealer Table

When coming back from a break, a GP must be standing at the table, prepared and ready for dealer change, no later than five minutes before the shift starts.

## Talking Between Tables and Gaming Floor

Talking between tables and in gaming floor with colleagues who are performing at live tables is prohibited. This disrupts the concentration of the Game Presenter, live feed, clients, and customers involved.

## Player Contact

It is prohibited to form any relationship with players you meet online during your work hours.
It is prohibited to accept or send social media friend requests, messages, emails, phone calls, personal contact details, or meeting up in any way (online or in person) with any player.

Any player who comes online that you know, either presently or from the past, should be reported immediately to your manager.

## Communication with Players

- Communication with players generally follows "Alive" values and is involved and active.
- Conversation with the players shall be welcoming, courteous, and polite. A moderate tone of voice shall be used while avoiding any type of derogatory or profane language.
- Recognize players, for example: "Jonny, nice to see you back, how were your holidays?"
- Customer service on a high level
- Speech must be clear and loud enough, expressive, and commentary
- Avoid long pauses
- Speak English fluently without apparent grammatical/stylistic mistakes

## Forbidden Topics

The following list provides a list of non-exhaustive examples of topics or actions forbidden in front of camera or on the gaming floor:
- Discussing game related winning systems
- Religion
- Politics
- Company details, internal information
- Personal details
- Discussing any information about colleagues
- Sexual orientation
- Any sexually related topics
- Announcing, discussing any technical problems
- Discussing any negative condition – hangover, tiredess, etc.
- Working schedule of yourselves and colleagues
- No offensive coversations with customers – be neutral
- Any other topics which might damage company reputation and or expose confidential information

## Player Accounts with our Licensees

You are obliged to inform EG management if you have an online player account with any of our clients (Hard Rock, 888, Sugar House, Pokerstars, Resorts, Ocean, etc.) by sending your player nickname and online casino name to the team managers. You can play and do any sports betting except accessing and playing Live Casino tables powered by Evolution.

## Player/User Solicited Tips

A "*Cash App*" is unacceptable within Evolution.  It has been brought to management's attention that there has been a potential "collusion" amongst the Game Presenter's and the on-line users.  Kindly note, that this puts the business license at risk and will put the Game Presenter and or shuffler license at risk.

If you previously engaged in this act and or engage going forward, your employment with Evolution will be dismissed immediately!

Evolution recognizes that players want to tip and the Game Presenter would gladly accept it, however, at this time accepting tips from a "Cash App" is NOT PERMITTED nor will it be TOLERATED within the Evolution Studio.

"*Collusion*" is secret or illegal or conspiracy, especially in order or to cheat or deceive others.

## Entertainment in Hard Rock

New Jersey based Evolution employees are not allowed to partake in gambling or use of entertainment facilities within the Hard Rock property. The Hard Rock area is off limits and will only be utilized by Evolution Staff for a specific event.  The event needs prior approval from Human Resource.



# Direct Deposit Agreement Form

## Authorization Agreement

I hereby authorize Evolution US, LLC to initiate automatic deposits to my account at the financial institution named below. I also authorize Evolution US, LLC to make withdrawals from this account in the event that a credit entry is made in error.

Further, I agree not to hold Evolution US, LLC responsible for any delay or loss of funds due to incorrect or incomplete information supplied by me or by my financial institution or due to an error on the part of my financial institution in depositing funds to my account.

This agreement will remain in effect until Evolution US, LLC receives a written notice of cancellation from me or my financial institution, or until I submit a new direct deposit form to Payroll or HR.

## Account Information

Name of Financial Institution: _____

Account Number: _____  ☐ Checking | ☐ Savings

Transit Number: _____

Institution Number: _____

## Signature

Print Name: _____

Authorized Signature: _____  Date: _____

Please attach a voided check or deposit form and return this form to Payroll or HR.



## Employee Information Form
Please print clearly and submit completed form to Human Resources

☐New Information        ☐Change of Information

1.   Employee Information

| | | |
|---|---|---|
| | | |
| *Last Name* | *Middle Name* | *First Name* |
| ❑ Male    ❑ Female | (          ) | (          ) |
| *Gender* | *Home Phone Number* | *Mobile Phone Number* |
| | | |
| *SSN Number* | *Manager to verify SIN number (initial)* | *Date of Birth(mm/dd/yyyy)* |
| | | |
| *Address and City* | *Province* | *Postal Code* |
| | | |
| *Personal Email* | | |

2. Emergency Contact Information

| Contact Name<br>*Last Name, First Name* | Relationship | Phone Number |
|---|---|---|
| 1. | | (        ) |
| 2. | | (        ) |



## Accident/Incident Report Form

Date: _____

Reported by: _____    _____
                    First name                Last name

**Details of incident or concern:**

Date of occurrence: _____ Time: _____ am/pm

Employee involved:      _____   _____
                                First name                    Last name

Employee's Manager:    _____   _____
                                First name                    Last name

Location: _____

Description of incident:

_____

_____

_____

_____

_____

Describe action or steps taken at time of incident:

_____

_____

_____

_____

Witnesses:

1. _____    _____        _____
   Name                        Signature                     Phone Number


2. _____    _____        _____
   Name                        Signature                     Phone Number

**Submit this form to the Manager or Supervisor immediately.**



## Entertainment in Hard Rock Form

Date Submitted: _____

Date of Upcoming Event: _____    Time of Event: _____

Event Type:
_____
_____

☐ Check here if staying overnight

Dates of Overnight Stay: _____

_____    _____
Manager's Approval                                      Date

## ACKNOWLEDGEMENT

> ***Acknowledgement:***
>
>
> *This is to acknowledge that I have received a copy of the Employee Handbook and understand that it outlines my privileges and obligations as an employee with Evolution US, LLC.*
>
> *I further understand that this Handbook governs my conditions as a employee and that it is my responsibility to familiarize myself with all policies, guidelines, information, and requirements.*
>
> *Since the information described in the Handbook are subject to change, I understand and agree that Evolution US, LLC may make such changes at any time and I agree to follow all changes.*
>
>
> **Name:** _____
>
>
> **Signature**: _____
>
>
> **Date**: _____