# EXHIBIT 6

DocuSign Envelope ID: A3286220-A7DA-458D-8698-0932EF5EB9BD



### RESOLUTION
### OF THE BOARD OF MANAGERS OF
### EVOLUTION US LLC

We, the undersigned, being Directors of the Board of Managers (the "Directors") of Evolution US LLC, a limited liability company duly organized and validly existing under the laws of Delaware (the "Company"), agree that the following resolutions were made on February 17th, 2023.

It is hereby resolved that the following individuals will act as "Key Executives" of the Company for bank purposes:

1. Jacob Claesson
2. Zachery Fender
3. Ankita Patel

The Key Executives are constituted and nominated to represent the Company in its name, place and stead for all banking related matters including but not limited to the following:

1. Authority to transact business;
2. Open, manage, and update online accounts; and
3. The maintenance of savings, checking and other accounts.

It is further resolved that the Key Executives shall be authorized to do anything which is ancillary and conducive to the above and that the authority given by this Resolution cannot be transferred or assigned to any other person or entity, in part or in whole.

Notwithstanding the before mentioned, this Resolution is valid from the date hereof and shall be automatically revoked for any individual Key Executive if he or she terminates or is terminated for whatever reason from his employment with any of the Company's affiliates.

[signature page follows]

**EVOLUTION US LLC**

1000 Boardwalk,
Atlantic City, NJ 08401,
USA

asrealasitgets@evolution.com
www.evolution.com

Exhibit

Defendant 022

15th May 2025



SIGNATURE OF THE DIRECTORS:

DocuSigned by:

*Jesper von Bahr*

C4B5B423B0DE4DA...

Jesper von Bahr

DocuSigned by:

C54549FE72994D8...

Martin Carlesund

EVOLUTION US LLC

1000 Boardwalk,
Atlantic City, NJ 08401,
USA

asrealasitgets@evolution.com
www.evolution.com