# EXHIBIT 9

**GROUP SERVICE AGREEMENT**

**between**

**EVOLUTION LATVIA, SIA**

**and**

**EVOLUTION MALTA HOLDING LIMITED**

Group Service Agreement EMHL - Latvia

Exhibit

Defendant 005

15th May 2025

THIS AGREEMENT by and between:

(1) **Evolution Latvia, SIA,** registration No 40003815611, registered address: Brivibas iela 151, Riga, LV 1012, Latvia, hereinafter referred to as '**EG Latvia**, represented by Jesper von Bahr; and

(2) **Evolution Malta Holding Ltd.**, registration No C48665, registered address: Level 1, The Centre, Tigne Point, Sliema TPO 0001, Malta, hereinafter referred to as '**EG Malta'**, represented by Jesper von Bahr

both together hereinafter collectively also referred to as the '**Parties**' and each individually as the '**Party**',

WHEREAS

(A) The Parties are members of the same group of companies (Evolution Gaming group), ultimately owned by Evolution Gaming Group AB, hereinafter referred to as '**Group'**; and

(B) EG Malta wishes to contract EG Latvia for the provision of different services for all of its subsidiaries as required by the individual subsidiary under the terms and conditions agreed herein.

NOW, THEREFORE, the Parties have entered into the following agreement for the provision of certain services, hereinafter referred to as '**Agreement**'.

1. **SUBJECT MATTER**

1.1. EG Latvia shall provide to EG Malta and its subsidiaries as listed in **Annex B** hereto (the "**Subsidiaries**") the services listed in **Annex A** hereto (the "**Services**") as required and requested by the individual subsidiary.

1.2. Each Subsidiary hereby acknowledges the terms and conditions set out in this Agreement, including the services and the related service fees in Annex A.

1.3. The Services shall be provided on regular basis during the validity term of this Agreement.

2. **PROVISION OF SERVICES**

2.1. EG Latvia shall provide the Services according to necessity and requirements of EG Malta and/or each of the Subsidiaries individually in the most effective manner.

2.2. When providing the Services, EG Latvia shall not be limited to using its own employees or equipment and may use third parties, including other related entities within the Group, in the provision of services or any part hereof. EG Latvia shall use all proper and reasonable care in selecting such third parties, using its best endeavours to ensure that an appropriate balance between cost control and quality is always achieved and that, where possible, such third parties have been designated as or are otherwise generally known by the Parties to be experts in their respective business issue.

2.3. EG Latvia shall be solely liable for payments to all third parties contracted for the provision of the Services or equipment and nothing in this Agreement is construed as to establish joint several liability of the Parties towards third party suppliers.

3. **FEE FOR THE SERVICE**

3.1. EG Latvia shall directly invoice the individual Subsidiaries or EG Malta a **Service Fee** as detailed in **Annex A** hereto in consideration of the Services to be provided by EG Latvia to the respective company.

Group Service Agreement EMHL - Latvia

3.2. The Service shall be exclusive of any Value Added Tax. Should the Service Fee be subject to Value Added Tax or similar levies, these amounts will have to be paid by company the Services are being provided to.

3.3. EG Latvia shall be entitled to invoice for the Services it has provided pursuant to this Agreement on a monthly basis. The payment term shall be 30 days after the invoice date. EG Latvia shall supply details of the Services provided.

3.4. All sums payable to either Party under this Agreement shall be paid in EUR, the local currency of EG Latvia or such other currency that the Parties agree.

## 4. TERMINATION

4.1. This Agreement shall be automatically terminated from the date on which any of the Parties ceases to be a member of the Group, i.e., if more than 50% of direct or indirect shareholding is transferred to the entity or individual not related to the Group.

4.2. This Agreement may be terminated by mutual agreement of both Parties.

4.3. Either Party may unilaterally terminate this Agreement by giving three months' prior written notice to the other Party.

4.4. The Parties may mutually agree in writing to shorten or waive entirely the notice period specified in clause 4.3 above.

4.5. Either Party may unilaterally terminate this Agreement with immediate notice:

4.5.1. in case of any material breach of the obligations specified herein, if such breach is not rectified within 30 days of receipt of written notification of the breach by other Party;

4.5.2. in case the Party enters into arrangements with its creditors or seeks the benefit or protection of bankruptcy proceedings or this Party becomes insolvent or discontinues its operations.

4.6. Upon termination of this Agreement EG Latvia shall return to EG Malta all information and materials it has received from EG Malta.

## 5. CONFIDENTIALITY

5.1. The text of this Agreement and any information obtained by any Party in connection with this Agreement shall be treated as confidential, and none of the Parties shall disclose it to any person or entity that is not a party to this Agreement without the prior written consent of the other Party.

5.2. Nothing in this Agreement shall prevent any Party from disclosing confidential information without the prior written consent of the other Party where this is required by applicable law. In that event, the Party concerned shall promptly but no later than within two working days notify the other Party of such disclosure, unless notification is prohibited by applicable law.

## 6. VALIDITY

This Agreement shall take effect from the date of being signed by both Parties and shall remain valid indefinitely until terminated in accordance with clause 4 above.

## 7. AMENDMENTS

This Agreement may only be amended in writing between the Parties. Any such written amendment shall become an integral part of this Agreement.

Group Service Agreement EMHL - Latvia

**8.    PARTNERSHIP**

8.1.   This Agreement shall not create a partnership between the Parties.

8.2.   Each Party shall carry on a business only in its country of registration.

8.3.   EG Latvia shall provide the Services specified herein to customers situated in any country.

8.4.   None of the Parties shall be entitled or authorised in any manner or for any purpose to create obligations, enter into agreements or accept liability on behalf of the other Party.

**9.    TRANSFER OF RIGHTS AND DUTIES**

None of the Parties may assign its rights and duties specified herein to any person or entity that does not belong to the Group without the prior written consent of the other Parties.

**10.    APPLICABLE LAW**

This Agreement shall be governed by laws of Malta.

**11.    FINAL PROVISIONS**

11.1.  The Parties agree and acknowledge that the provisions of this Agreement shall be applied to Services provided by EG Latvia starting from 1st January 2020.

11.2.  This Agreement shall supersede all previous oral and written arrangements between the Parties regarding the terms and conditions of this Agreement.

11.3.  If any provision of this Agreement is declared invalid or unenforceable, this shall in no event affect the validity and enforceability of the remaining Agreement.

11.4.  This Agreement has been prepared and signed in English language.

11.5.  This Agreement has been prepared and signed in two counterparts having equal legal force, one to each Party.

*[Signatures to follow on next page]*

4

Group Service Agreement EMHL - Latvia

**SIGNATURES OF THE PARTIES**

**On behalf of EG Latvia:**

DocuSigned by:

*Jesper von Bahr*

C4B5B423B0DE4DA...

Jesper von Bahr
Director

**On behalf of EG Malta:**

DocuSigned by:

*Jesper von Bahr*

C4B5B423B0DE4DA...

Jesper von Bahr
Director

Group Service Agreement EMHL - Latvia

**ANNEX A**
**Service Fee**

I.   The Service Fee payable by the company ordering the Services shall cover all costs incurred by EG Latvia upon provision of Services plus below defined profit mark-up. For purposes of this Agreement, the term „costs" shall include all variable and fixed value adding costs reasonably related to the provided Services, including travel and other expenses for providing Services.

II.  The Parties intend that the Service Fees paid to EG Latvia for the Services provided by EG Latvia according to this Agreement shall comprise of an arm's length amount reflecting the nature of the Services provided and the related costs incurred by EG Latvia.

III. The arm's length principle shall mean that cost calculations made according to this Agreement include all reasonable costs incurred during the provision of Services, including representation costs. However, the total value can be changed by EG Latvia at the end of each financial year to reflect the adjustments made to actual costs incurred during the same calendar year.

IV.  The Parties agree to confirm for each subsequent calendar year, the profit mark-up, which is intended to produce an operating result for EG Latvia that is at arm's length. This confirmation shall be made by January 10 of each subsequent calendar year or such other date that the Parties agree.

V.   The different Services provided by EG Latvia under this Agreement are as follows:

(i)   Legal/ Accounting – ▮ mark up

(ii)  Warehousing/ Purchasing – ▮ mark up

6
Group Service Agreement EMHL - Latvia

## ANNEX B

## Subsidiaries

Each Subsidiary hereby acknowledges the relevant terms and conditions set out in this Agreement (including Annex A) for the provision of the Services by EG Latvia.

| Evolution Malta Limited | Evolution Gaming Malta Limited |
|---|---|
| *Jesper von Bahr* <br> C4B5B423B0DE4DA... <br> _____ <br> Jesper von Bahr | *Jesper von Bahr* <br> C4B5B423B0DE4DA... <br> _____ <br> Jesper von Bahr |
| Evolution Gaming Limited | Evolution New Jersey LLC |
| *Jesper von Bahr* <br> C4B5B423B0DE4DA... <br> _____ <br> Jesper von Bahr | *Jesper von Bahr* <br> C4B5B423B0DE4DA... <br> _____ <br> Jesper von Bahr |
| Evolution Pennsylvania LLC | Evolution Belgium BVBA |
| *Jesper von Bahr* <br> C4B5B423B0DE4DA... <br> _____ <br> Jesper von Bahr | *Jesper von Bahr* <br> C4B5B423B0DE4DA... <br> _____ <br> Jesper von Bahr |
| EvoGame Estonia OU | Evolution Gaming Studios RO SRL |
| *Jesper von Bahr* <br> C4B5B423B0DE4DA... <br> _____ <br> Jesper von Bahr | *Jesper von Bahr* <br> C4B5B423B0DE4DA... <br> _____ <br> Jesper von Bahr |
| Evolution Netherlands BV | Evolution Canada Gaming Limited |
| *Jesper von Bahr* <br> C4B5B423B0DE4DA... <br> _____ <br> Jesper von Bahr | *Jesper von Bahr* <br> C4B5B423B0DE4DA... <br> _____ <br> Jesper von Bahr |
| Evolution Canada Studio Limited | Evolution Georgia LLC |

Group Service Agreement EMHL - Latvia

DocuSign Envelope ID: 4687C1FF-1D6E-4A1A-B9F2-C0DA4C043CCA

| | |
|---|---|
| DocuSigned by:<br>*Jesper von Bahr*<br>C4B5B423B0DE4DA...<br>Jesper von Bahr | DocuSigned by:<br>*Jesper von Bahr*<br>C4B5B423B0DE4DA...<br>Jesper von Bahr |
| Evolution Products Development LLC<br><br>DocuSigned by:<br>*Jesper von Bahr*<br>C4B5B423B0DE4DA...<br>_____<br>Jesper von Bahr | Evolution Studio AM LLC<br><br>DocuSigned by:<br>*Jesper von Bahr*<br>C4B5B423B0DE4DA...<br>_____<br>Jesper von Bahr |
| Evolution Lithuania UAB<br><br>DocuSigned by:<br>*Jesper von Bahr*<br>C4B5B423B0DE4DA...<br>Jesper von Bahr | |

8

Group Service Agreement EMHL - Latvia