# EXHIBIT 10

# Delaware

## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "EVOLUTION NEW JERSEY LLC", CHANGING ITS NAME FROM "EVOLUTION NEW JERSEY LLC" TO "EVOLUTION US LLC", FILED IN THIS OFFICE ON THE THIRTY-FIRST DAY OF AUGUST, A.D. 2021, AT 11:22 O`CLOCK A.M.



Jeffrey W. Bullock, Secretary of State

5362945　8100
SR# 20213124796

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 204054542
Date: 08-31-21

Exhibit
Defendant 003
15th May 2025

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:22 AM 08/31/2021
FILED 11:22 AM 08/31/2021
SR 20213124796 - File Number 5362945

## STATE OF DELAWARE
## CERTIFICATE OF AMENDMENT

1.   Name of Limited Liability Company: Evolution New Jersey LLC
_____

2.   The Certificate of Formation of the limited liability company is hereby amended as follows:

> First. The name of the limited liability company is Evolution US LLC (the "Company").

**IN WITNESS WHEREOF**, the undersigned have executed this Certificate on the ____26th____ day of ____August____, A.D. _2021_.

DocuSigned by:

*Jesper Von Bahr*

By: _____
    C4B5B423B0DE4DA...

Authorized Person(s)

Name: Jesper von Bahr, Director
_____
Print or Type