# EXHIBIT 12

DocuSign Envelope ID: 32890775-2B72-4732-AEB4-B173DC0E168B



Contract ID: J04310-00 - Ts&Cs+Pricing
Reference ID: 5368
Routing Code: U-U-E

Exhibit

Defendant 017

15th May 2025

## U.S. Services Agreement
## Master Service Order Form

| EVOLUTION US LLC (Customer) | |
|---|---|
| **Signature:** *Jacob Claesson* <br> DocuSigned by: <br> 48FE0C98EFDD4D0... | Verizon's presentation of this Agreement to Customer is an offer by Verizon to bind all Parties to the terms stated herein, which Customer may accept by signing and submitting it to Verizon without alteration on or before the date specified under the signature block below. |
| **Name:** Jacob Claesson | |
| **Title:** Authorized Signatory Head of Operations | |
| **Date:** 7/8/2022 | |
| **Email:** kradzins@evolution.com | |

Valid if signed and submitted to Verizon by 21-Aug-2022.

## MASTER TERMS

This U.S. Services Agreement ("Agreement") is entered into pursuant to and includes the online Master Terms found at www.verizon.com/business/service_guide/reg/g-omt-us-toc-2021MAR01.htm (as modified by the part of this document labeled Master Terms), as well as the Service Attachment(s) and pricing (including promotions) set out in the parts of this document labeled Service Terms and Pricing. Customer agrees that all future Orders will be subject to the terms of the Agreement. This Agreement is binding on the Commencement Date.

Customer understands that the online Master Terms and Service Attachments include service descriptions, requirements, service level agreements (where applicable), payment terms and other terms and conditions, which materially affect the rights, obligations and remedies of all Parties.

Verizon may change the Master Terms and Service Terms from time to time, effective upon 15 days posting or other notice. By continuing to use Service(s) after a change becomes effective, you agree to be bound by the changed terms, which apply to new and previously-ordered Services. It is Customer's responsibility to check the online Master Terms and Service Terms regularly for changes.

The Parties acknowledge the Agreement includes consent to use CPNI to market new Services.

| Parties | |
|---|---|
| **Customer:** EVOLUTION US LLC | **Verizon:** Verizon Business Network Services LLC on behalf of affiliates identified in this Agreement or in the online Service Publication and Price Guide (individually and collectively "Verizon Providers of U.S. Services") |
| **Registered Office Address:** | **Registered Office Address:** |

Verizon CONFIDENTIAL



| 1000 BOARDWALK<br>ATLANTIC CITY, NJ 08401-7415<br>USA | One Verizon Way<br>Basking Ridge, NJ 07920<br>USA |
|---|---|
| **Registered No., ABN or CIN (if applicable):**<br>5362945 | **Registered No. or ABN (if applicable):**<br>Not applicable |
| **VAT/GST/Consumption Tax Number (if applicable):**<br>N/A | **VAT/GST/Consumption Tax Number (if applicable):**<br>N/A |
| **Additional Legal Entity Information (if applicable):** | **Additional Legal Entity Information (if applicable):**<br>Not applicable |
| **Address for Notices:**<br>1000 BOARDWALK<br>ATLANTIC CITY, NJ 08401-7415<br>USA<br>kradzins@evolution.com | **Address for Notices:**<br>Verizon Business Services<br>10000 Park Meadows Drive<br>Lone Tree, CO 80124<br>Attn: Customer Service<br>Email: notice@verizon.com<br>With a subject of "OFFICIAL LEGAL NOTICE" |

# SERVICE TERMS

The "+" following the Service name indicates it is an Optimized Service; it is not a part of the Service name. The absence of a "+" following the service name indicates it is a non-Optimized Service.

## New Services

1. **Access (Interstate) / Access +**; terms are located at
   www.verizon.com/business/service_guide/reg/access-plus-toc-2022MAY26.htm.

2. **Internet Dedicated / Internet Dedicated +**; terms are located at
   www.verizon.com/business/service_guide/reg/ids-plus-toc-2022APR01.htm.

# PRICING

1. **SERVICES PROMOTIONS**

Access +

| Optimized Service Promotion Name | Promotional Terms |
|---|---|
| Internet Dedicated New Service Incentive v2 | www.verizon.com/business/service_guide/reg/pr-internet-dedicated-new-service-incentive-v2-promo.pdf |
| Internet Dedicated Value v2 | www.verizon.com/business/service_guide/reg/pr-internet-dedicated-value-v2-promo.pdf |
| Verizon Services 90 Day Satisfaction Guarantee for Service | https://enterprise.verizon.com/service_guide/reg/pr_verizon_services_90_day_satisfaction_guarantee_for_service_promotion_v2.pdf |

    Verizon CONFIDENTIAL

DocuSign Envelope ID: 32890775-2B72-4732-AEB4-B173DC0E168B

Contract ID: J04310-00 - Ts&Cs+Pricing
Reference ID: 5368
Routing Code: U-U-E

# verizon√

**Internet Dedicated +**

| Optimized Service Promotion Name | Promotional Terms |
|---|---|
| Internet Dedicated New Service Incentive v2 | www.verizon.com/business/service_guide/reg/pr-internet-dedicated-new-service-incentive-v2-promo.pdf |
| Internet Dedicated Value v2 | www.verizon.com/business/service_guide/reg/pr-internet-dedicated-value-v2-promo.pdf |
| Verizon Services 90 Day Satisfaction Guarantee for Service | https://enterprise.verizon.com/service_guide/reg/pr_verizon_services_90_day_satisfaction_guarantee_for_service_promotion_v2.pdf |

**NEW SERVICE(S)**

**1. ACCESS + (OPTIMIZED)**

**1.1 Service Charges**

| Charges |
|---|
| Order-based pricing is provided in the Service Order Form. |

**1.2 Promotions Related to Service Charges.** The following promotions will be applied to Optimized Services as indicated below.

| Optimized Service Promotion Name | Promotional Terms |
|---|---|
| Internet Dedicated New Service Incentive v2 | www.verizon.com/business/service_guide/reg/pr-internet-dedicated-new-service-incentive-v2-promo.pdf |
| Internet Dedicated Value v2 | www.verizon.com/business/service_guide/reg/pr-internet-dedicated-value-v2-promo.pdf |
| Verizon Services 90 Day Satisfaction Guarantee for Service | https://enterprise.verizon.com/service_guide/reg/pr_verizon_services_90_day_satisfaction_guarantee_for_service_promotion_v2.pdf |

**2. INTERNET DEDICATED + (OPTIMIZED)**

**2.1 Service Charges**

| Charges |
|---|
| Order-based pricing is provided in the Service Order Form. |

**2.2 Promotions Related to Service Charges.** The following promotions will be applied to Optimized Services as indicated below.

| Optimized Service Promotion Name | Promotional Terms |
|---|---|
| Internet Dedicated New Service Incentive v2 | www.verizon.com/business/service_guide/reg/pr-internet-dedicated-new-service-incentive-v2-promo.pdf |
| Internet Dedicated Value v2 | www.verizon.com/business/service_guide/reg/pr-internet-dedicated-value-v2-promo.pdf |

Verizon CONFIDENTIAL

DocuSign Envelope ID: 32890775-2B72-4732-AEB4-B173DC0E168B



| Verizon Services 90 Day Satisfaction Guarantee for Service | https://enterprise.verizon.com/service_guide/reg/pr_verizon_services_90_day_satisfaction_guarantee_for_service_promotion_v2.pdf |
|---|---|

# SERVICE ORDER FORM (OPTIMIZED SERVICES)

| Quote ID | 209441069 |
|---|---|
| Quote Version # | 0 |
| Order Section # | 1739281 |

**Order Summary by Location:**

| Location ID | Location Address | Service Provided by | Currency | MRC | NRC |
|---|---|---|---|---|---|
| 115758655C | 500 BOARDWALK, # 5TH, ATLANTIC CITY, NJ 08401-7609, United States | MCI Communications Services LLC d/b/a Verizon Business Services | USD | ██████ | ██████ |
| | **Total excluding taxes, Verizon surcharges and fees** | | **USD** | ██████ | ██████ |

**Service Order Details:** All Services provided by MCI Communications Services LLC d/b/a Verizon Business Services unless otherwise specified. The invoice will be based on service configuration at time of invoice reflective of any changes made by the Customer.

1. **Service Delivered to:**
   **Location ID:** 115758655C
   500 BOARDWALK, # 5TH, ATLANTIC CITY, NJ 08401-7609, United States

| Service Summary | MRC (USD) | NRC (USD) |
|---|---|---|
| Access + | ██████ | ██████ |
| Internet Dedicated + | ██████ | ██████ |
| **Total (USD) excluding taxes, Verizon surcharges and fees** | ██████ | |

| Service Detail for Location ID(s): 115758655C (See Appendix and Contract for any additional charges) | Activity Type | Quantity | MRC (USD) | NRC (USD) |
|---|---|---|---|---|
| **Access +, Service ID: 1486548683**<br>Activity Type: ADDED<br>Service Commitment: 36 Months | | | | |
| Local Access - Op/App Performance: Gold / Silver - 100 Mbps - UNI Speed: 100 Mbps (FastE) - TPV UNI Speed: 100 Mbps (FastE) | ADDED | N/A | ██████ | ██████ |
| Promotion: Internet Dedicated Value v2 | | | ██████ | ██████ |
| Additional Promotions included:<br>• Verizon Services 90 Day Satisfaction Guarantee for Service<br>• Internet Dedicated New Service Incentive v2 | | | | |
| **Internet Dedicated +, Service ID: 1486548687**<br>Activity Type: ADDED<br>Service Commitment: 36 Months | | | | |
| Internet Dedicated Port - Tiered - 100 Mbps | ADDED | N/A | ██████ | ██████ |
| Promotion: Internet Dedicated Value v2 | | | ██████ | ██████ |
| Quality of Service | ADDED | N/A | ██████ | ██████ |
| Additional Promotions included:<br>• Verizon Services 90 Day Satisfaction Guarantee for Service | | | | |

    Verizon CONFIDENTIAL

DocuSign Envelope ID: 32890775-2B72-4732-AEB4-B173DC0E168B



Contract ID: J04310-00 - Ts&Cs+Pricing
Reference ID: 5368
Routing Code: U-U-E

| | | |
|---|---|---|
| • Internet Dedicated New Service Incentive v2 | | |
| Total (USD) excluding taxes, Verizon surcharges and fees | ███ | ███ |

# Appendix
## To Service Order Details

**Appendix Summary:**
1. Internet Dedicated +

### 1. Internet Dedicated + - Other Charges

**Dynamic Network Manager**

Applies to Location ID/Service ID(s): 115758655C / 1486548687

| Internet Dedicated Dynamic Port Pricing | | Internet Dedicated Dynamic Port Pricing | |
|---|---|---|---|
| Port Speed | MRC (USD) | Port Speed | MRC (USD) |
| 2 Mbps | ███ | 30 Mbps | ███ |
| 3 Mbps | ███ | 40 Mbps | ███ |
| 4 Mbps | ███ | 50 Mbps | ███ |
| 5 Mbps | ███ | 60 Mbps | ███ |
| 6 Mbps | ███ | 70 Mbps | ███ |
| 8 Mbps | ███ | 80 Mbps | ███ |
| 10 Mbps | ███ | 100 Mbps | ███ |
| 20 Mbps | ███ | | |

          Verizon CONFIDENTIAL