# EXHIBIT 14

Case 2:24-cv-00326-MRP    Document 61-14    Filed 06/12/25    Page 1 of 3



September 30, 2022



<u>PERSONAL AND CONFIDENTIAL OFFER OF EMPLOYMENT</u>

Dear ,

Congratulations!  We are thrilled to present you with this offer of employment for the position of **IT Specialist – Technical Operations** with Evolution US LLC ("Evolution") at 1000 Boardwalk, Atlantic City, NJ 08401 (the "Property"). In this position, you will report directly to **Technical Operations Manager.**

**The following terms are associated with your offer of employment**

- You will be required to submit to Evolution's standard pre-employment screening process which requires you to present a criminal record pre-start date. Drug screening may happen pre-start date or at any such time during employment as may be required.

- Your start date will be approximately **October 10, 2022,** assuming all prescreening checks are complete

- Your base salary will be USD ██████/hour.

- Your employment status will be of a full-time nature inclusive of a three (3) month probationary period, which is on or about January 10, 2023, at which time a review of your performance will be held with your manager and, pending the results of the review, you will be eligible for an increase to ██████/hour.

**Benefits**

- Health Insurance as per the plan guidelines effective after 60 days of employment
- 3 weeks (15 working days) of vacation days accrued annually
- 5 sick days accrued annually

The terms of your employment with Evolution will be governed by the laws of the States of New Jersey and are contingent, as indicated above, upon the successful completion of Evolution's pre-employment screening process. This includes a satisfactory background check and drug screen and may require you obtaining a license from the New Jersey Casino Control Commission, if your position requires such licensure.

Your employment with Evolution will be "at will," meaning that Evolution may, at any time, with or without cause and with or without notice, terminate its employment relationship with you.  This employment offer letter supersedes any and all prior written and oral communication with you concerning your employment and can only be modified by a written agreement signed by *the HR Manager or Senior Attorney.*

We would appreciate your reply within two (2) days of your receipt of this letter to advise of your acceptance of this offer of employment.  Additionally, please sign the signature line below indicating your acceptance of this offer of employment and return a scanned copy sent electronically via e mail as soon as signed. The original can be brought with you on your first day.

Exhibit

Defendant 010

15th May 2025

Congratulations once again and we look forward to you joining the Evolution US team and being a pinnacle element to the success of this venture.

We anticipate that you will find your position at Evolution to be a rewarding experience and wish you the best of luck.

If you have any questions, please do not hesitate to contact us.

Sincerely,

_____
Evolution US LLC

I, ███████, have reviewed this offer letter and understand and agree to its contents. I hereby accept the within offer of employment.

_____            _____
Date                                NAME