# EXHIBIT 15



January 6, 2023



PERSONAL AND CONFIDENTIAL: NOTICE OF SALARY INCREASE

Dear ███████,

We are pleased to inform you that your annual salary will increase from ████████████. This increase shall be effective as of 01/01/2023. All other terms and conditions of your employment, as set forth in your Offer Letter dated 11/22/2021, remain unchanged.

If you have any questions concerning this raise or its implications on your paycheck, please contact Human Resources.

We look forward to your continued success at Evolution.

Sincerely,

Molly Siciliano
HR Manager, Evolution US LLC

Exhibit
Defendant 011
15th May 2025