# EXHIBIT 16



02/17/2023



Dear ███ ,

This letter is to inform you that your final date of employment with Evolution Pennsylvania LLC ("Evolution") is February 14, 2023.

In accordance with Evolution's policies and practices, you will be paid for all time worked through February 14, 2023, as well as for any accrued but unused paid time off. Your separation will have an effect on your continued participation in the Evolution's employee benefit plans.

Your participation in Evolution's 401(k) plan, if applicable, shall terminate effective February 14, 2023.

In addition to the foregoing, please contact me to coordinate the return of any Evolution property in your possession and/or control including, but not limited to, any information related to the Evolution and its operations. At the time you contact me, we can coordinate the return of your personal belongings to you.

We thank you for your service and wish you well in your future endeavors.


Sincerely,


Christine Whited


 Mob: +1-267-588-6788

Christine Whited
HR Administrator
Evolution Philadelphia
1500 Spring Garden, Philadelphia, PA 19130


Exhibit

Defendant 012

15th May 2025