# EXHIBIT 17

## Karla Acevedo

**From:** Matthew Mrozinski
**Sent:** Wednesday, March 31, 2021 2:06 PM
**To:** ███████████████████████

███████████

**Cc:** HR  New Jersey
**Subject:** Evolution NJ LLC
**Attachments:** ████████████ SOE 03-28-21.pdf

Good Evening ████████,

    As per this letter, your employment with Evolution New Jersey will be terminated effective immediately due to job abandonment with Evolution New Jersey on 3/27/21 shift. You are required to return the following items to the company;

- Hard Rock ID
- Parking Pass
- Uniform(s)

Please bring all items to the Studio within the next 48 hours during business hours Monday through Friday.

Should you have any questions please contact us by calling HR 609-915-3098

Best Regards,
Matt

**Matt Mrozinski | Operations Manager**

Evolution NJ LLC
1000 Boardwalk, Atlantic City, NJ 08401
United States
Mob: +1 609.246.8626
mmrozinski@evolution.com | www.evolution.com



    

The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient of this information you are hereby notified that any disclosure, copying, distribution or any actions taken in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this information in error, please notify us immediately by responding to this email and then delete it from your system. Evolution Gaming Group AB and its Group companies are neither liable for the proper and complete transmission of the information contained in this communication, nor for any delay in its receipt Under the General Data Protection Regulation (GDPR) (EU) 2016/679, we have a legal duty to protect any personal data that we collect from you. In line with this, you will be provided with the Privacy Notice which is relevant for the channel through which we collect any personal data from you. General information on how we process personal data can be found here.

Exhibit
Defendant 013

15th May 2025