# EXHIBIT 18

# 2021 W-2 and EARNINGS SUMMARY



## W-2 Employee Reference Copy — Wage and Tax Statement 2021

Copy C for employee's records.    OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000218 BALT/J9E | 002630 | A | 244 |

c  Employer's name, address, and ZIP code

EVOLUTION NEW JERSEY LLC
1000 BOARDWALK
ATLANTIC CITY NJ 08401-7415

**Batch #01775**

e/f Employee's name, address, and ZIP code



ABSECON NJ 08201

| b Employer's FED ID number 42-1776073 | a Employee's SSA number XXX-XX- |
|---|---|
| 1 Wages, tips, other comp. 18959.78 | 2 Federal income tax withheld 1110.20 |
| 3 Social security wages 19641.00 | 4 Social security tax withheld 1217.74 |
| 5 Medicare wages and tips 19641.00 | 6 Medicare tax withheld 284.79 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12   D   681.22 |
| 14 Other   83.47 UI/WF/SWF   92.31 NJ DI   54.99 FLI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp  Ret. plan  3rd party sick pay   X |
| 15 State NJ  Employer's state ID no. 421776073/000 | 16 State wages, tips, etc. 18959.78 |
| 17 State income tax 271.32 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

---

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

## Exhibit
## Defendant 014
15th May 2025

**1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NJ. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 19,641.00 | 19,641.00 | 19,641.00 | 19,641.00 |
| Less 401(k) (D-Box 12) | 681.22 | N/A | N/A | 681.22 |
| Reported W-2 Wages | 18,959.78 | 19,641.00 | 19,641.00 | 18,959.78 |

**2. Employee Name and Address.**



ABSECON NJ 08201

© 2021 ADP, Inc.

---

| 1 Wages, tips, other comp. 18959.78 | 2 Federal income tax withheld 1110.20 |
|---|---|
| 3 Social security wages 19641.00 | 4 Social security tax withheld 1217.74 |
| 5 Medicare wages and tips 19641.00 | 6 Medicare tax withheld 284.79 |
| d Control number 000218 BALT/J9E 002630  Dept.  Corp. | Employer use only   A   244 |

c  Employer's name, address, and ZIP code

EVOLUTION NEW JERSEY LLC
1000 BOARDWALK
ATLANTIC CITY NJ 08401-7415

| b Employer's FED ID number 42-1776073 | a Employee's SSA number XXX-XX- |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a   D   681.22 |
| 14 Other   83.47 UI/WF/SWF   92.31 NJ DI   54.99 FLI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp.  Ret. plan  3rd party sick pay   X |

e/f Employee's name, address and ZIP code

ABSECON NJ 08201

| 15 State NJ  Employer's state ID no. 421776073/000 | 16 State wages, tips, etc. 18959.78 |
|---|---|
| 17 State income tax 271.32 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

### W-2 Federal Filing Copy — Wage and Tax Statement 2021
Copy B to be filed with employee's Federal Income Tax Return.    OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 18959.78 | 2 Federal income tax withheld 1110.20 |
|---|---|
| 3 Social security wages 19641.00 | 4 Social security tax withheld 1217.74 |
| 5 Medicare wages and tips 19641.00 | 6 Medicare tax withheld 284.79 |
| d Control number 000218 BALT/J9E 002630  Dept.  Corp. | Employer use only   A   244 |

c  Employer's name, address, and ZIP code

EVOLUTION NEW JERSEY LLC
1000 BOARDWALK
ATLANTIC CITY NJ 08401-7415

| b Employer's FED ID number 42-1776073 | a Employee's SSA number XXX-XX- |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a   D   681.22 |
| 14 Other   83.47 UI/WF/SWF   92.31 NJ DI   54.99 FLI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp.  Ret. plan  3rd party sick pay   X |

e/f Employee's name, address and ZIP code

ABSECON NJ 08201

| 15 State NJ  Employer's state ID no. 421776073/000 | 16 State wages, tips, etc. 18959.78 |
|---|---|
| 17 State income tax 271.32 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

### W-2 NJ.State Reference Copy — Wage and Tax Statement 2021
Copy 2 to be filed with employee's State Income Tax Return.    OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 18959.78 | 2 Federal income tax withheld 1110.20 |
|---|---|
| 3 Social security wages 19641.00 | 4 Social security tax withheld 1217.74 |
| 5 Medicare wages and tips 19641.00 | 6 Medicare tax withheld 284.79 |
| d Control number 000218 BALT/J9E 002630  Dept.  Corp. | Employer use only   A   244 |

c  Employer's name, address, and ZIP code

EVOLUTION NEW JERSEY LLC
1000 BOARDWALK
ATLANTIC CITY NJ 08401-7415

| b Employer's FED ID number 42-1776073 | a Employee's SSA number XXX-XX- |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a   D   681.22 |
| 14 Other   83.47 UI/WF/SWF   92.31 NJ DI   54.99 FLI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp.  Ret. plan  3rd party sick pay   X |

e/f Employee's name, address and ZIP code

ABSECON NJ 08201

| 15 State NJ  Employer's state ID no. 421776073/000 | 16 State wages, tips, etc. 18959.78 |
|---|---|
| 17 State income tax 271.32 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

### W-2 NJ.State Filing Copy — Wage and Tax Statement 2021
Copy 2 to be filed with employee's State Income Tax Return.    OMB No. 1545-0008