# EXHIBIT 21

**EVOLUTION US LLC**
**Financial Statements**
**December 31, 2023 and 2022**
**With Independent Auditor's Report**

Exhibit

Defendant 019

15th May 2025



**Evolution US LLC**
**Table of Contents**
**December 31, 2023 and 2022**

**Independent Auditor's Report**                                                            1-2

**Financial Statements**

Balance Sheets                                                                              3

Statements of Income and Member's Equity                                                   4

Statements of Cash Flows                                                                    5

Notes to Financial Statements                                                            6-14

**Supplementary Information**

Schedules of Operating Expenses                                                           15



**ADVISORY  TAX  AUDIT**

## INDEPENDENT AUDITOR'S REPORT

To the Member of
Evolution US LLC:

### Report on the Audit of the Financial Statements

#### Opinion

We have audited the accompanying financial statements of Evolution US LLC (the "Company"), which comprise the balance sheets as of December 31, 2023 and 2022, and the related statements of income and member's equity, and cash flows for the years then ended, and the related notes to the financial statements.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of the Company as of December 31, 2023 and 2022, and the results of its operations and its cash flows for the years then ended, in accordance with accounting principles generally accepted in the United States of America.

#### Basis For Opinion

We conducted our audits in accordance with auditing standards generally accepted in the United States of America ("GAAS"). Our responsibilities under those standards are further described in the Auditor's Responsibilities for the Audit of the Financial Statements section of our report. We are required to be independent of the Company and to meet our other ethical responsibilities, in accordance with the relevant ethical requirements relating to our audits. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

#### Responsibilities of Management for the Financial Statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about the Company's ability to continue as a going concern for one year after the date that the financial statements are available to be issued.

#### Auditor's Responsibilities for the Audit of the Financial Statements

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with GAAS will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the financial statements.

**WithumSmith+Brown, PC**   331 Newman Springs Road, Suite 125, Red Bank, New Jersey 07701-6765   **T** (732) 842 3113   **F** (732) 741 7292   **withum.com**

AN INDEPENDENT MEMBER OF HLB - THE GLOBAL ADVISORY AND ACCOUNTING NETWORK



In performing an audit in accordance with GAAS, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control. Accordingly, no such opinion is expressed.

- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the financial statements.

- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about the Company's ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control–related matters that we identified during the audit.

## Supplementary Information

Our audits were conducted for the purpose of forming an opinion on the financial statements as a whole. The accompanying supplemental schedules of operating expenses are presented for purposes of additional analysis and are not a required part of the financial statements. Such information is the responsibility of management and was derived from and relates to the underlying accounting and other records used to prepare the financial statements. The information has been subjected to the auditing procedures applied in the audits of the financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the financial statements or to the financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the information is fairly stated, in all material respects, in relation to the financial statements as a whole.

*WithumSmith+Brown, PC*

January 25, 2024

**Evolution US LLC**
**Balance Sheets**
**December 31, 2023 and 2022**

|  | 2023 | 2022 |
|---|---|---|
| **Assets** | | |
| | | |
| Current assets | | |
| Cash | $ ▮▮▮▮ | $ ▮▮▮▮ |
| Accounts receivable - related party | ▮▮▮▮ | ▮▮▮▮ |
| Prepaid expenses and other current assets | ▮▮▮ | ▮▮▮ |
| Due from related parties | ▮▮ | ▮▮ |
| Federal and state income taxes receivable | ▮▮▮ | ▮▮▮ |
| Total current assets | ▮▮▮▮ | ▮▮▮▮ |
| | | |
| Property and equipment, net | ▮▮▮ | ▮▮▮ |
| Right-of-use asset - operating, net | ▮▮▮▮ | ▮▮▮▮ |
| Security deposits | ▮▮▮ | ▮▮▮ |
| Other assets | ▮▮ | ▮▮ |
| | | |
| Total assets | $ ▮▮▮▮ | $ ▮▮▮▮ |
| | | |
| **Liabilities and Member's Equity** | | |
| | | |
| Current liabilities | | |
| Accounts payable | $ ▮▮▮ | $ ▮▮ |
| Accrued expenses | ▮▮▮ | ▮▮▮ |
| Federal and state income taxes payable | ▮▮▮ | ▮▮▮ |
| Due to related parties | ▮▮ | ▮▮ |
| Current portion of lease liabilities - operating | ▮▮▮ | ▮▮▮ |
| Current maturities of loans payable - related party | ▮▮▮ | ▮▮▮ |
| Total current liabilities | ▮▮▮ | ▮▮▮ |
| | | |
| Long-term liabilities | | |
| Loans payable - related party | ▮▮▮ | ▮▮▮ |
| Lease liabilities, net of current portion - operating | ▮▮▮ | ▮▮▮ |
| Deferred income taxes liability | ▮▮▮ | ▮▮▮ |
| Total liabilities | ▮▮▮ | ▮▮▮ |
| | | |
| Member's equity | ▮▮▮ | ▮▮▮ |
| | | |
| Total liabilities and member's equity | $ ▮▮▮▮ | $ ▮▮▮▮ |

The Notes to Financial Statements are an integral part of these statements.

3

**Evolution US LLC**
**Statements of Income and Member's Equity**
**Years Ended December 31, 2023 and 2022**

| | 2023 | 2022 |
|---|---|---|
| **Revenue - related party** | $ ██████ | $ ██████ |
| **Operating expenses** | ██████ | ██████ |
| Income from operations | ██████ | ██████ |
| **Other income (expense)** | | |
| Other income | - | ██████ |
| Loss on disposal of property and equipment | ██████ | - |
| Interest expense, net | ██████ | ██████ |
| Total other income (expense) | ██████ | ██ |
| Income before provision for income taxes | ██████ | ██████ |
| **Provision for income taxes** | ██████ | ██████ |
| **Net income** | ██████ | ██████ |
| **Member's equity** | | |
| Beginning of year | ██████ | ██████ |
| Member's distributions | ██████ | - |
| End of year | $ ██████ | $ ██████ |

The Notes to Financial Statements are an integral part of these statements.

4

**Evolution US LLC**
**Statements of Cash Flows**
**Years Ended December 31, 2023 and 2022**

| | 2023 | 2022 |
|---|---|---|
| **Operating activities** | | |
| Net income | $ ▬ | $ ▬ |
| Adjustments to reconcile net income to net | | |
| cash provided by operating activities | | |
| Depreciation and amortization | ▬ | ▬ |
| Amortization of right-of-use asset - operating | ▬ | ▬ |
| Loss on disposal of property and equipment | ▬ | - |
| Deferred income tax | ▬ | ▬ |
| Change in operating assets and liabilities | | |
| Accounts receivable - related party | ▬ | ▬ |
| Prepaid expenses and other current assets | ▬ | ▬ |
| Due to/from related parties | ▬ | ▬ |
| Income tax receivable | ▬ | ▬ |
| Security deposits | ▬ | ▬ |
| Accounts payable | ▬ | ▬ |
| Accrued expenses and other current liabilities | ▬ | ▬ |
| Lease liabilities - operating | ▬ | ▬ |
| Income taxes payable | ▬ | ▬ |
| Net cash provided by operating activities | ▬ | ▬ |
| | | |
| **Investing activities** | | |
| Capital expenditures | ▬ | ▬ |
| Proceeds from sale of property and equipment | - | ▬ |
| Net cash used in investing activities | ▬ | ▬ |
| | | |
| **Financing activities** | | |
| Proceeds from loans payable - related party | ▬ | ▬ |
| Repayments from loans payable - related party | ▬ | - |
| Member's distributions | ▬ | - |
| Net cash provided by (used in) financing activities | ▬ | ▬ |
| | | |
| Net change in cash | ▬ | ▬ |
| | | |
| **Cash** | | |
| Beginning of year | ▬ | ▬ |
| | | |
| End of year | $ ▬ | $ ▬ |

**Non-cash transactions**

During 2023, the Company entered into a new lease agreement securing an additional 17,034 square foot studio in Philadelphia, Pennsylvania. The Company obtained right-of-use assets and lease liabilities in the amount of $▬ and tenant improvement allowance receivables in the amount of $▬ as a result of entering into these new operating lease agreements.

The Notes to Financial Statements are an integral part of these statements.

**Evolution US LLC**
**Notes to Financial Statements**
**December 31, 2023 and 2022**

1.   **NATURE OF OPERATIONS**

**Nature of Operations**
Evolution US LLC (the "Company") was formed on July 8, 2013 under the laws of the State of Delaware and began operations on August 1, 2018. The Company is owned by Evolution Malta Holding Limited (the "Parent Company"). The Company provides interface and multiple platforms for online gaming and state of the art casino production studios that provide live online and land-based casino games on behalf of a related party of the Company. The Company currently operates studios in Pennsylvania, New Jersey, Michigan and Connecticut. Member liability is limited to its share of equity plus any debt for which a personal guarantee has been given. Under the terms of the Company's operating agreement, the Company's existence is perpetual.

**Reorganization of Entities Under Common Control**
During 2023 and made effective as of January 1, 2023, the Company went through a reorganization with Evolution PA LLC, an entity under common control by the Parent Company providing similar services as the Company, operating out of Pennsylvania. As of December 31, 2022, Evolution PA LLC was a related party of the Parent Company and the Company. The following table summarizes the impact of the reorganization of the entities under common control as of January 1, 2023:

| | Evolution US LLC January 1, 2023 | Evolution PA LLC January 1, 2023 | Eliminations and Adjustments | January 1, 2023 (After Reorganization) |
|---|---|---|---|---|
| Total assets | $ ▮▮▮▮ | $ ▮▮▮▮ | $ ▮▮▮▮ | $ ▮▮▮▮ |
| Total liabilities | $ ▮▮▮▮ | $ ▮▮▮▮ | $ ▮▮▮▮ | $ ▮▮▮▮ |
| Total member's equity | $ ▮▮▮▮ | $ ▮▮▮▮ | $ - | $ ▮▮▮▮ |

2.   **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

Significant accounting policies followed in the preparation of the accompanying financial statements are summarized below.

**Basis of Presentation**
The accompanying financial statements have been prepared in accordance with accounting principles generally accepted in the United States of America ("GAAP").

**Use of Estimates**
The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates. Significant estimates are used in the valuation of property and equipment and the measurement of accrued expenses and other current liabilities.

**Cash and Concentration of Credit Risk**
Cash includes amounts on deposit in two banks. The Company maintains interest and non-interest bearing cash balances at Wells Fargo Bank, N.A. and JP Morgan Chase Bank, N.A., which throughout the year regularly exceeded the federal insured limit of $250,000. Any loss incurred or lack of access to such funds could have a significant adverse impact on the Company's financial condition, results of operations and cash flows. The Company considers all short-term, highly liquid investments, with an original maturity of three months or less, to be cash equivalents. The Company does not currently have any cash equivalents.

6

**Evolution US LLC**
**Notes to Financial Statements**
**December 31, 2023 and 2022**

Management monitors its cash balances and has not experienced any collection losses with these institutions.

**Accounts Receivable - Related Party**
Accounts receivable - related party are stated at net realizable value, which is the amount management expects to ultimately collect. Management has determined that no allowance is required at December 31, 2023 and 2022.

The Company is exposed to a concentration of credit risk by its customers. During 2023 and 2022, ▇▇▇% of revenue – related party and accounts receivable – related party was from one customer.

**Property and Equipment**
Property and equipment are stated at cost. Depreciation charges, with respect to property and equipment, have been made using both the straight-line and accelerated methods. Expenditures for repairs and maintenance are charged to operations as incurred. Expenditures for betterments and major renewals are capitalized and, therefore, included in property and equipment.

**Impairment of Long-Lived Assets**
The Company accounts for impairment of long-lived assets in accordance with professional standards which require that, if facts and circumstances indicate that the cost of fixed assets or other assets may be impaired, an evaluation of recoverability would be performed by comparing the estimated future undiscounted cash flows associated with the assets to the asset's carrying value to determine if a write-down to market value or discounted cash flow value would be required. Management believes that there have been no impairments of its long-lived assets for the years ended December 31, 2023 and 2022.

**Leases**
The Company categorizes leases with contractual terms longer than 12 months as either operating or finance. Finance leases are generally those leases that allow the Company to substantially utilize or pay for the entire asset over its estimated life. All other leases are categorized as operating leases. Leases with contractual terms of 12 months or less are not recorded on the balance sheets. The Company had no finance leases during 2023.

Certain lease contracts include obligations to pay for other services, such as operations, property taxes, and maintenance. The services are accounted for separately and the Company allocates payments to the lease and other services components based on estimated stand-alone prices.

Lease liabilities are recognized at the present value of the fixed lease payments, reduced by landlord incentives, using a discount rate based on similarly secured borrowings available to the Company. Right-of-use ("ROU") assets are recognized based on the initial present value of the fixed lease payments, reduced by landlord incentives, plus any direct costs from executing the leases. Lease assets are tested for impairment in the same manner as long-lived assets used in operations.

Options to extend lease terms, terminate leases before the contractual expiration date, or purchase the leased assets, are evaluated for their likelihood of exercise. If it is reasonably certain that the option will be exercised, the option is considered in determining the classification and measurement of the lease.

Costs associated with operating lease assets are recognized on a straight-line basis within operating expenses over the term of the lease.

**Evolution US LLC**
**Notes to Financial Statements**
**December 31, 2023 and 2022**

**Income Taxes**

The Company filed an entity classification election upon formation to be taxable as a corporation. The Company accounts for income taxes under Accounting Standards Codification ("ASC") 740, *Income Taxes*. Under this ASC, deferred income taxes are recognized for the tax consequences of temporary differences by applying statutory tax rates applicable to future years to differences between the financial statement carrying amount and the tax basis of existing assets and liabilities.

The Company follows professional standards regarding accounting for uncertainty in income taxes recognized in the Company's financial statements. A tax position is recognized only if it is "more likely than not" that the tax provision would be sustained in a tax examination, with a tax examination being presumed to occur. The amount recognized is the largest amount of tax benefit that is greater than 50% likely of being realized by examination. For tax positions not meeting the "more likely than not" test, no tax benefit is recorded. The Company has evaluated its tax positions and has concluded that there are no significant uncertain tax positions for either federal or state purposes. Further, there was no income tax interest or penalties in 2023 and 2022. The Company does not expect the total amount of unrecognized tax benefits to significantly change in the next 12 months.

**Revenue Recognition**

In determining the appropriate amount of revenue to be recognized as it fulfills its obligations under its agreement, the Company performs the following steps: (i) identify contracts with customers; (ii) identify performance obligations; (iii) determine the transaction price; (iv) allocation of the transaction price to the performance obligations; and (v) recognition of revenue when (or as) the Company satisfies each performance obligation.

A performance obligation is a promise to transfer a distinct good or service to the customer and is a unit of account in ASC Topic 606. The Company considers its contract to contain one performance obligation.

For operations in New Jersey, Connecticut, and Michigan, the Company has a service agreement with Evolution Malta Limited ("Limited"), as described in Note 4, to provide the interface and platforms for online gaming. Revenue is recognized to the extent of eligible expenses incurred, which include all variable and fixed value adding costs reasonably related to providing services under the service agreement described in Note 4, plus an agreed upon mark-up in the amount of ▮▮ for broadcasting services and ▮ for key account management and business development services ("KAM services") for the years ended December 31, 2023 and 2022. The sole performance obligation that exists in the service agreement is to provide the interface and platforms for online gaming. The transaction price includes the amount billed for expenses that are incurred while providing the interface and platforms for online gaming plus the agreed upon mark-up. The Company recognizes revenue over time as the services are provided based on eligible expenses incurred. The Company invoices Limited, at the end of the month, for services that have been provided for that particular month. Sales taxes billed are reported directly as a liability to the taxing authority and are not included in revenue. Tips for gaming presenters are paid directly to employees through the Company's payroll and are excluded from the revenue and expenses recognized by the Company.

**Evolution US LLC**
**Notes to Financial Statements**
**December 31, 2023 and 2022**

For operations in Pennsylvania, revenue is recognized to the extent of eligible expenses incurred, which include all variable and fixed value adding costs reasonably related to providing services under the service agreement described in Note 4, plus an agreed upon mark-up in the amount of ▮▮▮▮ for the years ended December 31, 2023 and 2022. The sole performance obligation that exists in the service agreement is to provide the interface and platforms for online gaming. The transaction price includes the amount billed for expenses that are incurred while providing the interface and platforms for online gaming plus the agreed upon mark-up. The Company recognizes revenue over time as the services are provided based on eligible expenses incurred. The Company invoices Limited, at the end of the month, for services that have been provided for that particular month. Sales taxes billed are reported directly as a liability to the taxing authority and are not included in revenue. Tips for gaming presenters are paid directly to employees through the Company's payroll and are excluded from the revenue and expenses recognized by the Company. However, the amount related to tips for gaming presenters is included in the mark-up calculation.

**Recent Accounting Pronouncement**

In February 2016, the Financial Accounting Standards Board ("FASB") issued an Accounting Standards Update ("ASU") amending the accounting for leases. The Company adopted the new standard effective January 1, 2022, using the modified retrospective approach. Comparative prior periods were not adjusted upon adoption, as the Company utilized the practical expedient available under the guidance. Further, the Company elected to implement the package of practical expedients, whereby the Company did not (i) reassess existing contracts for embedded leases, (ii) reassess existing lease agreements for finance or operating classification, or (iii) reassess existing lease agreements in consideration of initial direct costs. The implementation of this standard did not have a material impact to statements of income and member's equity or cash flows.

Upon adoption in 2022, the Company recognized $▮▮▮▮▮ in ROU assets related to its leased property and equipment. Corresponding lease liabilities of $▮▮▮▮▮ were also recognized. Deferred rent liabilities of $▮▮▮ were reclassified and netted against the ROU asset. There was no cumulative effect of applying the new standard, and accordingly, there was no adjustment to retained earnings upon adoption.

**Advertising**

The Company expenses the cost of advertising as incurred. Advertising expense for the years ended December 31, 20233 and 2022, was approximately $▮▮▮ and $▮▮▮, respectively.

3.   **PROPERTY AND EQUIPMENT**

The major classifications of property and equipment at December 31, are as follows:

| Asset Class (Estimated Useful Life) | 2023 | 2022 |
|---|---|---|
| Leasehold improvements (shorter of lease term or useful life) | $ ▮▮▮▮ | $ ▮▮▮▮ |
| Computers and network equipment (3 - 7 years) | ▮▮▮▮ | ▮▮▮▮ |
| Studio equipment (4 years) | ▮▮▮▮ | ▮▮▮▮ |
| Furniture and office equipment (2 - 5 years) | ▮▮▮▮ | ▮▮▮▮ |
| Software and licenses (3 years) | ▮▮▮ | ▮▮▮ |
| Construction in progress | ▮▮▮ | ▮▮ |
| Property and equipment, at cost | ▮▮▮▮ | ▮▮▮▮ |
| Less: Accumulated depreciation and amortization | ▮▮▮▮ | ▮▮▮▮ |
| Property and equipment, net | $ ▮▮▮▮ | $ ▮▮▮▮ |

9

**Evolution US LLC**
**Notes to Financial Statements**
**December 31, 2023 and 2022**

Depreciation and amortization expense charged to operations amounted to $▮▮▮▮ and $▮▮▮▮ for the years ended December 31, 2023 and 2022, respectively.

4.    **RELATED PARTY TRANSACTIONS**

The Company has unsecured, non-interest-bearing transactions in the normal course of business with entities which are related through common ownership. The balances due to and from Evolution Malta Ltd., Evolution Latvia SIA, Evolution Canada Gaming Ltd., Evolution Canada Studio Ltd., NetEnt Americas LLC, Evolution LATAM Corp SRL, Ezugi NJ LLC and Transigo Ltd. are due on demand. Outstanding balances due to and from related entities at December 31, 2023 and 2022 are as follows:

| | 2023 | 2022 |
|---|---|---|
| **Due to related parties** | | |
| Evolution Latvia SIA | $ ▮▮▮ | $ ▮▮▮ |
| Evolution Malta Ltd. | ▮▮▮ | - |
| | $ ▮▮▮ | $ ▮▮▮ |
| **Due from related parties** | | |
| Transigo Ltd. | $ ▮▮▮ | $ - |
| NetEnt Americas LLC | - | ▮▮▮ |
| Evolution Latvia SIA | - | ▮▮▮ |
| Evolution LATAM Corp SRL | - | ▮▮▮ |
| Ezugi NJ LLC | - | ▮▮▮ |
| Evolution Canada Gaming Ltd. | - | ▮▮▮ |
| Evolution Canada Studio Ltd. | - | ▮▮▮ |
| | $ ▮▮▮ | $ ▮▮▮ |

During 2023 and 2022, the Parent Company and Limited provided the Company with cash funding through various loan agreements. On November 1, 2022, the Parent Company and Limited entered into an assignment agreement in which Limited transferred all of its rights, obligations and liabilities under its various loan agreements with the Company to the Parent Company. Accrued interest as of December 31, 2023 and 2022 amounted to $▮▮▮ and $▮▮▮, respectively and is included in accrued expenses on the accompanying balance sheets. Outstanding balances due to the Parent Company and Limited at December 31, 2023 and 2022 are as follows:

| | 2023 | 2022 |
|---|---|---|
| Loans payable to the Parent Company in various amounts with interest accruing at a rate equal to the 12-month EURIBOR or 2% per annum in the event that the 12-month EURIBOR is negative. Full payment was due at maturity on December 31, 2023. On November 1, 2022 the loan agreement was amended and the maturity date extended to December 31, 2024. The interest rate at December 31, 2023 and 2022 amounted to 5.85% and 2.919%, respectively. | $ ▮▮▮ | $ ▮▮▮ |
| Loans payable to Parent Company in various amounts with interest accruing at a rate equal to the 12-month EURIBOR or 2% per annum in the event that the 12-month EURIBOR is negative. Full payment is due at maturity on December 31, 2024. The interest rate at December 31, 2023 and 2022 amounted to 5.85% and 2.919%, respectively. | ▮▮▮ | ▮▮▮ |

10

**Evolution US LLC**
**Notes to Financial Statements**
**December 31, 2023 and 2022**

|  | 2023 | 2022 |
|---|---|---|
| Loans payable to Parent Company in various amounts with interest accruing at a rate equal to the 12-month EURIBOR or 2% per annum in the event that the 12-month EURIBOR is negative. Full payment is due at maturity on December 31, 2025. The interest rate at December 31, 2023 and 2022 amounted to 5.85% and 2.919%, respectively. | $ ▮ | $ ▮ |
| Loans payable to Parent Company in various amounts with interest accruing at a rate equal to the 12-month EURIBOR or 2% per annum in the event that the 12-month EURIBOR is negative. Full payment is due at maturity on December 31, 2026. The interest rate at December 31, 2023 amounted to 5.9%. | ▮ | - |
|  | $ ▮ | $ ▮ |

The following is a maturity analysis of the principal payment requirements on the above obligations for the years ending December 31:

| | |
|---|---|
| 2024 | $ ▮ |
| 2025 | ▮ |
| 2026 | ▮ |
| | $ ▮ |

For operations located in New Jersey, Connecticut, and Michigan the Company is party to a service agreement with Limited to provide services necessary to ensure online gaming services for the customers of Limited. Under the agreement, Limited reimburses all costs incurred by the Company upon provision of services, plus an agreed profit mark-up in the amount of ▮%. The term costs include all variable and fixed value adding costs reasonably related to the provided services, excluding tips for gaming presenters. Additionally, the Company shall further cover all costs incurred in providing KAM services plus an agreed profit mark-up calculated in the amount of ▮% of Limited's sales in the United States. Accordingly, all the Company's revenue is generated from Limited. On October 1, 2022, the service agreement was amended to where the Company shall further cover all costs incurred in providing KAM services plus an agreed profit mark-up calculated in the amount of ▮% of Limited's sales in Canada.

For operations located in Pennsylvania, the Company is party to a service agreement with Limited to provide services necessary to ensure online gaming services for the customers of Limited. Under the agreement, Limited reimburses all costs incurred by the Company upon provision of services, plus an agreed profit mark-up in the amount of ▮%. The term costs include all variable and fixed value adding costs reasonably related to the provided services, plus tips for gaming presenters. Accordingly, all the Company's revenue is generated from its related party, Limited.

11

**Evolution US LLC**
**Notes to Financial Statements**
**December 31, 2023 and 2022**

During the year ended December 31, 2023, the Company incurred $▉▉▉▉ in eligible costs related to providing services under the arrangement, including $▉▉▉▉ in tips for gaming presenters for Pennsylvania, and excluding $▉▉▉▉ in tips for gaming presenters for New Jersey, Connecticut, and Michigan and $▉▉▉▉ in salaries related to KAM services. During the year ended December 31, 2022, the Company incurred $▉▉▉▉ in eligible costs related to providing services under the arrangement, including $▉▉▉▉ in tips for gaming presenters for Pennsylvania, and excluding $▉▉▉▉ in tips for gaming presenters for New Jersey, Connecticut, and Michigan and $▉▉▉▉ in salaries related to KAM services. For presentation purposes, tips for gaming presenters have been deducted from revenue as the money is passed through from the customers of Limited. Additionally, during the years ended December 31, 2023 and 2022, Limited earned $▉▉▉▉ and $▉▉▉▉, respectively, through sales in the United States and Canada. As a result, for the years ended December 31, 2023 and 2022, the Company earned revenue related to KAM services of $▉▉▉▉ and $▉▉▉▉, respectively, and additionally was reimbursed for related salaries of $▉▉▉▉ and $▉▉▉▉, respectively.

5. **INCOME TAXES**

The provision for income taxes consisted of the following for the years ended December 31:

|  | 2023 | 2022 |
|---|---|---|
| **Current** |  |  |
| Federal | $ ▉▉▉▉ | $ ▉▉▉▉ |
| State | ▉▉▉▉ | ▉▉▉▉ |
| Total current | ▉▉▉▉ | ▉▉▉▉ |
|  |  |  |
| **Deferred** |  |  |
| Federal | ▉▉▉▉ | ▉▉▉▉ |
| State | ▉▉▉▉ | ▉▉▉▉ |
| Total deferred | ▉▉▉▉ | ▉▉▉▉ |
|  |  |  |
| Provision for income taxes | $ ▉▉▉▉ | $ ▉▉▉▉ |

The following items comprise the Company's net deferred tax assets and liabilities as of December 31:

|  | 2023 | 2022 |
|---|---|---|
| **Deferred tax assets (liabilities)** |  |  |
| Accrued expenses | $ ▉▉▉▉ | $ ▉▉▉▉ |
| Prepaid expenses | ▉▉▉▉ | ▉▉▉▉ |
| Right-of-use asset and lease liabilities | ▉▉▉▉ | ▉▉▉▉ |
| Foreign exchange gain (loss) | ▉▉▉▉ | ▉▉▉▉ |
| Property and equipment | ▉▉▉▉ | ▉▉▉▉ |
| Miscellaneous | ▉▉▉▉ | ▉▉▉▉ |
| Net deferred income tax liability | $ ▉▉▉▉ | $ ▉▉▉▉ |

Deferred income taxes reflect the net tax effects of temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for income tax purposes. As of December 31, 2023 and 2022, temporary differences consist primarily of depreciation, deferred rent, and payroll-related accruals, and permanent differences consist of meal disallowances.

12

**Evolution US LLC**
**Notes to Financial Statements**
**December 31, 2023 and 2022**

6.    **LEASES**

The Company leases studio and warehouse space under seven lease agreements throughout New Jersey, Michigan, Connecticut and Pennsylvania. These lease agreements expire in 2026, 2028, 2031, 2032 and 2033. The Company has various tenant improvement allowances reducing the right-of-use asset amounting to approximately $███████ being amortized over the lives of the leases of which approximately $███████ is outstanding at December 31, 2023.

During 2023, the Company secured an additional 17,034 square foot studio in Philadelphia, Pennsylvania.

The renewal options have not been included in the lease liability calculation, since it is not reasonably certain that they will be exercised, based on general uncertainties that come with the passage of time.

The following is a maturity analysis of the annual undiscounted cash flows of the operating lease liabilities for the years ending December 31:



| | |
|---|---|
| 2024 | $ ████ |
| 2025 | ████ |
| 2026 | ████ |
| 2027 | ████ |
| 2028 | ████ |
| Thereafter | ████ |
| | ████ |
| Less: Imputed interest | ████ |
| Lease liability at December 31, 2023 | $ ████ |

Total rental expense for all operating leases approximated $███████ and $███████ for the years ended December 31, 2023 and 2022, respectively. For the year ended December 31, 2023, lease expense is comprised of $███████ of amortization of right-of-use assets and $███████ of interest on lease liabilities.

The following is an analysis of the Company's outstanding leases at December 31:

| | 2023 | 2022 |
|---|---|---|
| Cash paid for amounts included in the measurement of operating lease liabilities | $ ████ | $ ████ |
| Right-of-use assets obtained in exchange for new operating lease liabilities | $ ████ | $ ████ |
| Tenant improvement allowance receivable obtained | $ ████ | $ ████ |
| Weighted-average remaining useful life - operating leases | 8.68 years | 9.82 years |
| Weighted-average discount rate - operating leases | 2.00% | 2.00% |

13

**Evolution US LLC**
**Notes to Financial Statements**
**December 31, 2023 and 2022**

### 7.   COMMITMENTS AND CONTINGENCIES

**Litigation**

In the normal course of business, the Company is subject to proceedings, lawsuits and other claims and assessments. For the year ended December 31, 2023, the Company was informed about worker's compensation audits for the periods between August 31, 2020 through August 31, 2023 resulting in additional premiums owed based on the difference between estimated exposure and actual exposure. The result of each audit is as follows:

| Worker's Compensation Policy Year | Provider | Total Additional Premiums Owed |
|---|---|---|
| 2020-2021 | Travelers | $ ▮ |
| 2021-2022 | Travelers | ▮ |
| 2022-2023 | CNA | ▮ |
| | | $ ▮ |

Management is disputing the results of the audits that occurred during the periods between August 31, 2020 through August 31, 2023 and has asserted the potential exposure to be between $▮ and $▮. Management has accrued $▮ as it is the best estimate of loss within the range of exposure, and this amount is included in accrued expenses on the accompanying balance sheets.

### 8.   RETIREMENT PLAN

The Company has an employee 401(k) plan covering substantially all of its employees upon meeting age and length of service requirements. Employees may contribute up to ▮% of their salary, subject to Internal Revenue Service limitations. From time to time, the Company may make a discretionary matching contribution to the plan. The Company made contributions of approximately $▮ and $▮ for the years ended December 31, 2023 and 2022, respectively.

### 9.   SUBSEQUENT EVENTS

The Company has evaluated subsequent events through January 25, 2024, the date the financial statements were available to be issued.

On January 10, 2024, the Company entered into a new lease located in Grand Rapids, Michigan. The new leased property is approximately 34,250 square feet with the lease term being June 1, 2024 through January 31, 2035. Additionally, there is a tenant improvement allowance of $▮ associated with the leased property.

14

**SUPPLEMENTARY INFORMATION**

**Evolution US LLC**
**Schedules of Operating Expenses**
**Years Ended December 31, 2023 and 2022**

| | 2023 | 2022 |
|---|---|---|
| Advertising and marketing | $ ▮ | $ ▮ |
| Business Entertainment | ▮ | ▮ |
| Consumable materials | ▮ | ▮ |
| Computer expenses | - | ▮ |
| Cost administration | - | ▮ |
| Depreciation and amortization | ▮ | ▮ |
| Fees and licenses | ▮ | ▮ |
| Corporate insurance | ▮ | ▮ |
| Legal | ▮ | ▮ |
| Materials and supplies | - | ▮ |
| Meals and entertainment | ▮ | ▮ |
| Miscellaneous expenses | ▮ | ▮ |
| Office supplies | ▮ | ▮ |
| Other taxes | - | ▮ |
| Salaries and wages | ▮ | ▮ |
| Studio related | ▮ | ▮ |
| Payroll taxes | ▮ | ▮ |
| Professional fees | ▮ | ▮ |
| Freight and transportation | ▮ | ▮ |
| Rent and other related rental costs | ▮ | ▮ |
| Repairs and maintenance | ▮ | ▮ |
| Software licenses | ▮ | ▮ |
| Staff recruitment | ▮ | ▮ |
| Telecommunications | ▮ | ▮ |
| Travel | ▮ | ▮ |
| Uniforms | - | ▮ |
| | $ ▮ | $ ▮ |

See Independent Auditor's Report.

15