# EXHIBIT 22



# NETENT
## BETTER GAMING™

**NETENT AMERICAS LLC**
**Financial Statements**
**December 31, 2023 and 2022**
**With Independent Auditor's Report**

Exhibit
Defendant 020

15th May 2025



**NetEnt Americas LLC**
**Table of Contents**
**December 31, 2023 and 2022**

**Independent Auditor's Report**                                                    1-2

**Financial Statements**

Balance Sheets                                                                        3

Statements of Income and Member's Equity                                             4

Statements of Cash Flows                                                              5

Notes to Financial Statements                                                        6-10

**Supplementary Information**

Schedules of Operating Expenses                                                      11



# INDEPENDENT AUDITOR'S REPORT

To the Member of
NetEnt Americas LLC:

## Report on the Audit of the Financial Statements

### Opinion

We have audited the financial statements of NetEnt Americas LLC (the "Company"), which comprise the balance sheets as of December 31, 2023 and 2022, and the related statements of income and member's equity, and cash flows for the years then ended, and the related notes to the financial statements.

In our opinion, the accompanying financial statements referred to above present fairly, in all material respects, the financial position of the Company as of December 31, 2023 and 2022, and the results of its operations and its cash flows for the years then ended, in accordance with accounting principles generally accepted in the United States of America.

### Basis for Opinion

We conducted our audits in accordance with auditing standards generally accepted in the United States of America ("GAAS"). Our responsibilities under those standards are further described in the Auditor's Responsibilities for the Audit of the Financial Statements section of our report. We are required to be independent of the Company and to meet our other ethical responsibilities, in accordance with the relevant ethical requirements relating to our audits. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

### Responsibilities of Management for the Financial Statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about the Company's ability to continue as a going concern for one year after the date that the financial statements are available to be issued.

### Auditor's Responsibilities for the Audit of the Financial Statements

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with GAAS will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the financial statements.

WithumSmith+Brown, PC    331 Newman Springs Road, Suite 125, Red Bank, New Jersey 07701-6765    T (732) 842 3113    F (732) 741 7292    withum.com

AN INDEPENDENT MEMBER OF HLB - THE GLOBAL ADVISORY AND ACCOUNTING NETWORK



In performing an audit in accordance with GAAS, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control. Accordingly, no such opinion is expressed.

- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the financial statements.

- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about the Company's ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control–related matters that we identified during the audit.

## Supplementary Information

Our audits were conducted for the purpose of forming an opinion on the financial statements as a whole. The accompanying supplementary schedules of operating expenses are presented for purposes of additional analysis and are not a required part of the financial statements. Such information is the responsibility of management and was derived from and relates to the underlying accounting and other records used to prepare the financial statements. The information has been subjected to the auditing procedures applied in the audit of the financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the financial statements or to the financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the information is fairly stated in all material respects in relation to the financial statements as a whole.

*WithumSmith+Brown, PC*

June 4, 2024

2

**NetEnt Americas LLC**
**Balance Sheets**
**December 31, 2023 and 2022**

| | 2023 | 2022 |
|---|---|---|
| **Assets** | | |
| | | |
| Current assets | | |
| Cash | $ ■ | $ ■ |
| Accounts receivable | ■ | ■ |
| Contract assets | ■ | ■ |
| Prepaid expenses and other current assets | ■ | ■ |
| Due from related parties | ■ | ■ |
| Income taxes receivable | ■ | ■ |
| Total current assets | ■ | ■ |
| | | |
| Property and equipment, net | ■ | ■ |
| | | |
| Total assets | $ ■ | $ ■ |
| **Liabilities and Member's Equity** | | |
| | | |
| Current liabilities | | |
| Accounts payable | $ ■ | $ ■ |
| Accounts payable - related party | ■ | ■ |
| Accrued expenses | ■ | ■ |
| Sales taxes payable | - | ■ |
| Due to related parties | ■ | ■ |
| Income taxes payable | ■ | ■ |
| Total current liabilities | ■ | ■ |
| | | |
| Long-term liabilities | | |
| Deferred income taxes liability | ■ | ■ |
| Total liabilities | ■ | ■ |
| | | |
| Member's equity | ■ | ■ |
| | | |
| Total liabilities and member's equity | $ ■ | $ ■ |

The Notes to Financial Statements are an integral part of these statements.

**NetEnt Americas LLC**
**Statements of Income and Member's Equity**
**Years Ended December 31, 2023 and 2022**

|  | 2023 | 2022 |
|---|---|---|
| **Revenues** | $ ▮▮▮▮ | $ ▮▮▮▮ |
| **Cost of services** | ▮▮▮▮ | ▮▮▮▮ |
| Gross profit | ▮▮▮▮ | ▮▮▮▮ |
| **Operating expenses** | ▮▮▮▮ | ▮▮▮▮ |
| Income from operations | ▮▮▮▮ | ▮▮▮▮ |
| **Other income (expense)** |  |  |
| Other income (expense) | ▮▮▮▮ | ▮▮▮▮ |
| Gain (loss) on foreign exchange transactions | ▮▮ | ▮▮ |
| Interest expense, net | ▮▮▮ | ▮▮▮ |
|  | ▮▮▮ | ▮▮▮ |
| Income before provision for income taxes | ▮▮▮ | ▮▮▮ |
| **Provision for income taxes** | ▮▮▮ | ▮▮▮ |
| **Net income** | ▮▮▮ | ▮▮▮ |
| **Member's equity** |  |  |
| Beginning of year | ▮▮▮▮ | ▮▮▮▮ |
| End of year | $ ▮▮▮▮ | $ ▮▮▮▮ |

The Notes to Financial Statements are an integral part of these statements.

4

**NetEnt Americas LLC**
**Statements of Cash Flows**
**Years Ended December 31, 2023 and 2022**

| | 2023 | 2022 |
|---|---|---|
| **Operating activities** | | |
| Net income | $ ▮▮▮ | $ ▮▮▮ |
| Adjustments to reconcile net income to net cash | | |
| provided by (used in) operating activities | | |
| Depreciation and amortization | ▮▮▮ | ▮▮▮ |
| Deferred income taxes | ▮▮▮ | ▮▮▮ |
| Change in operating assets and liabilities | | |
| Accounts receivable | ▮▮▮ | ▮▮▮ |
| Contract assets | ▮▮▮ | ▮▮▮ |
| Prepaid expenses and other current assets | ▮▮▮ | ▮▮▮ |
| Due from related parties | ▮▮▮ | ▮▮▮ |
| Income taxes receivable | ▮▮▮ | ▮▮▮ |
| Accounts payable | ▮▮▮ | ▮▮▮ |
| Accounts payable - related party | ▮▮▮ | ▮▮▮ |
| Accrued expenses and other current liabilities | ▮▮▮ | ▮▮▮ |
| Sales taxes payable | ▮▮▮ | ▮▮▮ |
| Due to related parties | ▮▮▮ | ▮▮▮ |
| Income taxes payable | ▮▮▮ | ▮▮▮ |
| Net cash provided by (used in) operating activities | ▮▮▮ | ▮▮▮ |
| | | |
| **Investing activity** | | |
| Purchase of property and equipment | - | ▮▮▮ |
| Net cash used in investing activity | - | ▮▮▮ |
| | | |
| Net change in cash | ▮▮▮ | ▮▮▮ |
| | | |
| **Cash** | | |
| Beginning of year | ▮▮▮ | ▮▮▮ |
| | | |
| End of year | $ ▮▮▮ | $ ▮▮▮ |

The Notes to Financial Statements are an integral part of these statements.

5

**NetEnt Americas LLC**
**Notes to Financial Statements**
**December 31, 2023 and 2022**

1.    **NATURE OF OPERATIONS**

**Nature of Business**
NetEnt Americas LLC (the "Company") was formed on October 24, 2014 under the laws of the state of New Jersey and began operations in 2015. The Company is owned by NetEnt Americas Holding Inc. (the "Parent Company"). The Company is a leading provider of premium gaming solutions to the world's most successful online casino operators. Member liability is limited to its share of equity plus any debt for which a personal guarantee has been given. Under the terms of the Company's operating agreement, the Company's existence is perpetual.

2.    **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

Significant accounting policies followed in the preparation of the accompanying financial statements are summarized below.

**Basis of Presentation**
The accompanying financial statements have been prepared in accordance with accounting principles generally accepted in the United States of America ("GAAP").

**Use of Estimates**
The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

**Cash and Concentration of Credit Risk**
Cash includes amounts on deposit in banks. The Company has significant cash balances at financial institutions which throughout the year regularly exceed the federally insured limit of $250,000. Any loss incurred or a lack of access to such funds could have a significant adverse impact on the Company's financial condition, results of operations, and cash flows.

**Accounts Receivable and Credit Policies**
Accounts receivable are uncollateralized customer obligations with a majority due under normal terms requiring payment within thirty days after the month in which the charge has been incurred. Generally, customer account balances with amounts past due over 30 days are considered delinquent. Unpaid accounts receivable bear interest at 1.5% per month. Accounts receivable are stated at the amount billed to the member. Payments of accounts receivable are applied to the oldest outstanding charge of the members' account. The accounts receivable balance as of January 1, 2022 was $███████.

Management closely monitors outstanding accounts receivable balances that are more than 30 days past due and based upon an assessment of the invoice, billing contract and current creditworthiness of the customer, estimates the portion, if any, that may not be collected due to either anticipated future adjustments to the amount billed or anticipated bad debts.

**NetEnt Americas LLC**
**Notes to Financial Statements**
**December 31, 2023 and 2022**

Management believes that the historical loss information it has compiled is a reasonable base on which to determine the expected credit losses for trade receivables held at December 31, 2023, because the composition of the trade receivables at that date is consistent with that used in developing the historical credit-loss percentages (i.e., the similar risk characteristics of its customers and its lending practices have not changed significantly over time). However, management has determined that the current and reasonable and supportable forecasted economic conditions have improved as compared with the economic conditions included in the historical information. Specifically, management has observed that various industry indicators including revenue, the number of employees and businesses have increased as of December 31, 2023, and management expects there will be additional growth over the next year. Management developed this based on its knowledge of experience for which there were similar improvements in the economy. As a result, management applied the applicable updated credit losses rates to determine the expected credit loss estimate for each aging category. At December 31, 2023 and 2022, management of the Company considered all remaining accounts receivable to be fully collectible. Accordingly, there was no allowance for expected credit losses as of and for the years ended December 31, 2023 and 2022.

**Contract Assets**
Contract assets represent revenues recognized in excess of amounts billed and the right to payment is unconditional. Contract assets are reported in a net position at the end of each reporting period. The Company classifies the contract assets as current based on timing of when the Company has the unconditional rights to consideration. The contract assets balance as of January 1, 2022 was $██████.

**Concentrations**
The Company may, at times, have a concentration of its customer sales and receivables with a specific customer. During 2023, the Company had two customers that individually comprised of at least ████ of total sales. Sales to these customers, for the year ended December 31, 2023, amounted to approximately ████ of total sales. At December 31, 2023, the Company had three customers that individually comprised at least ████ of accounts receivable. Accounts receivable from these customers amounted to ████ of total accounts receivable at December 31, 2023. During 2022, the Company had three customers that individually comprised at least ████ of total sales. Sales to these customers, for the year ended December 31, 2022, amounted to approximately ████ of total sales. At December 31, 2022, the Company had three customers that individually comprised at least ████ of accounts receivable. Accounts receivable from these customers amounted to ████ of total accounts receivable at December 31, 2022.

The Company is exposed to a concentration of cost of services by its vendor. During 2023 and 2022, ████ and ████ of its cost of services were from one vendor, a related party.

**Property and Equipment**
Property and equipment are stated at cost less accumulated depreciation. Depreciation charges, with respect to property and equipment, have been made using the straight-line method. Expenditures for repairs and maintenance are charged to operations as incurred. Expenditures for betterments and major renewals are capitalized and, therefore, included in property and equipment. Upon sale or retirement, the costs and related accumulated depreciation are eliminated from the accounts and any gain or loss on such disposal is reflected in operations.

**Impairment of Long-Lived Assets**
The Company accounts for impairment of long-lived assets in accordance with professional standards which require that, if facts and circumstances indicate that the cost of fixed assets or other assets may be impaired, an evaluation of recoverability would be performed by comparing the estimated future undiscounted cash flows associated with the assets to the assets carrying value to determine if a write-down to market value or discounted cash flow value would be required. Management believes that there have been no impairments of its long-lived assets for the years ended December 31, 2023 and 2022.

7

**NetEnt Americas LLC**
**Notes to Financial Statements**
**December 31, 2023 and 2022**

**Capitalized Software**

Costs are capitalized in accordance with Accounting Standards Codification ("ASC") 350, Intangibles – Goodwill and Other, which requires the capitalization of costs during the application development stage, and the expenditure of costs related to preliminary project activities and post implementation activities and are amortized on a straight-line basis over their estimated useful life of three years commencing when the implementation or functionality has been completed.

**Income Taxes**

The Company filed an entity classification election upon formation to be taxable as a corporation. The Company accounts for income taxes under ASC 740, Income Taxes. Under this ASC, deferred income taxes are recognized for the tax consequences of temporary differences by applying statutory tax rates applicable to future years to differences between the financial statement carrying amount and the tax basis of existing assets and liabilities.

The Company follows professional standards regarding accounting for uncertainty in income taxes recognized in the Company's financial statements. A tax position is recognized only if it is "more likely than not" that the tax provision would be sustained in a tax examination, with a tax examination being presumed to occur. The amount recognized is the largest amount of tax benefit that is greater than 50% likely of being realized by examination. For tax positions not meeting the "more likely than not" test, no tax benefit is recorded. The Company has evaluated its tax positions and has concluded that there are no significant uncertain tax positions for either federal or state purposes. Further, there was no income tax interest or penalties during 2023 or 2022. The Company does not expect the total amount of unrecognized tax benefits to significantly change in the next 12 months.

**Revenue Recognition**

In determining the appropriate amount of revenue to be recognized as it fulfills its obligations under its agreement, the Company performs the following steps: (i) identify contracts with customers; (ii) identify performance obligations; (iii) determine the transaction price; (iv) allocation of the transaction price to the performance obligations; and (v) recognition of revenue when (or as) the Company satisfies each performance obligation.

A performance obligation is a promise to transfer a distinct good or service to the customer and is a unit of account in ASC 606, Revenue. The Company considers its contract to contain one performance obligation.

The Company enters into software license agreements with its customers to provide access to use the Company's developed software relating to online games and ancillary services. The customer pays a monthly license fee to the Company based on a percentage of monthly net gaming revenue generated by the casino game software provided by the Company. Net gaming revenue is calculated based on player bets less the sum of player wins, player compensations, jackpot changes and casino tax. Revenue is recognized in the month in which the customer earns the net gaming revenue.

**Reclassifications**

Certain reclassifications have been made to the accompanying 2022 financial statements to conform to the 2023 presentation. These reclassifications had no effect on the member's equity of the Company.

**NetEnt Americas LLC**
**Notes to Financial Statements**
**December 31, 2023 and 2022**

3.  **PROPERTY AND EQUIPMENT**

The major classifications of property and equipment at December 31, are as follows:

| Asset Class (Estimated Useful Life) | 2023 | 2022 |
|---|---|---|
| Computer hardware (3 years) | $ ▆▆▆ | $ ▆▆▆ |
| Less: Accumulated depreciation | ▆▆▆ | ▆▆▆ |
| Property and equipment, net | $ ▆▆▆ | $ ▆▆▆ |

Depreciation expense charged to operations amounted to $▆▆▆ and $▆▆▆ for the years ended December 31, 2023 and 2022, respectively.

4.  **INTANGIBLE ASSETS**

Capitalized software is amortized over three years and reviewed for impairment. There were no such impairments recognized in 2023 or 2022. Intangible assets were fully amortized at December 31, 2022. As of December 31, 2023 and 2022, the gross carrying amount of the intangible assets was $▆▆▆ and the accumulated amortization was $▆▆▆. Amortization expense for the years ended December 31, 2023, and 2022 amounted to $▆ and $▆▆▆, respectively.

5.  **RELATED PARTY TRANSACTIONS**

The Company has unsecured, non-interest-bearing transactions in the normal course of business with entities which are related through common ownership. Outstanding balances are due on demand. Outstanding balances due to and from related parties at December 31 are as follows:

| | 2023 | 2022 |
|---|---|---|
| Due from related parties | | |
| NetEnt AB | $ ▆▆▆ | ▆▆▆ |
| NetEnt Software Ltd. | | |
| NetEnt Americas Holding Ltd. | | |
| | $ ▆▆▆ | ▆▆▆ |
| Due to related parties | | |
| Evolution Latvia | $ ▆▆▆ | ▆▆▆ |
| Evolution US LLC | | |
| | $ ▆▆▆ | ▆▆▆ |

On January 1, 2021, the Company entered into a service agreement with NetEnt Product Services Ltd. ("Product Services"), a related party. Under the terms of the service agreement, the Company promotes, sells, markets and uses the services of Product Services. In addition, the Company is required to maintain an operating profit range between ▆% - ▆% in which eligible operating expenses shall mean any and all expenses incurred by the Company to sell and/or transmit the services that are not included in cost of services sold plus any expenses to promote and market the services, except that such costs shall not include interest expenses, foreign and domestic income taxes or any other expenses not related to the sale or distribution of the services. On December 26, 2022, Product Services was acquired by related party Evolution Malta Limited ("Limited"). In turn, all rights and obligations of the service agreement were transferred to Limited. During the years ended December 31, 2023 and 2022, the Company incurred $▆▆▆ and $▆▆▆ respectively in cost of services from Limited and Product Services. Outstanding accounts payable to Limited and Product Services were $▆▆▆ and $▆▆▆ at December 31, 2023 and 2022, respectively.

9

**NetEnt Americas LLC**
**Notes to Financial Statements**
**December 31, 2023 and 2022**

6.  **INCOME TAXES**

The income tax provision consisted of the following as of December 31:

|  | 2023 | 2022 |
|---|---|---|
| **Current** | | |
| Federal | $ ▮▮▮ | $ ▮▮▮ |
| State | ▮▮ | ▮▮ |
|  | $ ▮▮▮ | $ ▮▮▮ |
| | | |
| **Deferred** | | |
| Federal | $ ▮▮▮ | $ ▮▮▮ |
| State | ▮ | ▮ |
|  | $ ▮▮ | $ ▮▮ |

The following items comprise the Company's net deferred tax assets and liabilities on December 31:

|  | 2023 | 2022 |
|---|---|---|
| **Deferred tax assets (liabilities)** | | |
| Foreign exchange gain (loss) | $ ▮▮ | $ ▮▮ |
| Fixed assets | ▮▮▮ | ▮▮▮ |
| Net deferred income tax liability | $ ▮▮▮ | $ ▮▮▮ |

Deferred income taxes reflect the net tax effects of temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for income tax purposes. As of December 31, 2023 and 2022, temporary differences consist primarily of depreciation and amortization.

7.  **COMMITMENTS AND CONTINGENCIES**

**Litigation**
In the normal course of business, the Company is subject to proceedings, lawsuits and other claims and assessments. The Company has assessed its exposure for contingent liabilities and believes that any potential liability is not expected to have a material effect on its financial position, results of operations or cash flows.

8.  **RETIREMENT PLAN**

The Company had an employee 401(k) plan covering substantially all of its employees upon meeting age and length of service requirements. Employees may contribute a percentage of their salary, subject to Internal Revenue Service limitations. The Company made no matching contributions during 2022. The plan was terminated during the year ended December 31, 2022.

9.  **SUBSEQUENT EVENTS**

The Company evaluated subsequent events through June 4, 2024, which is the date the financial statements were available to be issued. Based on this evaluation, the Company has determined that no subsequent events have occurred, which require disclosure in the financial statements.

10

**SUPPLEMENTARY INFORMATION**

**NetEnt Americas LLC**
**Schedules of Operating Expenses**
**Years Ended December 31, 2023 and 2022**

| | 2023 | 2022 |
|---|---|---|
| Bank fees | $ ▮ | $ ▮ |
| Computer expenses | ▮ | ▮ |
| Depreciation and amortization | ▮ | ▮ |
| Licenses | ▮ | ▮ |
| Other taxes | - | ▮ |
| Professional fees | ▮ | ▮ |
| Promotions | ▮ | ▮ |
| Rent | ▮ | ▮ |
| Repairs and maintenance | ▮ | ▮ |
| Salaries and taxes | ▮ | ▮ |
| Software | ▮ | ▮ |
| Supplies and materials | ▮ | ▮ |
| Telephone and utilities | ▮ | - |
| Testing | ▮ | ▮ |
| Utilities | ▮ | ▮ |
| | $ ▮ | $ ▮ |

See Independent Auditor's Report.

11