# EXHIBIT 23

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

EVOLUTION MALTA LIMITED

Annual Report and Financial Statements
31 December 2023

Company Registration Number: C48666

Exhibit

Defendant 021

15th May 2025

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

|  | **Pages** |
|---|---|
| Directors' report | 1 - 4 |
| Independent auditor's report | 5 - 9 |
| Statement of comprehensive income | 10 |
| Statement of financial position | 11 |
| Statement of changes in equity | 12 |
| Statement of cash flows | 13 |
| Notes to the financial statements | 14 - 35 |

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
Annual Report and Financial Statements - 31 December 2023

## Directors' report

The directors present their report and the audited financial statements of the company for the year ended 31 December 2023.

### Principle activity

Evolution develops, produces, markets and licenses fully integrated live casino solutions to gaming operators. In live casino, a game presenter, i.e. dealer, runs the game from a casino gaming table that is followed in real time via a video stream. End users, i.e. the players, make betting decisions on their devices (computers, smartphones, tablets, etc.).

### Review of business

The global online casino market (Live & RNG) developed strongly in 2023 and, according to the independent institute H2 Gambling Capital, it had an estimated value of EUR 36,292 million (31,468) at year-end. The North American online casino market had an estimated value of EUR 9,494 million (7,932) at year-end, the European EUR 19,058 million (17,213), and the Asian market was estimated to have a value of EUR 5,410 million (4,383). The development of online gaming is underpinned by technological progress and new distribution channels, as well as strong demand from gaming operators and their end users. Slots/RNG is the largest vertical with approximately 79 percent of the online casino market.

Evolution has a leading position among live casino operators in both Europe and North America. The Company intends to continue strengthening its leading position in the market by having a clear focus on activities that promote the business and the offering. The three strategic core areas — product innovation, customer optimisation and operational excellence — are considered to be of particular importance for a continued expansion of the advantage held compared to other players in the market and the creation of a stable foundation for continued growth.

During the year, the company reported a profit before tax of €▮▮▮▮▮▮ (2022: €▮▮▮▮▮▮).

Revenue for 2023 increased by 25% (2022: 78%). The positive revenue development mainly derives from increased commission income from both new and existing customers. Revenues from dedicated tables and environments also contributed to the increase as a result of additional customers launching or extending their customised live casino environments.

1

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

## Directors' report - continued

### Review of business - continued

Total operating expenses amounted to €▮▮▮▮▮▮ (2022: €▮▮▮▮). The overall increase was mainly due to the increase in level of operations.  The Company's personnel expenses increased to €▮▮▮▮▮ (2022: €▮▮▮). Depreciation and amortisation  amounted to €▮▮▮▮▮ (2022: ▮▮▮▮), an increase explained primarily by the higher games development of the Company.  Operating profit for the year amounted to €▮▮▮▮▮▮ (2022: €▮▮▮) with an operating margin of 60% (2022: 60%).

The Company's investments in intangible assets amounted to €▮▮▮ (2022: €▮▮▮) in 2023. Investments in intangible assets refer to the development of new games and technical improvements of the platform, such as new functionality and acquistion of intellectual properties and domains. Development projects during the year also included the development of new games that will be launched in 2024, but also exclusive content rights.

Related party balances relates to intra-group services and the optimisation of cashflows across the group. Further detail is included in Note 21.

### Financial risk management and exposures

Note 2 'Financial risk management' describes the financial risk management objectives and policies and the exposure to the key risk factors including market risk (comprising foreign exchange risk, cash flow and fair value interest rate risk), credit risk and liquidity risk and the company's approach towards managing these risks.

### Legal and regulatory risks

Evolution Malta Limited is a supplier of digitally distributed online live casino games. Evolution has a Type 1 Gaming Services licence from the Malta Gaming Authority that allows it to host and manage remote gaming operators, by the delivery and technical operation of live casino games. Malta is a member of the EU, and is thus subject to European law. Evolution is also licensed and regulated in a number of jurisdictions in the EU and outside the EU.

Evolution generates a majority of its income through the licensing and supply of its software and technology to gaming operators. The company's business is therefore strongly dependent on the laws and regulations relating to the supply of gaming services. These laws and regulations are complex and inconsistent across jurisdictions and are subject to change as various jurisdictions regulate, deregulate and/or re-regulate the gaming industry. Direct enforcement actions may be taken against the company or any of its officers or directors, particularly in instances where the provision of the company's services to a gaming operator is critical to the underlying gaming transactions. Should any of these events occur, the impact could have a material adverse effect on Evolution's business, financial position and profit.

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

**Directors' report** - continued

**Legal and regulatory risks** - continued

Although the gambling laws and regulations of many jurisdictions do not specifically apply to the supply of services by licensors of gaming software, certain jurisdictions have sought to regulate or prohibit the supply of such services. While Evolution currently holds all licenses and certifications deemed necessary to carry out its business, national gambling laws and under review and changing in European and non-European countries. The company may be subject to such laws, directly or indirectly, insofar as it supplies to customers that are subject to such laws. Changes in the regulatory frameworks of different jurisdictions could impact the company's business in that such changes may lead to an increase in the number of market participants and competitors, result in customers losing their licences or permits to operate in such jurisdictions or break up monopolistic gaming operators, which could impact the Company's underlying contractual relationships.

Furthermore, many jurisdictions have not updated their laws to address the supply of remote gaming services from other countries, and courts may interpret older legislation unfavourably or determine that the activities of the company and/or its customers are illegal. For example, a court or regulator may order that certain equipment be located in the jurisdiction in which products and services are offered, which could materially and adversely impact the company's operations and the business of its customers. Furthermore, several European and non-European countries have introduced, or are in the process of introducing, new online gaming regulations, which will require online gaming operators, and in some cases even providers, to hold, country specific licenses, pay gaming taxes, operate from a country domain and report gaming statistics in order to bring  operators (and end users) under supervision.

Although Evolution monitors the regulatory environment, legislation could be interpreted in an unfavourable or unanticipated manner. If regulatory or enforcement actions are brought against any of Evolution's customers, the company's revenue streams from such customers could be lost or restricted by authorities, even if no Group entity is made a party to any legal proceedings against such customers. As a result, end users may face problems transferring funds in and out of certain jurisdictions, which may impact payments to gaming operators and hence Evolution.

In addition to gaming laws and regulations, Evolution is subject to a wide variety of laws and regulatory requirements. For example, the company must comply with anti-money laundering regulations, market abuse regulations, data protection and privacy regulations (including GDPR), and is required to share bet and other transactional data with local regulators in certain markets. Compliance with all such laws and regulations laws is complex and expensive. The company's non-compliance or deemed non-compliance with any of these other laws and regulatory requirements could result in sanctions. Any failure by Evolution to comply with these other laws and regulatory requirements could have a material adverse effect on the company's business, financial position and profit.

**Results and dividends**

The financial results are set out on page 10. The directors declared a dividend in 2023 of €▓▓▓▓▓▓▓▓ (2022: €▓▓▓▓▓▓▓▓).

3

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

**Directors' report** - continued

**Directors**

The directors of the company who held office during the year were:

Mr. Jesper von Bahr
Mr. Martin Carlesund

The company's Articles of Association do not require any directors to retire by rotation.

**Statement of directors' responsibilities for the financial statements**

The directors are required by the Maltese Companies Act (Cap. 386) to prepare financial statements that give a true and fair view of the state of affairs of the company as at the end of each reporting period and of the profit or loss for that period.

In preparing the financial statements, the directors are responsible for:

- ensuring that the financial statements have been drawn up in accordance with International
- selecting and applying appropriate accounting policies;
- making accounting estimates that are reasonable in the circumstances;
- ensuring that the financial statements are prepared on the going concern basis unless it is inappropriate to presume that the company will continue in business as a going concern.

The directors are also responsible for designing, implementing and maintaining internal control as the directors determine is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error, and that comply with the Maltese Companies Act (Cap. 386). They are also responsible for safeguarding the assets of the company and hence for taking reasonable steps for the prevention and detection of fraud and other irregularities.

**Auditors**

PricewaterhouseCoopers have indicated their willingness to continue in office and a resolution for their reappointment will be proposed at the Annual General Meeting.

On behalf of the board

DocuSigned by:

*Jesper von Bahr*

Mr. Jesper von Bahr
Director

DocuSigned by:

Mr. Martin Carlesund
Director

Registered office:
Level 1, Spinola Park
Mikiel Ang. Borg Street
St Julians' SPK1000
Malta

26 June 2024

4



# Independent auditor's report

To the Shareholders of Evolution Malta Limited

## Report on the audit of the financial statements

### Our opinion

In our opinion:

- The financial statements give a true and fair view of the financial position of Evolution Malta Limited (the "Company") as at 31 December 2023, and of the Company's financial performance and cash flows for the year then ended in accordance with International Financial Reporting Standards ('IFRSs') as adopted by the EU; and
- The financial statements have been prepared in accordance with the requirements of the Maltese Companies Act (Cap. 386).

**What we have audited**

Evolution Malta Limited's financial statements, set out on pages 10 to 35, comprise:

- the statement of comprehensive income for the year ended 31 December 2023;
- the statement of financial position as at year end;
- the statement of changes in equity for the year then ended;
- the statement of cash flows for the year then ended; and
- the notes to the financial statements, comprising material accounting policy information and other explanatory information.

### Basis for opinion

We conducted our audit in accordance with International Standards on Auditing (ISAs). Our responsibilities under those standards are further described in the *Auditor's Responsibilities for the Audit of the Financial Statements* section of our report.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

**Independence**

We are independent of the Company in accordance with the International Code of Ethics for Professional Accountants (including International Independence Standards) issued by the International Ethics Standards Board for Accountants (IESBA Code) together with the ethical requirements of the Accountancy Profession (Code of Ethics for Warrant Holders) Directive issued in terms of the Accountancy Profession Act (Cap. 281) that are relevant to our audit of the financial statements in Malta. We have fulfilled our other ethical responsibilities in accordance with these Codes.

5



## *Independent auditor's report* - continued

To the Shareholders of Evolution Malta Limited

### *Other information*

The directors are responsible for the other information. The other information comprises *Directors' report* (but does not include the financial statements and our auditor's report thereon).

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon except as explicitly stated within the *Report on other legal and regulatory requirements.*

In connection with our audit of the financial statements, our responsibility is to read the other information identified above and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit, or otherwise appears to be materially misstated.

If, based on the work we have performed we conclude that there is a material misstatement of this other information, we are required to report that fact. We have nothing to report in this regard.

### *Responsibilities of the directors for the financial statements*

The directors are responsible for the preparation of financial statements that give a true and fair view in accordance with IFRSs as adopted by the EU and the requirements of the Maltese Companies Act (Cap. 386), and for such internal control as the directors determine is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, the directors are responsible for assessing the company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless the directors either intend to liquidate the company or to cease operations, or have no realistic alternative but to do so.

### *Auditor's responsibilities for the audit of the financial statements*

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.



## *Independent auditor's report* - *continued*

To the Shareholders of Evolution Malta Limited

As part of an audit in accordance with ISAs, we exercise professional judgement and maintain professional scepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.
- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the company's internal control.
- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the directors.
- Conclude on the appropriateness of the directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditor's report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditor's report. However, future events or conditions may cause the company to cease to continue as a going concern.
- Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves fair presentation.

We communicate with Directors regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

7



## Independent auditor's report - *continued*

To the Shareholders of Evolution Malta Limited

## *Report on other legal and regulatory requirements*

The *Annual Report and Financial Statements 2023* contains other areas required by legislation or regulation on which we are required to report. The Directors are responsible for these other areas.

The table below sets out these areas presented within the Annual Report, our related responsibilities and reporting, in addition to our responsibilities and reporting reflected in the *Other information* section of our report. Except as outlined in the table, we have not provided an audit opinion or any form of assurance.

| Area of the *Annual Report and Financial Statements 2023* and the related Directors' responsibilities | Our responsibilities | Our reporting |
|---|---|---|
| **Directors' report**<br><br>(on pages 1 to 4)<br><br>The Maltese Companies Act (Cap. 386) requires the directors to prepare a Directors' report, which includes the contents required by Article 177 of the Act and the Sixth Schedule to the Act. | We are required to consider whether the information given in the Directors' report for the financial year for which the financial statements are prepared is consistent with the financial statements.<br><br>We are also required to express an opinion as to whether the Directors' report has been prepared in accordance with the applicable legal requirements.<br><br>In addition, we are required to state whether, in the light of the knowledge and understanding of the Company and its environment obtained in the course of our audit, we have identified any material misstatements in the Directors' report, and if so to give an indication of the nature of any such misstatements. | In our opinion:<br><br>• the information given in the Directors' report for the financial year for which the financial statements are prepared is consistent with the financial statements; and<br>• the Directors' report has been prepared in accordance with the Maltese Companies Act (Cap. 386).<br><br>We have nothing to report to you in respect of the other responsibilities, as explicitly stated within the *Other information* section. |

8



## *Independent auditor's report* - continued

To the Shareholders of Evolution Malta Limited

**Other matters on which we are required to report by exception**

We also have responsibilities under the Maltese Companies Act (Cap. 386) to report to you if, in our opinion:

- adequate accounting records have not been kept, or returns adequate for our audit have not been received from branches not visited by us.
- the financial statements are not in agreement with the accounting records and returns.
- we have not received all the information and explanations which, to the best of our knowledge and belief, we require for our audit.

We have nothing to report to you in respect of these responsibilities.

## *Other matter – use of this report*

Our report, including the opinions, has been prepared for and only for the Company's shareholders as a body in accordance with Article 179 of the Maltese Companies Act (Cap. 386) and for no other purpose. We do not, in giving these opinions, accept or assume responsibility for any other purpose or to any other person to whom this report is shown or into whose hands it may come save where expressly agreed by our prior written consent.

Romina Soler
Principal

*For and on behalf of*
**PricewaterhouseCoopers**
78, Mill Street
Zone 5, Central Business District
Qormi
Malta

26 June 2024

9

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

## Statement of comprehensive income
**Years ended 31 December**

| | Notes | 2023 € | 2022 € |
|---|---|---|---|
| **Revenue** | 4 | ██████ | ██████ |
| | | | |
| **Operating expenses** | | | |
| Personnel expenses | 6 | ████ | ████ |
| Depreciation and amortisation | 10, 11, 13 | ████ | ████ |
| Other operating expenses | | ████ | ████ |
| | | | |
| **Total operating expenses** | | ████ | ████ |
| | | | |
| **Operating profit** | | ████ | ████ |
| | | | |
| Net finance and other income | | ████ | ███ |
| | | | |
| **Profit before tax** | | ████ | ████ |
| Tax expense | 8 | ████ | ████ |
| | | | |
| **Profit for the year** | | ████ | ████ |
| | | | |
| **Total comprehensive income** | | ████ | ████ |

The notes on pages 14 to 35 are an integral part of these financial statements.

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

## Statement of financial position
### As at 31 December

| | Notes | 2023 € | 2022 € |
|---|---|---|---|
| **ASSETS** | | | |
| **Non-current assets** | | | |
| Investment in subsidiaries | 12 | | |
| Property, plant and equipment | 10 | | |
| Intangible assets | 11 | | |
| Right of use assets | 13 | | |
| Deferred tax assets | 18 | | |
| Total non-current assets | | | |
| | | | |
| **Current assets** | | | |
| Trade and other receivables | 14 | | |
| Cash and cash equivalents | 15 | | |
| Total current assets | | | |
| **Total assets** | | | |
| | | | |
| **EQUITY AND LIABILITIES** | | | |
| | | | |
| **Capital and reserves** | | | |
| Share capital | 16 | | |
| Contribution reserve | 16,17 | | |
| Retained earnings | | | |
| **Total equity** | | | |
| | | | |
| **Non-current liabilities** | | | |
| Lease liabilities | 13 | | |
| Deferred tax liability | 18 | | |
| Total non-current assets | | | |
| | | | |
| **Current liabilities** | | | |
| Trade and other payables | 20 | | |
| Lease liabilities | 13 | | |
| Current tax liabilities | | | |
| Total current liabilities | | | |
| **Total liabilities** | | | |
| **Total equity and liabilities** | | | |

The notes on pages 14 to 35 are an integral part of these financial statements.

The financial statements on pages 10 to 35 were authorised for issue by the Board on 26 June 2024 and were signed on its behalf by:

Mr. Jesper von Bahr
Director

Mr. Martin Carlesund
Director

11

DocuSign by:
Jesper von Bahr
C4B5B423B0DE4DA...

DocuSign by:
34021EC267DC480...

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

## Statement of changes in equity

| | Notes | Share capital € | Contribution reserve € | Retained earnings € | Total € |
|---|---|---|---|---|---|
| Balance at 1 January 2022 | | ■ | ■ | ■ | ■ |
| **Comprehensive income** | | | | | |
| Profit for the year | | ▮ | ▮ | ■ | ■ |
| **Transactions with owners** | | | | | |
| Assets transferred from group companies | 19 | ▮ | ■ | ▮ | ■ |
| Distribution to shareholder | | ▮ | ■ | ▮ | ■ |
| Employee share schemes - value of employee services | 6,17 | ▮ | ■ | ▮ | ■ |
| Dividend declared | 9 | ▮ | ▮ | ■ | ■ |
| | | ▮ | ■ | ■ | ■ |
| Balance at 31 December 2022 | | ■ | ■ | ■ | ■ |
| **Comprehensive income** | | | | | |
| Profit for the year | | ▮ | ▮ | ■ | ■ |
| **Transactions with owners** | | | | | |
| Employee share schemes - value of employee services | 6,17 | ▮ | ■ | ▮ | ■ |
| Dividends declared | 9 | ▮ | ▮ | ■ | ■ |
| | | ▮ | ■ | ■ | ■ |
| Balance at 31 December 2023 | | ■ | ■ | ■ | ■ |

The notes on pages 14 to 35 are an integral part of these financial statements.

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

**Statement of cash flows**
**Years ended 31 December**

| | Notes | 2023 € | 2022 € |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| **Operating profit** | | ███ | ███ |
| *Adjustments:* | | | |
| Depreciation of plant and equipment | 10 | ███ | ███ |
| Amortisation of intangible assets | 11 | ███ | ███ |
| Amortisation of right of use assets | 13 | ███ | ███ |
| (Gain) / loss on disposals of plant and equipment | | ███ | ███ |
| Movement in provision for impairment of trade receivables | 14 | ███ | ███ |
| Share-based payments | 17 | ███ | ███ |
| | | | |
| *Changes in working capital:* | | | |
| Movement in trade and other receivables | | ███ | ███ |
| Movement in trade and other payables | | ███ | ███ |
| | | ███ | ███ |
| | | | |
| Interest (paid) / received | | ███ | ███ |
| Tax paid | | ███ | ███ |
| ***Cash generated from operating activities*** | | ███ | ███ |
| | | | |
| **Cash flows from investing activities** | | | |
| Purchase of property, plant and equipment | 10 | ███ | ███ |
| Purchase of intangible assets | 11 | ███ | ███ |
| Cash acquired on business combination | | █ | ███ |
| ***Cash (used in)/ generated from investing activities*** | | ███ | ███ |
| | | | |
| **Cash flows from financing activities** | | | |
| Dividends paid | 9 | ███ | ███ |
| Repayment of lease liabilities | 13 | ███ | ███ |
| | | | |
| ***Cash used in financing activities*** | | ███ | ███ |
| | | | |
| **Net movement in cash and cash equivalents** | | ███ | ███ |
| | | | |
| **Cash and cash equivalents at beginning of year** | | ███ | ███ |
| | | | |
| **Cash and cash equivalents at end of year** | | ███ | ███ |

**Supplemental disclosure of cash flow information**
During the year 2022, the non-cash investing and financing activities were:
● acqusition of intangible assets due to merger as part of group reorganisation (notes 19 and 11)

● acqusition of property, plant and equipment due to merger as part of group reorganisation (notes 19 and 10)

● assignment of loans receivable from group undertakings to immediate parent (note 14)

The notes on pages 14 to 35 are an integral part of these financial statements.

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

**Notes to the financial statements**

1.       **Summary of material accounting policies**

The material accounting policies adopted in the preparation of the financial statements are set out below. These policies have been consistently applied to all the years presented, unless otherwise stated.

**1.1 Basis of preparation**

The financial statements have been prepared in accordance with International Financial Reporting Standards (IFRSs) as adopted by the EU and the requirements of the Maltese Companies Act (Cap. 386). The financial statements have been prepared under the historical cost convention. The Company has availed itself from presenting consolidated financial statements in accordance with paragraph 4(a) of IFRS 10.

The preparation of financial statements in conformity with IFRS as adopted by the EU requires the use of certain accounting estimates. It also requires the directors to exercise their judgement in the process of applying the company's accounting policies (see Note 3 – Critical accounting estimates and judgements).

*Group reorganisation*

During the financial year end 2022, Evolution restructured certain entities within the group. Evolution NetEnt Malta Limited and Evolution NetEnt Product Services Limited (subsidiaries of Evolution NetEnt Malta Holding Limited), Evolution Red Tiger Malta Limited, Evolution Red Tiger International Limited and Wholesale Limited (subsidiaries of Red Tiger Limited) (collectively the "merged entities"), were transferred to the Company by way of a capital contribution from Evolution AB, the ultimate parent company, through Evolution Malta Holding Limited, the immediate parent company. The transfer was made on the basis of the net book value of the assets and liabilities of the merged entities as at the accounting effective date of 1 January 2022.

Subsequently, these entities were amalgamated and merged its assets and liabilities into the Company as further described in notes 1.2 and note 19. The Company acquired all assets, rights, obligations and liabilities of the merged entities. The documents were drawn up by the directors in accordance with and for the purposes of Articles 358 of the Maltese Companies Act (Cap. 386), which were delivered to the Registrar of Companies on 26 December 2022. Under the terms of the merger, the transactions of the merged entities have been treated for accounting purposes as being those of the acquiring company with effect from 1 January 2022.

The entities involved in this merger are deemed to be entities under common control. The key feature of a transaction among entities under common control is that there is no change in the ultimate ownership of the entities involved as a result of the transaction. For the purposes of preparing these financial statements, the Company has applied the predecessor method of accounting prospectively from the accounting effective date to reflect the transactions referred to above. As a result, the comparative figures of the statement of comprehensive income, statement of financial position, statement of cashflows and related notes for the year ended 31 December 2022 represents the combined results and positions of the company and merged entities. The accounting policy for business combinations between entities under common control is described in note 1.2.

*Standards, interpretations and amendments to published standards effective in 2023*

The company has applied the following standards and amendments for the first time for their annual reporting period commencing 1 January 2023:

• Disclosure of Accounting Policies – Amendments to IAS 1 and IFRS Practice Statement 2
• Definition of Accounting Estimates – Amendments to IAS 8
• Deferred Tax related to Assets and Liabilities arising from a Single Transaction – Amendments to IAS 12
The amendments listed above did not have any impact on the amounts recognised in prior periods and are not expected to significantly affect the current or future periods.

*Standards, interpretations and amendments to published standards that are not yet effective*

Certain new accounting standards and interpretations have been published that are not mandatory for period beginning after 1 January 2023 reporting periods and have not been early adopted by the company. These standards are not expected to have a material impact on the entity in the current or future reporting periods and on foreseeable future transactions.

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

1.      **Summary of material accounting policies** - continued

**1.2 Business combinations between entities under common control**

Business combinations between entities under common control, which do not fall within the scope of IFRS 3, are accounted for using predecessor method of accounting. Under the predecessor method of accounting, assets and liabilities are incorporated at the predecessors' carrying values which are the net book value of the assets and liabilities of the merged entities as at the accounting effective merger date.

No new goodwill arises in predecessor accounting, and any differences between the consideration given and the aggregate book value of the assets and liabilities of the merged entities as at the accounting effective merger date, are recognised in equity. These financial statements incorporate the merged entities' results and financial position prospectively from the accounting effective merger date.

**1.3 Foreign currency translation**

*(a) Functional and presentation currency*

Items included in the financial statements are measured using the currency of the primary economic environment in which the entity operates (the 'functional currency'). The financial statements are presented in euro, which is the company's functional and presentation currency.

*(b) Transactions and balances*

Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions or valuation where items are remeasured. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at year-end exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in the statement of comprehensive income.

**1.4 Investments in subsidiaries**

Investments in subsidiaries are accounted for using the cost method of accounting, net of impairment provision.

Provisions are recorded where, in the opinion of the directors, there is an impairment in value. Where there has been an impairment in the value of an investment, it is recognised as an expense in the period in which the impairment is identified.

The results of the subsidiaries are reflected in these financial statements only to the extent of dividends receivable. On disposal of an investment, the difference between the net disposal proceeds and the carrying amount is charged or credited to profit or loss.

**1.5 Property, plant and equipment**

All property, plant and equipment are initially recorded at historical cost and are subsequently stated at historical cost less depreciation and impairment losses. Historical cost includes expenditure that is directly attributable to the acquisition of the items.

Subsequent costs are included in the asset's carrying amount or recognised as a separate asset, as appropriate, only when it is probable that future economic benefits associated with the item will flow to the company and the cost of the item can be measured reliably. The carrying amount of the replaced part is derecognised. All other repairs and maintenance are charged to profit or loss during the financial period in which they are incurred.

Depreciation is calculated using the straight-line method to allocate their cost or revalued amounts to their residual values over their estimated useful life as follows:

|                               | %       |
|-------------------------------|---------|
| Computer equipment            | 33      |
| Office furniture and equipment| 20 - 50 |
| Technological equipment       | 25      |

Leasehold improvements are depreciated over the shorter of their useful life and the term of the lease.

The assets' residual values and useful lives are reviewed, and adjusted if appropriate, at the end of each reporting period.
An asset's carrying amount is written down immediately to its recoverable amount if the asset's carrying amount is greater than its estimated recoverable amount (Note 1.6).

Gains and losses on disposals are determined by comparing the proceeds with the carrying amount and are recognised in profit or loss.

15

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

1.     **Summary of material accounting policies** - continued

**1.6 Intangible assets**

*Intellectual property*

The company acquired intellectual property, primarily comprising trademarks and tradenames, from a group company, Evolution Gaming Sweden AB. This asset is amortised over its estimated useful life of ten years.

*Gaming software*

Software rights are capitalised on the basis of the costs incurred to acquire and bring to use the specific software. Costs associated with maintaining computer software programs are recognised as an expense as incurred. Development costs that are directly attributable to the design and testing of identifiable and unique software products controlled by the company are recognised as intangible assets when the following criteria are met:

- it is technically feasible to complete the software product so that it will be available for use;
- management intends to complete the software product and use or sell it;
- there is an ability to use or sell the software product;
- it can be demonstrated how the software product will generate probable future economic benefits;
- the expenditure attributable to the software product during its development can be reliably measured; and
- the availability of adequate technical, financial and other resources to complete the development and to use or sell the intangible asset.

Directly attributable costs that are capitalised as part of the software product include the software development employee costs and an appropriate portion of relevant overheads.

Other development expenditures that do not meet these criteria are recognised as an expense as incurred. Development costs previously recognised as an expense are not recognised as an asset in a subsequent period.

Computer software development costs recognised as assets are amortised over their estimated useful lives of three to five years depending, on the nature of the project being capitalised. Licenses recognised as assets are amortised over their estimated useful lives of three years.

An asset's carrying amount is written down immediately to its recoverable amount if the asset's carrying amount is greater than its estimated recoverable amount (Note 1.7).

*Patents, licenses and domains*

Patents, licenses and domains are initially recorded at historical cost and are subsequently stated at historical cost less amortisation and impairment losses. These are amortised over an estimated useful life of five years.

**1.7 Impairment of non-financial assets**

Assets that are subject to depreciation or amortisation are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount may not be recoverable. An impairment loss is recognised for the amount by which the asset's carrying amount exceeds its recoverable amount. The recoverable amount is the higher of an asset's fair value less costs to sell and value in use. For the purposes of assessing impairment, assets are grouped at the lowest levels for which there are separately identifiable cash flows (cash-generating units). Non-financial assets other than goodwill that suffered an impairment are reviewed for possible reversal of the impairment at the end of each reporting period.

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

1.         **Summary of material accounting policies** - continued

**1.8 Financial assets**

**1.8.1 Classification**

The company classifies its financial assets at amortised cost. A financial asset is measured at amortised cost if it meets both of the following conditions and is not classified as at fair value through profit or loss:

- it is held within a business model whose objective is to hold assets to collect contractual cash flows; and
- its contractual terms give rise on specified dates to cash flows that are solely payments of principal and interest on the principal amount outstanding.

The company's financial assets at amortised cost comprise of loans receivable, trade and other receivables and cash and cash equivalents in the statement of financial position.

**1.8.2 Recognition and measurement**

The company recognises a financial asset in its statement of financial position when it becomes a party to the contractual provisions of the instrument. Loans and receivables are initially recognised at fair value plus transaction costs. They are subsequently carried at amortised cost using the effective interest method. Amortised cost is the initial measurement amount adjusted for the amortisation of any difference between the initial and maturity amounts using the effective interest method.

Financial assets are derecognised when the rights to receive cash flows from the financial assets have expired or have been transferred and the company has transferred substantially all risks and rewards of ownership or has not retained control of the financial asset.

**1.8.3 Impairment**

A forward-looking allowance for expected credit losses is recognised for all financial assets at amortised cost. Expected credit losses are based on the difference between contractual cash flows due in accordance with the contract and all the cash flows that the company expects to receive, discounted at an approximation of the original effective interest rate. The expected cash flows include cash flows from the sale of collateral held or other credit enhancements that are integral to the contractual terms.

The impairment methodology applied depends on whether there has been a significant increase in credit risk:

- For credit exposures with no significant increase in credit risk since initial recognition, expected credit losses are provided for credit losses that result from default events that are possible within the next 12-months (a 12-month expected credit loss).

- For credit exposures with significant increase in credit risk since initial recognition, a loss allowance is required for credit losses expected over the remaining life of the exposure, irrespective of the timing of the default (a lifetime expected credit loss).

For trade receivables, a simplified approach is applied in calculating expected credit losses. Instead of tracking changes in credit risk, a loss allowance is recognised based on lifetime expected credit losses at each reporting date. The company performs an analysis that is based on the company's historical credit loss experience, adjusted for forward-looking factors specific to the debtors and the economic environment. The Company has adopted the presumption that a default does not occur later than when a financial asset is 30 days past due date unless an entity has reasonable information to demonstrate that a more lagging default criterion is more appropriate.

**1.9 Trade and other receivables**

Trade receivables are amounts due from customers for services performed in the ordinary course of business. If collection is expected within one year or less (or in the normal operating cycle of the business if longer), they are classified as current assets. If not, they are presented as non-current assets.

**17**

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

1.      **Summary of material accounting policies** - continued

**1.10 Cash and cash equivalents**

In the statement of cash flows, cash and cash equivalents includes cash in hand and deposits held at call with banks.

**1.11 Share capital and capital contribution**

Ordinary shares are classified as equity. Incremental costs directly attributable to the issue of new ordinary shares are shown in equity as a deduction, net of tax, from the proceeds.

Additional capital contributions from shareholder are classified as equity.

**1.12 Financial liabilities**

The company recognises a financial liability in its statement of financial position when it becomes a party to the contractual provisions of the instrument. The company's financial liabilities are classified as financial liabilities at amortised cost.

Financial liabilities not at fair value through profit or loss are recognised initially at fair value, being the fair value of consideration received, net of transaction costs that are directly attributable to the acquisition or the issue of the financial liability. These liabilities are subsequently measured at amortised cost. The company derecognises a financial liability from its statement of financial position when the obligation specified in the contract or arrangement is discharged, is cancelled or expires.

**1.13 Trade and other payables**

Trade payables comprise obligations to pay for services that have been acquired in the ordinary course of business from suppliers. Accounts payable are classified as current liabilities if payment is due within one year or less (or in the normal operating cycle of the business if longer). If not, they are presented as non-current liabilities.

**1.14 Current and deferred tax**

The tax expense for the year comprises current and deferred tax. Tax is recognised in the statement of comprehensive income except to the extent that it relates to items recognised in other comprehensive income or directly in equity. In this case, the tax is also recognised in other comprehensive income or directly in equity respectively.

The current income tax charge is calculated based on the tax laws enacted or substantively enacted at the end of the reporting period.

Deferred tax is recognised, using the liability method, on temporary differences arising between the tax bases of assets and liabilities and their carrying amounts in the financial statements. However, the deferred tax is not accounted for if it arises from initial recognition of an asset or liability in a transaction other than a business combination that at the time of the transaction affects neither accounting nor taxable profit or loss. Deferred tax is determined using tax rates (and laws) that have been enacted or substantially enacted by the end of the reporting period and are expected to apply when the related deferred tax asset is realised or the deferred income tax liability is settled.

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

1.      **Summary of material accounting policies** - continued

**1.14 Current and deferred tax -** continued

Deferred tax assets are recognised only to the extent that it is probable that future taxable profits will be available against which the temporary differences can be utilised.

Deferred tax assets and liabilities are offset when there is a legally enforceable right to offset current tax assets against current tax liabilities and when the deferred tax assets and liabilities relate to income taxes levied by the same taxation authority on either the same taxable entity or different taxable entities where there is an intention to settle the balances on a net basis.

**1.15 Share-based payments**

The company's ultimate parent operates a number of equity-settled share-based compensation plans. Through these plans, the company receives services from employees as consideration for equity instruments of the company's ultimate parent.

*Warrant programme*

The Group has warrant programmes that entitles the company's key employees to convert warrants allocated to them into shares of the company's ultimate parent, subject to meeting certain conditions. The fair value of the warrants granted is recognised as an employee benefit expense with a corresponding increase in equity. The total amount expensed is based on the fair value of the warrants granted:

- including any market performance conditions (e.g. the entity's share price)
- excluding the impact of any service and non-market performance vesting conditions (e.g. remaining an employee of the company over a specified time period), and
- including the impact of any non-vesting conditions (e.g. the requirement for employees to hold the shares for a specific period of time).

The total amount expensed is recognised over the period where all specified vesting conditions are met. At the end of each period, the entity revises its estimate of the number of warrants expected to vest based on the non-market vesting and service conditions. It recognises the impact of the revision to original estimates, if any, in profit or loss, with a corresponding adjustment to equity.

**1.16 Revenue recognition**

The company recognises revenue when the amount of revenue can be reliably measured, it is probable that future economic benefits will flow to the entity and when specific criteria have been met as described below.

*(a) Gaming fees*

The company receives gaming fees from contracting parties, comprising a percentage of the revenue generated by the online gaming companies from use of the live casino solution offered. The contract with customers includes both the right to use of the Company's intellectual properties and the provision of online casino services through its studios. Management considers these contracts to be predominantly services contracts for which the performance obligations are achieved over time as the Company performs the services. Gaming fees accrue with the terms of the relevant agreement and are recognised in the period in which the gaming transactions occur. Fees from other related services, such as initial setup fees charged for the integration with the casino solutions are recognised as and when the setup goes live.

*(b) Interest income*

Interest income is recognised for all interest-bearing instruments using the effective interest method. Interest income is recognised in the statement of comprehensive income for interest-bearing instruments as it accrues, on a time-proportion basis using the effective interest method, unless collectability is in doubt.

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

1.    **Summary of material accounting policies** - continued

**1.17 Leases**

*When the Company is the lessee*

<u>Leased assets</u>
The company considers whether a contract is, or contains, a lease. A lease is defined as 'a contract, or part of a contract, that conveys the right to use an asset (the underlying asset) for a period of time in exchange for consideration'.

To apply this definition the company assesses whether the contract meets three key evaluations which are whether:
• The contract contains an identified asset, which is either explicitly identified in the contract or implicitly specified by being identified at the time the asset is made available to the company;
• The company has the right to obtain substantially all of the economic benefits from use of the identified asset throughout the period of use, considering its rights within the defined scope of the contract the company has the right to direct the use of the identified asset throughout the period of use; and
• The company assesses whether it has the right to direct 'how and for what purpose' the asset is used throughout the period of use.

At lease commencement date, the company recognises a right-of use asset and a lease liability on the statement of financial position. The right of-use asset is measured at cost, which is made up of the initial measurement of the lease liability, any initial direct costs incurred by the company, an estimate of any costs to dismantle and remove the asset at the end of the lease, and any lease payments made in advance of the lease commencement date (net of any incentives received).

The company depreciates the right-of-use assets on a straight-line basis from the lease commencement date to the earlier of the end of the useful life of the right-of-use asset or the end of the lease term. The company also assesses the right-of-use asset for impairment when such indicators exist.

At the commencement date, the company measures the lease liability at the present value of the lease payments unpaid at that date, discounted using the interest rate implicit in the lease if that rate is readily available or the company's incremental borrowing rate. Lease payments included in the measurement of the lease liability are made up of fixed payments (including in substance fixed), variable payments based on an index or rate, amounts expected to be payable under a residual value guarantee and payments arising from options reasonably certain to be exercised. Subsequent to initial measurement, the liability will be reduced for payments made and increased for interest. It is remeasured to reflect any reassessment or modification, or if there are changes in in-substance fixed payments.

When the lease liability is remeasured, the corresponding adjustment is reflected in the right-of-use asset, or profit and loss if the right-of-use asset is already reduced to zero.

The company has elected to account for short-term leases and leases of low-value assets using the practical expedients. Instead of recognising a right-of-use asset and lease liability, the payments in relation to these are recognised as an expense in profit or loss on a straight-line basis over the lease term.

**1.18 Dividend distribution**

Dividend distribution to the company's shareholders is recognised as a liability in the company's financial statements in the period in which an obligation to pay a dividend is established.

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

2.      **Financial risk management**

2.1 **Financial risk factors**

The company's activities potentially expose it to a variety of financial risks: market risk (including currency risk, cash flow and fair value interest rate risk), credit risk and liquidity risk. The management of the company's financial risk is based on a financial policy approved by the ultimate parent's Board of directors, and exposes the company to a low level of risk. Risk management is coordinated at a group level in respect of all companies of which Evolution AB is the ultimate parent.

*(a) Market risk*

*(i) Foreign exchange risk*

Foreign exchange risk arises from future commercial transactions and recognised assets and liabilities which are denominated in a currency that is not the entity's functional currency. The carrying amounts of the principal assets denominated in foreign currencies as at the end of the reporting period are as follows:

|  | 2023 € | 2022 € |
|---|---|---|
| **GBP** | | |
| Trade and other receivables | ▮ | ▮ |
| Amount due from group undertakings | ▮ | ▮ |
| Amount due from immediate parent | ▮ | ▮ |
| Cash and cash equivalents | ▮ | ▮ |
| **USD** | | |
| Trade and other receivables | ▮ | ▮ |
| Amount due from group undertakings | ▮ | ▮ |
| Amount due from immediate parent | ▮ | ▮ |
| Cash and cash equivalents | ▮ | ▮ |
| **SEK** | | |
| Trade and other receivables | ▮ | ▮ |
| **CAD** | | |
| Trade and other receivables | ▮ | ▮ |
| Amount due from immediate parent | ▮ | ▮ |
| Cash and cash equivalents | ▮ | ▮ |
| **ZAR** | | |
| Trade and other receivables | ▮ | ▮ |
| Amount due from immediate parent | ▮ | ▮ |
| **NOK** | | |
| Trade and other receivables | ▮ | ▮ |

21

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

2.       **Financial risk management** - continued

**2.1 Financial risk factors** - continued

A senstivity analysis for foreign exchange risk disclosing how profit or loss and equity would have been affected by changes in foreign exchange rates that were reasonably possible at the end of the period was deemed necessary for net assets denominated in GBP. At the period end, had the GBP exchange rate strengtened or weakened against the euro by 5.94% (2022: 7.76%) with other variables held constant, the increase or decrease respectively in net assets of the Company would amount to to approximately € ▮▮▮▮ (2022: €▮▮▮▮). Had the USD exchange rate strengtened or weakened against the euro by 8.45% (2022: 9.86%) with other variables held constant, the increase or decrease respectively in net assets of the Company would amount to to approximately € ▮▮▮▮ (2022: €▮▮▮▮). Had the SEK exchange rate strengthened or weakened against the euro by 9.34% (2022: 8.26%) with other variables held constant, the increase or decrease respectively in net assets of the Company would amount to approximately €▮▮▮ (2022: €▮▮▮). Had the CAD exchange rate strengthened or weakened against the euro by 7.71% (2022: 8.46%) with other variables held constant, the increase or decrease respectively in net assets of the Company would amount to approximately €▮▮▮ (2022: €▮▮▮). Had the NOK exchange rate strengtened or weakened against the euro by 10.92% (2022:€0) with other variables held constant, the increase or decrease respectively in net assets of the Company would amount to approximately € ▮▮▮ (2022: €▮).

(ii) Cash flow and fair value interest rate risk

The Company is exposed to interest rate risk which is the risk arising from the effects of fluctuations in the prevailing levels of markets interest rates on the fair value of financial assets and liabilities and future cash flow. The Company holds cash and cash equivalents, loans receivable from group undertakings and amount held in cash pooling facility subject to fixed and variable interest that expose the Company to interest rate risk. The management does not expect that future fluctuations in market interest rates will have a material impact on the profit or loss of the Company.

*(b) Credit risk*

Credit risk arises from loans receivable and trade and other receivables, primarily credit exposures to customers, including outstanding receivables and committed transactions and from cash and cash equivalents. The Company's exposures to credit risk as at the end of the reporting periods are analysed as follows:

| | 2023 €| 2022 €|
|---|---|---|
| Trade and other receivables (Note 14) | ▮▮▮▮ | ▮▮▮▮ |
| Cash and cash equivalents (Note 15) | ▮▮▮▮ | ▮▮▮▮ |
| | ▮▮▮▮ | ▮▮▮▮ |



The maximum exposure to credit risk at the end of the reporting period in respect of the financial assets mentioned above is equivalent to their carrying amount, as disclosed in the respective notes to the financial statements. The company does not hold any collateral as security in this respect. The Company banks only with local and international financial institutions with high quality standing or rating.

The Company has appropriate policies in place to ensure that sales of services are effected to customers with an appropriate credit history. The Company monitors the performance of its receivables on a regular basis to identify incurred collection losses, which are inherent in the Company's receivables, taking into account historical experience in collection of accounts receivable. The Company trades frequently with these parties and are deemed by management, usually taking cognisance of the performance history without defaults, to have excellent credit standing. The below table is the age of accounts receivables and accrued income as at the end of the year.

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

**2.**      **Financial risk management** - continued

   **2.1 Financial risk factors** - continued

| | 2023 | 2022 |
|---|---|---|
| | € | € |
| Current | | |
| Up to 30 days | | |
| 31 to 60 days | | |
| Over 60 days | | |



The Company applies the IFRS 9 simplified approach to measuring expected credit losses which uses a lifetime expected loss allowance for all trade receivables and accrued income. To measure the expected credit losses, trade receivables have been grouped based on shared credit risk characteristics and the days past due. The expected loss rates are based on the payment profiles of sales over 6 months before 31 December 2023 and the corresponding credit losses experienced within this period. The historical loss rates are adjusted to reflect current and forward-looking information on macroeconomic factors affecting the ability of the customers to settle the receivables.

As at 31st December 2023 there was a provision for impairment amounting to € ▆▆▆▆ (2022: € ▆▆▆▆ ) and bad debts during the year amounted to € ▆▆▆ (2022: €▆ ▆▆▆ ). The Company's provision has been based on determined expected credit losses on its trade receivables and accrued income in accordance with the requirements of IFRS 9.

The Company's receivables include significant amounts due from related parties forming part of the Evolution AB (Note 14). The company considers credit risk in relation to amounts due by group companies to be limited taking into account their financial position. The impairment loss identified in accordance with the expected credit losses under IFRS 9 was immaterial.

While cash and cash equivalents and amounts due from fellow subsidiaries are also subject to the impairment requirements of IFRS 9, the identified impairment loss was immaterial.

*(c) Liquidity risk*

The Company is exposed to liquidity risk in relation to meeting future obligations associated with its financial liabilities, which comprise trade and other liabilities (Note 20). These primarily include amounts due to its immediate parent and fellow subsidiaries of € ▆▆▆▆ (2022: € ▆▆▆▆ ). Prudent liquidity risk management includes maintaining sufficient cash and committed credit lines to ensure the availability of an adequate amount of funding to meet the Company's obligations.

Management monitors liquidity risk by reviewing expected cash flows, and ensures that no additional financing facilities are expected to be required over the coming year. Such monitoring is performed at a group level by ensuring that sufficient funds are available to each subsidiary within the Evolution AB.

**2.2 Capital risk management**

The Company's equity, as disclosed in the statement of financial position, constitutes its capital. The company maintains the level of capital by reference to its financial obligations and commitments arising from operational requirements. In view of the nature of the company's activities and the support of Evolution group, the capital level as at the end of the year is deemed adequate by the directors.

The Company's objectives when managing capital are to safeguard the Company's ability to continue as a going concern in order to provide returns for shareholders and benefits for other stakeholders and to maintain an optimal capital structure to reduce the cost of capital. In order to maintain or adjust the capital structure, the Company may adjust the amount of dividends paid to shareholders, return capital to shareholders, issue new shares or sell assets to reduce debt.

23

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

2.  **Financial risk management** - continued

    **2.3 Fair value of financial instruments**

    At 31 December 2023 and 2022, the carrying amounts of cash at bank, receivables, payables and accrued expenses reflected in the financial statements are reasonable estimates of fair value in view of the nature of these instruments or the relatively short period of time between the origination of the instruments and their expected realisation.

3.  **Critical accounting estimates and judgements**

    Estimates and judgements are continually evaluated and based on historical experience and other factors including expectations of future events that are believed to be reasonable under the circumstances. In the opinion of the directors, the accounting estimates and judgements made in the course of preparing these financial statements are not difficult, subjective or complex to a degree which would warrant their description as critical in terms of the requirements of IAS 1.

    *Legal environment*

    There continues to be uncertainty on the legal environment in which the Company operates. This is described in further detail in Note 22.

4.  **Revenue**

    Revenue comprises fees charged to gaming operators using the Company's online casino solutions and services provided.

    *4 (a) Disaggregation of revenue from contracts with customers*



|  | 2023 € | 2022 € |
|---|---|---|
| Commission and table fees: | | |
| To third parties | ▉ | ▉ |
| To related entities | ▉ | ▉ |
| Set up and other fees | ▉ | ▉ |
|  | ▉ | ▉ |

*4 (b)  Liabilities related to contracts with customers*

|  | 2023 € | 2022 € |
|---|---|---|
| As at 1 January | ▉ | ▉ |
| Revenues recognised from opening balance liabilities | ▉ | ▉ |
| Liabilities recognised | ▉ | ▉ |
| Revenues recognised | ▉ | ▉ |
| As at 31 December | ▉ | ▉ |

24

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

**5.    Other operating expenses**

Other operating expenses include:

|  | 2023 € | 2022 € |
|---|---|---|
| Intra-group support services | ███████ | ███████ |
| Movement in provision for impairment of trade receivables (note 14) | ███████ | ███████ |
| Exchange differences | ███████ | ███████ |
| Auditor's remuneration | ███████ | ███████ |
| Other expenses | ███████ | ███████ |
|  | ███████ | ███████ |

Intra-group support services disclosed above are net of expenses recharged to a fellow subsidiary amounting to €███████ (2022: €███████).

Fees charged by the auditor and related entities for services rendered during the financial years ended 31 December 2023 and 2022 relate to the following:☐

|  | 2023 € | 2022 € |
|---|---|---|
| Annual statutory audit and related services | ███████ | ███████ |
| Tax advisory and compliance services | ███████ | ███████ |
|  | ███████ | ███████ |

**6.    Personnel expenses**

|  | 2023 € | 2022 € |
|---|---|---|
| Wages and salaries | ███████ | ███████ |
| Social security costs | ███████ | ███████ |
| Other benefits | ███████ | ███████ |
| Share-based payments (Note 17) | ███████ | ███████ |
|  | ███████ | ███████ |

The average number of persons employed during the year:

|  | 2023 | 2022 |
|---|---|---|
| Operations | ███ | ███ |
| Administrative | ███ | ███ |
|  | ███ | ███ |

Total personnel expenses disclosed above are net of wages and salaries and social security costs recharged to a fellow subsidiary amounting to €███████ (2022: €███████).

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

**7.     Net finance income and other income**

|  | 2023 € | 2022 € |
|---|---|---|
| Dividends from subsidaries | ■ | ■ |
| Bank interest | ■ | ■ |
| Interest income on intercompany balances | ■ | ■ |
| Interest expense on leases | ■ | ■ |
| Other interest expense | ■ | ■ |
| Other (expense)/income | ■ | ■ |
|  | ■ | ■ |

**8.     Tax expense**

|  | 2023 € | 2022 € |
|---|---|---|
| Current tax expense | ■ | ■ |
| Deferred tax income | ■ | ■ |
|  | ■ | ■ |

The tax on the Company's profit before tax differs from the theoretical amount that would arise using the basic tax rate as follows:

|  | 2023 € | 2022 € |
|---|---|---|
| Profit before tax | ■ | ■ |
| Tax at 35% | ■ | ■ |
| Tax effect of: |  |  |
| Non-deductible expenses | ■ | ■ |
| Income subject to FWT | ■ | ■ |
| Other temporary differences | ■ | ■ |
| Tax expense | ■ | ■ |

**9.     Dividends**

|  | 2023 € | 2022 € |
|---|---|---|
| Dividends on ordinary shares | ■ | ■ |
| Dividend per share | ■ | ■ |

26

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

10.    **Property, plant and equipment**



Following to the merger of Evolution Red Tiger Malta Limited, Evolution Red Tiger International Limited, Wholesale Limited, Evolution NetEnt Malta Limited, Evolution NetEnt Product Services Limited, all property plant and equipment was acquired by the Company at net book value as at January 2022 (Note 19).

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

11.    **Intangible assets**



Following the merger of Evolution Red Tiger Malta Limited, Evolution Red Tiger International Limited, Wholesale Limited, Evolution NetEnt Malta Limited, Evolution NetEnt Product Services Limited, intangible assets were acquired by the Company at net book value as at 1 January 2022 (Note 19)

As part of the assessment for impairment performed by management in accordance with IAS 36, no impairment was identified in relation to the years ended 31 December 2023 and 2022. Management continue to assess the Company's intangible assets for impairment on an ongoing basis.

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

---

### 12.    Investment in subsidaries

As described in note 1, the merged entities were transferred to the Company by way of a capital contribution from Evolution AB through Evolution Malta Holding Limited. As a result of the transfer, the Company has recognised an investment in subsidiaries and a contribution reserve in equity equal to the net book value of the merged entities. Following the merger of the entities, the Company derecognised the investment in subsidiaries and recognised directly the assets and liabilities of the merged entities.

|  | 2023 € | 2022 € |
|---|---|---|
| Opening cost | | |
| Transfer of subsidaries | | |
| Derecognition due to merger | | |
| Additions arising from merger | | |
| Disposal during the year | | |
| Ending cost | | |



In 2022, Red Tiger Gaming (Gibraltar) Limited, NetEnt Ukraine LLC, Dopamine EOOD and Intropin Technology PVT Ltd, were transferred to the Company as subsidiaries as a result of the merger of Evolution Red Tiger International Limited, Wholesale Limited, Evolution Red Tiger Malta Limited, Evolution NetEnt Products Services Limited and Evolution NetEnt Malta Limited into the Company.

| Company | Registed office and place of business | Principal activity | Percentage of shares held in 2022 | Percentage of shares held in 2021 |
|---|---|---|---|---|
| Dopamine EOOD | Bulgaria | Software Company | 100% | 0% |
| Net Entertainment Ukraine LLC | Ukraine | Software Development, | 100% | 0% |
| Intropin Technology Private Limite | India | Software Development, | 100% | 0% |

The Company has availed itself from presenting consolidated financial statements in accordance with paragraph 4(a) of IFRS 10. In September 2022, the investment in NetEnt Poland Sp zo.o. was written off following strike off of the subsidiary.

### 13.    Leases

IFRS 16 Leases requires the lessese to recognise almost all leasing contracts on the balance sheet as assets and liabilities, except for short-term leases and leases of low value assets. At the start of a lease the lessee obtains the right to use the asset for a period of time and also has an obligation to pay for that right. The right of use assets are connected to the lease of premises and offices.

Lease term: The lease term corresponds to the non-cancellable duration of the contracts signed, except in cases where the company is reasonably certain of having an extension option or an early termination option in the contract.

Five (5) years was a management estimate assuming that 5 years is a reliable period of operations and no huge changes are expected within. A longer period would involve too much uncertainty about company operations and each definite agreement.

The lease payments are discounted using the interest rate implicit in the lease. If that rate cannot be readily determined, which is generally the case for leases in the company, the lessee's incremental borrowing rate is used, being the rate that the individual lessee would have to pay to borrow the funds necessary to obtain an asset of similar value to the right-of-use asset in a similar economic environment with similar terms, security and conditions. Amounts are discounted at local market long-term loan rate +2%.

(i) Amounts recognised in the statement of financial position

|  | 2023 € | 2022 € |
|---|---|---|
| Carrying amount, 1 January | | |
| Additions | | |
| Disposals | | |
| Depreciation | | |
| Carrying amount, 31 December | | |



29

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

13.    **Leases** - continued

(i) Amounts recognised in the statement of financial position - continued



| | 2023 € | 2022 € |
|---|---|---|
| Current | | |
| Non-current | | |
| Total | | |

| | 2023 € | 2022 € |
|---|---|---|
| Depreciation charge of right-of-use assets: | | |
| Office and premises buildings | | |
| Interest expense (included in finance cost) | | |
| Expense relating to short-term leases (included in other operating expenses) | | |

The total cash outflow for repayment of leases in 2023 amounted to € ▮▮▮ (2022: € ▮▮▮ ).

The undiscounted maturity analysis of lease liabilities on 31 December 2023 and 2022 is as follows:

| | 2023 € | 2022 € |
|---|---|---|
| Within one year | | |
| Between one and five years | | |
| Over 5 years | | |

14.    **Trade and other receivables**

| | 2023 € | 2022 € |
|---|---|---|
| **Current:** | | |
| Trade receivables | | |
| Less: provision for impairment of trade receivables | | |
| Trade receivables - net | | |
| Amounts due from group undertakings | | |
| Amount due from immediate parent | | |
| Accrued income | | |
| Prepayments | | |
| Other receivables | | |

The amounts due from group undertakings are unsecured, interest free and repayable on demand.

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

---

**14.**      **Trade and other receivables** - continued

The Evolution Group have bank accounts at J.P. Morgan Bank Luxembourg S.A, under a virtual account structure, in which all rights and obligations lie with Evolution Malta Holding Limited. As a result, the Company classifies the net amounts held by the immediate parent company at J.P. Morgan Bank Luxembourg S.A virtual accounts as amount due from immediate parent company. The amount due from immediate parent company bears interest of 0.3% plus benchmark rate starting 1 November 2022, and paid on the first working day of each month as disclosed below.

| Currency | Benchmark rate |
|---|---|
| EUR | ESTR |
| USD | [X]SOFR |
| SEK | [X]STIBOR T/N |
| CAD | CORRA |
| GBP | [X]SONIA |

Movements in the provision for impairment of trade receivables are as follows:

|  | 2023 € | 2022 € |
|---|---|---|
| As at 1 January | ▉ | ▉ |
| Provision for impairment of trade receivables | ▉ | ▉ |
| As at 31 December | ▉ | ▉ |

**15.**      **Cash and cash equivalents**

For the purposes of the statement of cash flows, cash and cash equivalents comprise the following:

|  | 2023 € | 2022 € |
|---|---|---|
| Cash at bank and in hand | ▉ | ▉ |
| Less restricted cash | ▉ | ▉ |
|  | ▉ | ▉ |

As at 31 December 2023, an amount of € ▉ (2022: € ▉ ) is restricted representing the jackpot liability as at year end payable to Evolution Gaming Malta Ltd.

31

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**16.    Share capital and reserves**

|  | 2023 € | 2022 € |
|---|---|---|
| **Authorised, issued and fully paid** | | |
| 1,199 Class 'A' ordinary shares of €1 each |  | |
| 1 Class 'B' ordinary share of €1 each | | |

The holders of ordinary 'B' shares shall not have any voting rights, shall not have the right to appoint any directors and shall have no right to participate in dividends or return on capital except in the case of a winding up of the Company.

In 2022, the Company has recognised a contribution reserve in relation to the transfer of the mergend entities into the Company from Evolution AB through Evolution Malta Holding Limited amounting to € ▇▇▇▇ as described in notes 1 and 12.

**17.    Share-based payments**

*Warrant programme*

2023/2026 programme: The Extra General Meeting on 9 November 2023 resolved to issue a maximum of ▇▇▇▇ warrants. Each warrant entitles the holder to subscribe for one new share in the company for SEK ▇▇▇▇ during the period from and including 16 November 2026 (however not earlier than the day after the publication of the company's interim report for the period January–September 2026) up to and including the date that falls 14 calendar days thereafter. In total ▇▇▇▇ warants were subscribed.

2021/2024 programme: The Extra General Meeting on 28 January 2021 resolved to issue a maximum of ▇▇▇▇ warrants. Each warrant entitles the holder to subscribe for one new share in the company for SEK ▇▇▇▇ during the period from and including 20 March 2024 (however not earlier than the day after the publication of the company's interim report for the period January–December ▇▇▇▇ up to and including the date that falls 30 calendar days thereafter. In total ▇▇▇▇ warrants were subscribed, of which 474,156 were bought back during 2021-2023. □

2023/2026 and 2021/2024 programme: The recipients of the warrants are key employees throughout the Group. Employees in Sweden and Georgia have paid market value for the warrants. Employees outside Sweden have paid market value for 1 warrant, while receiving 1 without payment for each that had been paid for. For warrants acquired at market value, the price (option premium) has been determined using the Black & Scholes valuation model, with the valuation being carried out by Svalner Skatt.

|  | 2023/2026 | 2021/2024 |
|---|---|---|
| Exercise price, SEK | | |
| Grant date | | |
| Expiry date |  | |
| Number of recipients | | |
| Total number of warrants subscribed | | |

The amount recognised as employee benefits expense and contribution reserve in 2023 is €▇▇▇▇ (2022: €▇▇▇▇).

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

18.    **Deferred taxes**

Deferred taxes are calculated on all temporary differences under the liability method and are measured at the tax rates that are expected to apply to the period when the asset is realised or the liability is settled based on tax rates (and tax laws) that have been enacted by the end of the reporting period. The principal tax rate used is 35% (2022: 35%).

The movement on the deferred tax is as follows:

| | Opening balance € | Amount recognised on business combination € | Recognised in profit or loss € | Closing balance € |
|---|---|---|---|---|
| **2023** | | | | |
| **Deferred tax asset** | | | | |
| Arising on: | | | | |
| Temporary differences on amortisation of intangible assets | ▆ | ▎ | ▆ | ▆ |
| **2022** | | | | |
| **Deferred tax liability** | | | | |
| Arising on: | | | | |
| Temporary differences on amortisation of intangible liability | ▆ | ▆ | ▆ | ▆ |



The recognised deferred tax asset is expected to be utilised principally after more than twelve months.

19.    **Business combinations**

During the year 2022, the Evolution Group has undertaken a group reorganisation to combine its principal activities. As a result, the activities undertaken by the NetEnt sub-group and the Red Tiger sub-group was transferred to the company through the transfer of the related subsidiaries from ultimate parent company. These subsidiaries was subsequently merged with the company as part of the group reorganization. The group reorganization was accounted under the predecessor accounting and the book values of the assets and liabilities of the underlying subsidiaries as recognised in the consolidated financial statements of Evolution AB (highest level of consolidation) was recognized in the Company's financial statements on the accounting effective merger date of 1 January 2022 as a consequence of the business combination under common control. Certain assets such as goodwill and brands which were separately identified and recognised in the consolidated financial statements of Evolution AB at the acquisition date of the NetEnt Group and the Red Tiger Group was allocated to the previous intermediate parent company Evolution NetEnt Malta Holding Limited as part of the restructuring which was subsequently merged with Evolution Malta Holding Limited. These assets were not considered part of the assets acquired by the Company during the accounting effective date of merger.

The assets and liabilities recognised by the Company on the accounting effective date of merger are disclosed in the table below. The carrying amounts of the investments in the subsidiaries were determined by management to be the consideration allocated to the acquisition of the assets and liabilities.

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

19    **Business combinations** - continued

The carrying amounts of the net assets of the merged entities acquired by the Company as at the effective merger date are as follows:



| | Evolution Red Tiger International Ltd € | Wholesale Ltd € | Evolution Red Tiger Malta Ltd € | Evolution NetEnt Products Services Ltd € | Evolution Netent Malta Ltd € | As at 1 January 2022 Total € |
|---|---|---|---|---|---|---|
| Intangible assets | | | | | | |
| Property, plant and equipment | | | | | | |
| Investment in subsidaries | | | | | | |
| Other non-current assets | | | | | | |
| Trade and other receivables | | | | | | |
| Cash at bank and other intermediaries | | | | | | |
| Trade and other payables | | | | | | |
| Tax liabilities | | | | | | |
| **Net assets acquired** | | | | | | |
| Consideration | | | | | | |
| **Adjustment to equity** | - | - | - | - | - | - |

20    **Trade and other liabilities**

| | 2023 € | 2022 € |
|---|---|---|
| Trade payables | | |
| Amounts owed to fellow subsidiaries | | |
| Accrued expenses | | |
| Deferred income | | |
| Indirect taxation | | |



Amounts owed to the fellow subsidiaries are unsecured, interest free and repayable on demand.

21    **Related party transactions**

All companies forming part of the Evolution Group are considered by the directors to be related parties as these companies are also ultimately owned by Evolution AB. Related party transactions entered into during the year comprised the following:

| | 2023 € | 2022 € |
|---|---|---|
| Sale of services (Note 4) | | |
| Purchase of gaming software (Note 11) | | |
| Recharge of support services from group undertakings (Note 5) | | |
| Recharge of other support services to a fellow subsidiary | | |
| Interest income from intercompany balances (Note 7) | | |
| Interest expense from intercompany balances | | |
| Salaries recharged to a fellow subsidiary (Note 6) | | |
| Dividend income from subsidiaries (Note 7) | | |
| Loan re-assignment to parent company (Note 14) | | |

Year-end balances owed by or to related parties, arising principally from cash advances, dividends and the above transactions including cash pool arrangements, are disclosed in Notes 14, 15 and 20 of these financial statements.

DocuSign Envelope ID: 98C670F7-D44D-42AE-82FB-B78DD8EF4A9D

**EVOLUTION MALTA LIMITED**
**Annual Report and Financial Statements - 31 December 2023**

---

**22    Legal and regulatory risks**

Evolution Malta Limited is a supplier of digitally distributed online live casino games. Evolution has a Type 1 Gaming Services licence from the Malta Gaming Authority that allow it to host and manage remote gaming operators, by the delivery and technical operation of live casino games. Malta is a member of the EU, and is thus subject to European law. Evolution is also licensed and regulated in a number of jurisdictions in the EU and outside the EU.

Evolution generates a majority of its income through the licensing and supply of its software and technology to gaming operators. The company's business is therefore strongly dependent on the laws and regulations relating to the supply of gaming services. These laws and regulations are complex and inconsistent across jurisdictions and are subject to change as various jurisdictions regulate, deregulate and/or re-regulate the gaming industry. Direct enforcement actions may be taken against the company or any of its officers or directors, particularly in instances where the provision of the company's services to a gaming operator is critical to the underlying gaming transactions. Should any of these events occur, the impact could have a material adverse effect on Evolution's business, financial position and profit.

Although the gambling laws and regulations of many jurisdictions do not specifically apply to the supply of services by licensors of gaming software, certain jurisdictions have sought to regulate or prohibit the supply of such services. While Evolution currently holds all licenses and certifications deemed necessary to carry out its business, national gambling laws and under review and changing in European and non-European countries. The company may be subject to such laws, directly or indirectly, insofar as it supplies to customers that are subject to such laws. Changes in the regulatory frameworks of different jurisdictions could impact the company's business in that such changes may lead to an increase in the number of market participants and competitors, result in customers losing their licences or permits to operate in such jurisdictions or break up monopolistic gaming operators, which could impact the Company's underlying contractual relationships.

Furthermore, many jurisdictions have not updated their laws to address the supply of remote gaming services from other countries, and courts may interpret older legislation unfavourably or determine that the activities of the company and/or its customers are illegal. For example, a court or regulator may order that certain equipment be located in the jurisdiction in which products and services are offered, which could materially and adversely impact the company's operations and the business of its customers. Furthermore, several European and non-European countries have introduced, or are in the process of introducing, new online gaming regulations, which will require online gaming operators, and in some cases even providers, to hold, country specific licenses, pay gaming taxes, operate from a country domain and report gaming statistics in order to bring operators (and end users) under supervision.

Although Evolution monitors the regulatory environment, legislation could be interpreted in an unfavourable or unanticipated manner. If regulatory or enforcement actions are brought against any of Evolution's customers, the company's revenue streams from such customers could be lost or restricted by authorities, even if no Group entity is made a party to any legal proceedings against such customers. As a result, end users may face problems transferring funds in and out of certain jurisdictions, which may impact payments to gaming operators and hence Evolution.

In addition to gaming laws and regulations, Evolution is subject to a wide variety of laws and regulatory requirements. For example, the company must comply with anti-money laundering regulations, market abuse regulations, data protection and privacy regulations (including GDPR), and is required to share bet and other transactional data with local regulators in certain markets. Compliance with all such laws and regulations laws is complex and expensive. The company's non-compliance or deemed non-compliance with any of these other laws and regulatory requirements could result in sanctions. Any failure by Evolution to comply with these other laws and regulatory requirements could have a material adverse effect on the company's business, financial position and profit.

**23    Statutory information**

Evolution Malta Limited is a limited liability company and is incorporated in Malta.

The company's immediate parent company is Evolution Malta Holding Limited, whose registered office is in Level 1, Spinola Park, Mikiel Ang. Borg Street, St. Julians' SPK1000, Malta. Evolution AB, is the company's ultimate parent whose registered office is in Hamngatan 11, 111 47 Stockholm, Sweden.