UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL SKOLNICK, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br>v.<br><br>EVOLUTION AB (PUBL), MARTIN CARLESUND, and JACOB KAPLAN,<br><br>       Defendants. | Civ. Action No. 2:24-cv-00326-MRP |

**DECLARATION OF JONAS LJUNGKVIST IN SUPPORT OF DEFENDANT EVOLUTION AB'S MOTION TO DISMISS THE AMENDED COMPLAINT FOR LACK OF *ALTER EGO* PERSONAL JURISDICTION**

I, Jonas Ljungkvist, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a business controller at Evolution AB (publ) ("Evolution AB"). I respectfully submit this Declaration in support of Defendant Evolution AB's Motion to Dismiss the Amended Complaint for Lack of *Alter Ego* Personal Jurisdiction ("Motion").

2. Attached as **Exhibit 24** is a true and correct copy of excerpts of the 2023 Annual Report of Evolution AB, dated April 5, 2024.

3. Attached as **Exhibit 25** is a true and correct copy of a "Resolution of the Board of Managers of NetEnt Americas LLC," dated May 2, 2023, nominating Jacob Claesson "to sign all corporate and tax related documentation to be provided to any authority or third-party on behalf of the Company," produced by NetEnt Americas LLC in response to a jurisdictional discovery request in this action.

4. Attached as **Exhibit 26** is a true and correct copy of a Resolution of the Board of Directors of Evolution Malta Limited, dated May 15, 2023, "delegat[ing] and appoint[ing] *Julija Ulmane* (Head of Operations Malta, Belgium and Spain) and *Vanessa Borg* (Head of HR) to sign employment/ human resources documents" on behalf of Evolution Malta Limited, produced by Evolution Malta Limited in response to a jurisdictional discovery request in this action.

5. Attached as **Exhibit 27** is a true and correct copy of a resolution of the Evolution US LLC Board of Managers, dated February 12, 2024, approving the merger of Evolution Pennsylvania LLC into Evolution US LLC, produced by Evolution US LLC in response to a jurisdictional discovery request in this action. The produced resolution was redacted to remove non-public financial information.

6. Attached as **Exhibit 28** is a true and correct copy of a calendar invitation for a January 19, 2023 meeting of Evolution's Extended Group Management, containing an agenda for that meeting, produced by Evolution AB in response to a jurisdictional discovery request in this action.

7. Attached as **Exhibit 29** is a true and correct copy of a presentation given by the Chief Commercial Directors of North America, Asia, Europe, Latin America, and Africa entitled, "North America," dated June 21, 2023, produced by Evolution AB in response to a jurisdictional discovery request in this action. The produced presentation was redacted to remove non-public business information.

8. Attached as **Exhibit 30** is a true and correct copy of minutes of a January 17, 2023 meeting of the North American management of Evolution US LLC, produced by

-3-

Evolution US LLC in response to a jurisdictional discovery request in this action. The produced minutes were redacted to remove non-public business information.

9. Attached as **Exhibit 31** is a true and correct copy of minutes of a March 30, 2023 meeting of the North American management of Evolution US LLC, produced by Evolution US LLC in response to a jurisdictional discovery request in this action. The produced minutes were redacted to remove non-public business information.

10. Attached as **Exhibit 32** is a true and correct copy of minutes of an August 16, 2023 meeting of the North American management of Evolution US LLC, produced by Evolution US LLC in response to a jurisdictional discovery request in this action. The produced minutes were redacted to remove non-public business information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 11, 2025 in Stockholm, Sweden.

_____
Jonas Ljungkvist