# EXHIBIT 24



# >Evolution

## ANNUAL REPORT 2023

# Table of contents

The year in brief                                      03

Group CEO comments                                     05

**STRATEGIC REPORT**

Our business model, vision and strategy                09

Our marketplace                                        11

Our global studios                                     13

Our online casino operations                           15

Our world-leading online casino portfolio              19

The Evolution share                                    25

**SUSTAINABILITY REPORT**

Sustainability report                                  29

Responsible business                                   33

Responsible gambling                                   35

Our employees                                          37

IT and cyber security                                  41

Climate                                                42

Taxonomy                                               44



**GOVERNANCE**

49    Directors' report

55    Corporate governance report

63    Our Board of Directors

65    Our group management team

**FINANCIAL STATEMENTS**

69    Financial reports

78    Notes

108   Declaration by the Board of Directors

109   Auditor's report

115   Glossary and definitions



# The year in brief

A summary of another outstanding year in Evolution's history.

## ▶▶ THE YEAR IN FIGURES

EBITDA **+25.7%** to **€1,267.4 million** (1,008.4) EBITDA margin **70.5%** (69.2)

Profit **+27.0%** to **€1,070.9 million** (843.4)

Earnings per share **€5.01** (3.95)

The Board proposes a dividend of **€2.65** (2.00) per share



**5-year Financial Development**



**Financial Development 2023**



**Cost Structure**

**19%** Depreciation, amortisation and impairment

**27%** Other operating expenses

**54%** Personnel costs



**Geographic Growth 2023**

# Group CEO comments

Innovation, global growth and aiming for even greater heights.



The year of 2023 was a difficult year in the world around us, affected by global concerns regarding the economy as well as geopolitical developments. Despite this difficult environment, Evolution remained focused and delivered a solid year both financially and operationally.

Revenues in 2023 increased by 23.5 percent to EUR 1,798.6 million (1,456.7). EBITDA increased by 25.7 percent to EUR 1,267.4 million (1,008.4) corresponding to a margin of 70.5 percent (69.2), well in line with our 2023 guidance of 68-71 percent.

From an operational point of view, we picked up the pace during the latter part of the year and entered 2024 with good momentum. We have a strong focus on expanding our delivery capacity in 2024. Our margin guidance is 69-71 percent for 2024 (as communicated in the year-end report).

Revenues in live casino increased to EUR 1,523 million in 2023. During the first half of the year we did not fully execute our expansion plans and undersupplied the market for live casino. We took action and improved, and for the full year we increased the number of tables by approximately 300 to more than 1,600 at year end.

Revenues in RNG amounted to EUR 275 million in 2023. Our systematic approach to improve game development operations paid off in 2023, and we now have a tempo of game releases that is competitive from all brands. During the year we launched 110 games across both RNG and live casino, exceeding our target of more than 100 games for the year.

Our focus has always been on products and creating exciting new player experiences, and over the next two years we will scale up our ambitions, having the power to focus even more on creativity and innovation.

I call the next two years our "Product Leap" years - where we will test new types of games, explore uncharted waters and develop even more innovative games, thereby expanding the gap to our competitors even further.

During 2023 we continued to develop our One Stop Shop (OSS) platform which, besides being an integration enabler of our games for casino operators, also works as a foundation for our future product expansion. From the third quarter of 2023, all of our new games are now on OSS. Going forward, and with OSS coming into a more mature phase, our aim is to add functionality to the platform and increase the value of the platform for our customers even more.

Our revenues are truly global. All regions performed well in 2023, with good progress in North America, still in the early stages of market development, and Europe, a more mature market, but still with untapped potential. In terms of reporting, fast-growing LatAm was broken out as a separate region in 2023, and the Nordics and UK were grouped into Europe. Asia also continues with good development from previous years.

In 2023, investments amounted to EUR 94 million, which was lower than the guided EUR 120 million. However, as we increased the pace of adding studio capacity at the end of 2023 and expect this trend to continue into 2024, we keep our guidance of EUR 120 million for 2024 as already communicated. We see continued strong global demand for Evolution online casino, and therefore we are committed to continue to invest in table capacity in our existing locations, as well as in new studios. We are planning for at least four new studios in 2024.



We have a strong capital structure and financial position. For 2023, the Board of Directors proposes a dividend of EUR 2.65 (2.00) per share, in line with the company's dividend policy to distribute a dividend of 50 percent of net profit annually. In combination with the share buyback programme of EUR 400 million, which was launched in the fourth quarter of 2023, an estimated 90 percent of 2023 net profits will in fact be shifted back to our investors.

Going into 2024, growth is, as always, the top priority for us at Evolution, and I am truly looking forward to the year. I also want to express my gratitude to all employees for their contributions during 2023 and their endeavor to do a bit better every day. Thank you!

**Martin Carlesund,**
**Group CEO**

# Our marketplace

Online casino continues its strong performance in the gaming market.

### Total global gaming market

Evolution's services are available on a global scale and its products answer to a global demand.

According to market estimates from H2GC*, the total global gaming market, land-based and online, had an estimated value of EUR 489 billion (433) in 2023, measured in gross gaming revenues.

Roughly 75 percent (75) of this figure comprised land-based gaming, primarily via monopolised state-owned lottery operations, land-based casinos and gaming machines etc.

The global market for all types of online gaming has grown significantly faster than the total gaming market in recent years. For the past five years (2019-2023), online gaming achieved a compound annual growth rate of close to 20 percent compared with 4.6 percent for the market as a whole, including all types of gaming/gambling.

### Online casino five year growth

Globally online casino (live, RNG-tables and slots) has had an annual growth rate of 21 percent between 2019 and 2023. Live casino has been the fastest growing segment within online casino, with an annual growth rate of 24 percent in the same period.

### Online casino 2023

According to H2GC, the global online casino market (live, RNG & slots) had in 2023 an estimated growth of 15 percent compared with the year before. The live casino market had an estimated growth of close to 17 percent from 2022. The share of online amounted to 22 percent of the total casino market in 2023. The share of live, i.e. live casino's share of the total online casino market, was 21 percent in 2023.

*H2 Gambling Capital: Detailed Global Summary Data (€), 15th February 2024.



**Total gaming market in 2023**

- Land-based 75%
- Online 25%



**Global Casino Market 2023**

- Land-based casino 78%
- Live casino 5%
- RNG 17%

**Compound Annual Growth Rate 2019-2023**

| LIVE CASINO | RNG CASINO | LAND-BASED CASINO |
|---|---|---|
| ▼ | ▼ | ▼ |
| ▼ | ▼ | ▼ |
| +23.9% | +20.8% | +0.3% |



## Growth

The growth for online casino is underpinned by new regulated markets, technical progress and new distribution channels, but above all, strong demand from the gaming operators and their end users. Live casino is a product that allows the operators to differentiate themselves in the marketplace, since it offers considerable opportunities to completely customise both the backdrop and content. Thus, providing a unique experience for both operators and end users. Furthermore, live casino has proven to be a product that is in line with larger trends such as video entertainment where interaction with real people who speak your own language builds trust among end users.

## Competition

The strong growth trend over recent years for live casino has encouraged more systems providers to develop live casino solutions. The barriers to entry are relatively low, while the barriers to success are considerably higher.

Live casino is a highly complex product that, in addition to a technical solution, requires both a certain volume and outstanding operational excellence to be profitable and perform satisfactorily. Our perpetual mission is to extend the gap with the competition and strengthen our market leadership. This is the common thread in our studio expansion as well as in product development, operational excellence and recruitment.

We have a leading position in RNG, offering an award-winning portfolio of games. The market is more fragmented than live casino with many other suppliers in the marketplace.

## EXPANDING THE MARKET

Important aspects for expanding our market are partly the migration to online, and partly new games that attract new players. We are excited to play a role in digitalising the industry as more and more players experience online casino through our games. The rate at which land-based will convert to online over the years to come remains unpredictable, however we have our growth runway in place to capitalise on the development.

In 2017, we revolutionised the live casino domain with the launch of in-house developed game shows. This category of games has been acting as a powerful conversion tool to attract new player types to live casino, such as first-time live players and those who do not traditionally play live casino. These game shows, with a unique mix of live casino and RNG with augmented reality technology, have enabled us to expand to a much broader group of end users and consolidate Evolution's position as the leading innovator in the gaming industry.



# Our global studios

Evolution has 11 studios in Europe, 7 in North America and 2 in South America.



**Evolution** ●   **Ezugi** ●

| EUROPE | NORTH AMERICA | SOUTH AMERICA |
|---|---|---|
| Armenia ● | Canada — British Columbia x2 ● | Argentina ● |
| Belgium ● | USA — Connecticut ● | Colombia ● |
| Bulgaria ● | USA — Michigan ● | |
| Georgia ● | USA — New Jersey x2 ● | |
| Latvia ● | USA — Pennsylvania ● | |
| Lithuania ● | | |
| Malta x2 ● | | |
| Romania ● ● | | |
| Spain x2 ● | | |

## Regulation

The gaming industry is regulated at a national or a regional level. Many countries have regulations for land-based casinos that are not applied to online gaming. Some countries have a gaming monopoly, in which only one operator is permitted, while others have established systems in which several operators can be licensed to offer online games. In some cases, gaming operators that are licensed in one country offer games in other countries as well.

An increasing number of countries introduce national regulations. This means that gaming operators, and in some cases also providers, must apply for country-specific licences, pay local taxes and be subject to national monitoring.

Regulation is an important growth factor for the online casino market, because it brings more potential end users and gives operators greater opportunities to promote the product. Since Evolution is a provider, new legislation tends mainly to affect the company indirectly.

### LICENSES

Evolution endeavours to be the most reliable live casino provider in the market and holds all the licenses and certifications where available. Evolution aims to maintain the highest international standards in terms of regulatory compliance and security.

One or more brands within the Evolution Group is licensed and regulated in these jurisdictions:

| | |
|---|---|
| Alderney | Peru |
| Argentina | Romania |
| Bahamas | Spain |
| Belgium | United Kingdom |
| Curaçao | Sweden |
| Georgia | South Africa |
| Gibraltar | Uganda |
| Greece | USA - Connecticut |
| Isle of Man | USA - Michigan |
| Canada | USA - New Jersey |
| Latvia | USA - Oklahoma |
| Malta | USA - Pennsylvania |
| Panama | USA - West Virginia |

### GAMES OFFERED WITHIN THE BELOW REGULATED MARKETS

Evolution's products are offered in the following regulated markets:

| | |
|---|---|
| Alderney | Malta |
| Armenia | Mexico |
| Argentina | Netherlands |
| Bahamas | North Macedonia |
| Belgium | Norway |
| Belarus | Paraguay |
| Bosnia | Portugal |
| Bulgaria | Romania |
| Colombia | Switzerland |
| Curaçao | Serbia |
| Denmark | Slovakia |
| Dominican Republic | Spain |
| Estonia | United Kingdom |
| Philippines | Sweden |
| Finland | South Africa |
| Georgia | Czech Republic |
| Gibraltar | Germany |
| Greece | Uganda |
| Croatia | Hungary |
| Ireland | USA - Connecticut |
| Isle of Man | USA - Delaware |
| Italy | USA - Michigan |
| Canada | USA - New Jersey |
| Congo | USA - Pennsylvania |
| Lesotho | USA - West Virginia |
| Latvia | Venezuela |
| Lithuania | Austria |



Evolution Group stand at the International Casino Exhibition (ICE) in London, UK.

# Our online casino operations

Evolution offers a market-leading live casino platform that simultaneously handles hardware, software, video, employees and user data, giving the operators a complete live casino offering and the end users a unique gaming experience.





## One Stop Shop

One Stop Shop (OSS) is Evolution Group's single platform that enables casino operators to achieve simple, fast and unified integration of Evolution, NetEnt, Red Tiger, Big Time Gaming, Ezugi and Nolimit City games.

Our OSS platform makes integration faster and simpler today while providing the foundation for future Evolution Group product expansion – all through a single technical touchpoint for operators. A single integration gives easy access to the extensive, exciting range of Evolution Group games and products, providing a shorter time to market and reduced effort to launch new casinos with a unified and optimised approach to new markets and changes in regulated markets. OSS also gives casino operators access to one unified Back Office with a 360-degree view of their players across all Evolution Group brands, as well as a unified set of promotional tools and the option to set up joint cross-Evolution brand promotional campaigns.

OSS is an extended, enhanced version of the established Evolution integration. Until 2020, OSS was simply known as Evolution integration and was used for Evolution live and First Person games. In 2021, OSS was extended to deliver NetEnt and Red Tiger games, and in 2022, we added Big Time Gaming and Nolimit City. Ezugi joined the OSS portfolio in 2023.

We are constantly improving the platform to be robust, horizontally scalable, and strong in various disciplines such as regulated markets coverage, concurrent user support, and a diversity of features that can be used to boost, enhance and elevate the products.

The company has a stable and reliable technical system that integrates with the gaming operator's system. The technology is designed to be able to handle large amounts of data, while being scalable. Evolution has also built its own video coding solution with the aim of ensuring continuous video streaming in HD or the format that best fits the end users' capacity. In 2023, system availability was 99.93 (99.88) percent, excluding scheduled maintenance.

**SYSTEM AVAILABILITY**   ▸▸   **2023: 99.93%**

## Game integrity

During the year, Evolution games have remained running in a fully compliant environment and at the same time meeting operational excellence and security standards, as well as ensuring the safety of our employees. In 2023, the Game Integrity and Risk department has continued to support new ground-breaking games by setting up innovative real-time game protection systems, most of which are based on advanced video recognition technology and complex hardware setups.

Mission Control Room (MCR) is the heart of Evolution's operations. MCR is responsible for ensuring operational excellence, system availability, security and regulatory compliance.

As a means to protect game integrity and detect attempts of fraudulent behaviour, Evolution monitors all gaming activities on our gaming floors in real time, 24 hours a day, year-round. Tables, games, volumes, and behaviour patterns are monitored through a combination of automatic and manual control systems - all with the aim of optimising security and providing protection against fraud. This work is led by Evolution's Game Integrity and Risk department. All major studios have their own MCR, which in turn can monitor studios at other locations, thus ensuring scalability in Evolution's business.

## Customised services

The live casino product is a strategically important tool for operators who want to achieve brand differentiation and strengthen loyalty to their players.

Evolution has many years of experience of offering completely dedicated tables and environments, where virtually everything can be customised to the preferences of the individual operator.

## Distribution channels

Evolution offers end users simple access to live casino games via all major platforms. All mobile games are built in HTML5 to ensure smooth integration with the operator's mobile websites and apps. The share of mobile revenue for Evolution represented 68 percent (68) in 2023.

## Customer portfolio

Evolution's customer portfolio, including all brands, consisted of approximately 800 customers at the end of 2023 and comprises of online operators and land-based casinos. The online operators typically offer a wide range of different gaming verticals including RNG games, such as slots, live casino, sportsbook, as well as poker and bingo.

## New customers in 2023

In 2023, agreements were signed with, amoung others, Sky Betting & Gaming, part of Flutter, for the provision of Evolution's complete live casino services in the UK. Agreements were also signed with several regional operators like Island Luck for the Bahamas market, Aposta.la for the Paraguay market as well as Bplay and Betwarrior for the Argentinian market. Agreements were also concluded with a number of smaller operators and platforms, while many existing agreements were expanded to cover additional services and tables.

## Risk assessment for new customers

As a B2B provider, Evolution's revenues are generated via gaming operators and casinos. The company has stringent monitoring processes in place to detect attempts at fraud and money laundering, but it is the operators that handle all monetary transactions with their end users.

The company has established due diligence processes for when new agreements are signed and to continually evaluate existing customers. Evolution is always able to discontinue its services to operators that fail to comply with the relevant regulations, or that in some other way jeopardise Evolution's market position and/or gaming licences.

## Customer dependency

Evolution's largest customer accounted for approximately 13 percent (14) of revenues in 2023, and the five largest customers accounted for roughly 41 percent (30) of revenues.

### Customer dependency, % of revenues

|          | 2019 | 2020 | 2021 | 2022 | 2023 |
|----------|------|------|------|------|------|
| Top 1-5  | 27%  | 33%  | 22%  | 30%  | 41%  |
| Top 1    | 6%   | 11%  | 11%  | 14%  | 13%  |



Game host presenting our new game show Funky Time in Kaunas, Lithuania.

## The art of studios

Evolution provides its services through live casino studios across Europe, North America and LatAm. Evolution has three main production studios, which serve as hubs for a clear majority of the markets where Evolution's games are offered. One is located in Riga, Latvia, one in Mrieħel, Malta, and another one is located in Tbilisi, Georgia.

The production studio in Riga is Evolution's innovation hub where the company develops, tests and launches most of its new games. The operations in Riga are conducted with primarily English-speaking game presenters serving both generic and dedicated tables. In Malta, there are mainly international game presenter teams serving native language tables in regulated markets such as Denmark and Sweden. Tbilisi is Evolution's largest hub, where a mix of English-speaking and international game presenter teams are working.

Besides the larger production studios, Evolution also operates studios in Belgium, Lithuania, Romania, Armenia, Spain and Bulgaria. Some of these have been built to meet the national gaming regulations requiring a physical presence in each market. Evolution also operates studios outside Europe, in Argentina, Colombia, British Columbia, Canada and the USA, in Pennsylvania, Michigan, Connecticut and New Jersey. Altogether Evolution operates over 1,600 tables for Evolution's customers.

Evolution also operates Dual Play tables built on the premises of land-based casinos in the United Kingdom, Malta, Romania and the USA.

## Evolution Job Shop

The Evolution Job Shop is our boutique, in-house manufacturing facility in Riga. Producing items that often no-one else in the world can supply, it epitomises the Evolution ethos of innovation and is continually pushing the boundaries of what is possible.



Overview of the workshop in Riga, Latvia.

### Doing things extremely well

'If you want a thing done well, do it yourself' is a well-known saying. Those words sum up the inspiration for the Job Shop.

The Job Shop is both a mechanical workshop and a unique creative production resource. It was established in 2020 as part of our technical operations to make possible the rapid, high-quality prototyping and production of devices designed primarily by our R&D team.

The Job Shop grew out of the need to produce devices for our games and studios that were difficult to source from external vendors. In some cases, the device or part we wanted proved too expensive to procure; or it took too long to produce; or it was impossible to find a manufacturer able to supply the envisaged item.

### High quality at speed

In the three years since it opened, the Job Shop has grown into a full-fledged small batch producer of our in-house designed gaming and studio equipment.

A key benefit is the speed at which devices and parts can be made. Often, the Job Shop's ability to produce equipment in a few days saves the day, enabling a studio and game to meet a demanding launch schedule. Another benefit is assured quality and consistency.

The main equipment in the Job Shop workshop consists of metalworking CNC (Computerised Numerical Control) machines.

CNC machinery is vital in the world of modern manufacturing, with pre-programmed software code controlling the movement of the equipment and enabling extremely precise cutting and shaping. There is also a lot of other kit too, such as lathes, axis mills, welding and painting equipment, to make the full production cycle possible.

The workshop team consists of skilled machinists/fabricators; print operators, who produce table layouts for most of our European studios; and the workshop manager, who oversees daily operations and ensures material and tool availability for an uninterrupted operation.

### Unique productions

The list of what the team produces is long and varied. Examples include kit for gaming tables equipped with our advanced scalable Blackjack technology, Sic Bo and Bac Bo automatic dice shakers, the Craps dice launcher, and the coin flip machine in our Crazy Coin Flip live game show.

Another key product category produced by the Job Shop is the gaming table layouts, which are subject to high usage. Availability and speed of replacements are critical, while having production in-house gives us the option to iterate quickly through different layouts in the design phase.

The smart design and vast experience of the Evolution R&D team and the precision of the Job Shop's output means that internally produced equipment delivers better and more consistent results. For example, our automatic dice shaker exhibits 80 percent fewer 'dice on edge' errors than comparable products from known brands.

The Job Shop is another innovative Evolution success story and its value is undeniable. This in-house facility means shorter product-to-market time and full control over production; the capability to manufacture products that simply don't exist outside of our imagination; and the agility to respond rapidly to the challenges posed by every new and unique studio build.



Working in the Job Shop in Riga, Latvia.



# GOVERNANCE

**DIRECTORS' REPORT**

**CORPORATE GOVERNANCE REPORT**

**OUR BOARD OF DIRECTORS**

**OUR GROUP MANAGEMENT TEAM**

# Directors' report

The Board of Directors and the Group CEO of Evolution AB (publ) 556994-5792 ('Evolution') hereby present the annual accounts for the Group and the Parent Company for the 2023 financial year.

## Operations

Evolution develops, produces, markets and licenses fully integrated live casino and slots solutions to gaming operators. In live casino, a game presenter, i.e. dealer, runs the game from a casino gaming table that is followed in real time via a video stream. End users, i.e. the players, make betting decisions on their devices (computers, smartphones, tablets, etc.).

Evolution is a B2B supplier and, at the end of 2023, the Group had approximately 800 customers, including the majority of the foremost online casino operators in Europe and the USA, as well as a number of land-based casinos. The operators market the products to the end users.

Evolution's live casino platform is unique in its kind and covers all aspects required by a gaming operator – from the recruitment and training of game presenters and other staff to streaming, production, supervision, customer services and follow-up. Operators are offered a fully customised solution with a high degree of adaptability such as standard and VIP tables, control of how the environment looks and dedicated dealer teams. The Company has a broad portfolio of core games including both classic table games and new innovative casino games. Various game derivatives are also available, i.e. variations of the core games with new technical solutions and new content.

Evolution has production studios in Riga in Latvia, Tbilisi in Georgia and Mrieħel in Malta, where the majority of the operations are conducted. In addition, the Company has studios in New Jersey, Pennsylvania, Michigan and Connecticut in the USA as well as Vancouver in Canada, Kaunas in Lithuania, Madrid in Spain, Sofia in Bulgaria, Buenos Aires in Argentina, Medellin in Colombia and Yerevan in Armenia. The Company also runs on-premise studios at land-based casinos in Belgium, Romania, and Spain. The Parent Company of the Group is located in Stockholm, Sweden.

Evolution's revenues consist of fixed and variable consideration from the Company's customers. A majority of the revenue derives from commission, which is calculated as a percentage of the customer's profit generated by the Company's online casino platform. Through commission, Evolution gains beneficial exposure to the general growth of the global online casino market. In addition to commission, a proportion of the Company's revenue derives from fees for dedicated tables. These are invoiced to customers who have chosen to offer their end users dedicated tables.

## Business concept and vision

Evolution's business concept is to offer gaming operators in regulated markets an unparalleled, locally adapted online casino service for all digital platforms. Its mission is to make operators successful and provide an excellent gaming experience for their end users. Evolution's vision is to be the leading online casino provider in the world.

## Significant events in 2023

- Launch of 110 new games.
- Investments in studios throughout the year to meet global demand for online casino.
- Agreements with several new operators.
- +1,600 Live tables at year-end.
- The Board proposes a dividend of EUR 2.65 per share (2.00).

## Market

The global online casino market (Live & RNG) developed strongly in 2023 and, according to the independent institute H2 Gambling Capital*, it had an estimated value of EUR 36,292 million (31,468) at year-end. The North American online casino market had an estimated value of EUR 9,494 million (7,932) at year-end, the European EUR 19,058 million (17,213), and the Asian market was estimated to have a value of EUR 5,410 million (4,383). The development of online gaming is underpinned by technological progress and new distribution channels, as well as strong demand from gaming operators and their end users. Slots/RNG is the largest vertical with approximately 79 percent (79) of the online casino market.

*H2 Gambling Capital, Detailed Global Summary Data (€), Total iCasino Gross Win, 15 February 2024.

Evolution has a leading position among live casino operators in both Europe and North America. The Company intends to continue strengthening its leading position in the market by having a clear focus on activities that promote the business and the offering. The three strategic core areas — product innovation, customer optimisation and operational excellence — are considered to be of particular importance for a continued expansion of the advantage held compared to other players in the market and the creation of a stable foundation for continued growth.

### New agreements and customers

In 2023, agreements were signed with among others Sky Betting & Gaming, part of Flutter, for the provision of Evolution's complete live casino services in the UK. Agreements were also signed with several regional operators like Island Luck for the Bahamas market, Aposta.la for the Paraguay market as well as Bplay and Betwarrior for the Argentinian market. Agreements were also concluded with a number of smaller operators and platforms, while many existing agreements were expanded to cover additional services and tables.

### Revenues and profit

#### Revenues

Evolution's total operating revenues amounted to EUR 1,798.6 million (1,456.7) in the financial year ending on 31 December 2023. The positive revenue development mainly derives from increased commission income from both new and existing customers. Revenues from dedicated tables and environments also contributed to the increase as a result of additional customers launching or extending their customised live casino environments.

#### Expenses and profit

Total operating expenses amounted to EUR 655.9 million (548.7). The Company's personnel expenses rose to EUR 355.3 million (289.6), mainly driven by higher expenses for personnel in connection with the launch of new tables in the Company's studios.

Depreciation, amortisation and impairments amounted to EUR 124.7 million (100.4), an increase explained primarily by the expansion of the Company's studios. Other operating expenses rose to EUR 175.9 million (158.7), driven by expenses for premises, consumables and communications. Operating profit for the year amounted to EUR 1,142.7 million (908.1) with an operating margin of 63.5 percent (62.3).

Financial items only had a marginal impact on the profit and amounted to EUR 5.9 million (-1.5).

The Group's effective tax rate for the year amounted to 6.8 percent (7.0). The effective tax rate is affected by the countries in which Evolution conducts operations and generates profit, which may vary between reporting periods. Profit for the year amounted to EUR 1,070.9 million (843.4).

#### Investments

The Group's investments in intangible assets amounted to EUR 52.0 million (36.3) in 2023. Investments in intangible assets refer to the development of new games and technical improvements of the platform, such as new functionality. Development projects during the year included the development of new games that will be launched in 2024, but also exclusive content rights.

Investments in property, plant and equipment amounted to EUR 42.2 million (60.7). Investments in property, plant and equipment primarily comprised new studio space and premises,

new gaming tables, servers and other computer equipment to meet new technical requirements and maintain capacity and performance in connection with new platform launches.

Investments in computer equipment were also made to meet needs in connection with the organisation's expansion, as well as in studio equipment in the Company's production studio.

Earn-out payment to the sellers of BTG amounted to EUR 67.6 million. EUR 47.5 million was paid in cash and EUR 20.1 million with 199,333 Evolution shares.

#### Cash and cash equivalents, financing and financial position

Cash flow from operating activities amounted to EUR 1,168.4 million (877.5) over the period. The increase is primarily due to improved profit. Cash flow from investing activities was negative in the amount of EUR 139.4 million (-371.6). A description of the investing activities is provided in the Investments section above. Cash flow from financing activities was negative in the amount of EUR 574.5 million (-394.2) and included dividend to shareholders of EUR 427.4 million (302.8) and buy back of own shares of EUR 115.8 million (75.6). Cash and cash equivalents amounted to EUR 985.8 million (532.6) at year-end.

### Employees

As of 31 December 2023, Evolution employed 19,221 (17,026) people, corresponding to 14,850 (12,144) full-time equivalents. The average number of full-time equivalents for the full-year was 13,044 (10,802).

### Sustainability

Evolution AB's sustainability report is prepared in accordance with the requirements of the Annual Accounts Act (chapter 6, paragraph 12) on sustainability reporting. The sustainability report is on pages 29-45 and 50-54.

### Parent Company

The Parent Company is a holding company that was formed in December 2014. Operating revenues for the 2023 full-year amounted to EUR 19.3 million (19.6) and expenses to EUR 19.4 million (19.5). Operating profit was negative in the amount of EUR 0.1 million (0.1). Profit for the period amounted to EUR 551.5 million (592.3). The Parent Company's cash and cash equivalents amounted to EUR 53.1 million (6.3) at the end of the year and equity amounted to EUR 3,057.6 million (3,041.6). No significant investments were made in intangible or tangible assets. During the year, the Company received dividends from the Maltese subsidiary amounting to EUR 550 million (590).

### Risk factors

Evolution's operations are exposed to certain risks that could have a varying impact on earnings or financial position. These can be divided into industry, operational, sustainability and financial risks. When assessing the Company's future development, it is important to take into account the risk factors alongside any opportunities for profit growth.

The risk factors are not set out in any particular order, importance or potential impact on the Group's revenue, profit or financial position. Neither should these be seen as exhaustive, but rather as representing risks that are applicable to Evolution and that are monitored and evaluated by the Group management. In addition, the risks below are not the only risks to which the Group may be exposed. The Company may be unaware of certain risks. Financial risks are described in Note 21 Financial risk management.

### Political decisions and other legal aspects

Evolution generates the majority of its income through the licensing and supply of its software and technology to gaming operators. The Group's business is therefore strongly dependent on the laws and regulations relating to the supply of gaming services. These laws and regulations are complex and inconsistent across jurisdictions and are subject to change as various jurisdictions regulate, deregulate and/or re-regulate the gaming industry. Direct enforcement actions may be taken against a member of the Group or any of its officers or directors, particularly in instances where the provision of the Group's services to a gaming operator is critical to the underlying gaming transactions. Should any of these events occur, the impact could have a material adverse effect on Evolution's business, financial position and profit.

Although the gambling laws and regulations of many jurisdictions do not specifically apply to the supply of services by licensors of gaming software, certain jurisdictions have sought to regulate or prohibit the supply of such services. While Evolution currently holds all licences and certifications deemed necessary to carry out its business, national gambling laws are under review and changing in European countries. The Company may be subject to such laws, directly or indirectly, insofar as it supplies services to customers that are subject to such laws. Changes in the regulatory frameworks of different jurisdictions could impact the Group's business in that such changes may lead to an increase in the number of market participants and competitors, result in customers losing their licences and permits to operate in such jurisdictions or break up monopolistic gaming operators, which could impact the Group's underlying contractual relationships.

Furthermore, many jurisdictions have not updated their laws to address the supply of remote gaming services from other countries, and courts may interpret older legislation unfavourably or determine that the activities of the Group and/or its customers are illegal. For example, a court or regulator may order that certain equipment be located in the jurisdiction in which products and services are offered, which could materially and adversely impact Evolution's operations and the business of its customers. Furthermore, several European countries have introduced, or are in the process of introducing, new online gaming regulations, which will require online gaming operators, and in some cases even providers, to hold, e.g., a country specific licence, pay gaming taxes, operate from a country domain and

report gaming statistics in order to bring operators (and end users) under supervision. Although Evolution monitors the regulatory environment, legislation could be interpreted in an unfavourable or unanticipated manner. If regulatory or enforcement actions are brought against any of Evolution's customers, the Group's revenue streams from such customers may be frozen or traced by authorities, even if no Group entity is made a party to any legal proceedings against such customers. As a result, end users may face problems transferring funds in and out of certain jurisdictions, which may impact payments to gaming operators and hence Evolution.

In addition to gaming laws and regulations, Evolution is subject to a wide variety of laws and regulatory requirements. For example, the Group must comply with anti-money laundering regulations, market abuse regulations, data protection and privacy regulations (including GDPR), and is required to share bet and other transactional data with local regulators in certain markets. Compliance with all such laws and regulation laws is complex and expensive. The Company's non-compliance or deemed non-compliance with any of these other laws and regulatory requirements could result in sanctions. Any failure by Evolution to comply with these other laws and regulatory requirements could have a material adverse effect on the Group's business, financial position and profit.

### Operations subject to official approval

Evolution has obtained and is obliged, given the nature of the software, services and technology it supplies, to maintain its licences and certifications in a number of jurisdictions, and may in the future be required to obtain licences and/or certifications in other jurisdictions. If any of these are withdrawn or are not renewed on equivalent terms (e.g. where there is a change in view as to what equipment needs to be located locally), the Company may not be able to continue to operate and offer services in certain jurisdictions. Additionally, to the extent that Evolution is unable to obtain requisite licences and/or certifications in jurisdictions, particularly with respect to jurisdictions that fall within or are comprised of newly regulated markets, the Company may not be able to follow customers into these jurisdictions and newly regulated markets. In such an event, customers may turn to competitors that are licensed and/or certified in the applicable jurisdiction, or that become licensed and/or certified before Evolution does. Any failure to renew or obtain any such licence or certification could have a material adverse effect on the Group's business, financial position and profit.

Evolution's customers operate in a regulated industry, the laws and regulations of which are in a constant state of change. Various jurisdictions have implemented changes to their markets by introducing regulatory frameworks and licensing requirements. In addition to complying with local laws governing general business operations, the Company's customers may be required to adapt to new licensing regimes and conditions, such as the requirement to establish real-time

data interfaces with the local regulator or pay retrospective taxes as a condition for the granting of a licence to operate in a particular jurisdiction. If the Company's customers refrain from entering newly regulated markets, or decide to exit markets in which they currently operate, due to changes in the local regulatory or licensing framework thereof, the Company's growth strategy and customer base could be adversely impacted.

### Disruptions to operations and information security breaches

Evolution's ability to provide its software to gaming operators depends upon the integrity, reliability and operational performance of its systems. The functioning of the IT systems within the Group's operations, or that of its providers or partners, could be disrupted for reasons beyond its control. Furthermore, there may be technological challenges in rolling out new products and services.

Any such disruption or event may lead to customer claims against the Group or otherwise negatively impact the Group's ability to sell products and services to its customers due to reduced confidence. Any interruption in the systems could have a negative effect on the quality of products and services offered by Evolution and, as a result, on demand from customers and their end users. The Group's success depends, in part, on providing secure products and services to customers for use by their end users. Attempts to penetrate security measures may come from various combinations of customers, end users, employees and others. The Group's IT systems are ISO-27001:2013 certified and the ability to monitor and ensure the quality and integrity of Evolution's products and services is continuously reviewed and evaluated.

### External anomalies

One or more markets may be affected by events that may result in rapid changes in the business environment. Examples of this kind of event which could lead up to production disruption are extreme weather events, social unrest, diseases (e.g. virus outbreaks) or other macroeconomic or geopolitical events affected by external influences. The spread of the Coronavirus is affecting societies and companies all over the world. Evolution employs over 19,200 persons and most of our games require staff on site in the studio to operate the games. Risks for Evolution include shortage of staff due to increased sick-leave or government restrictions on travelling to and from the workplace. Due to the digital nature of our products, restrictions on physical movements in society do not affect how operators and players can access our products.

### End users

Although Evolution does not provide its services directly to end users, people who play live casino games with an operator via the Company's platform could sue the Company in its capacity as a developer and facilitator of games. While such claims against Evolution are likely to be dismissed, they could give rise to expenses and reduce confidence in the Group or impact its customers.

### Dependence on key personnel and skilled employees

The majority of Evolution's employees operate, organise and oversee operations at the gaming tables. Approximately 87 percent of the Group's employees work on tables as hosts and dealers. These employees possess language, dealer and other trade skills that are essential in the day-to-day operations. Evolution aims to be an attractive employer and invests significantly in the training and development of its staff. In the ordinary course of operations, the Company experiences employee turnover with respect to employees working on tables, and such turnover can at times be significant. The loss of a significant number of its employees or any of its key employees, or any increased expenses that the Group may incur in order to retain any such employees or hire and train new employees, could have a material adverse effect on the Group's business, financial position and profit.

In addition, Evolution's business is dependent on a number of key individuals, senior executives and persons with specialist skills. These key individuals have established good relationships with market participants and have a thorough understanding of the complex environment in which the Group operates. Accordingly, these key individuals are central to the successful development of Evolution's business.

If any of these individuals terminate their relationships with the Group, or materially change or reduce their roles within the Group, Evolution may not be able to replace them or their services on a timely basis with other professionals capable of making comparable contributions to operations.

### Dependence on major customers

In 2023, the top five customers (in terms of revenue generated) contributed 41 percent (30) of Evolution's revenue.

The Group's revenue stream from these sources may be adversely impacted by any deterioration or decline in the business of these five customers, or if one or more of these customers opted to use a competitor of the Company for its live casino solutions. The reduction in revenue generated from, or loss of, one or more of these five customers could have a material adverse effect on the Group's business, financial position and profit.

### Counterparty risk

Evolution is subject to counterparty risks, primarily the risk of payment default by operators. Although the Group conducts credit checks for new customers and has historically experienced low levels of payment default by its customers, the rate of customer default may rise or increase in the future. In particular, such risk may increase if Evolution were to expand into new markets where customers are less financially stable. Any payment defaults by operators could have a material adverse effect on the Group's business, financial position and profit.

## Competition

Evolution operates in a competitive industry. Competition is expected to continue to intensify as new live casino providers enter the market and existing providers improve and expand their product and service offerings. If Evolution fails to compete effectively, it may result in a loss of customers and an inability to attract new customers, which could have a material adverse effect on the Group's business, financial position and profit. The Company's objective is to strengthen its leading market position and retain existing and attract new customers by developing its successful live casino platform further while focusing on a number of areas considered to be of strategic importance for continued growth.

## Intellectual property rights

Evolution's ability to compete effectively depends, amongst other things, on its ability to protect, register and enforce its intellectual property rights. The Group also faces the risk that the use and exploitation of its intellectual property rights, including, in particular, rights relating to its software, may infringe the intellectual property rights of a third party. The expenses incurred in bringing or defending possible infringement actions may be substantial, regardless of the merits of the claim, and an unsuccessful outcome for the Company may result in royalties or damages being payable and/or the Company being required to cease using any infringing intellectual property or embodiments of any such intellectual property. The Group is also dependent on know-how and trade secrets, and it strives to protect such information by, for example, maintaining confidentiality agreements with employees, consultants and partners.

However, it is not possible to ensure total protection against unauthorised distribution of information and competitors, and others may gain access to such information, which may lead to the value of such information diminishing or competitors gaining an advantage, which in turn could have a material adverse effect on the Group's business, financial position and profit.

## Shares and ownership

A detailed description of Evolution's shares and ownership can be found on pages 25-26.

The Company has, during the period 27 November 2023 to 29 December 2023, acquired a total of 1,126,899 own shares within the framework of the repurchase programme introduced by the Board of Directors to improve the capital structure of Evolution by reducing the capital, and thereby creating added shareholder value. The shares were bought for an average price of SEK 1,152.90. The nominal value amounted to EUR 0.003 corresponding to 0.52 percent of the share capital. As of 31 December 2023, Evolution's holding of own shares amounted to 2,833,431, average price SEK 1,136.61, each with a nominal value of 0.003, corresponding to 1.31 percent of the share capital.

## Risk management

Evolution is exposed to the risk of money laundering and fraudulent activities by its customers, end users and third parties, as well as the potential collusion by operators and end users. The Group has implemented internal control systems and established a primary mission control centre in Latvia that monitors transactions, volumes and patterns, but these systems may not always succeed in protecting the Group from money laundering and fraud. To the extent that the systems are not successful in protecting the Group from money laundering or fraud, or if Evolution fails to comply with applicable regulations, the Group and its directors could be subject to criminal sanctions or administrative and civil fines and could directly suffer loss, the revocation of concessions and licences, operational bans, or lose the confidence of the customer base, all of which could have a material adverse effect on the Group's business, financial position and profit. In addition, effective internal controls are necessary for Evolution to provide reliable financial information and effectively prevent fraud. While the Group applies procedures and a system of internal control whereby internal risks are assessed, and the Group's Risk Committee meets on a quarterly basis to discuss and address potential risks, it is possible that the Group will not successfully manage internal risks or identify areas requiring improvement in the internal controls.

## Tax situation

Evolution primarily conducts its business through subsidiaries that are active in the geographic markets in which it operates. The business, including intra-Group transactions, is conducted in accordance with the Company's interpretation of applicable laws, tax treaties and other regulations concerning taxes and the practice of tax authorities in the relevant countries.

Evolution has obtained advice from independent tax advisors in this respect, but there is a risk that tax authorities in relevant countries may make decisions that deviate from the Group's interpretations and the advice received from independent tax advisors. In addition, the Group's interpretation of applicable laws, tax treaties, regulations and administrative practice may be incorrect and such rules may change, possibly with retroactive effect (in particular with regard to Maltese VAT legislation and the right of companies to deduct VAT). Furthermore, the Company has been advised that, to the extent that an individual ordinarily resident and domiciled in Malta acquires 5 percent or more of the Company, although the tax refunds in Malta should not be limited, certain Maltese withholding tax obligations may be imposed in respect of dividends attributable to such individuals. Regulatory or legislative changes, or decisions by tax authorities, may impair the present, future or previous tax position of Evolution, which could have a material adverse effect on the Group's business, financial position and profit.

Evolution is closely following and preparing for global, EU and local legislative changes following the OECD's reform of international taxation, which includes the minimum taxation component, known as Pillar II. These legislative changes related to Pillar II are expected to increase Evolution's effective tax rate from 1 January 2024 onwards.

## Expectations regarding future development

The company's future development is mainly dependent on the development of the online casino market. Evolution's medium to long-term objective is to grow faster than the total global online casino market.

## Proposed appropriation of profits

The Board of Directors proposes that the 2024 Annual General Meeting approve the transfer to shareholders EUR 559,265,879 (427,314,288), corresponding to EUR 2.65 (2.00) per share.

| Following earnings are at the disposal of the Annual General Meeting | |
|---|---|
| Share premium reserve | 2,612,378,347 |
| Retained earnings | -106,930,123 |
| Profit for the year | 551,511,151 |
| **Total** | **3,056,959,375** |
| The Board of Directors proposes following appropriation | |
| Dividend to shareholders | |
| EUR 2.65 per share x 211,043,728 shares | 559,265,879 |
| Carried forward in share premium reserve | 2,612,378,347 |
| Carried forward in retained earnings | -114,684,851 |
| **Total** | **3,056,959,375** |

## Statement by the board of directors on the proposed allocation of profits

With reference to the above and to what has otherwise come to the Board of Directors' knowledge, the Board of Directors believes that a comprehensive assessment of the Parent Company and the consolidated financial position indicated that the dividend is justified taking into account the demands that scope and risks of the operations place on the scope of equity in the Parent Company and the Group and on the consolidation needs, liquidity and financial position in other regards of the Parent Company and the Group.

The Group's and the Parent Company's positions as of 31 December 2023 and the profit of the operations for the 2023 financial year are stated in the following income statements and balance sheets, cash flow statements, statements of changes in equity and notes to the financial statements.

## Conflict in Ukraine

During 2022, Russia launched a military attack on Ukraine. Evolution had a game development hub in Ukraine, its activity was during 2022 significantly reduced albeit Evolution still has a legal entity in the country. Evolution continues to have no offices or customers based in Russia, and the direct financial effects of the war and sanctions were not material to the group in 2023.

## Events following the balance sheet date

A complaint has been filed on 23 January 2024 in the State Disctrict Court Eastern District of Pennsylvania against Evolution AB (publ) and certain persons in management of the company on behalf of Rachel Skolnick, individually and on behalf of all others similarly situated.

Evolution has signed an agreement to acquire Livespins Holdings Limited, a B2B social streaming game provider that enables operators to offer their players the opportunity to bet behind their favourite streamers, brand ambassadors and influencers. The up-front cash consideration is EUR 5 million. In addition, Evolution may pay an earn-out based on Livespins' performance in 2026. Completion of the transaction is planned for H1 2024 and is subject to certain closing conditions.

On 20 March 2024, the incentive programme 2021/2024, which was decided by the extraordinary general meeting on 28 January 2021, expired. Shares can be subscribed from 20 March and the following 30 calendar days. Before the submission of the Annual Report, 793,730 warrants were used to subscribe for 793,730 new shares in the Company. Expected dilution effect is approximately 0.4 percent.

Evolution has during the period 2 January 2024 – 28 March 2024, acquired a total of 2,521,348 of its own shares within the framework of the repurchase programme introduced by the Board of Directors. Since 27 November 2023 up to and including 28 March 2024, a total of 3,648,247 shares have been acquired within the scope of the programme. The repurchase programme, announced 23 November 2023, is thereby completed and closed.

# Corporate governance report

Evolution AB (publ) ('Evolution') is a Swedish public limited company that was formed in December 2014 and that is listed on the Nasdaq Stockholm exchange. Evolution complies with all applicable statutes and regulations, including the Swedish Companies Act, EU Market Abuse Regulation, the Swedish Code of Corporate Governance (the 'Code') and other regulations and Nasdaq Stockholm's Rule Book for Issuers. The current Code is available at the Swedish Corporate Governance Board's website www.bolagsstyrning.se.

**Evolution's corporate governance model**



## Ownership and voting rights

At the end of 2023, the share capital in Evolution amounted to EUR 648,020.30, divided between a total 215,604,777 shares with a nominal value of EUR 0.003 each. All shares belong to the same class of shares, with equal voting rights (one vote per share) and shares of the company's capital and profit. On 31 December 2023, there were 93,676 shareholders. At the same point in time, the company's largest shareholders were Capital Group with 16.5 percent of the share capital and votes, and Jens von Bahr as well as Fredrik Österberg (through Österbahr Ventures AB) with 10.4 percent of the share capital and votes.

The ten largest shareholders represented 47.6 percent of the share capital and votes. Further information about the company's share and shareholders is presented under "The Evolution share" on page 25-26 and on the company's website.

## General Meetings

The Annual General Meeting is Evolution's highest decision-making body, at which shareholders exercise their influence on the company. All shareholders registered in the company's CSD register who notify the company in time of their attendance are entitled to attend the General Meeting and vote for all of their shares. The company's Annual General Meeting is held in the spring. The date and venue are announced in connection with the third interim report at the latest.

Information on how shareholders can have a matter considered at the Annual General Meeting in the following year, and when, at the latest, such a request must be received is detailed on the company's website in connection with the publication of the third interim report at the latest. Notice of the Annual General Meeting is published no later than four weeks prior to the meeting through an advertisement in Post– och Inrikes Tidningar (official Swedish gazette) and by posting the notice on the company's website. The company will place an advertisement in Swedish financial daily Dagens Industri that the notice has been issued.

The Annual General Meeting's mandatory duties include making decisions on:

- Adoption of the income statement and balance sheet

- Appropriation of profits and dividend

- Discharge from liability for the Board of Directors and the Group CEO

- Election of the Board of Directors and auditors

- Determination of fees for the Board members and the auditors

- Nomination Committee.

At the Annual General Meeting, decisions are normally made by a simple majority of the votes cast. On certain decision matters, however, the Swedish Companies Act requires a proposal to be approved by a larger proportion of the votes cast. Extraordinary General Meetings may be held when necessary.

**Annual General Meeting 2023**

The 2023 Annual General Meeting was held on 4 April 2023. At the meeting, 47.2 percent of all shares and votes were represented.

At the annual general meeting income statements and balance sheets for 2022 for the company and the group were adopted and it was resolved on, among other things, a dividend of EUR 2.00 per share, discharge from liability for the board members and the managing director, re-election of the board members and the chairman of the board, authorisation for acquisition and transfer of own shares, reduction of the share capital through redemption of own shares and increase of the share capital through bonus issue as well as authorisation for the board of directors to issue shares, warrants and convertible debt. The minutes of the meeting, as well as other documentation from the meeting, are available on the company's website.

**Annual General Meeting 2024**

The 2024 Annual General Meeting will take place on 26 April 2024. Notification of the meeting will be issued on the company's website, where requisite documents, such as information providing the basis for decisions, will also be made available prior to the meeting.

## Nomination Committee

The Annual General Meeting determines how the Nomination Committee should be appointed. At the 2023 Annual General Meeting, it was decided that the Chairman of the Board of Directors is to contact the three largest shareholders in terms of votes based on Euroclear Sweden AB's list of registered shareholders on the last business day of August. The three largest shareholders will be given the opportunity to elect one representative each to form the Nomination Committee along with one of the members of the Board of Directors who is independent in relation to the Company's management. If any of these shareholders chooses to waive their right to elect a representative, their right is transferred to the shareholder who, after these shareholders, has the largest share ownership.

In preparation for the Annual General Meeting, the Nomination Committee is tasked with presenting proposals regarding:

- The chairman for the Annual General Meeting
- Number of Board members
- Board members and Chairman of the Board
- Board remuneration
- Possible remuneration for committee work
- Auditors and auditors' fees if such a decision is to be made
- Process for establishing the ensuing Nomination Committee.

The proposals of the Nomination Committee are presented in the notice of the Annual General Meeting and on the company's website. The Nomination Committee's mandate period runs until a new Nomination Committee has been appointed under the decision establishing the new Nomination Committee at the 2024 Annual General Meeting.

| Member | Appointed by | Independent in relation to the company and its senior management | Share of votes as per 31 December 2023 |
|---|---|---|---|
| Martin Rosell (Chairman) | Österbahr Ventures AB | Yes | 10.4% |
| Michael Hayward | WCM Investment Management | Yes | 5.1% |
| Ian Livingstone | Richard Livingstone | Yes | 1.9% |
| Joel Citron | Board of Directors of Evolution AB (publ) | Yes | - |

## Board of Directors

**Responsibilities and duties of the Board of Directors**

The Board of Directors bears the overall responsibility for the organisation of the company and the management of its affairs and is to work in the interests of the company and all of its shareholders. The mandatory tasks of the Board of Directors include determining the company's overall targets and strategies, evaluating the Group CEO, ensuring that there are systems in place for monitoring and controlling the operations and the risks associated with them, ensuring that there is satisfactory control of the company's regulatory compliance and ensuring that the information issued by the company is characterised by openness and is accurate, relevant and reliable.

## Instructions and policies

The Board of Directors annually reviews and adopts the following corporate governance related instructions and policies among others:

- Rules of procedure of the Board of Directors
- Instructions for the Group CEO
- Rules of procedure of the Audit Committee
- Rules of procedure of the Remuneration Committee
- Code of Conduct
- Sustainability Policy.

## Composition of the Board of Directors

The Board of Directors is appointed by the shareholders at the Annual General Meeting for the period until the end of the next Annual General Meeting and, in accordance with the Articles of Association, shall consist of at least three and at most eight members with no deputies. The Annual General Meeting determines the precise number of members.

At the 2023 Annual General Meeting, Jens von Bahr (Chairman), Joel Citron, Jonas Engwall, Ian Livingstone, Fredrik Österberg, Mimi Drake and Sandra Urie were re-elected as members of the Board of Directors. Jonas Engwall resigned at his own request 24 May 2023. For further details of each Board Member, see page 63-64.

Fredrik Österberg was employed by the company as Group Chief Strategy Officer until April 2018.

Jens von Bahr was employed by the company as Executive Chairman until April 2022.

## Independence

The number of Board members who are independent in relation to the company is five (83 percent) and the number of Board members who are independent in relation to major shareholders are four (67 percent). Jens von Bahr and Fredrik Österberg together own approximately 10.4 percent of the

shares and votes in the company (through Österbahr Ventures AB) and are therefore not independent in relation to major shareholders. Since Jens von Bahr has been employed by the company as Executive Chairman during the last three years he is not independent in relation to the company or its senior management.

A Board member may not take part in decisions where a conflict of interest may exist. This comprises decisions regarding agreements between a Board member and the company, agreements between the company and third parties in which the Board member has a material interest that could constitute a conflict of interest for the company, as well as agreements between the company and the legal entity that the Board member represents.

## Working procedures and meetings

In addition to laws and recommendations, the work of the Board of Directors is governed by its rules of procedure. The rules of procedure have been adopted by the Board of Directors and include instructions concerning, among other things, Board meetings and their contents, the division of duties within the Board and information to the Board.

| Member | Fees[1] | | Independent[3] | Attendance[2] | | | |
| | Board fee | Committee fee | | Board meetings | Audit Committee | Remuneration Committee | Compliance Committee |
|---|---|---|---|---|---|---|---|
| Jens von Bahr | EUR 400,000 | N/A | No/No | 19 | N/A | N/A | N/A |
| Joel Citron | EUR 100,000 | N/A | Yes/Yes | 19 | 4 | 1 | 3 |
| Jonas Engwall[4] | EUR 100,000 | N/A | Yes/Yes | 10 | 1 | N/A | N/A |
| Mimi Drake | EUR 100,000 | N/A | Yes/Yes | 19 | 4 | N/A | 3 |
| Sandra Urie | EUR 100,000 | N/A | Yes/Yes | 19 | 3 | 1 | 3 |
| Ian Livingstone | EUR 100,000 | N/A | Yes/Yes | 19 | N/A | 1 | N/A |
| Fredrik Österberg | EUR 100,000 | N/A | Yes/No | 19 | N/A | N/A | N/A |

[1] Fees refer to the amounts approved by the 2023 Annual General Meeting.
[2] Attendance refers to meetings during the 2023 financial year.
[3] Independent in relation to the company and the company's management/to the largest shareholders.
[4] Jonas Engwall resigned 24 May 2023.

## Chairman of the Board in 2023

The Chairman of the Board is appointed by the Annual General Meeting. Jens von Bahr was re-elected Chairman of the Board by the 2023 Annual General Meeting for the period until the end of the next Annual General Meeting.

The Chairman's role is to organise the work of the Board so that it is run efficiently and generates conditions for optimum performance of the Board's commitments.

## Work of the Board of Directors in 2023

The Board of Directors held 19 meetings in 2023, of which one was a statutory meeting, three to approve interim reports and one to approve the year-end report. All meetings followed an agenda that, on relevant points, was addressed with documentation provided to members prior to the meetings. As a rule, the meetings are also attended by the company's Director M&A as secretary to the Board, the Group CEO and Group CFO.

At each meeting, the Group CEO updates the Board Members on the company's operational and financial development.

The principal points addressed by Board meetings in 2023 included matters regarding, as well as the approval of, the business plan and budget, Group policies, and annual, year-end and interim reports.

*The matters addressed by the Board of Directors at the Board meetings in 2023 include:*

- **February**

  Adoption of interim report for the fourth quarter of 2022

- **March**

  The company's auditor participated in part of the meeting without the presence of the Group CEO or any other member of company management

  Approval of the annual accounts for 2022

  Evaluation of the work of the Board of Directors and the Group CEO

  Approval of the documentation for the 2023 Annual General Meeting

- **April**

  Adoption of interim report for the first quarter of 2023

  Statutory Board meeting

- **July**

  Adoption of interim report for the second quarter of 2023

- **October**

  Adoption of interim report for the third quarter of 2023

- **December**

  Approval of 2024 budget.

## Assurance of quality in financial reporting

The formal work plan adopted annually by the Board includes detailed instructions about which financial statements and what financial information is to be provided to the Board. The Group CEO is responsible for the Board receiving, in addition to the year-end report, interim reports and annual accounts, regular information about the company's financial performance including its financial position and liquidity.

The Board of Directors also examines, primarily through its Audit Committee, the most significant accounting principles applied within the Group in respect to its financial reporting, as well as significant changes in the reporting principles. All Audit Committee meetings are recorded and the minutes kept available to all Board Members and the auditors.

### Evaluation of the work of the Board of Directors

Through a systematic and structured process, the Board shall annually assess its work and the division of labour between individual members. The Chairman of the Board informs the Nomination Committee of the outcome of the evaluation. The Board continuously evaluates the work of the Group CEO and Group management. This evaluation shall be discussed at least once a year at a meeting of the Board without the Group CEO or any other member of Group Management being present.

### Remuneration to the Board of Directors

Remuneration to the Board of Directors is proposed by the Nomination Committee and approved by the Annual General Meeting. At the 2023 Annual General Meeting, it was decided that a fee of EUR 100,000 should be paid to each Board Member and the Chairman should receive a fee of EUR 400,000.

No specific compensation is paid to the members of the Board committees.

### Diversity policy

The company's Board of Directors has adopted a diversity policy applicable to its own composition. According to this policy, the Board of Directors shall, taking into account the company's operations, stage of development and circumstances, be appropriately composed and characterised by versatility and breadth in terms of the expertise, experience and background of the members elected by the Annual General Meeting. The objective is to seek an even gender distribution on the Board of Directors. Evolution considers diversity important in ensuring that Board Members' profiles provide the necessary range of perspectives, experience and skills required to achieve effective governance. In preparing its proposal for the composition of the Board of Directors, the Nomination Committee takes into account the Code and the Board's Diversity Policy, seeking to achieve diversity on the Board of Directors.

## Board committees

The Board of Directors has established a Remuneration Committee, an Audit Committee and an Compliance Committee.

### Remuneration Committee

The Remuneration Committee consists of Joel Citron (chairman), Ian Livingstone and Sandra Urie, who replaced Jonas Engwall after his resignation. The Remuneration Committee's duties include preparing the following matters for decision by the Board:

- Salary, other remunerations and pension benefits for the Group CEO

- The company's remuneration policy and other terms of employment for the company's senior management

- Share option programmes and similar arrangements, as well as other rewards or forms of compensation referred to, target a wider range of Group employees.

The Remuneration Committee shall also monitor and evaluate both current and completed variable remuneration programmes for the company's senior management. In addition, the Committee shall monitor and evaluate the application of guidelines for remuneration to senior executives, as well as current remuneration structures and levels in the company. During 2023, one meeting was held.

### Audit Committee

The Audit Committee consists of Joel Citron (chairman), Mimi Drake and Sandra Urie, who replaced Jonas Engwall after his resignation. The Audit Committee's tasks include:

- Preparing the Board's work with regard to quality in the financial reporting and processes for managing the business risks of the company and the Group

- Monitoring the company's financial reporting and assisting the Board in assuring the effectiveness of the company's internal control, internal audit and risk management

- Regularly meeting the company's auditors and being briefed on the statutory audit, focus and scope of the audit, as well as discussing the coordination between the external and internal audit as well as the view of the risks in the company

- Establishing guidelines for which services, beyond audit services, the company may purchase from the auditors, as well as evaluating and monitoring the independence of the company's auditors and, in connection with this, paying particular attention to whether the auditor provides additional services to the company beyond auditing

- Evaluating the audit and informing the company's Nomination Committee of the outcome of this evaluation.

The Audit Committee shall also organise a selection process to prepare recommendations of auditors to the Nomination Committee when so required by applicable rules and assisting the Nomination Committee in preparing its proposals on auditors and compensation for auditing. During 2023, four meetings were held.

### Compliance Committee

During the year, the Board of Directors established a Compliance Committee in order to review and enhance compliance processes and procedures. The Committee consists of Joel Citron (chairman), Mimi Drake and Sandra Urie. The work in 2023 comprised several areas, including interacting with the internal compliance officers responsible for day-to-day oversight. Extensive reviews were conducted regarding general regulations such as AML and EU governance laws. In addition, the Committee was updated on juridictional compliance in markets where Evolution offers its services. During 2023, three meetings were held.

## Division of labour between the Chairman of the Board and the Group CEO

The Chairman of the Board is working mainly in the following areas; preparing long-term strategic issues beyond the Group CEO's strategic work within current business plans, ongoing evaluation of strategic partnerships and acquisitions, as well as assisting Group Management in strategic projects and in connection with the recruitment of key competencies. The Group CEO's instructions clarify that the duties of the Chairman of the Board should not interfere with the duties of the Group CEO and that the Chairman of the Board may not perform any ongoing management tasks.

## Auditors

Auditors are elected by the Annual General Meeting. The auditor shall examine the company's annual report and accounts as well as the management by the Board of Directors and the Group CEO. The auditor shall also examine the group accounts, as well as the relationship inter se of group companies. In accordance with the Articles of Association, Evolution shall have one or two auditors. The auditors shall be appointed for the time period until the end of an annual general meeting held not later than during the fourth financial year after the election. The Annual General Meeting held in 2023 re-elected Öhrlings PricewaterhouseCoopers AB as the company's auditors up until the close of the Annual General Meeting held in 2024. The auditor in charge is Johan Engstam, who was born in 1966 and is an authorised public accountant.

## Group CEO and Group Management

Evolution's Group Management has extensive experience and works to achieve long-term profitable growth in line with the company's strategy and vision. The Group CEO is appointed by, and receives instructions from, the Board

of Directors. In turn, the Group CEO appoints the other members of Group Management and is responsible for the ongoing administration of the Group in accordance with the Board's guidelines and instructions. The Group CEO reports to the Board of Directors, ensuring that it receives the information needed to make informed decisions. The Group CEO shall also ensure that matters to be addressed by the Board in accordance with applicable legislation, the Articles of Association and internal policies and guidelines are presented to the Board of Directors. The Group CEO attends, and reports to, all Board meetings, except on those occasions when the Group CEO is evaluated by the Board as well as when the Board meets the company's auditor without management attending. Group Management embodies expertise covering all key areas of the company's business and strategy. Evolution Malta Limited has a management team that addresses matters related to the operational activities. Group Management is supported by the Extended Group Management (EGM), which comprises a total of 16 senior managers from key areas within the Group.

### Working instructions for the Group CEO

The Board of Directors has developed and adopted instructions covering the Group CEO's responsibilities and tasks, as well as entitlement to represent the company. Within the framework of applicable laws, the Articles of Association, the Board of Director's formal work plan, the Group CEO's instructions and other instructions issued by the Board, the Group CEO is responsible for overseeing the company's day-to-day operations. The Group CEO is also responsible for ensuring that the Board receives information regularly to be able to monitor the company's financial position, financial planning and development. Prior to each regular Board meeting, the Group CEO shall submit information as requested by the Board in assessing the company's financial situation, including reports, metrics, proposed business plan and budget, forecasts, interim reports, financial statements and annual reports.

### Remuneration to senior executives

The 2023 Annual General Meeting established guidelines for senior executives for the period up until the Annual General Meeting held in 2024. Senior executives refer to the Group CEO and the Group management of Evolution. The guidelines should also apply to remuneration for members of the Board who are employed by the company, and what is stipulated in the guidelines regarding senior executives should when applicable also apply to members of the Board who are employed by the company. For information on the composition of the Group Management, see pages 65-66.

The objective of the guidelines is to ensure that the company can attract, motivate and retain senior executives with the expertise and experience required to achieve company's operating goals.

The remuneration shall be based on conditions that are market competitive and at the same time aligned with shareholders' interests. Remuneration to the senior executives shall consist of a fixed and, for some senior executives, variable salary. These components shall create a well-balanced remuneration reflecting individual competence, responsibility and performance, both short-term and long-term, as well as the company's overall performance.

### Fixed salary

The senior executives' fixed salary shall be competitive and based on each senior executive's individual competences, responsibilities and performance. A review of the fixed salary shall be carried out on an annual basis for each calendar year.

### Variable compensation

The senior executives (however not board members employed by the company) may receive variable remuneration in addition to a fixed salary.

Annual variable remuneration is to be cash based and be based on predetermined and measurable performance criteria for the relevant senior executive aimed at promoting the company's long term value creation. The performance criteria are to be established and documented annually.

Any variable compensation may not amount to more than 50 percent of the annual total remuneration or 100 percent of the annual base salary.

### Incentive programmes

The shareholders' meeting shall be able to decide on long-term share and share-price related incentive programmes directed to, among others, the senior executives (however not to board members who are employed by the company). Such incentive programmes are to be designed with the aim of achieving increased alignment between the interests of the participating individual and the company's shareholders and so that a personal holding of shares in the company is promoted.

### Other benefits

The company provides other benefits to senior executives in accordance with local practice. Such other benefits can include, for example company health care. Occasionally, housing allowance, paid schooling for underage children or travel allowances could be granted.

### Notice of termination and severance pay

The maximum notice period for senior executives during which salary is paid is 12 months. Severance compensation may be paid in an amount not greater than 12 months' fixed salary.

### Deviations from guidelines

The Board of Directors may deviate from the above guidelines where a special cause exists in an individual case. In the event the Board of Directors deviates from the guidelines, it shall explain the reason for the deviation at the following Annual General Meeting.

## Incentive programmes

### 2023/2026 programme

The Extra General Meeting on 9 November 2023 resolved to issue a maximum of 2,500,000 warrants. Each warrant entitles the holder to subscribe for one new share in the company for SEK 1,296.60 during the period from and including 16 November 2026 (however not earlier than the day after the publication of the company's interim report for the period January–September 2026) up to and including the date that falls 14 calendar days thereafter.

In total 1,995,389 warrants were subscribed. If all 1,995,389 warrants are exercised for subscription of 1,995,389 shares, the dilution effect will be approximately 0.9 percent.

### 2021/2024 programme

The Extra General Meeting on 28 January 2021 resolved to issue a maximum of 5,000,000 warrants. Each warrant entitles the holder to subscribe for one new share in the company for SEK 1,113.80 during the period from and including 20 March 2024 (however not earlier than the day after the publication of the company's interim report for the period January–December 2023) up to and including the date that falls 30 calendar days thereafter.

In total 3,948,875 warrants were subscribed, of which 474,156 were bought back during 2021-2023. If all 3,474,719 warrants are exercised for subscription of 3,474,719 shares, the dilution effect will be approximately 1.6 percent.

### 2023/2026 and 2021/2024 programme

The recipients of the warrants are key employees throughout the Group. Employees in Sweden and Georgia have paid market value for the warrants. Employees outside Sweden have paid market value for one warrant, while receiving one without payment for each that had been paid for. For warrants acquired at market value, the price (warrant premium) has been determined using Black & Scholes valuation model, with the valuation being carried out by Svalner Skatt.

|  | 2023/2026 | 2021/2024 |
|---|---|---|
| Exercise price, SEK | 1,296.60 | 1,113.80 |
| Grant date | 16/11/2023 | 20/03/2021 |
| Expiry date | 30/11/2026 | 20/04/2024 |
| Number of recipients | 228 | 203 |
| **Total number of warrants subscribed** | **1,995,389** | **3,474,719** |

## Risk management and internal control

Evolution's control system has been developed to ensure accurate, reliable financial reporting and accounting in accordance with applicable laws and rules, accounting standards and other requirements for listed companies. The foundation of the control environment is defined through policies, routines and manuals, and is upheld with the help of the company's organisational structure with clearly defined responsibilities.

### Control environment

The Board of Directors bears the ultimate responsibility for an effective system of internal control and risk management being in place. Critical accounting issues and issues related to financial reporting are addressed by the Board and in the Board's Audit Committee. To ensure a well-functioning control environment, the Board of Directors has established a number of policies relevant to corporate governance and financial reporting. These include the Board's rules of procedure, Group CEO instructions and reporting instructions for financial reporting. The company also has a financial handbook, which includes principles, guidelines and process descriptions for accounting and financial reporting. At the statutory Board meeting following the Annual General Meeting, a formal work plan is established for the Board and instructions for the work of the Group CEO are determined, in which responsibilities and powers are further defined.

The Board has appointed an Audit Committee, tasked with preparing the Board's work with regard to quality in the financial reporting and processes for managing the business risks of the company and the group, as well as monitoring the company's financial reporting and assisting the Board in assuring the effectiveness of the company's internal control, internal audit and risk management.

The CFO regularly reports to the Audit Committee and works together with the company's finance function to develop and improve the internal control with regards to the Group's financial reporting, both proactively with a focus on the internal control environment, and by reviewing the effectiveness of internal control.

Responsibility for the daily work of maintaining the control environment rests primarily with the Group CEO. The Group CEO reports regularly to the company's Board of Directors.

The Board of Directors in its entirety or any one Board Member together with the Chairman of the Board may sign on behalf of the company. In addition, the company's CFO and Director M&A together are entitled to sign on behalf of the company.

In accordance with the Swedish Companies Act, the Group CEO may sign alone on behalf of the company regarding duties which the Group CEO is obliged to carry out pursuant to section 29 of the Swedish Companies Act.

### Risk assessment

The Group has established a Risk Management Committee, in which representatives of various relevant parts of the organisation meet quarterly to assess, discuss and mitigate potential risks. The Group has also adopted procedures and established internal risk management control systems, including an annual risk analysis for all business areas within the Group, where the purpose is to identify, evaluate and manage risks threatening the Group's objectives and strategies. The risk analysis is divided into strategic, operational, compliance, legal and financial risks.

To ensure a relevant level of control, each business area has established a number of control activities counteracting the most significant risks identified in the risk analysis. A self-assessment of these control activities is performed annually and reported to the Risk Management Committee, which compiles and evaluates the results and reports to the Audit Committee and the Board of Directors.

### Risk assessment directly related to the provision of gaming services

As certain jurisdictions have laws that explicitly consider the offering of, and participation in, gaming services conditional on particular licences or a criminal offence, the Group continuously undertakes precautionary measures, including Know Your Customer (KYC) checks of licensees and requiring, in its agreements, that operators comply with the laws and regulations applicable to them.

These provisions in the agreements constitute a form of legal protection and prevent certain end users from accessing the Group's products and services. The Group's customers (i.e. the casino operators) are responsible for the end users' access to their online gaming platforms at the local level and in accordance with local laws and regulations.

### Monitoring

Monitoring of control activities is conducted continuously to ensure that risks have been satisfactorily observed and addressed. This includes tracking of results in relation to budget and plans, analyses and key figures. The Board of Directors continuously evaluates the information provided by the company's management team. The process includes both reconciliation of monthly financial reports against budgets and goals and reporting at Board meetings. Through the Audit Committee, the Board of Directors reviews and assesses the internal control organisation and function. The company's policies and instructions are evaluated and updated annually at a minimum or when needed.

The company's CFO presents the results of internal control work as a standing agenda item at Audit Committee meetings.

The results of the Audit Committee's work in the form of observations, recommendations and proposals for decisions and measures are continuously reported to the Board of Directors.

### Information and communication

The company has information and communication channels to promote the accuracy of the financial reporting and to facilitate reporting and feedback from the operations to the Board of Directors and the Group Management, for example by making governing documents such as internal policies, guidelines and instructions regarding the financial reporting available and known to the employees concerned.

The company is subject to the provisions of the EU Market Abuse Regulation No. 596/2014 (MAR). MAR sets out requirements on how inside information is to be published to the market, under which conditions the disclosure may be delayed and in what way the company is obliged to keep a list of persons working for the company and who has access to inside information. The company has assigned a digital and semi-automated tool to ensure that its handling of inside information meets the requirements of MAR and its insider policy. Only authorised persons in the company have access to the tool.

The company's financial reporting complies with Swedish laws and regulations and the local rules in each jurisdiction where operations are conducted. The company's information to shareholders and other stakeholders is provided through the interim reports, press releases and annual report according to the Group's Communication Policy.

### Internal audit

The company has no separate review function (internal audit). The Board does not consider there to be special circumstances in operations or other conditions that would warrant such a function.

# Our Board of Directors

### JENS VON BAHR
**Chairman of the Board**

Born 1971. Elected 2015, Chairman since 1 November 2016.

**Other assignments:**
Jens is a Board member in JOvB Investment AB, Österbahr Ventures AB, Barnebys Group AB and Sitoo AB.

**Experience:**
Jens is co-founder of Evolution. Before founding the company, Jens was Managing Director of Oriflame Sri Lanka. He has also started several entrepreneurial companies. Jens holds a BSc in Business from Stockholm University and a MBA from the University of Western Sydney.

**Shareholding:**
22,400,140 shares through Österbahr Ventures AB (jointly owned with Fredrik Österberg) and 15 310 shares through JOvB Investment AB.

Not independent in relation to the company, the company's management or major shareholders of the company.

### JOEL CITRON
**Board member**

Born 1962. Elected 2015.

**Other assignments:**
Joel is CEO of Tenth Avenue Holdings LLC and Chairman of Tenth Avenue Commerce LLC.

**Experience:**
Joel has vast experience from various management positions in investment and operating companies in Europe and the USA. He holds a BSc Business Administration and MA. Economics from the University of Southern California.

**Shareholding:**
1,093,464 shares through Tenth Avenue Holdings and 240,000 shares privately.

Independent in relation to the company, the company's management and major shareholders of the company.

### MIMI DRAKE
**Board member**

Born 1968. Elected 2021.

**Other assignments:**
Mimi is a Partner and Market Leader at Cerity Partners. Among other assignments, she is Founding Board Member and Chair Emerita of the Board of 100 Women in Finance and serves on the Boards of Hudson Global, Verus and Thomas Jefferson University and Jefferson Health System.

**Experience:**
Mimi has worked in the financial services industry since 1995. She received her M.B.A. in Finance from The Wharton School at the University of Pennsylvania and her B.A. in Economics from Trinity College (cum laude). She also attended the Radcliffe Publishing Program at Harvard University.

**Shareholding:**
305 shares.

Independent in relation to the company, the company's management and major shareholders of the company.

### IAN LIVINGSTONE
**Board member**

Born 1962. Elected 2015.

**Other assignments:**
Ian is Executive Chairman of London+Regional Properties Limited. He also holds various Board assignments within the London+Regional Properties group.

**Experience:**
Ian has vast experience from various senior positions in property development and retail.

**Shareholding:**
500,000 shares.

Independent in relation to the company, the company's management and major shareholders of the company.

## SANDRA URIE
**Board member**

Born 1952. Elected 2021.

**Other assignments:**
Sandra is retired Chairman Emeritus and Managing Director of Cambridge Associates, LLC. Among other assignments, she is a Board Member of Social Finance US and Crane Institute for Sustainability. In addition, she serves on the Advisory Board of Accounting for Sustainability (A4S) and on the President's Council of Ceres.

**Experience:**
In addition to her current assignment, Sandra was CEO and Chairman of Cambridge Associates, LLC for sixteen years. She also served as Vice Chair of The Investors' Committee of the U.S. President's Working Group on Financial Markets and of 100 Women in Finance,and served on the Board of Stanford Management Company and on the Advisory Board of other organisations. She graduated from Stanford University and received a Master's in Public and Private Management from the Yale School of Management. She is a Chartered Financial Analyst (CFA).

**Shareholding:**
300 shares.

Independent in relation to the company, the company's management and major shareholders of the company.

## FREDRIK ÖSTERBERG
**Board member**

Born 1970. Elected 2015.

**Other assignments:**
Fredrik is a Board member in FROS Ventures AB, Österbahr Ventures AB and SORF AB.

**Experience:**
Fredrik is cofounder of Evolution. Before founding the company, Fredrik was CEO of Sportal Nordic.

He holds a BSc in Business Administration and Economics from Stockholm University.

**Shareholding:**
22,400,140 shares through Österbahr Ventures AB (jointly owned with Jens von Bahr) and 50,000 shares privately.

Independent in relation to the company and the company´s management, not independent in relation to major shareholders of the company.

**The company's auditors**
**ÖHRLINGS PRICEWATERHOUSECOOPERS AB**

Johan Engstam

Authorised Public Accountant

# Our group management team







### MARTIN CARLESUND
**Group CEO**

Born 1970. Employed by the group since 2015.

**Shareholding:** 684,710 shares.

**Warrants:**
Rights through warrant programme 2021/2024: 650,000

Rights through warrant programme 2023/2026: 175,000

**Other assignments:**
Martin is Chairman of Carlesund Investments & Consulting AB and Sandstjärna Holding.

**Experience:**
Martin has been CEO of Highlight Media Group, Eniro Sverige, Eniro Finland and 3L System AB. He holds a MSc in finance together with courses in computer science, law and mathematics at University of Borås, Gothenburg School of Economics and Linköping University.

### TODD HAUSHALTER
**Chief Product Officer and Games Operations**

Born 1978. Employed by the group since 2015.

**Shareholding:** 96,300 shares

**Warrants:**
Rights through warrant programme 2021/2024: 130,000

Rights through warrant programme 2023/2026: 60,000

**Experience:**
Vice President of Gaming Operations at MGM Resorts International, Global Director of Product Development at Shuffle Master and Vice President of Business Strategy Shuffle Master. He holds a MBA and an MS in Hospitality Administration from University of Nevada, Las Vegas.

### SEBASTIAN JOHANNISSON
**Chief Strategy Officer**

Born 1978. Employed by the group since 2008.

**Shareholding:** 700,000 shares

**Warrants:**
Rights through warrant programme 2021/2024: 130,000

Rights through warrant programme 2023/2026: 60,000

**Experience:**
Sebastian has previous been Chief Commercial Officer as well as Head of Account Management at Evolution. He holds a Master of Business Administration from Uppsala University.



**JACOB KAPLAN**
**Chief Financial Officer**

Born 1973. Employed by the group since 2016.

**Shareholding:** 60,000 shares

**Warrants:**
Rights through warrant programme 2021/2024: 130,000

Rights through warrant programme 2023/2026: 60,000

**Experience:**
Jacob has been CFO of Nordnet AB (publ) and Vice President, Finance Director at Nasdaq OMX Transaction Services Nordics. He holds a MSc in Industrial Engineering and Business Management from the Royal Institute of Technology in Stockholm and a BSc in Business Administration from Stockholm University.



**LOUISE WIWEN-NILSSON**
**Chief Human Resources Officer**

Born 1972. Employed by the group since 2016.

**Shareholding:** 22,780 shares

**Warrants:**
Rights through warrant programme 2021/2024: 130,000

Rights through warrant programme 2023/2026: 60,000

**Experience:**
Louise has held several leading HR positions within Viacom/MTV, Nike and Walt Disney. She has a degree in Social and Behavioural studies from Lund University.

OUR GROUP MANAGEMENT TEAM

# NOTES

## TABLE OF CONTENTS

**Note 1. Accounting and valuation principles** — 79

**Note 2. Revenues** — 87

**Note 3. Employees** — 88

**Note 4. Financial income** — 90

**Note 5. Financial expenses** — 90

**Note 6. Income tax and deferred tax** — 90

**Note 7. Earnings per share** — 92

**Note 8. Intangible assets** — 93

**Note 9. Property, plant and equipment** — 94

**Note 10. Participations in Group companies** — 95

**Note 11. Accounts receivable** — 96

**Note 12. Other current receivables** — 96

**Note 13. Prepaid expenses and accrued income** — 97

**Note 14. Cash and cash equivalents** — 97

**Note 15. Other current liabilities** — 97

**Note 16. Accrued expenses and deferred income** — 97

**Note 17. Leasing - Group** — 98

**Note 18. Auditor remuneration** — 99

**Note 19. Transactions with related parties** — 99

**Note 20. Share related remunerations** — 99

**Note 21. Financial risk management** — 100

**Note 22. Critical estimates and assessments** — 103

**Note 23. Acquisitions** — 104

**Note 24. Events following the balance sheet date** — 105

**5-Year Summary** — 106

**Key Ratios not defined in accordance with IFRS** — 107

## NOTE 2. REVENUES

The Group CEO considers the Group to consist of a single segment, i.e. the provision of solutions for live casino and associated services to gaming operators.

The Group's revenue derives from fees from gaming operators that use the Group's solutions for online casino and associated services, all recognised at a point in time.

### 2 (a) Disaggregation of revenue from contracts with customers per invoicing jurisdiction and non-current assets per country

| | Sweden | | Malta | | Australia | |
|---|---|---|---|---|---|---|
| | 2023 | 2022 | 2023 | 2022 | 2023 | 2022 |
| Total revenue | 45,602 | 52,644 | 1,736,984 | 1,373,167 | 50,413 | 50,795 |
| Of which Intercompany | 44,169 | 51,812 | 417,279 | 389,723 | 4,505 | 3,007 |
| **Revenue from external customers** | **1,433** | **832** | **1,319,705** | **983,444** | **45,908** | **47,788** |
| | | | | | | |
| **Tangible and intangible assets** | 2,178,940 | 2,197,369 | 396,915 | 388,240 | 466,325 | 473,319 |

| | North America | | Curacao | | Other | | Total | |
|---|---|---|---|---|---|---|---|---|
| | 2023 | 2022 | 2023 | 2022 | 2023 | 2022 | 2023 | 2022 |
| Total revenue | 195,490 | 143,259 | 340,839 | 319,650 | 428,974 | 376,017 | 2,798,302 | 2,315,532 |
| Of which Intercompany | 178,312 | 134,446 | 1,968 | 2,847 | 353,468 | 276,960 | 999,701 | 858,795 |
| **Revenue from external customers** | **17,178** | **8,813** | **338,871** | **316,803** | **75,506** | **99,057** | **1,798,601** | **1,456,737** |
| | | | | | | | | |
| **Tangible and intangible assets** | 78,250 | 70,791 | 13,382 | 12,962 | 107,158 | 105,662 | **3,240,970** | **3,248,343** |

### 2 (b) Liabilities related to contracts with customers

| Group | 2023 | 2022 |
|---|---|---|
| **Opening balance** | **2,743** | **4,343** |
| Revenues recognised from opening balance | −1,325 | −2,119 |
| Liabilities recognised | 4,943 | 10,217 |
| Revenues recognised | −2,710 | −9,701 |
| Translation difference | −40 | 3 |
| **Closing balance** | **3,611** | **2,743** |

### 2 (c) Revenue per geographical region

| Group, EUR million | 2023 | 2022 |
|---|---|---|
| Europe | 709.9 | 633.4 |
| Asia | 672.3 | 478.3 |
| North America | 226.7 | 189.3 |
| LatAm | 127.8 | 88.6 |
| Other | 62.0 | 67.4 |
| **Total operating revenues** | **1,798.6** | **1,456.7** |
| | | |
| Revenues regulated markets | **718.6** | **600.2** |
| Regulated markets' share | **40%** | **41%** |

As a B2B supplier, Evolution has customer relationships with gaming operators, who in turn own the relationships with the end users. Generally, the gaming operators are licensed in a limited number of jurisdictions while operating in a global market and allowing play from various geographic areas.

Table 2 (c) shows the geographic markets from which Evolution's revenues originate. Revenues based on player activity are allocated according to the end-users' location, while revenues not based on player activity are allocated to the operator's location. Great Britain includes the Crown Dependencies. Evolution Group has two customers (one in 2022) that each singlehandedly contributed 13 percent (14) to the Group's revenue.

## NOTE 10. PARTICIPATION IN GROUP COMPANIES

|  | 2023 | 2022 |
|---|---|---|
| Opening acquisition cost | 2,630,780 | 2,635,756 |
| Shareholder contribution Malta | – | 2,284,750 |
| Transfer of ownership of NetEnt to Malta | – | –2,284,750 |
| Redemption shares/warrants NetEnt | – | –4,976 |
| Closing book value | 2,630,780 | 2,630,780 |

| Name | Corporate ID | Registered office | % of equity and votes 31 Dec -23 | % of equity and votes 31 Dec -22 | Carrying value in Parent 31 Dec -23 | Carrying value in Parent 31 Dec -22 |
|---|---|---|---|---|---|---|
| **Direct ownership** | | | | | | |
| Evolution Malta Holding Ltd | C48665 | Sliema, Malta | 100 | 100 | 2,630,780 | 2,630,780 |
| **Indirect ownership** | | | | | | |
| Evolution Malta Ltd | C48666 | Malta | 100 | 100 | – | – |
| Evolution Gaming Malta Ltd | C44213 | Malta | 100 | 100 | – | – |
| SIA Evolution Latvia | 40003815611 | Latvia | 100 | 100 | – | – |
| SIA Evolution Latvia Properties | 50103931761 | Latvia | 100 | 100 | – | – |
| Evolution Gaming Limited | 05944946 | Great Britain | 100 | 100 | – | – |
| Evolution Belgium BVBA | 0638.824.479 | Belgium | 100 | 100 | – | – |
| Evolution Products RO SRL | J40/6452/2016 | Romania | 100 | 100 | – | – |
| Evolution US LLC | 536294-5 | USA | 100 | 100 | – | – |
| EvoGame Estonia OU | 14035717 | Estonia | 100 | 100 | – | – |
| Evolution Netherlands BV | 66682452 | Netherlands | 100 | 100 | – | – |
| EG Overseas Services BV | 135218 | Curacao | 100 | 100 | – | – |
| Evolution Canada Gaming Limited | BC1114063 | Canada | 100 | 100 | – | – |
| Evolution Georgia LLC | 405209689 | Georgia | 100 | 100 | – | – |
| Evolution Products Development LLC | 193224142 | Belarus | 100 | 100 | – | – |
| Ezugi NV | 126712 | Curacao | 100 | 100 | – | – |
| Ezugi NJ LLC | 600424206 | USA | 100 | 100 | – | – |
| Rommemut Ruah | 513411058 | Israel | 100 | 100 | – | – |
| Ezugi RO SRL | J23/3190/2019 | Romania | 100 | 100 | – | – |
| Evolution Alderney Ltd | C83448 | Malta | 100 | 100 | – | – |
| Evolution Georgia Services LLC | 400305022 | Georgia | 100 | 100 | – | – |
| Darwin's Theory Pty Ltd | 648162903 | Australia | 100 | 100 | – | – |
| Bigtime Gaming Pty Ltd | 65151000592 | Australia | 100 | 100 | – | – |
| Evolution Madrid S.L. | B 06959365 | Spain | 100 | 100 | – | – |
| Transigo Ltd | 543403 | Ireland | 100 | 100 | – | – |
| Evolution Development Co Limited | 82919295 | Taiwan | 100 | 100 | – | – |
| Evolution Services SA PTY Limited | 2019/311298/07 | South Africa | 100 | 100 | – | – |
| Evolution Pennsylvania LLC | 7732917 | USA | – | 100 | – | – |
| Evolution Studio AM LLC | 2861101116835 | Armenia | 100 | 100 | – | – |
| Evolution Lithuania UAB | 305561054 | Lithuania | 100 | 100 | – | – |
| Evolution Canada Studio Limited | BC1253510 | Canada | 100 | 100 | – | – |
| Evo Products Development Portugal | 516364570 | Portugal | 100 | 100 | – | – |
| Evolution Services Sweden AB | 556532-6443 | Stockholm, Sweden | 100 | – | – | – |
| NetEnt Alderney Ltd | 1790 | Alderney | 100 | 100 | – | – |
| NetEnt Americas Holding Inc. | 5627584 | USA | 100 | 100 | – | – |
| NetEnt Americas LLC | 400697458 | USA | 100 | 100 | – | – |
| Evolution NetEnt (Gibraltar) Ltd | 97195 | Gibraltar | 100 | 100 | – | – |
| NetEnt International Ltd | O17601V | Isle of Man | 100 | 100 | – | – |
| NetEnt Gaming Solutions PLC | C47277 | Malta | 100 | 100 | – | – |
| NetEnt Ukraine LLC | 380 906 40 | Ukraine | 100 | 100 | – | – |
| Intropin Technology Pvt Ltd | U72900TG-2020FTC140125 | India | 100 | 100 | – | – |
| Red Tiger Gaming Ltd | 128396C | Isle of Man | – | 100 | – | – |

| Name | Corporate ID | Registered office | % of equity and votes 31 Dec -23 | % of equity and votes 31 Dec -22 | Carrying value in Parent 31 Dec -23 | Carrying value in Parent 31 Dec -22 |
|---|---|---|---|---|---|---|
| Red Tiger International (IOM) Ltd | 132871C | Isle of Man | 100 | 100 | – | – |
| Red Tiger Gaming (Gibraltar) Ltd | 118413 | Gibraltar | 100 | 100 | – | – |
| Red Tiger Gaming (Alderney) Ltd | 132513C | Isle of Man | – | 100 | – | – |
| Dopamine EOOD | 203270608 | Bulgaria | 100 | 100 | – | – |
| Evolution Products Development Poland Sp. Z o.o | 193224142 | Poland | 100 | 100 | – | – |
| Evolution Products Development Germany GmbH | HRB 239047 | Germany | 100 | 100 | – | – |
| Evo LATAM Corp S.R.L. | 4065000046288 | Costa Rica | 100 | 100 | – | – |
| Evolution Argentina S.A. | 182550 | Argentina | 100 | 100 | – | – |
| Nolimit City Holding Ltd | C53383 | Malta | 100 | 100 | – | – |
| Nolimit City Ltd | C54001 | Malta | 100 | 100 | | |
| Nolimit City Ro SRL | J35/1974/2022 | Romania | 100 | 100 | – | – |
| Nolimit City Stockholm AB | 556671-7202 | Stockholm, Sweden | 100 | 100 | – | – |
| Nolimit City India Private Ltd | 06AAGCN2443M1ZB | India | 100 | 100 | – | – |
| Nolimit City Services Ltd | 018118V | Isle of Man | 100 | 100 | – | – |
| Evolution Development Colombia SAS | 0077316202 | Colombia | 100 | – | – | – |
| **Carrying value in parent company** | | | | | **2,630,780** | **2,630,780** |

## NOTE 11. ACCOUNTS RECEIVABLE

| | GROUP 2023 | GROUP 2022 |
|---|---|---|
| Accounts receivable | 358,827 | 283,712 |
| Credit loss reserve | –10,407 | –6,700 |
| **Total accounts receivable** | **348,420** | **277,012** |

Historically, the Group's customer losses have been low. The Group's customers operate in a growth market with strong balance sheets. Credit loss reserve is presented in Note 21.

## NOTE 12. OTHER CURRENT RECEIVABLES

| | GROUP 2023 | GROUP 2022 | PARENT COMPANY 2023 | PARENT COMPANY 2022 |
|---|---|---|---|---|
| Inventory | 7,170 | 7,690 | – | – |
| Prepayments to suppliers | 1,812 | 2,159 | – | 69 |
| VAT | 13,684 | 10,083 | 112 | 118 |
| Other | 5,161 | 1,084 | 4,499 | 319 |
| **Total** | **27,827** | **21,016** | **4,611** | **506** |