# EXHIBIT 25

**RESOLUTION**
**OF THE BOARD OF MANAGERS OF**
**NETENT AMERICAS LLC**

We, the undersigned, being all the Directors of the Board of Managers (the "**Directors**") of NetEnt Americas LLC, a limited liability company duly organized and validly existing under the laws of New Jersey (the "**Company**"), agree that the following resolutions were made on May 2, 2023.

It is hereby resolved that Jacob Claesson, CEO of Evolution US LLC and an agent of the Company, is constituted and nominated to represent the Company in its name, place and stead allowing him to sign all corporate and tax related documentation to be provided to any authority or third-party on behalf of the Company, including W9s and other tax and corporate documents.

It is further resolved that the said Jacob Claesson shall be authorized to do anything which is ancillary and conducive to the above and that the authority given by this Resolution cannot be transferred or assigned to any other person or entity, in part or in whole.

Notwithstanding the before mentioned, this Resolution is valid from the date hereof, and shall be automatically revoked if Jacob Claesson terminates or is terminated for whatever reason from his employment with any of the Company's affiliates.

[*signature page follows*]

1

CONFIDENTIAL                                                                                         SKOLNICK-EVOUS-00006

SIGNATURES OF THE DIRECTORS:

Martin Carlesund

Jesper von Bahr

CONFIDENTIAL

SKOLNICK-EVOUS-00007