# EXHIBIT 26

Evolution Malta Limited
Co. Reg. No. C48666
Level One, Spinola Park,
Mikiel Ang. Borg Street,
St.Julians, SPK 1000,
Malta
(the 'Company')

RESOLUTION IN WRITING SIGNED BY THE BOARD OF DIRECTORS (THE "**RESOLUTION**") OF THE COMPANY

*Pursuant to this Resolution of the Company, the below shall be as valid and effectual as if it had been passed at a meeting of the Directors duly convened and held.*

**WHEREAS:**

A.  The Company wishes to delegate and appoint *Julija Ulmane* (Head of Operations Malta, Belgium and Spain) and *Vanessa Borg* (Head of HR) to sign employment/ human resources documents as resolved below.

B.  This delegation and appointment shall be valid for a period of one (1) year, from the date this Resolution is signed up until the 15th May, 2024.

**IT IS HEREBY BEING RESOLVED:**

1.  That the Directors of the Company are delegating and appointing *Julija Ulmane* (Head of Operations Malta, Belgium and Spain) and *Vanessa Borg* (Head of HR) to sign **jointly**:

a)  Employment contracts, employment amendments and termination letters for employees of the Company based on the Company's standard template and in each case with an annual total compensation of not more than one hundred thousand euro (€100,000) (including any bonuses and other compensation) in relation to Operations employment roles;

b)  Mobile subscriptions and cancellation agreements with internet and phone services providers on behalf of the Company in relation to Business Support employment roles.

2.  That this delegation and appointment shall be valid for a period of one (1) year and shall automatically be revoked if either of Julija Ulmane or Vanessa Borg terminates or is terminated for whatever reason from their employment with the Company.

3.  That the delegation and appointment cannot be transferred or assigned to any other person or entity, in part or in whole.

CONFIDENTIAL

SKOLNICK-EVOUS-00010

Evolution Malta Limited
Co. Reg. No. C48666
Level One, Spinola Park,
Mikiel Ang. Borg Street,
St.Julians, SPK 1000,
Malta
(the 'Company')

*Signed this the 15th day of May of the year two thousand and twenty-three (2023) by:*

DocuSigned by:

*Jesper von Bahr*
C4B5B423B0DE4DA...

**Pal Jesper von Bahr**
*Director*

DocuSigned by:

C54549FE72994D8...

**Martin Carlesund**
*Director*

CONFIDENTIAL