# EXHIBIT 27

# WRITTEN CONSENT RESOLUTIONS
## OF THE BOARD OF MANAGERS
## OF EVOLUTION US LLC

The undersigned, being the Directors of the Board of Managers (the "**Directors**") of Evolution US LLC, a Delaware limited liability company (the "**Company**"), hereby adopt the following resolutions by written consent dated February 1 2 , 2024, effective as of December 31, 2023 (the "**Effective Date**"):

**WHEREAS**, the Company merged with Evolution Pennsylvania LLC ("**Evo PA**") on December 31, 2023, with the Company continuing as the surviving party (the "**Merger**"); and

**WHEREAS**, certain distributions were made in 2023 by Evo PA to Evolution Malta Holding Ltd. (the "**Member**") prior to the Merger, as set forth on **Exhibit A** attached hereto (the "**Distributions**"); and

**WHEREAS**, the Directors intend to ratify and affirm the Distributions made by Evo PA, whose books were merged with and into the Company's books as of the Effective Date; so be it

**RESOLVED**, that, as per Section 10 of the Company's Limited Liability Company Agreement dated July 8, 2013, amended December 31, 2023, the Directors hereby approve, ratify and affirm the Distributions made to the Member; and

**FURTHER RESOLVED**, that all of the actions of any officer of the Company, or any prior officers of Evo PA, that are consistent with the purpose and intent of these resolutions are hereby in all respects authorized, approved, ratified and confirmed; and

**FURTHER RESOLVED**, that the Company's officers are hereby empowered and authorized to enter into and execute all agreements or contracts necessary to effectuate the resolutions set forth herein and that any acts or instruments of the kind mentioned in these resolutions heretofore done or executed by any of such officers or their designees on behalf of the Company, are hereby adopted, ratified, confirmed and approved in all respects; and

**FURTHER RESOLVED**, that whenever in these resolutions any officer of the Company is authorized to take any action that he or she deems necessary or appropriate, the signing or execution by such officer of any instrument or the taking of any such action by him or her shall be conclusive evidence that he or she deems the same to be necessary and appropriate.

*[Signature page follows]*

1

**IN WITNESS WHEREOF**, the undersigned has executed these Resolutions effective as of the date first set forth above.

**DIRECTORS**:

_____
Jesper von Bahr

_____
Martin Carlesund

**AGREED AND APPROVED BY:**

**MEMBER:**

EVOLUTION MALTA HOLDING LIMITED,
a Malta private limited liability company

By: _____
Jesper von Bahr, Director

2

CONFIDENTIAL

SKOLNICK-EVOUS-00029

**Exhibit A**

**DISTRIBUTIONS**

| Company | Member | USD | Distribution Amount | Date |
|---|---|---|---|---|
| Evolution Pennsylvania LLC | Evolution Malta Holding Ltd. | USD | ████ | 3-31-23 |
| Evolution Pennsylvania LLC | Evolution Malta Holding Ltd. | UDS | ████ | 12-27-23 |

3

CONFIDENTIAL                                                          SKOLNICK-EVOUS-00030