# EXHIBIT 29



# North America

June 21, 2023

CONFIDENTIAL

EVO-SKOL-00000097

# Current Focus Areas



CONFIDENTIAL

EVO-SKOL-00000098

# YTD GGR through May: Actual vs Budget

CONFIDENTIAL

EVO-SKOL-00000099

# 2022 and 2023 GGR Trend in North America

CONFIDENTIAL

EVO-SKOL-00000100

**Online Game Performance Report | May 2023**

 

CONFIDENTIAL

EVO-SKOL-00000101

# Recent RNG Game Releases

CONFIDENTIAL

EVO-SKOL-00000102

# Commercial Directors Meeting

## June 2023

- Asia and Europe



CONFIDENTIAL

EVO-SKOL-00000103

# ASIA



CONFIDENTIAL

EVO-SKOL-00000104

# Financials: 2023 H1 FCST (based on June MTD, 18th)

CONFIDENTIAL

EVO-SKOL-00000105

# 2023 Q2 MTD New Sales: 10

CONFIDENTIAL

EVO-SKOL-00000106

# 2023 Q2 Go-lives: 23 (3 New, 3 Migration, 17 Rollout)

CONFIDENTIAL

EVO-SKOL-00000107

# Korean Power Ball

CONFIDENTIAL

EVO-SKOL-00000108

# EUROPE



CONFIDENTIAL                                                                                    EVO-SKOL-00000109

# EU Business Development Update



CONFIDENTIAL

EVO-SKOL-00000110

# Financials: 2023 H1 FCST (EU)

CONFIDENTIAL

EVO-SKOL-00000111

# New Sales Europe – H1 Progress



CONFIDENTIAL

EVO-SKOL-00000112

# Go Live Europe – May

CONFIDENTIAL

EVO-SKOL-00000113

# NetEnt OSS Progress

CONFIDENTIAL

EVO-SKOL-00000114



# Game Launch KPIs 1

CONFIDENTIAL

EVO-SKOL-00000115

# Game Distribution and Penetration

CONFIDENTIAL



EVO-SKOL-00000116

# EU Commercial Update



CONFIDENTIAL

EVO-SKOL-00000117

# Table Sales 2023

CONFIDENTIAL

EVO-SKOL-00000118

# Dedicated Table Sales focus areas

CONFIDENTIAL

EVO-SKOL-00000119

# Update on NLC & BTG Upsell

CONFIDENTIAL

# Other Focus areas

CONFIDENTIAL

EVO-SKOL-00000121



# LATAM

**June 23**

CONFIDENTIAL

EVO-SKOL-00000122

# YTD LATAM - GGR

CONFIDENTIAL

EVO-SKOL-00000123

# May LATAM - GGR

CONFIDENTIAL

EVO-SKOL-00000124



CONFIDENTIAL

EVO-SKOL-00000125

# YTD AFRICA - GGR

CONFIDENTIAL

EVO-SKOL-00000126

# May AFRICA - GGR

CONFIDENTIAL

EVO-SKOL-00000127

# MADRID TABLES

CONFIDENTIAL

EVO-SKOL-00000128

# MoM performance – GGR (LATAM & Africa)

CONFIDENTIAL

EVO-SKOL-00000129

# LATAM headlines

CONFIDENTIAL

EVO-SKOL-00000130

# Sigma Brazil

CONFIDENTIAL

EVO-SKOL-00000131



# Africa highlight

CONFIDENTIAL

EVO-SKOL-00000132

# Monthly highlights and updates May 2023



CONFIDENTIAL

EVO-SKOL-00000133

# Nigeria



CONFIDENTIAL

EVO-SKOL-00000134

# Nigeria



CONFIDENTIAL

EVO-SKOL-00000135