# EXHIBIT 30

*North America Management Meeting Minutes 1/17*

## Jacob Introduction

1. Round of introductions (Cindy, new Head of HR US)
2. Indiana



3. Format of meetings moving forward

## Jacob – Operations

1. Connecticut



- a. [redacted]
- b. [redacted]
- c. [redacted]
2. Michigan
   - a. [redacted]
   - b. [redacted]
   - c. [redacted]
3. Pennsylvania
   - a. [redacted]
   - b. [redacted]
4. New Jersey
   - a. [redacted]
   - b. [redacted]
5. Canada
   - a. [redacted]
   - b. [redacted]
   - c. [redacted]
6. May need to permanently replace Jerome in equipment
7. Shuffle by GP continues to be big issue
8. Overall too slow/low output in terms of improvement initiatives
9. Hiring freeze is starting to get some teams slightly stressed due to growing Operations

## **Jeff Millar - Commercial**



1. 2022 Reflection
   - a. [redacted]
   - b. [redacted]
   - c. [redacted]
   - d. [redacted]
2. 2023
   - a. [redacted]
   - b. [redacted]
   - c. [redacted]
   - d. [redacted]
   - e. [redacted]
      - i. [redacted]
   - f. [redacted]

SKOLNICK-EVOUS-00002

3. New Organization Structure
4. New Customers Launched in 2022 (15 total, most coming from Ontario)
5. 2021 and 2022 GGR Trend in North America (in Euros and Dollars) (charts in slides). Our volume did pick up in Dec.
6. Ontario GGR Trend – more competitive market than US. Prices continues to be challenged. Need to come up with more creative commercials (i.e. exclusivity, discounts, etc.).
7. North America Earned Revenue (███████████████████████

**<u>Jeff Patchen - Compliance</u>**

1. Marisol and Petrune departure – transferring work from Europe to local NA teams
2. Collusion/Regulatory violations



3. West Virginia is mandating all GPs have identification on them. We are going to appeal, because our GPs are in PA.
4. Ocean Casino – DCA approval. Petition is being on worked on, once it is, then they'll begin inspections. PSD confirming tables. Another 30 days before we can launch.
5. Streaming games into Ontario: Dedicated tables in Ontario with American GPs? Is this an idea from the Operator or us? It's just an idea coming from the KAMs.
6. Owners for Indiana: it'll fall under New Markets, Jeff P will lead then hand it over to New Markets to take over

**<u>Ankita Patel - Legal</u>**

1. Meeting for Legal next week in PA studio (Thursday, 1/26)
2. Merger of Evo PA to Evo NJ
3. Joe and Inna are working with John to prepare a new and "revamped" commercial contract template.
4. Zita and I (and our teams) are working with Anna and Jonas to prepare Master Agreements for certain categories of vendors
5. Kim has been working with Ops in various studios on random issues popping up with landlords (parking, employee behavior, use of common areas, etc.). She has been preparing a list of "lease negotiation" topics and including these moving forward.

CONFIDENTIAL                                                      SKOLNICK-EVOUS-00003

6. Labor and Employment workstream to Amy – All HR generalists and managers will filter questions to Legal through Cindy, and all Ops team members must filter questions through Vova, Asnate and Matt (Ops managers) for their respective studios.

**General Discussion**

1. Performance Reviews
   a.
   b.

   c.
   d.

CONFIDENTIAL                                                                        SKOLNICK-EVOUS-00004