# EXHIBIT 31

*North America Management Meeting Minutes 3/30*

## Jacob Introduction

1. Goals
    a.
        i.
    b.
        i.
        ii.
    c.
2. Financials through Feb 2023 (revenue and GGR) (See Jacob Presentation)
3. Share of GGR per Brand (See Jacob Presentation)
4. Share of GGR per Jurisdiction (See Jacob Presentation)
5. Takeaways
    a.
    b.

## Commercial

1. GGR Trend in North America
    a.
    b.
    c.
        i.
        ii.
2. Recent Achievements
    a.
    b.
    c.
    d.
3. Focus Areas
    a.
    b.
    c.
        i.
        ii.

SKOLNICK-EVOUS-00031



iii. ████████████████████████████

4. Other Projects and Opportunities
   a. ████████████████
      i. ████████████████████████████
   b. ████
      i. ██████████████████████
      ii. ████████████████████████████
      iii. ██████████████████████████
   c. ████████████████████████
      i. ██████████████████████████
      ii. ████████████████████
   d. ████
      i. ████████████
      ii. ████████████████████████

5. New Organization structure (see Jeff Presentation)
   a. ████████████████████████████

6. North America Earned Revenue (Trailing 18 Months) (See Jeff Presentation)

## Compliance

1. NetEnt Migration
   a. ████████████
   b.
      i. ████████████████████████
      ii. ██████████████████████
      iii. ██████████████████████

2. Affiliate Site (see URLs in Jeff's presentation)
   a. ██████████████████████████████

3. DigiWheel
   a. ██████████████████
      i. ████████████████████
      ii. ██████████████
   b. ████████████

4. Ezugi in OSS
   a. ████████████
      i. ████████
      ii. ████████



SKOLNICK-EVOUS-00032

- iii. ███████████
- iv. ███████████
- v. ███████████

5. Products and Certification Process
   - a. ███████████████████████████
   - b. ██████████████████████████████
   - c. ████████████████████
   - d. ████████████████████
   - e. ███████████████████████
   - f. ███████████████████████████████

6. Notable Product Launches
   - a. ██████████████████████████
   - b. ████████████
   - c. ████████████████████
   - d. ████████████████████
   - e. ████████████████████
   - f. ████████████████████

7. Operator Account Restrictions
   - a. ██████████████████████████
     - i. ██████████████
     - ii. ██████████████
     - iii. ██████████████

8. Random Sh*t
   - a. ██████████████████████████
   - b. ██████
   - c. ████████████████████████
   - d. ████████

## <u>HR</u>

1. General Overview
   - a. ██████
     - i. ████████████████████
     - ii. ████████████████████
     - iii. ████████████████████
   - b. Michigan
     - i. ████████████████████
     - ii. ████████████████
     - iii. ████████████



SKOLNICK-EVOUS-00033



c.
    i.
d.
    i.
    ii.
2. Q2 Survey
    a.
    b.
    c.
3. Q2 and On
    a.
    b.
    c.
4.

## Finance



1. 2023 OKRs
    a.
        i.
    b.
        i.
    c.
    d.
        i.
        ii.
    e.
        i.
        ii.
        iii.
    f.
        i.
        ii.
    g.
        i.
        ii.

## Legal

1. Corporate update
    a.
2. Labor and Employment update

SKOLNICK-EVOUS-00034

     a. ███████████
3. Real Estate update
4. Vendor Contracting update
5. Commercial Update
     a. ███████████████████████████████████

## Operations

1. Tables v. Budget (See Jacob Presentation)
2. Academy
     a. ████████████████████████████
3. Equipment Support
     a. ████████████████████████████
4. Pennsylvania
     a. █████████████████████████████████████████████
5. Michigan
     a. ████████████████████████████████
6. Connecticut
     a. ██████████████████████████████████████
7. Canada (New Westminster)
     a. ████████████████
8. Canada (Burnaby)
     a. ███████████████████████
9. Operations – Things that can be improved
     a. ██████████████████
     b. ███████████████████████████████████████████
                    ██████████████
     c. █████████████████
     d. ██████████
     e. ████████████████████

CONFIDENTIAL