# EXHIBIT 32

**Meeting Minutes 8.16.2023**
**Attendance: Jacob Claesson, Martin Carlesund (guest), Anna K. (guest), Jeff Patchen, Marcus Huber, Ankita Patel, Zach Fender, Cindy Robak.**

1. Jacob Introduction



SKOLNICK-EVOUS-00036



v. █████████████████

vi. █████████████████████████████████████

vii. ███████████████████████████████████████

k. Delivery
- i. ████████████████████████████
- ii. ██████████████████████████████████
- iii. ██████████████████████████████████
- iv. ████████████████████████████████████
- v. █████████████████████████████████

l. Culture
- i. ███████████████████████████████████
- ii. █████████████████████████████████████
- iii. ████████████████████████████████████████
- iv. ███████████████████████████████████████
- v. ███████████████████████████████████████
- vi. ███████████████████████████████████████
- vii. ████████████████████████████████████
- viii. ███████████████████████████████

2. Finance
   a. 2023 OKR Update
   - i. █████████████████████████████████
     1. ████████████████████████████
     2. █████████████████████████████
   - ii. ████████████████████████████████████
     1. █████████████████████████████████████
   - iii. ████████████████████████████████
   - iv. ████████████████████
   - v. ██████████████████████████████████████
   - vi. ██████████████████████████

3. HR
   a. US GP Turnover YTD

CONFIDENTIAL



b. HR Team Overview

c. Focuses & Priorities

d. Engagement & Retention

e. Training and Development

4. Property & Studio Development

SKOLNICK-EVOUS-00038



- i. ███████████
- c. ██████████
5. Compliance
    a. Organization Update
    b. Jurisdictional Updates
        - i. ████████
            1. ████████████████
            2. ██████
            3. ██████████████
            4. ████████████████████
                a. ██████████████████████
        - ii. ██████
            1. ██████████████████████████
                a. ██████████████████
            2. ███████
            3. █
            4. ████████████
            5. ██████████████████
        - iii. █████
            1. ████████████████████████
                a. ████████████████████████
            2. ████████████████████
            3. █████████████
            4. ████████████
            5. ████████████
        - iv. ██████
            1. ██████████████████████████
            2. ████████████
            3. ████████████
            4. ██████████████
            5. ██████████████████
        - v. ███████
            1. ████████
            2. ██████████████
        - vi. █████

SKOLNICK-EVOUS-00039

- c. Product Updates
    - i.
        - 1.
- d. New/Pending Initiatives
- e. Priorities

6. Commercial
    - a. ████████████████████████████████
    - b. ████████
    - c. ████████
    - d. ████████
    - e. ████████
    - f. ████████

CONFIDENTIAL