UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL SKOLNICK, Individually and on Behalf of All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>    vs.<br><br>EVOLUTION AB (publ), et al.,<br><br>                   Defendants. | Civ. Action No. 2:24-cv-00326-MRP<br><br>CLASS ACTION<br><br>DECLARATION OF JESSICA E. ROBERTSON IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT EVOLUTION AB'S MOTION TO DISMISS THE AMENDED COMPLAINT FOR LACK OF *ALTER EGO* PERSONAL JURISDICTION |

4936-5107-4639.v1

I, JESSICA E. ROBERTSON, declare as follows:

I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted *pro hac vice* in the above-entitled action.  I am an associate of Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiffs St. Clair County Employees' Retirement System and City of Sterling Heights Police & Fire Retirement System ("Plaintiffs").  I make this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendant Evolution AB's Motion to Dismiss the Amended Complaint for Lack of *Alter Ego* Personal Jurisdiction.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

1.      Attached as Exhibit 1 hereto is a true and correct copy of Lead Plaintiff's Notice of Rule 30(b)(6) Deposition of Evolution AB (publ) Plaintiffs served on Evolution AB (publ) ("Evolution") on May 1, 2025.

2.      Attached as Exhibit 2 hereto is a true and correct copy of Lead Plaintiff's First Set of Requests for Admission to Defendant Evolution AB (publ) Plaintiffs served on Evolution on May 1, 2025.

3.      Attached as Exhibit 3 hereto is a true and correct copy of Lead Plaintiffs' First Set of Requests for Production of Documents to Defendant Evolution AB (publ) Plaintiffs served on Evolution on May 16, 2025.

4.      Attached as Exhibit 4 hereto is a true and correct copy of Responses and Objections of Defendant Evolution AB (publ) to Plaintiffs' Rule 30(b)(6) Deposition Notice Evolution served on Plaintiffs on May 6, 2025.

5.      Attached as Exhibit 5 hereto is a true and correct copy of Responses and Objections of Defendant Evolution AB (publ) to Plaintiffs' First Set of Requests for Admission Evolution served on Plaintiffs on May 13, 2025.

- 1 -

6.    Attached as Exhibit 6 hereto is a true and correct copy of Responses and Objections of Defendant Evolution AB (publ) to Plaintiffs' First Set of Requests for Production of Documents Evolution served on Plaintiffs on May 30, 2025.

7.    Attached as Exhibit 7 hereto is a true and correct copy of the production letter counsel for Evolution, David M.J. Rein, sent to Plaintiffs' counsel on May 30, 2025 regarding its production of documents bearing production numbers EVO-SKOL-00000009 through EVO-SKOL-00000659.

8.    Attached as Exhibit 8 hereto is a true and correct copy of the production letter counsel for Evolution, David M.J. Rein, sent to Plaintiffs' counsel on June 5, 2025 regarding its production of documents bearing production numbers EVO-SKOL-00000660 through EVO-SKOL-00000686.

9.    Attached as Exhibit 9 hereto is a true and correct copy of the Third Amended and Restated Limited Liability Company Agreement of NetEnt Americas LLC dated December 1, 2020, introduced as Defendant's Exhibit 7 during Evolution's Rule 30(b)(6) deposition.

10.    Attached as Exhibit 10 hereto is a true and correct copy of a screenshot of an electronic calendar for August 14, 2023 through August 18, 2023 showing an "NA Mgmt meeting (in person)" was scheduled to occur in Philadelphia, Pennsylvania on Wednesday, August 16, 2023. Evolution produced this document (without any metadata) to Plaintiffs on May 30, 2025.  It bears the production number EVO-SKOL-00000208.

11.    Attached as Exhibit 11 hereto is a true and correct copy of a screenshot of an electronic calendar for May 1, 2023 through May 7, 2023 showing "Dinner Jacob & Martin" was scheduled to occur in Philadelphia, Pennsylvania on Friday, May 5, 2023.  This calendar entry appears to have been authored by Jacob Claesson.  Evolution produced this document (without any metadata) to Plaintiffs on May 30, 2025.  It bears the production number EVO-SKOL-00000209.

12.    Attached as Exhibit 12 hereto is a true and correct copy of a screenshot of an electronic calendar for November 27, 2023 through December 1, 2023 showing an event titled

"Martin, Jacob, Marcus (NA Commercial)" was scheduled to occur in Philadelphia, Pennsylvania, on Wednesday, November 29, 2025.  Evolution produced this document (without any metadata) to Plaintiffs on May 30, 2025.  It bears the production number EVO-SKOL-00000210.

13.      Attached as Exhibit 13 hereto is a true and correct copy of a screenshot of an electronic calendar entry for Wednesday, March 29, 2023 showing Jacob Kaplan, Jacob Claesson, and Martin Carlesund were each "Required Attendee[s]" of an event.  Evolution produced this document (without any metadata) to Plaintiffs on May 30, 2025.  It bears the production number EVO-SKOL-00000211.

14.      Attached as Exhibit 14 hereto is a true and correct copy of a screenshot of an electronic calendar entry for Wednesday, March 29, 2023 for an event organized by Jacob Kaplan titled "QBR#1-2023 North America" scheduled to occur from 9:00 a.m. to 11:00 a.m.  Evolution produced this document (without any metadata) to Plaintiffs on May 30, 2025.  It bears the production number EVO-SKOL-00000212.

15.      Attached as Exhibit 15 hereto is a true and correct copy of an email invitation to a Microsoft Teams Meeting titled "eGMM – Regular meeting (#88)" organized by Martin Carlesund scheduled to occur on Thursday, March 2, 2023 from 7:30 a.m. to 11:00 a.m.  Some of the "Required Attendees" include Jesper von Bahr, Jacob Kaplan, and Jacob Claesson.  Under the heading "Rules of Extended Group Management meetings," it appears Martin Carlesund wrote: "These meetings will be long.  Sometimes it will feel like that this doesn't concern you or your function but it does as it concerns Evolution."  The meeting invitation also instructs each "group" to upload a presentation for the EGM meeting.  Evolution produced this document (without any metadata) to Plaintiffs on May 30, 2025. It bears production numbers EVO-SKOL-00000311 through EVO-SKOL-00000312.

- 3 -

4936-5107-4639.v1

16.     Attached as Exhibit 16 hereto is a true and correct copy of an email invitation to a Microsoft Teams Meeting titled "eGMM – Regular meeting (#90)" organized by Martin Carlesund scheduled to occur on Thursday, April 20, 2023 from 7:30 a.m. to 11:00 a.m.  Some of the "Required Attendees" include Jesper von Bahr, Jacob Kaplan, and Jacob Claesson.  Evolution produced this document (without any metadata) to Plaintiffs on May 30, 2025.  It bears production numbers EVO-SKOL-00000313 through EVO-SKOL-00000314.

17.     Attached as Exhibit 17 hereto is a true and correct copy an email invitation to a Microsoft Teams Meeting titled "eGMM – Short meeting (#91)" organized by Martin Carlesund scheduled to occur on Thursday, May 25, 2023 from 7:30 a.m. to 9:00 a.m.  Some of the "Required Attendees" include Jesper von Bahr, Jacob Kaplan, and Jacob Claesson.  Evolution produced this document (without any metadata) to Plaintiffs on May 30, 2025.  It bears production numbers EVO-SKOL-00000315 through EVO-SKOL-00000316.

18.     Attached as Exhibit 18 hereto is a true and correct copy of an email invitation to a Microsoft Teams Meeting titled "eGMM – Regular meeting (#96)" organized by Martin Carlesund scheduled to occur on Friday, October 20, 2023 from 7:30 a.m. to 10:30 a.m.  Some of the "Required Attendees" include Jesper von Bahr, Jacob Kaplan, and Jacob Claesson.  Evolution produced this document (without any metadata) to Plaintiffs on May 30, 2025.  It bears production numbers EVO-SKOL-00000317 through EVO-SKOL-00000318.

19.     Attached as Exhibit 19 hereto is a true and correct copy of an email invitation to a Microsoft Teams Meeting titled "EGM –meeting (#100) OBS! Physical Meeting" organized by Martin Carlesund scheduled to occur on Wednesday, December 20, 2023 from 7:00 a.m. to 12:00 p.m.  Some of the "Required Attendees" include Jesper von Bahr, Jacob Kaplan, and Jacob Claesson.  Evolution produced this document (without any metadata) to Plaintiffs on May 30, 2025.  It bears production number EVO-SKOL-00000319 through EVO-SKOL-00000320.

- 4 -

4936-5107-4639.v1

- 5 -

20.     Attached as Exhibit 20 hereto is a true, correct, and complete copy of Evolution's 2023 Annual Report.

21.     Attached as Exhibit 21 hereto is a true, correct, and complete copy of the transcript of the May 15, 2025 deposition of the corporate representative of Evolution AB (publ), Jonas Ljungkvist, pursuant to Federal Rule of Civil Procedure 30(b)(6).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 20, 2025, at San Diego, California.

JESSICA E. ROBERTSON

- 5 -