# EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

RACHEL SKOLNICK, Individually and on
Behalf of All Others Similarly Situated,

       Plaintiff,

  vs.

EVOLUTION AB (publ), et al.,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Civ. Action No. 2:24-cv-00326-MRP

CLASS ACTION

LEAD PLAINTIFF'S NOTICE OF RULE
30(b)(6) DEPOSITION OF EVOLUTION AB
(publ)

4938-3678-7517

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, Lead Plaintiff St. Clair County Employees' Retirement System and City of Sterling Heights Police & Fire Retirement System will take the deposition of the Defendant identified below, on the date set forth below.  The deposition shall be held at the location indicated below, and shall commence at 9:00 a.m. PDT.  The deposition will continue from day to day until completed, weekends and Court-recognized holidays excepted.

The deposition will be recorded stenographically, by video, and through instant visual display of testimony by means of LiveNote or other similar technology, before a notary public or other person authorized to administer oaths pursuant to Federal Rule of Civil Procedure 28(a).

| Deponent | Date/Time | Location |
|---|---|---|
| Evolution AB (publ) | May 9, 2025 9:00 a.m. PDT | Remote via Zoom |

**A.      Designation of Witnesses**

Pursuant to Federal Rule of Civil Procedure 30(b)(6), Evolution AB (publ) shall designate and produce an individual representative or representatives, as may be required, who are knowledgeable and prepared to testify fully on behalf of Defendant concerning the topics identified in the Schedule A below.

Lead Plaintiff request that Defendant provides written notice at least five business days before the deposition of the name(s) and employment position(s) of the representative(s) designated to testify for the Defendant.

By designating each representative, Defendant indicates that the representative has authority to speak on the Defendant's behalf on the matters listed in this notice – not only to facts, but also to beliefs and opinions. If it becomes clear that the representative is unable to respond to questions on

- 1 -

4938-3678-7517

the matters for which he or she has been designated, Defendant must promptly provide a substitute knowledgeable witness.  This is required even if the initial witness designation was made in good faith.

The testimony elicited in each representative's deposition represents the Defendant's knowledge, not the individual deponent's knowledge.  Defendant must conduct a thorough investigation in response to the deposition notice and must prepare each representative to testify to the topics in the Schedule A below, with information "known or reasonably available to the organization," pursuant to Federal Rule of Civil Procedure 30(b)(6).  Therefore, if a representative does not have prior knowledge about the topics in the Schedule A, Defendant must nonetheless prepare the representative to give knowledgeable, binding answers on those topics.  "Reasonably available" information includes all documents that Defendant has the authority, legal right, or practical ability to obtain.  An inadequately prepared representative will amount to an impermissible refusal to answer and a sanctionable failure to appear.

DATED:  May 1, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
DEBRA J. WYMAN (admitted *pro hac vice*)
JESSICA E. ROBERTSON (admitted *pro hac vice*)

DEBRA J. WYMAN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com
jrobertson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 2 -

4938-3678-7517

- 3 -

BERGER MONTAGUE PC
MICHAEL DELL'ANGELO
ANDREW D. ABRAMOWITZ
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Telephone:  215/875-3000
215/875-4604 (fax)
mdellangelo@bm.net
aabramowitz@bm.net

VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel

- 3 -

**SCHEDULE A**
**(Evolution AB (publ))**

## I.   DEFINITIONS

1.   "Action" refers to this lawsuit, captioned *Skolnick v. Evolution AB (publ), et al.*, No. 2:24-cv-00326-MRP (E.D. Pa.).

2.   The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

3.   The terms "all," "any," and "each" shall each be construed as encompassing any and all.

4.   "Communication(s)" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

5.   "Complaint" refers to the Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF 40) filed in this Action.

6.   "Evolution" or the "Company" refers to Evolution AB (publ), any of its direct or indirect subsidiaries, divisions, or affiliates (foreign and domestic), predecessors, successors, present and former officers, directors, employees, agents, accountants, and advisors, and all other persons acting or purporting to act on its behalf.

7.   "Document(s)" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Rule 34(a)(1)(A) of the Federal Rule of Civil Procedure.  A draft or non-identical copy is a separate document within the meaning of this term.

8.   "Employee(s)" refers to any person who at any time acted or purported to act on Evolution's behalf or under Evolution's supervision, direction, or control, including, without

4919-0019-8973

limitation, past and current directors, officers, principals, partners, executives, independent contractors, assigns, businesses, or similar persons or entities.

9.      "Live casino solutions" refers to Evolution's range of products, including traditional table games (such as Roulette, Blackjack, and Baccarat), RNG ("random number generator") table games, slots, and game shows.

10.     "Pennsylvania subsidiaries" refers to Evolution Malta Limited, Evolution US LLC, and NetEnt Americas LLC.

11.     "PGCB" refers to the Pennsylvania Gaming Control Board.

## II.    RELEVANT TIME PERIOD

Unless otherwise stated, the relevant time period applicable to the Deposition Topics below is January 1, 2019 to December 31, 2023 (the "Relevant Time Period").

## III.   DEPOSITION TOPICS

In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, Evolution is advised of its duty to designate one or more of its officers, directors, employees, managing agents, or other persons most qualified to testify on its behalf with respect to the following:

TOPIC NO. 1:

Evolution's organizational and reporting structure.

TOPIC NO. 2:

The administrative chains of command and organizational structure of the Pennsylvania subsidiaries, including their connection to Evolution.

TOPIC NO. 3:

The identity of persons who have personal knowledge of Evolution's involvement with the Pennsylvania subsidiaries.

4919-0019-8973

TOPIC NO. 4:

The legal interrelationship of Evolution and the Pennsylvania subsidiaries.

TOPIC NO. 5:

Evolution's ownership in the Pennsylvania subsidiaries' stock.

TOPIC NO. 6:

Evolution's communications with the Pennsylvania subsidiaries concerning their business activities.

TOPIC NO. 7:

Evolution's policies and procedures concerning monitoring and tracking the Pennsylvania subsidiaries business activities.

TOPIC NO. 8:

Evolution's knowledge of and involvement in obtaining licensure from the PGCB to conduct gaming operations in Pennsylvania through the Pennsylvania subsidiaries.

TOPIC NO. 9:

Evolution's knowledge of and involvement in the Pennsylvania subsidiaries' use of common marketing images, including common branding of products.

TOPIC NO. 10:

Evolution's knowledge of and involvement in the PGCB's October 26, 2022 Answer and New Matter to the Joint Petition of Evolution Malta Holding Limited, Evolution US, LLC, and NetEnt Americas, LLC for Board Approval of an Internal Reorganization of an Interactive Gaming Manufacturer Licensee.  *See* ECF 45-5.

4919-0019-8973

TOPIC NO. 11:

Evolution's policies and procedures concerning the Pennsylvania subsidiaries use of the live casino solutions and other products used in the business activities of the Pennsylvania subsidiaries.

TOPIC NO. 12:

Evolution's knowledge of and involvement in monitoring and responding to regulatory changes pertaining to gambling in the United States, including in Pennsylvania.

TOPIC NO. 13:

Martin Carlesund's and Jacob Kaplan's involvement with the Pennsylvania subsidiaries.

TOPIC NO. 14:

Evolution's public statements regarding the Pennsylvania subsidiaries.

TOPIC NO. 15:

The Pennsylvania subsidiaries' financial result reporting procedures to Evolution.

TOPIC NO. 16:

The Pennsylvania subsidiaries' use of Evolution's trademark or logo.

TOPIC NO. 17:

The Pennsylvania subsidiaries' use of Evolution's marketing image.

TOPIC NO. 18:

The Pennsylvania subsidiaries' use of Evolution employees.

TOPIC NO. 19:

The Pennsylvania subsidiaries' use of business functions provided by departments at Evolution.

4919-0019-8973

<u>TOPIC NO. 20</u>:

The Pennsylvania subsidiaries' use of Evolution's products, including the live casino solutions, in their business activities.

<u>TOPIC NO. 21</u>:

The Pennsylvania subsidiaries' use of products in their business activities other than those provided by Evolution.

4919-0019-8973

## DECLARATION OF SERVICE BY EMAIL

I, DAWN WATTS, not a party to the within action, hereby declare that on May 1, 2025, I served the attached LEAD PLAINTIFF'S NOTICE OF RULE 30(b)(6) DEPOSITION OF EVOLUTION AB (publ) on the parties in the within action by email addressed as follows:

**COUNSEL FOR PLAINTIFFS**:

| NAME | FIRM | EMAIL |
|---|---|---|
| Debra J. Wyman<br>Jessica E. Robertson | ROBBINS GELLER RUDMAN & DOWD LLP<br>655 West Broadway<br>Suite 1900<br>San Diego, CA  92101<br>Telephone: 619/231-1058<br>Fax: 619/231-7423 | debraw@rgrdlaw.com<br>jrobertson@rgrdlaw.com |
| Michael C. Dell'Angelo<br>Andrew D. Abramowitz | BERGER MONTAGUE PC<br>1818 Market Street<br>Suite 3600<br>Philadelphia, PA  19103<br>Telephone: 215/875-3080 | mdellangelo@bm.net<br>aabramowitz@bm.com |
| Thomas C. Michaud | VANOVERBEKE, MICHAUD & TIMMONY, P.C.<br>79 Alfred Street<br>Detroit, MI  48201<br>Telephone: 313/578-1200<br>Fax: 313/578-1201 | tmichaud@vmtlaw.com |

**COUNSEL FOR DEFENDANTS**:

| NAME | FIRM | EMAIL |
|---|---|---|
| Robert J. Giuffra, Jr.<br>David M.M. Rein<br>Julia A. Malkina<br>Gulliver Brady | SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004<br>Telephone: 212/558/4000 | giuffrar@sullcrom.com<br>reind@sullcrom.com<br>malkinaj@sullcrom.com<br>bradyg@sullcrom.com |
| Shannon McClure<br>Mark W. Fidanza<br>Julia Lueddeke | REED SMITH LLP<br>Three Logan Square, Suite 3100<br>1717 Arch Street<br>Philadelphia, PA  19103<br>Telephone: 215/851-8100 | smcclure@reedsmith.com<br>mfidanza@reedsmith.com<br>jlueddeke@reedsmith.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 1, 2025, at San Diego, California.

DAWN WATTS

4938-3678-7517