# EXHIBIT 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHEL SKOLNICK, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Civ. Action No. 2:24-cv-00326-MRP |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | LEAD PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT EVOLUTION AB (publ) |
| EVOLUTION AB (publ), et al., | ) ) | |
| Defendants. | ) ) ) | |

4903-4968-5309

Pursuant to Federal Rules of Civil Procedure 26 and 36, and Local Rules of Civil Practice for the Eastern District of Pennsylvania, Lead Plaintiff St. Clair County Employees' Retirement System and City of Sterling Heights Police & Fire Retirement System (collectively, "Plaintiff"), hereby requests that defendant Evolution AB (publ) ("Defendant") answers the following requests for admission (each, a "Request," and collectively, the "Requests"), fully, in writing, and under oath within 7 days of the date of service hereof.

## I.    DEFINITIONS

Unless stated otherwise, the terms set forth below are defined as follows:

1.    "All," "any," and "each" shall each be construed as encompassing any and all.

2.    "Employee" refers to any person who at any time acted or purported to act on your behalf or under your supervision, direction or control, including, without limitation, past directors, officers, principals, partners, executives, analysts, investment bankers, consultants, advisors, representatives, agents, trustees, independent contractors, assigns, businesses, or similar persons or entities.

3.    "Entity" or "entities" has the same meaning as person.

4.    "Evolution" refers to Evolution AB (publ), any of its direct or indirect subsidiaries, divisions or affiliates (foreign and domestic), predecessors, successors, former officers, directors, employees, agents, directors, accountants and advisors, and all other persons acting or purporting to act on its behalf.

5.    "Live casino solutions" refers to Evolution's range of products, including traditional table games (such as Roulette, Blackjack, and Baccarat), RNG ("random number generator") table games, slots, and game shows.

6.    "Including" means including, but not limited to.

4903-4968-5309

7.    **"Pennsylvania subsidiaries"** refers to Evolution Malta Limited, Evolution US LLC, and NetEnt Americas LLC.

8.    **"Person"** or **"persons"** means any natural person or any legal entity, including, without limitation, any business or governmental entity or association.

9.    **"PGCB"** refers to the Pennsylvania Gaming Control Board.

10.    **"You"** or **"your"** means the person or entity responding to these Requests.

11.    The connectives **"and"** and **"or"** shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

## II.    INSTRUCTIONS

1.    Pursuant to Rule 36 of the Federal Rules of Civil Procedure, if you make an objection to any Request, you shall state the reasons.  Your answers shall specifically admit or deny the matter or set forth in detail the reasons why you cannot truthfully admit or deny the matter.  Your denials shall fairly respond to the substance of the requested admission, and when good faith requires that you qualify an answer or deny only part of the matter of which an admission is requested, your answer must specify the part admitted and qualify or deny the rest.

2.    You may not give lack of information or knowledge as a reason for failure to admit or deny unless you state that you have made a reasonable inquiry and the information known or readily obtainable by you is insufficient to enable you to admit or deny.

3.    If you consider a matter for which an admission has been requested as presenting a genuine issue for trial, you may not, on that ground alone, object to the Request.

4.    If any Request cannot be admitted or denied in full after exercising due diligence to secure the information to do so, it should be admitted or denied to the extent possible, and accompanied with an explanation as to why the remainder cannot be admitted or denied.

- 2 -

4903-4968-5309

5.      The response to each Request shall include such information as is within your custody, possession, or control, or that of your attorneys, investigators, agents, employees, experts retained by you or your attorneys, or any other representatives.

6.      With respect to any claim of privilege not to answer a Request, in whole or in part, specify each admission or part thereof as to which you claim the privilege and set forth the nature of the privilege and the basis for the claim of privilege.

7.      Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, these Requests are to be regarded as continuing in nature.  You are therefore requested to provide, by way of supplemental answers of amendments hereto, such additional information as you, or any person on your behalf, may hereinafter obtain that will augment or modify the answers now given.

8.      These Requests are made while expressly reserving and without waiving the right to propound additional requests for admissions or other discovery requests as permitted by any applicable rule or law.

9.      The use of the singular form of any word includes the plural and vice versa.

10.      The past tense shall include the present tense and vice versa.

## III.    RELEVANT TIME PERIOD

Unless otherwise specifically indicated, the Requests herein refer to the period from January 1, 2019 to December 31, 2023.

## IV.    REQUESTS FOR ADMISSION

REQUEST FOR ADMISSION NO. 1:

Admit that Evolution is a public limited company incorporated and headquartered in Sweden.

REQUEST FOR ADMISSION NO. 2:

Admit that Martin Carlesund is Evolution's Group Chief Executive Officer.

- 3 -

4903-4968-5309

REQUEST FOR ADMISSION NO. 3:

Admit that Jacob Kaplan is Evolution's Group Chief Financial Officer.

REQUEST FOR ADMISSION NO. 4:

Admit that the Pennsylvania subsidiaries reported to the PGCB that Evolution is "the[ir] ultimate parent" company. *See* ECF 45-5 at 2-3 (the PGCB's October 26, 2022 Answer and New Matter to the Joint Petition of Evolution Malta Holding Limited, Evolution US, LLC, and NetEnt Americas, LLC for Board Approval of an Internal Reorganization of an Interactive Gaming Manufacturer Licensee).

REQUEST FOR ADMISSION NO. 5:

Admit that Evolution had 100% ownership of and voting rights in the Pennsylvania subsidiaries.

REQUEST FOR ADMISSION NO. 6:

Admit that Evolution had ultimate decision-making authority over the Pennsylvania subsidiaries.

REQUEST FOR ADMISSION NO. 7:

Admit that the Pennsylvania subsidiaries are registered as foreign corporations to do business in Pennsylvania.

REQUEST FOR ADMISSION NO. 8:

Admit that Evolution, Martin Carlesund, and Jacob Kaplan obtained licensure to conduct gaming operations in Pennsylvania.

REQUEST FOR ADMISSION NO. 9:

Admit that Evolution's 2020 Annual Report confirmed that Evolution is licensed by the PGCB in Pennsylvania.

- 4 -

4903-4968-5309

REQUEST FOR ADMISSION NO. 10:

Admit that Evolution's 2021 Annual Report confirmed that Evolution is licensed by the PGCB in Pennsylvania.

REQUEST FOR ADMISSION NO. 11:

Admit that Evolution's 2019 Annual Report confirmed that Evolution's:

[s]ubsidiaries are all companies over which the Group has a controlling influence. The Group has a controlling influence over a company when it is exposed to, or is entitled to, variable returns from its holding in that company and is able to influence the return through its influence in the Company. Subsidiaries are fully consolidated from the date on which controlling influence is transferred to the Group. They cease to be consolidated from the date on which that controlling influence ceases.

ECF 45-8 at 86.

REQUEST FOR ADMISSION NO. 12:

Admit that Evolution and the Pennsylvania subsidiaries use common marketing images, including common branding of products.

REQUEST FOR ADMISSION NO. 13:

Admit that the revenue generated by the Pennsylvania subsidiaries' business activities was publicly reported as part of Evolution's financial statements.

REQUEST FOR ADMISSION NO. 14:

Admit that the PGCB determined that Evolution is "in control" of each of the Pennsylvania subsidiaries.

REQUEST FOR ADMISSION NO. 15:

Admit that the Pennsylvania subsidiaries feature live casino solutions created by Evolution in their business activities.

REQUEST FOR ADMISSION NO. 16:

Admit that the Pennsylvania subsidiaries do not develop business plans for growth and product development without Evolution's input and consent.

4903-4968-5309

- 6 -

REQUEST FOR ADMISSION NO. 17:

Admit that Evolution possesses the authority to hire and fire managers at the Pennsylvania subsidiaries.

REQUEST FOR ADMISSION NO. 18:

Admit that Evolution reviews and controls the Pennsylvania subsidiaries' budgets.

REQUEST FOR ADMISSION NO. 19:

Admit that Evolution controlled the Pennsylvania subsidiaries' business operations.

REQUEST FOR ADMISSION NO. 20:

Admit that Evolution "primarily conducts its business through subsidiaries that are active in the geographic areas in which it operates" as set forth in Evolution's 2018 Annual Report, Evolution's 2021 Annual Report, and Evolution's 2022 Annual Report. *See* ECF 44-1 at 44, 112, 138 (exhibits to Defendants' Motion to Dismiss the Amended Complaint (ECF 43)).

REQUEST FOR ADMISSION NO. 21:

Admit that Martin Carlesund considers Evolution and its subsidiaries "a single segment" as set forth in Evolution's 2018 Annual Report, Evolution's 2021 Annual Report, and Evolution's 2022 Annual Report. *See* ECF 44-1 at 55, 123, and 149 (exhibits to Defendants' Motion to Dismiss the Amended Complaint (ECF 43)).

4903-4968-5309

REQUEST FOR ADMISSION NO. 22:

Admit that Evolution's North American subsidiaries contribute significantly to Evolution's annual revenue.

DATED:  May 1, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
DEBRA J. WYMAN (admitted *pro hac vice*)
JESSICA E. ROBERTSON (admitted *pro hac vice*)

DEBRA J. WYMAN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com
jrobertson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

BERGER MONTAGUE PC
MICHAEL DELL'ANGELO
ANDREW D. ABRAMOWITZ
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Telephone:  215/875-3000
215/875-4604 (fax)
mdellangelo@bm.net
aabramowitz@bm.net

VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel

- 7 -

4903-4968-5309

**DECLARATION OF SERVICE BY EMAIL**

I, DAWN WATTS, not a party to the within action, hereby declare that on May 1, 2025, I served the attached LEAD PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT EVOLUTION AB (publ) on the parties in the within action by email addressed as follows:

**COUNSEL FOR PLAINTIFFS**:

| NAME | FIRM | EMAIL |
|---|---|---|
| Debra J. Wyman<br>Jessica E. Robertson | ROBBINS GELLER RUDMAN & DOWD LLP<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>Fax: 619/231-7423 | debraw@rgrdlaw.com<br>jrobertson@rgrdlaw.com |
| Michael C. Dell'Angelo<br>Andrew D. Abramowitz | BERGER MONTAGUE PC<br>1818 Market Street<br>Suite 3600<br>Philadelphia, PA 19103<br>Telephone: 215/875-3080 | mdellangelo@bm.net<br>aabramowitz@bm.com |
| Thomas C. Michaud | VANOVERBEKE, MICHAUD & TIMMONY, P.C.<br>79 Alfred Street<br>Detroit, MI 48201<br>Telephone: 313/578-1200<br>Fax: 313/578-1201 | tmichaud@vmtlaw.com |

**COUNSEL FOR DEFENDANTS**:

| NAME | FIRM | EMAIL |
|---|---|---|
| Robert J. Giuffra, Jr.<br>David M.M. Rein<br>Julia A. Malkina<br>Gulliver Brady | SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: 212/558/4000 | giuffrar@sullcrom.com<br>reind@sullcrom.com<br>malkinaj@sullcrom.com<br>bradyg@sullcrom.com |
| Shannon McClure<br>Mark W. Fidanza<br>Julia Lueddeke | REED SMITH LLP<br>Three Logan Square, Suite 3100<br>1717 Arch Street<br>Philadelphia, PA 19103<br>Telephone: 215/851-8100 | smcclure@reedsmith.com<br>mfidanza@reedsmith.com<br>jlueddeke@reedsmith.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 1, 2025, at San Diego, California.

DAWN WATTS

4903-4968-5309