# EXHIBIT 7

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

May 30, 2025

<u>Via E-mail</u>

Debra J. Wyman,
     Robbins Geller Rudman & Dowd LLP,
          655 West Broadway,
               Suite 1900,
                    San Diego, California  92101.

> Re:    *Skolnick* v. *Evolution AB (publ), et al.*, Civ. Action No. 2:24-cv-00326-MRP

Dear Debra:

On behalf of Defendant Evolution AB (publ) ("Evolution AB"), please find enclosed documents, bearing production numbers EVO-SKOL-00000009 through EVO-SKOL-00000659, that Evolution AB is producing in connection with the limited jurisdictional discovery the Court ordered in the above-referenced action on April 24, 2025 (ECF No. 55), and in response to Lead Plaintiffs' First Set of Requests for Production of Documents to Evolution AB, dated May 16, 2025 ("Requests").  Evolution AB is producing the enclosed documents subject to Evolution AB's May 30, 2025 responses and objections to the Requests ("Responses").  The enclosed documents, including the redactions thereto, are as described in the Responses.  Evolution AB designates certain of the enclosed documents as Confidential pursuant to the terms of the Stipulated Protective Order entered by the Court on May 12, 2025 (ECF No. 59).  The password to access the enclosed media will be sent under separate cover.

This production is not a waiver of Evolution AB's jurisdictional defenses or a waiver of the discovery stay imposed by the Private Securities Litigation Reform Act of 1995, *see* 15 U.S.C. § 78u-4(b)(3)(B), and Evolution AB expressly maintains and preserves all jurisdictional defenses, as well as all objections to discovery prior to the above-referenced action surviving a motion to dismiss.

Debra J. Wyman, Esq.                                                                               -2-


If you have any questions, please contact me.

Sincerely,

/s/ *David M.J. Rein*
David M.J. Rein


(Enclosure)

cc:    Jessica E. Robertson, Robbins Geller Rudman & Dowd LLP