# EXHIBIT 8

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

June 5, 2025

<u>Via E-mail</u>

Debra J. Wyman,
　　Robbins Geller Rudman & Dowd LLP,
　　　　655 West Broadway,
　　　　　　Suite 1900,
　　　　　　　　San Diego, California  92101.

　　　　　　Re:　　*Skolnick* v. *Evolution AB (publ), et al.*, Civ. Action No. 2:24-cv-00326-MRP

Dear Debra:

　　　　　On behalf of Defendant Evolution AB (publ) ("Evolution AB"), please find enclosed a document, bearing production numbers EVO-SKOL-00000660 through EVO-SKOL-00000686, that Evolution AB is producing in connection with the limited jurisdictional discovery the Court ordered in the above-referenced action on April 24, 2025 (ECF No. 55), and in further response to Lead Plaintiffs' First Set of Requests for Production of Documents to Evolution AB, dated May 16, 2025 ("Requests").  Evolution AB is producing the enclosed document subject to Evolution AB's May 30, 2025 responses and objections to the Requests ("Responses").  The enclosed document, including the redactions thereto, is as described in the Responses.  Evolution AB designates the enclosed document as Confidential pursuant to the terms of the Stipulated Protective Order entered by the Court on May 12, 2025 (ECF No. 59).  The password to access the enclosed media will be sent under separate cover.

　　　　　This production is not a waiver of Evolution AB's jurisdictional defenses or a waiver of the discovery stay imposed by the Private Securities Litigation Reform Act of 1995, *see* 15 U.S.C. § 78u-4(b)(3)(B), and Evolution AB expressly maintains and preserves all jurisdictional defenses, as well as all objections to discovery prior to the above-referenced action surviving a motion to dismiss.

Debra J. Wyman                                                                          -2-


If you have any questions, please contact me.

Sincerely,

/s/ *David M.J. Rein*
David M.J. Rein


(Enclosure)

cc:    Jessica E. Robertson, Robbins Geller Rudman & Dowd LLP