# EXHIBIT 10



CONFIDENTIAL

EVO-SKOL-00000208