# EXHIBIT 11

## May 1 - 7, 2023

Week ∨

| Monday<br>May 1 | Tuesday<br>2 | Wednesday<br>3 | Thursday<br>4 | Friday<br>5 | Saturday<br>6 | Sunday<br>7 |
|---|---|---|---|---|---|---|
| | | | | ▮▮▮▮ | | |
| | | | | Jacob taxi to AC | | |
| | | | | Hard Rock studio tour; Microsoft<br>Ocean studio tour; Microsoft Team | Martin & Ankita Patel (Head of Le<br>A.17.4-JOKER-PHL-4F-12S; Jacob C | Martin & Cindy Robak (Head of H<br>A.22.3T-CASH-OR-CRASH-MI-L3-10 |
| | | ▮▮▮▮ | ▮▮▮▮ | Martin and NJ Operations & HR<br>meeting<br>A.13.5.T-CASH-VOLT-ACY-5F-8S<br>Jacob Claesson | Jacob, Jeff, Jeff & Martin (Group<br>and potentially individual<br>meetings)<br>A.17.4-JOKER-PHL-4F-12S<br>Jacob Claesson | MI Studio tour;  Martin &<br>Michigan Ops<br>and HR<br>A.22.3T-CASH-C<br>Jacob Claesson |
| ▮▮▮▮ | ▮▮▮▮ | | | | Martin, Asnate & Jacob (PA<br>Operations)<br>A.17.4-JOKER-PHL-4F-12S<br>Jacob Claesson | |
| | ▮▮▮▮ | ▮▮▮▮ | | | Eventuellt lunch (antingen själva<br>eller med Jeff M och/eller<br>Asnate)<br>Microsoft Teams Meeting<br>Jacob Claesson | |
| | Meeting with Martin; Microsoft T | | | Intro Martin & Zachary Fender (H | | |
| | | | | Dinner Jacob & Martin<br>Lacroix at The Rittenhouse; 210<br>West Rittenhouse Square;<br>Philadelphia, PA 19103<br>Jacob Claesson | | |

Online   Display Settings

CONFIDENTIAL

EVO-SKOL-00000209