# EXHIBIT 12



CONFIDENTIAL

EVO-SKOL-00000210