# EXHIBIT 13



CONFIDENTIAL

EVO-SKOL-00000211