# EXHIBIT 14



Accepted on 3/16/2023 2:42 PM.
This meeting has been adjusted to reflect your current time zone. It was initially created in the following time zone: (UTC+01:00) Amsterdam, Berlin, Bern, Rome, Stockholm, Vienna.

## QBR#1-2023 North America



| Organizer | ○ Jacob Kaplan | Sent Wed 12/21/2022 8:10 AM |
|---|---|---|
| Time | Wednesday, March 29, 2023 9:00 AM-11:00 AM | |
| Location | Microsoft Teams Meeting | |
| Response | ✓ Accepted   Change Response | |

CONFIDENTIAL

EVO-SKOL-00000212