# EXHIBIT 16

## Jacob Claesson

| | |
|---|---|
| **Subject:** | eGMM - Regular meeting (#90) |
| **Location:** | Microsoft Teams Meeting |
| | |
| **Start:** | Thu 4/20/2023 7:30 AM |
| **End:** | Thu 4/20/2023 11:00 AM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Martin Carlesund |
| **Required Attendees:** | EGM |
| **Optional Attendees:** | Lisa Giulianelli Baldissara; Jonas Petersson; Gionata La Torre; Bjorn Sjoberg; Nick Peters; Olesya Ivanova; Anna Kudrjavceva; Todd Haushalter; Louise Wiwen-Nilsson; Jesper Von Bahr; Kfir Kugler; Jeffrey Millar; Angelo D'ascenzo; Julia Simonsson; Jacob Kaplan; Jacob Claesson |

**Agenda and Groups creating material (preparations)**
- Commercial (50 min)
  - One presentation covering all put together. Large overlap to commercial director meetings expected.
  - Responsible:
    - Asia: Gionata La Torre (Chairman of this group)
    - NA: Jeffrey Millar
    - EUR: Bjorn Sjoberg, Nick Peters
    - LATAM + Africa: Kfir Kugler
- Product (30 min)
  - One presentation covering roadmap execution and coming 12 months releases
  - Responsible:
    - Todd Haushalter

- Engineering (30 min)
  - One presentation covering all.
  - Responsible:
    - David Craelius

- PSD (30 min)
  - One presentation covering all put together.
  - Responsible: Jonas Pettersson, Anna Kudrjavceva

- Compliance (20 min)
  - One presentation covering all put together.
  - Responsible: Jacob Kaplan, Julia Simonsson

- Operations including Talent Acquisition (40 min)
  - One presentation covering all put together.
  - Responsible:
    - EUR: Olesya Ivanova (Chairman of this group)
    - NA: Jacob Claesson

1

CONFIDENTIAL

EVO-SKOL-00000313

- o   Support: Louise Wiwen-Nilsson

 **Note!** *Decisions is fun! It moves us forward. It creates energy. Make your presentations executional. Ask for decisions! We will take them and move fast.*

**Preparations before meeting:**
- Each group should upload a presentation of each area no later 24 hours before meeting.
- Each person should add any decisions to other topics no later than 24 hours before every meeting. Adequate material should be attached and uploaded at the same time.

**Rules of Extended Group Management meetings**
- These meetings will be long. Sometimes it will feel like that this doesn't concern you or your function but it does as it concerns Evolution. Come in to this meeting full of energy and be prepared for long meetings that you think are telling some things you already know.

- **WARNING!** If I see someone typing on phone or computer and being disengaged I will issue a warning. At 3 warnings you will be replaced. Focus, here and now, is key. If urgently need to do something rules are simple: Tell what you need to do, excuse yourself and get it done. Same rules apply, even more strict, on Microsoft Teams meetings.

- Participation  is mandatory. Any one not participating should be cleared before meeting.

_____

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
[Click here to join the meeting](#)

**Or call in (audio only)**
+44 20 4526 8317,,750306419#   United Kingdom, London
Phone Conference ID: 750 306 419#
Find a local number | Reset PIN

Learn More | Meeting options

_____

CONFIDENTIAL                                                                                          EVO-SKOL-00000314