# EXHIBIT 17

**Jacob Claesson**

---

| | |
|---|---|
| **Subject:** | eGMM - Short meeting (#91) |
| **Location:** | Microsoft Teams Meeting |
| **Start:** | Thu 5/25/2023 7:30 AM |
| **End:** | Thu 5/25/2023 9:00 AM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Martin Carlesund |
| **Required Attendees:** | Jacob Kaplan; Olesya Ivanova; Louise Wiwen-Nilsson; Todd Haushalter; Sebastian Johannisson; Gionata La Torre; Jacob Claesson; Kfir Kugler; Jeffrey Millar; Anna Kudrjavceva; Jonas Petersson; Bjorn Sjoberg; Nick Peters; Jesper Von Bahr; Julia Simonsson; Angelo D'ascenzo |
| **Optional Attendees:** | Lisa Giulianelli Baldissara; A.1.8.T-ACE-CONFERENCE-ROOM-RIX-B151-8F-18S |

<u>**Agenda**</u>
- Update MC
- Preparations for Strategy days

**Note!** *Decisions is fun! It moves us forward. It creates energy. Make your presentations executional. Ask for decisions! We will take them and move fast.*

**Rules of Extended Group Management meetings**
- These meetings will be long. Sometimes it will feel like that this doesn't concern you or your function but it does as it concerns Evolution. Come in to this meeting full of energy and be prepared for long meetings that you think are telling some things you already know.

- **WARNING!** If I see someone typing on phone or computer and being disengaged I will issue a warning. At 3 warnings you will be replaced. Focus, here and now, is key. If urgently need to do something rules are simple: Tell what you need to do, excuse yourself and get it done. Same rules apply, even more strict, on Microsoft Teams meetings.

- Participation is mandatory. Any one not participating should be cleared before meeting.

---

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
[Click here to join the meeting](Click here to join the meeting)

1

CONFIDENTIAL

EVO-SKOL-00000315

**Or call in (audio only)**

+44 20 4526 8317,,712637470#   United Kingdom, London

Phone Conference ID: 712 637 470#

Find a local number | Reset PIN

Learn More | Meeting options

_____

CONFIDENTIAL                                                                    EVO-SKOL-00000316