# EXHIBIT 19

## Jacob Claesson

| | |
|---|---|
| **Subject:** | EGM - meeting (#100) OBS! Physical Meeting |
| **Location:** | Amsterdam |
| **Start:** | Wed 12/20/2023 7:00 AM |
| **End:** | Wed 12/20/2023 12:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Martin Carlesund |
| **Required Attendees:** | Jacob Kaplan; Sebastian Johannisson; Angelo D'ascenzo; Kfir Kugler; Gionata La Torre; Jesper Von Bahr; Jonas Petersson; Louise Wiwen-Nilsson; Marcus Huber; Todd Haushalter; Nick Peters; Anna Kudrjavceva; Julia Simonsson; Jacob Claesson; Linda Andersson |
| **Optional Attendees:** | Lisa Giulianelli Baldissara |

**Physical Meeting – In Amsterdam**

Preparations:
- 1-3 normal slides about where you're part of the business. These slides is something you talk to.
- 1 Slide summing up 2023 with – 3 good things and 3 things that could have been better.
- 1 Slide with the most important targets for 2024.

Agenda:
- Introduction Martin
  - Hunger, Drive and Business sense!

- Product
  - Responsible: Todd

- North America:
  - Jacob C

- PSD
  - Anna

- Operations
  - Responsible:
    - EUR: Linda Andersson
    - Georgia Armenia: Martin
- HR
  - Louise Wiwen-Nilsson

- Engineering
  - Jonas

- Commercial

CONFIDENTIAL

EVO-SKOL-00000319

- o   Responsible:
  - Asia: Angelo+Gio
  - NA: Marcus
  - EUR: Gio +Nick

- Evolution Awards 2024
  - Price Ceremony
- Quizz

**Note!** *Decisions is fun! It moves us forward. It creates energy. Make your presentaons execuonal. Ask for decisions! We will take them and move fast.*

**Rules of Extended Group Management meengs**

- These meetings will be long. Sometimes it will feel like that this doesn't concern you or your function but it does as it concerns Evolution. Come in to this meeting full of energy and be prepared for long meetings that you think are telling some things you already know.

- **WARNING!** If I see someone typing on phone or computer and being disengaged I will issue a warning. At 3 warnings you will be replaced. Focus, here and now, is key. If urgently need to do something rules are simple: Tell what you need to do, excuse yourself and get it done. Same rules apply, even more strict, on Microsoft Teams meetings.

- Participation  is mandatory. Any one not participating should be cleared before meeting.

2

CONFIDENTIAL

EVO-SKOL-00000320