UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL SKOLNICK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EVOLUTION AB (publ), et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civ. Action No. 2:24-cv-00326-MRP

CLASS ACTION

[PROPOSED] ORDER DENYING DEFENDANT EVOLUTION AB'S MOTION TO DISMISS THE AMENDED COMPLAINT FOR LACK OF *ALTER EGO* PERSONAL JURISDICTION

4928-3643-1439.v1

- 1 -

Having considered the papers submitted in support of and in opposition to Defendant Evolution AB's Motion to Dismiss the Amended Complaint for Lack of *Alter Ego* Personal Jurisdiction (ECF 60) (the "Renewed Motion to Dismiss"), the argument of counsel, and good cause appearing therefor:

The Court denies the Renewed Motion to Dismiss.

IT IS SO ORDERED.

DATED: _____    _____

THE HONORABLE MIA ROBERTS PEREZ
UNITED STATES DISTRICT JUDGE

4928-3643-1439.v1