UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHEL SKOLNICK, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civ. Action No. 2:24-cv-00326-MRP |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | PLAINTIFFS' NOTICE OF INTENT TO FILE A MOTION TO AMEND UNDER FEDERAL RULE OF CIVIL PROCEDURE 15 PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 7.1(c) |
| EVOLUTION AB (publ), et al., | ) ) | |
| Defendants. | ) ) ) | |

4936-0707-0543.v1

Lead Plaintiffs St. Clair County Employees' Retirement System and City of Sterling Heights Police & Fire Retirement System ("Plaintiffs") hereby give notice of their intent to file a motion for leave to amend under Federal Rule of Civil Procedure 15 on June 20, 2025 (the "Motion to Amend").

1.      On September 13, 2024, Plaintiffs filed the Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF 40) (the "Complaint") against Evolution AB (publ) ("Evolution"), Evolution's Group Chief Executive Officer Martin Carlesund, and Evolution's Group Chief Financial Officer Jacob Kaplan.

2.      On November 12, 2024, Evolution, Martin Carlesund, and Jacob Kaplan filed Defendants' Motion to Dismiss the Amended Complaint (ECF 43) (the "First Motion to Dismiss").

3.      On January 13, 2025, Plaintiffs opposed the First Motion to Dismiss (ECF 45) (the "Opposition"). In its Opposition, Plaintiffs requested "the opportunity to conduct jurisdictional discovery." *Id.* at 3 n.5.

4.      Evolution, Martin Carlesund, and Jacob Kaplan filed a reply in support of the First Motion to Dismiss on February 12, 2025. ECF 52.

5.      On April 24, 2025, the Court denied the First Motion to Dismiss without prejudice as to Count I of the Complaint. ECF 55 (the "Order") at 1. The Court granted the First Motion to Dismiss with prejudice as to Count II of the Complaint against Martin Carlesund and Jacob Kaplan for lack of personal jurisdiction. *Id.* In the same Order, the Court granted Plaintiffs' request for jurisdictional discovery "on the limited issue of whether an *alter ego* relationship exists between Defendant Evolution AB (publ) ('Evolution') and its United States subsidiaries." *Id.*

6.      Between April 24, 2025 and June 5, 2025, Plaintiffs and Evolution engaged in jurisdictional discovery as set forth in the Order.

4936-0707-0543.v1

7. After due consideration of the Order and the information uncovered through jurisdictional discovery, and in consultation with their counsel, Plaintiffs have decided to seek leave to amend under Federal Rule of Civil Procedure 15.

8. On June 17, 2025, counsel for Plaintiffs informed counsel for Evolution of their intent to file the Motion to Amend via electronic mail. *See* Robertson Declaration, ¶2.[1] Counsel for Evolution acknowledged receipt of Plaintiffs' email later the same day. *Id.* at ¶3.

9. Plaintiffs and Evolution, through their respective counsel, conferred on June 20, 2025 regarding Plaintiffs' anticipated Motion to Amend and whether Evolution consents to Plaintiffs' forthcoming Motion to Amend. Counsel for Evolution advised that Evolution intends to oppose Plaintiffs' Motion to Amend. *See* Robertson Declaration, ¶4.

10. WHEREFORE, Plaintiffs give notice of their intent to file the Motion to Amend on June 20, 2025.

DATED: June 20, 2025

ROBBINS GELLER RUDMAN & DOWD LLP
DEBRA J. WYMAN (admitted *pro hac vice*)
JESSICA E. ROBERTSON (admitted *pro hac vice*)

s/ Debra J. Wyman
DEBRA J. WYMAN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com
jrobertson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

---

[1] All references to the "Robertson Declaration" are to the Declaration of Jessica E. Robertson in Support of Plaintiffs' Notice of Intent to File a Motion to Amend Under Federal Rule of Civil Procedure 15 Pursuant to Local Rule of Civil Procedure 7.1(c), filed concurrently.

4936-0707-0543.v1

- 3 -

BERGER MONTAGUE PC
MICHAEL DELL'ANGELO
ANDREW D. ABRAMOWITZ
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Telephone:  215/875-3000
215/875-4604 (fax)
mdellangelo@bm.net
aabramowitz@bm.net

VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel

4936-0707-0543.v1

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on June 20, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Debra J. Wyman
DEBRA J. WYMAN
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
Email:  debraw@rgrdlaw.com

4936-0707-0543.v1

# Mailing Information for a Case 2:24-cv-00326-MRP SKOLNICK v. EVOLUTION AB (publ) et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **GULLIVER BRADY**
  bradyg@sullcrom.com

- **MICHAEL C. DELL'ANGELO**
  mdellangelo@bm.net,eyork@bm.net,sleo@bm.net,courtmail@bm.net,csimon@bm.net,jgionnette@bm.net

- **WILLIAM B FEDERMAN**
  wbf@federmanlaw.com,law@federmanlaw.com

- **ROBERT J. GIUFFRA , JR**
  giuffrar@sullcrom.com

- **JULIA A. MALKINA**
  MALKINAJ@SULLCROM.COM

- **SHANNON ELISE MCCLURE**
  shannon.mcclure@blankrome.com

- **DAVID M. PROMISLOFF**
  david@prolawpa.com

- **DAVID M.J. REIN**
  reind@sullcrom.com

- **Jessica E. Robertson**
  jrobertson@rgrdlaw.com,e_file_sd@rgrdlaw.com,TerreeD@rgrdlaw.com

- **RACHEL SKOLNICK**
  wbf@federmanlaw.com

- **LAURA SABRINA STEIN**
  lstein@rgrdlaw.com,e_file_sd@rgrdlaw.com,DWatts@rgrdlaw.com

- **DEBRA J. WYMAN**
  debraw@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)