UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHEL SKOLNICK, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>EVOLUTION AB (publ), et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. Action No. 2:24-cv-00326-MRP<br><br>CLASS ACTION<br><br>DECLARATION OF JESSICA E. ROBERTSON IN SUPPORT OF PLAINTIFFS' NOTICE OF INTENT TO FILE A MOTION TO AMEND UNDER FEDERAL RULE OF CIVIL PROCEDURE 15 PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 7.1(c) |

4936-5655-0479.v1

I, JESSICA E. ROBERTSON, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted *pro hac vice* in the above-entitled action.  I am an associate of Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff St. Clair County Employees' Retirement System and City of Sterling Heights Police & Fire Retirement System ("Plaintiffs").  I make this declaration in support of Plaintiffs' Notice of Intent to File a Motion to Amend Under Federal Rule of Civil Procedure 15 Pursuant to Local Rule of Civil Procedure 7.1(c).  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      On June 17, 2025, I emailed counsel for Evolution AB (publ) ("Evolution"), including David Rein, Julia Malkina, and Gulliver Brady, to notify them of Plaintiffs' intent to file a motion for leave to amend under Federal Rule of Civil Procedure 15 on June 20, 2025 (the "Motion to Amend"), and to schedule a time to meet and confer regarding the Motion to Amend.

3.      Mr. Rein acknowledged receipt of my email later on June 17, 2025, and proposed June 20, 2025 at 9:00 a.m. PT to meet and confer.  I responded to his email later that day agreeing to his proposal.

4.      On June 20, 2025, counsel for Plaintiffs and Evolution discussed the bases for Plaintiffs' Motion to Amend.  Counsel for Evolution advised that Evolution intends to oppose Plaintiffs' Motion to Amend.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 20, 2025, at San Diego, California.

_____
JESSICA E. ROBERTSON

- 1 -

4936-5655-0479.v1