UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL SKOLNICK, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>EVOLUTION AB (publ), et al.,<br><br>      Defendants. | Civ. Action No. 2:24-cv-00326-MRP<br><br>CLASS ACTION<br><br>DECLARATION OF DEBRA J. WYMAN IN SUPPORT OF PLAINTIFFS' MOTION AND MEMORANDUM OF LAW FOR LEAVE TO AMEND UNDER FEDERAL RULE OF CIVIL PROCEDURE 15 |

I, DEBRA J. WYMAN, declare as follows:

I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted *pro hac vice* in the above-entitled action.  I am a member of Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiffs' St. Clair County Employees' Retirement System and City of Sterling Heights Police & Fire Retirement System ("Plaintiffs").  I make this declaration in support of Plaintiffs' Motion and Memorandum of Law for Leave to Amend Under Federal Rule of Civil Procedure 15.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

1.     Attached as Exhibit 1 hereto is a copy of Plaintiffs' [Proposed] Second Amended Class Action Complaint for Violations of the Federal Securities Laws.

2.     Attached as Exhibit 2 hereto is a redline copy of Plaintiffs' [Proposed] Second Amended Class Action Complaint for Violations of the Federal Securities Laws against the Amended Complaint for Violations of the Federal Securities Laws (ECF 40).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 20, 2025, at San Diego, California.

s/ Debra J. Wyman
DEBRA J. WYMAN

- 1 -

4925-7223-8927.v1