UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHEL SKOLNICK, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civ. Action No. 2:24-cv-00326-MRP |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND UNDER FEDERAL RULE OF CIVIL PROCEDURE 15 |
| EVOLUTION AB (publ), et al., | ) ) | |
| Defendants. | ) ) ) | |

4898-0906-1455.v1

- 1 -

Having considered the papers submitted in support of and in opposition to Plaintiffs' Motion for Leave to Amend Under Federal Rule of Civil Procedure 15 (the "Motion to Amend"), the argument of counsel, and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion to Amend is GRANTED.  The Court finds that pursuant to Federal Rule of Civil Procedure 15(a), leave to amend should be freely given in the interests of justice; and

2.      Plaintiffs are granted leave to file the proposed Second Amended Class Action Complaint for Violations of the Federal Securities Laws, which shall be deemed filed and served as of the date of filing following and pursuant to this Order.

IT IS SO ORDERED.

DATED: _____    _____

THE HONORABLE MIA ROBERTS PEREZ
UNITED STATES DISTRICT JUDGE

4898-0906-1455.v1