**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| RACHEL SKOLNICK,<br>individually and on behalf of all others<br>similarly situated,<br><br>      Plaintiff,<br>   v.<br><br>EVOLUTION AB (PUBL), MARTIN<br>CARLESUND, and JACOB KAPLAN,<br><br> Defendants. | Civ. Action No. 2:24-cv-00326-MRP |

**[PROPOSED] ORDER GRANTING DEFENDANT**
**EVOLUTION AB'S UNOPPOSED MOTION TO SEAL**

Upon consideration of the Unopposed Motion to Seal of Defendant Evolution AB (publ) ("Evolution AB"), it is **HEREBY ORDERED** that the Motion is **GRANTED**. The following documents are permitted to be filed under seal with the Court: Exhibit 21 to the Declaration of Gulliver Brady, including the versions of Exhibit 21 appended as Exhibits A and B to Evolution AB's Motion to Seal.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **SEAL** these documents.

**AND IT IS FURTHER ORDERED** that Evolution AB shall ensure Exhibit 21 is made available on the public docket reflecting only the redactions contained in its motion to seal.

_____
**HONORABLE MIA ROBERTS PEREZ**
United States District Judge

July 7, 2025