IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RACHEL SKOLNICK,** **Individually and on Behalf of** **All Others Similarly Situated**, | : : : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | |
| **EVOLUTION AB (PUBL), MARTIN CARLESUND, and JACOB KAPLAN**, | : : : | NO. 2:24-cv-0326 |
| Defendants. | : : | |

# ORDER

**AND NOW,** this 5th day of September, 2025, upon consideration of Defendant's motion to dismiss for lack of personal jurisdiction (ECF No. 60), it is hereby **ORDERED** as follows:

1. Defendant's motion to dismiss (ECF No. 60) is GRANTED.

2. Plaintiffs' complaint is DISMISSED WITH PREJUDICE.

3. Plaintiffs' motion to amend (ECF No. 67) is DENIED AS MOOT.

BY THE COURT:

_____
Hon. Mia R. Perez